UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO. 6:21-cv- 694 - CEM-DCJ

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1 LLC,
HCCF-2 LLC,
HCCF-3 LLC,
HCCF-4 LLC,
HCCF-5 LLC,
HARBOR CITY DIGITAL VENTURES, INC.,
HCC MEDIA FUNDING, LLC,
JONATHAN P. MARONEY,

      Defendants,
and

CELTIC ENTERPRISES, LLC and
TONYA L. MARONEY,

      Relief Defendants.

_____/

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Securities and Exchange Commission pursuant to Rule 1.11

of the Local Rules of the Middle District of Florida, moves to file and

S-2

maintain under seal for a limited time (not to exceed 3 business days) its Complaint, Emergency *Ex Parte* Motion for a Temporary Restraining Order, Asset Freeze and Other Relief ("TRO Motion"), and all other filings, Court orders, and the docket sheet. The Commission requests that the Court keep this emergency action under seal for a limited time for the same reasons given in the Certificate Pursuant to Rule 65(b) as to why we are not giving the Defendants and Relief Defendants prior notice of the request for a temporary restraining order.

As discussed in detail in the Complaint and TRO Motion, the Commission is filing this action to enjoin the Defendants from violating the registration, broker-dealer, and anti-fraud provisions of the federal securities law. From at least 2017 to the present, Defendants conducted a Ponzi scheme raising more than $17.1 million from over 100 investors nationwide through fraudulent unregistered securities offerings. Defendants Harbor City, the other Harbor City companies, and Maroney represented to investors that proceeds from the offerings would be used to provide "bridge funding" for the company's alleged business of generating online customer lead campaigns for other businesses that would generate substantial profits to Defendants. From the resulting profits, Harbor City's

investors were supposed to receive monthly interest payments followed by the return of their principal when their investment matured. Instead, new investor money was used to make interest payments to investors and Defendants misappropriated millions in investor funds for their own personal use and benefit.

As set forth in the supporting declarations and other documents submitted with the TRO Motion, the evidence establishes that the Defendants' fraudulent scheme is ongoing and that there is a present risk to investor funds. As demonstrated in the TRO Motion, Defendants continue to solicit investors and receive investor proceeds. The Commission has grave concerns that if this case is not kept under seal, there is a chance Defendants will place investor assets at further risk, destroy evidence, or dissipate funds to the detriment of investors.

The Commission asks the Court to seal the case only for a short period of time, the earlier of: (1) three business days after the date and time the Court issues a temporary restraining order in this matter; or (2) the day the Commission notifies the Court and Clerk of Court's that the Commission

has effectuated the asset freeze and the seal is no longer necessary.[1]  Upon

the occurrence of either of those two events, the Clerk of Court may then

unseal the docket and all papers and orders filed in this case.  The attorney

below and employees of the Commission are authorized to retrieve a sealed,

tangible item:

Alise Johnson, Esq.
Senior Trial Counsel for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Direct Dial: (305) 982-6385
Email: johnsonali@sec.gov

Therefore, the Commission respectfully requests the Court to seal

this matter temporarily according to the terms specified in this Motion.

Respectfully submitted,

April 19, 2021

By:_**s/Alise Johnson**__
Alise Johnson, Esq.
Senior Trial Counsel
Fla. Bar No. 0003270
Direct Dial: (305) 982-6385

---

[1] In order to effectuate the asset freeze while the case is sealed, the Commission will be providing some or all of the papers and orders in this action to individuals or entities that hold property or assets of certain of the Defendants.  After the Commission has effectuated the asset freeze, we will serve the Defendants and Relief Defendants with all of the papers and orders in this action.

Email: johnsonali@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE
COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154