UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:21-cv-694-CEM-DCI

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

HARBOR CITY CAPITAL CORP, et al.,    UNDER SEAL

Defendants,

and

CELTIC ENTERPRISES, LLC,
TONYA L. MARONEY,

Relief Defendants.
_____/

### EXHIBITS IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EMERGENCY *EX PARTE* MOTION AND MEMORANDUM OF LAW FOR TEMPORARY RESTRAINING ORDER, ASSET FREEZE, AND OTHER INJUNCTIVE RELIEF

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| EX. 1 | Declaration of Kathleen Strandell |
| EX. 2 | Harbor City Corporate Filings |
| EX. 3 | Harbor City Digital Corporate Filings |
| EX. 4 | Harbor City Ventures Corporate Filings |
| EX. 5 | HCC Media Corporate Filings |
| EX. 6 | Harbor City SPE's Corporate Filings |
| EX. 7 | Alabama Cease and Desist Order |

| | |
|---|---|
| EX. 8 | Harbor City Form D Notice of Exempt Offering |
| EX. 9 | Tonya Maroney Linkedin Profile |
| EX. 10 | Declaration of James Halpin |
| EX. 11 | Declaration of Michael Handelsman |
| EX. 12 | Declaration of Steven Estle |
| EX. 13 | HCCF-4 PPM |
| EX. 14 | High Yield Bond Subscription Agreements for HCCF-1, HCCF-2, HCCF-3, HCCF-4, and HCCF-5 |
| EX. 15 | Annex A – PPM Business Description of HCCF-5, LLC |
| EX. 16 | HCCF-4 LLC Business Plan Deck |
| EX. 17 | Harbor City Investment Updated Offerings |
| EX. 18 | Harbor City Website Capture (10/4/19) |
| EX. 19 | YouTube Video Transcription HCCF-1 Bond Webcast |
| EX. 20 | YouTube Video Transcription Harbor City Corp – Safe Investments |
| EX. 21 | YouTube Video Transcription Harbor City Capital – Video 1 and 2 (9.26.19) |
| EX. 22 | YouTube Video Transcription Harbor City Capital SBLC Video (1.28.20) |
| EX. 23 | David M. Anthony Testimony Transcript |
| EX. 24 | HCCF-3 LLC Business Plan Deck |
| EX. 25 | HCCF-2 LLC Business Plan Deck |
| EX. 26 | Declaration of Celeste Byrd |
| EX. 27 | Declaration of Paul Nater |

| | |
|---|---|
| EX. 28 | Investigative Subpoenas to Harbor City and Maroney |
| EX. 29 | Proof of Service on Harbor City's Registered Agent |
| EX. 30 | Amended Complaint in Investor Scherzinger Lawsuit |