**EXHIBIT 1**

EXHIBIT

1

## DECLARATION OF KATHLEEN E. STRANDELL

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.  My name is Kathleen E. Strandell and I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am a Senior Accountant with the Miami Regional Office of the United States Securities and Exchange Commission ("Commission").

3.  I am a Certified Public Accountant, licensed in the state of Florida as well as a Certified Fraud Examiner.

4.  All amounts referred to in this Declaration are approximated amounts that have been rounded.

5.  As part of my duties, I was asked to examine the flow of funds from January 1, 2017 – February 28, 2021 for eight bank accounts detailed in ¶17 below, (identified herein as "Harbor Account(s)"), identified to me as bank accounts related to Harbor City Capital Corp. ("Harbor") and certain of its investment offerings.  Jonathan Maroney ("JP Maroney") is named as the signatory on all of the Harbor Accounts.

### `I. ANALYSIS OF INVESTOR DEPOSITS

6.  The records identified in ¶17, show that the Harbor Accounts received a combined total of approximately $18.6 million in deposits between January 1, 2017 and February 28, 2021.   This amount excludes interbank transfers between the Harbor Accounts and deposits identified as returned withdrawals.

1

7. Approximately $17.1 million of the combined $18.6 million in deposits (92%), were received from up to 100 investors. Harbor continued to receive funds from investors until at least February 16, 2021, with the month ended February 28, 2021 being the latest period we have received records for.

8. The majority of the remaining deposits consisted of the following:

| Other Deposited Funds | Amount |
|---|---|
| Deposits from Tonya and Jonathan Maroney and Celtic Enterprises LLC[1] | $ 406,000 |
| Single deposit from FEA Innovations[2] | 625,000 |
| Single deposit from Taboola Europe[3] | 152,000 |
| Deposits from unidentified BOA Accounts | 75,000 |
| Cash deposits | 74,000 |
| Other / Miscellaneous Deposits | 168,000 |
| Total | $1,500,000 |

9. My analysis identified significant co-mingling of investor funds among the accounts identified in ¶17, with frequent and significant transfers to/from the different accounts. Approximately $12 million in investor funds were deposited into accounts in the name of Harbor City Capital Corp. instead of being segregated into accounts opened in the name of the various Harbor offerings. In fact, although individual accounts were opened in the name of the Harbor offerings identified as HCCF-3 and HCCF-4, these accounts were never funded, even though I identified over $1 million in investor deposits that specifically identified that the deposit related to an investment in these offerings.

---

[1] Documents identified in ¶17 identify JP Maroney as Manager of Celtic Enterprises LLC ("Celtic").

[2] Records available on the Mississippi Secretary of State website identifies this entity as a limited liability company registered in Mississippi and lists Andrew Intrater of New York, NY as an Officer or Director. No other information regarding the business operations was noted. The deposit does not identify what it is for.

[3] An internet search identifies this entity as a UK based advertising platform. Harbor often paid funds to this company which were described as "business expenses".

10.    Of the $18.6 million in deposits, I did not identify any significant recurring deposits from merchants and/or customers that would indicate a revenue stream.

11.    Lastly, my analysis noted that during the twelve month period from July 15, 2019 and July 14, 2020, over $5 million in funds were deposited from what appear to be investors.

## II. ANALYSIS OF USE OF BANK DEPOSITS

12.    As much as $6.5 million was paid to approximately 150 investors, including 70 of the investors identified in ¶7.[4]

13.    Approximately 95% of the remaining $12.1 million in $18.6 million in bank deposits identified in ¶6 was used as follows:

| Use of Funds Deposited | Amount |
|---|---|
| Payments benefitting JP Maroney and family | $4,885,000 |
| Payments to an attorney or law firm | 2,755,000 |
| Payments to known employees and a payroll processor | 1,192,600 |
| Payments to seven entities referencing "Stashly" | 978,000 |
| Check card or debit card purchases | 866,000 |
| Potential business expenses | 449,000 |
| Payments to one individual wired to the National Bank for Foreign Economic Activity of the Republic of Uzbekistan | 426,000 |
| Total | $11,551,600 |

a.    As noted in ¶10, I did not identify any significant deposits that appeared to be recurring revenue streams that could indicate that any of the Harbor offerings were generating revenue.  Therefore, it is logical to conclude that in a Ponzi-

---

[4] While ¶7 identified approximately 100 investors as depositing funds into the various Harbor Accounts between January 1, 2017 and February 28, 2021, as many as 150 investors were paid during the same time period. During my analysis, I noted that several of the Harbor Accounts identified in ¶17 were opened in 2015 and received deposits from investors as early as April and May 2015.  As such, investors from the earlier time periods not included in my analysis continued to be paid from January 1, 2017 through February 28, 2021.

like fashion, absent monies deposited from future investors, investors from previous periods would not have been paid any returns on their investment.

    i.   Example #1: Harbor Account #1795 had a beginning balance on August 1, 2018 of $12,095. In the three month period August 1, 2018 through October 31, 2018, Harbor Account #1795 received a total of $382,227 in deposits, of which, $352,086 was from investors. During that same time period, over $202,000 in payments were made to investors. Therefore, as I did not identify any significant sources of revenue, absent the monies deposited from investors during this time period, the payments to investors could not have been made from this account.

    ii.   Example #2: Harbor Account #4389 had a balance on February 11, 2021 of $72,558. Between February 12, 2021 and February 22, 2021, $718,000 in deposits were made from investors. Between February 12, 2021 and February 22, 2021, over $333,000 in payments were made to investors. Therefore, as I did not identify any significant sources of revenue absent the monies deposited from investors during this time period, the payments to investors could not have been made from this account.

    iii.  The relevant bank statements supporting the two examples above are attached as Exhibit A.

14. A further breakdown of the Payments benefitting JP Maroney and his immediate family includes the following:

| Payments Benefitting JP Maroney and Family | Amount |
|---|---|
| Payments to credit cards in the name of JP Maroney | $1,357,000 |
| Bank Transfers to an account held in JP and Tonya Maroney's name | 394,000 |
| Cash payments to Celtic Enterprises | 617,400 |
| Cash or ATM withdrawals | 265,800 |
| Purchase of and property taxes for 143 Lansing Drive Property* | 826,963 |
| Purchases related to housing and construction | 808,700 |
| Purchases that appear personal in nature | 372,600 |
| Payments to credit cards in the name of Tonya Maroney | 58,200 |
| Mercedes Benz of Melbourne | 90,000 |
| Payments to other Maroney family member | 41,000 |
| Other | 53,337 |
| Total | $4,885,000 |

*Please refer to section III below for further discussion

    a. The $808,700 in purchases related to housing and construction include, among others, $260,000 to a high end landscaping service, $141,700 to general contractors, $100,000 to a roofing company, $80,000 to a marble and granite fabricating and installation company, and over $54,000 in check card purchases at Home Depot and Lowe's. These expenses appear to be for improvements to the Maroney's residence at 143 Lansing Drive.

    b. The $372,600 in purchases that appear personal in nature include, among others, $101,000 to an art gallery in New York City, $78,000 to a personal motorsport dealership in Florida, $37,000 to Publix and Walmart, $27,400 to a private Florida university, $19,500 to Steinway, Inc., and $13,034 to a Florida dental office.

15. As noted in ¶13 above, seven entities were paid approximately $978,000 directly from Harbor Accounts #7215 and #4389 where the payments referenced "Stashly". Among the

$978,000 in payments, four payments totaling $200,000 were sent to an entity identified as Stashly, Inc.   An internet search of these entities reveals that they are allegedly involved in the container, storage and shipping industries.

    a.  A further internet search revealed a Harbor City Capital Corp. website that offered a "Stashly Family & Friends round of investment" including video testimonials.  The web capture of this website is included as Exhibit B.

    b.  My review of the investor deposits identified in ¶7 did not reveal any indications that an investor's deposit was related to a Stashly offering.

    c.  Additionally, my review of the following provides further indication of JP Maroney's involvement in Stashly:

        i.  The documents identified in ¶17 revealed that JP Maroney was the incorporator of a Wyoming Profit Corporation in October 2019 named Stashly, and are included as Exhibit C.

        ii.  A review of JP Maroney's LinkedIn profile notes he lists himself as an "Adviser" of Stashly.  A web capture of JP Maroney's profile is included as Exhibit D.

        iii.  Harbor Account #7215 sent three wires totaling $100,000 and one certified check in the amount of $100,000 to a BOA account in the name of "Stashly" with an address that corresponds to Harbor's registered address in Melbourne, Florida.

### III. PURCHASE OF REAL ESTATE AND RELATED EXPENSES

16. As noted in noted in ¶14, approximately $827,000 was paid from the deposited funds for the purchase of property and property taxes.

    a.   My review of the records identified in ¶17 revealed that on June 27, 2018, Celtic Enterprises, LLC, a Wyoming Limited Liability Company managed by JP Maroney, purchased a property located at 143 Lansing Drive in Brevard County, Florida for $2,590,000. The purchase was seller financed by the former owner, Lilixia Bunnell ("Bunnell"). A copy of the Mortgage and Deed regarding the property purchase is included as Exhibit E. Additionally, a copy of the Articles of Organization and Annual Reports for Celtic is included as Exhibit F.

        i.   Beginning in August 2018, Bunnell began receiving payments directly from Harbor Accounts #1795, #7215 and #4389, ranging from $2,000 to $50,000. On September 17, 2020 and October 5, 2020, Bunnell received a wire of $250,000 and $150,000, respectively from Harbor Account #4389. Total cash payments identified to Bunnell amounted to $670,000.

        ii.   Between June 27, 2018 and November 28, 2018, Title Solutions of Florida received six payments from Harbor Account #1795 totaling $47,930. Title Solutions of Florida is noted on the mortgage and deed included as Exhibit E.

iii. On August 21, 2019, the Brevard County Tax Collector received a cashier payment drawn on Harbor Account #4389 for $52,800.91 and on May 1, 2020 received a bank transfer of $43,462.87. The amounts of these two checks are the same amount of the property taxes assessed on 143 Lansing Drive as noted in Exhibit E.

iv. Lastly, between August 2018 and October 2020, The Lansing Island Homeowner's Association received 28 payments totaling $12,770 from Harbor Account #7215.

## IV. DOCUMENTS REVIEWED

17. In connection with the above analysis I reviewed the following documents:

a. Financial records, including, but not limited to, signature cards, monthly statements, canceled checks, cashier's checks, deposits, and/or wires for the following Harbor Accounts at JPMorgan Chase Bank, N.A. ("Chase"), Wells Fargo Bank, N.A. ("Wells Fargo") and Bank of America N.A. ("BOA") :

| Financial Institution | Account Number | Account Name | Account Owner and/or Signatories | Document Time Period Reviewed |
|---|---|---|---|---|
| Chase | 1795 | Harbor City Ventures LLC | Jonathan P. Maroney | January 1, 2017 – August 7, 2019 |
| Chase | 7215 | Harbor City Capital Corp | Jonathan P. Maroney | January 1, 2017 – November 30, 2020 |
| Chase | 9023 | Harbor City Digital Ventures, Inc. | Jonathan P. Maroney | March 20, 2018 – November 30, 2020 |
| Chase | 2091 | HCCF-1 LLC | Jonathan P. Maroney | December 14, 2018 – November 30, 2020 |
| Wells Fargo | 4397 | Harbor City Digital Ventures, Inc. | Jonathan P. Maroney | May 28, 2019- February 28, 2021 |
| Wells Fargo | 4389 | Harbor City Capital Corp | Jonathan P. Maroney | May 28, 2019- February 28, 2021 |
| Wells Fargo | 4405 | HCCF-2 LLC | Jonathan P. Maroney | May 28, 2019- February 28, 2021 |
| BOA | 6793 | HC Associates Inc. | Jonathan P. Maroney | January 14, 2020- February 28, 2021 |

b. Additional bank records were received by the Commission where JP Maroney and/or Tonya Maroney were authorized signatories. These accounts, which are detailed in Exhibit G were excluded from this analysis as it was deemed the activity was prior to January 1, 2017 and/or the activity within the accounts was not significant.

c. As of February 28, 2021, only Harbor Accounts #4397, #4389 and #6793 remained open with a combined balance of $29,927.

d. Offering documents relating or referring to investments in HCCF-1, HCCF-2, HCCF-3, HCCF-4, and HCCF-5.

e. Records produced by the Florida Office of Financial Regulation ("OFR").

9

f.   Articles of Incorporation for Stashly, a Wyoming Profit Corporation (attached as Exhibit C).

g.   LinkedIn social platform profile of JP Maroney (attached as Exhibit D).

h.   Mortgage and Deed dated June 27, 2018 recorded in Brevard County, Florida for a property identified as Lot 32 Lansing Island Phase One as well as the related 2018 and 2019 Brevard County, Florida Property Tax Bills, identifying the property as 143 Lansing Island Drive (attached as Exhibit E).

i.   Articles of Incorporation, Annual Reports, and Update Forms of Celtic Enterprises LLC ("Celtic"), a Wyoming Limited Liability Company (attached as Exhibit F).

j.   Signature card for a bank account opened at Wells Fargo in the name of Celtic Enterprises LLC (attached as Exhibit H).

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Executed on this 15th day of April, 2021.

**EXHIBIT**

**A**

**Ponzi Example #1**

Harbor Account #1795 August 1, 2018-October 31, 2018 Deposits

| | |
|---|---:|
| Balance on August 1, 2018 | $  12,095.75 |
| Deposit August 8, 2018 from Investor (see highlighted amounts on statements) | 223,195.00 |
| Deposits September 17, 2018-September 26, 2018 - not investors | 7,829.00 |
| Deposit September 27, 2018 from Investor (see highlighted amounts on statements) | 128,891.00 |
| Deposits September 27, 2018-September 28, 2018 - not investors | 222.35 |
| Deposits during October 2018 - not investors | 9,994.07 |
| Beginning balance + deposits | $ 382,227.17 |
| Reduce by beginning balance and non- investor deposits | (30,141.17) |
| Investor funds in account during three month period | $ 352,086.00 |
| % of Investor funds in account during three month period | 92% |

Harbor Account #1795 August 1, 2018-October 31,2018 Investor Payments

| | |
|---|---:|
| Investor payments during August 2018 (see highlighted amounts on statements) | $ 143,500.00 |
| Investor payments during September 2018 (see highlighted amounts on statements) | 13,250.00 |
| Investor payments during October 2018 (see highlighted amounts on statements) | 46,190.00 |
| Investor payments during three month period | $ 202,940.00 |

**Ponzi Example #2**

Harbor Account #4389 February 11, 2021-February 22, 2021 Deposits

| | |
|---|---:|
| Balance on February 11, 2021 | $  72,558.35 |
| Deposit February 12, 2021 from Investor (see highlighted amounts on statements) | 618,000.00 |
| Deposit February 16, 2021 from Investor (see highlighted amounts on statements) | 100,000.00 |
| Beginning balance + deposits through February 22, 2021 | $ 790,558.35 |
| Reduce by beginning balance | (72,558.35) |
| Investor funds in account during three month period | $ 718,000.00 |
| % of Investor funds in account during three month period | 91% |

Harbor Account #4389 February 11, 2021-February 22, 2021 Investor Payments

| | |
|---|---:|
| Investor payments February 12, 2021 - February 22, 2021 (see highlighted amounts on statements) | $ 333,240.00 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2018 through August 31, 2018

Account Number:        0795

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00C27537 DRE 021210 24918 NNNNNNNNNN 1 000X00000 D9 0000
HARBOR CITY VENTURES LLC
274 E EAU GALLIE BLVD STE B146
INDIAN HARBOUR BEACH FL 32937-4874



## We updated our Deposit Account Agreement

We published an updated version of our Deposit Account Agreement on August 25, 2018. You can get the latest agreement at a branch or by request when you call us. Here's what you should know.

