**EXHIBIT 3**

**STATE OF NEVADA**

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for
Commercial Recordings*



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138*

*North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888*

**EXHIBIT 3**

### Certified Copy

4/7/2021 12:37:24 PM

| | |
|---|---|
| **Work Order Number:** | W2021040700903 |
| **Reference Number:** | 20211369185 |
| **Through Date:** | 4/7/2021 12:37:24 PM |
| **Corporate Name:** | HARBOR CITY DIGITAL VENTURES, INC. |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20170369774-26 | Initial List | 1 |
| 20180386992-48 | Annual List | 1 |
| 20170367893-26 | Articles of Incorporation | 4 |
| 20190330496 | Noncommercial Registered Agent-Statement of Change | 1 |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Paul Reyes
Certificate Number: B202104071576509
You may verify this certificate
online at http://www.nvsos.gov

**(PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER

NAME OF CORPORATION: HARBOR CITY DIGITAL VENTURES, INC.

E0411552017-5

FOR THE FILING PERIOD OF AUG, 2017 TO AUG, 2018

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

Filed in the Office of
[signature] Barbara K. Cegavske
Secretary of State
State Of Nevada

Business Number: E0411552017-5
Filing Number: 20170369774-26
Filed On: 08/30/2017
Number of Pages: 1

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. <u>Ordering Copies:</u> If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A **copy fee of $2.00 per page** is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [____]

NRS 76.020 Exemption Codes
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

☐ This corporation is a publicly traded corporation. The Central Index Key number is: [____]

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | |
|---|---|---|---|
| JP MARONEY | PRESIDENT (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 880 SEVEN HILLS DRIVE SUITE 210 | HENDERSON | NV | 89052 |
| NAME | TITLE(S) | | |
| JP MARONEY | SECRETARY (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 880 SEVEN HILLS DRIVE SUITE 210 | HENDERSON | NV | 89052 |
| NAME | TITLE(S) | | |
| JP MARONEY | TREASURER (OR EQUIVALENT OF) | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 880 SEVEN HILLS DRIVE SUITE 210 | HENDERSON | NV | 89052 |
| NAME | TITLE(S) | | |
| JP MARONEY | DIRECTOR | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 880 SEVEN HILLS DRIVE SUITE 210 | HENDERSON | NV | 89052 |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** JP MARONEY
**Signature of Officer or Other Authorized Signature**

Title: PRESIDENT
Date: 8/30/2017 9:09:22 AM

Nevada Secretary of State List Profit
Form: 100103    Revised: 7-1-17

# (PROFIT) INITIAL/ANNUAL LIST OF OFFICERS, DIRECTORS AND STATE BUSINESS LICENSE APPLICATION OF:

**ENTITY NUMBER**

NAME OF CORPORATION: HARBOR CITY DIGITAL VENTURES, INC.

E0411552017-5

FOR THE FILING PERIOD OF AUG, 2018 TO AUG, 2019

*100103*

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

| Filed in the Office of | Business Number E0411552017-5 |
| --- | --- |
| *Barbara K. Cegavske* | Filing Number 20180386992-48 |
| Secretary of State State Of Nevada | Filed On 08/31/2018 |
| | Number of Pages 1 |

*IMPORTANT:* Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the completed form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $500.00/$200.00 for Professional Corporations filed pursuant to NRS Chapter 89. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. <u>Ordering Copies:</u> If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

(This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

### CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

☐ Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [   ]

**NOTE:** If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.

NRS 76.020 Exemption Codes
001 - Governmental Entity
006 - NRS 680B.020 Insurance Co.

☐ This corporation is a publicly traded corporation. The Central Index Key number is:

☐ This publicly traded corporation is not required to have a Central Index Key number.

| NAME | TITLE(S) | | | |
| --- | --- | --- | --- | --- |
| JP MARONEY | PRESIDENT (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 100 RIALTO PLACE STE 700 | MELBOURNE | FL | 32901 | |
| NAME | TITLE(S) | | | |
| JP MARONEY | SECRETARY (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 100 RIALTO PLACE STE 700 | MELBOURNE | FL | 32901 | |
| NAME | TITLE(S) | | | |
| JP MARONEY | TREASURER (OR EQUIVALENT OF) | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 100 RIALTO PLACE STE 700 | MELBOURNE | FL | 32901 | |
| NAME | TITLE(S) | | | |
| JP MARONEY | DIRECTOR | | | |
| ADDRESS | CITY | STATE | ZIP CODE | |
| 100 RIALTO PLACE STE 700 | MELBOURNE | FL | 32901 | |

