**EXHIBIT 4**

## STATE OF NEVADA

**BARBARA K. CEGAVSKE**
*Secretary of State*

**KIMBERLEY PERONDI**
*Deputy Secretary for
Commercial Recordings*



**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division
202 N. Carson Street
Carson City, NV 89701
Telephone (775) 684-5708
Fax (775) 684-7138*

*North Las Vegas City Hall
2250 Las Vegas Blvd North, Suite 400
North Las Vegas, NV 89030
Telephone (702) 486-2880
Fax (702) 486-2888*



EXHIBIT 4

### Certified Copy

4/14/2021 2:41:25 PM

| | |
|---|---|
| **Work Order Number:** | W2021041401245 |
| **Reference Number:** | 20211384946 |
| **Through Date:** | 4/14/2021 2:41:25 PM |
| **Corporate Name:** | HARBOR CITY VENTURES LLC |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20140805261-29 | Articles of Organization | 4 |

Respectfully,

*[signature]*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Paul Reyes
Certificate Number: B202104141593809
You may verify this certificate
online at http://www.nvsos.gov





ROSS MILLER
Secretary of State
204 North Carson Street, Suite 4
Carson City, Nevada 89701-4520
(775) 684-5708
Website: www.nvsos.gov

*050104*

# Articles of Organization
# Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

Filed in the Office of

Secretary of State
State Of Nevada

Business Number
E0622512014-3
Filing Number
20140805261-29
Filed On
12/12/2014
Number of Pages
4

USE BLACK INK ONLY - DO NOT HIGHLIGHT    ABOVE SPACE IS FOR OFFICE USE ONLY

| | |
|---|---|
| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | HARBOR CITY VENTURES LLC   Check box if a Series Limited-Liability Company [X]   Check box if a Restricted Limited-Liability Company [ ] |
| **2. Registered Agent for Service of Process:** (check only one box) | [ ] Commercial Registered Agent: _____ Name<br>[X] Noncommercial Registered Agent (name and address below)  OR  [ ] Office or Position with Entity (name and address below)<br>FORTUNE DNA, INC.<br>Name of Noncommercial Registered Agent OR Name of Title of Office or Other Position with Entity<br>452 E. SILVERADO RANCH BLVD. STE 520 | LAS VEGAS | Nevada | 89183<br>Street Address | City | | Zip Code<br>452 E. SILVERADO RANCH BLVD. STE 520 | LAS VEGAS | Nevada | 89183<br>Mailing Address (if different from street address) | City | | Zip Code |
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): |
| **4. Management:** (required) | Company shall be managed by: [X] Manager(s)  OR  [ ] Member(s) (check only one box) |
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) J.P. MARONEY<br>Name<br>3910 MURRELL ROAD STE B339 | ROCKLEDGE | FL | 32955<br>Street Address | City | State | Zip Code<br>2)<br>3) |
| **6. Effective Date and Time:** (optional) | Effective Date: _____ Effective Time: _____ |
| **7. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br>FORTUNE DNA, INC.    X FORTUNE DNA, INC.<br>Name                  Organizer Signature<br>452 E. SILVERADO RANCH BLVD. STE 520 | LAS VEGAS | NV | 89183<br>Address | City | State | Zip Code |
| **8. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.*<br>X FORTUNE DNA, INC.                    12/12/2014<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity    Date |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 7-26-13

# ARTICLES OF ORGANIZATION
# LIMITED-LIABILITY COMPANY
(Pursuant to NRS-86)
# STATE OF NEVADA

### Article I
### NAME OF THE COMPANY

The name of the Limited Liability Company organized by these Articles pursuant shall be HARBOR CITY VENTURES, LLC. Such name shall be used on all relevant public filings, correspondence, documents, property transfers, and other transactions and recordings. It is understood that Fictitious Business Names are acceptable, if properly filed as a DBA.

### Article II
### NEVADA RESIDENT AGENT

Each Limited Liability Company must have a designated Resident Agent in the State of Nevada for service of legal process. The Resident Agent for this Limited Liability Company shall be:

FORTUNE DNA, INC.

**Mailing Address:**   452 E. Silverado Ranch Blvd., Suite 520, Las Vegas, NV 89183
**Physical Address:**  452 E. Silverado Ranch Blvd., Suite 520, Las Vegas, NV 89183

### Article III
### BUSINESS PURPOSE OF THE COMPANY

The purpose for which the Limited Liability Company is organized under Nevada Revised Statutes §86 is to engage in any lawful acts or activities for which Limited Liability Companies may be formed under the laws of the State of Nevada and as may be further and more specifically outlined in the Operating Agreement of this Limited Liability Company.

### Article IV
### MANAGEMENT OF THE COMPANY

This Company shall be managed by the Manager. J.P. MARONEY has been named as Manager of this Company, by consent of the Members, and shall have all powers, duties and responsibilities as outlined in the Operating Agreement. Only the Manager or Managing Members can bind the Company. Non-Managing Members have no authority to bind it.

## Article V
## COMPANY MAILING ADDRESS

The Manager, Member or Managing Member shall have the following official Mailing Address:

## Article VI
## COMPANY CONTINUITY

In accordance with the Operating Agreement as approved by the Members, this Company will *continue* to do business upon the death, retirement, resignation, expulsion, bankruptcy or dissolution of a Member or occurrence of any other event which would terminate the continued membership of a particular Member in the Company.

## Article VII
## COMPANY DURATION

**NRS 86.155 Perpetual existence of company.** Unless otherwise provided in its Articles of Organization or Operating Agreement, a Limited-Liability Company has perpetual existence.

## Article VIII
## SERIES CHARACTERISTICS AND REQUIREMENTS

In accordance with Nevada law, the Company shall have one or more Series of Members. The debts or liabilities of each Series are to be enforceable only as against the assets of that particular Series and not against other Series and not against the Company generally. All contracts between any Series shall make reference to said provision and shall specify that transactions are by and between a specific Series and not the Company generally. In accordance with NRS86.161(I)(e) the relative rights, powers and duties of the Series will be set forth in the Operating Agreement of the Company. Under the Operating Agreement of the Company, each Series shall be separate and distinct from other Series with separate powers, rights and/or duties with respect to specified property or obligations or separate business purposes. In accordance with NRS 86.291(3), the management of a Series may be vested in a Series Manager(s), who may but need not be Members, in the manner prescribed by the Operating Agreement of the Company.

## ARTICLE IX
## ORGANIZER

This Company is organized by the undersigned.

*[signature]*
FORTUNE DNA, INC.

DECEMBER 12, 2014

**Acceptance of Resident Agent:** FORTUNE DNA, INC. hereby accepts the appointment as Resident Agent for the said Limited Liability Company.

*[signature]*
FORTUNE DNA, INC.

DECEMBER 12, 2014