**EXHIBIT 5**



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

WY Secretary of State
FILED: 08/07/2020 11:21 A
Original ID: 2020-000933694
Amendment ID: 2020-002909213

EXHIBIT
5

# Change of an Entity's Registered Agent and Office

This form is used ONLY to change the registered agent from one person/company to a <u>different</u> person/company.

1. Name of the business entity:

   HCC Media Funding, LLC

2. Name of former registered agent and physical address of former registered office:
   (*The former registered agent information provided must match exactly with the Secretary of State's records.*)

   Former Registered Agent:

   Buffalo Registered Agents LLC

   Former Registered Office Address:

   412 N Main St Ste 100
   Buffalo, WY 82834 USA

3. Name of <u>new</u> registered agent and physical Wyoming address of <u>new</u> registered office:

   New Registered Agent:

   Registered Agents Inc.

   New Registered <u>Physical</u> Office Address (must be located in Wyoming):

   30 N Gould St Ste R
   Sheridan, WY 82801 USA

   New Registered Agent's <u>Mailing</u> Address:
   (*To include a PO Box in the address it must have the same zip code as the registered office.*)

   30 N Gould St Ste R
   Sheridan, WY 82801 USA

Received AUG - 3 2020 Secretary of State Wyoming

**For consistency the Secretary of State's office will only keep one version of the agent's name and address on file.**

RA-RO ChangeByEntity – Revised August 2017

4. I hereby certify that the new registered office and the registered agent comply with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

5. The mailing address of my business should be changed to reflect the new registered office address. ☒ Yes  ☐ No

6. The principal address of my business should be changed to reflect the new registered office address. ☒ Yes  ☐ No

7. Once completed the physical address of the registered office and business office of the registered agent will be identical.

Signature: _____  Date: 07/31/2020
(Shall be executed by an authorized individual)                (mm/dd/yyyy)

Print Name: Bill Havre                  Contact Person: Bill Havre

Title: Assistant Secretary              Daytime Phone: (307) 200-2803

Email: reports@registeredagentsinc.com

(Email provided will receive filing evidence.)
*May list multiple email addresses

---

**Checklist**
☐ *No Filing Fee*
☐ This form **must** be accompanied by a written consent to appointment executed by the <u>new</u> registered agent.
☐ Please submit one **originally signed** document.
☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

RA-RO ChangeByEntity – Revised August 2017



**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

## Consent to Appointment by Registered Agent

I, **Registered Agents Inc.** *(name of registered agent)*, registered office located at **30 N Gould St Ste R, Sheridan, WY 82801 USA** *(registered office physical address, city, state & zip)* voluntarily consent to serve as the registered agent for **HCC Media Funding, LLC** *(name of business entity)*.

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: *[signed]* (Shall be executed by the registered agent.)
Date: 07/31/2020 (mm/dd/yyyy)

Print Name: Bill Havre
Daytime Phone: (307) 200-2803
Title: Assistant Secretary
Email: reports@registeredagentsinc.com

Registered Agent Mailing Address (if different than above):

---

* **If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____ (Shall be executed by the registered agent.)
Date: _____ (mm/dd/yyyy)

RAConsent – Revised October 2015



**Secretary of State**

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
FILED: Jul 30 2020  1:05PM
Original ID: 2020-000933694

# Limited Liability Company
# Articles of Organization

I. The name of the limited liability company is:
HCC Media Funding, LLC

II. The name and physical address of the registered agent of the limited liability company is:
Buffalo Registered Agents LLC
412 N Main St Ste 100
Buffalo, WY 82834

III. The mailing address of the limited liability company is:
100 Rialto Place, Suite 700
Melbourne
Melbourne, FLORIDA (FL) 32901

IV. The principal office address of the limited liability company is:
100 Rialto Place, Suite 700
100 Rialto Place, Suite 700
Melbourne, FLORIDA (FL) 32901

V. The organizer of the limited liability company is:
MXG Holdings
100 Rialto Place, Suite 700

Signature: *Ami Morton*    Date: 07/30/2020
Print Name: **Ami Morton**
Title: **Paralegal**
Email: amimerp@gmail.com
Daytime Phone #: (321) 284-8322



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | | |
|---|---|---|---|
| Signature: | *Ami Morton* | Date: | 07/30/2020 |
| Print Name: | **Ami Morton** | | |
| Title: | **Paralegal** | | |
| Email: | **amimerp@gmail.com** | | |
| Daytime Phone #: | **(321) 284-8322** | | |

Page 2 of 4



**Secretary of State**

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Buffalo Registered Agents LLC**, whose registered office is located at **412 N Main St Ste 100, Buffalo, WY 82834**, voluntarily consented to serve as the registered agent for **HCC Media Funding, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | | |
|---|---|---|---|
| **Signature:** | *Ami Morton* | **Date:** | **07/30/2020** |
| Print Name: | **Ami Morton** | | |
| Title: | **Paralegal** | | |
| Email: | **amimerp@gmail.com** | | |
| Daytime Phone #: | **(321) 284-8322** | | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**HCC Media Funding, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **July, 2020** at **1:05 PM.**

Remainder intentionally left blank.



Filed Date: 07/30/2020



Secretary of State

Filed Online By:

Ami Morton

on 07/30/2020



STATE OF WYOMING
Secretary of State
I hereby certify that this is a true and complete copy of the document as filed in this office.

*Edward A. Buchanan*
Secretary of State

By: Angela Meena
Date: 04/08/2021