**EXHIBIT 6**

*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary for
Commercial Recordings

**STATE OF NEVADA**

**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*



**EXHIBIT**

**6**

4/7/2021 11:58:41 AM

**Certified Copy**

| | |
|---|---|
| **Work Order Number:** | W2021040700903 |
| **Reference Number:** | 20211369007 |
| **Through Date:** | 4/7/2021 11:58:41 AM |
| **Corporate Name:** | HCCF-1 LLC |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20180358517-00 | Initial List | 1 |
| 20180358515-88 | Articles of Organization | 4 |
| 20190330907 | Noncommercial Registered Agent-Statement of Change | 1 |
| 20200408148 | Annual List | 2 |
| 20201035100 | Annual List | 2 |

Respectfully,

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Paul Reyes
Certificate Number: B202104071576323
You may verify this certificate
online at <u>http://www.nvsos.gov</u>

**INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:**

ENTITY NUMBER
E0382432018-6

HCCF-1 LLC

NAME OF LIMITED-LIABILITY COMPANY

*100403*

FOR THE FILING PERIOD OF    AUG, 2018   TO   AUG, 2019

USE BLACK INK ONLY - DO NOT HIGHLIGHT

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov\*\***

☐  Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

| Filed in the Office of | Business Number E0382432018-6 |
|---|---|
| *Barbara K. Cegavske* | Filing Number 20180358517-00 |
| Secretary of State State Of Nevada | Filed On 08/14/2018 |
| | Number of Pages 1 |

{This document was filed electronically.)
ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**ANNUAL LIST FILING FEE: $150.00    LATE PENALTY: $75.00 (if filing late)          BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00 (if filing late)**

**CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW**

**NRS 76.020 Exemption Codes**

☐  Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [        ]

001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

| NAME | | | |
|---|---|---|---|
| JP MARONEY | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 100 RIALTO PLACE STE 700 | MELBOURNE | FL | 32901 |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| | | | |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| | Title | Date |
|---|---|---|
| X JP MARONEY | MANAGER | 8/14/2018 10:53:30 AM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 7-1-17





**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

*050106*

# Articles of Organization
# Limited-Liability Company

(PURSUANT TO NRS CHAPTER 86)

| Filed in the Office of | |
|---|---|
| *Barbara K. Cegavske*<br>Secretary of State<br>State Of Nevada | **Business Number**<br>E0382432018-6<br>**Filing Number**<br>20180358515-88<br>**Filed On**<br>08/14/2018<br>**Number of Pages**<br>4 |

(This

USE BLACK INK ONLY - DO NOT HIGHLIGHT | ABOVE SPACE IS FOR OFFICE USE ONLY

| | | |
|---|---|---|
| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | HCCF-1 LLC | ☐ Check box if a Series Limited-Liability Company   ☐ Check box if a Restricted Limited-Liability Company |

| | |
|---|---|
| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: FORTUNE DNA, INC.<br>Name<br><br>☐ Noncommercial Registered Agent (name and address below)   **OR**   ☐ Office or Position with Entity (name and address below)<br><br>Name of Noncommercial Registered Agent  **OR**  Name of Title of Office or Other Position with Entity<br><br>Street Address ___ City ___ Nevada ___ Zip Code<br>Mailing Address (if different from street address) ___ City ___ Nevada ___ Zip Code |

| | |
|---|---|
| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): |

| | |
|---|---|
| **4. Management:** (required) | Company shall be managed by: ☒ Manager(s)  **OR**  ☐ Member(s)<br>(check only one box) |

| | |
|---|---|
| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) JP MARONEY<br>Name<br>100 RIALTO PLACE STE 700   MELBOURNE   FL   32901<br>Street Address   City   State   Zip Code<br><br>2)<br>Name<br><br>Street Address   City   State   Zip Code<br><br>3)<br>Name<br><br>Street Address   City   State   Zip Code |

| | |
|---|---|
| **6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.<br><br>FORTUNE DNA, INC.   X FORTUNE DNA, INC.<br>Name   Organizer Signature<br>880 SEVEN HILLS DR. STE #210   HENDERSON   NV   89052<br>Address   City   State   Zip Code |

| | |
|---|---|
| **7. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.*<br><br>X FORTUNE DNA, INC.   8/14/2018<br>**Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity**   **Date** |

*This form must be accompanied by appropriate fees.*

Nevada Secretary of State NRS 86 DLLC Articles
Revised: 10-1-15

# ARTICLES OF ORGANIZATION
## OF
## "HCCF-1, LLC"
### A Nevada Limited Liability Company

I, the undersigned, being the original organizer herein named, for the purpose of forming a Limited Liability Company under the Laws of the State of Nevada, to do business both within and without the State of Nevada, do make and file these Articles of Organization, declaring and certifying that the facts herein stated are true.

