**EXHIBIT 7**

```
┌─────────────────────┐
│      EXHIBIT         │
│                      │
│        7             │
│      _____          │
└─────────────────────┘
```

## STATE OF ALABAMA
## ALABAMA SECURITIES COMMISSION

IN THE MATTER OF:                    )
**HARBOR CITY CAPITAL CORP**         )        **ADMINISTRATIVE ORDER**
**HARBOR CITY DIGITAL VENTURES, INC.** )      **NO. CD-2020-0013**
**JONATHAN PAUL MARONEY**            )
                                      )
_____**RESPONDENTS**_____)

## CEASE AND DESIST ORDER

The Alabama Securities Commission ("Commission"), having the power to administer and provide for the enforcement of all provisions of Title 8, Chapter 6, Code of Alabama 1975, the Alabama Securities Act ("Act"), upon due consideration of the subject matter hereof, and having confirmed information of the offers for sale and/or sale of securities, into, within or from the state of Alabama, has determined as follows:

## RESPONDENTS

1.    HARBOR CITY CAPITAL CORPORATION (**"CAPITAL"**) is a Florida corporation with a last known address of 100 Rialto Place Suite 700 Melbourne, Florida 32901. CAPITAL operates and maintains the website, www.harborcitycapital.com.

2.    HARBOR CITY DIGITAL VENTURES, INC. (**"HCDV"**) is a Florida corporation with a last known address of 100 Rialto Place Suite 700 Melbourne, Florida 32901 and is accessible via website, www.harborcitycapital.com.

3. JONATHAN PAUL MARONEY (**"MARONEY"**) is the Chief Executive Officer, Director, and Agent of **CAPITAL** and **HCDV** with a last known address of ███████████ ████████ Melbourne, Florida 32901.

## STATEMENT OF FACTS

4.      On October 10, 2019, the Commission received information regarding a YouTube advertisement of **MARONEY** and **CAPITAL** offering an 18% annual return in an investment opportunity. A search of the www.harborcitycapital.com website disclosed the videos from the advertisement in addition to other investment offering videos. The videos and website were made available via the internet to Alabama residents and touted the opportunity to invest in bond offerings called **HCCF-1**, **HCCF-2**, **HCCF-3**, and **HCCF-4**, and "**Harborshark**". The video advertisements on the CAPITAL website stated that the bond offerings were producing  high returns on investment ("ROI"). According to the **CAPITAL** website, **MARONEY** is the Chief Executive Officer of **CAPITAL** and **HCDV**

5.      **CAPITAL** advertises that the bond offerings consistently generate ROI of 20%-45% in 90-days or less. According to the website,

> *"We provide the funding to cover the 30-90-day gap between the generation of the lead and the payment for the leads. The funding is provided as a line of credit that is guaranteed by a UCC-filed lien against accounts receivable and purchase orders as collateral. This mitigates their risk of capital loss by providing them a secure position with guaranteed repayment and allows them to safely earn 2-3% every 30 days for providing the campaign funding."*

6.      According to information gathered in the investigation, **HCCF-1** and **HCCF-2** were incorporated to facilitate bond offerings by **CAPITAL**. The bonds in **HCCF-1** and **HCCF-2** are reportedly designed for accredited investors and contain a par value of $1,000.00 with a minimum investment of $50,000.00. The campaigns are executed by **HCDV**. **CAPITAL'S** website describes how the company "scales it campaign capacity" via **HCCF-1** and **HCCF-2** bonds as follows,

> *"...by issuing $1.0 million in secured 2-year bonds that pay 1.5% each month in current interest income to bond holders with full return of principal at maturity. Our collateralized guarantee when funding the campaigns provides investors a safe way to earn 18% annual yield with monthly cashflow."*

2

7.     The **CAPITAL** website indicates that the convertible preferred notes offerings for **HCCF-1** and **HCCF-2** have been closed. The **CAPITAL** website does not contain a description of the **HCCF-3** bond offering and indicates that the offering is closed. The **CAPITAL** website advertises an **HCCF-4** Bond and **"Harborshark"** offering as coming soon. The website does not contain descriptions of those offerings.

8.     On April 21, 2020, a video was posted on the **CAPITAL** YouTube channel and Facebook page. The video is purported to be a "Fox News Radio" interview of **MARONEY** discussing "COVID-19 impact on the economy." **MARONEY** was introduced as the CEO of **CAPITAL** and a financial strategist during the YouTube video. During the interview, **MARONEY** utilized COVID-19 and its financial impact as a platform to promote his company, **CAPITAL**. A news ticker on the video advertised the following:

> *"Follow JP Maroney on all social media outlets @JPMaroney-*
> *Learn more about Harbor City Capital at Harborcity.com"*

9.     A review of the U.S. Securities and Exchange Commission ("U.S. SEC") EDGAR website disclosed a Reg. D 506 filing for *Harbor City Capital Corporation* received by the U.S. SEC on January 29, 2019.

