**EXHIBIT 10**

**EXHIBIT**

**10**

## DECLARATION OF JAMES M. HALPIN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is James M. Halpin.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      In 2014, my wife attended a real estate conference in Arizona where Jonathan Maroney and Nick Malis gave a presentation.  Maroney explained that his company Harbor City Capital Corp. ("Harbor City") developed online leads and resold them to companies for a profit. He claimed Harbor City could "generate up to 20% in guaranteed returns."  Neither my wife nor I had heard of Maroney, Harbor City or Malis before then.

3.      In April 2015, my wife and I traveled to Las Vegas, Nevada where Maroney was giving another presentation to learn more about Harbor City.  In our initial conversations, Maroney said that Harbor City would use our investment to purchase the on-line leads.  He explained that Harbor City "bought the leads for $1.00 each and resold them for $5.00" and could "guarantee 20% return" on our investment using this strategy.  Maroney explained that the investment would be in the form of a promissory note and that we had to set up a company to receive our monthly interest payments.  His associate Malis formed the company for us, which we called Halpin Acquisitions, LLC ("Halpin Acquisition").

4.      Based on what Maroney told us, my wife and I decided to invest in Harbor City. On May 13, 2015, Maroney emailed us two promissory notes in the principal sums of $26,000 ("$26k Note") and $74,000 ("$74K Note") for us to review, a true and correct copy of which is attached hereto as Composite Exhibit A.  The parties to both notes were a Harbor City related company called Harbor City Ventures, LLC ("Harbor City Ventures") and our company Halpin

Acquisitions.  On May 27, 2015, we notified Maroney by email that we had wired our investment of $100,000 ($76k & $24k) to a Harbor City bank account at JP Morgan Chase Bank in name of Harbor City Ventures, a true and correct copy is attached hereto as Exhibit B.

5.      On July 15, 2015, we returned the executed notes to Maroney by email with the subject line "updated agreements."  A true and correct copy of this email is attached hereto as Exhibit C.  In return for our investment, Harbor City Ventures promised to pay us interest of 5% ($1,300) monthly, with each payment coming due the 1st of each month.  The day before we had received the first $1,300 interest payment directly into our Halpin Acquisition bank account at Wells Fargo, followed by the second and third payments on August 31, 2015 and September 30, 2015, respectively.

6.      In September 2015, Maroney contacted my wife and me about making a "short term investment" in Harbor City.  He said Harbor City would return our principal in 90 days, plus a 20% interest on our investment. A true and correct copy of the "Harbor City 90-day $50K Note" is attached hereto as Exhibit D.  At that point in time, we had received our July, August and September 2015 interest payments as Maroney promised so we felt Harbor City was indeed a safe investment.  Based on this, on September 24, 2015, we wired an additional $50,000 from the Halpin Family Living Trust to the Harbor City Ventures' bank account at JPMorgan Chase bank.

7.      The following month, however, we noticed that November's interest payment had not been deposited into our account.  On November 20, 2015, we sent Maroney an email informing him that we had not received the November interest payment.  A true and correct copy of this email is attached hereto as Exhibit E.  The email also advised him that we wished to cash out the $50.000 investment plus interests on the December 28, 2015 maturity date. That same

day, we received a reply email from Maroney informing us that he was in Europe for Harbor City's "global investor summit" but would check on it for us.  A true and correct copy of the reply email received from Maroney is attached hereto as Exhibit F.  We sent Maroney a follow up email a week later on November 28, 2015 asking if he could at least have someone from his office give us a call.

8.      On December 3, 2015, we received an email from Maroney informing us that he had returned to the U.S. late last night and that his first order of business was resolving our missing interest payments, which he referred to as an "ACH issue."  A true and correct copy of this email is attached hereto as Exhibit G.  The following day Maroney informed me by email that the ACH issue was resolved and that the transfer had cleared.  He again promised that the $1,300 interest payment owed from November would arrive in my account in a day or two and that the December payment would be "right behind it."

9.      As Maroney had promised, we received the November 2015 payment in our account the next day and our December 2015 payment was received about a week later on December 11, 2015.  We also received our January 2016 payment on time.  It was our belief that Maroney had indeed resolved the ACH issue as promised and that our monthly interest payments would continue uninterrupted.

10.     On February 16, 2016, we received an email from Maroney updating us on the February interest payment, a true and correct copy of which is attached hereto as Exhibit H.  In this email, Maroney said that Harbor City was waiting on a large wire transfer from the end of January and that he would wire the February payment once it arrived.  As before, we received our February 2016 payment in our account on February 26, 2016 and our March 2016 payment about a month later on March 30, 2016.  It was once again our belief that the interest payments

3

would continue, however, we only received a total of four more payments from Maroney on June 24, 2016, August 15, 2016, September 13, 2016 and October 2, 2017.

