**EXHIBIT 11**

EXHIBIT

11

## DECLARATION OF MICHAEL C. HANDELSMAN

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1.      My name is Michael C. Handelsman.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2.      In 2014, I attended a three-day seminar in Anaheim, California where I met Nick Malis.  Malis was a speaker at the seminar and spoke about asset preservation and investment strategies.  I was close to my retirement and was looking for opportunities to generate cash flow during this new stage in life.  Malis offered to set up an entity for me through his company, Fortune DNA, which he would then use to transfer my retirement funds into a self-directed IRA.  By doing this, Malis explained to me, I could then invest my retirement funds without incurring any taxes or early withdrawal penalties.  By late 2014, Malis had emailed me all the paperwork, formed the company for me, which we called MCH Acquisitions LLC ("MCH Acquisitions"), and had begun transferring the funds from my pension account into a self-directed IRA set up with Provident Trust Group.

3.      By mid-March 2015, the funds in my IRA account had cleared and were now available for me to invest.  This was when Malis referred me to Jonathan Paul Maroney.  Malis explained that Maroney ran a company called Harbor City Capital Corp. ("Harbor City") that developed online leads of legal, medical, fitness and other professionals and resold them to companies for a profit.  Malis referred to Harbor City as "a good investment opportunity."  I had not heard of Maroney or Harbor City before then.

4.      It was early April 2015 when Maroney first emailed me about investing my retirement funds with Harbor City.  Malis had given him my contact information.  In our initial

communications, Maroney would often say that Harbor City "buys a lead for $1.00 and resells them to businesses for $5.00 each." He said Harbor City could "generate double digit returns" for me using this model. Maroney made it sound like the investment had a guaranteed return.

5.      Maroney said if I invested in Harbor City that my money would be used to purchase the leads for resale. Maroney told me that the investment would be in the form of a promissory note. He said that I could choose to either receive a lump sum return of my principal after one year, a 100% return on my investment or receive monthly interest payments of 5% on my investment which would renew yearly unless cancelled.

6.      Based on what Maroney told me, I decided to invest $50,000 with Harbor City and chose to receive monthly interest payments. In late April 2015, Maroney emailed me a promissory note entitled "Harbor City Digital Marketing Arbitrage Fund Unsecured Promissory Note" dated April 30, 2015 in the principal sum of $50,000 for me to look over and sign, a true and correct copy of which is attached hereto as Exhibit A. The parties to this promissory note were a Harbor City related company called Harbor City Ventures, LLC ("Harbor City Ventures") and my company MCH Acquisitions. On May 1, 2015, I signed the promissory note and returned it to Maroney by email with the subject line "Harbor City Agreement Attached." A true and correct copy of this email is attached hereto as Exhibit B. That same day, I also deposited my investment amount of $50,000 into a Harbor City bank account at JP Morgan Chase Bank via a cashier's check made out to Harbor City Ventures, a true and correct copy of which is attached hereto as Exhibit C.

7.      In return for my investment and under the terms of the promissory note, Harbor City Ventures promised to pay me "interest of 5% ($2,500) per month for a total of twelve (12) months." The interest payments were to be made monthly beginning on June 1, 2015, with each

2

payment coming due the beginning of the subsequent month.  If Harbor City Ventures failed to make any payment when due, all principal and other amounts owed would become due and payable.  If I decided to cash out, Harbor Ventures would have two weeks from maturity date to return my principal investment amount.

8.       On June 1, 2015, I received my first $2,500 interest payment directly into my bank account, followed by the July, August, September, and October payments at the beginning of each month.  On November 5, 2015, however, I noticed that November's interest payment had not been deposited into my account.  Accordingly, that same day, I sent Maroney an email with the subject line "What happen this month?" informing him that I had not received my November interest payment.  A true and correct copy of this email is attached hereto as Exhibit D.  I recall also trying to reach Maroney by telephone.

9.       About a week later, on November 12, 2015, I received a reply email from Maroney informing me that he was in Europe for a "global investor summit" that Harbor City was hosting in Minsk, and that he had just seen my email.  A true and correct copy of the reply email I received from Maroney is attached hereto as Exhibit E.  I received another email from Maroney almost two weeks later informing me that the November transfer was being resolved and should be in my account by December 1, 2015.  He also assured me that this would not happen again.

10.      By December 2, 2015, I had neither heard from Maroney nor received the missing November interest payment.  My December payment was also now due.  The next day, on December 3, 2015, I received an email from Maroney informing me that he had returned to the U.S. late last night and that his number one priority was resolving my missing interest payments, which he referred to as an "ACH issue."  A true and correct copy of this email is attached hereto

as Exhibit F.  The following day Maroney informed me by email that the ACH issue was resolved and that the transfer had cleared.  He again promised that the $2,500 interest payment owed from November would arrive in my account in a day or two and that the December payment would be made shortly after.

11.     As Maroney had promised, I received the November 2015 payment in my account a couple of days later and my December 2015 payment was deposited in about a week.  I also received my January 2016 payment on time.  It was my belief at that point that Maroney had indeed resolved the ACH issue and that my monthly interest payments would now continue uninterrupted.

12.     In early 2016, Maroney contacted me and we spoke about investing another $50,000 with Harbor City.  He said Harbor City would return my $50,000 investment to me in three months, plus a 14% return on the investment.  Maroney promised me that the investment was safe.

13.     Based on this, I decided to invest another $50,000 with Harbor City and I signed a "Harbor City Digital Marketing Arbitrage Fund Funding Agreement" with Harbor City Ventures on February 25, 2016.  A true and correct copy of this funding agreement is attached hereto as Exhibit G.  That same day, I deposited $50,000 into Harbor City Ventures' bank account at JPMorgan Chase bank.  By that point in time, my monthly transfers had resumed so I felt comfortable investing more money with Harbor City.

14.     On February 2, 2016, I received an email from Maroney updating me on the February interest payment for my first investment, a true and correct copy of which is attached hereto as Exhibit H.  In this email, Maroney said that Harbor City was waiting on a large end of month wire transfer from an advertiser and that the delay was affecting my February payment.

As before, Maroney told me in the email that he expected to have the issue resolved quickly. Maroney emailed me again a couple weeks later, on February 16, 2016, assuring me that he would have my February payment to me that week and that he looked forward to a "BIG DOUBLE DIGIT year of profits" with me. A true and correct copy of this email is attached hereto as Exhibit I.

