**EXHIBIT 12**

EXHIBIT

12

### DECLARATION OF STEVEN ESTLE

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

  1.  My name is Steven Estle.  I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

  2.  In July, 2018, I was speaking with Nick Fortune (Fortune DNA Group) who is based in Las Vegas, Nevada.  I was introduced to him by Matthew Pillmore, a mutual local Denver contact in the credit building industry.  We were discussing different investment options to enhance my overall cashflow when Nick mentioned Jonathan Paul (JP) Maroney.  Nick explained that Maroney and his company, Harbor City Capital Corp. ("Harbor City"), had a strategy that could enhance my cashflow significantly.  I had never heard of JP Maroney or Harbor City before then.  Nick provided an introduction to him.

  3.  In July 2018, JP Maroney and I started our initial discussions about investing in Harbor City.  Nick had given him my contact information.  I had multiple conversations with JP Maroney before investing, but never met him in person as I live in Colorado, JP in Florida.  In our initial communications, JP Maroney explained how Harbor City invested for their clients.  He said that his company Harbor City "receives and generates marketing leads via a large proprietary digital database of over 4 Billion rows and resells them at a significant profit" and that my investment would be used to fund the lead generation campaigns and my interest payments would come from the results and returns of these lead generation campaigns.  JP Maroney told me that Harbor City has consistently generated "very high returns" with endless and insatiable demand for leads using his company's repeatable business model and database.

  4.  On July 13, 2018, Maroney emailed me an "Investor Information Deck" for a Harbor City related company called Harbor City Digital Ventures, Inc. dated May 15, 2018.  He

said the document, 42 pages in a slide format, would give me "a really good immersion into what we do, who we serve, how we make money, etc." A true and correct copy of the email and "Investor Information Deck" is attached hereto as Composite Exhibit A.

5.     During our discussions, I also recall sharing with Maroney some negative reports I had found online and he assured me that the reports were "old news" and "did not relate to Harbor City." He also reminded me that Nick would not have introduced us if Harbor City was not a reputable company.

6.     JP Maroney, after addressing background issues and further discussions, proceeded to provide me with a promissory note agreement entitled "Harbor City Fixed-Rate Funding Agreement" ("Funding Agreement"). The parties to the Funding Agreement were another Harbor City related company called Harbor City Ventures, LLC ("Harbor City Ventures") and my company Simplicity Enterprises Acquisitions LLC, which Nick, through his company, Fortune DNA, Inc., facilitated in setting up.

7.     Based on what Maroney told me, I decided to invest $223,195 with Harbor City. On August 7, 2018, after reviewing with legal counsel and making adjustments to the agreement terms, I signed the Funding Agreement electronically and returned it to Maroney. A true and correct copy of the Funding Agreement that I signed in principal sum of $223,195 is attached hereto as Exhibit B. That same day, I wired my investment principal of $223,195 to a Harbor City bank account at JP Morgan Chase Bank.

8.     Under the terms of the Funding Agreement, Harbor City Ventures promised to pay me "interest of 2% ($4,470.00) per month for a total of thirty-six (36) months." The interest payments were to be made monthly beginning on September 15, 2018, with each subsequent payment coming on or around the 15th day of each month due. If Harbor City Ventures failed to

make any payment when due, all principal and other amounts owed would become due and payable. On October 11, 2018, I received my first $4,470 interest payment directly into my bank account, followed by my October payment five days later as scheduled.

9.     Around that same time, Maroney had contacted me about investing more money with Harbor City. He said that the terms of the new investment would remain the same. Like before, in return for my investment, Maroney promised to pay me "interest of 2% ($2,580.00) per month for a total of thirty-six (36) months." The interest payments were to be made monthly beginning November 1, 2018, with each subsequent payment coming due on or before the 1st day of the month due. If Harbor City Ventures failed to make any payment when due, all principal and other amounts owed would become due and payable.

10.    Maroney had been making the payments towards my initial investment so I felt comfortable investing more money with Harbor City. Therefore, on September 27, 2018, I decided to invest another $128,891 with Harbor City and signed a second promissory note titled "Harbor City Fixed-Rate Funding Agreement" ("second Funding Agreement") with Harbor City Ventures. A true and correct copy of the second Funding Agreement that I signed in the principal sum of $128,891 is attached hereto as Exhibit C. That same day, I wired my additional investment principal of $128,891 to Harbor City Ventures' bank account at JPMorgan Chase bank.

11.    By end of November 2018, I received based on my additional investment a combined $7040 ($4470 + $2570) interest payment, directly into my bank account via ACH, followed by subsequent interest payments for the next three months as they came due on each of my investments.

12.     In March 2019, however, I noticed that my interest payments had not been deposited into my account.  I informed Maroney that I had not received my interest payments for either of my investments.  Maroney responded that there was a "glitch with the ACH payments" but assured me it was being resolved.  By May 2019, both my March and April payments were also now due. Maroney continued to blame the non-payment on "a glitch at Chase," and then I received an email from him that Harbor City had changed banks.

13.     As Maroney had promised, on May 13, 2019, I received my missing interest payment for March 2019.  Later that month on May 30, 2019 I also received my April and May 2019 payments.  It was my belief that my monthly interest payments would continue on-time and uninterrupted now that Maroney had changed banks. However, from time to time, my payments would again be similarly missing or delayed and I would notify Maroney of Harbor City's failure to make my interest payments when due.

14.     Since November 2020, I have not received any further agreed to interest payments or returns on my initial investment of $225,500 in August 2018 with Harbor City Ventures.  Nor have I received any interest payments or returns on my second investment of $129,000.00 in September 2018.

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Steven Estle

Executed on this _13_ day of _April_, 2021.

4

7/8/2020 — Gmail - Harbor City - Investor Information Deck (read first)

 

**EXHIBIT A**

Steve Estle <sestle1@gmail.com>

## Harbor City - Investor Information Deck (read first)

**JP Maroney** <jp@harborcity.com>                                                        Fri, Jul 13, 2018 at 7:34 AM
To: sestle1@gmail.com

Good Morning Steve,

I really enjoyed our chat yesterday evening... delighted that Nick introduced us.

I'm attaching the investor info deck to this email as a PDF. It gives you a really good immersion into what we do, who we serve, how we make money, etc.

I'll send over a few other emails with important links and attachments.

AND... I'll send over the agreement for you to get started with the $200k @ 2%/mo -- that will come via HelloSign, which you can sign digitally from any computer or smart mobile device.

Looking forward to having follow up discussions as well about:

1) Our Preferred Offering for potential additional investment
2) Your company and how we might be able to help

Look forward to getting things rolling today.