- We may use your voice to verify your identity. (General Account Terms, Section I, Other Legal Terms, Telephone and electronic communication)
- We clarified that any provision in the agreement is enforceable to the fullest extent permitted by law. (General Account Terms, Section I, Other Legal Terms, Rules governing your account)

The following updates will become effective on November 11, 2018:

- If an account owner dies while residing outside the United States, we may require the appointment of a personal representative in a U.S. court. (General Account Terms, Section B, Checks, Withdrawals, Transfers and Other Account Charges, Death or incompetence of account owner or sole signer)
- Check deposits made by mail and addressed to any Chase facility other than National Bank by Mail, may be forwarded to the National Bank by Mail facility at PO Box 36520, Louisville, KY 40233-6520, and will be considered received on the date the deposit is received by that facility. We do not accept cash deposits by mail. (Funds Availability, When Your Deposit Is Received)

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $12,095.75 |
| Deposits and Additions | 1 | 223,195.00 |
| ATM & Debit Card Withdrawals | 24 | -1,548.66 |
| Electronic Withdrawals | 27 | -227,747.50 |
| Ending Balance | 52 | $5,994.59 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information

Page 1 of 4

**CHASE ◯**

August 01, 2016 through August 31, 2016
Account Number       795

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/08 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Smplcity Enterprises Acquisitionslafayette, CO 80026-2855 Ref: Chase Nyc/Ctr/Bnf=Harbor City Ventures LLC Indian Harbour Beach, FL 32 9374874/Ac-000000006953 Rfb=0073397 220283260 Obi=Harbor City Investmon T Bbi=/Bnf/503 5th Ave Indialantic, FL 32 903 Imad: 0808I1B7032R018457 Trn: 5805909220FI | $223,195.00 |
| **Total Deposits and Additions** | | **$223,195.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 08/02 | Card Purchase | 08/02 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | $4.99 |
| 08/02 | Recurring Card Purchase 08/01 Liberated Syndication 412-621-0902 PA Card 4947 | | 5.00 |
| 08/06 | Card Purchase | 08/04 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 14.99 |
| 08/06 | Card Purchase | 08/04 Activecampaign, Inc. 7733602270 IL Card 4947 | 113.00 |
| 08/07 | Card Purchase | 08/06 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 29.99 |
| 08/09 | Card Purchase | 08/08 Jel Recycling Corp Melbourne FL Card 4947 | 240.75 |
| 08/09 | Card Purchase | 08/09 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 24.98 |
| 08/10 | Card Purchase | 08/08 Ringcentral, Inc 650-4724100 CA Card 4947 | 558.76 |
| 08/13 | Card Purchase | 08/11 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 11.99 |
| 08/13 | Card Purchase | 08/11 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 14.99 |
| 08/14 | Card Purchase | 08/13 Walmart Grocery 800-966-6546 AR Card 4947 | 303.09 |
| 08/16 | Recurring Card Purchase 08/15 Slack Slack.Com CA Card 4947 | | 55.22 |
| 08/20 | Card Purchase | 08/19 Amazon Digital Svcs Amzn.Com/Bill WA Card 4947 | 10.18 |
| 08/21 | Card Purchase | 08/19 Roblox Com 888-858-256 888-8582569 CA Card 4947 | 5.95 |
| 08/21 | Card Purchase | 08/19 Roblox Com 888-858-256 888-8582569 CA Card 4947 | 5.95 |
| 08/21 | Card Purchase | 08/20 Do Not Call Compliance 800-930-7252 NC Card 4947 | 59.99 |
| 08/22 | Card Purchase | 08/21 Primo Video 888-802-3080 WA Card 4947 | 7.92 |
| 08/22 | Card Purchase | 08/22 Amazon Music 888-802-3080 WA Card 4947 | 16.98 |
| 08/22 | Card Purchase | 08/22 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 2.99 |
| 08/24 | Card Purchase | 08/24 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 9.99 |
| 08/27 | Card Purchase | 08/25 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 9.99 |
| 08/27 | Card Purchase | 08/26 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 9.99 |
| 08/27 | Recurring Card Purchase 08/27 Adobe *Creative Cloud 800-833-6687 CA Card 4947 | | 29.99 |
| 08/31 | Card Purchase | 08/30 Apl* Itunes Com/Bill 866-712-7753 CA Card 4947 | 0.99 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,548.66** |

## ATM & DEBIT CARD SUMMARY

J P Maroney  Card 4947

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,548.66 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|---|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,548.66 |
| Total Card Deposits & Credits | $0.00 |

Page 2 of 4

**CHASE** ⬡

August 01, 2018 through August 31, 2018
Account Number: ████████795



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | 08/01 Online Domestic Wire Transfer A/C: Lili X Burnell Manhattan Beach, CA 902666321 Ref: Maroney Trn: 3530900213Es | $2,000.00 |
| 08/01 | 08/01 Online Transfer To Chk ...7215 Transaction#: 7361944467 | 3,000.00 |
| 08/01 | 08/01 Online Transfer To Chk ...9023 Transaction#: 7362010881 | 2,500.00 |
| 08/02 | 08/02 Online Transfer To Chk ...1213 Transaction#: 7365735168 | 2,000.00 |
| 08/03 | 08/03 Online Transfer To Chk ...7215 Transaction#: 7370712181 | 1,000.00 |
| 08/06 | 08/04 Online Transfer To Chk ...7215 Transaction#: 7374772530 | 500.00 |
| 08/06 | Quickpay With Zelle Payment To Julianne Douglas 7376237524 | 50.00 |
| 08/06 | Google          Apps_Comma US0017View1     Web ID: F770493581 | 80.00 |
| 08/08 | 08/08 Online Transfer To Chk ...7215 Transaction#: 7385274176 | 20,000.00 |
| 08/08 | 08/08 Online Transfer To Chk ...9023 Transaction#: 7385275304 | 10,000.00 |
| 08/09 | 08/09 Online Domestic Wire Transfer Via: Catalyst Corp Fcu/████219 A/C: Aba/322273489 Arcadia CA Ben: Raya Shamsai Arcadia CA 91007 US Ref: Pmt Imad: 0809B1Qgc07C001156 Trn: 3218200221Es | 10,000.00 |
| 08/09 | 08/09 Online Domestic Wire Transfer Via: Fst Bk Sil MO/████428 A/C: Stephanie Grafton Capozzi Costa Mesa CA 92626 US Ref: Kevin Capozzi Dma 518 Imad: 0809B1Qgc07C003293 Trn: 4435300221Es | 2,500.00 |
| 08/09 | 08/09 Online Domestic Wire Transfer A/C: Geneva One LLC Elk Grove, CA 956244455 Ref: Principal Trn: 4437800221Es | 50,000.00 |
| 08/10 | 08/10 Online ACH Payment 5203241496 To Underwood - Unlimited SD LLC (_######8008) | 750.00 |
| 08/10 | 08/10 Online Domestic Wire Transfer A/C: Geneva One LLC Elk Grove, CA 956244455 Ref: Final Payoff - Interest Trn: 5404800222Es | 45,000.00 |
| 08/16 | 08/16 Online ACH Payment 5203401401 To Kathy Carvalho (_######0908) | 4,000.00 |
| 08/17 | 08/17 Online Domestic Wire Transfer Via: Pncbank Pitt/████096 A/C: Michele G Kopec Plantation FL 33324 US Ref: Note 2 Principal Imad: 0817B1Qgc06C004567 Trn: 4230800229Es | 25,000.00 |
| 08/17 | 08/17 Online ACH Payment 5203421309 To Palma Talancon (_########5223) | 2,000.00 |
| 08/20 | 08/20 Online ACH Payment 5203445362 To Judy Kopulos 3 (_######3771) | 2,500.00 |
| 08/20 | 08/20 Online ACH Payment 5203465587 To Betsy Cook Express (_######7481) | 2,000.00 |
| 08/24 | 08/24 Online Transfer To Chk ...7215 Transaction#: 7428005085 | 5,000.00 |
| 08/27 | Quickpay With Zelle Payment To Julianne Douglas Jpm████094 | 367.50 |
| 08/27 | 08/27 Online Domestic Wire Transfer Via: Regions Bk/████680 A/C: Title Solutions of Florida, LLC Merritt Island FL 32953 US Ref: Maroney August 2018/Time/08:01 Imad: 0827B1Qgc01C003706 Trn: 4042700239Es | 8,000.00 |
| 08/27 | 08/27 Online Domestic Wire Transfer A/C: Lili X Burnell Manhattan Beach, CA 902666321 Ref: Maroney Trn: 4042600239Es | 2,000.00 |
| 08/27 | 08/27 Online Transfer To Chk ...7215 Transaction#: 7436289102 | 5,000.00 |
| 08/29 | 08/29 Online ACH Payment 5203678839 To Mark And Yvonne Eisner (_######6244) | 2,500.00 |
| 08/30 | 08/30 Online Transfer To Chk ...7215 Transaction#: 7444850716 | 20,000.00 |
| | **Total Electronic Withdrawals** | **$227,747.50** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/01 | $4,595.75 | 08/10 | 84,918.29 | 08/22 | 48,923.04 |
| 08/02 | 2,585.76 | 08/13 | 84,891.31 | 08/24 | 43,913.05 |
| 08/03 | 1,585.76 | 08/14 | 84,588.22 | 08/27 | 28,495.58 |
| 08/06 | 827.77 | 08/16 | 80,533.00 | 08/29 | 25,995.58 |
| 08/07 | 797.78 | 08/17 | 53,533.00 | 08/30 | 5,995.58 |
| 08/08 | 193,692.78 | 08/20 | 49,022.82 | 08/31 | 5,994.50 |
| 08/09 | 131,227.05 | 08/21 | 48,950.93 | | |

*Page 3 of 4*

## CHASE ⬡

August 01, 2018 through August 31, 2018
Account Number: ████████795

### SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $0.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

*Page 4 of 4*



**CHASE** ⬡

JPMorgan Chase Bank, N A
P O Box 182051
Columbus, OH 43218 - 2051

September 01, 2018 through September 28  2018

Account Number: ████████795

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00C27639 DRE 021 210 27616 NNNNNNNNNN  1 000000000 D9 0000
HARBOR CITY VENTURES LLC
274 E EAU GALLIE BLVD STE B146
INDIAN HARBOUR BEACH FL 32937-4874



## We updated our Deposit Account Agreement

We published an updated version of our Deposit Account Agreement on August 26, 2018. You can get the latest agreement at a branch or by request when you call us. Here's what you should know

- We may use your voice to verify your identity  (General Account Terms, Section I, Other Legal Terms, Telephone and electronic communication)
- We clarified that any provision in the agreement is enforceable to the fullest extent permitted by law  (General Account Terms, Section I, Other Legal Terms, Rules governing your account)

The following updates will become effective on November 11, 2018:

- If an account owner dies while residing outside the United States, we may require the appointment of a personal representative in a U.S. court. (General Account Terms, Section B, Checks, Withdrawals, Transfers and Other Account Charges,  Death or incompetence of account owner or sole signer)
- Check deposits made by mail and addressed to any Chase facility other than National Bank by Mail, may be forwarded to the National Bank by Mail facility at PO Box 36520, Louisville, KY 40233-6520, and will be considered received on the date the deposit is received by that facility. We do not accept cash deposits by mail  (Funds Availability, When Your Deposit Is Received)

Please call us at the number at the top of this statement if you have any questions.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,994.59 |
| Deposits and Additions | 9 | 136,942.35 |
| ATM & Debit Card Withdrawals | 24 | -1,506.54 |
| Electronic Withdrawals | 20 | -48,457.20 |
| **Ending Balance** | **53** | **$92,973.20** |

Your Chase Platinum Business Checking account provides
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information

Page 1 of 4

**CHASE** ⬡

September 01, 2018 through September 28, 2018
Account Number:          795

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/17 | Card Purchase Return   09/14 Slack 8778877815 CA Card 4947 | $2.05 |
| 09/17 | Online Transfer From Chk .. 9023 Transaction#: 7404671617 | 350.00 |
| 09/18 | Online Transfer From Chk .. 1213 Transaction#: 7499574417 | 1,000.00 |
| 09/21 | Online Transfer From Chk .. 1213 Transaction#: 7506581885 | 2,000.00 |
| 09/25 | Stripe        Transfer              CCD ID: 1800948598 | 2,567.13 |
| 09/26 | Stripe        Transfer              CCD ID: 1800948598 | 1,909.82 |
| 09/27 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Simplcity Enterprises Acquisitionslafayette, CO 80026-2855 Ref: Chase Nyc/Ctr/Bnf=Harbor City Ventures LLC Indian Harbour Beach, FL 32 9374874/Ac-          953 Rfb=0004812 270602645 Obi=Steve Estle Lending A Greement Steve Estle Lending Agreem Ent Imad: 0927118703IR009982 Trn: 3773909270Fi | 128,891.00 |
| 09/27 | Stripe        Transfer              CCD ID: 1800948598 | 33.33 |
| 09/28 | Stripe        Transfer              CCD ID: 1800948598 | 189.02 |
| **Total Deposits and Additions** | | **$136,942.35** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/04 | Card Purchase        08/31 Walmart Grocery 800-966-6546 AR Card 4947 | $163.73 |
| 09/04 | Card Purchase        09/04 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4947 | 14.99 |
| 09/04 | Card Purchase        09/04 Activecampaign, Inc. 7733602270 IL Card 4947 | 113.00 |
| 09/04 | Recurring Card Purchase 09/01 Liberated Syndication 412-621-0902 PA Card 4947 | 5.00 |
| 09/10 | Card Purchase        09/07 Jet Recycling Corp Melbourne FL Card 4947 | 208.85 |
| 09/10 | Card Purchase        09/08 Ringcentral, Inc 650-4724100 CA Card 4947 | 558.76 |
| 09/10 | Card Purchase        09/09 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4947 | 16.98 |
| 09/10 | Non-Chase ATM Withdraw 09/10 4600 W Eau Gallie Blvd Melbourne FL Card 4947 | 203.00 |
| 09/10 | Recurring Card Purchase 09/07 Slack Slack.Com CA Card 4947 | 2.05 |
| 09/11 | Card Purchase        09/11 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4947 | 14.99 |
| 09/17 | Recurring Card Purchase 09/15 Slack Slack.Com CA Card 4947 | 42.05 |
| 09/17 | Recurring Card Purchase 09/14 Liberated Syndication 412-621-0902 PA Card 4947 | 5.33 |
| 09/20 | Card Purchase        09/19 Do Not Call Compliane 800-930-7252 NC Card 4947 | 59.09 |
| 09/20 | Card Purchase        09/19 Prime Video 888-802-3080 WA Card 4947 | 10.18 |
| 09/21 | Card Purchase        09/20 Roblox.Com 888-858-256 888-8582569 CA Card 4947 | 5.95 |
| 09/21 | Card Purchase        09/20 Roblox.Com 888-858-256 888-8582569 CA Card 4947 | 5.95 |
| 09/21 | Card Purchase        09/21 Apl* Itunes.Com/Bill 866-712-7763 CA Card 4947 | 1.29 |
| 09/24 | Card Purchase        09/21 Prime Video 888-802-3080 WA Card 4947 | 7.92 |
| 09/24 | Card Purchase        09/22 Amazon Music 888-802-3080 WA Card 4947 | 16.98 |
| 09/24 | Recurring Card Purchase 09/24 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4947 | 9.99 |
| 09/24 | Recurring Card Purchase 09/22 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4947 | 2.99 |
| 09/25 | Card Purchase        09/25 Apl*Itunes.Com/Bill 800-275-2273 CA Card 4947 | 5.49 |
| 09/25 | Card Purchase        09/25 Apl* Itunes.Com/Bill 866-712-7753 CA Card 4947 | 1.29 |
| 09/27 | Recurring Card Purchase 09/27 Adobe *Creative Cloud 800-833-6687 CA Card 4947 | 29.99 |
| **Total ATM & Debit Card Withdrawals** | | **$1,506.54** |