None of the officers or directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** JP MARONEY
**Signature of Officer or Other Authorized Signature**

Title: PRESIDENT

Date: 8/31/2018 12:48:07 PM

Nevada Secretary of State List Profit
Form: 100103   Revised: 7-1-17




BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*040105*

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

Filed in the Office of
*Barbara K. Cegavske*
Secretary of State
State Of Nevada

Business Number
E0411552017-5
Filing Number
20170367893-26
Filed On
08/29/2017
Number of Pages
4

(This document was filed electronically.)

USE BLACK INK ONLY - DO NOT HIGHLIGHT
ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Corporation:** HARBOR CITY DIGITAL VENTURES, INC.

**2. Registered Agent for Service of Process:** (check only one box)
[X] Commercial Registered Agent: FORTUNE DNA, INC.
[ ] Noncommercial Registered Agent (name and address below) OR [ ] Office or Position with Entity (name and address below)

**3. Authorized Stock:** (number of shares corporation is authorized to issue)
Number of shares with par value: 25000000
Par value per share: $ 0.001
Number of shares without par value: 0

**4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees)
1) JP MARONEY
Street Address: 880 SEVEN HILLS DRIVE SUITE 210
City: HENDERSON  State: NV  Zip Code: 89052

**5. Purpose:** (optional; required only if Benefit Corporation status selected)
The purpose of the corporation shall be: ANY LEGAL PURPOSE

**6. Benefit Corporation:** (see instructions) [ ] Yes

**7. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator)
Name: FORTUNE DNA, INC.
Incorporator Signature: X FORTUNE DNA, INC.
Address: 880 SEVEN HILLS DR. STE #210
City: HENDERSON  State: NV  Zip Code: 89052

**8. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.
X FORTUNE DNA, INC.
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity
Date: 8/29/2017

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 78 Articles
Revised: 1-5-15

## ARTICLES OF INCORPORATION

## OF

## HARBOR CITY DIGITAL VENTURES, INC.

KNOW ALL MEN BY THESE PRESENTS:

### I.

That we, the undersigned, have this day voluntarily associated ourselves together for the purpose of forming a corporation under the laws of the State of Nevada, and we do hereby certify:

The name of this Corporation is:

**HARBOR CITY DIGITAL VENTURES, INC.**

### II.

That the name and address of the resident agent of said Corporation shall be FORTUNE DNA, INC., 880 Seven Hills Drive, Suite 89052, NEVADA 89123, County of Clark, and offices for the transaction of the business of said corporation may be established in any other town or city in the state of Nevada, or in any other state territory, where general offices for the transaction of business of said Corporation and the holding of the meeting of the stockholders and of the Board of Directors of said Corporation may be established and maintained.

I hereby accept appointment as Resident Agent for the above named corporation.

## X__ BRIAN BOWMAN
   Resident Agent

### III.

That total authorized capital stock of the corporation shall consist of 25,000,000 shares of common stock with a par value of $.001. All of the said stock is to be common stock and carry full voting power and the said shares shall be issued fully paid at such time as the Board of Directors may designate in exchange for cash, property or services, the stock of other Corporations, or other values, rights or things, and the judgments of the Board of Directors as to the value thereof shall be conclusive.

IV.

The members of the governing board shall be styled "Directors", and the number of such Board of Directors shall consist of no less than one (1) director and no more than (7) seven Directors, until changed either by amendment to these Articles of Incorporation, or the adoption of By-Laws, and from time to time amendments thereto increasing or decreasing the number of directors. The board of directors shall not pass any resolution or take any action whatever while a vacancy exists on the board. The name and address of the first Board of Directors consisting of one director is as follows.

**JP MARONEY**
**100 Rialto Place, Suite 700**
**Melbourne, FL 32901**

The capital stock, after the amount of the subscription price is paid in, shall be and remain non-assessable. The private property of the stockholders shall not be liable for the debts or liabilities of the corporation.

V.

That the objects, business and pursuits and the nature of the business or objects or purposes to be transacted, promoted or carried on by this Corporation are and shall continue to be to do any and all things and exercise any and all powers which might now or hereafter be lawful for the corporation to do or exercise under and pursuant to the act of the state of Nevada under which the Corporation is incorporated, or any amendatory thereof or supplemented thereto that may be now or hereafter in force, or any other act that may be now or hereafter applicable to the corporation.