## ARTICLE I
### NAME

The name of the Limited Liability Company shall be **HCCF-1, LLC**. Such name shall be used on all relevant public filings, correspondence, documents, property transfers, and other transactions and recordings. It is understood that Fictitious Business Names are acceptable, if properly filed as a DBA.

## ARTICLE II
### RESIDENT AGENT and REGISTERED OFFICE

Section 2.01. <u>Resident Agent</u>. The name and address of the Resident Agent for service of process is:

### FORTUNE DNA, INC.
### 880 Seven Hills Drive Suite 210
### Henderson, NV 89052

Section 2.02. <u>Other Offices.</u> The Limited Liability Company may also maintain offices for the transaction of any business at such other places within or without the State of Nevada as it may from time to time determine. Business of every kind and nature may be conducted, and meetings of Members and Managers held outside the State of Nevada with the same effect as if in the State of Nevada.

## ARTICLE III
### PURPOSE

The purpose for which the Limited Liability Company is organized under NRS 86 is to engage in any lawful acts or activities, within or without the State of Nevada, for which Limited Liability Companies may be formed under the laws of the State of Nevada and as may be more further specifically outlined in the Operating Agreement of this Limited Liability Company.

## ARTICLE IV
### MANAGEMENT OF THE COMPANY

The Company shall be managed by the Manager. **JP MARONEY** has been named Manager of this Company, by consent of the Members, and shall have all powers, duties, and responsibilities as outlined in the Operating Agreement. Only the Manager(s) or Managing Member(s) can bind the Company. Non-Managing Members have no authority to bind it.

## ARTICLE V
## COMPANY MAILING ADDRESS

The Manager(s), Member(s) or Managing Member(s) shall have the following official Mailing Address:

100 RIALTO PLACE SUITE 700
MELBOURNE, FL 32901

## ARTICLE VI
## COMPANY CONTINUITY

In accordance with the Operating Agreement as approved by the Members, this Company will continue to do business upon the death, retirement, resignation, expulsion, bankruptcy or dissolution of a Member, or occurrence of any other event which would terminate the continued membership of a particular Member in the Company.

## ARTICLE VII
## PERIOD OF DURATION

The Limited Liability Company is to have a perpetual existence.

## ARTICLE VIII
## INDEMNITY

Every person who was or is a party to, or is threatened to be made a party to, or is involved in any action, suit or proceeding, whether civil, criminal, administrative or investigative, by reason of the fact that he, or a person of whom he is the legal representative, is or was a Manager, Member or Officer of the Limited Liability Company, or is or was serving at the request of the Limited Liability Company as a Manager, Member or Officer of another Limited Liability Company, or as its representative in a partnership, joint venture, trust or other enterprise, shall be indemnified and held harmless to the fullest extent legally permissible under the laws of the State of Nevada from time to time against all expenses, liability and loss (including attorneys' fees, judgments, fines and amounts paid or to be paid in settlement)reasonably incurred or suffered by him in connection therewith. Such right of indemnification shall be a contract right which may be enforced in any manner desired by such person. The expenses of Managers, Members or Officers incurred in defending a civil or criminal action, suit or proceeding must be paid by the Limited Liability Company as they are incurred and in advance of the final disposition of the action, suit or proceeding, upon receipt of an undertaking by or on behalf of the Manager, Member or Officer to repay the amount if it is ultimately determined by a court of competent jurisdiction that he is not entitled to be indemnified by the Limited Liability Company. Such right of indemnification shall not be exclusive of any other right which such Managers, Members, Officers or representatives may have to hereafter acquire, and, without limiting the generality of such statement, they shall be entitled to their respective rights of indemnification under any by-law, agreement, vote of Members, provision of law, or otherwise, as well as their rights under this Article.

Without limiting the application of the foregoing, the Members or Managers may adopt by-laws from time to time with respect to indemnification permitted by the laws of the State of Nevada, and may cause the Limited Liability Company to purchase and maintain insurance on behalf of any person who is or was a Manager, Member or Officer of the Limited Liability Company, or is or was serving at the request of the Limited Liability Company as Manager, Member or Officer of another Limited Liability Company, or as its representative in a partnership, joint venture, trust or other enterprises against any liability asserted against such person and incurred in any such capacity or arising out of such status, whether or not the Limited Liability Company would have the power to indemnify such person.

The indemnification provided in this Article shall continue as to a person who has ceased to be a Manager, Member, Officer, Employee or Agent, and shall inure to the benefit of the heirs, executors and administrators of such person.

**ARTICLE IX**
**CHARGING ORDER OF PROTECTION**

The pledge of, or granting of a security interest, lien, or other encumbrance in or against, all or any part of the Membership interest of a member of the Limited Liability Company shall not cause the Member to cease to be a Member of the Limited Liability Company or the secured party to have the power to exercise any rights or powers of a Member.