10.     A review of the U.S. Securities and Exchange Commission ("U.S. SEC") EDGAR website disclosed no filings for **HCCF-1, HCCF-2, HCCF-3, HCCF-4,** or **Harborshark.**

11.     A review of the files of the Alabama Securities Commission Registration Division disclosed no record of registration, or exemption from registration for the bond offerings **HCCF-1, HCCF-2, HCCF-3, HCCF-4,** or **Harborshark** as securities to be sold in the State of Alabama.

12.     A review of the files of the Alabama Securities Commission Registration Division disclosed no record of registration, or exemption from registration for **CAPITAL** as an issuer of securities in the State of Alabama.

13.     A review of the Alabama Securities Commission Registration Division disclosed no record of registration for **MARONEY** as a broker dealer agent, investment advisor representative or as a restricted agent in the State of Alabama.

## CONCLUSIONS OF LAW

14.     Pursuant to Section 8-6-2(10), <u>Code of Alabama 1975</u>, the definition of "security" includes bonds, notes and other evidences of indebtedness. The "bond offerings" made available from RESPONDENTS to Alabama citizens are securities as defined by the Act.

15.     Pursuant to Section 8-6-2(5), <u>Code of Alabama 1975</u>, the definition of "issuer" includes "every person who proposes to issue, has issued, or shall hereafter issue any security." CAPITAL is representing itself to be issuing securities in the form of bonds is an issuer as defined by the Act.

16.     Pursuant to Section 8-6-17(a)(3), <u>Code of Alabama 1975</u>, it is unlawful for any person in connection with the offer or sale of any security to engage in any act practice or course of business which would operate as a fraud or deceit upon any person.  REPONDENTS have caused unrealistic claims of investment performance and unrealistic predictions of market profitability to be displayed on their web site in order to induce investors to purchase their securities in violation of the Act.

This Order is appropriate in the public interest for the protection of investors and is consistent with the purposes of the Act.

This Order does not prevent the Alabama Securities Commission from seeking such other civil or criminal remedies that are available to it under the Act.

Additionally, if the allegations set forth herein are found to be true, through either administrative adjudication, failure of the RESPONDENTS to make a timely request for a hearing, or default of the RESPONDENTS, it is the intention of the Commission to impose sanctions upon the RESPONDENTS. Such sanctions may include, inter alia, an administrative

4

assessment imposed on the RESPONDENTS, an additional administrative assessment for investigative cost arising from the investigation of the violation(s) described herein against the RESPONDENTS, and a permanent order to bar the RESPONDENTS from participation in any securities related industry in the state of Alabama.

**ACCORDINGLY, IT IS HEREBY ORDERED** that RESPONDENTS immediately **CEASE AND DESIST** from further offers or sales of any security into, within or from the state of Alabama.

Entered at Montgomery, Alabama, this _____25th_____ day of _____June_____, 2020.



ALABAMA SECURITIES COMMISSION

445 Dexter Avenue, Suite 12000

Montgomery, AL  36104

(334) 242-2984

BY:

JOSEPH P. BORG

DIRECTOR

# EXHIBIT 8

**EXHIBIT**

**8**

9/25/2019            SEC FORM D

> The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
> The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
### FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names    [X] None

Entity Type

0001766066

Name of Issuer

Harbor City Capital Corp

Jurisdiction of Incorporation/Organization

NEVADA

Year of Incorporation/Organization

[ ] Over Five Years Ago
[X] Within Last Five Years (Specify Year) 2014
[ ] Yet to Be Formed

[X] Corporation
[ ] Limited Partnership
[ ] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

---

### 2. Principal Place of Business and Contact Information

Name of Issuer

Harbor City Capital Corp

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 100 RIALTO PLACE SUITE 700 | | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| MELBOURNE | FLORIDA | 32901 | 3216080605 |

---

### 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Maroney | Jonathan | Paul |
| Street Address 1 | Street Address 2 | |
| 100 Rialto Place Suite 700 | | |
| City | State/Province/Country | ZIP/PostalCode |
| Melbourne | FLORIDA | 32901 |

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):

---

### 4. Industry Group

[ ] Agriculture      Health Care      [ ] Retailing

CONFIDENTIAL TREATMENT REQUESTED BY FINRA      FINRA000037

9/25/2019                 SEC FORM D

☐   Banking & Financial Services
- ☐ Commercial Banking
- ☐ Insurance
- ☐ Investing
- ☐ Investment Banking
- ☐ Pooled Investment Fund

Is the issuer registered as an investment company under the Investment Company Act of 1940?