11.     On occasion, Maroney would email us about how Harbor City was doing financially.  In one email dated June 11, 2016, Maroney claimed to have "closed a deal and inked joint venture contracts giving (Harbor City) control of several large email subscriber lists and an important associated web property." According to Maroney, the lists include "2 Million individual investors, 750K business owners with annual sales of $1 - $5 million…120K registered financial advisors, 2,000 family officers…"  A true and correct copy of this email update is attached hereto as Exhibit I.

12.     In another email Maroney sent to investors on January 17, 2018, he stated that there was such "a MASSIVE pipeline of standing orders for leads" from companies seeking Harbor City's services and expertise that they "don't expect to have enough capital to serve ALL of that demand, but we're anticipating very good sales to top $20M and EBITDA of $4M in 2018."  The email also contained a "Current Pipeline/Use of Proceeds" chart.  A true and correct copy of this email update is attached hereto as Exhibit J.

13.     Since October 2017, we have not received any interest payments or returns on our initial investments in May 2015 with Harbor City Ventures.  Nor have we received any interest payments or returns on our short-term investment of $50,000 in September 2015.  I have notified Maroney numerous times of Harbor City's failures to make our interest payments when due and to return our principal investment amounts, but to date we have not received any of the interest payments owed or the principal back on our investments.

14.     At no point did Maroney, Harbor City, Harbor City Ventures or Malis provide us with an accredited investor questionnaire or any other offering documents to review or complete before we made our investments.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

James M. Halpin

Executed on this 29 day of March , 2021.

5

**EXHIBIT**

**A**

| | |
|---|---|
| **From:** | D. "Sam" Halpin |
| **Sent:** | Wednesday, May 13, 2015 4:46 PM |
| **To:** | JP Maroney |
| **Subject:** | RE: Agreements attached |
| **Attachments:** | Promissory note 74k.pdf; Promissory note 26k.pdf |

JP  Here you go. And thank you for allowing us to be a part of your success.  Jim and I are looking forward to becoming more involved with The Giver Tree Charity once you have things up and rolling. Please don't hesitate to call if you have any questions.

*D. Sam Halpin,* REALTOR✢

,·´,··*¨) ,··*¨) ....·*¨   Direct **480.287.1253** ....·*,··*¨) ,··*¨)

(,.·´ (,.·´ *... Home Office:  Fountain Hills, AZ 85268 (,.·´ *...

Office: 480.812.1112 Help-U-Sell Central Properties - 575 W Chandler Blvd. Suite 225-B, Chandler, AZ 85225

*REALTOR, SRS-Sales Representative Specialist, ,ABR-Accredited Buyer Representative, SFR-Short Sale  Foreclosure Resource, CSSPE Certified Short Sale Property Expert, CSSN-Certified Short Sale Negotiator, CDPE Cert. Distressed Property Expert, HAFA Certified*

**From:** JP Maroney [mailto:jp@harborcity.com]
**Sent:** Wednesday, May 13, 2015 10:05 AM
**To:** dsamhalpin@gmail.com
**Subject:** Agreements attached

Hi Jim & Sam,

See attached agreement. If you have any questions call my mobile: 903-521-6808.

Next steps:

1) Print
2) Review
3) Initial each page and sign last page
4) Scan and email to me (or fax to 800-304-5758)
5) Either wire the funds, or deposit locally at a Chase Bank using the account # in the wire instructions.

WIRE Details:

Harbor City Ventures LLC
452 East Silverado Ranch Blvd, Suite 520
Las Vegas, NV 89183
1-800-304-5758
Intl. +1-321-608-0605

JP Morgan CHASE
Account Number: ▮▮▮▮1795
Routing Number: 267084131
Swift Code: ▮▮▮▮▮▮

Looking forward to positive opportunities together ahead!

Cheers,
JP

--

**JP MARONEY**
Founder & CEO
Harbor City Group

Email: jp@harborcity.com
Toll Free: 1-800-304-5758 ext 704
Intl: +1-321-608-0605 ext 704
Corp: http://www.HarborCityCapital.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney

**HARBOR CITY
DIGITAL MARKETING ARBITRAGE FUND
UNSECURED PROMISSORY NOTE**

**$26,000.00**                                    Issuance April 30, 2015
                                                  Las Vegas, Nevada

On or before May 1, 2016, for value received, the undersigned HARBOR CITY
VENTURES, LLC (the "**Borrower**") promises to pay to the order of HALPIN
ACQUISITIONS LLC (the "**Holder**"), in the manner and at the place provided below,
the principal sum of $26,000.00.

**1.  PAYMENT.**

All payments of principal and interest under this note will be made in lawful money of
the United States of America, in same day funds, without offset, deduction, or
counterclaim, at Wire Transfer (or address), or at such other place as the Holder may
designate in writing from time to time.