15.      Around early 2016, Maroney had begun issuing email updates to investors. In an email update I received from Maroney on June 3, 2016, he talked about the "cash pinch" Harbor Capital and its investors were experiencing and promised a return to the "substantial, double-digit returns" Harbor City had generated for "two solid years." A true and correct copy of this email update is attached hereto as Exhibit J. In another email update dated July 31, 2016, Maroney made a point to reassure investors that we "WILL receive full repayment of … principal and interest owed." A true and correct copy of this email update is attached hereto as Exhibit K. In an October 18, 2016 update, Maroney described Quarter 3 as a "turning point" for the company and predicted that Harbor City will be "completely caught up and sailing smoothly by the end of" Quarter 4. A true and correct copy of this email is attached hereto as Exhibit L. Similarly, in a May 2, 2017 email update, Maroney wrote that investors "will not lose a dime of [our] money" and that we can depend on him. A true and correct copy of this email is attached hereto as Exhibit M.

16.      On occasion, Maroney would write to investors about how Harbor City was doing financially. In one email Maroney sent to investors on January 17, 2018, he stated that there was such "a MASSIVE pipeline of standing orders for leads" from companies seeking Harbor City's services and expertise that they "don't expect to have enough capital to serve ALL of that demand." The email also contained a "Current Pipeline/Use of Proceeds" chart. A true and

correct copy of this email update is attached hereto as Exhibit N. Maroney also used these email updates to seek new investor money. For instance, in one update dated April 30, 2019 titled "This is THE END," Maroney cautioned investors that the week of that update was the last "chance to invest in Harbor City's HCCF-2 Bond that pays 18% annually paid out at 1.5% per month." A true and correct copy of this email update is attached hereto as Exhibit O.

17.     Since January 2016, I have not received any other interest payments or returns on my initial investment of $50,000 in May 2015 with Harbor City Ventures. Nor have I received any interest payments or returns on my second investment of $50,000 in February 2016. I have notified Maroney numerous times of Harbor City's failure to continue to make my interest payments when due and to return my principal investment amounts, but to date I have not received any of the interest payments owed or the principal back on my investments. For the past four years, I have called and emailed Maroney repeatedly about this matter. However, when we would agree to schedule a call, Maroney would later cancel or reschedule it and then cancel it again, or was a no-show.

18.     At no point did Maroney, Harbor City, or Harbor City Ventures provide me with an accredited investor questionnaire or any other offering documents to review or complete before I made my investments.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Michael C. Handelsman

Executed on this 25 day of January , 2020.
2021

6

**EXHIBIT**

**A**

# HARBOR CITY
## DIGITAL MARKETING ARBITRAGE FUND
### UNSECURED PROMISSORY NOTE

$50,000.00

Issuance April 30, 2015
Las Vegas, Nevada

On or before May 1, 2016, for value received, the undersigned HARBOR CITY VENTURES, LLC (the "**Borrower**") promises to pay to the order of MCH ACQUISITIONS LLC (the "**Holder**"), in the manner and at the place provided below, the principal sum of $50,000.00.

## 1. PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States of America, in same day funds, without offset, deduction, or counterclaim, at Wire Transfer (or address), or at such other place as the Holder may designate in writing from time to time.

## 2. INTEREST PAYMENTS.

Interest of 5% ($2,500.00) per month for a total of twelve (12) months, or until principal sum is paid (if paid early). First interest payment to be received on or before June 1, 2015 with each subsequent payment made on or before the 1st day of each month due. Acceptance by the Holder of any payment differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the requirements of this note.

## 3. PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

## 4. EVENTS OF DEFAULT.

Each of the following constitutes an "**Event of Default**" under this note: (i) the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this note when fully amortized; (ii) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower; (iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

Unsecured Promissory Note    |    Initial *MCH* _____ _____                                    1

5.  **ACCELERATION; REMEDIES ON DEFAULT.**

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due and payable without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in his sole discretion, pursue any legal or equitable remedies available to him under applicable law or in equity.

6.  **WAIVER OF PRESENTMENT; DEMAND.**

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

7.  **GOVERNING LAW.**

  (a) **Choice of Law.** The laws of the state of Florida govern this note (without giving effect to its conflicts of law principles).

  (b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Brevard County, Florida.

8.  **COLLECTION COSTS AND ATTORNEYS' FEES.**

The Borrower shall pay all costs and expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due, without protest.

9.  **ASSIGNMENT AND DELEGATION.**

  (a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

  (b) **No Delegation.** The Borrower may not delegate any performance under this note.

  (c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

**10. SEVERABILITY.**

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

**11. NOTICES.**

    (a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

    (b) **Addresses.** A party shall address notices under this section 13 to a party at the following addresses:

        If to the Borrower:
        JP Maroney, CEO
        Harbor City Ventures, LLC
        452 East Silverado Ranch Blvd, Suite 520
        Las Vegas, NV 89183
        Intl: 1-321-392-5536 x704
        Toll Free: 1-888-239-5202 x704
        jp@harborcity.com

        If to the Holder:
        Michael Handelsman
        MCH Acquisitions LLC
        7919 178th Street NW
        Stanwood, WA 98292
        Cel. 4257604981
        Email: handelsmans@frontier.net

    (c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

**12. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed

by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

**13. HEADINGS.**

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

**14. SPECIAL PROVISIONS**

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another 12-month term, at same rate, with principal amount consisting of previous year principal and interest combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount within two weeks following maturity date.

**[SIGNATURE PAGE FOLLOWS]**

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES, LLC

Date: _____

By:_____ ____
Name: JP Maroney
Title: CEO


FOR HOLDER


Date: *5/1/2015*

By: *Michael C. ?* _____
Name: Michael Handelsman

**EXHIBIT**

**B**

| | |
|---|---|
| **From:** | Michael Handelsman |
| **To:** | Mayor, Ana |
| **Subject:** | Fwd: HarborCity Agreement attached |
| **Date:** | Wednesday, February 19, 2020 12:38:32 PM |
| **Attachments:** | 2015-05-01.zip |

---------- Forwarded message ---------
From: **Michael Handelsman** <mikiesenterprises@gmail.com>
Date: Fri, May 1, 2015 at 7:30 AM
Subject: Re: HarborCity Agreement attached
To: JP Maroney <jpmaroney@gmail.com>

Good morning JP,
I thought we were ready to jump in but it appears that my wife is not fully ready
so I have to hold off on the yearly note until Denise becomes a bit more
comfortable with the program.
I hope this will not effect the monthly note in any way.
I have signed the monthly doc's

I did not notice any where on the doc's to enter my routing numbers for the deposits, is there
another form for this?
Another thing that Denise is concerned about is, that the doc's do not have a notary
requirement.