Cheers,

JP

--
## JP MARONEY
Founder & CEO
Harbor City Capital

Email: jp@harborcity.com
Toll Free: 1-888-528-4540 ext 704
Intl: +1-321-608-0605 ext 704
Fax: 321-284-8107
Corp: http://www.HarborCity.com

Connect With JP...
Book Appointment: http://www.MeetWithJP.com
LinkedIN: http://www.linkedin.com/in/jpmaroney
Facebook: http://www.facebook.com/jpmaroney
Twitter: http://www.twitter.com/jpmaroney
YouTube: http://www.YouTube.com/jpmaroney

📄 **HC Arb Deck 051518.pdf**
8037K



Confidential Information Memorandum

Harbor City Digital Ventures, Inc.

SEC-EstleS-E-0000034

# DISCLAIMER

This presentation is for informational purposes only and does not constitute an offer to sell or a solicitation of any offer to buy securities. Any such offer or solicitation will be made only by means of a confidential Private Placement Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision.

This presentation contains forward-looking statements, and nothing contained in it is, or should be relied upon as, a promise, guaranty, or representation as to the portfolio allocations or future performance. Any statements, estimates, or projections with respect to such future performance are based on assumptions which may or may not prove to be correct.

**Harbor City Group**
100 Rialto Place, Suite 700
Melbourne, FL 32901
(321) 608-0605 US/Intl.
(888) 528-4540 US Toll Free
www.HarborCity.com

**JP Maroney**
Founder/CEO
jp@harborcity.com
(321) 608-0605 x 704

**Michael Swackhamer**
Chief Financial Officer
michael.s@harborcity.com
(321) 608-0605 x 707



SEC-EstleS-E-0000035

# EXECUTIVE SUMMARY

## Harbor City solves the #1 challenge companies face today: *How to acquire new customers!*

### Big Problem = Big Opportunity

It's no secret! New customers are the lifeblood of every business. Companies that fail to consistently attract new customers dry up and ultimately die.

In 2017 companies poured more than $200 Billion into internet advertising campaigns attempting to attract new customers and drive revenue. Yet, in a recent study, more than 7 out of 10 companies admit to struggling with new customer acquisition online.*

*While over 78% of organizations have engaged in online client acquisition programs throughout the last year, only about 17% of these companies are actually meeting their campaign goals.*

This widespread business challenge, combined with a highly fragmented internet advertising industry, has created a massive growth opportunity that Harbor City is strategically addressing.

*HubSpot State of Inbound

### How We *Uniquely* Solve The Problem

Harbor City has quietly amassed one of the world's largest, robust caches of internet user data including the *most responsive consumers*.

*By combining big data, artificial intelligence, and audience engineering, Harbor City provides companies with direct access to billions of dollars in consumer buying power.*

Harbor City's proprietary platform enjoys a competitive advantage by enabling more refined micro targeting based on behaviors, interests, and intent. Far superior to traditional targeting tactics, this strategy presents the right offer, to the right person, at the right time.

### Our Revenue Model

Companies contract in advance with Harbor City for an agreed upon quantity of new customer leads, on a cost-per-lead basis. This demand-driven model gives Harbor City the advantage of knowing in advance precisely which and how many new customer leads to produce, and at what costs, in order to generate an operating profit.

*The revenue model is simple: Companies pay X per lead, Harbor City spends Y generating it, and the profit is Z.*

(continued...)

**HARBORCITY** 

# EXECUTIVE SUMMARY CONTINUED

### Increasing Demand From The Clients We Serve

Harbor City is facing rapidly increasing demand for its services from growing companies seeking a predictable, reliable and scalable way to attract new customers and grow revenue.

Existing buyers across a variety of verticals including financial services, real estate, home improvement, B2B, education, and senior healthcare have already committed to buying a high volume of leads from Harbor City in 2018 creating a demand-driven pipeline exceeding $164M with new commitments coming in weekly.

### More Capital + More Campaigns = More ROI

Since 2004 Harbor City's leadership has aggressively applied its approach across a wide variety of vertical markets and refined this process into a repeatable, scalable "ROI-Producing Machine."

To satisfy pent up demand, Harbor City is raising $10 Million in early 2018. Fueled by a commitment to reinvest in the company and escalating client demand, Harbor City anticipates strong growth. The company expects revenue of $20M and EBITDA of $4M in 2018, and the 5-year proforma details revenue of $341M and EBITDA of $89M.

### Exit Strategy

Harbor City's leadership team is building the company with intentions to create a liquidity event for the investors either through acquisition or IPO within three to five years.



SEC-EstleS-E-0000037

# INVESTMENT HIGHLIGHTS

- ❖ +$164M existing demand-side customer pipeline of orders in 2018
- ❖ Large, growing and accessible +$200B market opportunity
- ❖ Inefficient and highly fragmented competitive landscape
- ❖ Technology-driven and formulaic approach proven over 13-years
- ❖ Repeatable and highly scalable business model
- ❖ Defensible competitive advantage with high barriers to entry
- ❖ Excellent gross margins and EBITDA increasing with scale
- ❖ Proforma Return Profile features double-digit annual dividend and potential ROI up to 30x post exit

HARB**O**RCITY 

SEC-EstleS-E-0000038

Harbor City solves the #1 challenge companies face today:

# How To Acquire New Customers!

SEC-EstleS-E-0000039



By combining big data, artificial intelligence, and machine learning, Harbor City's proprietary lead platform provides companies with direct access to billions of dollars in consumer buying power.

SEC-EstleS-E-0000040

# LARGE & GROWING MARKET OPPORTUNITY

*"HC is uniquely executing in the internet advertising market which is growing at a compound annual growth rate of 40%"*

## Internet Advertising

- Worldwide: +$200B
- US Market: +$80B
- US Lead Generation: +$2B



"A NICHE GOLDMINE"

HC currently executes its arbitrage strategy in the highly inefficient +$2B U.S. lead generation market

+$200B   +$80B   +$2B

HARBORCITY

SEC-EstleS-E-0000041

"A rising tide lifts all boats!"

– JFK

HARBORCITY

SEC-EstleS-E-0000042

# THE DIGITAL REVOLUTION: INTERNET USERS

*One of the greatest rising tides of our time is the Digital Revolution!*



Internet Users in the World

HARBRCITY

SEC-EstleS-E-0000043

# THE DIGITAL REVOLUTION: ONLINE BUYING

*One of the greatest rising tides of our time is the Digital Revolution!*



(US$ billions)

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| | $231 | $262 | $291 | $319 | $345 | $370 |
| Year-on-year growth | 14% | 13% | 11% | 10% | 8% | 7% |
| Share of total retail sales | 8% | 8% | 9% | 10% | 10% | 10% |

CAGR from 2012 to 2017 9%

Source: Forrester Research Online Retail Forecast, 2012 To 2017 (US)

93781

Source: Forrester Research, Inc.