## ATM & DEBIT CARD SUMMARY

J P Maroney  Card 4947

| | |
|---|---|
| Total ATM Withdrawals & Debits | $203.00 |
| Total Card Purchases | $1,303.54 |
| Total Card Deposits & Credits | $2.05 |

Page 2 of 4

**SB1064570-F1**

**204**

**CHASE** ◉

September 01, 2018 through September 28, 2018
Account Number: ▮▮▮▮ 795

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $203.00 |
| Total Card Purchases | $1,303.54 |
| Total Card Deposits & Credits | $2.05 |

## ELECTRONIC WITHDRAWALS



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | Quickpay With Zelle Payment To Julanne Douglas Jpm ▮▮▮ 151 | $502.68 |
| 09/05 | 09/05 Online ACH Payment 5203855056 To Palma Talaocon (_#######5223) | 2,000.00 |
| 09/10 | Quickpay With Zelle Payment To Julanne Douglas Jpm ▮▮▮ 191 | 352.50 |
| 09/10 | 09/10 Online Transfer To Chk ...7215 Transaction#: 7478514524 | 1,000.00 |
| 09/10 | 09/10 Online Transfer To Chk ...7215 Transaction#: 7476634367 | 500.00 |
| 09/10 | Google     Apps_Comms US0018O5C9     Web ID: F770493581 | 84.02 |
| 09/17 | Quickpay With Zelle Payment To Julanne Douglas Jpm ▮▮▮2004 | 323.00 |
| 09/18 | Quickpay With Zelle Payment To Susan Littlejohn Jpm ▮▮▮562 | 300.00 |
| 09/20 | Quickpay With Zelle Payment To Karlista Maroney ▮▮▮▮387 | 50.00 |
| 09/21 | 09/21 Online Transfer To Chk ...9023 Transaction#: ▮▮▮▮583 | 1,500.00 |
| 09/24 | 09/23 Online Transfer To Chk ...7215 Transaction#: 7513619143 | 500.00 |
| 09/24 | Quickpay With Zelle Payment To Julanne Douglas Jpm ▮▮▮▮372 | 345.00 |
| 09/26 | 09/26 Online Transfer To Chk ...7215 Transaction#: 7519996567 | 4,000.00 |
| 09/27 | 09/27 Online Domestic Wire Transfer A/C: Lili X Burnell Manhattan Beach, CA 902666321 Ref: Maroney Trn: 5436000270Es | 2,000.00 |
| 09/27 | 09/27 Online Domestic Wire Transfer Via: Regions Bk/▮▮▮▮5690 A/C: Title Solutions of Florida, LLC Merritt Island FL 32953 US Ref: Celtic/Maroney/Time/15:55 Imad: 0927B1Qge02C008435 Trn: 5436600270Es | 8,000.00 |
| 09/27 | 09/27 Online Transfer To ...7215 Transaction#: 7524097286 | 15,000.00 |
| 09/27 | 09/27 Online ACH Payment 5204606339 To Kathy Carvalho (_#######0908) | 8,000.00 |
| 09/27 | 09/27 Online ACH Payment 5204606340 To Mark And Yvonne Elsner (_#######6244) | 2,500.00 |
| 09/27 | 09/27 Online ACH Payment 5204606342 To Underwood - Unlimited SD LLC (_#######8008) | 750.00 |
| 09/27 | 09/27 Online ACH Payment 5204606341 To Bill And Linda Johnson (_#######4512) | 750.00 |
| **Total Electronic Withdrawals** | | **$48,457.20** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/04 | $5,195.19 | 09/18 | 935.91 | 09/25 | 2,980.02 |
| 09/05 | 3,195.19 | 09/20 | 815.74 | 09/26 | 889.84 |
| 09/10 | 269.23 | 09/21 | 1,302.55 | 09/27 | 92,784.18 |
| 09/11 | 254.24 | 09/24 | 419.67 | 09/28 | 92,973.20 |
| 09/17 | 235.91 | | | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

Page 3 of 4

 CHASE

September 01, 2018 through September 28, 2018

Account Number ██████795

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4

SB1064570-F1



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P.O. Box 182051
Columbus, OH 43218-2051

September 29, 2018 through October 31, 2018
Account Number: ████ 795

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00CZ8463 DRE 021210 30718 NNNNNNNNNN 1 000000000 L/9 0000
HARBOR CITY VENTURES LLC
274 E EAU GALLIE BLVD STE B146
INDIAN HARBOUR BEACH FL 32937-4874



## CHECKING SUMMARY   Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $92,973.20 |
| Deposits and Additions | 14 | 9,994.07 |
| ATM & Debit Card Withdrawals | 17 | -1,854.40 |
| Electronic Withdrawals | 25 | -99,122.00 |
| Ending Balance | 56 | $1,990.87 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | Stripe | Transfer | CCD ID: ████ 8598 | | $1,015.54 |
| 10/02 | Stripe | Transfer | CCD ID: ████ 8598 | | 2,039.01 |
| 10/03 | Stripe | Transfer | CCD ID: ██ 8598 | | 785.11 |
| 10/04 | Stripe | Transfer | CCD ID: ██ 8598 | | 318.75 |
| 10/09 | Stripe | Transfer | CCD ID: ██ 8598 | | 0.66 |
| 10/10 | Stripe | Transfer | CCD ID: ██ 8598 | | 239.95 |
| 10/11 | Stripe | Transfer | CCD ID: ██ 8598 | | 1,870.47 |
| 10/16 | Stripe | Transfer | CCD ID: ██ 8598 | | 318.75 |
| 10/17 | Stripe | Transfer | CCD ID: ██ 8598 | | 1,312.31 |
| 10/18 | Stripe | Transfer | CCD ID: ██ 8598 | | 474.14 |
| 10/22 | Stripe | Transfer | CCD ID: ██ 8598 | | 190.99 |
| 10/23 | Stripe | Transfer | CCD ID: ██ 8598 | | 318.75 |
| 10/25 | Stripe | Transfer | CCD ID: ██ 8598 | | 807.57 |
| 10/26 | Stripe | Transfer | CCD ID: ██ 8598 | | 322.07 |
| **Total Deposits and Additions** | | | | | **$9,994.07** |

Page 1 of 4

**CHASE** ⬡

September 29, 2018 through October 31, 2018
Account Number ████████0795

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Card Purchase          09/30 Walmart Grocery 800-966-6546 AR Card 4947 | $283.75 |
| 10/02 | Recurring Card Purchase 10/01 Liberated Syndication 412-621-0902 PA Card 4947 | 15.00 |
| 10/04 | Card Purchase          10/04 Activecampaign, Inc. 7733602270 IL Card 4947 | 113.00 |
| 10/09 | Card Purchase          10/08 Ringcentral, Inc 650-4724100 CA Card 4947 | 561.98 |
| 10/10 | Card Purchase          10/09 Walmart Grocery 800-966-6546 AR Card 4947 | 220.21 |
| 10/10 | Card Purchase          10/09 Walmart Grocery 800-966-6546 AR Card 4947 | 27.76 |
| 10/11 | Card Purchase          10/10 Walmart Grocery 800-966-6546 AR Card 4947 | 4.55 |
| 10/16 | Card Purchase          10/15 Jet Recycling Corp Melbourne FL Card 4947 | 208.65 |
| 10/16 | Recurring Card Purchase 10/15 Slack Slack.Com CA Card 4947 | 48.80 |
| 10/22 | Card Purchase          10/19 Prime Video 888-802-3080 WA Card 4947 | 10.18 |
| 10/22 | Card Purchase          10/19 Roblox Com 888-858-256 888-8582569 CA Card 4947 | 5.95 |
| 10/22 | Card Purchase          10/19 Roblox Com 888-858-256 888-8582569 CA Card 4947 | 5.95 |
| 10/22 | Card Purchase          10/20 Do Not Call Complianc 800-930-7252 NC Card 4947 | 59.99 |
| 10/22 | Card Purchase          10/21 Prime Video 888-802-3080 WA Card 4947 | 7.92 |
| 10/22 | Card Purchase          10/22 Amazon Music 888-802-3080 WA Card 4947 | 16.98 |
| 10/26 | Card Purchase          10/25 Walmart Grocery 800-966-6546 AR Card 4947 | 233.74 |
| 10/29 | Recurring Card Purchase 10/27 Adobe *Creative Cloud 800-833-6687 CA Card 4947 | 29.99 |
| **Total ATM & Debit Card Withdrawals** | | **$1,854.40** |

## ATM & DEBIT CARD SUMMARY

J P Maroney  Card 4947

|  | |  |
|--|--|--|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $1,854.40 |
| Total Card Deposits & Credits | | $0.00 |

ATM & Debit Card Totals

|  | |  |
|--|--|--|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $1,854.40 |
| Total Card Deposits & Credits | | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/02 | 10/02 Online Transfer To Chk ...9023 Transaction#: 7540133652 | $2,000.00 |
| 10/02 | 10/02 Online Transfer To Chk ...7215 Transaction#: 7540135965 | 5,000.00 |
| 10/02 | 10/02 Online Domestic Wire Transfer Via: Fst Bk Stl MO/081009428 A/C: Stephenie Gralton Capozzi Costa Mesa CA 92626 US Ref: Kevin Capozzi Imad: 1002B1Qgc06C008230 Trn: 5394000275Es | 4,000.00 |
| 10/03 | 10/03 Online ACH Payment 5204835526 To Williamson-Tang Educational Trus (_#####7364) | 12,000.00 |
| 10/03 | 10/03 Online ACH Payment 5204835525 To Johnson Acquisition Ventures LLC (_#####48061) | 8,000.00 |
| 10/03 | 10/03 Online ACH Payment 5204835524 To Kathy Carvalho (_####0908) | 4,000.00 |
| 10/05 | 10/05 Online ACH Payment 5204938200 To Judy Kopulos 3 (_####3771) | 2,500.00 |
| 10/05 | 10/05 Online ACH Payment 5204938243 To Palma Talancon (_#####5223) | 2,000.00 |
| 10/09 | 10/07 Online Transfer To Chk ...7215 Transaction#: 7556376347 | 7,000.00 |
| 10/09 | Google         Apps_Comme US0019E3Qo      Web ID: F770493581 | 85.00 |
| 10/10 | 10/10 Online ACH Payment 5205052618 To Steve Estle Simplicity (_#####5984) | 4,470.00 |
| 10/12 | 10/12 Online International Wire Transfer A/C: Aib Global Treasury Account Dublin 1 Ireland Ref: Business Expenses Trn: 5727100295Es | 20,000.00 |
| 10/12 | 10/12 Online Domestic Wire Transfer Via: Pncbank Pitt/043000096 A/C: Michele G Kopec Plantation FL 33324 US Imad: 1012B1Qgc09C008148 Trn: 5885600285Es | 4,000.00 |

**CHASE** ⬡

September 29, 2018 through October 31, 2018

Account Number: ███████795

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | 10/15 Online ACH Payment 5205222937 To Steve Estle Simplicity (_#######5984) | 4,470.00 |
| 10/15 | 10/15 Online ACH Payment 5205222939 To Underwood - Unlimited SD LLC (_#######8008) | 750.00 |
| 10/15 | 10/15 Online ACH Payment 5205222938 To Bill And Linda Johnson (_#######4512) | 750.00 |
| 10/15 | 10/15 Online Transfer To Chk ...7215 Transaction#: 7577982888 | 6,000.00 |
| 10/15 | 10/15 Online Transfer To ...9023 Transaction#: 7578057530 | 1,000.00 |
| 10/19 | 10/19 Online Transfer To Chk ...7215 Transaction#: 7590611376 | 3,000.00 |
| 10/29 | 10/28 Online Transfer To Chk ...7215 Transaction#: 7612956899 | 300.00 |
| 10/29 | 10/28 Online Transfer To Chk ...7215 Transaction#: 7612957305 | 2,500.00 |
| 10/29 | 10/29 Online Transfer To Chk ...7215 Transaction#: 7618234872 | 2,000.00 |
| 10/29 | Stripe    Transfer    CCD ID: 1800948598 | 297.00 |
| 10/30 | 10/30 Online Transfer To Chk ...7215 Transaction#: 7617825606 | 1,000.00 |
| 10/30 | 10/30 Online Domestic Wire Transfer A/C: Lili X Burnell Manhattan Beach, CA 902666321 Ref: Maroney Oct 2018 Trn: 4537400303Es | 2,000.00 |
| **Total Electronic Withdrawals** | | **$99,122.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $93,704.99 | 10/11 | 46,941.44 | 10/22 | 8,903.21 |
| 10/02 | 84,729.00 | 10/12 | 22,941.44 | 10/23 | 9,221.96 |
| 10/03 | 61,494.11 | 10/15 | 9,971.44 | 10/25 | 10,029.53 |
| 10/04 | 61,699.86 | 10/16 | 10,032.74 | 10/26 | 10,117.86 |
| 10/05 | 57,199.86 | 10/17 | 11,345.05 | 10/29 | 4,990.87 |
| 10/09 | 49,553.54 | 10/18 | 11,819.19 | 10/30 | 1,990.87 |
| 10/10 | 45,075.52 | 10/19 | 8,819.19 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



Page 3 of 4



September 29, 2018 through October 31, 2018

Account Number ████████ 1795

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4

# Wells Fargo Business Choice Checking

February 28, 2021  ▪  Page 1 of 9



HARBOR CITY CAPITAL CORP
100 RIALTO PL STE 700
MELBOURNE FL 32901-3071

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $154,899.68 |
| Deposits/Credits | 1,031,798.98 |
| Withdrawals/Debits | - 1,160,572.56 |
| **Ending balance on 2/28** | **$26,126.10** |