VI.

Every incorporator, director, officer, or employee of the corporation shall be indemnified by the corporation against all expenses and liabilities including counsel fees, reasonably incurred by or imposed upon him in connection with any proceeding to which he maybe made a party, or in which he may become involved, by reason of his being or having been a director, officer or employee of the corporation, or any settlement thereof made with court approval, whether or not he is a director, officer or employee at the time such expenses are incurred, except in such cases wherein the director, officer or employee is adjudged to be liable for intentional misconduct, fraud or knowing violation of law in the performance of his duties or the payment of dividends in violation of NRS 78.300; provided that in the event of a settlement the indemnification herein shall apply only when the board of directors, as well as the court, approves such settlement and reimbursement as being for the best interests of the corporation. The foregoing right of indemnification shall be in addition to and not exclusive of all other rights to which such director, officer or employee may be entitled.

VII.

The Corporation is to have perpetual existence.

VIII.

At all elections of directors, each stockholder shall be entitled to as many votes equal the number of his shares of stock.

IX.

The name and address of the incorporator signing these Articles of Incorporation are as follows:

**FORTUNE DNA, INC.**
**880 SEVEN HILLS DRIVE SUITE #210**
**HENDERSON, NEVADA 89052**

IN WITNESS WHEREOF, we have hereunto set our hands this 29th day of August, 2017.

# X   BRIAN BOWMAN
Incorporator

**FORTUNE DNA, INC.**
**880 SEVEN HILLS DRIVE SUITE #210**
**HENDERSON, NEVADA 89052**

| Filed in the Office of | Business Number |
|---|---|
| *Barbara K. Cegavske* | E0411552017-5 |
| | Filing Number |
| | 20190330496 |
| Secretary of State | Filed On |
| State Of Nevada | 10/18/2019 10:00:00 AM |
| | Number of Pages |
| | 1 |



BARBARA K. CEGAVSKE
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

# Registered Agent Acceptance/Statement of Change
(PURSUANT TO NRS 77.310, 77.340, 77.350, 77.380)

TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT

| 1. Entity information: | Name of represented entity: HARBOR CITY DIGITAL VENTURES, INC. <br> Entity or Nevada Business Identification Number (NVID): NV20171549914 <br> (for entities currently on file) |
|---|---|
| 2. Registered Agent Acceptance: | ☑ Registered Agent Acceptance |
| 3. Information Being Changed: | Statement of Change takes the following effect: (select only one) <br> ☑ Appoints New Agent (complete section 5) <br> ☐ Update Represented Entity Acting as Registered Agent (complete sections 5) <br> ☐ Update Registered Agent Name (complete sections 4 & 5) <br> ☐ Update Registered Agent Address (complete sections 4 & 5) |
| 4. Registered Agent Information Before the Change: (Non-commercial registered agents ONLY) | Name of Registered Agent OR Title of Office or Position with Entity <br> Street Address / City / Nevada / Zip Code <br> Mailing Address (if different from street address) / City / Nevada / Zip Code |
| 5. Newly Appointed Registered Agent or Registered Agent Information After the Change: | ☑ Commercial Registered Agent:(name only below)   ☐ Noncommercial Registered Agent (name and address below)   ☐ Office or Position with Entity (title or position and address below) <br> REGISTERED AGENTS INC. <br> Name of Registered Agent OR Title of Office or Position within Entity <br> Street Address / City / Nevada / Zip Code <br> Mailing Address (if different from street address) / City / Nevada / Zip Code |
| 6. Electronic Notification: (Optional) | Email address for electronic notifications for "Non-Commercial" or "Office or Positions with Entity" registered agents only: |
| 7. Certificate of Acceptance of Appointment of Registered Agent: (Required) | *I hereby accept appointment as Registered Agent for the above named Entity.* <br> X *Bill Havre*   Bill Havre / Secretary   10/18/2019 <br> Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date |
| 8. Signature of Represented Entity: (Required) | X *Jonathan Maroney*   Jonathan Maroney / President   10/18/2019 <br> Authorized Signature On Behalf of the Entity   Date |

FEE: $60.00
This form must be accompanied by appropriate fees.

Page 1 of 1
Revised: 1/1/2019