The protection provided in this Article shall continue as to a person who has ceased to be a Manager, Member, Officer, Employee or Agent, and shall inure to the benefit of the heirs, executors and administrators of such person.

**ARTICLE X**
**ORGANIZER**

This Company is organized by the undersigned.

**FORTUNE DNA, INC.**
**880 Seven Hills Drive Suite 210**
**Henderson, NV 89052**

IN WITNESS WHEREOF, I have hereunto set my hand on AUGUST 14, 2018, hereby declaring and certifying that the facts stated hereinabove are true.

_____A. LOPEZ_____
FORTUNE DNA, INC. Organizer

FORTUNE DNA, INC. hereby accepts as Resident Agent for the previously named Limited Liability Company effective as of AUGUST 14, 2018.

_____A. LOPEZ_____
FORTUNE DNA, INC.



**BARBARA K. CEGAVSKE**
**Secretary of State**
**202 North Carson Street**
**Carson City, Nevada 89701-4201**
**(775) 684-5708**
**Website: www.nvsos.gov**

| Filed in the Office of | Business Number E0382432018-6 |
|---|---|
| *Barbara K. Cegavske* | Filing Number 20190330907 |
| Secretary of State State Of Nevada | Filed On 10/18/2019 11:00:00 AM |
| | Number of Pages 1 |

# Registered Agent Acceptance/Statement of Change
### (PURSUANT TO NRS 77.310, 77.340, 77.350, 77.380)

**TYPE OR PRINT - USE DARK INK ONLY - DO NOT HIGHLIGHT**

| | |
|---|---|
| **1. Entity information:** | Name of represented entity:<br><br>HCCF-1 LLC<br><br>Entity or Nevada Business Identification Number (NVID): NV20181579807<br>(for entities currently on file) |
| **2. Registered Agent Acceptance:** | ☑ Registered Agent Acceptance |
| **3. Information Being Changed:** | Statement of Change takes the following effect: (select only one)<br>☑ Appoints New Agent (complete section 5)<br>☐ Update Represented Entity Acting as Registered Agent (complete sections 5)<br>☐ Update Registered Agent Name (complete sections 4 & 5)<br>☐ Update Registered Agent Address (complete sections 4 & 5) |
| **4. Registered Agent Information Before the Change: (Non-commercial registered agents ONLY)** | Name of Registered Agent  OR  Title of Office or Position with Entity<br><br>Street Address ____ City ____ Nevada ____ Zip Code<br><br>Mailing Address (if different from street address) ____ City ____ Nevada ____ Zip Code |
| **5. Newly Appointed Registered Agent or Registered Agent Information After the Change:** | ☑ Commercial Registered Agent:(name only below)  ☐ Noncommercial Registered Agent (name and address below)  ☐ Office or Position with Entity (title or position and address below)<br><br>REGISTERED AGENTS INC.<br>Name of Registered Agent  OR  Title of Office or Position within Entity<br><br>Street Address ____ City ____ Nevada ____ Zip Code<br><br>Mailing Address (if different from street address) ____ City ____ Nevada ____ Zip Code |
| **6. Electronic Notification:** (Optional) | Email address for electronic notifications for "Non-Commercial" or "Office or Positions with Entity" registered agents only: |
| **7. Certificate of Acceptance of Appointment of Registered Agent:** (Required) | *I hereby accept appointment as Registered Agent for the above named Entity.*<br><br>X *Bill Havre*  **Bill Havre / Secretary**  10/18/2019<br>Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity  Date |
| **8. Signature of Represented Entity:** (Required) | X *Jonathan Maroney*  **Jonathan Maroney / Manager**  10/18/2019<br>Authorized Signature On Behalf of the Entity  Date |

**FEE: $60.00**
This form must be accompanied by appropriate fees.

Page 1 of 1
Revised: 1/1/2019



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website:  www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application

☑ **ANNUAL** ☐ **AMENDED** (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

### HCCF-1 LLC
NAME OF ENTITY

**NV20181579807**
Entity or Nevada Business
Identification Number (NVID)

### TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT

_**IMPORTANT:**_ _Read instructions before completing and returning this form._
Please indicate the entity type (check only one):

☐ Corporation
    ☐ This corporation is publicly traded, the Central Index Key number is:

☐ Nonprofit Corporation (see nonprofit sections below)

☑ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

| Filed in the Office of<br><br>*Barbara K. Cegavske*<br><br>Secretary of State<br>State Of Nevada | Business Number<br>E0382432018-6 |
|---|---|
| | Filing Number<br>20200408148 |
| | Filed On<br>01/09/2020 11:00:12 AM |
| | Number of Pages<br>2 |