☐ Yes      ☐ No

- ☐ Other Banking & Financial Services

☒ Business Services

Energy
- ☐ Coal Mining
- ☐ Electric Utilities
- ☐ Energy Conservation
- ☐ Environmental Services
- ☐ Oil & Gas
- ☐ Other Energy

☐ Biotechnology
☐ Health Insurance
☐ Hospitals & Physicians
☐ Pharmaceuticals
☐ Other Health Care

☐ Manufacturing

Real Estate
- ☐ Commercial
- ☐ Construction
- ☐ REITS & Finance
- ☐ Residential
- ☐ Other Real Estate

☐
☐ Restaurants

Technology
- ☐ Computers
- ☐ Telecommunications
- ☐ Other Technology

Travel
- ☐ Airlines & Airports
- ☐ Lodging & Conventions
- ☐ Tourism & Travel Services
- ☐ Other Travel

☐ Other

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☒ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☐ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

- ☐ Rule 504(b)(1) (not (i), (ii) or (iii))
- ☐ Rule 504 (b)(1)(i)
- ☐ Rule 504 (b)(1)(ii)
- ☐ Rule 504 (b)(1)(iii)
- ☐ Rule 506(b)
- ☐

☐ Investment Company Act Section 3(c)
- ☐ Section 3(c)(1)     ☐ Section 3(c)(9)
- ☐ Section 3(c)(2)     ☐ Section 3(c)(10)
- ☐ Section 3(c)(3)     ☐ Section 3(c)(11)
- ☐             ☐

CONFIDENTIAL TREATMENT REQUESTED BY FINRA      FINRA000038

9/25/2019                                      SEC FORM D

[X] Rule 506(c)                    [ ] Section 3(c)(4)        [ ] Section 3(c)(12)
[ ] Securities Act Section 4(a)(5) [ ] Section 3(c)(5)        [ ] Section 3(c)(13)
                                   [ ] Section 3(c)(6)        [ ] Section 3(c)(14)
                                   [ ] Section 3(c)(7)

## 7. Type of Filing

[X] New Notice   Date of First Sale [X] First Sale Yet to Occur
[ ] Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?   [ ] Yes [X] No

## 9. Type(s) of Securities Offered (select all that apply)

[ ] Equity                                          [ ] Pooled Investment Fund Interests
[X] Debt                                            [ ] Tenant-in-Common Securities
[ ] Option, Warrant or Other Right to Acquire Another Security   [ ] Mineral Property Securities
[ ] Security to be Acquired Upon Exercise of Option, Warrant     [ ] Other (describe)
or Other Right to Acquire Security

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction,   [ ] Yes [X] No
such as a merger, acquisition or exchange offer?

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $50,000 USD

## 12. Sales Compensation

Recipient                                  Recipient CRD Number [X] None

(Associated) Broker or Dealer [X] None     (Associated) Broker or Dealer CRD   [X] None
                                           Number

Street Address 1                           Street Address 2

City                                       State/Province/Country          ZIP/Postal
                                                                           Code

State(s) of Solicitation (select all that    [ ] All    [ ] Foreign/non-US
apply)                                          States
Check "All States" or check individual
States

## 13. Offering and Sales Amounts

Total Offering Amount      $1,000,000 USD  or [ ] Indefinite
Total Amount Sold              $0 USD
Total Remaining to be Sold $1,000,000 USD  or [ ] Indefinite

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                            FINRA000039

9/25/2019                                        SEC FORM D

Clarification of Response (if Necessary):

## 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

| 0 |

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

## Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                                        FINRA000040

9/25/2019                                          SEC FORM D

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| Harbor City Capital Corp | JP Maroney | JP Maroney | President | 2019-01-29 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA                          FINRA000041

**EXHIBIT 9**



# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-04236

## DECLARATION OF RUSSELL CASTILLO

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.  My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.  I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties, I have been trained to preserve various forms of online content.  For investigation # FL-04236. I have been tasked to conduct a Website Capture/Video Capture/Social Media/Telegram/live stream/blog.

3.  In support of investigation number FL-04236, and at the direction of my supervisor, I was tasked to conduct an internet preservation of the following URL's.

    https://www.linkedin.com/in/tonyamaroney

4.  I completed the above mentioned internet preservation on April 16, 2021, using the following tools:

    Fireshot Pro

    The above listed tools are commonly used to preserve internet content.

5.  I saved the above-mentioned internet preservation using FTK Imager, which ensures that the internet preservation will not be altered or modified during storage.  Specifically, FTK Imager forensically seals the internet preservation such that it can be opened only with FTK Imager.  The sealed internet preservation has been labeled FL-04236, and saved to the following location:

    K:\Other_Projects\Webcaptures\imagefiles

6.  I also saved a copy of the above mentioned internet preservation along with this declaration to a network share.  The location for this network share is provided below:

    \\tsclient\K\Other_Projects\Webcaptures\Websites

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

*Russell Castillo*

[Russell Castillo]

Executed on this 16th day of April 2021.