**2.  INTEREST PAYMENTS.**

Interest of 5% ($1,300.00) per month for a total of twelve (12) months, or until principal
sum is paid (if paid early). First interest payment to be received on or before July 1, 2015
with each subsequent payment made on or before the 1st day of each month due.
Acceptance by the Holder of any payment differing from the designated installment
payment listed above does not relieve the Borrower of the obligation to honor the
requirements of this note.

**3.  PREPAYMENT.**

The Borrower may prepay this note, in whole or in part, at any time before maturity
without penalty or premium. Any partial prepayment will be credited first to accrued
interest, then to principal. No prepayment extends or postpones the maturity date of this
note.

**4.  EVENTS OF DEFAULT.**

Each of the following constitutes an "**Event of Default**" under this note: (i) the
Borrower's failure to make any payment when due under the terms of this note,
including the final payment due under this note when fully amortized; (ii) the filing of
any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the
initiation of any proceeding under bankruptcy or insolvency laws against the Borrower;
(iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the
appointment of a receiver, custodian, trustee, or similar party to take possession of the
Borrower's assets or property.

5.  **ACCELERATION; REMEDIES ON DEFAULT.**

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due and payable without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in his sole discretion, pursue any legal or equitable remedies available to him under applicable law or in equity.

6.  **WAIVER OF PRESENTMENT; DEMAND.**

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

7.  **GOVERNING LAW.**

   (a) **Choice of Law.** The laws of the state of Florida govern this note (without giving effect to its conflicts of law principles).

   (b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Brevard County, Florida.

8.  **COLLECTION COSTS AND ATTORNEYS' FEES.**

The Borrower shall pay all costs and expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due, without protest.

9.  **ASSIGNMENT AND DELEGATION.**

   (a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

   (b) **No Delegation.** The Borrower may not delegate any performance under this note.

   (c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

**10. SEVERABILITY.**

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

**11. NOTICES.**

   **(a) Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

   **(b) Addresses.** A party shall address notices under this section 13 to a party at the following addresses:

     If to the Borrower:
     JP Maroney, CEO
     Harbor City Ventures, LLC
     452 East Silverado Ranch Blvd, Suite 520
     Las Vegas, NV 89183
     Intl: 1-321-392-5536 x704
     Toll Free: 1-888-239-5202 x704
     jp@harborcity.com

     If to the Holder:
     Jim or Debra Halpin
     Halpin Acquisitions LLC
     13816 N. Arrowweed Dr
     Fountain Hills, AZ 85268
     (480) 287-1253
     Email: dsamhalpin@gmail.com

   **(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

**12. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed

by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

**13. HEADINGS.**

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

**14. SPECIAL PROVISIONS**

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another 12-month term, at same rate, with principal amount consisting of previous year principal and interest combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount within two weeks following maturity date.

[SIGNATURE PAGE FOLLOWS]

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES, LLC

Date: _____

By:_____
Name: JP Maroney
Title: CEO

FOR HOLDER

Date: _____

By: _____

Print Name: _____

## HARBOR CITY
## DIGITAL MARKETING ARBITRAGE FUND
## UNSECURED PROMISSORY NOTE

**$74,000.00**

Issuance May 13, 2015
Las Vegas, Nevada

On or before May 22, 2016, for value received, the undersigned HARBOR CITY VENTURES, LLC (the "**Borrower**") promises to pay to the order of HALPIN ACQUISITIONS LLC (the "**Holder**"), in the manner and at the place provided below, the principal sum of $74,000.00.

### 1.  PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States of America, in same day funds, without offset, deduction, or counterclaim, at Wire Transfer (or address), or at such other place as the Holder may designate in writing from time to time.

### 2.  INTEREST PAYMENTS.

Interest of 100% / $74,000 will be payable in one installment at the time principal is due on or before July 1, 2016. Acceptance by the Holder of any payment differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the requirements of this note.

### 3.  PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

### 4.  EVENTS OF DEFAULT.

Each of the following constitutes an "**Event of Default**" under this note: (i) the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this note when fully amortized; (ii) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower; (iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

**5.   ACCELERATION; REMEDIES ON DEFAULT.**

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due and payable without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in his sole discretion, pursue any legal or equitable remedies available to him under applicable law or in equity.

**6.   WAIVER OF PRESENTMENT; DEMAND.**

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

**7.   GOVERNING LAW.**

   **(a)  Choice of Law.** The laws of the state of Florida govern this note (without giving effect to its conflicts of law principles).

   **(b)  Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Brevard County, Florida.

**8.   COLLECTION COSTS AND ATTORNEYS' FEES.**

The Borrower shall pay all costs and expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due, without protest.