Let me know if there's any problem's before I make the deposit today,
Mike

On Thu, Apr 30, 2015 at 11:11 AM, JP Maroney <jpmaroney@gmail.com> wrote:
  Ya. Initial each page. Sign last page. Scan and email. I'll return signed copy. You can make
  deposit. Easy. Buzz me if you have questions. 9035216808

  Sent from my iPhone

  On Apr 30, 2015, at 1:35 PM, Michael Handelsman <mikiesenterprises@gmail.com> wrote:

    Hi JP,
    I found the doc's.
    I take it that you had problems with my other address
    handelsmans@frontier.com.

    Should I initial at the bottom of each page?
    Then send the doc's back to you to sign and you send me a copy
    and I deposit the check.

    On Wed, Apr 29, 2015 at 12:59 PM, J.P. Maroney <jp@harborcitycapital.com>
    wrote:
      Hi Michael,

See attached two agreements; one for $50K one for $25K.

Just deposit the $75K into this account. Chase local deposit at the branch will go fast and no fee for you. As long as it's in no later than Friday, May 1 you'll get your first payment June 1.

Harbor City Ventures LLC
Chase Bank Account Number: ████ 1795

Hit me up when you've dropped it in. Just sign and return the agreement via scan/email.

Looking forward to good stuff ahead!

JP

## JP MARONEY
Founder & CEO
Harbor City Capital Management

Email: jp@harborcitycapital.com
Toll Free: 1-800-304-5758 ext 704
Intl: +1-321-608-0605 ext 704
Corp: http://www.HarborCityCapital.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney

Feb 14 20 12:42p          Home                                    360-652-5459              p.5



**EXHIBIT**

**C**

**CASHIER'S CHECK**

M Handelsman
Check for 1st investm
SERIAL #: 6293000864
ACCOUNT #: ▇▇▇2960

0062930          11-24
Office AU #      1210(8)

Remitter:        MICHAEL C HANDELSMAN
Purchaser:       MICHAEL C HANDELSMAN
Purchaser Account:  ▇▇▇8409
Operator I.D.:   wash0011      wash0877
Funding Source:  Paper Items(s)

**May 01, 2015**

PAY TO THE ORDER OF      ***HARBOR CITY VENTURES***

***Fifty thousand dollars and no cents***                    **$50,000.00**

Payee Address:
Memo:

VOID IF OVER US $  50,000.00

WELLS FARGO BANK, N.A.
9916 270TH ST NW
STANWOOD, WA 98292
FOR INQUIRIES CALL: (480) 394-3122

NOTICE TO PURCHASER – IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO BANK MAY IMPOSE A FEE AND
REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

See attached two agreements; one for $50K one for $25K.

Just deposit the $75K into this account. Chase local deposit at the branch will go fast and no fee for you. As long as it's in no later than Friday, May 1 you'll get your first payment June 1.

Harbor City Ventures LLC
Chase Bank Account Number: 695361795

wire  #: 21 000 248
Checking #: ▇▇ ▇ 742
Account #: ▇▇▇ 8409     ACH

Hit me up when you've dropped it in. Just sign and return the agreement via scan/email.

Looking forward to good stuff ahead!

JP

**JP MARONEY**

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: What happen this month? |
| **Date:** | Monday, February 17, 2020 2:38:22 PM |

**EXHIBIT**

**D**

----- Forwarded Message -----
**From:** handelsmans@frontier.com <handelsmans@frontier.com>
**To:** "jp@harborcitycapital.com" <jp@harborcitycapital.com>
**Sent:** Thursday, November 5, 2015, 7:32:19 AM PST
**Subject:** What happen this month?

Hi JP,
this is Michael Handelsman.
I noticed that I have not received a dividend deposit into my account yet this month, did my information slip through the cracks some how?

Please reply,
Mike

**EXHIBIT**

**E**

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: Got your voice message / email |
| **Date:** | Monday, February 17, 2020 2:38:35 PM |

----- Forwarded Message -----
**From:** handelsmans@frontier.com <handelsmans@frontier.com>
**To:** "jp@harborcity.com" <jp@harborcity.com>
**Sent:** Wednesday, December 2, 2015, 7:13:24 AM PST
**Subject:** Re: Got your voice message / email

Hi JP,
you've got to back in the states by now or at least out of the war zone.
I was hopping to see a deposit today but nothing so far.
The hiccup must not have been resolved as of this morning 7AM pst.

Let me know what you find out.
Thank you,
Mike

On Tuesday, November 24, 2015 10:52 AM, "handelsmans@frontier.com" <handelsmans@frontier.com> wrote:

Thanks for the reply, stay safe my friend and happy thanksgiving to you and your family.
Mike

Sent from Yahoo Mail on Android

On Tue, Nov 24, 2015 at 10:12 AM, JP Maroney
<jp@harborcity.com> wrote:

Thanks Mike,

Yes, we're in a crazy area right now. I'm none too pleased about being here now in light of the last couple of week's disruptions. We've been very fearful, and super cautious.

Yes, things are getting resolved and will be back on track for the first. I apologize for the hiccup. We're putting things in place to make sure things like this won't happen in the future, even if I'm traveling.

JP

On Tue, Nov 24, 2015 at 4:45 PM, handelsmans@frontier.com <handelsmans@frontier.com> wrote:

Hi JP, are you back home from the global investor summit?
I looked up Minsk on the map and seen that you are pretty close to Turkey
do the people in Minsk talk about what has been going on in the region?

I have not heard from you for a few days, have you hear anything from the bank
about Novembers missing  deposit?
Now that it's coming to the end of the month will we be able to get back on track for
the Dec. deposit?

I have attached a screenshot of my account showing the last deposit made on 10-1-2015
Talk to you soon,
Mike

On Tuesday, November 17, 2015 6:45 PM, JP Maroney <jp@harborcity.com> wrote:

OK, let me check again from my end. I'll update you soon as I hear from the
bank. Thanks - JP

On Tue, Nov 17, 2015 at 4:13 PM, handelsmans@frontier.com
<handelsmans@frontier.com> wrote:
Hi JP,
where you able to find out what happened with the deposit for the this month (Nov.)?
I looked at my account this morning but nothing yet as of 7am PST.
Hope to talk to you soon.
Mike

On Friday, November 13, 2015 10:41 AM, "handelsmans@frontier.com"
<handelsmans@frontier.com> wrote:

Hi JP,
hope Europe is treating you well.
I looked into my account today 11/13/15 and I do not see a deposit the last one was on 10/1/15.

Thanks for the reply, I'll let you know as soon as I the deposit hits my account.