HARBORCITY

SEC-EstleS-E-0000044

# THE DIGITAL REVOLUTION: DIGITAL ADVERTISING

*One of the greatest rising tides of our time is the Digital Revolution!*



**Digital Ad Spend Growth in the US**
*Revenue, in Billions*



Quarterly Revenue Growth Trends 1996 – 2016 ($billions)

**HARBORCITY** 

SEC-EstleS-E-0000045

# NEW CUSTOMER LEADS = $2B NICHE GOLDMINE

Within the behemoth +$80B U.S. digital advertising market, HC has uncovered and is actively exploiting a highly profitable niche market in the U.S. lead generation space that exceeds $2B.



**5 Reasons Why Harbor City Is Winning In This Profitable Niche**

1. Competing On A Road Less Traveled
2. Fragmented & Highly Inefficient
3. A Disciplined Approach
4. High Demand, High Margins
5. Leads Sell For A Large Premium

**Performance-Based Internet Lead Generation:** Unlike other forms of traditional advertising where fees are paid up front and do not depend upon the success of the ads, with performance-based lead generation the advertiser pays only when a specific action is completed; such as an inquiry form completion, a webinar registration, an app download, a quote request, a white paper is downloaded, etc. This shift in marketing has successfully reversed the traditional value proposition of advertising and also allows for real-time measurement of ROI.

HARBORCITY 

SEC-EstleS-E-0000046



The Arbitrage Revenue Model is Simple

Companies pay X per lead,
Harbor City spends Y
generating it,
and the profit is Z.

SEC-EstleS-E-0000047

# KEY DRIVERS OF DEMAND FOR NEW CUSTOMER LEADS

**HC provides businesses with exactly what they want... a source of new customers that is:**

- ❖ **Measurable:** Accurate insight into what's working, what's not, and what's profitable.
- ❖ **Predictable:** Avoid the peaks and valleys of traditional "spray and pray" marketing efforts.
- ❖ **Scalable:** Plan and execute business objectives.

**When deciding what a new customer lead is worth, companies must consider:**

- ❖ **Customer Lifetime Value (LTV):** How much money an average customer is worth over their lifetime.
- ❖ **Customer Acquisition Cost (CAC):** Calculated by dividing all costs spent acquiring customers (marketing expenses) by the number of customers acquired in the period the money was spent.
- ❖ **Lead Conversion Rate (LCR):** How many prospective customers (aka leads) need to be acquired to convert a new customer.
- ❖ **Cost Per Lead (CPL):** How much it costs for the company to acquire a lead through advertising or buying leads.



## "Buying quality new customer leads is like trading dimes for dollars!"

Companies invest in new customer leads because the numbers make business and financial sense.

**Example:** Let's say a company knows that each customer is worth $3,000 (LTV), and that it needs 10 prospective leads to get one customer (10% lead conversion rate). If the company could buy leads for $50 they would only be investing $500 (CAC) to acquire a customer worth $3,000. An easy decision!

**HARBORCITY** 

SEC-EstleS-E-0000048

# OUR COMPETITIVE ADVANTAGES

## How We're Creating High Barriers To Entry

- Most traditional lead generation companies or agencies focus on a specific industry or vertical. HC is industry agnostic, so we can strategically exploit the most profitable verticals, offers and campaigns, then pivot as the landscape changes.

- Unlike platforms such as Facebook, Google, Bing, etc., HC is advertising channel agnostic so we can go wherever the audiences are at any given point. As advertising platforms come and go, we can redeploy our capital and efforts rather than being "locked" into a dying channel.

- While most lead generation companies see leads as a transactional commodity, HC views lead records as "DATA ASSETS" that are durable and appreciable. HC repurposes and remonetizes lead data with additional offers to increase the gross profits derived from any lead. And, while the lead acquisition costs remains fixed, HC drives profits higher, delivering more margin to invest in advertising and allowing the team to outbid competitors.

- HC is far more than "a lead generation company" – it's a big data acquisition, mining, and monetization PLATFORM that leverages a massive marketing data cache, proprietary artificial intelligence and machine learning processes, and highly skilled human capital in order to create valued new customer leads more effectively and profitably than any other solution. The HC team continuously seeks out and develops unique ways to increase performance, improve results, and deliver the ultimate product for buyers.



SEC-EstleS-E-0000049

# WHY NEW CUSTOMER LEADS SELL FOR LARGE PREMIUMS



◆ More than 78% of organizations have engaged in online lead generation programs throughout the last year but only about 17% of these companies are actually meeting their lead generation goals

◆ 63% of marketers say generating traffic and leads is their top challenge

◆ 80% of marketers report their lead generation efforts are only slightly or somewhat effective

◆ Lack of resources such as staff, funding, and time remains the biggest obstacle to successful lead generation for 61% of B2B marketers

◆ Despite rapidly growing investment in social advertising, 46 percent of B2B marketers say they're unsure whether their channels have generated any revenue for their business

◆ 70% of marketers say converting leads is their top priority

*"76% of Chief Marketing Officers consider lead generation their biggest challenge."*
*Marketing Sherpa*

HARBORCITY

SEC-EstleS-E-0000050



SEC-EstleS-E-0000051

"RULE NO. 1:

NEVER LOSE MONEY.


RULE NO. 2:

NEVER FORGET RULE NO. 1."

— WARREN BUFFETT



SEC-EstleS-E-0000052

How We Execute

# CAPITAL PRESERVATION = TEST, SCALE, MANAGE!

### ■ Stage One: Test

HC takes a value-based approach to testing new campaigns. By implementing a 'test-first' strategy HC protects the downside by setting loss limits on new campaigns. These limits approximate $500 per day and extend over a maximum 10-day period per campaign. Through proprietary technology and a systematic executional approach, HC implements, observes and analyzes each new campaign to tightly controlled precision limits over this 10-day period. The dynamic measured to determine the quality of a new campaign is the cost it takes to acquire a lead ("CPA") relative to the earnings generated from that lead on the supply side ("EPL").

### ■ Stage Two: Scale

Once the dynamic is working in HC's favor (EPL > CPA) relative to certain pre-established hurdle rates, HC begins scaling up the dollars invested by 10-20%/day until reaching the target daily output of leads. Upon reaching this target daily output, HC monitors closely, utilizing tight guardrails to measure a campaign's performance against established benchmarks and KPI's.