Account number: ████4389
HARBOR CITY CAPITAL CORP
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Recurring Payment authorized on 01/29 Apple.Com/Bill 868-712-7753 CA S461022951519915 Card 2553 | | 2.99 | |
| 2/1 | | Recurring Payment authorized on 01/29 Apple.Com/Bill 408-974-1010 CA S381030013103417 Card 2553 | | 14.98 | |
| 2/1 | | Recurring Payment authorized on 01/31 Apple.Com/Bill 868-712-7753 CA S301031631520278 Card 2553 | | 5.99 | |
| 2/1 | | Recurring Payment authorized on 01/31 Apple.Com/Bill 868-712-7753 CA S461032036402956 Card 2553 | | 7.99 | 154,887.73 |
| 2/2 | | Wire Trans Svc Charge - Sequence: 210202078282 Srf# Ow00001177153781 Trn#210202078282 Rfb# Ow00001177153781 | | 30.00 | |
| 2/2 | | Purchase authorized on 02/01 Teml Cotranscripti 8883690701 CA S381032893240701 Card 2553 | | 50.00 | |
| 2/2 | | WT Fed#07000 Jpmorgan Chase Ban /Flr/Bnf=Jgr Group Inc Srf# Ow00001177153781 Trn#210202078282 Rfb# Ow00001177153781 | | 3,500.00 | |
| 2/2 | | Credit One Bank Payment 210131 4xxx8702 Jonathan Maroney | | 466.77 | 150,820.96 |
| 2/3 | 3506 | Cashed Check | | 700.00 | |
| 2/3 | | Santander Consumer 210203 xxxxxxxxx022 Jonathan Maroney | | 1,752.70 | 148,368.26 |
| 2/4 | | Online Transfer Ref #Ib09RN7Qny to Wells Fargo Business Secured Credit Card Xxxxxxxxxxx3359 on 02/04/21 | | 4,971.97 | |
| 2/4 | | Online Transfer Ref #Ib09RN7Xmt to Wells Fargo Business Secured Credit Card Xxxxxxxxxxx3342 on 02/04/21 | | 2,000.00 | |
| 2/4 | 3507 | Check | | 1,266.00 | |
| 2/4 | 3508 | Check | | 17,967.37 | 122,162.92 |
| 2/5 | | Wire Trans Svc Charge - Sequence: 210205132936 Srf# Ow00001183055449 Trn#210205132936 Rfb# Ow00001183055449 | | 30.00 | |
| 2/5 | | Recurring Payment authorized on 02/03 Apple.Com/Bill 868-712-7753 CA S381034794412973 Card 2553 | | 16.73 | |
| 2/5 | | WT 210205-132936 Bank of America, NE /Bnf=Harbor City Associates Inc Srf# Owxxxxxxxx5449 Trn#210205132936 Rfb# Ow00001183055449 | | 6,000.00 | |
| 2/5 | | Withdrawal Made In A Branch/Store | | 5,000.00 | |
| 2/5 | | Cash eWithdrawal in Branch/Store 02/05/2021 13:12 Pm 1090 Highway A1A Satellite Beach FL 2553 | | 15.00 | |
| 2/5 | 2100 | Deposited OR Cashed Check | | 18,000.00 | 93,101.19 |
| 2/8 | | Direct Pay WF Business Pymt Trans | | 6.00 | |
| 2/8 | | Direct Pay Monthly Base | | 10.00 | |
| 2/8 | | Direct Pay Individual Pymt Trans | | 11.50 | |
| 2/8 | | Direct Pay Nonwf Bus Pymt Trans | | 30.00 | |
| 2/8 | | Recurring Payment authorized on 02/05 Apple.Com/Bill 868-712-7753 CA S3xxxxxxxxx6040 Card 2553 | | 14.98 | |
| 2/8 | | Purchase authorized on 02/06 Trello.Com, Allass 844-873-5561 NY S381037594184707 Card 2553 | | 137.50 | |
| 2/8 | | Recurring Payment authorized on 02/06 Apple.Com/Bill 868-712-7753 CA 3xxxxxxxxx6985 Card 2553 | | 7.80 | |
| 2/8 | | Recurring Payment authorized on 02/06 Apple.Com/Bill 868-712-7753 CA 1xxxxxxxxx0344 Card 2553 | | 9.99 | |
| 2/8 | 2104 | Cashed Check | | 13,602.50 | |
| 2/8 | 3504 | Deposited OR Cashed Check | | 1,000.00 | |
| 2/8 | 3505 | Deposited OR Cashed Check | | 1,000.00 | |
| 2/8 | 3503 | Check | | 1,000.00 | 76,270.92 |
| 2/9 | | Recurring Payment authorized on 02/07 Apple.Com/Bill 408-974-1010 CA 5xxxxxxxxx2670 Card 2553 | | 4.99 | 76,265.93 |
| 2/10 | | Recurring Payment authorized on 02/08 Apple.Com/Bill 868-712-7753 CA 3xxxxxxxxx8485 Card 2553 | | 9.99 | |
| 2/10 | | Purchase authorized on 02/08 Apple.Com/Bill 866-712-7753 CA S381040188743215 Card 2553 | | 39.99 | |

February 28, 2021 ▪ Page 3 of 9



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/10 | | Suntrust Ln 215 Olb Pymt 210208 00002157908795 Harbor City Capital | | 1,982.60 | 74,233.35 |
| 2/11 | 2106 | Check | | 1,425.00 | |
| 2/11 | 2102 | Check | | 250.00 | 72,558.35 |
| 2/12 | | WT Fed#01845 Zions Bancorporati /Org=Anthony Capital Funding LLC Srf# 2021021200005773 Trn#210212134963 Rfb# 54557868 | 518,000.00 | | |
| 2/12 | | WT Fed#03975 Zions Bancorporati /Org=Anthony Capital Funding LLC Srf# 2021021200010043 Trn#210212220709 Rfb# 54574143 | 100,000.00 | | |
| 2/12 | | Wire Trans Svc Charge - Sequence: 210212134963 Srf# 2021021200005773 Trn#210212134963 Rfb# 54557868 | | 15.00 | |
| 2/12 | | Wire Trans Svc Charge - Sequence: 210212176133 Srf# 0066145043208791 Trn#210212176133 Rfb# | | 30.00 | |
| 2/12 | | Wire Trans Svc Charge - Sequence: 210212176267 Srf# 0066145043039791 Trn#210212176267 Rfb# | | 30.00 | |
| 2/12 | | Wire Trans Svc Charge - Sequence: 210212220709 Srf# 2021021200010043 Trn#210212220709 Rfb# 54574143 | | 15.00 | |
| 2/12 | | Recurring Payment authorized on 02/10 Apple.Com/Bill 866-712-7753 CA S461042197204976 Card 2553 | | 18.37 | |
| 2/12 | | Withdrawal Made In A Branch/Store | | 8,000.00 | |
| 2/12 | | WT 210212-176133 Bank of America, NE /Bnf=Hc Associates Inc Srf# 0066145043208791 Trn#210212176133 Rfb# | | 50,000.00 | |
| 2/12 | | WT Seq176267 Law Office of Paul M. D /Bnf=Law Office of Paul M. Donlon, LLC Srf# 0066145043039791 Trn#210212176267 Rfb# | | 100,000.00 | |
| 2/12 | | American Express ACH Pmt 210212 M3820 Jonathan Maroney | | 1,048.67 | |
| 2/12 | | American Express ACH Pmt 210212 M2482 Jonathan Maroney | | 34,982.39 | 496,418.92 |
| 2/16 | | Edeposit IN Branch/Store 02/13/21 10:35:32 Am 28350 S Western Ave Rancho Palos Verdes CA | 100,000.00 | | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 210216175387 Srf# 0066146047770602 Trn#210216175387 Rfb# | | 30.00 | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 210216175615 Srf# 0066146047214602 Trn#210216175615 Rfb# | | 30.00 | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 210216175984 Srf# 0066146047476602 Trn#210216175984 Rfb# | | 30.00 | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 210216261284 Srf# Ow00001201439090 Trn#210216261284 Rfb# Ow00001201439090 | | 30.00 | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 210216261667 Srf# Ow0000120440109 Trn#210216261667 Rfb# Ow0000120440109 | | 30.00 | |
| 2/16 | | Wire Trans Svc Charge - Sequence: 210216260544 Srf# Ow0000120436690 Trn#210216260544 Rfb# Ow0000120436690 | | 30.00 | |
| 2/16 | | Recurring Payment authorized on 02/12 Apple.Com/Bill 866-712-7753 CA S381043316665240 Card 2553 | | 4.99 | |
| 2/16 | | Recurring Payment authorized on 02/13 Apple.Com/Bill 866-712-7753 CA S381044510420578 Card 2553 | | 4.99 | |
| 2/16 | | Recurring Payment authorized on 02/14 Apple.Com/Bill 866-712-7753 CA S301045721436871 Card 2553 | | 4.99 | |
| 2/16 | | Recurring Payment authorized on 02/14 Apple.Com/Bill 866-712-7753 CA S301045726648079 Card 2553 | | 9.99 | |
| 2/16 | | Recurring Payment authorized on 02/15 Apple.Com/Bill 866-712-7753 CA S461046486323733 Card 2553 | | 4.99 | |
| 2/16 | | Withdrawal Made In A Branch/Store | | 8,000.00 | |
| 2/16 | | WT Seq175387 Silver Lake Ventures Ll /Bnf=Silver Lake Ventures LLC Srf# 0066146047770602 Trn#210216175387 Rfb# | | 11,667.00 | |
| 2/16 | | WT Fed#05664 US Bank, NA /Ftr/Bnf=Anthony Capital Bond Fund 1 Srf# 0066146047214602 Trn#210216175615 Rfb# | | 57,508.00 | |
| 2/16 | | Cash eWithdrawal in Branch/Store 02/16/2021 09:33 Am 200 E Eau Gallie Blvd Indian Harbour Beach FL 2553 | | 24.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/16 | | WT 210216-175984 Bank of America, NE /Bnf=Hc Associates Srf# 0066146047476602 Trn#210216175984 Rfb# | | 25,000.00 | |
| 2/16 | | Cash eWithdrawal in Branch/Store 02/16/2021 09:37 Am 200 E Eau Gallie Blvd Indian Harbour Beach FL 2553 | | 24.00 | |
| 2/16 | | WT Fed#04905 Jpmorgan Chase Ban /Ftr/Bnf=Perez Acquisitions Srf# Ow00001201439090 Trn#210216261284 Rfb# Ow00001201439090 | | 965.00 | |
| 2/16 | | WT Fed#04988 Cogent Bank /Ftr/Bnf=Nuview IRA Mario Perez Srf# Ow00001201440109 Trn#210216261667 Rfb# Ow00001201440109 | | 1,265.00 | |
| 2/16 | | WT Fed#05266 Cogent Bank /Ftr/Bnf=Nuview IRA Nancy Perez Srf# Ow00001201436690 Trn#210216260544 Rfb# Ow00001201436690 | | 515.00 | |
| 2/16 | | WF Direct Pay-Payment- Hccf Feb 2021-Tran ID Dp94649741 | | 18,085.00 | |
| 2/16 | | WF Direct Pay-Payment- Hccf Feb 2021-Tran ID Dp94649739 | | 53,326.00 | |
| 2/16 | | American Express ACH Pmt 210216 M9986 Jonathan Maroney | | 143,824.61 | |
| 2/16 | | American Express ACH Pmt 210216 M3216 Jonathan Maroney | | 18,288.93 | |
| 2/16 | 2101 | Check | | 360.00 | 257,356.43 |
| 2/17 | | Wire Trans Svc Charge - Sequence: 210217191728 Srf# Ow00001203523247 Trn#210217191728 Rfb# Ow00001203523247 | | 30.00 | |
| 2/17 | | Recurring Payment authorized on 02/15 Spectrum 855-707-7328 FL S461046547765345 Card 2553 | | 424.87 | |
| 2/17 | | Recurring Payment authorized on 02/16 Apple.Com/Bill 866-712-7753 CA S381047731998276 Card 2553 | | 89.98 | |
| 2/17 | | WT Fed#07814 Iberiabank /Ftr/Bnf=Carvalho Acquisitions LLC Srf# Ow00001203523247 Trn#210217191728 Rfb# Ow00001203523247 | | 2,500.00 | 254,311.58 |
| 2/18 | | Wire Trans Svc Charge - Sequence: 210218065907 Srf# Ow00001204659233 Trn#210218065907 Rfb# Ow00001204659233 | | 30.00 | |
| 2/18 | | Wire Trans Svc Charge - Sequence: 210218066751 Srf# Ow00001204662199 Trn#210218066751 Rfb# Ow00001204662199 | | 30.00 | |
| 2/18 | | Purchase authorized on 02/17 Apple.Com/Bill 866-712-7753 CA S581048776057995 Card 2553 | | 15.98 | |
| 2/18 | | WT Seq#65907 Mark P Mouty /Bnf=Mark Srf# Ow00001204659233 Trn#210218065907 Rfb# Ow00001204659233 | | 360.00 | |
| 2/18 | | WT Seq#66751 Suzanne J Draper /Bnf=Scott Draper Srf# Ow00001204662199 Trn#210218066751 Rfb# Ow00001204662199 | | 3,760.00 | |
| 2/18 | | WF Direct Pay-Payment- Return of Principal-Tran ID Dp94817713 | | 50,000.00 | 200,115.60 |
| 2/19 | | Wire Trans Svc Charge - Sequence: 210219203292 Srf# Ow00001207129695 Trn#210219203292 Rfb# Ow00001207129695 | | 30.00 | |
| 2/19 | | WT Fed#09444 Iberiabank /Ftr/Bnf=Carvalho Acquisitions LLC Srf# Ow00001207129695 Trn#210219203292 Rfb# Ow00001207129695 | | 3,000.00 | |
| 2/19 | | WF Direct Pay-Payment- Hccf Return of Principal-Tran ID Dp94951779 | | 50,000.00 | |
| 2/19 | 2200 | Check | | 9,500.00 | 137,585.60 |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222070094 Srf# Ow00001210790484 Trn#210222070094 Rfb# Ow00001210790484 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222070760 Srf# Ow00001210790989 Trn#210222070760 Rfb# Ow00001210790989 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222071130 Srf# Ow00001210791274 Trn#210222071130 Rfb# Ow00001210791274 | | 30.00 | |