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

---

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
☐ 001 - Governmental Entity
☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those  claiming an exemption under 501(c) designation must indicate by checking box below.
☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee.
Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a  tax-exempt organization pursuant to 26 U.S.C $ 501(c) are excluded from the  requirement to obtain a state business license.  Please indicate below if this entity falls under one of these categories by marking the appropriate box.  If the entity does not fall under either of these categories please submit $200.00 for the state business license.
☐ Unit-owners' Association    ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization
pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box
Does the Organization intend to solicit charitable or tax deductible contributions?
☐ No - no additional form is required
☐ Yes - the "Charitable Solicitation Registration Statement" is required.
☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***

page 1 of 2



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

# Annual or Amended List and State Business License Application - Continued

---

### Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

| CORPORATION, INDICATE THE <u>MANAGER</u>: | | | |
|---|---|---|---|
| **JP MARONEY** | | **USA** | |
| Name | | Country | |
| **100 RIALTO PLACE STE 700** | **MELBOURNE** | **FL** | **32901** |
| Address | City | State | Zip/Postal Code |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** Jonathan Maroney

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** *FORM WILL BE RETURNED IF UNSIGNED*

| **Manager** | **01/09/2020** |
|---|---|
| Title | Date |



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

## Annual or Amended List and State Business License Application

☑ **ANNUAL**  ☐ **AMENDED** (check one)

**List of Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:**

**HCCF-1 LLC**
NAME OF ENTITY

**NV20181579807**
Entity or Nevada Business
Identification Number (NVID)

## TYPE OR PRINT ONLY - USE DARK INK ONLY - DO NOT HIGHLIGHT

_**IMPORTANT:**_ Read instructions before completing and returning this form.

Please indicate the entity type (check only one):

☐ Corporation
  ☐ This corporation is publicly traded, the Central Index Key number is:

| Filed in the Office of | Business Number E0382432018-6 |
|---|---|
| _Barbara K. Cegavske_ Secretary of State State Of Nevada | Filing Number 20201035100 |
| | Filed On 11/10/2020 16:05:22 PM |
| | Number of Pages 2 |

☐ Nonprofit Corporation (see nonprofit sections below)

☑ Limited-Liability Company

☐ Limited Partnership

☐ Limited-Liability Partnership

☐ Limited-Liability Limited Partnership

☐ Business Trust

☐ Corporation Sole

Additional Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers, may be listed on a supplemental page.

---

**CHECK ONLY IF APPLICABLE**
Pursuant to NRS Chapter 76, this entity is exempt from the business license fee.
☐ 001 - Governmental Entity
☐ 006 - NRS 680B.020 Insurance Co, provide license or certificate of authority number

**For nonprofit entities formed under NRS chapter 80:** entities without 501(c) nonprofit designation are required to maintain a state business license, the fee is $200.00. Those claiming an exemption under 501(c) designation must indicate by checking box below.
☐ Pursuant to NRS Chapter 76, this entity is a 501(c) nonprofit entity and is exempt from the business license fee.
Exemption Code 002

**For nonprofit entities formed under NRS Chapter 81:** entities which are Unit-owners' association or Religious, Charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C § 501(c) are excluded from the requirement to obtain a state business license. Please indicate below if this entity falls under one of these categories by marking the appropriate box. If the entity does not fall under either of these categories please submit $200.00 for the state business license.
☐ Unit-owners' Association   ☐ Religious, charitable, fraternal or other organization that qualifies as a tax-exempt organization pursuant to 26 U.S.C. $501(c)

**For nonprofit entities formed under NRS Chapter 82 and 80:** Charitable Solicitation Information - check applicable box
Does the Organization intend to solicit charitable or tax deductible contributions?
☐ No - no additional form is required
☐ Yes - the "Charitable Solicitation Registration Statement" is required.
☐ The Organization claims exemption pursuant to NRS 82A 210 - the "Exemption From Charitable Solicitation Registration Statement" is required

**\*\*Failure to include the required statement form will result in rejection of the filing and could result in late fees.\*\***



**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov
www.nvsilverflume.gov

## Annual or Amended List and State Business License Application - Continued

---

### Officers, Managers, Members, General Partners, Managing Partners, Trustees or Subscribers:

CORPORATION, INDICATE THE <u>MANAGER</u>:

| JP MARONEY | | USA | |
|---|---|---|---|
| Name | | Country | |
| 100 RIALTO PLACE STE 700 | MELBOURNE | FL | 32901 |
| Address | City | State | Zip/Postal Code |

None of the officers and directors identified in the list of officers has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of an officer or director in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

**X** JP Maroney

**Signature of Officer, Manager, Managing Member, General Partner, Managing Partner, Trustee, Subscriber, Member, Owner of Business, Partner or Authorized Signer** *FORM WILL BE RETURNED IF UNSIGNED*

| Managing Member | 11/10/2020 |
|---|---|
| Title | Date |

**STATE OF NEVADA**

*BARBARA K. CEGAVSKE*
Secretary of State

*KIMBERLEY PERONDI*
Deputy Secretary for
Commercial Recordings

**OFFICE OF THE
SECRETARY OF STATE**

*Commercial Recordings Division*
*202 N. Carson Street*
*Carson City, NV 89701*
*Telephone (775) 684-5708*
*Fax (775) 684-7138*