**9.   ASSIGNMENT AND DELEGATION.**

   **(a)  No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

   **(b)  No Delegation.** The Borrower may not delegate any performance under this note.

   **(c)  Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

**10.  SEVERABILITY.**

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or

unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 11. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section 13 to a party at the following addresses:

If to the Borrower:
JP Maroney, CEO
Harbor City Ventures, LLC
452 East Silverado Ranch Blvd, Suite 520
Las Vegas, NV 89183
Intl: 1-321-392-5536 x704
Toll Free: 1-888-239-5202 x704
jp@harborcity.com

If to the Holder:
Jim or Debra Halpin
Halpin Acquisitions LLC
13816 N. Arrowweed Dr
Fountain Hills, AZ 85268
(480) 287-1253
Email: dsamhalpin@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

**12. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

**13. HEADINGS.**

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

**14. SPECIAL PROVISIONS**

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another 12-month term, at same rate, with principal amount consisting of previous year principal and interest combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount within two weeks following maturity date.

[SIGNATURE PAGE FOLLOWS]

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES, LLC

Date: _____     By:_____ ___
                                Name: JP Maroney
                                Title: CEO


                                FOR HOLDER


Date: _____     By: _____


                                Print Name: _____

EXHIBIT

**B**
_____

| | |
|---|---|
| **From:** | D. "Sam" Halpin |
| **Sent:** | Wednesday, May 27, 2015 10:19 AM |
| **To:** | JP Maroney |
| **Subject:** | Halpin Acquisitions: Agreements attached |

JP. Update. Jim is at Wells Fargo today at 10:10 wiring $100,000 per the instructions in the below email. Please let me know if you have not received by the end of your business day. The cut off her is 2:00 pm so there shouldn't be any issues, but you never know if it gets hung up in the Federal Reserve.
Jim and I are very thankful that you have held open this opportunity and are looking forward to a long relationship with you and the Giver Tree. Please call or text if you have any questions or if you need some volunteer work on The Giver Tree.

## *D. Sam Halpin*, REALTOR+
Direct: **480.287.1253**   Home Office:  Fountain Hills, AZ 85268
Office: 480.812.1112  Help-U-Sell Central Properties - 575 W Chandler Blvd. Suite 225-B, Chandler, AZ 85225

**From:** JP Maroney [mailto:jp@harborcity.com]
**Sent:** Wednesday, May 13, 2015 10:05 AM
**To:** dsamhalpin@gmail.com
**Subject:** Agreements attached

Hi Jim & Sam,

See attached agreement. If you have any questions call my mobile: 903-521-6808.

Next steps:

1) Print
2) Review
3) Initial each page and sign last page
4) Scan and email to me (or fax to 800-304-5758)
5) Either wire the funds, or deposit locally at a Chase Bank using the account # in the wire instructions.

WIRE Details:

Harbor City Ventures LLC
452 East Silverado Ranch Blvd, Suite 520
Las Vegas, NV 89183
1-800-304-5758
Intl. +1-321-608-0605

JP Morgan CHASE
Account Number: ████1795
Routing Number: 267084131
Swift Code: ██████

Looking forward to positive opportunities together ahead!

Cheers,
JP

--

**JP MARONEY**
Founder & CEO
Harbor City Group

Email: jp@harborcity.com
Toll Free: 1-800-304-5758 ext 704
Intl: +1-321-608-0605 ext 704
Corp: http://www.HarborCityCapital.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney

EXHIBIT

C

**From:**        D. "Sam" Halpin
**Sent:**        Monday, July 20, 2015 5:12 PM
**To:**          JP Maroney
**Cc:**          Jim Halpin
**Subject:**     FW: updated agreements
**Attachments:** Promissory Note_Halpin ACQ 74k_opt.pdf; Promissory Note_Halpin
                 ACQ 26k_opt.pdf

JP, Please confirm receipt of the attached Documents and return signed copies asap.  Thanks.

## *Jim & D. Sam Halpin*, REALTOR+
Direct: **480.287.1253**  Home Office:  Fountain Hills, AZ 85268
Office: 480.812.1112  Help-U-Sell Central Properties - 575 W Chandler Blvd. Suite 225-B, Chandler, AZ 85225

**From:** D. "Sam" Halpin
**Sent:** Wednesday, July 15, 2015 10:32 AM
**To:** 'JP Maroney'
**Cc:** Jim Halpin
**Subject:** RE: updated agreements

JP, here are the signed contracts.  Please sign and return as soon as possible for our files.  Thank you.
Looking forward to all our success. Please let us know if there is anything we can do to help with your
charity

## *D. Sam Halpin*, REALTOR+
Direct: **480.287.1253**  Home Office:  Fountain Hills, AZ 85268
Office: 480.812.1112  Help-U-Sell Central Properties - 575 W Chandler Blvd. Suite 225-B, Chandler, AZ 85225

**From:** JP Maroney [mailto:jp@harborcity.com]
**Sent:** Tuesday, July 14, 2015 2:55 PM
**To:** DSam Halpin
**Subject:** updated agreements

Jim & Sam,

See attached docs. Also please send me the following info for the bank account where you want
your ACH deposited.