Have a great day
Mike

On Thursday, November 12, 2015 11:03 PM, JP Maroney <jp@harborcity.com> wrote:

Hi Mike,

I just heard your message, and when I went to find your email address, saw
your message as well. Let me check on that for you. Can you please confirm if

you've received it as of end of day Thursday for you.

I'm in Europe on our investor tour and for the global investor summit we're hosting in Minsk. But, I'm working in the mornings my time (now), and making calls in the afternoon when the US is up and rolling.

I'll check on things from my end... please let me know if you did or did not see it in your account as of now.

Also, please email me here in the future: jp@harborcity.com - it goes to my personal inbox for business correspondence and is more likely to be seen quicker.

Talk soon...

Thanks,
JP


--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney


--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

--

**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

**EXHIBIT**

**F**

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: ACH - Handelsman |
| **Date:** | Monday, February 17, 2020 2:38:50 PM |

----- Forwarded Message -----
**From:** handelsmans@frontier.com <handelsmans@frontier.com>
**To:** "jp@harborcity.com" <jp@harborcity.com>
**Sent:** Thursday, December 3, 2015, 10:27:58 AM PST
**Subject:** Re: ACH - Handelsman

Hey JP, it's great to hear you made it back to the USA with out any issues.
One things for sure, there's no place like home.
I'll be looking for your updated.
Have a great day,
Mike
Sent from Yahoo Mail on Android

On Thu, Dec 3, 2015 at 8:30 AM, JP Maroney
<jp@harborcity.com> wrote:

> Mike,
>
> I landed back in the US late last night, and my first order of business today is resolving the ACH issue that plagued us while I was gone.
>
> That is my number one priority today/tomorrow. I will update you with specifics on the date it will arrive in your account.
>
> Thank you for your continued patience.
>
> JP
>
> --
> ## JP MARONEY
> Founder & CEO
> Harbor City Capital
>
> Email: jp@harborcity.com
> Toll Free: 1-888-528-4540 ext 704
> Intl: +1-702-625-3886 ext 704
> Corp: http://www.HarborCity.com
>
> Connect With JP...
> LinkedIN: http://www.linkedin.com/in/jpmaroney
> Facebook: http://www.jpmaroney.com/facebook
> Twitter: http://www.twitter.com/jpmaroney
> YouTube: http://www.YouTube.com/jpmaroney

EXHIBIT

G

*M. Handelsman PJ*
*2nd Investment*

## HARBOR CITY
## DIGITAL MARKETING ARBITRAGE FUND
## FUNDING AGREEMENT

**$50,000.00**                                   Issuance February 25, 2016
                                                 Las Vegas, Nevada

On or before May 2, 2016, for value received, the undersigned HARBOR CITY VENTURES, LLC (the "**Borrower**") promises to pay to the order of MCH ACQUISITIONS, LLC (the "**Holder**"), in the manner and at the place provided below, the principal sum of $50,000.00.

### 1.  PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States of America, in same day funds, without offset, deduction, or counterclaim, at Wire Transfer (or address), or at such other place as the Holder may designate in writing from time to time.

### 2.  INTEREST PAYMENTS.

Interest of 14% ($7,000.00) payable by principal due date.

### 3.  PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

### 4.  EVENTS OF DEFAULT.

Each of the following constitutes an "**Event of Default**" under this note: (i) the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this note when fully amortized; (ii) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower; (iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

### 5.  ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due and payable without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in his sole discretion, pursue any legal or equitable remedies available to him under applicable law or in equity.

### 6.  WAIVER OF PRESENTMENT; DEMAND.

Harbor City Funding Agreement    |    Initial: _____ *MCH*                                      1

M Handelsman P2
2nd investment

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above does not relieve the undersigned of the obligation to honor the requirements of this note.

### 7. GOVERNING LAW.

(a) **Choice of Law.** The laws of the state of Florida govern this note (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Brevard County, Florida.

### 8. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all costs and expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due, without protest.

### 9. ASSIGNMENT AND DELEGATION.

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

### 10. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

### 11. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

Harbor City Funding Agreement   |   Initial: _MCH_                                        2

Doc ID: 023cf28d02fad5c8408ef4c916198e0734656824

*M Handelsman  P3*
*2nd investment*

**(b) Addresses.** A party shall address notices under this section 13 to a party at the following addresses:

If to the Borrower:
JP Maroney, CEO
Harbor City Ventures, LLC
452 East Silverado Ranch Blvd. Suite 520
Las Vegas, NV 89183
Intl: 1-321-392-5536 x704
Toll Free: 1-888-239-5202 x704
jp@harborcity.com

If to the Holder:
Michael Handelsman
MCH Acquisitions LLC
7919 178th Street NW
Stanwood, WA 98292
Cel. 4257604981
Email: handelsmans@frontier.net

**(c) Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 12. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 13. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

## 14. SPECIAL PROVISIONS

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another term, at same rate, with principal amount consisting of previous year principal and interest combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount within two weeks following maturity date.

[SIGNATURE PAGE FOLLOWS]

Harbor City Funding Agreement   |   Initial: _____ *MCH*                                    3

M Handelsman   P4
2nd investment

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES, LLC

Date:  02 / 25 / 2016          By: _____
                               Name: JP Maroney
                               Title: CEO

FOR HOLDER

Date:  02/25/2016              *Michael Handelsman*
                               By: _____

                               Print Name:  Michael Handelsman

Doc ID: 023cf28d02fad5c8408ef4c916198e073465682

Feb 14 20 07:45a          Home                        360-652-5459              p.6

```
┌─────────────────────┐
│     EXHIBIT         │
│   ┌─────────┐       │
│       G             │
│   ─────────         │
└─────────────────────┘
```

M Handelsman  P5
2nd investment

## ▼ HELLOSIGN                                          Audit Trail

**TITLE**              [Handelsman MCH] Harbor City Agreement
**FILE NAME**          Harbor City - Agr...m Handelsman.docx
**DOCUMENT ID**        023cf28d02fad5c8408ef4c916198e0734656824
**STATUS**             Completed

## Document History

| | | |
|---|---|---|
| **SIGNED** | 02/25/2016<br>08:34:03 UTC | Signed by JP Maroney (jp@harborcity.com)<br>IP: 97.104.71.182 |
| **SENT** | 02/25/2016<br>08:34:06 UTC | Sent for signature to Michael Handelsman<br>(handelsmans@frontier.com)<br>IP: 97.104.71.182 |
| **VIEWED** | 02/25/2016<br>15:23:49 UTC | Viewed by Michael Handelsman (handelsmans@frontier.com)<br>IP: 50.34.110.162 |
| **SIGNED** | 02/25/2016<br>15:32:48 UTC | Signed by Michael Handelsman (handelsmans@frontier.com)<br>IP: 50.34.110.162 |
| **COMPLETED** | 02/25/2016<br>15:32:48 UTC | The document has been completed. |

**EXHIBIT**

**H**

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: February Update - Handlesman |
| **Date:** | Monday, February 17, 2020 2:40:04 PM |

----- Forwarded Message -----
**From:** handelsmans@frontier.com <handelsmans@frontier.com>
**To:** "jp@harborcity.com" <jp@harborcity.com>
**Sent:** Tuesday, February 2, 2016, 8:55:52 AM PST
**Subject:** Re: February Update - Handlesman

Hi JP,
Hope you new year has started off well.