### ■ Stage Three: Manage

Each campaign follows a natural life-cycle where an element of fatigue eventually sets-in whereby the EPL relative to CPA dynamic begins to reduce. HC utilizes automation tools and basic levels of pattern recognition to observe these realities. Before a campaign ever approaches a negative ROI, the campaign is ended and dollars are reallocated into newer, higher-ROI generating campaigns that are in scale-mode.



**HARBORCITY** 

SEC-EstleS-E-0000053



SEC-EstleS-E-0000054



SEC-EstleS-E-0000055

A Repeatable, Highly Scalable Business Model

# MORE CAPITAL + MORE CAMPAIGNS = MORE ROI



- HC's 2016 strategic plan includes diversified campaigns across a variety of profitable online lead generation verticals (e.g., Real Estate, Financial Services, Home Services, etc).

- Each portfolio vertical contains multiple offers (e.g., Company 1, Company 2, Company 3).

- Each offer is split between a variety of campaigns, typically over different platforms (Facebook, Google, or Email broadcast.

HARBORCITY

SEC-EstleS-E-0000056

# 3 WAYS HARBOR CITY MAINTAINS A ROBUST, DEMAND-DRIVEN DEAL FLOW PIPELINE

1. HC maintains a portfolio of standing purchase orders from ready, lead buyers across a wide variety of industry verticals, creating insatiable demand and insuring virtually unlimited scalability

2. HC maintains a high profile within the performance marketing industry by speaking at key events, delivering regular educational webinars, participating in media and podcast interviews, networking heavily within the industry, and exhibiting at specialized events

3. HC recruits team members with deep networks within the performance marketing, digital advertising, and lead generation industries — and within our portfolio verticals

**Endless Demand From:**
1. Direct Advertisers
2. CPA Networks
3. Agencies
4. Lead Aggregators
5. Publishers

HARB⬤RCITY 

SEC-EstleS-E-0000057

# USE OF PROCEEDS: FUNDING A DEMAND-DRIVEN PIPELINE

Harbor City's current pipeline is extensive and rich with opportunity. The following represents the current pent-up, in-bound demand from various operating companies seeking HC's services and expertise. Proceeds from this capital raise will be used to fund the ramp-up in lead production needed to service the current client pipeline, and could begin creating predictable ROI as soon as 3-months from deployment.

| Vertical | Niche | Audience | Payout Per Lead | Target CPA | Projected Initial Ramp Period | | | Projected Steady State | | | Projected Annual Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Daily Productivity | Monthly Volume | Monthly Sales | Daily Productivity | Monthly Volume | Monthly Sales | |
| Financial Services | MCA/Business Funding | SMB | $50 | $27 | 25 | 500 | $25,000 | 300 | 6,000 | $300,000 | $3,600,000 |
| | High Score Personal Loans | SMB RE Invstrs, Drs | $100 | $55 | 25 | 500 | $50,000 | 200 | 4,000 | $400,000 | $4,800,000 |
| | Investor Leads | Accredited Investors | $75 | $41 | 20 | 500 | $45,000 | 200 | 8,000 | $450,000 | $5,400,000 |
| | Reverse Mortgage | Senior Homeowners | $80 | $48 | 20 | 400 | $32,000 | 200 | 4,000 | $320,000 | $3,840,000 |
| | Mortgage Refinance (Broker) | Homeowners | $25 | $15 | 200 | 4,800 | $120,000 | 2,000 | 48,000 | $1,200,000 | $14,400,000 |
| | Mortgage Refinance (Direct) | Homeowners | $60 | $20 | 50 | 1,200 | $72,000 | 1,000 | 24,000 | $1,440,000 | $17,280,000 |
| | Life Insurance | General | $35 | $21 | 25 | 500 | $17,500 | 500 | 10,000 | $350,000 | $4,200,000 |
| | Credit Repair | General | $25 | $15 | 25 | 500 | $12,500 | 250 | 6,000 | $125,000 | $1,500,000 |
| Real Estate | Residential Real Estate | Buyers | $10 | $7 | 100 | 3,000 | $30,000 | 1,000 | 30,000 | $300,000 | $3,600,000 |
| | Residential Real Estate | Listings | $100 | $55 | 50 | 1,500 | $150,000 | 500 | 15,000 | $1,500,000 | $18,000,000 |
| Senior Healthcare | Cancer Screening | Seniors | $100 | $58 | 10 | 240 | $24,000 | 50 | 1,200 | $120,000 | $1,440,000 |
| | DME Back Brace | Seniors (Medicare) | $300 | $162 | 20 | 400 | $120,000 | 200 | 4,000 | $1,200,000 | $14,400,000 |
| Legal Services | Personal Injury Leads | Accident Victims | $250 | $200 | 20 | 400 | $100,000 | 1,000 | 20,000 | $5,000,000 | $60,000,000 |
| Business Services | Franchise | Opportunity Seeker | $300 | $166 | 10 | 200 | $60,000 | 25 | 500 | $150,000 | $1,800,000 |
| | Forex/Trading Edu | Individual Investors | $3 | $2 | 200 | 6,000 | $18,000 | 1,000 | 30,000 | $90,000 | $1,080,000 |
| | Structures | SMB RE Investors | $50 | $31 | 20 | 400 | $20,000 | 200 | 4,000 | $200,000 | $2,400,000 |
| Home Services | Remodel (Appointment) | Homeowners | $100 | $50 | 25 | 500 | $50,000 | 200 | 4,000 | $400,000 | $4,800,000 |
| | Remodel (Form Lead) | Homeowners | $12 | $7 | 25 | 600 | $7,200 | 500 | 12,000 | $144,000 | $1,728,000 |

## Use Of Proceeds

| | |
|---|---|
| Financial Services | 15% |
| Real Estate | 15% |
| Senior Healthcare | 20% |
| Legal Services | 15% |
| Business Services | 10% |
| Home Services | 25% |
| | 100% |

## Strong & Predictable Profit Margins

| | |
|---|---|
| Average Payout Per Lead | $93 |
| Average Cost Per Lead Acquisition | $54 |
| Profit Margin | 41.7% |

## Margins By Industry

| | |
|---|---|
| Financial Services | 45.6% |
| Real Estate | 40.0% |
| Senior Healthcare | 44.0% |
| Legal Services | 20.0% |
| Business Services | 43.0% |
| Home Services | 46.0% |

 

HARBORCITY

SEC-EstleS-E-0000058

# STRONG HISTORICAL PERFORMANCE

HC's team members have executed and refined the strategy over the last 10 years within a variety of lead generation campaigns run through a collection of joint ventures, client projects, and collaborations, resulting in above average returns. The numbers below reflect recast financials from the last four years of collective execution. Now, the model is proven and all efforts have been consolidated "under one roof" with Harbor City Digital Ventures, Inc. as an operating company that will continue to sophisticate and scale the business model.

| | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| **Revenues** | | | | |
| **Total Revenues** | $633,411 | $2,552,200 | $3,391,225 | $4,932,350 |
| **Cost of Goods** | | | | |
| **Total Cost** | $356,708 | $1,634,984 | $2,055,201 | $2,973,227 |
| **Gross Profit** | | | | |
| Gross Profit | $276,703 | $917,216 | $1,336,024 | $1,959,123 |
| Gross Margin % | 43.68% | 35.94% | 39.40% | 39.72% |
| **Operating Expenses** | | | | |
| **Total Operating Expenses** | $82,090 | $266,246 | $365,337 | $685,597 |
| **Operating Income** | $194,613 | $650,971 | $970,688 | $1,273,526 |

HARBORCITY 

# 2018-22 PRO FORMA

| | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Lead Generation | $19,250,000 | $52,500,000 | $84,000,000 | $168,000,000 | $336,000,000 |
| Services | $1,000,000 | $1,500,000 | $2,500,000 | $3,500,000 | $5,000,000 |
| **Total Revenues** | **$20,250,000** | **$54,000,000** | **$86,500,000** | **$171,500,000** | **$341,000,000** |
| | | | | | |
| **Cost of Goods** | | | | | |
| Research & Development | $481,250 | $1,312,500 | $2,100,000 | $4,200,000 | $8,400,000 |
| Media | $9,143,750 | $23,625,000 | $35,700,000 | $68,880,000 | $134,400,000 |
| Direct Labor | $914,375 | $2,362,500 | $3,570,000 | $6,888,000 | $13,440,000 |
| Sales & Marketing | $1,925,000 | $5,250,000 | $8,400,000 | $16,800,000 | $33,600,000 |
| **Total Cost** | **$12,464,375** | **$32,550,000** | **$49,770,000** | **$96,768,000** | **$189,840,000** |
| | | | | | |
| **Gross Profit** | | | | | |
| Gross Profit | $7,785,625 | $21,450,000 | $36,730,000 | $74,732,000 | $151,160,000 |
| Gross Margin % | 38.45% | 39.72% | 42.46% | 43.58% | 44.33% |
| | | | | | |
| **Operating Expenses** | | | | | |
| General & Administrative | $3,037,500 | $8,100,000 | $12,975,000 | $25,725,000 | $51,150,000 |
| Outside Services | $607,500 | $1,620,000 | $2,595,000 | $5,145,000 | $10,230,000 |
| **Total Operating Expenses** | **$3,645,000** | **$9,720,000** | **$15,570,000** | **$30,870,000** | **$61,380,000** |
| | | | | | |
| **EBITDA** | | | | | |
| EBITDA | $4,140,625 | $11,730,000 | $21,160,000 | $43,862,000 | $89,780,000 |
| | 20.45% | 21.72% | 24.46% | 25.58% | 26.33% |

Harbor City's strategic plan includes raising and deploying +$100 million over the next 3-5 years to build and scale campaigns in the most profitable verticals. Proforma numbers represented on this page are theoretical, and based on both organic and inorganic increases in investible capital.



SEC-EstleS-E-0000060

# PROVEN LEADERSHIP TEAM



### JP Maroney
**Founder/CEO**

JP Maroney is an internet entrepreneur, investor, and media executive with more than 20 years experience in the building, buying, and selling companies in publishing, media, advertising, and even e-commerce, training, new media, and consulting. Along the way, he has been buying, building, and building dozens of branding, fueled work. On the call, he talks in bona fide investment firm operation in today's startup within the global internet marketing sector. In the inception of 2010, the firm has generated double digit returns stream for investors. As a recognized business, thought leader and building, thought leader, JP Maroney also on to speak at seminars and conferences across the world. Current and past clients include Wells Fargo, Centurylink, Precision Auto Tune, The Men's Wearhouse Entertainment, Microsoft, National Operation Foundation, American Bankers Association of Food, New Association of Planned Texas Credit Union legal and numerous other businesses, entrepreneurs, and start-ups worldwide.



### John McLean
**SVP Operations**

For over 15 years John McLean has served in a consultant or contract officer leading domestic and international operations. He has managed numerous multifaceted projects for firms and has been involved in or held positions in the few started as a consultant, an owner, or consultant for an entire Fortune 500 companies along with a market work with SANS, Compliant consulting managed staff and Fortune agencies. Many of these projects involved process improvement or innovations tailored to problems. He holds a BS in Chemical Engineering from Purdue University and is currently pursuing his Master A&M University, including post graduate work in our share that engineering. John is a registered Professional Engineer and has a member holds. Additionally he holds certifications in American Petroleum Institutes QCI Specification in quality assessment.



### Michael Swackhamer
**Chief Financial Officer**

Michael Swackhamer has over 25 years of Finance, Administration management, investment, banking and executive level company operating experience. Over his career, he has been involved in closing investment across a wide range of industry verticals and at varying stages. John has served as a manager in acquisition and financing of multiple, multi-industry ventures, and has had in negotiations, due diligence activities across various alternative asset classes, as a financial services executive. Michael has held positions with industry firms, including Merrill Lynch, The Nasdaq, the Group, and Ernst & Young. JP Maroney earned an MBA from Cornell University and a B.S. in Accounting from Stanford University where he graduated summa cum laude and a Certified Public Accountant.


HARBORCITY

SEC-EstleS-E-0000061



# APPENDIX

Harbor City Digital Ventures, Inc.

HARBORCITY

SEC-EstleS-E-0000062

How We Execute

# OUR TECHNOLOGY-DRIVEN & FORMULAIC APPROACH



### Situational Analysis

Determine campaign KPI's. Define target CPA /$/lead/day-week-month). Map end-to-end click to conversion process

### Audience Research

Research target market for campaign offer. Conduct in depth analysis of target avatar using latest analytics tools. Leverage existing data for audience modeling

### Creative Development

Find and analyze relevant campaigns already performing in the market. Model, develop, and improve advertising collateral

### Campaign Planning

Conduct channel analysis for suitability in regards to marketing channels: site traffic, geographic, age, gender, language, interests, behaviors, connections, and dozens of additional filtering options

### Controlled Testing

Leverage analytics and optimization to achieve positive ROI, then incrementally increase media spending until target KPI's are achieved

### Measure & Manage

Monitor metrics for campaign creative fatigue. Utilize automation functions and proprietary algorithms to maintain performance

*"We execute against tight guard rails, limiting our loss exposure by protecting our downside and scaling up aggressively into what is working."*

**HARBORCITY** 

SEC-EstleS-E-0000063

## How We Execute

# CONVERTING RAW INTERNET USERS INTO VALUABLE LEADS

HC filters and refines raw Internet traffic and data to generate highly valuable new customer leads that are supplied to companies in profitable verticals.