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222071286 Srf# Ow00001210791726 Trn#210222071286 Rfb# Ow00001210791726 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222071369 Srf# Ow00001210792018 Trn#210222071369 Rfb# Ow00001210792018 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222071475 Srf# Ow00001210792581 Trn#210222071475 Rfb# Ow00001210792581 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222071614 Srf# Ow00001210792973 Trn#210222071614 Rfb# Ow00001210792973 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222071825 Srf# Ow00001210793475 Trn#210222071825 Rfb# Ow00001210793475 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222072003 Srf# Ow00001210793874 Trn#210222072003 Rfb# Ow00001210793874 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222072087 Srf# Ow00001210794426 Trn#210222072087 Rfb# Ow00001210794426 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222072207 Srf# Ow00001210794790 Trn#210222072207 Rfb# Ow00001210794790 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222072302 Srf# Ow00001210794957 Trn#210222072302 Rfb# Ow00001210794957 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222072659 Srf# Ow00001210796041 Trn#210222072659 Rfb# Ow00001210796041 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222073064 Srf# Ow00001210796818 Trn#210222073064 Rfb# Ow00001210796818 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222073143 Srf# Ow00001210796929 Trn#210222073143 Rfb# Ow00001210796929 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222073378 Srf# Ow00001210797834 Trn#210222073378 Rfb# Ow00001210797834 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222073845 Srf# Ow00001210798886 Trn#210222073845 Rfb# Ow00001210798886 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222076863 Srf# Ow00001210806292 Trn#210222076863 Rfb# Ow00001210806292 | | 30.00 | |
| 2/22 | | Wire Trans Svc Charge - Sequence: 210222078664 Srf# Ow00001210812785 Trn#210222078664 Rfb# Ow00001210812785 | | 30.00 | |
| 2/22 | | Recurring Payment authorized on 02/20 Apple.Com/Bill 866-712-7753 CA S581051660746312 Card 2553 | | 4.99 | |
| 2/22 | | Purchase authorized on 02/21 Apple.Com/Bill 866-712-7753 CA S581052489339263 Card 2553 | | 39.98 | |
| 2/22 | | Recurring Payment authorized on 02/21 Apple.Com/Bill 866-712-7753 CA S301052720596285 Card 2553 | | 4.99 | |
| 2/22 | | WT Fed#09369 First Bank /Ftr/Bnf=Upper Realty Investment Group Srf# Ow00001210790484 Trn#210222070094 Rfb# Ow00001210790484 | | 1,000.00 | |
| 2/22 | | WT Fed#09101 Cogent Bank /Ftr/Bnf=Nuview IRA Vernon Hughes Srf# Ow00001210790989 Trn#210222070760 Rfb# Ow00001210790989 | | 435.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 2/22 | | WT Fed#09592 Cogent Bank /Ftr/Bnf=Nuview IRA Linda Kwan Srf# Ow0001210791274 Trn#210222071130 Rfb# Ow0001210791274 | | 360.00 | |
| 2/22 | | WT Fed#09682 Jpmorgan Chase Ban /Ftr/Bnf=Black Trident Ventures LLC Srf# Ow00001210791726 Trn#210222071286 Rfb# Ow0001210791726 | | 1,500.00 | |
| 2/22 | | WT Seq#71369 Ralph N Allsopp /Bnf=Ralph Srf# Ow0000121079201 8 Trn#210222071369 Rfb# Ow0001210792018 | | 1,500.00 | |
| 2/22 | | WT Fed#09187 Royal Banks of Mis /Ftr/Bnf=Mark Pippens Srf# Ow0000121079258 1 Trn#210222071475 Rfb# Ow0001210792581 | | 500.00 | |
| 2/22 | | WT Fed#09207 Td Bank, NA /Ftr/Bnf=Seacoast Services LLC Srf# Ow0000121079297 3 Trn#210222071614 Rfb# Ow0001210792973 | | 2,167.00 | |
| 2/22 | | WT Fed#09740 Finemark National /Ftr/Bnf=David Betty Nipper Revocable Tr Srf# Ow00001210793475 Trn#210222071825 Rfb# Ow0001210793475 | | 3,000.00 | |
| 2/22 | | WT 210222-072003 Bank of America, NE /Bnf=Khoury Family Living Trust Srf# Ow00001210793874 Trn#210222072003 Rfb# Ow0001210793874 | | 3,750.00 | |
| 2/22 | | WT Fed#09260 Citibank, N.A. /Ftr/Bnf=Equity Trust CO FBO 200369695 Srf# Ow0001210794426 Trn#210222072087 Rfb# Ow0001210794426 | | 1,000.00 | |
| 2/22 | | WT Fed#09275 Citibank, N.A. /Ftr/Bnf=Equity Trust CO Fb 200369973 Srf# Ow00001210794790 Trn#210222072207 Rfb# Ow0001210794790 | | 570.00 | |
| 2/22 | | WT 210222-072302 Bank of America, NE /Bnf=Anand Upadyaya Srf# Ow00001210794957 Trn#210222072302 Rfb# Ow00001210794957 | | 750.00 | |
| 2/22 | | WT 210222-072659 Bank of America, NE /Bnf=Capt Dennis Blenn Srf# Ow0001210796041 Trn#210222072659 Rfb# Ow00001210796041 | | 1,500.00 | |
| 2/22 | | WT Seq#73064 Elsner SD LLC /Bnf=Yvonne Srf# Ow00001210796818 Trn#210222073064 Rfb# Ow0001210796818 | | 3,000.00 | |
| 2/22 | | WT Fed#09856 Glacier Bank /Ftr/Bnf=Marsha Srf# Ow0000121079692 9 Trn#210222073143 Rfb# Ow0001210796929 | | 3,000.00 | |
| 2/22 | | WT 210222-073378 Bank of America, NE /Bnf=Jeffrey Hossler Srf# Ow00001210797834 Trn#210222073378 Rfb# Ow0001210797834 | | 750.00 | |
| 2/22 | | WT Seq#73845 Judith D Kopulos /Bnf=Judith Kopulos Srf# Ow00001210798886 Trn#210222073845 Rfb# Ow0001210798886 | | 2,500.00 | |
| 2/22 | | WT Seq#76863 Libra Fourteen 1, LLC /Bnf=Libra Fourteen 1 LLC Srf# Ow00001210806292 Trn#210222076863 Rfb# Ow0001210806292 | | 4,167.00 | |
| 2/22 | | WT Fed#00388 Regions Bank /Ftr/Bnf=Scott Schmitz Srf# Ow0000121081275 5 Trn#210222078664 Rfb# Ow00001210812785 | | 1,840.00 | |
| 2/22 | | WF Direct Pay-Payment- Hccf Return of Principal-Tran ID Dp95000255 | | 50,000.00 | |
| 2/22 | | American Express ACH Pmt 210222 M1196 Jonathan Maroney | | 5,614.67 | 48,061.97 |
| 2/23 | | // Eur124994 39066500 H01102236182945 Taboola Europe Limited Rtn:121000248 | 148,798.98 | | |
| 2/23 | | Online Transfer Ref #Ib09W94Tqq to Wells Fargo Business Secured Credit Card Xxxxxxxxxxxx3342 on 02/23/21 | | 14,038.81 | |
| 2/23 | | Online Transfer Ref #Ib09W94Xk6 to Wells Fargo Business Secured Credit Card Xxxxxxxxxxxx3359 on 02/23/21 | | 539.35 | |
| 2/23 | | WF Direct Pay-Payment- Hccf Return of Principal 1 of 2-Tran ID Dp95060833 | | 50,000.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 2/23 | | WF Direct Pay-Payment- Hccf Return of Principal-Tran ID Dp95060871 | | 50,000.00 | 82,282.79 |
| 2/24 | | Online Transfer From Celtic Enterprises LLC Business Checking xxxxxx6246 Ref #Ib09Wgdmmq on 02/24/21 | 150,000.00 | | |
| 2/24 | | Recurring Payment authorized on 02/23 Apple.Com/Bill 866-712-7753 CA S461054600660937 Card 2553 | | 79.99 | |
| 2/24 | 2201 | Deposited OR Cashed Check | | 9,000.00 | |
| 2/24 | | WF Direct Pay-Payment- Hccf Return of Principal 2 of 2-Tran ID Dp95102023 | | 50,000.00 | 173,202.80 |
| 2/25 | | Recurring Payment authorized on 02/23 Apple.Com/Bill 866-712-7753 CA S581055075913794 Card 2553 | | 9.99 | |
| 2/25 | | Recurring Payment authorized on 02/24 Apple.Com/Bill 866-712-7753 CA S301055647021776 Card 2553 | | 16.73 | |
| 2/25 | | WF Direct Pay-Payment- Hccf Return of Principal-Tran ID Dp95188239 | | 50,000.00 | 123,176.08 |
| 2/26 | | Online Transfer From Celtic Enterprises LLC Business Checking xxxxxx6246 Ref #Ib09Wlbwmc on 02/26/21 | 15,000.00 | | |
| 2/26 | | Wire Trans Svc Charge - Sequence: 210226083393 Srf# Ow00001218458021 Trn#210226083393 Rfb# Ow00001218458021 | | 30.00 | |
| 2/26 | | Recurring Payment authorized on 02/25 Apple.Com/Bill 866-712-7753 CA S301056435298202 Card 2553 | | 9.99 | |
| 2/26 | | Recurring Payment authorized on 02/25 Apple.Com/Bill 408-974-1010 CA S461056435305090 Card 2553 | | 9.99 | |
| 2/26 | | WT 210226-083393 Bank of America, NE /Bnf=Harbor City Associates Inc Srf# Ow00001218458021 Trn#210226083393 Rfb# Ow00001218458021 | | 12,000.00 | |
| 2/26 | 2202 | Check | | 100,000.00 | 26,126.10 |
| Ending balance on 2/28 | | | | | 26,126.10 |
| Totals | | | $1,031,798.98 | $1,160,572.56 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 2100 | 2/5 | 18,000.00 | 2200 * | 2/19 | 9,500.00 | 3505 | 2/8 | 1,000.00 |
| 2101 | 2/16 | 360.00 | 2201 | 2/24 | 9,000.00 | 3506 | 2/3 | 700.00 |
| 2102 | 2/11 | 250.00 | 2202 | 2/26 | 100,000.00 | 3507 | 2/4 | 1,266.00 |
| 2104 * | 2/8 | 13,602.50 | 3503 * | 2/8 | 1,000.00 | 3508 | 2/4 | 17,967.37 |
| 2106 * | 2/11 | 1,425.00 | 3504 | 2/8 | 1,000.00 | | | |

* *Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2021 - 02/28/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $170,363.00 ☑ |
| · Minimum daily balance | $500.00 | $26,126.10 ☑ |



---

*Monthly service fee summary (continued)*

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
wxuwx

## Account transaction fees summary

| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 76 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 IMPORTANT ACCOUNT INFORMATION

---

Effective on or after April 1, 2021, Wells Fargo will no longer issue temporary debit cards, including Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards arrive by mail in 5 to 7 calendar days. You may add your Wells Fargo Debit Card or EasyPay Card to a Wells Fargo-supported digital wallet on your mobile device so you can make secure, convenient purchases in stores, online, and in apps, and access Wells Fargo ATMs while you wait for your replacement card. For more details on digital wallets, please visit **wellsfargo.com/mobile/payments.**   Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry.

---

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

February 28, 2021 ▪ Page 9 of 9



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved   Member FDIC.  NMLSR ID 399801

Page 1
Stashly Offer - Harbor City Capital
https://...




**HARBORCITY**
CAPITAL CORP

# A GREAT RETURN, BACKED BY REAL ASSETS

A Million Dollars in Sales in 90 Days...AND GROWING



Interested? Click Here To Get More Details

## Why Invest in Stashly?



"Our assets do not lose value"

Listen to why Kevin Harrington, an original shark from the popular Shark Tank TV Show, is involved and why he feels this is a good investment, along with other members of the Stashly team. Stashly has positioned itself in their niche market as the leaders and carved out a business model and system that is ready for explosive growth.

## The Stashly Experience

We care deeply about our customers.

Stashly understands it's clients and keeps in constant communication to make sure they are happy. They love to under promise and over deliver on their promises to their clients. They really do have their clients best interests in heart and it shows through in their communication and efforts to make each and every transaction smooth and efficient.



## The Stashly Culture



"Everybody is family "

Working at Stashly you are not just an employee, they have built a culture and they care about employees and treat them like family. They like to see their employees grow in business and their personal lives. The leadership team accomplishes this by sharing their knowledge to help educate and sharpen the skills of their employees.

Interested? Click Here To Get More Details

# FREQUENTLY ASKED QUESTIONS



If interested in the Stashly Family & Friends round of investment, fill out the form below to
review the documents and then call our team with any questions you may have.

HARBORCITY
CAPITAL CORP

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-04236

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FL-04236. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FL-04236, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

    https://harborcitycapital.com/wp-content/uploads/2020/03/IMG_2232.jpg

    https://harborcitycapital.com/stashlv/friends-and-family/stashly-lp/

4.  I completed the above mentioned internet preservation on March 25, 2021, using the following tools:

    Fireshot Pro
    APowersoft Video Download Capture

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled FL-04236, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]

Executed on this 25th day of March 2021.



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

<u>For Office Use Only</u>

**WY Secretary of State**
**FILED: Oct 14 2019 11:08AM**
**Original ID: 2019-000880520**



EXHIBIT

C

# Profit Corporation
## Articles of Incorporation

**I. The name of the corporation is:**

Stashly

**II. The name and physical address of the registered agent of the corporation is:**

Buffalo Registered Agents LLC
412 N Main St Ste 100
Buffalo, WY 82834

**III. The mailing address of the corporation is:**

1270 N. Wickham Rd
Suite 16-818
Melbourne, FL 32385

**IV. The principal office address of the corporation is:**

1270 N. Wickham Rd
Suite 16-818
Melbourne, Florida 32935

**V. The number, par value, and class of shares the corporation will have the authority to issue are:**

Number of Common Shares:   100,000,000          Common Par Value:   $0.0001
Number of Preferred Shares:  0                             Preferred Par Value:  $0.0000

**VI. The name and address of each incorporator is as follows:**

Jonathan Marony
100 Rialto Place, Suite 700, Melbourne, FL  32901

**Signature:**    *Jonathan Maroney*                          Date:  **10/14/2019**

Print Name:    **Jonathan Maroney**

Title:    **Incorporator**

Email:    **ami.morton@harborcity.com**

Daytime Phone #:    **(888) 528-4540**



**Secretary of State**

<div align="right">

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

</div>

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: Jonathan Marony

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual      ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

Signature:   *Jonathan Maroney*                    Date:  **10/14/2019**

Print Name:   **Jonathan Maroney**

Title:   **Incorporator**

Email:   **ami.morton@harborcity.com**

Daytime Phone #:   **(888) 528-4540**



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

---

## Consent to Appointment by Registered Agent

**Buffalo Registered Agents LLC**, whose registered office is located at **412 N Main St Ste 100, Buffalo, WY 82834**, voluntarily consented to serve as the registered agent for **Stashly** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

**Signature:**     *Jonathan Maroney*                              Date:   **10/14/2019**

Print Name:      **Jonathan Maroney**

Title:               **Incorporator**

Email:              **ami.morton@harborcity.com**

Daytime Phone #:   **(888) 528-4540**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF INCORPORATION

**Stashly**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **14th** day of **October**, **2019** at **11:08 AM.**

Remainder intentionally left blank.




Secretary of State

Filed Date: 10/14/2019

Filed Online By:

Jonathan Maroney

on 10/14/2019

Page 4 of 4

Page 1
(6) JP Maroney | LinkedIn
https://www.linkedin.com/in/jpmaroney/



EXHIBIT
D







Page 2
(6) JP Maroney | LinkedIn
https://www.linkedin.com/in/jpmaroney/

 JP Maroney Harbor City
Capital Interview

 **Show Host**
The DEAL FLOW Show - Contract
Aug 2020 – Present · 9 mos
Melbourne, Florida, United States

 **Advisor**
Stashey · Full-time
Nov 2019 – Present · 1 yr 6 mos
Los Angeles, California, United States

 **Advisor**
Lino Financial
Jan 2018 – Present · 3 yrs 4 mos
Greater Chicago Area

Good Credit? Bad Credit? We've Got You Covered.

Our team here at LIRO Financial is composed of independent small business owners. We know it is essential to have sufficient funds, and understand the financial juggling it takes to survive. We wanted to develop a program that makes it easier to get what you need: cash!

Small business loans are sales driven, not credit driven. The lending institution only worries about getting their money back, and they gamble based upon your track record in sales. We only need a signed application and three months of bank statements, making it easy for you to get the money you need, when you need it.

see less

 Let the LIRO Financial
Team Get You Funded!

 **Chairman**
Responsive.com
Dec 2013 – Present · 7 yrs 5 mos
Melbourne, Florida Area

Responsive is a private, boutique performance marketing other platform, funded by Harbor City Capital Management SPECIFICALLY for building a team and scaling performance marketing offers.

The venture features red-hot offers to run, and has the capital to scale. Responsive.com is looking for more great media buyers/campaign managers (Sorta like "Rock Star Portfolio Managers at a hedge fund) to join the team and manage a large budget turning high ROI on campaigns.

see less

 **Chairman & CEO**
Marecom, LLC
1999 – Dec 2015 · 16 yrs
Melbourne, Florida Area

Marecom Group is a collection of companies and joint ventures involved in publishing, software, media, training, consulting and internet commerce. He also served as advisor and/or board member with several other companies.

Current and past clients include: Wells Fargo, Century21, Precision AutoTune, The Maids, Metric Property Management/ BlackRock, National Apartment Association, Independent Bankers Association of Texas, Texas Association of Business, Texas Credit Union League, and many other franchises, consortiums, and trade associations.

see less

 **Founder & Chief People Builder**
People Builders Worldwide, LLC
Jan 2020 – Jul 2015 · 15 yrs 7 mos
Melbourne, Florida Area

People Builders Worldwide, a global community of thought leaders involved in personal development and professional training, creates innovative learning opportunities through live events, coaching, web-based training, publishing, software, and multi-media systems.

People Builders Worldwide has staged a world seminar tour including over 100 top speakers who share the latest trends, breakthrough strategies, and amazing content. Tour stops include the United States, United Kingdom, Australia, Canada, Singapore, Dubai, Hong Kong, and other targeted locations. The organization was founded in 2000 by JP Maroney & Tonya Maroney.

Details at http://www.People Builders.com

see less

 People Builders Official
Facebook Page

 People Builders
Worldwide, LLC

 **Co-Founder & CEO**
OptionUSA Media, LLC
1995 – 1999 · 4 yrs
Publishing company specializing in magazines for the Buyer\$Sell Plus\$eller market

Show fewer experiences ⌃

## Education

 **Robert E. Lee**
Hard Knocks
1987 – 1989
Activities and Societies: Newspaper Staff & Photography in the area where the publishing got me.