*North Las Vegas City Hall*
*2250 Las Vegas Blvd North, Suite 400*
*North Las Vegas, NV 89030*
*Telephone (702) 486-2880*
*Fax (702) 486-2888*

**Certified Copy**

4/7/2021 12:00:13 PM

| | |
|---|---|
| **Work Order Number:** | W2021040700903 |
| **Reference Number:** | 20211369013 |
| **Through Date:** | 4/7/2021 12:00:13 PM |
| **Corporate Name:** | HCCF-2 LLC |

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number | Description | Number of Pages |
|---|---|---|
| 20190157116-13 | Initial List | 1 |
| 20190157115-02 | Articles of Organization | 1 |



Respectfully,

BARBARA K. CEGAVSKE
Nevada Secretary of State

Certified By: Paul Reyes
Certificate Number: B202104071576329
You may verify this certificate
online at http://www.nvsos.gov

## INITIAL/ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND STATE BUSINESS LICENSE APPLICATION OF:

ENTITY NUMBER

E0164072019-9

HCCF-2 LLC

NAME OF LIMITED-LIABILITY COMPANY

*100403*

FOR THE FILING PERIOD OF    APR, 2019    TO    APR, 2020

USE BLACK INK ONLY - DO NOT HIGHLIGHT

### **YOU MAY FILE THIS FORM ONLINE AT www.nvsilverflume.gov**

☐   Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** *Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all manager or managing members. A Manager, or if none, a Managing Member of the LLC must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*

2. If there are additional managers or managing members, attach a list of them to this form.

3. Return completed form with the fee of $150.00. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.

4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.

5. Make your check payable to the Secretary of State.

6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.

7. Return the completed form to:  Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.

8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

| Filed in the Office of | Business Number |
|---|---|
| *Barbara K. Cegavske* | E0164072019-9 |
| | Filing Number |
| | 20190157116-13 |
| Secretary of State | Filed On |
| State Of Nevada | 04/09/2019 |
| | Number of Pages |
| | 1 |

(This document was filed electronically.)

**ABOVE SPACE IS FOR OFFICE USE ONLY**

**ANNUAL LIST FILING FEE: $150.00    LATE PENALTY: $75.00 (if filing late)**       **BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00 (if filing late)**

### CHECK ONLY IF APPLICABLE AND ENTER EXEMPTION CODE IN BOX BELOW

**NRS 76.020 Exemption Codes**

☐   Pursuant to NRS Chapter 76, this entity is exempt from the business license fee. Exemption code: [   ]

001 - Governmental Entit
006 - NRS 680B.020 Insurance Co.

**NOTE: If claiming an exemption, a notarized Declaration of Eligibility form must be attached. Failure to attach the Declaration of Eligibility form will result in rejection, which could result in late fees.**

| NAME | | | |
|---|---|---|---|
| JP MARONEY | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |
| 100 RIALTO PL STE 700, | MELBOURNE | FL | 32901 |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |

| NAME | | | |
|---|---|---|---|
| | MANAGER OR MANAGING MEMBER | | |
| ADDRESS | CITY | STATE | ZIP CODE |

None of the managers or managing members identified in the list of managers and managing members has been identified with the fraudulent intent of concealing the identity of any person or persons exercising the power or authority of a manager or managing member in furtherance of any unlawful conduct.

I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

| X  PATTY SCLIMENTI | Title | Date |
|---|---|---|
| | ORGANIZER | 4/9/2019 11:05:52 AM |

**Signature of Manager, Managing Member or Other Authorized Signature**

Nevada Secretary of State List ManorMem
Revised: 7-1-17





**BARBARA K. CEGAVSKE**
Secretary of State
202 North Carson Street
Carson City, Nevada 89701-4201
(775) 684-5708
Website: www.nvsos.gov

## Articles of Organization
## Limited-Liability Company
(PURSUANT TO NRS CHAPTER 86)

| Filed in the Office of | Business Number E0164072019-9 |
| *Barbara K. Cegavske* | Filing Number 20190157115-02 |
| Secretary of State State Of Nevada | Filed On 04/09/2019 |
| (This | Number of Pages 1 |

USE BLACK INK ONLY - DO NOT HIGHLIGHT                    ABOVE SPACE IS FOR OFFICE USE ONLY

| **1. Name of Limited-Liability Company:** (must contain approved limited-liability company wording; see instructions) | HCCF-2 LLC | Check box if a Series Limited-Liability Company ☐ | Check box if a Restricted Limited-Liability Company ☐ |
|---|---|---|---|

| **2. Registered Agent for Service of Process:** (check only one box) | ☒ Commercial Registered Agent: LEGALINC CORPORATE SERVICES INC. |
|---|---|