Name on account
Account #
Routing #

Thanks,

JP


--
**JP MARONEY**
Founder & CEO
Harbor City Group

Email: jp@harborcity.com
Toll Free: 1-800-304-5758 ext 704
Intl: +1-321-608-0605 ext 704
Corp: http://www.HarborCityCapital.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney



EXHIBIT

**D**

# HARBOR CITY
## DIGITAL MARKETING ARBITRAGE FUND
### UNSECURED PROMISSORY NOTE

$50,000.00

Issuance September 24, 2015
Las Vegas, Nevada

On or before December 28, 2015, for value received, the undersigned HARBOR CITY VENTURES, LLC (the "**Borrower**") promises to pay to the order of Halpin Family Living Trust (the "**Holder**"), in the manner and at the place provided below, the principal sum of $50,000.00.

## 1.  PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States of America, in same day funds, without offset, deduction, or counterclaim, at Wire Transfer (or address), or at such other place as the Holder may designate in writing from time to time.

## 2.  INTEREST PAYMENTS.

Interest of 20% ($10,000.00) payable by principal due date.

## 3.  PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

## 4.  EVENTS OF DEFAULT.

Each of the following constitutes an "**Event of Default**" under this note: (i) the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this note when fully amortized; (ii) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower; (iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 5.  ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due and payable without any action by the Holder, the

Unsecured Promissory Note    |    Initial: _____

1

Doc ID: 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1

Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in his sole discretion, pursue any legal or equitable remedies available to him under applicable law or in equity.

## 6. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

## 7. GOVERNING LAW.

(a) **Choice of Law.** The laws of the state of Florida govern this note (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Brevard County, Florida.

## 8. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all costs and expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due, without protest.

## 9. ASSIGNMENT AND DELEGATION.

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

## 10. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material

Unsecured Promissory Note   |   Initial: _____   2

Doc ID: 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1

change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 11. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section 13 to a party at the following addresses:

If to the Borrower:
JP Maroney, CEO
Harbor City Ventures, LLC
452 East Silverado Ranch Blvd, Suite 520
Las Vegas, NV 89183
Intl: 1-321-392-5536 x704
Toll Free: 1-888-239-5202 x704
jp@harborcity.com

If to the Holder:
Jim or Debra Halpin
Halpin Acquisitions LLC
13816 N. Arrowweed Dr
Fountain Hills, AZ 85268
(480) 287-1253
Email: dsamhalpin@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 12. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 13. HEADINGS.

Unsecured Promissory Note    |    Initial:                                 3

Doc ID: 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

## 14. SPECIAL PROVISIONS

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another term, at same rate, with principal amount consisting of previous year principal and interest combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount within two weeks following maturity date.

[SIGNATURE PAGE FOLLOWS]

Doc ID: 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES, LLC

Date: _____ 09 / 24 / 2015 _____          By: _____
                                          Name: JP Maroney
                                          Title: CEO


FOR HOLDER

          09 / 24 / 2015

Date: _____ 09 / 24 / 2015 _____          By: _____


                                          Print Name: _____

Doc ID: 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1

# ▼ HELLOSIGN

Audit Trail

| | |
|---|---|
| **TITLE** | Harbor City 90-day $50K agreement |
| **FILE NAME** | Harbor City - Pro...90 day halpin.pdf |
| **DOCUMENT ID** | 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1 |
| **STATUS** | Completed |

## Document History

**SIGNED**
9/24/15
21:29:54 UTC
Signed by JP Maroney (jp@harborcity.com)
IP: 97.104.88.242

**SENT**
9/24/15
21:30:05 UTC
Sent for signature to James Halpin (skysammy1@gmail.com) and
Debra Halpin (dsamhalpin@lifeisgoodinaz.com)
IP: 97.104.88.242

**VIEWED**
9/24/15
21:40:58 UTC
Viewed by James Halpin (skysammy1@gmail.com)
IP: 24.251.229.71

**VIEWED**
9/24/15
21:41:49 UTC
Viewed by James Halpin (skysammy1@gmail.com)
IP: 24.251.229.71

**SIGNED**
9/24/15
21:58:47 UTC
Signed by James Halpin (skysammy1@gmail.com)
IP: 24.251.229.71

**VIEWED**
9/24/15
21:59:05 UTC
Viewed by Debra Halpin (dsamhalpin@lifeisgoodinaz.com)
IP: 24.251.229.71

**▽ HELLOSIGN**                                    Audit Trail

| | |
|---|---|
| **TITLE** | Harbor City 90-day $50K agreement |
| **FILE NAME** | Harbor City - Pro...90 day halpin.pdf |
| **DOCUMENT ID** | 3857b9ffef2595ece4f19c11ba6fce7ec08eb1f1 |
| **STATUS** | Completed |