Thanks for the update we appreciate everything you're doing for us.
Keep up the great work,
Mike

On Tuesday, February 2, 2016 6:32 AM, JP Maroney <jp@harborcity.com> wrote:

Michael,

I wanted to update you...

We're still awaiting arrival of a large end of month wire from an advertiser. The delay is affecting our February payouts by a few days.

I know it's not "good news", but I wanted to keep you posted rather than have you wonder.

We expect to have it in and resolved quickly. If you need to reach me, please feel free to call my mobile: 903-521-6808.

Thanks for your continued faith and support in what we're doing.

Warmly,

JP

--

**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704

Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

**EXHIBIT**

**I**

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: update - Handelsman |
| **Date:** | Monday, February 17, 2020 2:40:37 PM |

----- Forwarded Message -----
**From:** handelsmans@frontier.com <handelsmans@frontier.com>
**To:** "jp@harborcity.com" <jp@harborcity.com>
**Sent:** Tuesday, February 16, 2016, 7:56:45 AM PST
**Subject:** Re: update - Handelsman

Hi JP,
I have a question about tax stuff I'm hoping you may be able to answer.

My tax gal asked if I would be receiving any tax documents (1099) or something that show the interest income.
This is the first time she's run into this type of return (with private investing and interest income), she was going to add
the interest income to my personal tax return but I talked her out of that as MCH Acqusitions is a business.
This might be due to my other LLC that ties our rental property in as passive income.

On another note I have had some inquiries about investing with your harbor city capital, would it be okay to
send them a link for your youtube video while it still available?

I have another question about traffic, do you or your company sell clicks?
I have an opportunity to give way free training for earning income online, you may have all ready hear about  it.
It's called Project Breakthrough, yes the program is through High Traffic Academy but I do have my own domain
and landing page setup for  the funnel at  fourteendaybreakthrough.com.
I do have 17 people signed up so far but I would like a few thousand more.
Any thoughts about this?

Have a great day,
Mike

On Tuesday, February 16, 2016 2:31 AM, JP Maroney <jp@harborcity.com> wrote:

Hey Mike,

Friday I heard from the company that owes us a large wire from end of January, and
they said they'd have a payment over to us this week.

As soon as that arrives we'll send over your February payment.

Just wanted to keep you in the loop.

REALLY appreciate your patience through this ... and look forward to a BIG
DOUBLE-DIGIT year of profits with you.

Hit me up if you need to speak by phone.

Cheers,

JP

PS: Two more things...

a) If you didn't watch my video about the shift in ROI cycle that's caused the "squeeze", but also offers us some really big profit opportunities, you can still watch it here (I'll leave it online a couple more days): https://youtu.be/I6LEVvSXvls

b) Be sure to JOIN US for this week's Harbor City "Wealth Watch" for private clients.

https://attendee.gotowebinar.com/register/2695350873452544011


--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

EXHIBIT

J

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: investment news? |
| **Date:** | Monday, February 17, 2020 2:42:41 PM |

----- Forwarded Message -----
**From:** JP Maroney <jp@harborcity.com>
**To:** "handelsmans@frontier.com" <handelsmans@frontier.com>
**Sent:** Friday, June 3, 2016, 8:34:23 AM PDT
**Subject:** Re: investment news?

Yes. I'll call you late this afternoon. I also just looked and you're one of five people who has not opened the update I sent out June 1. I'm pasting it below, but please look for that so I know you're getting my broadcasts.

Thanks, JP


I hope you had a good memorial day weekend.

As promised, I want to update you following my meetings last week. After you've read this update, if you need additional information, please reply back and I'll be happy to answer any questions.

UPDATE

Things look very positive. As I told you before, the group we're in negotiations with understands and likes our business model. They have the capital to invest. And, what we're doing fits neatly within their portfolio of investments.

I'm awaiting a term sheet. Based on what we discussed verbally I expect it to be favorable, and provide us with the capital we need to leverage immediate profit opportunities, grow the company, and get back on track with existing lenders like you.

I dont expect this to drag on long. As soon as we have a deal inked, I'll provide you with timelines for payouts, catching up, and retiring notes, etc.

Your patience is appreciated in this matter. Like you, I never expected these circumstances. Hopefully, you can see we're taking the proper steps in everyone's best interest to get through this to a positive outcome.

We had two solid years of substantial, double-digit returns that our lenders could never have earned elsewhere. I expect more of the same once we get past the cash pinch we've experienced.

I'm still unequivocally convinced that our opportunities to WIN BIG in digital marketing assets, and we're continuing toward positive outcomes and future growth.

POSITIVE NEW DEVELOPMENTS

Since we're currently dealing with the immediate pinch and the negativity of late loan payments, I realize things can seem bleak from your perspective if you're not also hearing any of the positive developments.

I want to encourage you that, in fact, we have several very exciting new opportunities on the table right now. I'd like to share a couple that will positively impact our cashflow, profitability, and longevity.

First, a little over a week ago, one of our current lenders made an important introduction to a colleague involved in "Big Data" analytics. The brief explanation is that their company procures large volumes of transactional data (think purchase records/history) from companies, primarily ecommerce-driven businesses that sell well known brands tied to publicly traded companies.

They're partnered with IBM's data analytics program, where the data is turned into trends and other business intelligence. Then, that business intelligence is delivered to companies who have contracted in advance to receive it in exchange for big fees.

They've met with us because we have substantial access to data providers and ecommerce companies, as well as our own internally generated data. I already knew "big data" is a massive opportunity that's just getting bigger (do a google search sometime), but I did not realize the kind of numbers involved. The first opportunity we've reviewed with the client is a 2-year, $25 Million contract -- for data.

I received a text message from my contact literally while writing this update, and we're expecting to move things forward on this front this week.

Second, contracts have been signed and technology hookups are in progress on the traffic arbitrage opportunity we've secured. I've discussed this by phone with a few of our lenders, but if I've not given you details here's what we've landed.