**Audience Definition**

Your audience selection is broad. This requires a large budget.

Potential Reach: 180,000,000 people

**Your ad targets people:**
- Who live in United States

**Audience Definition**

Your audience has been defined.

Potential Reach: 30,000,000 people

**Your ad targets people:**
- Who live in United States
- age exactly 30 and older
- Who are female
- Who like Fitness and wellness

180 million US users on Facebook

Refined audience selection of 30 million

3 million impressions (people saw the ad)

150,000 clicks (visitors to the landing page)

1.5% conversion rate

2,500 (leads generated)

 

SEC-EstleS-E-0000064

# CASE STUDY: PERSONAL INJURY PAY-PER-CALL LEADS

| | |
|---|---|
| Total Capital Investment | $279,530 |
| Calls Generated | 5,844 |
| Average Cost Per Call | $47.83 |
| Conversion Rate | 22% |
| Conversions | 1,286 |
| Cost Per Conversion | $217.42 |
| Revenue Per Conversion | $300 |
| Campaign Revenue | $385,704 |
| Campaign Expenses | $41,930 |
| Campaign Profit | $64,245 |
| Campaign Qtrly ROI | 23% |
| Annualized Return On Investment | 92% |



"Attorneys gladly pay $300/call knowing 30%-40% turn into cases worth +$15,000 legal fees."

HARBORCITY

# CASE STUDY: MORTGAGE REFINANCE LEADS

| | |
|---|---|
| Total Capital Investment | $18,521 |
| Clicks Generated | 40,633 |
| Average Cost Per Click | $.46 |
| Conversion Rate | 1.6% |
| Conversions | 650 |
| Cost Per Conversion | $28.49 |
| Revenue Per Conversion | $37 |
| Campaign Revenue | $24,055 |
| Campaign Expenses | $2,778 |
| Campaign Profit | $2,755 |
| Campaign Qtrly ROI | 15% |
| Annualized Return On Investment | 60% |





"*Lead aggregator pays $37 per lead, then resells to mortgage brokers who earn +$3,000 per origination.*"

**HARBORCITY** 

SEC-EstleS-E-0000066

# CASE STUDY: STUDENT LOAN FORGIVENESS

| | |
|---|---|
| Total Capital Investment | $49,910 |
| Clicks Generated | 145,743 |
| Average Cost Per Click | $.34 |
| Conversion Rate | 5% |
| Conversions | 8,690 |
| Cost Per Conversion | $5.61 |
| Revenue Per Conversion | $11 |
| Campaign Revenue | $97,794 |
| Campaign Expenses | $8,984 |
| Campaign Profit | $38,900 |
| **Campaign Qtrly ROI** | **78%** |
| **Annualized Return On Investment** | **312%** |



*"44 million borrowers owe over $1.45 trillion in student loan debt – a huge, rabid market opportunity."*

HARBORCITY

SEC-EstleS-E-0000067

EVER SEEN AN AD LIKE THIS?





SEC-EstleS-E-0000070





### Set Goals

All the Lorem Ipsum generators on the Internet tend to repeat predefined chunks as necessary



### Create Workout

All the Lorem Ipsum generators on the Internet tend to repeat predefined chunks as necessary



### Get Fit

All the Lorem Ipsum generators on the Internet tend to repeat predefined chunks as necessary

SEC-EstleS-E-0000071



# PAYDAYLOANS



### Get a Fast Cash Advance Loan
Apply now to see how easy and fast it is to your cash advance



**Get Cash Quick to help with household emergencies**

Sometimes we need a bit of help with making ends meet when those unexpected bills arrive in the letterbox and a pay day loan or cash advance for just a week or two is enough to cover the expenses. Our company offer payday loans and cash advances to help people like yourself bridge the gap between running out of money and the time time to payday.



**Fast Tracked Application Process**

Loan Amount

First name:

Last name:

Email address:

Zip code:

APPLY



Legal Disclaimer: This website does not constitute an offer or solicitation to lend. This website and/or operators are not a lender and does not make loans or credit decisions. This website does not broker loans, make loans or credit decisions.



Access All 3 Credit Bureaus
TransUnion
Equifax
Experian
freeSCOREfinder
Your Instant Free Credit Score Source
E-mail
ZIP Code
CHECK MY SCORE
Norton
Checking your own credit will not affect your Credit Score
724
POOR
FAIR
GOOD
EXCELLENT
Why Check Your Credit?
Good credit is a valuable asset that helps you access more affordable options for purchasing and financing the things we need in life. Getting your free credit score can be a great first step towards reaching your goals and making sure you and your family are getting the best you deserve.

**TAKE LIFE TO THE NEXT LEVEL**
DOWNLOAD YOUR FREE
GIFT EDITION OF TONY ROBBINS'
*RE-AWAKEN THE GIANT WITHIN*





**NEW VIDEO**
Tony shares his secret to living.

SEC-EstleS-E-0000075

**EXHIBIT**

**B**

### HARBOR CITY
### FIXED-RATE FUNDING AGREEMENT

$223,500.00

Issuance August 6, 2018
Las Vegas, Nevada

On or before August 9, 2021 (or "Maturity Date"), for value received, the undersigned Harbor City Ventures, LLC (the "**Borrower**") promises to pay to the order of Simplicity Enterprises Acquisitions LLC (the "**Holder**"), in the manner and at the place provided below, the principal sum of $223,500.00.

**1.  PAYMENT.**

All payments of principal and interest under this note will be made in lawful money of the United States of America, in same day funds, without offset, deduction, or counterclaim, at Wire Transfer (or address), or at such other place as the Holder may designate in writing from time to time.

**2.  INTEREST PAYMENTS.**

Interest of 2% ($4,470.00) per month for a total of thirty-six (36) months, or until principal sum is paid (if paid early). First interest payment to be received on or around September 15, 2018 with each subsequent payment made on or around the 15th day of each month due. Acceptance by the Holder of any payment differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the requirements of this note.

**3.  SECURITY.**

This note is secured by all intellectual property, list assets, digital data records, websites, domain names, marketing systems, images, or other digital assets property of Harbor City Ventures LLC. This security interest is senior to and receives priority over all other non-senior creditors, liabilities, or interests. The Holder is not required to rely on the above security instrument and the assets secured therein for the payment of this Note in the case of default, but may proceed directly against the Borrower.

**4.  PREPAYMENT.**

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

Harbor City Funding Agreement    |    Initial: ____ ____ ____                                    1

## 5. EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note: (i) the Borrower's failure to make any payment under the terms of this note, including the final payment due under this note when fully amortized; (ii) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower; (iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 6. ACCELERATION; REMEDIES ON DEFAULT.