## Skills & endorsements

**Entrepreneurship** · 99+

Endorsed by Jason Oman and 39 others who are highly skilled at this

Endorsed by 3 of JP'S colleagues at Harbor City Capital

**Marketing** · 99+

Endorsed by Marc Goldman and 21 others who are highly skilled at this

Endorsed by 3 of JP'S colleagues at Harbor City Capital

**Lead Generation** · 99+

Endorsed by Jerome Knyszewski and 10 others who are highly skilled at this

Endorsed by 3 of JP'S colleagues at Harbor City Capital

Industry Knowledge

**Business Development** · 99+
**Strategy** · 99+
**Social Media Marketing** · 99+
**Small Business** · 99+
**Online Marketing** · 99+
**Online Advertising** · 85
**Web Marketing** · 87
**Digital Marketing** · 60
**Marketing Strategy** · 45
**Advertising** · 46
**Email Marketing** · 41
**Mobile Marketing** · 33
**Start-ups** · 32
**Sales** · 26
**Consulting** · 22
**Social Media** · 22
**SEM** · 21
**SEO** · 20
**New Business Development** · 17
**Management Consulting** · 15
**PPC** · 13
**Joint Ventures** · 12
**Selling** · 11
**Business Strategy** · 11
**Blogging** · 10
**Business** · 9
**Direct Marketing** · 8
**Publishing** · 7
**Web Analytics** · 6
**Social Marketing** · 5
**Brand Development** · 5
**Affiliate Marketing** · 5
**Website Development** · 4
**B2B Marketing** · 3
**Integrated Marketing** · 3
**Digital Strategy** · 3

Tools & Technologies

**Facebook** · 57
**Google Analytics** · 4
**WordPress** · 3
**Google Adwords** · 3

Interpersonal Skills

**Public Speaking** · 65
**Leadership** · 50
**Strategic Partnerships** · 34
**Business Networking** · 3
**Business Alliances** · 2

Other Skills

**Social Networking** · 72
**Networking** · 5

Show less

## Recommendations

Received (13) Given (9)

**Ronnie Schmidt, CEO, Founder, Author, Speaker, "Results Proven" Executive, Investor**
Looking for your next best investment in marketing technology and media? Get our 7 Things Investors Desperately Want That We Have Investment Summary at MarketingConsultantsGroup.com. We'll be going public.
[illegible]

Ideas come out of JPs cranium quicker than lightning crosses the sky. When people say, "Been there, done that, won the T-shirt." JP was the originator of that saying. All kidding aside, JP is THE REAL DEAL.

**Joel Nelson**
Founder at ConsciouslyMe - Block Online ads and replace with inspiration!
[illegible]

JP has the very rare skill of creative financial product creation AND the ability to tell the story so that anyone can understand it. Enjoy JP's excellent interview here on Zen Investing Podcast: http://www.zeninvesting.info/zip-15-zen-investing-po... See more

Show more

Captured by FireShot Pro: 02 April 2021, 11:03:03

Page 4
(c) JP Maroney | LinkedIn
https://www.linkedin.com/in/jpmaroney/

## Accomplishments

2   Publications                                                            ︿

**"Do The Hustle" - JP Maroney interviewed on podcast**
May 1, 2014  •  PowerUp For Profits hosted by Kathleen Gage

JP Maroney is an American entrepreneur with more than 25-years experience starting and building companies across a wide range of industries. He is CEO of Maroom Group, a collection of companies and joint ventures involved in publishing, software, media, training, consulting, and internet commerce. Most recently, JP Maroney founded Harbor City Capital Management, a private, boutique investment fund specializing in Digital Marketing Arbitrage within the performance marketing industry.

Other author



See publication

**"You Can Sleep When You're Old"**
Sep 2013  •  JP Maroney

No rest no sleep
You can sleep when you're old

No rest no sleep
Til your story is told

No rest
This ain't a rest
deliver your best
It's just a gest
Sure of your commitment
To yourself

So just Dream, hope hustle
don't believe the lies

Dream hope hustle
keep the fire in your eyes

The world will try to take it
Tell you you won't make it
Make you feel you gotta fake it
But you can shake it

Put it back in their face
Escape the disgrace
They try to place
Upon your race
Don't give em the space

Inside your head
Cause that's not where they live
They're really dead
They've got nothing to give
Just empty hearts
Walking the earth
They were in the grave
As far back as their birth

But you're alive
You can feel it
Pulse pumpin
Can't conceal it
You got the hammer cocked cold
Ready to kill it

Target in sight
Forget the fight
It's time to fight

And don't rest
Don't sleep
You can sleep when you're old

(c) 2013 JP Maroney

## Interests

 MarketWatch
15,824 followers

 USA, UK, CANADA - Lead Generation - B...
3,510 members

 Harvard Business Review
13,578,512 followers

 Bloomberg LP
7,323,323 followers

 Jack Welch ☑
Executive Chairman The Jack Welch Management...
7,227,314 followers

 Ray Dalio ☑
Co-Chief Investment Officer & Co-Chairman of B...
6,229,412 followers

See all

**Linked**in

| | | | |
|---|---|---|---|
| About | Accessibility | Talent Solutions | ❓ Questions? |
| Community Guidelines | Careers | Marketing Solutions | Visit our Help Center. |
| Privacy & Terms ⌄ | Ad Choices | Advertising | ⚙ Manage your account and privacy |
| Sales Solutions | Mobile | Small Business | Go to your Settings |
| Safety Center | | | |

Select Language
English (English)

LinkedIn Corporation © 2021

# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-04236

### DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FL-04236. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FL-04236, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

    https://www.linkedin.com/in/jpmaroney

4.  I completed the above mentioned internet preservation on April 2, 2021, using the following tools:

    Fireshot Pro

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled FL-04236, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

[Russell Castillo]

Executed on this 2nd day of April 2021.

EXHIBIT

E

MORTGAGE  LONG FORM
INDIVID. TO INDIVID.

Return to: (enclose self-addressed stamped envelope)
Name:      TITLE SOLUTIONS OF FLORIDA LLC
Attn.      JENNA WEBB
Address:   2235 N Courtenay Pkwy Ste G Merritt Island FL 32953
This Instrument Prepared by:
Name:      JENNA WEBB
Address:   2235 N Courtenay Pkwy Ste G Merritt Island FL 32953

SPACE ABOVE THIS LINE FOR PROCESSING DATA        SPACE ABOVE THIS LINE FOR RECORDING DATA

THIS IS A BALLOON MORTGAGE AND THE ENTIRE PRINCIPAL BALANCE DUE UPON MATURITY IS $2,590,000.00 TOGETHER WITH ACCRUED INTEREST, IF ANY, AND ANY ADVANCEMENTS MADE BY THE MORTGAGEE UNDER THE TERMS OF THIS MORTGAGE.

## Mortgage

This Mortgage *executed the* 27TH *day of* JUNE 2018, *by* CELTIC ENTERPRISES, LLC, A WYOMING LIMITED LIABILITY COMPANY, *with its permanent post office address at 100 Rialto Place, Suite 700, Melbourne, FL 32901 to* LILIXIA BUNNELL, *with its permanent post office address at 1716 8th. St Manhattan Beach CA 90266 hereinafter called the Mortgagee.*

(Wherever used herein the terms "Mortgagor" and "Mortgagee" shall include all the parties to this instrument, singular and plural, the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, wherever the context so admits or requires; and the term "note" includes all the notes herein described if more than one.)

Witnesseth, *That for good and valuable considerations, and also in consideration of the aggregate sum named in the promissory note of even date herewith, hereinafter described, the Mortgagor hereby grants, bargains, sells, aliens, remises, conveys and confirms unto the Mortgagee all the certain land of which the Mortgagor is now seized and in possession situate in Brevard County, State of Florida, viz:*

Lot 32, LANSING ISLAND, PHASE ONE, according to the plat thereof as recorded in Plat Book 36, Page 13, Public Records of Brevard County, Florida, less the North four feet thereof.

Together with a parcel of land being a portion of Lot 32 of LANSING ISLAND, recorded in Plat Book 36, Page 13, of the Public Records of Brevard County, Florida, more particularly described as follows: Commence at the Southeast corner of said Lot 32 and run North 12°19'34" West along the East line of said Lot, a distance of 77.83 feet to the point of curvature of a 1738.81 foot radius curve to the left; thence Northwesterly along the arc of said curve and said East line of Lot 32, thru a central angle of 02°15'26" a distance of 68.50 feet to the Point of Beginning; thence departing said East line, run South 81°45'51" West, a distance of 276.35 feet to a 4 inch by 4 inch concrete monument stamped LS#3353 on the North line of said Lot 32; thence South 22°50'46" East, a distance of 4.12 feet to a point on the South line of the North 4 feet of said Lot 32; thence North 80°56'05" East, along said South line, a distance of 275.34 feet to the Point of Beginning.

To Have and to Hold *the same, together with the tenements, hereditaments and appurtenances thereto belonging, and the rents, issues and profits thereof, unto the mortgagee, in fee simple.*

And *the Mortgagor covenants with the Mortgagee that the Mortgagor is indefeasibly seized of said land in fee simple; that the Mortgagor has good right and lawful authority to convey said land as aforesaid; that the Mortgagor will make such further assurances to perfect the fee simple title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free and clear of all encumbrances.*

Provided Always, *that if said Mortgagor shall pay unto said Mortgagee the certain promissory note hereinafter substantially copied or identified, to-wit:*

ATTACHED HERETO AND MADE A PART HEREOF

*and shall perform, comply with and abide by each and every of the agreements, stipulations, conditions and covenants thereof, and of this mortgage, then this mortgage and the estate hereby created, shall cease, terminate and be null and void.*

This mortgage and the note it secures requires satisfaction of same in the event the mortgagor sells, assigns, leases or transfers any interest to a third party, and "impairment of security" shall have no bearing on such requirement to satisfy the note and mortgage. The mortgagee requires the mortgagor to provide the mortgagee on an annual basis with proof of payment of insurance by June 1st of each year. Proof of payment of taxes and assessments by December 31st of each year, and payment of similar charges. The mortgagee requires the mortgagor to obtain and maintain insurance (i) fully insuring all improvements on the Property with an insurance company/policy acceptable to mortgagor, (ii) for general liability with minimum policy limits acceptable to mortgagee; and (iii) naming mortgagee as loss payee on any insurance policy and require a rider for any insurance policy requiring mortgagee be provided no less than thirty (30) days prior written notice of cancellation or to make any changes in the terms of any insurance policy. Proof of insurance must be provided by mortgagor to the closing agent prior to closing.

MORTGAGE LONG FORM
INDIVID. TO INDIVID.

SPACE ABOVE THIS LINE FOR RECORDING DATA

This mortgage prohibits hazardous or toxic substances or waste (as defined herein) from being present on the property absent written approval from mortgagee. Mortgagor shall be prohibited from allowing hazardous or toxic substances from escaping, seeping, leaking, spilling, discharging, or emitting in, on or from the Property. For purposes of this provision, the terms "hazardous substance" and "hazardous waste" shall mean and include those elements or compounds which are contained in the term hazardous substances adopted by the United States Environmental Protection Agency ("EPA") and the list of toxic pollutants designated by Congress or the EPA, or defined by any other federal, state, or local statute, law, ordinance, code, rule, regulation, order or regulating, relating to, or imposing liability or standards of conduct concerning any hazardous, toxic or dangerous waste, substance or material including, without limitation, those substances as defined by the Comprehensive Environmental Response, Compensation And Liability Act of 1980 ("CERCLA"), 42 U.S.C. 9601(14), pollutants or contaminants as defined by CERCLA, or hazardous waste as defined by the Resource Conversation and Recovery Act, 42. U.S.C. 6903(5). No underground storage tanks shall be allowed on the Property.

The failure of undersigned to place the funds into escrow with Escrow Agent (as defined in the Note) as described in the Note on the 27th day of each such month shall constitute a default under both the note and mortgage entitling the note holder to accelerate the note and foreclose the mortgage without notice or demand.

MORTGAGE  LONG FORM
INDIVID. TO INDIVID.

SPACE ABOVE THIS LINE FOR RECORD NO DATA

**And** *the Mortgagor hereby further covenants and agrees to pay promptly when due the principal and interest and other sums of money provided for in said note and this mortgage, or either; to pay all and singular the taxes, assessments, levies, liabilities, obligations, and encumbrances of every nature on said property; to permit, commit or suffer no waste, impairment or deterioration of said land or the improvements thereon at any time; to keep the buildings now or hereafter on said land fully insured in a sum of not less than FULL INSURABLE VALUE, in a company or companies acceptable to the Mortgagee, the policy or policies to be held by, and payable to, said mortgagee, and in the event any sum of money becomes payable by virtue of such insurance the Mortgagee shall have the right to receive and apply the same to the indebtedness hereby secured, accounting to the mortgagor for any surplus; to pay all costs, charges and expenses, including lawyer's fees and title searches, reasonably incurred or paid by the Mortgagee because of the failure of the Mortgagor to promptly and fully comply with the agreements, stipulations, conditions and covenants of said note and this mortgage, or either; to perform, comply with and abide by each and every the agreements, stipulations, conditions and covenants set forth in said note and this mortgage or either.  In the event the Mortgagor fails to pay when due any tax, assessment, insurance premium or other sum of money payable by virtue of said note and this mortgage, or either, the Mortgagee may pay the same, without waiving or affecting the option to foreclose or any other right hereunder, and all such payments shall bear interest from date thereof at the highest lawful rate then allowed by the laws of the State of Florida.*

*If any sum of money herein referred to be not promptly paid within THIRTY days next after the same becomes due, or if each and every the agreements, stipulations, conditions and covenants of said note and this mortgage, or either, are not fully performed, complied with and abided by, then the entire sum mentioned in said note, and this mortgage, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the Mortgagee, become and be due and payable, anything in said note or herein to the contrary notwithstanding.  Failure by the mortgagee to exercise any of the rights or options herein provided shall not constitute a waiver of any rights or options under said note or this mortgage accrued or thereafter accruing.*

**In Witness Whereof,** *the said Mortgagor has hereunto signed and sealed these presents the day and year first above written.*

THIS IS A BALLOON MORTGAGE AND THE ENTIRE PRINCIPAL BALANCE DUE UPON MATURITY IS $2,590,000.00 TOGETHER WITH ACCRUED INTEREST, IF ANY, AND ANY ADVANCEMENTS MADE BY THE MORTGAGEE UNDER THE TERMS OF THIS MORTGAGE.

*Signed, sealed and delivered in the presence of:*

Witness Signature

Printed Name

Witness Signature

Printed Name

Signature
JP MARONEY, AS MANAGER OF CELTIC
ENTERPRISES, LLC, A WYOMING LIMITED
LIABILITY COMPANY

STATE OF FLORIDA ) COUNTY OF BREVARD )

This foregoing instrument was acknowledged before me this 27th DAY of JUNE, 2018 by JP MARONEY, AS MANAGER OF CELTIC ENTERPRISES, LLC, A WYOMING LIMTED LIABLITY COMPANY (Check one:) Said person(s) is/are personally known to me. ☐ Said person(s) provided the following type of identification:

NOTARY RUBBER STAMP SEAL

Notary Signature

**JENNA WEBB**
Notary Public - State of Florida
Commission #FF 901050
My Commission Expires
July 16, 2019

THIS IS A CERTIFIED
TRUE AND CORRECT
COPY OF THE ORIGINAL

**MORTGAGE NOTE**

$ 2,590,000.00

Brevard County, Florida
June 27, 2018

FOR VALUE RECEIVED, the undersigned, (jointly and severally, if more than one) promises to pay to **LILIXIA BUNNELL** or order, in the manner hereinafter specified, the principal sum of **\*\*\*TWO MILLION FIVE HUNDRED NINETY THOUSAND DOLLARS AND 00/100 Cents\*\* ($2,590,000.00)** with interest from the note date at the rate of **4.63321%** per annum on the balance from time to time remaining unpaid. Said payments shall be payable in lawful money of the United States of America at *1716 8th. St Manhattan Beach CA 90266* or at such place as may hereafter be designated by written notice from the holder to the maker hereof, on the date and in the manner following:

INTEREST ONLY PAYMENTS IN THE AMOUNT OF $10,000.00 SHALL BE DUE BEGINNING ON 7/27/2018 WITH A LIKE AMOUNT DUE THE SAME DAY OF EACH SUCCEEDING MONTH THEREAFTER UNTIL 06/27/2020 WHEN THE BALANCE TOGETHER WITH ACCRUED INTEREST SHALL BE DUE AND PAYABLE IN FULL.