Name

☐ Noncommercial Registered Agent (name and address below)    **OR**    ☐ Office or Position with Entity (name and address below)

Name of Noncommercial Registered Agent  **OR**  Name of Title of Office or Other Position with Entity

| | | Nevada |
| Street Address | City | Zip Code |

| | | Nevada |
| Mailing Address (if different from street address) | City | Zip Code |

| **3. Dissolution Date:** (optional) | Latest date upon which the company is to dissolve (if existence is not perpetual): |
|---|---|

| **4. Management:** (required) | Company shall be managed by: ☐ Manager(s)  **OR**  ☒ Member(s) (check only one box) |
|---|---|

| **5. Name and Address of each Manager or Managing Member:** (attach additional page if more than 3) | 1) JP MARONEY | | | |
|---|---|---|---|---|
| | Name | | | |
| | 100 RIALTO PL STE 700, | MELBOURNE | FL | 32901 |
| | Street Address | City | State | Zip Code |
| | 2) | | | |
| | Name | | | |
| | Street Address | City | State | Zip Code |
| | 3) | | | |
| | Name | | | |
| | Street Address | City | State | Zip Code |

| **6. Name, Address and Signature of Organizer:** (attach additional page if more than 1 organizer) | I declare, to the best of my knowledge under penalty of perjury, that the information contained herein is correct and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State. |
|---|---|
| | LEGALINC CORPORATE SERVICES INC.                    X LEGALINC CORPORATE SERVICES INC. |
| | Name                                               Organizer Signature |
| | 1810 E. SAHARA AVENUE,SUITE 215    LAS VEGAS    NV    89104 |
| | Address                          City          State  Zip Code |

| **7. Certificate of Acceptance of Appointment of Registered Agent:** | *I hereby accept appointment as Registered Agent for the above named Entity.* |
|---|---|
| | X LEGALINC CORPORATE SERVICES INC.                                    4/9/2019 |
| | **Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity**          Date |

*This form must be accompanied by appropriate fees.*                    Nevada Secretary of State NRS 86 DLLC Articles
                                                                        Revised: 10-1-15



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>

**WY Secretary of State**
**FILED: Sep  5 2019 12:45PM**
**Original ID: 2019-000874384**

# Limited Liability Company
## Articles of Organization

**I. The name of the limited liability company is:**

HCCF-3 LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Registered Agents Inc.
30 N Gould St Ste R
Sheridan, WY 82801

**III. The mailing address of the limited liability company is:**

100 Rialto Place, Suite 700
Melbourne
Melbourne, Florida 32901

**IV. The principal office address of the limited liability company is:**

100 Rialto Place
Suite 700
100 Rialto Place, Suite 700
Melbourne, Florida 32901

**V. The organizer of the limited liability company is:**

Johnathon Paul Maroney
100 Rialto Place, Suite 700, Melbourne FL 32901

**Signature:**     *Ami Erpenbach*          Date:  **09/05/2019**

Print Name:     **Ami Erpenbach**

Title:          **Paralegal**

Email:          **amimerp@gmail.com**

Daytime Phone #:     **(206) 678-4696**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual   ☐ An Organization

## Filer Information:

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:   *Ami Erpenbach*                              Date: 09/05/2019

Print Name:   **Ami Erpenbach**

Title:   **Paralegal**

Email:   **amimerp@gmail.com**

Daytime Phone #:   **(206) 678-4696**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Registered Agents Inc.,** whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **HCCF-3 LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:   *Ami Erpenbach*                          Date:  09/05/2019

Print Name:   **Ami Erpenbach**

Title:   **Paralegal**

Email:   **amimerp@gmail.com**

Daytime Phone #:   **(206) 678-4696**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

### HCCF-3 LLC

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **5th** day of **September, 2019** at **12:45 PM.**

Remainder intentionally left blank.



Filed Date: 09/05/2019


Secretary of State

Filed Online By:

Ami Erpenbach

on 09/05/2019

Page 4 of 4



STATE OF WYOMING
Secretary of State

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

Edward A. Buchanan

Secretary of State

By: Angela Meena

Date: 04/08/2021

 **Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

> **WY Secretary of State**
> FILED: 12/11/2019 09:03 AM
> Original ID: 2019-000887410
> Amendment ID: 2019-002709805

# Change of an Entity's Registered Agent and Office

This form is used ONLY to change the registered agent from one person/company to a <u>different</u> person/company.

**1. Name of the business entity:**

HCCF-4 LLC

**2. Name of former registered agent and physical address of former registered office:**
*(The former registered agent information provided must match exactly with the Secretary of State's records.)*

Former Registered Agent:

Buffalo Registered Agents LLC

Former Registered Office Address:

412 N Main St Ste 100
Buffalo, WY 82834 USA

**3. Name of <u>new</u> registered agent and physical Wyoming address of <u>new</u> registered office:**

New Registered Agent:

Registered Agents Inc.