## Document History

| | | |
|---|---|---|
| ✓ **SIGNED** | 9/24/15<br>22:00:10 UTC | Signed by Debra Halpin (dsamhalpin@lifeisgoodinaz.com)<br>IP: 24.251.229.71 |
| ✓ **COMPLETED** | 9/24/15<br>22:00:10 UTC | The document has been completed. |

EXHIBIT

E

| | |
|---|---|
| **From:** | D. "Sam" Halpin |
| **Sent:** | Sunday, November 22, 2015 3:39 PM |
| **To:** | 'JP Maroney' |
| **Subject:** | RE: Halpin Acquisitions |

JP. Thanks. Good luck on your quest. Be Safe.

***D. Sam Halpin,*** REALTOR✛  *DirectLine:* **480.287.1253**
,· ,·*ˉ) ,·*ˉ) .... 2015 Phoenix Best Of The Valley.... ,·*ˉ) ,·*ˉ) ....
(,·´ (,·´ *... Five Star Professionals 2015 Winner  (,·´ (,·´ *...
Home Office:  Fountain Hills, AZ 85268  Office: 480.812.1112 Help-U-Sell Central Properties - 575 W Chandler
Blvd. Suite 225-B, Chandler, AZ 85225
*REALTOR, SRS-Sales Representative Specialist, ,ABR-Accredited Buyer Representative, SFR-Short Sale  Foreclosure Resource,*
*CSSPE Certified Short Sale Property Expert, CSSN-Certified Short Sale Negotiator, HAFA Certified*


**From:** JP Maroney [mailto:jp@harborcity.com]
**Sent:** Friday, November 20, 2015 2:48 PM
**To:** D. "Sam" Halpin <dsamhalpin@lifeisgoodinaz.com>
**Subject:** Re: Halpin Acquisitions

I'm in Europe on our funding tour and for our global investor summit, but let me check on that
for you. Hope you and your hubby are doing well. -- JP

On Fri, Nov 20, 2015 at 7:26 PM, D. "Sam" Halpin <dsamhalpin@lifeisgoodinaz.com> wrote:

JP,

I am not seeing the deposit that was to be made from Harbor City to Halpin Acquisitions either
on 11/1/15 or 11/15/15.  Please advise as to this default

***D. Sam Halpin,*** REALTOR✛  *DirectLine:* **480.287.1253**
,· ,·*ˉ) ,·*ˉ) .... 2015 Phoenix Best Of The Valley.... ,·*ˉ) ,·*ˉ) ....
(,·´ (,·´ *... Five Star Professionals 2015 Winner  (,·´ (,·´ *...

Home Office:  Fountain Hills, AZ 85268  Office: 480.812.1112 Help-U-Sell Central Properties - 575 W
Chandler Blvd. Suite 225-B, Chandler, AZ 85225

*REALTOR, SRS-Sales Representative Specialist, ,ABR-Accredited Buyer Representative, SFR-Short Sale  Foreclosure*
*Resource, CSSPE Certified Short Sale Property Expert, CSSN-Certified Short Sale Negotiator, HAFA Certified*

--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

**EXHIBIT**

**F**

| | |
|---|---|
| **From:** | JP Maroney <jp@harborcity.com> |
| **Sent:** | Friday, November 20, 2015 2:48 PM |
| **To:** | D. "Sam" Halpin |
| **Subject:** | Re: Halpin Acquisitions |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I'm in Europe on our funding tour and for our global investor summit, but let me check on that for you. Hope you and your hubby are doing well. -- JP

On Fri, Nov 20, 2015 at 7:26 PM, D. "Sam" Halpin <dsamhalpin@lifeisgoodinaz.com> wrote:

> JP,
>
> I am not seeing the deposit that was to be made from Harbor City to Halpin Acquisitions either
> on 11/1/15 or 11/15/15.  Please advise as to this default

**D. Sam Halpin,** REALTOR✛  *DirectLine:* **480.287.1253**
,·´ ,·´*¨") ,·´*¨) .... 2015 Phoenix Best Of The Valley.... ,·´*¨") ,·´*¨) ....
(,·´ (,·´ *... Five Star Professionals 2015 Winner  (,·´ (,·´ *...