An advertising traffic inventory deficit exists on some networks making it impossible for them to meet the demand. As a result, they contract with providers -- middle men -- to bring traffic from other networks through a "data pipeline." That's where we come in. This presents a high margin arbitrage opportunity where we make 40%+ gross margins on a daily ad spend of up to $50,000 per day.

The only "catch" is that you have to be able to cash flow the advertising spend until you get paid from the networks. Typical terms are net 45 after the close of the month, which means you're 75 days out getting paid from the first day you run traffic. We're putting all the pieces in place now so that when we've secured the new capital from our current deal, we'll begin leveraging and scaling this opportunity.

There are other things in the words, but I hope that gives you a sense of the positive developments we're working. I hope it also shows you we've not been sitting around twiddling our thumb, but instead are working long and hard each day to make the most of where we are, what assets we have, and where we're going.

COMMITMENT TO FUTURE UPDATES

On suggestion from one of our lenders, I'm making a commitment to a regular update schedule. In his words, "JP you don't need people calling you every other day asking how things are going. You need to be focused on managing and growing the business."

So, I'm sending this update to you today. I will have another formal update to you by the end of next week, June 10th. I will of course update you before then with any new developments that directly affect payouts.

Let me restate my own commitment to push things forward and bring it to a positive outcome. I'm not going anywhere. I'm standing strong. I'm very positive about our opportunities. And, I'm committed to ultimately see that you are made whole in every way.

As the sign said that hung in my grandfather's office when I was a kid, "Winners never quit, and quitters never win." Well, I'm not quitting.

I appreciate your support, your patience, and your thoughts or prayers.

Regards,

JP Maroney

On Fri, Jun 3, 2016 at 9:40 AM, handelsmans@frontier.com <handelsmans@frontier.com> wrote:

> Hi JP, can you call me when you get a chance?
> 425-760-4981
>
> Thanks,
> Mike

--

# JP MARONEY
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

EXHIBIT

K

**From:**   Michael Handelsman
**To:**   Mayor, Ana
**Subject:**   Fwd: update - Handelsman
**Date:**   Wednesday, February 19, 2020 12:40:11 PM

---------- Forwarded message ---------
From: **JP Maroney** <jp@harborcity.com>
Date: Sun, Jul 31, 2016 at 11:33 AM
Subject: update - Handelsman
To: Michael Handelsman <mikiesenterprises@gmail.com>

Mike,

I wanted to get you another email update.

If you have any questions after reading this, please email me back. If absolutely necessary, we can arrange a brief call. As you can imagine, my time is best used on a day to day basis building the business, but I know that sometimes a phone call is needed. Either way, just let me know.

OK, so let me jump into the update...

I won't sugar coat it. It's been a very tough first two quarters.

If I had to sum it up in in one sentence it would be: The turnaround hasn't happened as fast as I want it to or need it to -- certainly not as fast as I know you would like it to happen.

Yet, we're moving forward, making progress, and have a clear plan of how we're going to navigate the current circumstances and get the business back on a solid footing.

Tough times call for tough decisions and actions. We're taking both defensive and offensive measures. Here's a quick rundown.

Defensive measures we've taken:

- We've cut expenses in every area of the company possible
- We've reduced staff to an absolute bare minimum
- We've moved many responsibilities to project-only contractors to cut costs

Offensive measures we've taken:

- We've begun pursuing more front end fee, based projects
- We've worked with some of our lenders to restructure our debt
- We've put together an aggressive capital raising campaign

I expect these offensive measures will:

- Give us much needed cashflow in the short term to meet basic obligations
- Provide us with the capital base we need to take full advantage of profit generating opportunities and bring about a full recovery

I'm aware that each of our lenders wants three things:

1) Confidence that you'll NOT lose your principal
2) Assurance that you'll get paid the interest owed
3) To be given expectations regarding timeframes going forward

Let me take a moment to reassure you that you WILL receive full repayment of your principal and interest owed. There's no question that the circumstances we find ourselves in were unexpected, and certainly not desirable for anyone.

Yet, my belief in this business model has not wavered. I'm not giving up, and I'm not giving in. My confidence in our future is strong.

If I had any doubt that we would come out of this dip and prosper again, I would have already closed up shop. Instead, I've intensified. Pushed harder. And, we're gutting it out.

Anyone who's ever built a business knows that adversity is part of the process. How you meet that adversity and deal with it, defines your future -- whether or not you survive and ultimately thrive.

FACT: There is ONLY ONE WAY out of this... and that's to GROW out of it. Build the business, drive revenue, generate profits.

I've seen our business model work magically during our first two years. Many of our original lenders who've been with us since the beginning or early on have also seen it.

The kind of volume and margins we can produce with our campaigns is unprecedented. I expect that we'll soon be back to and beyond the levels we previously enjoyed.

I've defined 2 key things that must happen now:

#1 - We must continue restructuring our debt where possible to reduce drag while we grow out of the current situation. I've had some lenders reach out to me with offers for rolling interest into principal balance, others have suggested moving payments out to the end of loan term. I'm open to discuss any ideas, so if you would like to discuss options, please reach out to me.

#2 - We must recapitalize the business with a blend of revenue from bigger ticket fee-based projects (marketing funnels, consulting), and outside capital that allow us to take full advantage of the campaigns and opportunities we have available to us right now. Scaling these campaigns IS the way out.

There is no magic bullet. There's no button I can push and immediately make everything ok -- though I know that you and I both would prefer that. But, a focused plan, tenacity, and hard work we are going to get us where we need to go.

Timeframes:

One of the toughest aspects of updating you is trying to predict WHEN things will happen. I know you want some type of timeframes, but I also know you don't want me to give you a date I'm not confident I can keep, only to disappoint you when it doesn't happen.

Over the last few months I've seen things take much longer than I expected. Some of the deals I talked about in previous updates still have not closed. In response, I've simply intensified our efforts, and I'm putting more deals in the pipeline with expectation that some of them will close soon, some will likely take longer, and a few may never close.

Generally, I believe that we'll have our cash position resolved by the end of the third quarter. Then, I believe we'll have the business on a very solid footing with everything cleaned up by end of the fourth quarter. There are specific details regarding loans, payments, and maturity that we can discuss in 1-to-1 communication.

Rather than predicting dates yet for each milestone, I know the best path forward is to update you more frequently as things progress.

Getting these updates written takes time. Often, I let a week and then another go by without updating you, so I've booked an "appointment" with myself on my own calendar for each Friday to write and send another update. They likely won't be as long as this one, but in each update I'll tell you where things stand, and what you can expect next.