If any sum of money herein referred to is not promptly paid within thirty days next after the same becomes due, or if each and every one of the agreements, stipulations, conditions and covenants of said note, or either, are not fully performed, complied with and abided by, then the entire sum mentioned in said note, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the Holder, become and shall be due and payable, anything in said note or herein to the contrary notwithstanding. Failure by the Holder to exercise any of the rights or options herein provided shall not constitute a waiver of any rights or options under said note accrued or thereafter accruing. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity.

## 7. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above, does not relieve the undersigned of the obligation to honor the requirements of this note.

## 8. AGREEMENT BINDING.

This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns, (if permitted), of the Borrower and Holder.

## 9. ARBITRATION.

If at any time during the term of this Agreement any dispute, difference, or disagreement shall arise upon or in respect of the Agreement, and the meaning and construction hereof, every such dispute, difference, and disagreement shall be referred to a single arbiter agreed upon by both the Borrower and Holder, or if no single arbiter can be agreed upon, an arbiter or arbiters shall be selected in accordance with the rules

Doc ID: 2cce88089fc32a2bad8448adf9900d15c682bc9d

of the American Arbitration Association and such dispute, difference, or disagreement shall be settled by BINDING arbitration in accordance with the then prevailing commercial rules of the American Arbitration Association, and judgment upon the award rendered by the arbiter may be entered in any court having jurisdiction thereof. Said binding arbitration shall be conducted in the County of Clark, State of Nevada.

## 10. GOVERNING LAW AND PROPER JURISDICTION.

(a) **Choice of Law.** The laws of the state of Nevada govern this note (without giving effect to its conflicts of law principles).

**Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Clark County, Nevada.

This Agreement, or any breach thereof, and all claims relating to or arising out of this Agreement, whether in contract, tort, or otherwise, shall be governed by the laws of the State of Nevada, not withstanding any conflict of interest laws that may otherwise apply. The Borrower and Holder further agree that any proceeding to interpret or enforce this Agreement whether judicial or non-judicial, shall be conducted in Clark County, Nevada, and any arbitration proceeding concerning this Agreement, shall be commenced in Clark County, Nevada.

## 11. ATTORNEYS' FEES AND COSTS.

In the event an arbitration action is commenced by either the Borrower or Holder under this Agreement to enforce any of its terms, it is agreed that the prevailing party shall be entitled to reasonable attorney's fees and costs to be fixed by the arbiter.

## 12. SEPARATE COUNSEL.

The Holder acknowledges that he has been advised to consult his own attorney and obtain legal advise with respect to the terms contained in this note before executing it.

## 13. ASSIGNMENT AND DELEGATION.

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

## 14. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or

Harbor City Funding Agreement    |    Initial: _____ _____ _____                                      3

unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 15. ENTIRE AGREEMENT / AMENDMENTS.

This Agreement contains the entire understanding between the Borrower and Holder and supersedes all prior understandings and agreements made between them respecting the subject matter of this Agreement. This Agreement may be changed only by a written amendment, specifically identified as a contract amendment, signed by authorized representatives of both the Borrower and Holder.

## 16. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section 12 to a party at the following addresses:

If to the Borrower:
JP Maroney, CEO
Harbor City Ventures, LLC
100 Rialto Place, Suite 700
Melbourne, FL 32901
Intl: 1-321-392-5536 x704
Toll Free: 1-888-239-5202 x704
jp@harborcity.com

If to the Holder:
Steve Estle
Simplicity Enterprises Acquisitions LLC
878 Lilac Place
Lafayette, CO 80026
sestle1@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

Harbor City Funding Agreement    |    Initial: _____ _____              4

**17. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

**18. HEADINGS.**

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

**19. SPECIAL PROVISIONS**

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of this agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another same length of term, at same rate, with principal amount consisting of previous term principal and interest due (if any) combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount and/or interest due (if any) within thirty-days following maturity date.

[SIGNATURE PAGE FOLLOWS]

Doc ID: 2cce88089fc32a2bad8448adf9900d15c682bc9d

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES LLC

Date: ___08 / 06 / 2018___

By: _____
Name: JP Maroney
Title: CEO

FOR HOLDER

Date: ___08/06/2018___

By: _____

Print Name: Steven C. Estle

Doc ID: 2cce88089fc32a2bad8448adf9900d15c682bc9d

# ▽ HELLOSIGN

# Audit Trail

| | |
|---|---|
| **TITLE** | [Estle - Simplicity / Harbor City] Agreement |
| **FILE NAME** | Harbor City - Agr...y Steve Estle.pdf |
| **DOCUMENT ID** | 2cce88089fc32a2bad8448adf9900d15c682bc9d |
| **STATUS** | ○ Completed |

## Document History

**SIGNED**
08/06/2018
14:07:21 UTC
Signed by JP Maroney (jp@harborcity.com)
IP: 72.239.128.177

**SENT**
08/06/2018
14:07:31 UTC
Sent for signature to Steve Estle (sestle1@gmail.com) from
jp@harborcity.com
IP: 72.239.128.177

**VIEWED**
08/07/2018
02:39:58 UTC
Viewed by Steve Estle (sestle1@gmail.com)
IP: 67.190.58.248

**SIGNED**
08/07/2018
02:50:15 UTC
Signed by Steve Estle (sestle1@gmail.com)
IP: 67.190.58.248

**COMPLETED**
08/07/2018
02:50:15 UTC
The document has been completed.

EXHIBIT

C

## HARBOR CITY
### FIXED-RATE FUNDING AGREEMENT

$129,000.00

Issuance September 25, 2018
Las Vegas, Nevada

On or before September 27, 2021 (or "Maturity Date"), for value received, the undersigned Harbor City Ventures, LLC (the "**Borrower**") promises to pay to the order of Simplicity Enterprises Acquisitions LLC (the "**Holder**"), in the manner and at the place provided below, the principal sum of $129,000.00.

**1. PAYMENT.**

All payments of principal and interest under this note will be made in lawful money of the United States of America, in same day funds, without offset, deduction, or counterclaim, at Wire Transfer (or address), or at such other place as the Holder may designate in writing from time to time.

**2. INTEREST PAYMENTS.**

Interest of 2% ($2,580.00) per month for a total of thirty-six (36) months, or until principal sum is paid (if paid early). First interest payment to be received on or around November 1, 2018 with each subsequent payment made on or around the 1st day of each month due. Acceptance by the Holder of any payment differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the requirements of this note.