THE FIRST FIVE PAYMENTS SHALL BE PAID AS FOLLOWS: $8000.00 TO TITLE SOLUTIONS OF FLORIDA, LLC (as escrow agent) @ 2235 N. COURTENAY PKWY SUITE G, MERRITT ISLAND, FL 32953 TO BE PLACED IN THE REPAIR ESCROW ESTABLISHED BY A SEPARATE ESCROW AGREEMENT AND $2000.00 PAID TO THE NOTE HOLDER, LILIXIA BUNNELL. THEN BEGINNING WITH THE 6TH PAYMENT DUE ON 12/27/2018 THE FULL AMOUNT OF $10,000.00 SHALL BE PAID TO LILIXIA BUNNELL AS STATED ABOVE.

The failure of the undersigned to pay $8,000.00 into escrow with Escrow Agent as described above on the 27TH day of each such month shall constitute a default under both the note and mortgage entitling the note holder to accelerate the note and foreclose the mortgage without notice or demand.

A LATE FEE OF 5% OF THE PAYMENT AMOUNT SHALL BE DUE FOR ANY PAYMENT THAT IS NOT RECEIVED WITHIN 5 DAYS AFTER THE DATE IT FIRST BECAME DUE.

This note with interest is secured by a mortgage on real estate, of even date herewith, made by the maker hereof in favor of the said payee, and shall be construed and enforced according to the laws of the **State of Florida.**

If any sum of money herein referred to be not promptly paid within THIRTY days next after the same becomes due, or if each and every the agreements, stipulations, conditions and covenants of said note and this mortgage, or either, are not fully performed, complied with and abided by, then the entire sum mentioned in this note, and said mortgage, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the Mortgagee, become and be due and payable, anything in said note or herein to the contrary notwithstanding. Failure by the mortgagee to exercise any of the rights or options herein provided shall not constitute a waiver of any rights or options under said note or this mortgage accrued or thereafter accruing.

Each person liable herein whether maker or endorser, hereby waives presentment, protest, notice, notice of protest and notice of dishonor and agrees to pay all costs, including a reasonable attorney's fee, whether suit be brought or not, if, after maturity of this note or default hereunder, or under said mortgage, counsel shall be employed to collect this note or to protect the security of said mortgage.

Whenever used herein the terms "holder", "maker" and "payee" shall be construed in the singular or plural as the context may require or admit.

THIS IS A BALLOON MORTGAGE AND THE ENTIRE PRINCIPAL BALANCE DUE UPON MATURITY IS $2,590,000.00 TOGETHER WITH ACCRUED INTEREST, IF ANY, AND ANY ADVANCEMENTS MADE BY THE MORTGAGEE UNDER THE TERMS OF THE MORTGAGE SECURING THIS NOTE.

Maker's Address

(SEAL)

JP MARONEY, AS MANAGER OF CELTIC ENTERPRISES, LLC, A WYOMING LIMITED LIABILITY

100 RIALTO PLACE SUITE 700
MELBOURNE, FL 32901

(SEAL)

JONATHAN P. MARONEY, INDIVIDUALLY

**WARRANTY DEED**
IND/VID. TO IND/VID.

Record and Return to:
Name: Title Solutions of Florida, LLC
Address: 2235 N. Courtenay Pkwy, Suite G
Merritt Island, FL 32953
File Number: 2018-233

This Instrument Prepared by:
Attn: Jenna Webb
Name: Title Solutions of Florida, LLC
Address: 2235 N. Courtenay Pkwy, Suite G
Merritt Island, FL 32953

Property Appraisers Parcel Identification
Folio Number(s): 27-37-13-0U-*-32

---

SPACE ABOVE THIS LINE FOR PROCESSING DATA          SPACE ABOVE THIS LINE FOR RECORDING DATA

**This Warranty Deed**, *Made and executed the* 27th *day of* June, 2018, *by* LILIXIA
BUNNELL, Single, *whose post office address is* 1716 8th. St Manhattan Beach CA 90266,
*hereinafter called the Grantor, to* CELTIC ENTERPRISES LLC A WYOMING LIMITED
LIABILITY COMPANY, *a Wyoming Limited Liability Company, whose post office
address is* 100 Rialto Place, Suite 700, Melbourne Beach FL 32901 *hereinafter called the*
*Grantee.*

(Wherever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of
individuals, and the successors and assigns of corporations, wherever the context so admits or requires)

**Witnesseth,** *That the Grantor, for and in consideration of the sum of* $10.00 *(Ten and 00/100 Dollars) and other*
*valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases,*
*conveys and confirms unto the Grantee, all that certain land, situate in Brevard County, State of Florida, viz:*

Lot 32, LANSING ISLAND, PHASE ONE, according to the plat thereof as recorded in Plat Book 36, Page 13,
Public Records of Brevard County, Florida, less the North four feet thereof.
Together with:
A parcel of land being a portion of Lot 32 of LANSING ISLAND, recorded in Plat Book 36, Page 13, of the
Public Records of Brevard County, Florida, more particularly described as follows: Commence at the
Southeast corner of said Lot 32 and run North 12°19'34" West along the East line of said Lot, a distance of
77.83 feet to the point of curvature of a 1738.81 foot radius curve to the left; thence Northwesterly along the
arc of said curve and said East line of Lot 32, thru a central angle of 02°15'26" a distance of 68.50 feet to the
Point of Beginning; thence departing said East line, run South 81°45'51" West, a distance of 276.35 feet to a
4 inch by 4 inch concrete monument stamped LS#3353 on the North line of said Lot 32; thence South
22°50'45" East, a distance of 4.12 feet to a point on the South line of the North 4 feet of said Lot 32; thence
North 80°56'05" East, along said South line, a distance of 275.34 feet to the Point of Beginning.

**Together,** *with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.* **To**
**Have and to Hold,** *the same in fee simple forever.*

**And** *the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that*
*the Grantor has good right and lawful authority to sell and convey said land; and hereby warrants the title to said land and*
*will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances,*
*except:* Taxes for 2018 and subsequent years; restrictions recorded in the public records as of the date
hereof; reservations and easements of record; and county zoning regulations
**In Witness Whereof,** *the said Grantor has signed and sealed these presents the day and year first above written.*

*Signed, sealed and delivered in the presence of:*

x _(signature)_                                          x _(signature)_
#1 Witness Signature                                     LILIXIA BUNNELL
**B. Y. HENDERSON**
x **Notary Public**
#1 Witness Printed Name

x _(signature)_ Fendi Sim
#2 Witness Signature

x Fendi Sim
#2 Witness Printed Name

STATE OF _California_
COUNTY OF _Los Angeles_

The foregoing instrument was acknowledged before me June 27, 2018 by LILIXIA BUNNELL. (Check one:) ☐ Said person(s)
is/are personally known to me. ☒ Said person(s) provided the following type of identification:
x _CA Driver License(s)_

NOTARY RUBBER STAMP SEAL:
B. Y. HENDERSON
COMM. #2221177
Notary Public - California
Los Angeles County
My Comm. Expires Dec. 5, 2021
NROI

x _(signature)_
Notary Signature

# LISA CULLEN, CFC
## BREVARD COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**
**2018 DELINQUENT INDIVIDUAL TAX CERTIFICATE**

Pay your taxes online at www.brevardtc.com

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2712513 | | 41P0 |

**PAYMENT MUST BE MADE BY CASH, CASHIER'S CHECK, MONEY ORDER, OR CREDIT CARD.**

Celtic Enterprises LLC
100 Rialto PL Ste 700
Melbourne, FL   32901-3071

143 LANSING ISLAND DR

LANSING ISLAND PHASE ONE LOT 32
EXC THE W 21.35 FT MORE OR LESS
OF THE N 4
See Additional Legal on Tax Roll

**Certificate Issued: 2019**

| AD VALOREM TAXES | | | | | |
|---|---|---|---|---|---|
| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | TAXES LEVIED |
| COUNTY GENERAL FUND | 3.9456 | 2,636,300 | 0 | 2,636,300 | 10,401.79 |
| BREVARD LIBRARY DISTRICT | 0.4731 | 2,636,300 | 0 | 2,636,300 | 1,247.23 |
| BREVARD MOSQUITO CONTROL | 0.1869 | 2,636,300 | 0 | 2,636,300 | 492.72 |
| S BREVARD REC DIST 2001-2020 | 0.3116 | 2,636,300 | 0 | 2,636,300 | 821.47 |
| SCHOOL - BY STATE LAW | 4.0510 | 2,636,300 | 0 | 2,636,300 | 10,679.65 |
| SCHOOL - BY LOCAL BOARD | 0.7480 | 2,636,300 | 0 | 2,636,300 | 1,971.95 |
| SCHOOL - CAPITAL OUTLAY | 1.5000 | 2,636,300 | 0 | 2,636,300 | 3,954.45 |
| CITY OF INDIAN HBR BCH | 5.6401 | 2,636,300 | 0 | 2,636,300 | 14,869.00 |
| ST JOHNS RIVER WATER MGMT DST | 0.2562 | 2,636,300 | 0 | 2,636,300 | 675.42 |
| FLA INLAND NAVIGATION DIST | 0.0320 | 2,636,300 | 0 | 2,636,300 | 84.36 |
| ENV END LD/WTR LTD 05-24 | 0.0641 | 2,636,300 | 0 | 2,636,300 | 168.99 |
| ENV END LD/WTR LTD(DBTP) 05-24 | 0.0843 | 2,636,300 | 0 | 2,636,300 | 222.24 |
| S BREVARD REC DIST (DBTP)01-20 | 0.2884 | 2,636,300 | 0 | 2,636,300 | 760.31 |

| TOTAL MILLAGE | 17.5813 | | AD VALOREM TAXES | | $46,349.58 |
|---|---|---|---|---|---|

| NON-AD VALOREM ASSESSMENTS | |
|---|---|
| LEVYING AUTHORITY | AMOUNT |
| 106  STORMWATER I.H.B. | 48.00 |
| 158  SOLID WASTE DISPOSAL | 57.00 |

| PAY ONLY ONE AMOUNT IN BOXES BELOW | NON-AD VALOREM ASSESSMENTS | $105.00 |
|---|---|---|

| Face: 50,280.63 | Cert #5951 | If Received By | Aug 30, 2019 | |
|---|---|---|---|---|
| Rate: 0.25% | Bidder #3402503 | Please Pay | $52,800.91 | |

# LISA CULLEN, CFC
## BREVARD COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**
**2018 DELINQUENT INDIVIDUAL TAX CERTIFICATE**

Pay your taxes online at www.brevardtc.com

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2712513 | | 41P0 |

**PAYMENT MUST BE MADE BY CASH, CASHIER'S CHECK, MONEY ORDER, OR CREDIT CARD.**

RETURN WITH PAYMENT

Celtic Enterprises LLC
100 Rialto PL Ste 700
Melbourne, FL   32901-3071

PAYING ONLINE VIA
E-CHECK IS FREE

"PAY ONLINE, NOT IN LINE"

**Certificate Issued: 2019**

PLEASE PAY IN U.S. FUNDS THROUGH U.S. BANK TO BREVARD COUNTY TAX COLLECTOR, PO BOX 2500, TITUSVILLE, FL 32781-2500

| Face: 50,280.63 | Cert #5951 | If Received By | Aug 30, 2019 | |
|---|---|---|---|---|
| Rate: 0.25% | Bidder #3402503 | Please Pay | $52,800.91 | |

08/22/2019
Paid

Receipt # 509-19-00003435      $52,800.91  Paid By  Celtic Enterprises LLC

# LISA CULLEN, CFC
## BREVARD COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2019  REAL ESTATE

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2712513 | | 41P0 |

Pay your taxes online at www.brevardtc.com

Celtic Enterprises LLC
100 Rialto PL Ste 700
Melbourne, FL   32901-3071

143 LANSING ISLAND DR

LANSING ISLAND PHASE ONE LOT 32
EXC THE W 21.35 FT MORE OR LESS
OF THE N 4
See Additional Legal on Tax Roll

### AD VALOREM TAXES

| TAXING AUTHORITY | MILLAGE RATE | ASSESSED VALUE | EXEMPTION | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|
| COUNTY GENERAL FUND | 3.8196 | 2,448,830 | 0 | 2,448,830 | 9,353.55 |
| BREVARD LIBRARY DISTRICT | 0.4463 | 2,448,830 | 0 | 2,448,830 | 1,092.91 |
| BREVARD MOSQUITO CONTROL | 0.1809 | 2,448,830 | 0 | 2,448,830 | 442.99 |
| S BREVARD REC DIST 2001-2020 | 0.2938 | 2,448,830 | 0 | 2,448,830 | 719.47 |
| SCHOOL - BY STATE LAW | 3.8380 | 2,448,830 | 0 | 2,448,830 | 9,398.61 |
| SCHOOL - BY LOCAL BOARD | 0.7480 | 2,448,830 | 0 | 2,448,830 | 1,831.72 |
| SCHOOL - CAPITAL OUTLAY | 1.5000 | 2,448,830 | 0 | 2,448,830 | 3,673.25 |
| CITY OF INDIAN HBR BCH | 5.6401 | 2,448,830 | 0 | 2,448,830 | 13,811.65 |
| ST JOHNS RIVER WATER MGMT DST | 0.2414 | 2,448,830 | 0 | 2,448,830 | 591.15 |
| FLA INLAND NAVIGATION DIST | 0.0320 | 2,448,830 | 0 | 2,448,830 | 78.36 |
| ENV END LD/WTR LTD 05-24 | 0.0619 | 2,448,830 | 0 | 2,448,830 | 151.58 |
| ENV END LD/WTR LTD(DBTP) 05-24 | 0.0804 | 2,448,830 | 0 | 2,448,830 | 196.89 |
| S BREVARD REC DIST (DBTP)01-20 | 0.3062 | 2,448,830 | 0 | 2,448,830 | 749.83 |

| TOTAL MILLAGE | 17.1886 | AD VALOREM TAXES | $42,091.96 |
|---|---|---|---|

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| 106  STORMWATER I.H.B. | 48.00 |
| 158  SOLID WASTE DISPOSAL | 57.00 |

| PAY ONLY ONE AMOUNT IN BOXES BELOW | NON-AD VALOREM ASSESSMENTS | $105.00 |
|---|---|---|

| If Received By Please Pay | Apr 30, 2020 $43,462.87 | | | | |
|---|---|---|---|---|---|

# LISA CULLEN, CFC
## BREVARD COUNTY TAX COLLECTOR

NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS
2019  REAL ESTATE

| TAX ACCOUNT NUMBER | ESCROW CD | MILLAGE CODE |
|---|---|---|
| 2712513 | | 41P0 |

Pay your taxes online at www.brevardtc.com

RETURN WITH PAYMENT

Celtic Enterprises LLC
100 Rialto PL Ste 700
Melbourne, FL   32901-3071



PAYING ONLINE VIA
E-CHECK IS FREE

"PAY ONLINE, NOT IN LINE"

PLEASE PAY IN U.S. FUNDS THROUGH U.S. BANK TO BREVARD COUNTY TAX COLLECTOR, PO BOX 2500, TITUSVILLE, FL 32781-2500

| If Received By Please Pay | Apr 30, 2020 $43,462.87 | | | | |
|---|---|---|---|---|---|

04/29/2020
Paid

Receipt # 000-20-00169259        $43,462.87  Paid By  Harbor City Capital Corp



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**EXHIBIT**
**F**

**WY Secretary of State**
**FILED: 02/24/2021 09:34 AM**
**Original ID: 2018-000802983**
**Amendment ID: 2021-003132666**

# Change of an Entity's Registered Agent and Office

This form is used ONLY to change the registered agent from one person/company to a <u>different</u> person/company.