New Registered <u>Physical</u> Office Address (must be located in Wyoming):

30 N Gould St Ste R
Sheridan, WY 82801 USA

New Registered Agent's <u>Mailing</u> Address:
*(To include a PO Box in the address it must have the same zip code as the registered office.)*

RECEIVED
DEC - 2 2019
WYOMING
SECRETARY OF STATE

**For consistency the Secretary of State's office will only keep one version of the agent's name and address on file.**

RA-RO ChangeByEntity – Revised August 2019

4. I hereby certify that the new registered office and the registered agent comply with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

5. The mailing address of my business should be changed to reflect the new registered office address ⬭Yes⬭   No

6. The principal address of my business should be changed to reflect the new registered office address ⬭Yes⬭   No

7. Once completed the physical address of the registered office and business office of the registered agent will be identical.

Signature: _Bill Navre_   Date: 11/29/2019
*(Shall be executed by an authorized individual)*   *(mm/dd/yyyy)*

Print Name: Bill Havre   Contact Person: Bill Havre

Title: Assistant Secretary   Daytime Phone: (307) 200-2803

Email: reports@registeredagentsinc.com   *(Email provided will receive filing evidence.)*
*May list multiple email addresses*

Checklist
☐ *No Filing Fee*
☐ This form **must** be accompanied by a written consent to appointment executed by the <u>new</u> registered agent.
☐ Please submit one **originally signed** document.
☐ **Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.**

RA-RO ChangeByEntity – Revised August 2019



**Wyoming Secretary of State**
**Herschler Building East, Suite 101**
**122 W 25th Street**
**Cheyenne, WY 82002-0020**
Ph. 307.777.7311
Email: Business@wyo.gov

## Consent to Appointment by Registered Agent

I,
Registered Agents Inc.
, registered office located at
*(name of registered agent)*

30 N Gould St Ste R
Sheridan, WY 82801 USA
voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for
HCCF-4 LLC

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _Bill Havre_    Date: 11/29/2019

*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: Bill Havre    Daytime Phone: (307) 200-2803

Title: Assistant Secretary    Email: reports@registeredagentsinc.com

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: _____

*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised August 2019



**Secretary of State**

| | | |
|---|---|---|
| | **Wyoming Secretary of State** | <u>For Office Use Only</u> |
| | Herschler Bldg East, Ste.100 & 101 | **WY Secretary of State** |
| | | **FILED: Nov 27 2019 10:04AM** |
| | Cheyenne, WY 82002-0020 | **Original ID: 2019-000887410** |
| | Ph. 307-777-7311 | |

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

HCCF-4 LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Buffalo Registered Agents LLC
412 N Main St Ste 100
Buffalo, WY 82834

**III. The mailing address of the limited liability company is:**

140 Tomahawk Dr, #M07
Indian Harbour Beach, FL 32937

**IV. The principal office address of the limited liability company is:**

140 Tomahawk Dr, #M07
Indian Harbour Beach, FL 32937

**V. The organizer of the limited liability company is:**

Jonathan Maroney
140 Tomahawk Dr, #M07, Indian Harbour Beach, FL 32937

| | | |
|---|---|---|
| **Signature:** | *Jonathan Maroney* | Date: **11/27/2019** |
| Print Name: | **Jonathan Maroney** | |
| Title: | **Organizer** | |
| Email: | **ami.morton@harborcity.com** | |
| Daytime Phone #: | **(321) 284-8322** | |



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Jonathan Maroney* | Date: **11/27/2019** |
| Print Name: | **Jonathan Maroney** | |
| Title: | **Organizer** | |
| Email: | **ami.morton@harborcity.com** | |
| Daytime Phone #: | **(321) 284-8322** | |



Secretary of State

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Buffalo Registered Agents LLC**, whose registered office is located at **412 N Main St Ste 100, Buffalo, WY 82834**, voluntarily consented to serve as the registered agent for **HCCF-4 LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:     *Jonathan Maroney*                    Date:  **11/27/2019**

Print Name:    **Jonathan Maroney**

Title:         **Organizer**

Email:         **ami.morton@harborcity.com**

Daytime Phone #:   **(321) 284-8322**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**HCCF-4 LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **27th** day of **November, 2019** at **10:04 AM.**

Remainder intentionally left blank.



Filed Date: 11/27/2019


Secretary of State

Filed Online By:

Jonathan Maroney

on 11/27/2019

Page 4 of 4



STATE OF WYOMING
Secretary of State

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

Edward A. Buchanan
Secretary of State

By: Angela Moona
Date: 04 | 08 | 2021



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 08/05/2020 02:25 PM
Original ID: 2020-000933701
Amendment ID: 2020-002908366

# Change of an Entity's Registered Agent and Office

This form is used ONLY to change the registered agent from one person/company to a _different_ person/company.