Home Office: Fountain Hills, AZ 85268   Office: 480.812.1112 Help-U-Sell Central Properties - 575 W
Chandler Blvd. Suite 225-B, Chandler, AZ 85225

*REALTOR, SRS-Sales Representative Specialist, ,ABR-Accredited Buyer Representative, SFR-Short Sale  Foreclosure
Resource, CSSPE Certified Short Sale Property Expert, CSSN-Certified Short Sale Negotiator, HAFA Certified*

--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

EXHIBIT

G
_____

| | |
|---|---|
| **From:** | D. "Sam" Halpin |
| **Sent:** | Thursday, December 3, 2015 7:32 PM |
| **To:** | Jim Halpin |
| **Subject:** | Fwd: ACH - Halpin |

Sent from my iPad
D. Sam Halpin, REALTOR
480.287.1253
Help-U-Sell Central Properties
"My apologies for any AutoCorrect typos I missed😊!

Begin forwarded message:

> **From:** JP Maroney <jp@harborcity.com>
> **Date:** December 3, 2015 at 9:33:29 AM MST
> **To:** "D. Sam Halpin" <dsamhalpin@lifeisgoodinaz.com>
> **Subject: ACH - Halpin**
>
> Sam,
>
> I landed back in the US late last night, and my first order of business today is resolving the ACH issue that plagued us while I was gone.
>
> That is my number one priority today/tomorrow. I will update you with specifics on the date it will arrive in your account.
>
> Thank you for your continued patience.
>
> JP
>
> --
> **JP MARONEY**
> Founder & CEO
> Harbor City Capital
>
> Email: jp@harborcity.com
> Toll Free: 1-888-528-4540 ext 704
> Intl: +1-702-625-3886 ext 704
> Corp: http://www.HarborCity.com
>
> Connect With JP...
> LinkedIN: http://www.linkedin.com/in/jpmaroney
> Facebook: http://www.jpmaroney.com/facebook
> Twitter: http://www.twitter.com/jpmaroney

YouTube: http://www.YouTube.com/jpmaroney

EXHIBIT

H
_____

| | |
|---|---|
| **From:** | JP Maroney <jp@harborcity.com> |
| **Sent:** | Tuesday, February 16, 2016 3:30 AM |
| **To:** | D. "Sam" Halpin |
| **Subject:** | update - Halpin |
| | |
| **Categories:** | Important emails |

Hey Jim & Sam,

Friday I heard from the company that owes us a large wire from end of January, and they said they'd have a payment over to us this week.

As soon as that arrives we'll send over your February payment.

Just wanted to keep you in the loop.

REALLY appreciate your patience through this ... and look forward to a BIG DOUBLE-DIGIT year of profits with you.

Hit me up if you need to speak by phone.

Cheers,

JP

PS: Two more things...

a) If you didn't watch my video about the shift in ROI cycle that's caused the "squeeze", but also offers us some really big profit opportunities, you can still watch it here (I'll leave it online a couple more days): https://youtu.be/l6LEVvSXvls

b) Be sure to JOIN US for this week's Harbor City "Wealth Watch" for private clients.

https://attendee.gotowebinar.com/register/2695350873452544011

--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

**EXHIBIT**

I

| From: | D. "Sam" Halpin |
|-------|-----------------|
| Sent: | Monday, June 13, 2016 8:16 PM |
| To: | Jim Halpin |
| Subject: | JP. Fwd: Update - Jun 11, 2016 |

D.Sam Halpin, Realtor
My Home Group Real Estate
Email: DSamHalpin@Gmail.com
Sent from my iPhone 480.287.1253
"My apologies for any AutoCorrect typos!☺"

Begin forwarded message:

> **From:** JP Maroney <jp@harborcity.com>
> **Date:** June 11, 2016 at 12:23:18 PM MST
> **To:** Jim and Debra Sam Halpin <dsamhalpin@gmail.com>
> **Subject: Update - Jun 11, 2016**
> **Reply-To:** <reply-harborcitygroup.activehosted.18.49.144@emsd6.com>
>
> Hi Jim and Debra Sam,
>
> As promised, here's an update for the week ending Friday, June 10, 2016.
>
> I'm VERY appreciative for the patience everyone has shown while we work through these challenges. We're very close to turning the corner and having things back on the right path.
>
> **UPDATE:**
>
> - We're progressing with our large funding deal I wrote about in my last update. The lender is conducting due diligence and I'm expecting their term sheet any day now.
>
> - When we know the specifics, amounts, and timeframes I'll arrange to speak directly with you about distributions, maturities, and more.

- We also expect to bring in some funds the week of June 20-24th. As soon as those come in we'll be able to make some limited distributions.

**Positive Progress:**

This past week we finally closed a deal and inked joint venture contracts giving us control of several large email subscriber lists and an important associated web property. The lists include 2 Million individual investors, 750K business owners with annual sales of $1-$5 million and 5+ employees, 120K registered financial advisors, 2,000 family offices, and several other lists -- all within the financial / investing space.

This is a very exciting and important joint venture that will give us distribution for high value financial offers, extended lead generation, and ready-buyers (from the business owner list) for our lead generation / funnel building services.

We're in the process of putting campaign schedules together and will begin pushing offers out to these lists shortly. We expect these campaigns to generate solid cashflow for Harbor City, and further contribute to our ability repay lenders and generate profits.

There's even more coming... including a meeting I have this coming Monday with a call center and telemarketing company we expect to partner with (more on this in our next update).

I will provide another written update within two weeks unless I have earlier information to share. If you and I have been in communication by phone or email directly, expect me to follow up and follow through on that as promised.

I'm positive and confident about what we've put in place, and the steps we're taking now. I look forward to fulfilling our commitments to you VERY soon.

Thanks for your support!

JP Maroney
CEO, Harbor City Capital


## Gmail

**EXHIBIT**

**J**

Sam Halpin <skysammy1@gmail.com>

___

**Update - Jan 2018**
2 messages

___

**JP Maroney** <jp@harborcity.com>                                    Wed, Jan 17, 2018 at 6:15 AM
To: Jim Halpin <Azhondo5@gmail.com>, Jim And Sammy Halpin <skysammy1@gmail.com>

Hi Jim & Sam,

Jim, I know we spoke a few days ago, but I wanted to share the formal update with you guys.

I've prepared the following update. I hope it helps shed some light on where we are now and where we're going with Harbor City.

I also know that likely your most urgent question is MONEY and TIMING. So, I'm addressing that below.

Before I do, let me say once again, THANKS for your patience.

I know it hasn't been easy for you to give me the benefit of the doubt, and wait for things to turn around.

And, I know You didn't ask to be placed in this situation… but fact is we're in this together.

I want to once again reassure you that I'm here to see this thing through. I've put everything on the line… sold every asset, borrowed every dime, taken on clients for special fee-based projects.

We survived! We've made it to this moment in time.

And, there are some very positive things to share as we look to 2018.

Here's what I expect now in terms of timelines:

·   We expect to be <u>cash flow positive in February</u>. A welcome opportunity! From that, I will be dispersing some payments to our lenders like you.

·   Our <u>$10M 506c capital raise</u> is fully <u>underway</u> now that the holidays are behind us. We have the <u>PPM in</u> investors hands who requested it, we're adding more each day, and expect to start getting subscription agreements and deposits in no later than <u>February 15, 2017</u>. I never imagined it would take this long, or this much effort to get the capital raise off the ground. Many, many lessons learned over the last few months. The positive thing is that it's now fully engaged.

·   We have a <u>MASSIVE pipeline</u> of standing orders for leads from companies across a variety of strong verticals, meaning -- as we onboard the capital we'll be immediately deploying it into profitable campaigns to churn ROI. I'm sharing a screen shot of the pipeline below. As you can see, at scale it's over <u>$160M in</u> demand-side standing orders. We <u>don't have, and don't expect to have enough capital to serve ALL of that demand,</u> but we're anticipating a very good year, with sales expected to top $20M and EBITDA of $4M in 2018.

·   By <u>end of January I will have a definitive timeline</u> mapped for rolling out investments, converting those who are staying part or in whole, etc. Our SPV that will facilitate this transition is already in place and ready to go. At that point <u>I would like to meet with you and formalize the plan and agreement – likely the first week of February.</u>

Once again, thanks for your continued patience as we've navigated some pretty turbulent waters.

Now, we have some very positive days ahead.

Regards,

JP

## CURRENT PIPELINE/USE OF PROCEEDS

Harbor City's current pipeline is live and rich with opportunity. The following represents the current pent-up, in-bound demand from various operating companies seeking Harbor City's services and expertise. Proceeds from the current capital raise will go to service the current pipeline and serve to begin creating predictable ROI as soon as 3-months from deployment.



--

## JP MARONEY
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-321-608-0605 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
Book Appointment: http://www.MeetWithJP.com
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.facebook.com/jpmaroney
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

---

**Jim Halpin** <azhondo5@gmail.com>                                      Tue, Jan 23, 2018 at 1:16 PM
To: Sam Halpin <skysammy1@gmail.com>

Go Red Sox!Jim Halpin
Sent from my IPhone

Begin forwarded message:

> **From:** JP Maroney <jp@harborcity.com>
> **Date:** January 17, 2018 at 6:15:07 AM MST
> **To:** Jim Halpin <Azhondo5@gmail.com>, Jim And Sammy Halpin <skysammy1@gmail.com>
> **Subject: Update - Jan 2018**
>
> Hi Jim & Sam,
>
> Jim, I know we spoke a few days ago, but I wanted to share the formal update with you guys.
>
> I've prepared the following update. I hope it helps shed some light on where we are now and where we're going