Important:

I appreciate the patience of most of our lenders, along with the encouraging emails, texts, and voice messages. I literally have only had one lender who has "hounded me" during all this -- said and written some wild accusations and threats. I'm sure others have had their own thoughts and concerns, but I'm appreciative of the support most everyone has expressed.

You can be sure that I'm 100% committed to seeing this through and fulfilling every one of our obligations. It is just a matter of time before this will all be behind us.

As I said in the beginning of this letter, if you have any questions after reading this, please email me back. If absolutely necessary, we can arrange a brief call. As you can imagine, my time is best used on a day to day basis building the business, but I know that sometimes a phone call is needed. Just let me know.

Regards,

JP

--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

**EXHIBIT**

**L**
_____

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: payments / personal update |
| **Date:** | Monday, February 17, 2020 2:44:23 PM |

----- Forwarded Message -----
**From:** JP Maroney <jp@harborcity.com>
**To:** "handelsmans@frontier.com" <handelsmans@frontier.com>
**Sent:** Tuesday, October 18, 2016, 9:38:52 PM PDT
**Subject:** payments / personal update

Michael,

I just rebroadcast our Q3 update email. I'm not sure if you saw the original broadcast or not, or if you've received the one I just sent. Let me know...

Also, I wanted to send you a personal update since we've been working on normalizing the monthly payments.

Here's a quick briefing...

Q1 and Q2 were very challenging as you know. Q3 has been a turning point for us. We will be completely caught up and sailing smoothly by end of Q4.

I know you know from experience that business never seems to happen as quickly as you want, but you can be confident that I've stayed vigilant and am seeing this thing through. We weathered the storm, never took our eyes off our goals, and pushed through with bulldog tenacity.

It's paying off.

We started the third quarter with three clear objectives:

1) Improve cashflow and operational efficiencies
2) Reorganize some legacy debt to reduce carrying costs
3) Scale high-margin DMA campaigns

I'm proud to say we've make great progress in all three areas.

I expect to have another payment to you shortly, and to be completely ON TRACK this quarter.

Thanks for your patience, and please let me know if you have any other questions.

Warmly,

JP

--
**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704

Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

**EXHIBIT**

**M**

| | |
|---|---|
| **From:** | handelsmans@frontier.com |
| **To:** | Mayor, Ana |
| **Subject:** | Fw: Status Report - Handelsman |
| **Date:** | Monday, February 17, 2020 2:45:11 PM |

----- Forwarded Message -----
**From:** Michael Handelsman <mikiesenterprises@gmail.com>
**To:** Michael Handelsman <handelsmans@frontier.com>
**Sent:** Wednesday, May 3, 2017, 10:06:40 AM PDT
**Subject:** Fwd: Status Report - Handelsman


---------- Forwarded message ----------
From: **JP Maroney** <jp@harborcity.com>
Date: Tue, May 2, 2017 at 9:31 AM
Subject: Status Report - Handelsman
To: Michael Handelsman <mikiesenterprises@gmail.com>


(please reply to let me know you've received this email - thanks!)


Mike,

I'm writing to give you a status report.

In the past I've been accused by some of giving overly optimistic projections and expectations, and by others for my messages sounding too doom and gloomy. So, I realize it's tough, if not impossible to meet everyone's expectations.

However, in this brief report, I hope to at least give you a clear picture of where we are and where we're going. If you have any questions after reading the report, feel free to reply to this email and I'll answer the questions for you.

Let's start with some bullets:

- We're now on the eve of our 506c capital raise. We expect it to kick off this month with incoming capital before month's end. Based on early feedback, I expect this to be successful in effectively capitalizing Harbor City.

- This capitalization will allow us to reorganize high interest debt (one of our largest drains on cash), and invest more heavily in the most successful and profitable campaigns that have room for scale. We expect to have 10 profitable, growing vertical-centric "PODs" going by end of year with strong cash flow and solid ROI.

- Two additional and unexpected developments related to capital raising:

a) We are in discussion with a large investor about supplying us with an unconditional standby letter of credit for $10MM. This would allow us to borrow at very attractive rates even from more conventional lenders, and the lenders having full, hard asset securitization -- a win for everyone.

b) We have finally found a potential insurer who can provide us with a performance bond backing our debt, which would be an alternative giving investors/lenders a full assurance that their risk of loss was eliminated.

Both of these new developments could substantially enhance our capital raising capabilities. I look forward to seeing them come about and being able to share positive news in a future update.

- We are getting closer, but have not yet returned to cashflow positive which is why we've continued to struggle with our debt obligations, a fact not lost on you I'm sure. Nevertheless, I'm confident we are now within reach of coming through this.

- In spite of all the challenges, we've kept the lights on and the business moving forward. That means we've had to push back on debt obligations, cut our expenses to the bone, and be very creative with cash management. We're surviving, and we're going to come through this.

- Timeframes: While I've learned I can't always control how fast things progress, here are my current expectations:

--> Service our debt obligations with some level of payments in May
--> Fully catch up past payments in June
--> Cash out those who want to fully retire their note (including P&I) in July and August

Obviously things can change, but those are dates I feel we can keep at this point.

I can't thank you enough for hanging in there with us while we work through the challenges. I've received a good number of encouraging emails and text messages from lenders. And, I've received my fair share of those expressing deep frustration with how things have turned out.

While I'm sure I've disappointed you, I assure you I will NOT let you down. You will not lose a dime of your money. You can depend on me to keep pushing things forward.

If after reading this report you absolutely need to meet privately by phone, please schedule a time on my calendar that works for you. Keep in mind that while I enjoy the one on one calls, my time is extremely tight trying to balance commitments in the business.

You can schedule a time here: http://meetme.so/JPMaroney

I will keep you posted on our progress!

Warmly,

JP

--

**JP MARONEY**
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-702-625-3886 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.jpmaroney.com/facebook
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

EXHIBIT

N
_____

| | |
|---|---|
| **From:** | Michael Handelsman |
| **To:** | Mayor, Ana |
| **Subject:** | Fwd: Update - Jan 2018 (Handelsman) |
| **Date:** | Wednesday, February 19, 2020 12:47:21 PM |
| **Attachments:** | 2018-01-17_07-03-54.png |

---------- Forwarded message ---------
From: **Michael Handelsman** <mikiesenterprises@gmail.com>
Date: Wed, Jan 17, 2018 at 5:46 AM
Subject: Re: Update - Jan 2018 (Handelsman)
To: JP Maroney <jp@harborcity.com>


Hi JP, this is great news. I noticed the real-state buyers and listings,
do you run and create ads for listing houses?
My rental is still on the market, the issue is comparisons in the area.
Some have the same or close to the same sq-ft but on small lots 1/2 acre
or so. I did have a couple of offers but they where to low for 5 acres.

I also wanted to ask if you been able to rework my investment spread sheet
if so please send me a copy at your earliest convenience.

Thanks for the update.
Mike

On Wed, Jan 17, 2018 at 5:16 AM, JP Maroney <jp@harborcity.com> wrote:
  Hi Mike

  I've prepared the following update. I hope it helps shed some light on where we are now
  and where we're going with Harbor City.

  I also know that likely your most urgent question is MONEY and TIMING. So, I'm addressing
  that below.

  Before I do, let me say once again, THANKS for your patience.

  I know it hasn't been easy for you to give me the benefit of the doubt, and wait for things to
  turn around.

  And, I know You didn't ask to be placed in this situation... but fact is we're in this together.

  I want to once again reassure you that I'm here to see this thing through. I've put everything
  on the line... sold every asset, borrowed every dime, taken on clients for special fee-based
  projects.

  We survived! We've made it to this moment in time.

And, there are some very positive things to share as we look to 2018.

Here's what I expect now in terms of timelines:

- We expect to be cash flow positive in February. A welcome opportunity! From that, I will be dispersing some payments to our lenders like you.

- Our $10M 506c capital raise is fully underway now that the holidays are behind us. We have the PPM in investors hands who requested it, we're adding more each day, and expect to start getting subscription agreements and deposits in no later than February 15, 2017. I never imagined it would take this long, or this much effort to get the capital raise off the ground. Many, many lessons learned over the last few months. The positive thing is that it's now fully engaged.

- We have a MASSIVE pipeline of standing orders for leads from companies across a variety of strong verticals, meaning -- as we onboard the capital we'll be immediately deploying it into profitable campaigns to churn ROI. I'm sharing a screen shot of the pipeline below. As you can see, at scale it's over $160M in demand-side standing orders. We don't have, and don't expect to have enough capital to serve ALL of that demand, but we're anticipating a very good year, with sales expected to top $20M and EBITDA of $4M in 2018.

- By end of January I will have a definitive timeline mapped for rolling out investments, converting those who are staying part or in whole, etc. Our SPV that will facilitate this transition is already in place and ready to go. At that point I would like to meet with you and formalize the plan and agreement – likely the first week of February.

Once again, thanks for your continued patience as we've navigated some pretty turbulent waters.

Now, we have some very positive days ahead.

Regards,

JP

Inline image 1



--
## JP MARONEY
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-321-608-0605 ext 704
Corp: http://www.HarborCity.com

Connect With JP...
Book Appointment: http://www.MeetWithJP.com
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.facebook.com/jpmaroney
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

| | |
|---|---|
| **From:** | Michael Handelsman |
| **To:** | Mayor, Ana |
| **Subject:** | Fwd: This is THE END... |
| **Date:** | Wednesday, February 19, 2020 12:49:54 PM |

```
EXHIBIT
   O
_____
```

---------- Forwarded message ---------
From: **Michael Handelsman** <mikiesenterprises@gmail.com>
Date: Tue, Apr 30, 2019 at 9:57 AM
Subject: Fwd: This is THE END...
To: Michael Handelsman <handelsmans@frontier.com>


---------- Forwarded message ---------
From: **JP Maroney - Harbor City Capital** <jpmaroney@harborcity.com>
Date: Tue, Apr 30, 2019 at 9:04 AM
Subject: This is THE END...
To: Michael Handelsman <mikiesenterprises@gmail.com>


Hi Michael,


Of course I'm referring to the fact that it's THE END of the month of April. I
hope the month has been rewarding for you.


But, that's not all...


This week also marks THE END of your chance to invest in Harbor City's
HCCF-2 Bond that pays 18% annually paid out at 1.5% per month.


Yes, that's correct — this week we're closing out the investment.


And, with it closes your window of opportunity to earn a very healthy,
18%/year (1.5%/month) fixed-rate return on your investment with monthly

payouts.

I have to say...

I'm SUPER excited about the new investors who have joined the Harbor City family this round.

I'm equally delighted that three of our existing investors have also joined us AGAIN for this round.

Their vote of confidence is testament that we're doing something right!

And now...

Since you've been considering your investment in the bond, and conducting your own due diligence, now's the time for you to take action.

Here are 3 things you should DO next:

#1: GET ALL YOUR QUESTIONS ANSWERED.

If you've not already done so, WATCH THE VIDEOS, REVIEW THE DOCUMENTS, and READ the FAQs.

And, mark your calendar...

YOU'RE INVITED!!!

On Wednesday I'm hosting a live Q&A Webcast to answer any and all unanswered questions about the 18% Bond, Harbor City, and… well pretty much whatever questions you might have.

CLICK HERE to register.

LIVE Q&A WEBCAST

Wednesday, May 1, 2019

4pm EDT / 3pm CDT / 2pm MDT / 1pm PDT

CLICK HERE to register.

The second item on your checklist for this week is...

#2: DETERMINE YOUR INVESTMENT AMOUNT

You likely already have an amount in mind. Here's something to consider as you finalize your decision.

The minimum is $50K. I would also keep in mind what you're trying to achieve with the investment in terms of income.

Remember:

- $50,000 generates $750 in monthly investment income.

- $100,000 generates $1,500 per month.

- $250,000 generates $3,750 each month.

- $500,000 generates $7,500 per month, and...

- $1M generates $15,000 in passive, monthly income.

Also, just to clarify... you'll receive your first 1.5% monthly payout in June.

You'll receive 24 total monthly payments.

And, you'll receive your principal back at the end of two years.

Also, side note:

Make sure your funds are liquid and in an account where you can wire them this week. If you need to move funds around or liquidate trades, now would be the time to get that done.

And your final checklist item...

#3: COMPLETE THE SUBSCRIPTION PROCESS

This includes:

- Complete subscription agreement.
- Fund your investment.
- Complete your accredited investor verification.

OK, so...

I'm writing to you on a flight back home to Melbourne, FL from Seattle... home of Bigfoot! :)

I just attended a Lead Generation and Internet Advertising mastermind — part of our ongoing process to learn and execute best practices in our industry.

In a future video I'll share some of the cool new stuff I learned. As a business owner / investor you'll likely find it fascinating.

LAST THING: If you need any assistance getting questions answered, accessing documents, or moving forward with your investment, please reach out to Betsy in our offices by call 321-608-0605 ext 705 or emailing betsycook@harborcity.com.

Onward, Upward!

JP Maroney

CEO

Harbor City Capital

Sent to: mikiesenterprises@gmail.com

**Unsubscribe**

Harbor City Capital, 100 Rialto Place, Suite 700, Melbourne, FL 32901, United States