**3. SECURITY.**

This note is secured by all intellectual property, list assets, digital data records, websites, domain names, marketing systems, images, or other digital assets property of Harbor City Ventures LLC. This security interest is senior to and receives priority over all other non-senior creditors, liabilities, or interests. The Holder is not required to rely on the above security instrument and the assets secured therein for the payment of this Note in the case of default, but may proceed directly against the Borrower.

**4. PREPAYMENT.**

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

Harbor City Funding Agreement   |   Initial: _____ _____   1

## 5.  EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note: (i) the Borrower's failure to make any payment under the terms of this note, including the final payment due under this note when fully amortized; (ii) the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower; (iii) an assignment made by the Borrower for the benefit of creditors; or (iv) the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 6.   ACCELERATION; REMEDIES ON DEFAULT.

If any sum of money herein referred to is not promptly paid within thirty days next after the same becomes due, or if each and every one of the agreements, stipulations, conditions and covenants of said note, or either, are not fully performed, complied with and abided by, then the entire sum mentioned in said note, or the entire balance unpaid thereon, shall forthwith or thereafter, at the option of the Holder, become and shall be due and payable, anything in said note or herein to the contrary notwithstanding. Failure by the Holder to exercise any of the rights or options herein provided shall not constitute a waiver of any rights or options under said note accrued or thereafter accruing. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity.

## 7.   WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed above, does not relieve the undersigned of the obligation to honor the requirements of this note.

## 8.   AGREEMENT BINDING.

This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns, (if permitted), of the Borrower and Holder.

## 9.   ARBITRATION.

If at any time during the term of this Agreement any dispute, difference, or disagreement shall arise upon or in respect of the Agreement, and the meaning and construction hereof, every such dispute, difference, and disagreement shall be referred to a single arbiter agreed upon by both the Borrower and Holder, or if no single arbiter can be agreed upon, an arbiter or arbiters shall be selected in accordance with the rules

Harbor City Funding Agreement   |   Initial: _____ /s/ SE _____                              2

of the American Arbitration Association and such dispute, difference, or disagreement shall be settled by BINDING arbitration in accordance with the then prevailing commercial rules of the American Arbitration Association, and judgment upon the award rendered by the arbiter may be entered in any court having jurisdiction thereof. Said binding arbitration shall be conducted in the County of Clark, State of Nevada.

## 10. GOVERNING LAW AND PROPER JURISDICTION.

(a) **Choice of Law.** The laws of the state of Nevada govern this note (without giving effect to its conflicts of law principles).

**Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Clark County, Nevada.

This Agreement, or any breach thereof, and all claims relating to or arising out of this Agreement, whether in contract, tort, or otherwise, shall be governed by the laws of the State of Nevada, notwithstanding any conflict of interest laws that may otherwise apply. The Borrower and Holder further agree that any proceeding to interpret or enforce this Agreement whether judicial or non-judicial, shall be conducted in Clark County, Nevada, and any arbitration proceeding concerning this Agreement, shall be commenced in Clark County, Nevada.

## 11. ATTORNEYS' FEES AND COSTS.

In the event an arbitration action is commenced by either the Borrower or Holder under this Agreement to enforce any of its terms, it is agreed that the prevailing party shall be entitled to reasonable attorney's fees and costs to be fixed by the arbiter.

## 12. SEPARATE COUNSEL.

The Holder acknowledges that he has been advised to consult his own attorney and obtain legal advice with respect to the terms contained in this note before executing it.

## 13. ASSIGNMENT AND DELEGATION.

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section 11, it is void.

## 14. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or

Harbor City Funding Agreement     |     Initial: _____     3

unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 15. ENTIRE AGREEMENT / AMENDMENTS.

This Agreement contains the entire understanding between the Borrower and Holder and supersedes all prior understandings and agreements made between them respecting the subject matter of this Agreement. This Agreement may be changed only by a written amendment, specifically identified as a contract amendment, signed by authorized representatives of both the Borrower and Holder.

## 16. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section 12 to a party at the following addresses:

If to the Borrower:
JP Maroney, CEO
Harbor City Ventures, LLC
100 Rialto Place, Suite 700
Melbourne, FL 32901
Intl: 1-321-392-5536 x704
Toll Free: 1-888-239-5202 x704
jp@harborcity.com

If to the Holder:
Steve Estle
Simplicity Enterprises Acquisitions LLC
878 Lilac Place
Lafayette, CO 80026
sestle1@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

Harbor City Funding Agreement    |    Initial: _____ _____        4

**17. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

**18. HEADINGS.**

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

**19. SPECIAL PROVISIONS**

**ROLLOVER:** Unless Holder or Borrower notify the other party at least 30-days prior to maturity date of this agreement, with intentions of finalizing payout of principal and interest, note shall roll over for another same length of term, at same rate, with principal amount consisting of previous term principal and interest due (if any) combined.

**Maturity Payout:** If Holder decides to cash out note upon maturity, Borrower will issue payment of principal amount and/or interest due (if any) within thirty-days following maturity date.

[SIGNATURE PAGE FOLLOWS]

Harbor City Funding Agreement      |      Initial: _____ _____      5

Doc ID: e2f40e8c0508a539a86d987cbc9aefd9c33d2fc8

Each party is signing this note on the date stated opposite that party's signature.

HARBOR CITY VENTURES LLC

Date: ___09 / 25 / 2018___

By: _____
Name: JP Maroney
Title: CEO

FOR HOLDER

Date: ___09/27/2018___

By: *Steve Estle*

Print Name: ___Steven C. Estle___

Doc ID: e2f40e8c0508a539a86d987cbc9aefd9c33d2fc8

**▽ HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | [Harbor City / Simplicity-Estle] DMA Agreement |
| **FILE NAME** | Harbor City - Agr...y Steve Estle.pdf |
| **DOCUMENT ID** | e2f40e8c0508a539a86d987cbc9aefd9c33d2fc8 |
| **STATUS** | ○ Completed |

## Document History

| | | |
|---|---|---|
| **SIGNED** | **09/25/2018** 19:19:22 UTC | Signed by JP Maroney (jp@harborcity.com) IP: 72.239.128.177 |
| **SENT** | **09/25/2018** 19:19:26 UTC | Sent for signature to Steve Estle (sestle1@gmail.com) from jp@harborcity.com IP: 72.239.128.177 |
| **VIEWED** | **09/27/2018** 13:04:25 UTC | Viewed by Steve Estle (sestle1@gmail.com) IP: 67.190.58.248 |
| **SIGNED** | **09/27/2018** 13:06:19 UTC | Signed by Steve Estle (sestle1@gmail.com) IP: 67.190.58.248 |
| **COMPLETED** | **09/27/2018** 13:06:19 UTC | The document has been completed. |