1. Name of the business entity:

Celtic Enterprises LLC

2. Name of former registered agent and physical address of former registered office:
   *(The former registered agent information provided must match exactly with the Secretary of State's records.)*

Former Registered Agent:

NONE

Former Registered Office Address:

3. Name of <u>new</u> registered agent and physical Wyoming address of <u>new</u> registered office:

New Registered Agent:

Capital Administrations LLC

New Registered <u>Physical</u> Office Address (must be located in Wyoming):

1712 Pioneer Ave Ste 115 Cheyenne WY 82001

New Registered Agent's <u>Mailing</u> Address:
*(To include a PO Box in the address it must have the same zip code as the registered office.)*

RECEIVED
FEB 1 1 2021
WYOMING
SECRETARY OF STATE

**For consistency the Secretary of State's office will only keep one version of the agent's name and address on file.**

RA-RO ChangeByEntity – Revised August 2019

4. I hereby certify that the new registered office and the registered agent comply with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

5.  The mailing address of my business should be changed to reflect the new registered office address.   Yes   (No)

6.  The principal address of my business should be changed to reflect the new registered office address.  Yes   (No)

7. Once completed the physical address of the registered office and business office of the registered agent will be identical.

Signature: _Lindsay Moore_   Date: 02/11/2021
*(Shall be executed by an authorized individual)*   *(mm/dd/yyyy)*

Print Name: Lindsay Moore on behalf of Capital Administrations LLC (Authorized Agent)    Contact Person:

Title: Authorized Agent    Daytime Phone:

Email: tax@wyomingcompany.com    *(Email provided will receive filing evidence.)*
*May list multiple email addresses*

Checklist
- [ ] *No Filing Fee*
- [ ] This form **must** be accompanied by a written consent to appointment executed by the <u>new</u> registered agent.
- [ ] Please submit one **originally signed** document.
- [ ] **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**



**Wyoming Secretary of State**
**Herschler Building East, Suite 101**
**122 W 25th Street**
**Cheyenne, WY 82002-0020**
Ph. 307.777.7311
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, Capital Administrations LLC

, registered office located at

*(name of registered agent)*

1712 Pioneer Ave Ste 115 Cheyenne WY 82001

voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for Celtic Enterprises LLC

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _Lindsay Moore_   Date: 02/11/2021
*(Shall be executed by the registered agent.)*   *(mm/dd/yyyy)*

Print Name: Lindsay Moore on behalf of Capital Administrations LLC (Authorized Agent)   Daytime Phone: _____

Title: Authorized Agent   Email: tax@wyomingcompany.com

Registered Agent Mailing Address (if different than above): _____

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s): _____

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____   Date: _____
*(Shall be executed by the registered agent.)*   *(mm/dd/yyyy)*

RAConsent – Revised August 2019



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 02/24/2021 09:32 AM
Original ID: 2018-000802983
Amendment ID: 2021-003132665

# Limited Liability Company
## Application for Certificate of Reinstatement

A limited liability company administratively dissolved under W.S. 17-29-705 may apply to the Secretary of State for reinstatement within two (2) years after the effective date of dissolution.

1. Limited liability company name:

Celtic Eneterprises LLC

2. Effective date of its administrative dissolution: 07/09/2020

*(Date – mm/dd/yyyy)*

3. Grounds for dissolution have been eliminated.

Signature: *Lindsay Moore*    Date: 02/11/2021

*(Shall be executed by a member, manager, or other authorized individual as set forth in the operating agreement.)*    *(mm/dd/yyyy)*

Print Name: Lindsay Moore on behalf of Capital Administrations LLC (Authorized Agent)    Contact Person:

Title: Authorized Agent    Daytime Phone Number:

Email: tax@wyomingcompany.com

---

**FOREIGN ENTITIES:** Must submit a **good standing certificate/certificate of existence** from the state or country of formation **dated within 60 days** of the reinstatement filing date in Wyoming.

Checklist
**For failure to file annual report please submit the following:**
☐ Each delinquent annual report
☐ Each delinquent annual report fee
☐ The $50 reinstatement fee (both fees can be submitted on one check)

**For failure to maintain registered agent please submit the following:**
☐ The statement of change by business entity form and the consent to appointment form
☐ The $50 reinstatement fee
☐ The $250 penalty (both fees can be submitted on one check)
Please submit one **originally signed** document. An electronic certificate of evidence will be sent to the email address(es) provided.

RECEIVED
FEB 1 1 2021
WYOMING
SECRETARY OF STATE

LLC-CertificateReinstatement – Revised August 2019

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the certificate of dissolution for the entity listed below has been canceled and this entity has been reinstated effective **February 24, 2021** as the grounds for dissolution/revocation have been eliminated.

### CERTIFICATE OF REINSTATEMENT

**Celtic Enterprises, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **24th** day of **February, 2021.**



Secretary of State

By: _____ Anneleisa Renner

Filed Date: 02/24/2021



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
FILED: 06/15/2020 01:51 PM
Global Amendment ID: 24636
Affected Entities: 1

## Statement of Resignation of Registered Agent

1. ☐ This change affects _every_ entity that I represent.
   **OR**
   ☑ This change affects _only_ the entities on the attached list.
   *(If attaching a list of business entities do __not__ list more than 25 entities per filing. )*

2. I, | Capital Administrations LLC |, hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on | 05/04/2020 | to an officer or controlling
   *(Date – mm/dd/yyyy)*
   member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address,  a separate notice must be provided to change the mailing and/or principal office address to the last known address.

Signature: _Lindsay Moore_                    Date: | 06/08/2020 |
*(Shall be executed by a person authorized by the registered agent.)*                    *(mm/dd/yyyy)*

Print Name: | Lindsay Moore on behalf of Capital Administrations LLC |   Contact Person: |                     |
             (Authorized Agent)

Title: | Authorized Agent |                    Daytime Phone Number: |                     |

                                              Email: | tax@wyomingcompany.com |
                                              **May list multiple email addresses*

RECEIVED
JUN 1 1 2020
WYOMING
SECRETARY OF STATE

Checklist
☐ *No Filing Fee*
☐ Please submit one **originally signed** document.
☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

## STATE OF WYOMING ✳ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: https://sos.wyo.gov · Email: business@wyo.gov

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Celtic Enterprises, LLC** | | |
|---|---|---|---|
| **Filing ID** | **2018-000802983** | | |
| Type | Limited Liability Company | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 05/10/2018 8:33 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Principal Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### Mailing Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### Registered Agent Address

Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Capital Administrations LLC 1712 Pioneer Ave Ste 115, Cheyenne, Laramie County, WY  82001 |

### Notes

| Date | Recorded By | Note |
|---|---|---|
| | | |

Page 1 of 2

# STATE OF WYOMING ✳ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 24636
**Amendment Type:** RA Resignation
**Amendment Date:** 06/15/2020 1:51 PM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 1

---

**Agent Name:** Capital Administrations LLC
**Address:** 1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

| Field Name | Changed From | Changed To |
| --- | --- | --- |
| Registered Agent # | 0196923 | 0000000 |
| Registered Agent Email | info@wyomingcompany.com | No Value |
| Registered Agent Organization Name | Capital Administrations LLC | No Agent |
| Registered Agent Phone | (307) 778-4730 | No Value |
| Registered Agent Physical Address 1 | 1712 Pioneer Ave Ste 115 | No Office |
| Registered Agent Physical City | Cheyenne | No Value |
| Registered Agent Physical County | Laramie | No Value |
| Registered Agent Physical Postal Code | 82001 | No Value |

---

Page 1 of 1 on 6/15/2020 1:51:51 PM

WY Secretary of State
FILED: 06/15/2020 01:00 PM
Original ID: 2018-000802983
Amendment ID: 2020-002852619

# Wyoming Secretary of State

# Update Form

Name of Entity: Celtic Enterprises, LLC

ID#: 2018-0008029 83

The above entity is requesting an update be made to reflect their most current information:

Principal Address: 100 Rialto Place Suite 700,   Melbourne, FL 32901

Mailing Address: 100 Rialto Place Suite 700,   Melbourne, FL 32901

Signature: *Lindsay Moore*

Date:6/8/2020

Printed Name: Lindsay Moore, on behalf of, Wyoming Corporate Services, Inc.

Title: Authorized Agent



**WY Secretary of State**
**FILED: 05/10/2018 08:33 AM**
**ID: 2018-000802983**

# ARTICLES OF ORGANIZA...
## OF
## Celtic Enterprises, LLC

## A LIMITED LIABILITY COMPANY

I.   The name of the limited liability company is Celtic Enterprises, LLC

II.  The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III. The purpose for which the limited liability company is organized is: <u>any lawful purpose except for the purposes of banking and insurance</u>.

IV.  The name and address of its registered agent is:

Capital Administrations, LLC
1712 Pioneer Ave. Ste. 115
Cheyenne, WY 82001

(The registered agent may be an individual resident in this state or a domestic foreign corporation authorized to transact business in this state, having a business office identical with such registered office.)

V.   The mailing address of the principal office:

1712 Pioneer Ave. Ste. 7000
Cheyenne, WY  82001

VI.  The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 9th day of May, 2018.

Christina Horton, on behalf of
Capital Administrations, LLC, Organizer
tax@wyomingcompany.com

Received
MAY -9 2018
Secretary of State
Wyoming

**CONSENT TO**
**APPOINTMENT BY REGISTERED AGENT**

I.   Capital Administrations, LLC, located at 1712 Pioneer Ave. Ste. 115 Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for Celtic Enterprises, LLC, on the date shown below;

II.  The undersigned by and on behalf of Capital Administrations, LLC, hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 9th day of May, 2018.

Christina Horton, on behalf of
Capital Administrations, LLC, Registered Agent

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## Celtic Enterprises, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **10th** day of **May**, **2018**.



_____
Secretary of State

By: _____
Jordyn Gray

Filed Date: 05/10/2018



STATE OF WYOMING
Secretary of State

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

Secretary of State

By: Angela Meena

Date: 04 08 2021

EXHIBIT

G

| Financial Institution | Account Number | Account Name | Account Owner and/or Signatories | Document Time Period Received | Account Activity |
|---|---|---|---|---|---|
| Chase | 7577 | Harbor City Holdings LLC | Jonathan P. Maroney/Tonya Maroney | January 1, 2015-January 7, 2016 | Total deposits of $510,000; Only $48,750 subsequent to March 5, 2015 |
| Chase | 5317 | Responzive LLC | Jonathan P. Maroney | March 12, 2015-February 12, 2018 | Total deposits of $233,000, Only $35,598 subsequent to December 31, 2016 |
| Chase | 6307 | Authority Institute LLC | Jonathan P. Maroney | March 12, 2015-April 7, 2016 | Total deposits of $40,118 |
| Chase | 5993 | Authority Institute LLC | Jonathan P. Maroney | August 17, 2016-May 5, 2017 | Total deposits of $20,500 |
| Chase | 8901 | Givertree Inc. | Jonathan P. Maroney | May 1, 2015-January 31, 2021 | Total deposits of $9,317 |
| Chase | 5322 | Harbor Institute LLC | Jonathan P. Maroney | March 10, 2015-April 7, 2016 | Total deposits of $15,747 |
| BOA | 6764 | HC Associates Inc. | Jonathan P. Maroney | January 10, 2020-February 28, 2021 | Total deposits of $1,966 deposits through 2/28/21; Balance $65 |
| BOA | 7506 | HC Associates Inc. | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | No Activity |
| BOA | 1421 | HCCF-1 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | No Activity |
| BOA | 6874 | HCCF-1 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | Total deposits of $100 |
| BOA | 6832 | HCCF-2 LLC | Jonathan P. Maroney | January 14, 2020-April 30, 2020 | Total deposits of $100 |
| BOA | 4976 | HCCF-2 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | No Activity |
| BOA | 3649 | HCCF-3 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | No Activity |
| BOA | 6887 | HCCF-3 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | Total deposits of $100 |
| BOA | 5113 | HCCF-4 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | No Activity |
| BOA | 6748 | HCCF-4 LLC | Jonathan P. Maroney | January 10, 2020-April 30, 2020 | Total deposits of $100 |

EXHIBIT

H
_____

# Business Account Application

WELLS FARGO

| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | SATELLITE BEACH |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| DANISH M.HARRELL | B7932 | 11/05/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 321/984-5040 | 11054 | 0066145 | Z0280-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ New Deposit Account(s) Only     ☐ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1: |
|---|---|
| Wells Fargo Business Choice Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | ▮▮▮6246 | $25.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| bd-000365854 | NO |

## Related Customer Information

| Customer 1 Name: |
|---|
| CELTIC ENTERPRISES LLC |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| ▮▮▮▮0716 | Sole Owner |

| Customer 2 Name: |
|---|
| JONATHAN P MARONEY |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| ▮▮▮▮8268 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: |
|---|---|
| CELTIC ENTERPRISES LLC | ▮▮▮▮▮▮▮ |
|  | Address Line 2: |
|  |  |
|  | City:     State: |
|  | MELBOURNE     FL |
|  | ZIP/Postal Code:     Country: |
|  | 32901-3071     US |



2W02-001308700076-01

Business Account Application

## Customer 1 Information

| | |
|---|---|
| **Customer Name:** CELTIC ENTERPRISES LLC | |

| | |
|---|---|
| **Enterprise Customer Number (ECN):** ████████ 0716 | **Street Address:** ████████ |
| **Account Relationship:** Sole Owner | **Address Line 2:** |
| **Taxpayer Identification Number (TIN):** ████ 5498 **TIN Type:** EIN | **Address Line 3:** |
| **Business Type:** Limited Liability Company | **City:** MELBOURNE **State:** FL |
| **Business Sub-Type/Tax Classification:** C Corporation **Non-Profit:** No | **ZIP/Postal Code:** 32901-3071 **Country:** US |
| **Date Originally Established:** 05/10/2018 **Current Ownership Since:** 2018 **Number of Employees:** 2 | **Business Phone:** 903/521-6808 **Fax:** |
| **Annual Gross Sales:** $100,000.00 **Year Sales Reported:** 11/05/2019 **Fiscal Year End:** | **Cellular Phone:** **Pager:** |
| **Primary Financial Institution:** WLLSFRG **Number of Locations:** 1 | **e-Mail Address:** |
| **Primary State 1:** FL **Primary State 2:** **Primary State 3:** | **Website:** |
| **Primary Country 1:** **Primary Country 2:** **Primary Country 3:** | **Sales Market:** REGIONAL |

**Industry:** Real Estate, Rental and Leasing

**Description of Business:** Real Estate Property Owner

**Major Suppliers/Customers:**

## Bank Use Only

| | |
|---|---|
| **Name/Entity Verification:** Articles of Organization | **Address Verification:** NONE |
| **BACC Reference Number:** 6193090000315 | |

| | | | | |
|---|---|---|---|---|
| **Document Filing Number/Description:** 2018 000802983 | **Filing Country:** US | **Filing State:** WY | **Filing Date:** 05/10/2018 | **Expiration Date:** |
| **Country of Registration:** US | **State of Registration:** WY | **International Transactions:** | | **Check Reporting:** NO RECORD |

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: | |
|---|---|---|
| JONATHAN P MARONEY | ███████████████ | |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | 10/13/1970 | 100.0 | |

| Enterprise Customer Number (ECN): | City: | State: |
|---|---|---|
| ██████████3268 | INDIAN HARBOUR BEACH | FL |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | Country: |
|---|---|---|---|
| █████5644 | SSN | 32937-5355 | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | ██████████373-0 | US | |

| Primary ID St/Cuy/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| FL | 02/04/2016 | 10/13/2024 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR | SS CARD 5644 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | |

2W02-001308700076-03

BBG2307 (12-18 SVP)

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name
JONATHAN P MARONEY

Position/Title:

Owner/Key Individual 1 Signature

☐ Submit manually
☐ Signature not required

Date:
11/05/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
JONATHAN P MARONEY

Position/Title:

Authorized Signer 1 Signature

☐ Submit manually
☐ Signature not required

Date:
11/05/2019



2W02-001308700076-04