1. Name of the business entity:

HCCF-5, LLC

2. Name of former registered agent and physical address of former registered office:
   *(The former registered agent information provided must match exactly with the Secretary of State's records.)*

Former Registered Agent:

Buffalo Registered Agents LLC

Former Registered Office Address:

412 N Main St Ste 100
Buffalo, WY 82834 USA

3. Name of _new_ registered agent and physical Wyoming address of _new_ registered office:

New Registered Agent:

Registered Agents Inc.

New Registered _Physical_ Office Address (must be located in Wyoming):

30 N Gould St Ste R
Sheridan, WY 82801

New Registered Agent's _Mailing_ Address:
*(To include a PO Box in the address it must have the same zip code as the registered office.)*

30 N Gould St Ste R
Sheridan, WY 82801

**For consistency the Secretary of State's office will only keep one version of the agent's name and address on file.**

RA-RO ChangeByEntity – Revised August 2019

4. I hereby certify that the new registered office and the registered agent comply with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

5.  The mailing address of my business should be changed to reflect the new registered office address.   Yes   ⊘No

6.  The principal address of my business should be changed to reflect the new registered office address.   Yes   ⊘No

7. Once completed the physical address of the registered office and business office of the registered agent will be identical.

Signature: _____   Date: 07/30/2020
*(Shall be executed by an authorized individual)*                     *(mm/dd/yyyy)*

Print Name: Bill Havre         Contact Person: Bill Havre

Title: Assistant Secretary       Daytime Phone: (307) 200-2803

Email: reports@registeredagentsinc.com   *(Email provided will receive filing evidence.)*
                                   *May list multiple email addresses*

Checklist
- [✓] *No Filing Fee*
- [✓] This form **must** be accompanied by a written consent to appointment executed by the <u>new</u> registered agent.
- [✓] Please submit one **originally signed** document.
- [✓] **Please review form prior to submitting** to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

RA-RO ChangeByEntity – Revised August 2019

**Wyoming Secretary of State**
**Herschler Building East, Suite 101**
**122 W 25th Street**
**Cheyenne, WY 82002-0020**
Ph. 307.777.7311
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, Registered Agents Inc.
*(name of registered agent)*

, registered office located at

30 N Gould St Ste R
Sheridan, WY 82801

voluntarily consent to serve

* *(registered office physical address, city, state & zip)*

as the registered agent for HCCF-5, LLC
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _Bill Havre_   Date: 07/30/2020
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: Bill Havre   Daytime Phone: (307) 200-2803

Title: Assistant Secretary   Email: reports@registeredagentsinc.com

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____   Date: _____
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised August 2019



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>

**WY Secretary of State**
**FILED: Jul 30 2020  1:17PM**
**Original ID: 2020-000933701**

# Limited Liability Company
# Articles of Organization

I.  **The name of the limited liability company is:**
    HCCF-5, LLC

II. **The name and physical address of the registered agent of the limited liability company is:**
    Buffalo Registered Agents LLC
    412 N Main St Ste 100
    Buffalo, WY 82834

III. **The mailing address of the limited liability company is:**
    100 Rialto Place, Suite 700
    Melbourne
    Melbourne, FLORIDA (FL) 32901

IV. **The principal office address of the limited liability company is:**
    100 Rialto Place, Suite 700
    100 Rialto Place, Suite 700
    Melbourne, FLORIDA (FL) 32901

V.  **The organizer of the limited liability company is:**
    HCC MEDIA FUNDING, LLC
    100 Rialto Place, Suite 700, Melbourne, FL 32901

Signature:  *Ami Morton*                          Date:  **07/30/2020**

Print Name:  **Ami Morton**

Title:  **Paralegal**

Email:  **amimerp@gmail.com**

Daytime Phone #:  **(321) 284-8322**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:** ☑ An Individual ☐ An Organization

---

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature: *Ami Morton*                     Date: **07/30/2020**

Print Name: **Ami Morton**

Title: **Paralegal**

Email: **amimerp@gmail.com**

Daytime Phone #: **(321) 284-8322**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Buffalo Registered Agents LLC**, whose registered office is located at **412 N Main St Ste 100, Buffalo, WY 82834**, voluntarily consented to serve as the registered agent for **HCCF-5, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *Ami Morton*                         Date: **07/30/2020**

Print Name: **Ami Morton**

Title: **Paralegal**

Email: **amimerp@gmail.com**

Daytime Phone #: **(321) 284-8322**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**HCCF-5, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **July, 2020** at **1:17 PM.**

Remainder intentionally left blank.



Filed Date: 07/30/2020



Secretary of State

Filed Online By:

Ami Morton

on 07/30/2020



STATE OF WYOMING
Secretary of State

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

Secretary of State

By:

Date: