**EXHIBIT 18**

EXHIBIT

18



**4 PART INVESTOR VIDEO SERIES**



Video #1 — Introduction  Video #2 — Too Good To Be True?  Video #3 — Risk Factors  Video #4 — Trust

# Harbor City Capital's 18% Bond Offer







| Access Investor Documents | View Next Video |

## Need to speak with us? Please call 321-608-0605

**⊙ Or Book An Appointment**



## Your Professional Investor Due Diligence Checklist

Be sure to download the due diligence checklist while you go though the video series since many questions in the checklist will be answered.

**⊙ Access Your Checklist!**

Privacy Policy | Disclaimer | TCPA Terms & Conditions
Copyright 2017 : Harbor City Capital Corp

*Our Mission:* Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions.

**HARBORCITY**
CAPITAL CORP

HOME   ABOUT   INVESTMENTS   NEWS   CONTACT US

# A Safe Harbor For Reliable, Double-Digit Yield

Discover Harbor City Capital's Alternative Investment Strategies.

 View Investment Opportunities

# INVESTMENT OPPORTUNITIES

**New 18% Bond Offering**

**2-Year Bond With 18% Annual Yield Paying 1.5% Monthly Income**
Harbor City Capital is scaling it's campaign funding capacity by issuing $1 Million in secured 2-year bonds that pay 1.5% each month in current income to bond holders with full return of principal at maturity. Our collateralized guarantee when funding the campaigns provides investors a safe way to earn 18% annual yield with current income.
[ LEARN MORE ]

**Convertible Preferred Stock Offering**

**12% Annual Dividend With Equity Conversion Feature**
The Series A Preferred Shares offered through this capital raise pay a double-digit target annual dividend, and are also convertible to common shares, giving investors an opportunity to participate in any upside growth through an exit event.
[ LEARN MORE ]

## HARBOR CITY CAPITAL FEATURED ON:
### Entrepreneur. BuzzFeed
### Inc. FUTURE SHARKS The Street

# HOW IT WORKS

**1. We Raise Money From Investors**



**2. We Fund Digital Media Campaigns**



**3. We Send Our Investors Monthly Distributions**



# IMPRESSIVE METRICS



**$200B**
GLOBAL MARKET SALES

**$164M**
OUR DEMAND PIPELINE

**18**
CONSECUTIVE DOUBLE
DIGIT QUARTERS

**25% - 50%**
OUR AVERAGE ROI

# TESTIMONIALS



## We're glad we made the decision to invest...

I was investing with the stock market and losing sleep with the up and down market. After 2008, I know I did not want to stay in the stock market. We had a really good friend who was already with Harbor City and she was successful. We're glad we made the decision to invest. The money showed up every month and it's gaining. We have some peace of mind that WOW we can actually start building a nest egg again.

DALE & MARSHA G. **//** USA

## The money just shows up like clockwork...



The main challenge today is being able to get a fair return on your money. With the stock market you really don't know what's happening. I had previously lost a lot of money in other programs. Once I talked with and connected with you it just felt right. The money just shows up like clockwork, and that eased my anxiety. This is an investment opportunity where you get to control your destiny.

VINCENT M. **//** USA



## This is brilliant. I knew it was the right thing to do...

Investors are facing a very challenging future. If you're really, really lucky you might earn 3.5%. People are desperate for something better. This is brilliant. I knew it was the right thing to do. I love that you guys are really accessible and transparent. I say try it!

MARY S. **//** USA

## We have been receiving above average monthly returns on our investment with Harbor City Capital...



I would like to take a minute and tell our story and our involvement with JP Maroney and Harbor City Capital. My husband was just about to retire and we were having to come to terms with the reduction of our income from his retirement savings. We were introduced to the option of having our own "Self Directed IRA" where he would have the opportunity to pick and select the types of investments to increase our monthly income. We setup our account and transferred monies into a Gas & Oil well in addition to investing into Harbor City Capital. It has now been 16 months and we lost the investment we made into the Gas & Oil well, but we have been receiving above average monthly returns on our investment with Harbor City Capital. If it wasn't for having this opportunity our financial situation would be very dire.

YVONNE E. **//** USA

Privacy Policy | Disclaimer | TCPA Terms & Conditions
Copyright 2019 : Harbor City Capital Corp

*Our Mission:* Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions.



HOME   ABOUT   INVESTMENTS   NEWS   CONTACT US

# Harbor City Capital Corp. Investment Opportunities

  

**Convertible Preferred Offer**

**12% Annual Dividend With Equity Conversion Feature**

The Series A Preferred Shares offered through this capital raise pay a double-digit targeted annual dividend and are also convertible into common shares giving investors an opportunity to participate in any upside growth through the investment.

**HCCF-1 BOND**

**2-Year Bond With 18% Annual Yield Paying 1.5% Monthly Income**

Harbor City Capital is seeking to raise growth funding based on, a) issuing $1 million in secured 2year bonds that pay 1.5% each month in current income to bond holders until full return of principal at maturity. Our bond based guarantees offer funding and are designed to offer investors a safe way to earn 18% annually, paid with current income

**HCCF-2 BOND**

**2-Year Bond With 18% Annual Yield Paying 1.5% Monthly Income**

Harbor City Capital is seeking to raise growth funding based on, a) issuing $1 million in secured 2year bonds that pay 1.5% each month in current income to bond holders until full return of principal at maturity. Our bond based guarantees offer funding and are designed to offer investors a safe way to earn 18% annually, paid with current income

[ read more ]

  

**HarborShark**

**COMING SOON**

More info coming soon, please check back and watch our growing opportunity.

Privacy Policy | Disclaimer | TCPA Terms & Conditions
Copyright 2019 | Harbor City Capital Corp

*Our Mission: Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions*

**HARBOR CITY** CAPITAL CORP

HOME    ABOUT    INVESTMENTS    NEWS    CONTACT US

# HCCF-2 BOND OFFERING



▶  0:00 / 0:57        ◀))    ⬜  ⤢

## REQUEST THE HCCF-2 BOND OFFERING DOCUMENTS

FULL NAME

EMAIL

PHONE

☐ YES, I would like to receive investment information and follow up communications from Harbor City Capital Corp. via website, email, mail, phone, and/or sms messaging. Complete Privacy and TCPA policies can be found at links in the footer of this webstie

DOWNLOAD INVESTOR DOCUMENTS

## NEW, 2-YEAR BOND DELIVERS 18% YIELD, WITH 1.5% PER MONTH CURRENT INCOME!

Harbor City discovered a high-yield, niche investment opportunity hidden in the $200 Billion internet advertising sector - providing bridge funding for high-ROI online lead generation campaigns.

These campaigns consistently generate 20%-45% ROI in 90-days or less. We provide the funding to cover the 30-90 day gap between when the campaigns generate the leads and when they get paid for the leads.

The funding is provided as a line of credit that is guaranteed by a UCC-1 filed lien against accounts receivables and purchase orders as collateral. This mitigates our risk of capital loss by providing us a secure position with guaranteed repayment, and allows us to safely earn 2-3% every 30 days for providing the campaign funding.

Harbor City Capital is scaling its campaign funding capacity via HCCF-2 LLC by issuing $1 Million in secured 2-year bonds that pay 1.5% each month in current interest income to bond holders with full return of principal at maturity. Our collateralized guarantee when funding the campaigns provides investors a safe way to earn 18% annual yield with monthly cashflow.

The par value of each bond is $1,000 with a minimum investment of $50,000, and is available only to accredited investors. The bonds are issued via HCCF-2 LLC, a special funding vehicle managed by Harbor City Capital Corp. The campaigns are executed by Harbor City Digital Ventures, Inc.

## MANAGEMENT TEAM

**JP Maroney, CEO**
JP Maroney is an American entrepreneur and investor with more than 25-years experience starting, building, buying, and selling companies in publishing, media, advertising, software, ecommerce, training, real estate, and consulting.

After more than a decade building digital-based businesses, JP Maroney founded Harbor City Capital Management, an alternative investment firm specializing in lead data arbitrage within the $200B Internet advertising sector. Since inception in 2013, the firm has generated double-digit annual returns for investors.

A recognized business growth and marketing industry leader, JP Maroney also serves as advisor or board member with several other companies. Current and past clients include: Wells Fargo, Century21, Precision AutoTune, The Maids, Metric Property Management / BlackRock, National Apartment Association, Independent Bankers Association of Texas, Texas Association of Business, Texas Credit Union League, and numerous other franchises, corporations, and trade associations.

**Michael Hadzipanajotis, CFO**
Michael Hadzipanajotis is an accomplished Senior Executive/ CFO and CPA with more than 15 years of success in the banking, financial services, and accounting industries. Leveraging extensive experience with auditing and accounting, His broad areas of expertise include accounting, expansion, marketing, process improvement, IT, finance, financial analysis, banking, risk management, investments, and internal controls.

Throughout his executive career, Michael has held leadership positions with Santander Bank, N.A.; MIT Federal Credit Union; Radius Bank; The Bank of New York Mellon Corporation, and Rockland Trust. He has overseen management of $6B private banking, $150M investment, $250M residential mortgage, and $1.5B commercial lending portfolios.

Michael holds an MBA from Auburn University, College of Business and a BS, Accountancy from Bentley University. He is a Certified Public Accountant by the Commonwealth of Massachusetts.

**John McLean, Jr., SVP Operations**
For over 35 years John McLean has served as a consultant or corporate officer leading domestic and international operations. He has managed corporate intellectual property for firms and has been issued patents for his inventions.

John has worked as a consultant to major oil companies, aerospace and other Fortune 500 companies along with extensive work with NASA, Navy and Army including municipal, state and Federal agencies. Many of these projects involved process improvement or innovative solutions to problems.

He earned a BBA in Finance from Baylor University and BS in Civil Engineering from Texas A&M University including post graduate work in environmental engineering. John is a registered Professional Engineer and has a Lean/Six Sigma Black Belt. Additionally he holds certification in American Petroleum Institute's Q1 Specification for quality improvement.

*"When it comes to helping advertisers reach consumers and get new customers, Harbor City may have come up with the perfect formula that gets growing companies the buyer leads they want while also generating healthy gains for HC's investors." – Entrepreneur Magazine*

Elevator Pitch: Harbor City Capital via HCCF-2, LLC provides funding for digital media campaigns, secured by real assets, including accounts receivables and purchase orders.

Market Size: $200 Billion

Industry: Internet Advertising / Digital Marketing Assets

Investment Opportunity: $1M

## INVESTMENT HIGHLIGHTS

» Safe, passive investment with 1.5% monthly income

» Healthy 18% per year fixed rate of return

» Short, 2-year investment period

» Investment principal and interest secured by collateralized real assets with UCC-1 filing

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

Use of Proceeds: Loans to fund digital advertising campaigns in the lead generation industry

Notable Traction

- $164 Million demand-side customer order pipeline

- Large, growing and accessible market opportunity

- 20+ growth sectors penetrated

- 20-45% margins

- 4x+ per year turn of capital

- Top performing growth sector

- Demand far exceeds supply and is growing

- Recession resistant market

- Diversification across multiple verticals

Privacy Policy | Disclaimer | TCPA Terms & Conditions

Copyright 2019 :: Harbor City Capital Corp

Our Mission: Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA



HOME    ABOUT    INVESTMENTS    NEWS    CONTACT US



WHY SHOULD I INVEST?



### JP Maroney, CEO Harbor City Capital Corp

Harbor City Capital is an alternative investment manager specializing in the implementation of time-tested, proven arbitrage strategies to generate reliable yield from the high-growth +$200B Internet advertising sector.

Serving as a destination for alternative yield, Harbor City takes a data-driven, bottoms-up approach to mining and monetizing Internet traffic by identifying select industry verticals and applying a proprietary, systematic model of execution to drive a diversified set of income streams.

## HOW IT WORKS

| 1. We Raise Money From Investors | 2. We Fund Digital Media Campaigns | 3. We Send Our Investors Monthly Distributions |







Privacy Policy | Disclaimer | TCPA Terms & Conditions
Copyright 2019 : Harbor City Capital Corp

Our Mission: Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions.



HOME    ABOUT    INVESTMENTS    NEWS    CONTACT US

# Harbor City Capital Corp hires Devaughn Dames as new CFO

*Leading alternative investment management company, Harbor City Capital Corp, announce the hiring of their new CFO – Devaughn Dames*

Harbor City Capital Corp has added a new member to the illustrious team that has helped the company grow to become one of the leading providers of alternative investment management solutions. The experienced Devaughn Dames MBA is the latest addition to the team as he assumes the position of Chief Financial Officer, allowing the company and clients leverage Devaughn's wealth of knowledge and experience in the financial solutions industry.

Devaughn Dames has been in the financial services industry for decades, working in several positions across different industries. Devaughn Dames' credentials include a bachelor's degree in business (Accounting) from University of Miami, an MBA with a specialty in International Business from Keiser University, and is in the process of getting a DBA, Doctoral of Business specializing in International Business/Finance.

Devaughn's strong communication skills and exceptional ability in speaking to large groups, offer presentations, manage multiple projects and effectively articulate investment strategies or options to business partners and associates have made him a strong asset in the investment management space.

Prior to joining Harbor City Capital Corp, the dynamic leader with a great talent for understanding, negotiations, managing people while operating multiple businesses globally, worked as CFO – Controller – Financial Analysis at New Beginnings OB GYN PA, a position he held for ten years. He was also the President at D&D International Investments, and Tax Associate at H&R Block.

Devaughn's financial and investment expertise and experience will be put to good use at Harbor City Capital Corp as he joins the likes of JP Maroney to drive the pursuit of the goals of the company and ultimately ensure customer satisfaction.

More information about Harbor City Capital Corp and the investment solutions offered can be found on their website.

**About Harbor City Capital Corp**

Harbor City Capital is an alternative investment manager specializing in the implementation of time-tested, proven arbitrage strategies to generate a reliable yield from the high-growth +$200B Internet advertising sector. The company focuses on digital marketing arbitrage, digital private equity, and venture capital funding.Serving as a destination for alternative yield, Harbor City takes a data-driven, bottoms-up approach to mining and monetizing Internet traffic by identifying select industry verticals and applying a proprietary, systematic model of execution to drive a diversified set of income streams.

# CEO of Harbor City Capital Corp to speak at LinkBridge Investors "Global Investors Annual Meeting"

*Entrepreneur, investor, public speaker, and Founder/CEO of Harbor City Capital Corp, JP Maroney, named as one of the speakers at the forthcoming "Global Investors Annual Meeting"*

The "Global Investors Annual Meeting" is a yearly event that brings together the world's leading fund managers, institutional allocators, and private wealth investors. Hosted by LinkBridge Investors, the 2019 event is scheduled for the 24th and 25th of July, 2019 and will feature the likes of JP Maroney, a seasoned investor, entrepreneur, founder of Harbor City Capital, a global alternative investment group specializing in buying, building and monetizing digital assets.

The Global Investors Annual Meeting is a two-day closed-door program organized to provide attendees with a platform to learn from and alongside industry thought leaders. The event features several activities including panel sessions and private meetings for networking, developing partnerships and fostering business relations between corporations and professionals. Hosting up to 400 leading investors, managers and other professionals, the selection of JP Maroney is a testament to JP's prowess as a successful business executive. JP Maroney will be speaking on the topic – *Digital Profit Trends: Tiny Clues For Uncovering Big Returns in 2019 & Beyond!*

Other speakers expected at the event include Daniel A. D'Aniello, the Co-Founder and Chairman Emeritus of The Carlyle Group, Valerie Rockefeller of Rockefeller Brothers Foundation, Cindy Guo, Founder and Chairman, Zhong Capital Holding Group, and a host of others.

Search 🔍

## Recent Posts

- Harbor City Capital Corp hires Devaughn Dames as new CFO
- CEO of Harbor City Capital Corp to speak at LinkBridge Investors "Global Investors Annual Meeting"
- Entrepreneur Features Harbor City Capital
- BuzzFeed Features Harbor City Capital
- The Street Features Harbor City Capital

## Recent Comments

## Archives

- August 2019
- June 2019
- August 2018

## Categories

- Media Features
- Press Release

## Meta

- Log in
- Entries RSS
- Comments RSS
- WordPress.org

others.

More information about the Global Investors Annual Meeting scheduled to be held at The Harmonie Club, NY on the 24th and 25th of July, 2019 can be found on the website.

**About Harbor City Capital**

Harbor City Capital is an alternative investment management company that specializes in the implementation of time-tested, proven arbitrage strategies to generate a reliable yield from the high-growth +$200B Internet advertising sector. The company takes a data-driven, bottoms-up approach to mining and monetizing Internet traffic by identifying select industry verticals and applying a proprietary, systematic model of execution to drive a diversified set of income streams.

**About JP Maroney**

JP Maroney is an American entrepreneur, investor, and philanthropist with more than 28-years experience starting, building, buying, and selling companies in publishing, media, software, ecommerce, textiles, training, real estate, and consulting. He's Founder & CEO of Harbor City Capital, a global alternative investment group specializing in buying, building and monetizing digital assets. JP's business group includes a collection of companies and joint ventures involved in publishing, software, media, training, consulting and internet commerce. He also serves as adviser and/or board member with several other companies.

###

**Media Contact**

Investment Asset Manager
Harbor City Capital Corp
JP Maroney
100 Rialto Place Suite 700, Melbourne, Fl 32901
321-608-0605
hccentral@harborcity.com

Melbourne
Florida
USA
http://harborcity.com

# Entrepreneur Features Harbor City Capital

"One of the toughest challenges I had in the beginning was explaining to investors exactly what we do and how we make money for them," explains JP Marony, CEO of alternative investment fund Harbor City Capital Corp.

CLICK HERE to read the full article

# BuzzFeed Features Harbor City Capital

Harbor City Capital has created a unique program called 'Digital Marketing Arbitrage' that uses an algorithm to drill into the data, find viable leads and then sell these to the companies that require them for their vertical. The success of Harbor City has been demonstrated by double-digit profits for investors and a shorter sales pipeline for their clients.

CLICK HERE to read the full article

# The Street Features Harbor City Capital

An investment fund is using a quirky arbitrage play to generate big returns from all those annoying digital ads and banners that we see every day while surfing the Net.

CLICK HERE to read the full article

FINRA000024

CLICK HERE to read the full article.

# Inc Magazine Features Harbor City Capital

Harbor City Capital is bucking that belief by deliberately building a billion-dollar alternative investment fund, specializing in digital marketing arbitrage, with its team of more than 20 people spread across the globe. Plus, it doesn't appear to be affecting productivity or performance; the fund's CEO, JP Maroney, says the fund has produced above average double-digit annual returns for investors since inception.

CLICK HERE to read the full article.

Privacy Policy | Disclaimer | TCPA Terms & Conditions

Copyright 2019 : Harbor City Capital Corp

Our Mission: Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions.



HOME    ABOUT    INVESTMENTS    NEWS    CONTACT US



**Contact Information:**

**Address:**
100 Rialto Place, Suite 700
Melbourne, FL 32901

**Phone:**
321-608-0605

**Contact Us By Email:**

Full Name *

John Doe

Email Address *

j.doe@inbox.com

Phone Number

+1 800 867 5309

Message *

Type your message here...

Send Message

Privacy Policy | Disclaimer | TCPA Terms & Conditions
Copyright 2019 : Harbor City Capital Corp

Our Mission: Help our clients make more money, build wealth, and live better lives by providing superior investment and business growth solutions.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

**EXHIBIT 19**

EXHIBIT

19
_____

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:              )

                              )   File No. FL-04236-A

HARBOR CITY CAPITAL CORP      )


SUBJECT:  Harbor City Capital Corp HCCF-1 Bond Webcast -
YouTube

PAGES:     1 through 52


VIDEO TRANSCRIPTION


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1      PROCEEDINGS
2  Harbor City Capital Corp HCCF-1 Bond Webcast - YouTube
3          MR. MARONEY: All right. So a lot of you know
4  me. I'm JP Maroney, CEO and founder of Harbor City
5  Capital, and we've met in person. Some of you, we've
6  met by phone. I'm hoping that -- umm, I don't see in --
7  yeah, all right. Rich. I see Rich here. Rich is
8  local. We just met this last Wednesday, a week ago I
9  guess, at -- at a real estate investor meeting here in
10  the Melbourne area.
11          So you guys you have met me. Some of you know
12  our business model. Some of you don't understand at all
13  and you're here trying to get details and insights into
14  what this is all about.
15          But let me give you a little bit of a
16  backstory and bring you up to speed on where we are,
17  what we're doing, what we're building and why we're
18  raising money, what the business model is all about, try
19  to answer everyone's questions as much as I possibly
20  can. And at the end I'm also going to open up a Q&A and
21  I'm going to go through; I've got some questions that
22  folks have asked along the way. But hopefully we get
23  all the questions out of the way and you can make all of
24  your wise decision and evaluation process about
25  investing in this opportunity.

Page 3

1          So just a quick background on this. I've been
2  building companies now for 27 years. In 1996 I built my
3  first website for a publishing company that we owned at
4  the time. We sold that company in 1999. I went full-
5  time on the internet in 2004, and what I mean by that is
6  we went full-time building companies that operated
7  primarily on the web or used the web for client
8  acquisition, for lead generation.
9          And so I've been generating new customer leads
10  for our own businesses and for other people's companies
11  since 2004. Learned a lot. What I did learn that I
12  think really set this whole thing up of where we are
13  today, is that the internet is the -- in my opinion, the
14  superior access vehicle, the superior client acquisition
15  vehicle of all time.
16          Why is that? Years ago Wally Waddles made a
17  statement. He said, "Half the money I spend on
18  advertising is wasted. I just can't figure out which
19  half." Well, in the internet space you don't have to
20  wonder. You don't have to wonder which half of your
21  money is working. Every click is measurable. Every
22  visitor is measurable and trackable. Every single
23  action, every dollar, every dime, every nickel, every
24  penny spent in advertising on the internet is measurable
25  and trackable.

Page 4

1          And because of that, that alone with the
2  ability to laser-target in on people based on
3  demographics, behaviors, interests, things that they're
4  -- problems they're trying to solve, so they're out
5  surfing the web or they're talking about it or they've
6  joined groups on Facebook or they've visited certain
7  websites -- because of that, we can target and acquire
8  clients or customers at a fraction of what we could in
9  the past, much more efficiently and effectively.
10          So generating new customers on the web has
11  become for me a lifelong journey. It's what I eat,
12  sleep, breathe. We've doubled and tripled the size of
13  businesses in 90 to 120 days. We've had dramatic
14  impacts on businesses in six to 12 months. We -- that's
15  our magic superpower, is the ability to bring new
16  clients and customers to companies exceptionally fast.
17          Where that affects this idea of investing and
18  this bond offering that we have out now is what happened
19  in 2011. I was watching -- I don't come out of the
20  capital market. In fact Millard's on here; he works for
21  an investment bank and broker-dealer in New York. We
22  met earlier this year at a conference. But where I come
23  from is the entrepreneurial world: building, buying,
24  selling companies.
25          I don't come from the capital market space or,

Page 5

1  you know, the stock market, all that, that whole world
2  raising money. And so in 2011 I was watching TV. I saw
3  an interview. They had some fund managers on there,
4  interviewing them and asking them questions about how
5  they invested. One of them was an alternative asset
6  manager who was really into some esoteric stuff, and he
7  said something that resonated with me.
8          He said, "You know, most people think of
9  traditional investing as stocks, bonds, mutual funds,
10  real estate, et cetera, gold, whatever. In our
11  business, we will look at other alternative asset
12  classes as long as we know we can put a dollar in and
13  get something more than a dollar back out in a
14  reasonable period of time. We will consider investing
15  in that sort of different or esoteric asset class, and
16  therefore, we have invested in things that others might
17  think is crazy like racehorses and classic car
18  collections and wine collections and art collections and
19  things that are really outside the circle."
20          And so when I was out walking the dog that
21  night after watching that show, I was thinking like
22  probably you. If you're a business owner, an investor,
23  if you're a businessperson, you know. You know,
24  something gets in your head and it's niggling in your
25  mind.

2 (Pages 2 to 5)

## Page 6

1   I was out walking the dog and I was like, man,
2   that's exactly what we do with lead generation and
3   client acquisition on the internet.  I guess maybe one
4   of the -- the things that really turned the dial for me
5   many, many years ago was that if you can acquire clients
6   or customers for less than what they're worth over their
7   lifetime, it's like buying dollar bills at a discount
8   for 75 cents for 50 cents or 25 cents.  And so that's a
9   switch that flipped for me a long time ago.
10   Well, then when I saw this and I began to
11   think about it how I'd never thought about it before in
12   terms of an investment and looking at it like it's an
13   investment, I was like, you know what?  Leads, data, a
14   customer record is an asset, and you could really look
15   at this -- in fact, it was a fund manager over the next
16   two years as I went through this journey, it was a fund
17   manager that said to me the first time.  He was like,
18   "Holy crap, JP, you guys have invented a new asset
19   class.  You're looking at new customer leads like it's
20   an investment vehicle."
21   And that changed.  That epiphany for me was
22   what would go on to become what we call Harbor City
23   Capital now that I didn't start for two more years.  But
24   I went on a journey looking for how could you put
25   something like this together?  How could you raise money

## Page 7

1   and put it behind it?  How much money could you or
2   should you raise?  In other words, how big was this
3   opportunity?  How big could it scale?  And I didn't know
4   the answer to those questions.
5   And so I was trying to knock down three big
6   questions for myself.  Number one was, would investors
7   be interested in investing?  Number two, how big was it?
8   How big could you scale it?  And number three, was it
9   sustainable?  Could you do this for a long time?  And
10   over the next two years I knocked down my questions.  I
11   was in a dinner club with some neighbors and they were
12   all guys that ran businesses, were in -- one guy was in
13   private equity, the other guy owned a car dealership.
14   They were all -- one was a dentist.  The other was a
15   doctor.  They were all guys that made decent money,
16   invested in a variety of things, and I just -- this was
17   my research.
18   I said, "Hey, if I could get -- if you gave me
19   $50,000 or $100,000 and I gave you that back in 12
20   months with a decent-sized check," and I kind of talked
21   about the model of what I had in mind, "what would you
22   say?"  And every one of them said, "I'd be wanting to
23   know when I could write you a bigger check."  That was
24   about as far as my knowledge of raising capital went.
25   But I thought, well, you know what?  These

## Page 8

1   guys are interested; other people might be interested
2   too.  Again, putting a dollar in and getting something
3   more than a dollar back out in a reasonable period of
4   time.
5   The second thing that I did not understand or
6   know at the time -- I knew what we spent on ads and how
7   much it was, but I didn't know how big this market was.
8   And in April of 2013 I held a mastermind in Orlando,
9   Florida, about an hour west of here, held a web -- a
10   mastermind with a bunch of internet marketers.  And
11   while I had them in, there were a couple of guys in
12   there that were from this industry that I really was
13   picking their brain.  They were there as much to
14   mastermind and learn what I knew and what our peers
15   knew, but I was picking their brain about scale.
16   And I said, "If I -- let me throw this
17   scenario.  If I had $10 million or $50 million or $100
18   million, could I find enough places within this niche,
19   this industry, this idea to deploy that capital?  I know
20   we can do it profitably.  Could I find enough places to
21   do that?"
22   And they kind of laughed at me because they --
23   and they opened up their ad accounts and showed me
24   campaigns that they were spending six figures a day,
25   high six figures a day on one campaign, on one offer, on

## Page 9

1   one platform.  And they -- much like this whiteboard, we
2   wear at a conference and had a big whiteboard.  One of
3   the guys walked over to a whiteboard and started writing
4   on the whiteboard for me, and he -- he basically laid
5   out for me what our business model would be.
6   He said, "JP," he said, "just think of it as
7   going into 100 different verticals, so you've got 100
8   different verticals and you could put $1 million easily
9   to work in each of those verticals.  Well, that'd be
10   $100 million and I'm sure you could probably get it
11   bigger than that."
12   And I'll talk about this later in the webcast,
13   but I found out now today, doing what we do now, that
14   easily the numbers are bigger than that.  We could put
15   20 to 25 million to work in the personal-injury legal
16   leads; $22 to $25 million in real estate.  I mean, there
17   are a lot of our niches that are super -- life insurance
18   leads, health insurance leads, auto insurance.  These
19   are massive, massive markets that we could put a lot
20   more than $1 million to work.
21   But that was my vision.  I was like, well, if
22   I could go out and raise $100 million dollars and deploy
23   it across where you'd be highly diversified so you --
24   you wouldn't have a one-legged stool, but how long-term
25   and how sustainable is that?  And so this was that two-

## Page 10

1   year journey that I was on of trying to figure out how
2   to put this together.
3         I interviewed fund managers. I interviewed
4   guys that were attorneys that built private placement
5   memorandums and took companies public and did all this
6   fundraising, capital-raising stuff. I talked to CPAs
7   that did the back-office administration for funds, hedge
8   funds and private equity funds and such. I learned
9   about, you know, feeder funds and all kinds of fund-to-
10  funds and on and on and on, all this stuff that Millard
11  would like. That's what he just eats, sleeps and
12  breathes. But that I didn't know in that -- so I was
13  learning the process.
14        And five years ago, coming up on the 26th of
15  December of this year, 2018, five years ago I held a
16  small webcast kind of like what we're doing today and
17  said -- but all I had was friends and family, people
18  that I knew, who knew me, trusted me, knew what my track
19  record was of building companies for all these years.
20  And I said, "Look, I want you to give me a little bit of
21  money. I don't want you to give me a lot of money. I
22  know I won't lose it because of the way we invest it,
23  the strategy and the approach," which I'll describe to
24  you guys here and show you in black and white in just a
25  few minutes. "But I don't know how much money we'll

## Page 11

1   make. I want to test out a model."
2         And so I had -- there was a guy that the next
3   day he called me; we got on the phone and he wired me
4   $6,500. A week later he wired me $10,000 and he told
5   me. He said, "I got more for you if this works." About
6   a month or so later he sent me $150,000, and it was
7   people like that that had a little bit of trust and
8   faith in us early on, and I went out January 1 and we
9   started deploying not only our own money, which we'd
10  been doing for years, but putting other people's money
11  to work to see if this concept could scale.
12        And what I found was is it -- not only was it
13  very scalable but it began to work really well and it
14  generated. As I started to look at this as an
15  investment manager, money manager, not just as a
16  business activity of generating leads, I looked at it as
17  when I put a dollar in, what am I getting back for that
18  dollar? So instead of looking at, like, gross margins,
19  which are important, I looked at ROI. And so I was --
20  the early campaigns, I'll give you an example.
21        One of the early campaigns I was running, we
22  were getting paid $3 for a lead. It was costing us
23  $1.89 to generate that lead, so we were making $1.11.
24  Put $1.89 in, get $1.11 on top of it back -- every time,
25  every time, every time. It was just like putting money

## Page 12

1   in a bucket, dropping it down in a well and reeling that
2   bucket back up and it being more money than I put in to
3   begin with. And we did it over and over and over and
4   over again.
5         And so over the last five years we've been
6   growing our money, growing the money for our clients,
7   generating double -- substantial -- in fact, I tipped
8   the cards today and told Rich who's on this webcast what
9   I was paying people in the first couple of years. It
10  was insane. I was paying them monthly in the amount of
11  -- but I was making great money, and so I was willing to
12  pay a lot for the capital. It was a new idea, new
13  concept.
14        People think that what we're doing now at 1.5
15  percent a month or 18 percent a year sounds like crazy
16  and too good to be true, and I look at that now as a
17  bargain. I mean, it's that -- when you see the business
18  model and understand how we make our money, you'll
19  understand it as well. So I'll explain that in a few
20  minutes.
21        So I got started. We've been building this
22  now for five years. I -- we were trying to do -- and
23  Millard will tell you if you were to be on the phone
24  with him, he'll tell you I met him back in late
25  February, early March. I spoke at the national

## Page 13

1   investment banking association, or national independent
2   brokers association, investment bankers association --
3   whatever that was in New York. And then afterward I met
4   Eric, his cohort there, and we got to know each other.
5   I went to their office.
6         We were trying to do an equity raise that if I
7   look back now, I mean, I know why, but we were trying to
8   raise $10 million. It was confusing. It was a
9   convertible preferred and it had a redemption mechanism.
10  It had all these bells are whistles and stuff that these
11  guys who had built it for us had put in there, and it
12  was just flat-out confusing.
13        And so this summer I finally had a guy that
14  been around the market for a long time and he said,
15  "Look, you need with -- as well as this works, as much
16  money as you make, and you know that you're going to
17  make a certain amount of profit off of every lead that
18  you're generating, then why not pay people a fixed rate
19  of return for a fixed period of time and then give them
20  their money back? Let them know when they're going to
21  go in, when they're going to go out and how much they're
22  going to make and when they're going to get paid.
23  That's what people want to know in addition to, 'How do
24  you not lose my money?' That's -- that's obviously
25  number one."

## Page 14

1  So we put together this bond offering, and I
2  think it was Rich earlier today, you and I were talking
3  about it and he said, you know, "To be honest with you,
4  $1 million is not a lot of money."  I know that.  What
5  we're looking at is the big scale.  We started January 1
6  of this year with $164 million worth of our product
7  leads, our product on order.  That's insertion orders,
8  contracts, letters of agreement for a certain number of
9  leads at a certain price.  We didn't have the money to
10  run that many campaigns, that scale of campaigns.
11  So it's like staying awake at night, the
12  biggest worry is watching dollar bills float by and you
13  can't do anything about it.  That's where we've been.
14  So our whole desire in doing this this $1 million raise,
15  it's a $50,000 minimum.  We're only talking about 20
16  people.  We have 200 as of right before this webinar.  I
17  looked and wrote the number on the board back there.  We
18  have 249 investors in the last 11 days who have
19  requested the documents.  I guarantee you we've got 20
20  in there and several of them have already indicated
21  they're coming in at more than 100.  So we need less
22  than 20.
23  The point is not this raise, will it happen,
24  how -- the point was could we create a model that we
25  could repeat and raise ever-larger amounts of capital to

## Page 15

1  where by the time -- this time next year we'll have 100
2  million in assets under management; we'll have the
3  proof, people getting their checks in the mail every
4  month, every month, every month; we'll have audited
5  financials, which, by the way, our last four years --
6  Millard, you'll appreciate this.  We talked about this
7  in February.  We'll have audited financials for the last
8  four years before the end of this month.
9  So we've got a proven model.  We have a
10  machine that works, which I'm going to show you and
11  describe and walk you through in a minute.  But we're
12  raising a small amount of money and you guys have
13  requested documents and now you're on here trying to get
14  your questions answered.  So I want to try to walk you
15  through everything and answer as many questions as I
16  possibly can.
17  The biggest question we get, and it's -- if
18  you -- if you ever see it on our ads that we're running
19  right now for leads -- I mean, we've got leads coming
20  in, 20 to 25 leads a day right now, accredited investors
21  wanting information about this offering, filling out the
22  form, downloading the documents, everything.
23  The biggest question we get, the biggest
24  comment that we get, and sometimes it's very incredulous
25  and sometimes it's rude.  That's okay.  It's commenting

## Page 16

1  on the ads.  It's like, "This sounds too good to be
2  true."  I've seen people post Bernie Madoff.  I've heard
3  -- seen people post Ponzi.  I've seen people post, "If
4  it sounds too good to be true it probably" -- I've heard
5  all of that.  That's okay.
6  Once you see the business model that's driving
7  the numbers, then it doesn't seem too good to be true.
8  We look back.  I love this quote by Oliver Wendell
9  Holmes.  He said, "The mind, once expanded to the
10  dimension of new thought, never retracts to its original
11  size or shape."  Once you've discovered something's
12  possible, then it's impossible to go back to the way
13  that things were.  Impossible.
14  If you look at -- I love this slide.  You look
15  at the four-minute mile and the fact that Roger
16  Bannister was the first guy to break the four-minute
17  mile, and everybody before him believed it wasn't
18  possible, that it was too good to be true, right?  But
19  then when he did it, shortly thereafter within months
20  other people broke the four-minute mile.  Did it
21  suddenly become better?  Did new tennis shoes suddenly
22  come out?  Did the tracks suddenly get better quality?
23  Did the weather suddenly get better?  No.  The fact that
24  people changed their way of thinking to believe that
25  something that before seemed impossible was now possible

## Page 17

1  -- that's why they broke the four-minute mile.
2  I'm here on the Space Coast.  Rich and I both
3  are here on the Space Coast, or maybe some other folks
4  here on the webcast are from the Brevard County area.
5  But if you go that way, what, 15 20 miles is Cape
6  Canaveral.  I can stand on my front porch and I watch
7  the rockets go off.  We actually went out to the beach
8  to watch this one.  This was the first Falcon that
9  SpaceX launched that also the boosters came back and
10  landed like that, straight up, on the pad.  That, my
11  friend, is incredible.  I never would have thought that
12  I would have ever seen that.  Who else ever would have?
13  Wait a minute, you're going to shoot a rocket off and
14  the stuff that we used to waste is going to actually
15  come back, and then you're going to put it together and
16  fix it and clean it up and patch it up and then send it
17  off again, which now has happened, and land it again on
18  -- on its tail end.
19  So the things that people think are not
20  possible, sometimes somebody comes along and proves that
21  they are possible.  Buck, Mr. Fuller, Bunky, if you ever
22  read his stuff you'll love it.  If you're a business guy
23  or woman, if you're an entrepreneur or an investor,
24  anybody that really likes to stretch your thinking, his
25  writings and teachings are amazing.  But he said, "You

## Page 18

1  never change things by fighting the existing reality.
2  To change something, build a new model that makes the
3  old model obsolete." The old model obsolete? Well, we
4  built a new model, and the way that we built that new
5  model was what Steve Jobs calls connecting things.
6  Often creating something amazing isn't about creating
7  something new, it's about connecting seemingly
8  disjointed ideas and putting them together and creating
9  something magical.
10      Well, we created -- we took the idea of lead
11  generation. You put a dollar in, or that -- think
12  about that one campaign I was talking about: you put
13  $1.89 in and you get $3 out. That's $1.11. And you do
14  it over and over and over and over again. We connected
15  that with the idea of having a pool of capital or a fund
16  and -- and building it inside a very tight guardrails
17  and having a portfolio approach to growing that money
18  and that capital, and that's how we created the new
19  model is by connecting things to make something really
20  new.
21      And the way that we connected those things is
22  we take big data. We have over 2.7 billion data
23  records. We have artificial intelligence. We have
24  algorithms and systems that we use that sift and think
25  through that, create very, very smart audiences and then

## Page 19

1  push that out into the world, into the digital world,
2  the data world and put the right marketing message in
3  front of the right prospect at the right time, and
4  because of that we're solving the number one problem
5  that all companies face, which is how to get new
6  customers.
7      The web, as we're going to talk about in a few
8  minutes, the web is the Wild West. It's been that way
9  for the last few years. It's still that way. Companies
10  are struggling. They know they need to spend their
11  money on the web. All the money is moving to the web,
12  but people are frustrated and confused. And we solve
13  that problem by providing a reliable, predictable,
14  consistent flow of new customers for our end buyers, and
15  as a result solving that number one problem. We've
16  built a high, high demand for our product.
17      So what we do is we create -- our product is
18  leads. Our asset class is leads. But we put $1 in and
19  we're getting paid something more than $1 on the other
20  side. We already know how much we're getting paid. We
21  already know how many they want to buy. We're just
22  bridging the gap between when we pay for the ad or the
23  leads and when we get paid for them. And that can be
24  anywhere from 45 to 65 or 70 days. Never more than 90
25  days. So we're turning up capital over and over and

## Page 20

1  over again at least four times a year.
2      I look back at this industry. I look back at
3  a quote from John F. Kennedy. He made a statement in
4  one of his speeches many, many years ago. He said, "A
5  rising tide lifts all boats." Well, what is the rising
6  tide right now? What is the big rising tide in our
7  world? It's the shift from offline to online.
8  Companies know that they've got to go where the money
9  is, go where the buyers are, go where people are
10  spending their money, or else they're going to go out of
11  business. And we've seen companies go out of business.
12      My kids are very upset this year because we're
13  not going to Toys "R" Us. We've done that ever since my
14  20-year-old was teeny-teeny-tiny, and now my 12-year-old
15  and my 7-year-old. We're not going to Toys "R" Us.
16  Why? Because they didn't adapt. They didn't figure out
17  how to make it work. And there have been plenty of
18  companies that have done that.
19      And so I have a question for you as you think
20  about this. You go, wow, okay, this is kind of starting
21  to make sense. This is big. Do you use the internet to
22  buy goods and services? Have you applied for a credit
23  card, applied for a home loan, applied for an auto loan
24  or insurance online? Have you this year even bought
25  Christmas gifts or Hanukkah gifts or birthday gifts or

## Page 21

1  Valentine's, ordered flowers or done any kind of
2  commerce on the internet? Have you used the internet
3  this year to buy more goods and services than you did 10
4  years ago? Do you realize just how big this is? Like,
5  when you think about what Kennedy said, a rising tide,
6  this is a monstrous, monstrous rising tide.
7      I want you to think about some numbers here
8  for just a second. Online shopping retail sales were
9  predicted to grow steadily last year to $370 billion and
10  this year to $491.5 billion, according to Statistica.
11  Go where the money is. What was that -- what was that
12  bank robber? Willie Sutton. There was a bank robber
13  and they asked him and said, "Willie, why do you rob
14  banks?" And he said, "Because that's where the money
15  is."
16      And if you look at why do you go advertise and
17  spend money on the internet? Because that's where all
18  the buyers are; that's where all the money is. 80
19  percent of the online population has purchased something
20  online using the internet; 50 percent of them have
21  purchased something more than once; 191 million U.S.
22  online buyers; 51 percent of U.S. adults have bought
23  something online via their mobile phone. Can you
24  believe that? We're carrying around our shopping carts,
25  our buggy in our in our pockets.

6 (Pages 18 to 21)

## Page 22

1   Look at this rising tide. This is internet
2   usage from '93 through 2015. Just continues to go.
3   Online buying, the digital revolution, on a combined
4   annual growth rate -- massive, massive. Digital
5   revolution of advertising. Look at the difference in
6   the dollars from where they were to where they are now.
7   In 2017, for the first time ever, digital or internet
8   advertising expenditures surpassed TV for the first
9   time. That was last year, 2017. Just getting bigger.
10   By 2020 or '20 -- I mean 2021 or '22 it's supposed to be
11   like four and a -- $450 billion in internet advertising
12   expenditures.
13   There's an old quote. Everybody quotes this
14   but it's the truth and it's very relevant to this.
15   Wayne Gretzky is quoted as saying, "I skate to where the
16   puck is going to be, not where the puck has been."
17   People talk about where am I going to put my money?
18   Where am I going to allocate my investments? And I get
19   it. You're -- this is new to you. I know I'm not going
20   to get all of your money. But I hope that you would
21   look at this and say, "I'm willing to lay down a sure
22   bet on this because I believe that this is a growing
23   opportunity, I believe in this business model and I
24   believe in the track record of this company." And I'll
25   prove it to you before we finish here on this webcast.

## Page 23

1   But this is where it's going to be. This is
2   the future. If you want to be where the past is, you
3   can go find all kinds of things to invest in. If you
4   want to go where the future is, this is the future and
5   the big growing opportunity.
6   I was thinking about something a couple of
7   years ago, and I was thinking about a word and I want to
8   share that word with you. I call it the most powerful
9   word in investing. I want you to think about this for a
10   second. What is the most powerful word in investing?
11   And when I ask that question a lot of times at a public
12   seminar or group of people, I'll get things like return
13   on investment, safety, profits, you know, growth,
14   strategy. You know, there's all kinds of, like, stocks.
15   I mean, people will give you all kinds of answers.
16   But the most powerful word in investing is
17   certainty. Certainty. Because if you knew you couldn't
18   lose, if you knew that it was impossible to lose, that
19   would make you a very powerful person. And as close as
20   you can get to certainty, the close as you -- as close
21   as you can get to that will make you an extremely
22   powerful person. And I say if you want certainty of
23   being a part of a growth market, the internet
24   advertising space -- bringing new customers to growing
25   companies -- is it.

## Page 24

1   In good times, companies spend a fortune
2   getting customers. In bad times, when they're trying to
3   prop up their stock prices, guess what they do? They
4   spend a fortune getting customers. And guess what? The
5   worse things are and the fewer prospects there are, the
6   more expensive the leads become. And what does that do
7   for our business model? It makes it recession-resistant
8   where we're not correlated to the market.
9   I could care less what China does. I could
10   care less what who -- what the mood is today, what press
11   release came out and what stock is hot. It doesn't
12   matter. I know that tomorrow there are companies lined
13   up out the door already with contracts with us,
14   insertion orders with us, and more coming every single
15   week saying, "Can you send us more customers? Can you
16   send us more customers? Can you send us more
17   customers?" That's certainty.
18   And in investing, which is what I looked at
19   with this business model that we created, is how can you
20   create certainty? And I was talking about this with
21   someone today about our business model and -- and how we
22   preserve capital, how we make sure that we don't lose
23   money. In 2013, up until that point I had only been
24   using my own money. I started taking in December -- it
25   was a turning point for us. December 26th, 2013, I took

## Page 25

1   in the first outside money. And I was concerned about
2   it. Number one, I don't want to disappoint people.
3   Number two, I have to go to Thanksgiving and Christmas
4   and face family members who -- who I was putting their
5   money at work. I have to see my clients and customers,
6   longtime guys that have been around for a long time; I
7   have to talk to these guys. I want to be able to show
8   my face at conferences and meetings. And quite frankly,
9   I don't want to go to jail. I've got a wife. I've got
10   three daughters. I love them. I got married to spend
11   time with this woman and I had kids because I enjoy
12   having our kids around.
13   I didn't want to lose other people's money.
14   It was super, super important. And I began to think
15   about as I was doing all of my reading, I had come --
16   obviously Warren Buffett's well-known. I had found
17   Warren Buffets' rule number one and two. Rule number
18   one is don't lose money, rule number two is see rule
19   number one. And I began to think about that in terms of
20   our business model and how it was that we could make
21   sure that we never fell off a cliff and that we didn't
22   lose other people's money. Didn't lose my money, but
23   didn't lose other people's money.
24   And we created a model, what you're seeing on
25   the screen here today, that we call test, scale, manage.

Page 26

1   But really, here's what it is at its essence.  In the
2   digital space, the advertising space — and if any of
3   you guys want to stick around at the end, I may crank up
4   an ad — ad-buying platform and show you how this is
5   actually really possible.  You can do this.  You can do
6   this yourself today if you wanted.
7          But in the digital advertising space you can
8   test extremely small, like you can start a new campaign
9   with $5 or $10 a day.  Today in our test, scale, manage
10  process, we test with $500 a day for up to 10 days.  Our
11  maximum exposure or risk is $5,000.  But understand,
12  that's not investor money.  That's our money.  We set
13  aside an R&D budget from the profits that we've made
14  over the last five years to invest in testing and trying
15  new things.  There are campaigns and markets that we've
16  not operated in before.
17         Now, if you look at our campaigns today and
18  what we have running, we have campaigns that are running
19  at 5, 10 percent, 20 percent of their capacity.  We
20  don't need to test anything.  We just put more capital
21  to those and scale them up.  But we're constantly trying
22  to bring on new campaigns, new ideas, and while we're
23  doing that we're testing with very, very limited
24  exposure of $500 a day.  Does that mean we lose $500
25  every day?  No, not at all.

Page 27

1          The first day we'll -- we may invest $500 in
2   ads or traffic and generate $250 worth of leads.  So
3   let's say we're getting paid $25 a lead; we might
4   generate 10 leads.  We needed to generate 20 leads to
5   break even, right, at that amount of money.  But we
6   generate 10 leads, we got -- generate $250 in revenue,
7   but we spent 500.  And you go, "Boy, JP, that's a great
8   way to go out of business -- spending money, more money
9   than you're making."
10         No, we call it buying data.  Why?  Because the
11  systems that we use -- I'm going to go to a screen and
12  I'll come back to this one.  But the systems that we use
13  tell us who's responding.  If you look at this chart
14  right here, you can see that women are responding to
15  this campaign on the left-hand side, right here.  Okay?
16  And then on the right-hand side, men are not responding
17  to that campaign.
18         So during this first 10 days of testing, the
19  first day we run ads we might go, look at that: women
20  responded and men didn't, or the leads of the women who
21  responded were within our guideline or close to our
22  guideline of what we're trying to hit, and the men
23  weren't; they were real expensive.
24         So what would you do?  It's really logical
25  when you think about it.  You prune.  You take away what

Page 28

1   doesn't work, so we cut the budget to the male audience
2   and allocate or double down on the female audience.
3   Well, the second day that goes on, maybe the third day
4   we're looking at it and we go, you know what?  Women 45
5   and above are responding to this offer, but women under
6   45 are not responding.  What do we do?  Logic, right?
7   We trim the budget from or eliminate the budget for
8   below 45, double down or allocate to the 45 and above,
9   keep testing.  We're testing new creative; we're doing
10  all these different tests all at the same time but
11  inside very tight guardrails.
12         Well, so the first day we might spend $500 and
13  make 250.  The second day we might spend $500 and make
14  300, 400 the next day, and the number keeps coming up
15  until all of a sudden we're spending 500 and then we're
16  making $505, and $550, and $600, and $700 for that $500
17  investment.  Why?  Because an individual lead is costing
18  us less than what we already know we have on order and
19  are getting paid on the other side.
20         Now, once people see that they go, "That's
21  absolutely brilliant.  Why, that's a sure thing.  Right,
22  JP?"  Thank you.  Now you get it.  Because once we've
23  gone through this test phase and we know that we can
24  generate every single lead coming through the pipeline
25  at a positive ROI, well, then we just reach over into

Page 29

1   our investor pool of capital and push the throttle
2   forward and start scaling the spin to $700 a day.  We
3   usually grow about 20 percent increase per day, every
4   day, every day, every day, until we're up to the
5   threshold that the advertiser, the person buying the
6   leads has indicated they want.
7          So they may want 100 leads a day; they may
8   want 1,000 leads a day; they may want 10,000 leads a
9   week.  Whatever that number is, we keep scaling until we
10  get to that number.
11         But the beauty -- this is where the beauty of
12  it is.  The beauty of that is once that testing is
13  behind us, every investor dollar that's invested in
14  buying leads on the scale and on the manage is at a
15  positive ROI.
16         Remember back to what I said about certainty.
17  If you knew you couldn't lose, what would you do?  Well,
18  you'd just keep going in again and again and again and
19  again.  And that's what we do.  That's our model.  When
20  people say, "Well, JP, how in the world can you afford
21  to pay the kind of returns?  That 18 percent is too good
22  to be true."  I'll tell you, I wanted to do 12 percent.
23  I have a guy that works with a lot of real estate
24  investors.  He said, "Look, JP."  He said, "If you'll
25  get north of 12 to 15 percent, then you've knocked out

## Page 30

1    most of the opportunities in hard-money lending and all
2    that kind of thing."
3            Well, I'd paid a whole lot more than 1.5
4    percent a month in the past, and so we settled on that
5    and we said we'll pay 1.5 percent a month, every month.
6    We're going to write you a check. So those of you that
7    are coming on this offering now in December, between now
8    and Christmas, then you're going to get your first check
9    by the 15th of January for 1.5. If you put 100,000 in,
10   you get 1,500 a month, every month, every month, every
11   month, for 24 months and then at the end of two years
12   you'll get your principal back. That's the bond. It's
13   super simple. 1.5 percent a month. The aggregate of
14   that is you're going to be yielding 18 percent a year.
15   So $18,000 on every 100,000 that you invest, and you get
16   the principal back at the end of the two years.
17           And so let me walk on through the business
18   model just very quickly and then I want to answer some
19   of people's questions. So we can come back to these
20   slides if we need to to answer these questions.
21           But people say, okay, so then how else? What
22   else are you doing to mitigate risk? You know, so what
23   if — I get that you're making a profit on every lead
24   that you generate and I get that you're waiting 45 to 65
25   or 70 days to get paid, but what if somebody doesn't pay

## Page 31

1    your bill? We currently -- five years' track record, we
2    have less than a 1 percent default rate on receivables.
3    People pay their bills. Why do they pay their bills?
4    Because we're the goose that lays the golden egg. If we
5    quit laying eggs, they quit getting new customers, and
6    so they pay their bills.
7            But when we set up this new funding tranche,
8    HCCF-1 LLC, to raise this $1 million, issue this $1
9    million in bonds, we did this to create a model. We'll
10   come out with additional tranches in the future. The
11   right may drop. We may bring it down to 15 percent a
12   year, then down to 12, then down to 10. I have a guy
13   that works with 30-something pension funds and he's
14   like, "JP, you get me some track record and show me
15   audited financials and I've got guys that'll write $40
16   million checks on something like this. They want -- and
17   they won't expect 12 percent. They'll think if you get
18   10 percent that you walk on water."
19           So we know the future in the opportunity is
20   there, and we're looking for retail investors that can't
21   afford to put their money at risk, can't afford to start
22   over. We have a number of people with us. In fact, I
23   was talking to a guy from Texas the other day and he
24   said, "JP," he said, "I -- I can't afford to -- I'm 78
25   years old. I can't afford to lose money, but I know

## Page 32

1    I've got to make money." And he's invested in windmills
2    and all kinds of stuff, he said. But he's the kind of
3    person that likes what we do because we're not putting
4    the money heavily at risk.
5            We're, again, testing with our money inside of
6    very tight guardrails and only scaling what works with
7    our investor capital.
8            Because of that, we have rewritten the rules
9    of risk-reward in investing. In the old, old model —
10   remember what Bunky said: create a new model that makes
11   the old model obsolete. In the old model of investing,
12   if you want high, high returns — you know, make a lot
13   of money — then what are your options? It's risky
14   stuff, venture capital, you know, taking wild bets,
15   putting money out there on oil and gas, crazy things, go
16   drill some holes in the ground, hope that something
17   works out. And if it does, the returns are great but you
18   must be willing to accept correlated high risk.
19           If you want low risk, then you must be willing
20   to accept low returns. I had somebody I talked to the
21   other day and they're like, "I'm getting, like, 2.5
22   percent on my CDs. I've got to do better than that
23   because with inflation, I know I'm going backwards."
24   2.5 doesn't net you anything. You're going backwards.
25           So if you put $100,000 at work at 2.5 percent,

## Page 33

1    I guarantee you in 10 years you've got less money, less
2    buying power than when you started. That's not
3    investing. That's -- that's safely going broke. That's
4    hiding your money under a mattress and hoping somebody
5    doesn't come steal it, knowing that inflation is going
6    to sneak in every night and take a little piece of it
7    every night.
8            And so the model that we created because we're
9    investing our money and testing, getting all that out of
10   the way in 10 days and then using investor capital only
11   when we're profitable and making an ROI on a lead, well,
12   then we've got high returns making anywhere from 35 to
13   65 percent ROI, gross ROI on our own campaigns, and as a
14   result very, very low risk. We don't have the
15   correlated risk to it. So we rewrote the rules of
16   investing and risk-reward because of that.
17           I'm going to go very quickly through these.
18   I'm happy to come back to them. Happy to share — you
19   know, stick around and answer questions. But I'll very
20   quickly show people, for people that don't know what a
21   lead is or they don't — they can't quantify how are you
22   getting paid.
23           This is an example of a campaign where we're
24   getting paid for sending predictable calls to attorneys
25   who handle personal injury campaigns. We get paid for

Page 34

1  every call that we sent.  You see our cost in there.
2  You can see our ROI and you can see the money that we
3  make.
4       Here's one on mortgage refinance leads.  Same
5  thing, but you look right here: we run an ad, we send
6  them to a page, that page leads to a form, and when that
7  form gets filled out we generate revenue off of it.
8       Here's another one for student loan
9  forgiveness.  Oh, my gosh.  Student loans are out of
10  control in our country, right?  Ridiculous amounts of
11  money that's being owed and the default rates going up.
12  It's like the mortgage crisis all over again with the
13  default rates on student loans.  It's insane.  But same
14  thing: we run an ad, send them to a page, they're
15  filling out a form and when they fill out that form
16  we're getting paid.  $1.45 trillion in student loan
17  debt, and growing.
18       Because of that, these campaigns that we've
19  run across a wide variety of niches, the ROI is super,
20  super strong: 23 percent, 18 percent, 78 percent, 36
21  percent, 23 percent, and on and on and on and on and on.
22  Strong, strong returns on how we invest our money.  This
23  is a sampling of returns.  And I've had people that are
24  very cynical that say, well, that's the ones that work.
25  What about the ones that didn't work?

Page 35

1       Well, the ones that didn't work, we abandoned
2  them before we went and started using investor money.
3  And there's very few of those.  Usually we have enough
4  sense.  Number one, we get to pick and choose the offers
5  and campaigns that we run because we've been doing this
6  a long time and we've got a big deal flow in the
7  pipeline and we get to be picky about who we work with
8  and whose leads we generate.  So we try to pick winners.
9  And in the rare case that we pick one that we start
10  testing and in 10 days we can't get that thing into
11  profitability, we stop.  We don't put investor capital
12  at risk.  Period.  The end.
13       So here's how HCCF-1 LLC is going to make
14  money and how you're going to get paid.  So we set a --
15  we have an operating company called Harbor City Digital
16  Ventures Inc.  We set up this tranche, this funding
17  vehicle -- think of it like a fund -- just to issue this
18  $1 million in bonds.  It has no operating cost other
19  than legal and accounting.  It has no employees.  We're
20  not taking a management fee on the money.  There's no
21  money under management fee.  There's no percentage of
22  what you make.  Nothing.  It comes to -- you're going to
23  get your 1.5 percent a month.
24       The way that we're doing that is Harbor City
25  Digital Ventures and this structure have a transparent

Page 36

1  contractor relationship where Harbor City Digital
2  Ventures will pay a monthly cost of capital back to
3  HFCCF-1, and from that you'll get a check: 1.5 percent,
4  1.5 percent, every month, for a total of an 18 percent
5  annual yield.
6       So people say, well, how big is this?  Where
7  is it going?  And you know, okay, so say I want to test
8  this out and I want to put $50 or $100 or $200,000 and
9  try this.  Is this going to be around in a while for me
10  to put more money to work?  Listen, this is a massive,
11  massive market: 200 billion, over 200 billion in 2017;
12  80 billion in the U.S., growing, going to be over 450
13  billion in the next three to four years.  Companies are
14  flocking to the internet.
15       The thing they love about working with us is
16  that in -- remember, go back to what Wally Waddles said
17  about half the money I spent on advertising is wasted.
18  There are people who are putting their money -- you may
19  be one of them.  If you're a businessowner and you've
20  advertised on the web, you may have experienced this.
21  You go, "Oh, I'm going to go buy me some Facebook ads or
22  some Google ads," and you lose money and because you
23  don't know what you're doing.
24       So there's a lot of people that get on the
25  internet and try to generate leads and try to get new

Page 37

1  customers but they suck at it because that's not their
2  core competency.  They're good at whatever their product
3  or service is.  They're good at selling houses or
4  they're good at selling insurance or they're good at
5  helping people get money back for personal injury.
6  That's what they do well.
7       What we do well is client acquisition, and we
8  created a performance-based product to where they only
9  pay when they get results.  So they're going to get a
10  lead and they know a certain number of those leads will
11  become a customer, so it creates predictability and
12  certainty for them in their own businesses.
13       As I said, we started this year, Digital
14  Ventures started this year with 164 million.  That was
15  before we brought on additional clients.  We have new
16  clients coming now, every single week, asking us to
17  generate leads.  We had a guy come the other day or a
18  lady come, brought a guy with her, her business partner.
19  They have 100,000 financial advisers who sell an annuity
20  product.  They're wanting to take the top 5 percent,
21  5,000 of those people, and have us generate all of the
22  leads for those.  It'll be millions of dollars of leads
23  a month just for those 5,000 people.
24       So we have big opportunity.  It's growing.
25  It's in a robust market.  Another thing a lot of people

1  always ask is, who's behind this?  Who's running the
2  show?  We have 31 -- depending on the day, 31 or 32
3  people on our team around the globe.  We have a good
4  management team in place.  We've brought an
5  institutional quality to our financial side of the
6  business.
7      We've got -- if you look at John McLean, he's
8  there in the middle.  He's a Six Sigma Black Belt, which
9  is if you don't -- if you know anything about that, you
10  know those guys are all about processes and operating
11  procedures.  I call him the SOB of SOP because he's
12  really good at systematizing, putting things into a
13  predictable plan and order.
14      Michael Swackhamer, Cornell graduate, was with
15  Blackstone, was with a number of big firms, family
16  offices and private equity firms, now with us working
17  with us as our CFO, filling in on that role.
18      Look, guys, we're looking and we're going to
19  move in here real quick in the next few moments into a
20  Q&A and I'll be glad to open it up and answer any
21  questions.  But we are moving into an opportunity where
22  in the last 11 days, as I said, we've brought in 249 --
23  I'm guessing it's bigger; I guess I could look on my
24  phone -- but 249 investors have requested the investment
25  documents.  And yep, here's two more.  It's 251

1  investors have requested investment documents.  And we
2  have, if everybody did the minimum and we know that's
3  not happening, but if everyone did the minimum of 50,000
4  we'd only need 20 investors.  We fully believe that
5  we're going to get that in over the next three weeks or
6  less, maybe over the next week and a half, and put this
7  to bed.
8      I'd love for you to become a part of this.
9  What you need to answer for yourself -- if for some
10  reason I didn't answer that for you today, I'll stick
11  around, I'll get on a private call.  Many of you have
12  either had a call with me or you're scheduled over the
13  next few days to have a call with me.  My calendar is
14  literally -- I have seven appointments tomorrow.  It's
15  back-to-back.
16      So is -- the questions you need answered is,
17  where's the money?  Number one, are you an accredited
18  investor?  And let's get that out of the way.  So an
19  accredited investor is an individual who has a million
20  in net worth excluding their primary residence,
21  individual couple excluding their primary residence.
22  That could be stocks, bonds, mutual funds, equity, all
23  kinds of stuff, other real estate that you have.  But it
24  needs to exceed a million in net worth or $200,000 a
25  year for an individual, 300,000 thousand for a couple

1  over the last two years with the expectation of
2  continuing that over the next year or two.
3      There's very clear guidelines for that, and in
4  order to do this offering that we have under rule -- Reg
5  B, Rule 506(c) with the Securities and Exchange
6  Commission, we have to operate by those guidelines.
7      So if you're an accredited investor, if you've
8  got money you want to put to work, if you can't afford
9  to lose money but you know you've got to make money and
10  you're looking for something that's got a low downside
11  risk that we've done everything in our power to mitigate
12  those risks and we created a business model that by --
13  by its very nature mitigates nearly every risk, known
14  risks that normal investing would have, where you know
15  that every one of your dollars that we put out there
16  toward buying advertising to generate these leads will
17  be on a campaign, on leads that are generating a
18  positive ROI, creating predictability and certainty for
19  you and something that you know will create some
20  supplemental retirement income or supplemental income to
21  go towards your retirement and you'll get it every
22  month, every month, every month, 1.5 percent.
23      So that's $750 on 50,000 and that's 1,500 on
24  $100,000 investment.  You can do the math on anything
25  bigger than that.  But that you'll get that predictably

1  every month by the 15th of the month for 24 months, so
2  for two years you're going to get that and then you'll
3  get your principal back at the end of those two years.
4      Whatever other questions I can answer, I'm
5  happy to answer them.  I'm going to pop through some of
6  these slides as we finish up here and see if I think
7  maybe I haven't answered them.  And something I'm going
8  to have to do is bring up the questions box.  I'm going
9  to have to figure out how to do that.  So if you'll bear
10  with me.  There's chat.  Okay.
11      So anyone that has any -- are there any
12  questions?  You can use -- I think there's a question
13  box and there's a chat box.  I'll try to watch both of
14  them.  Are there any questions that you think that we
15  haven't answered or gotten out of the way for you?  I'd
16  be glad for you to -- glad for you to ask those.
17      And so let me pop through a couple of these
18  slides.  I had prepared some of the questions.
19      How safe is it?  I think that we've answered
20  that talking about that, you know, we've mitigated the
21  risk.  We're not investing the money in anything that's
22  not generating an ROI.  We have a low, less than 1
23  percent default rate on receivables.  We've secured --
24  so this is -- let me talk about this a little bit.
25      We've secured this.  The way we're securing

## Page 42

1   this is HCCF-1 is filing a UCC-1 filing against the
2   receivables and purchase orders for Digital Ventures.
3   Why is that? That creates -- those are entities;
4   they're like human beings, right? So they're -- they're
5   individual, independent entities. And that creates a
6   transparent and contractual relationship for how the
7   money flows as well as the security, as a backup.
8        Worst-case scenario: we have about $50 million
9   worth of data in Digital Ventures. We have websites and
10  domains, hundreds of domains, dozens of websites. We
11  have lots of intellectual property. Worst-case
12  scenario: we would do a fire sale, liquidate and
13  everybody'd get their money and I'd go maybe to some
14  little island somewhere and forget all this.
15       But the point is, is that we've done
16  everything we can to secure this for you to create some
17  -- some peace of mind where you can sleep at night
18  knowing that we're not putting your money at risk.
19       I talked about the minimum. It's a $50,000
20  minimum. When do you -- do I get paid? You get paid on
21  or before the -- good question, Bill. I'll answer that
22  for you. You get paid on or before the 15th of the
23  month, so you'll -- you'll get your $1,500 on 100,000,
24  whatever your 1.5 percent is on your investment.
25       When do I get my money back? At the end of

## Page 43

1   the two years you'll get the return of principal, so you
2   will have earned 24 payments of 1.5 percent. You'll
3   earn 36 percent return on your money yield over two
4   years, and you will have received 24 monthly payments
5   every month, every month, and then you'll get that
6   principal amount back. So if it's 50,000 you invest,
7   you'll get 50,000 back. There's no -- again no -- no
8   fee, money under management fees, nothing dragging on
9   this.
10       How can you pay these kinds of returns? I
11  think I answered that but I want to give you a kind of a
12  quick -- it's kind of like a thing that you can maybe
13  think about.
14       So I want you to imagine for a moment that
15  you're in the coffee bean business and you're selling
16  coffee beans and you get an order in for 10,000 pounds
17  of coffee beans, and let's say you're selling coffee
18  beans for $15 a pound. That -- the math -- the amount
19  doesn't matter. Just stick with me for a minute.
20       But you're selling it for $15 a pound. You
21  get an order in for 10,000 pounds and you look around
22  and you go, "I don't have enough money to buy, you know,
23  10,000 pounds of coffee. What am I going to do?" So
24  you go to somebody who has money, an investor, right,
25  someone just like you that has some money that they're

## Page 44

1   willing to put up to help you buy those coffee beans.
2        So you fly to South America. You meet with
3   the growers and the distributors down there. You
4   negotiate your deals. You tell them, "Here's where I
5   want it shipped to." And so a few weeks later your
6   coffee -- you pay them. A few weeks later your coffee
7   beans show up at your doorstep in your warehouse. Your
8   team gets together or the company you hire to package
9   them, label them, put them on pallets, you know, get
10  them ready and ship them out. They have to go across
11  the country to wherever those 10,000 pounds of coffee
12  were supposed to go. Then you issue your invoices. You
13  wait to get paid for those invoices and that could be --
14  let's say from the day you flew to South America to the
15  day that you got paid was 45 to 75 days.
16       That is exactly our business model. So we
17  invest the money. We already know we've got an order
18  for a certain number of leads. We already know
19  somebody's paying, and let's say a real estate lead,
20  which is a very good example, paying $15 a lead. We
21  know that they're going to cost us $10 a lead to
22  generate those leads. We just need the money to bridge
23  between when we invest the money in the ads and when we
24  get paid 45 to 70 days later. That's it, and we turn
25  the money over and over and over again.

## Page 45

1        But how do we afford to pay these kind of
2   returns? So I want to go back to that example. So if
3   you gave me the $10 per pound to buy the coffee and I
4   sell it for 15, I'm making how much profit? $5 profit.
5   $5 profit on a $10 investment is what return on
6   investment? 50 percent, right? So you -- I'm making a
7   50 percent return on my money, and in our case with the
8   bond we're paying you 1.5 percent, 1.5 percent, 1.5
9   percent on that $10. So that's 15 cents a month, right?
10       So if I -- in three months if I make $5 in
11  profit and I pay you 15 cents a month to service that
12  debt, for a total of 45 cents, is it reasonable to
13  expect that I can afford to pay you 45 cents out of my
14  $5 in profit? Yes.
15       That's our model. So we make good returns on
16  our campaigns. We don't mind paying the debt service.
17  1.5 percent is a good number for you and it's a good
18  number for us. It's a reasonable amount of money for
19  you to receive in order for putting your money up and
20  letting us use it over and over and over again over the
21  next two years.
22       So that's -- that's how we make the money.
23  This is one that we get a lot. I'm going to stop,
24  actually. I'm going to go back for just a second. I'm
25  going to leave this up and I'm going to answer Bill's

## Page 46

1   question.

2          He says, "Are you thinking of any equity

3   offering?" That's what we started offering at the

4   beginning of the year. Actually, we still have that

5   private placement memorandum for Digital Ventures. It's

6   a -- it's a preferred -- convertible preferred. It is

7   equity. So it's preferred stock that has a conversion

8   feature and all of that. We may come back to that at

9   some point.

10         Right now this makes the most sense because it

11  gives the investor a predictable return on their money

12  and an in and an out. They know they're out in two

13  years. That's what it seemed like the type of investors

14  we were attracting wanted most. So that's what we're

15  doing. If this works, like it looks like -- 251 leads

16  in 11 days, accredited investor leads, downloading the

17  document and saying "I'm interested," having

18  conversations back-to-back, six, seven conversations a

19  day now.

20         I'm pretty sure we're going to get the 20 --

21  the 10 to 20 people. If everybody came in with 100 it'd

22  be 10; if everybody came in at the minimum of 50, it'd

23  be 20. So somewhere between 10 and 20 people. I think

24  we'll put this to bed.

25         But again, remember our goal wasn't to do a

## Page 47

1   million-dollar round. Our goal was to prove out, was

2   there an appetite for this bond? And if so, then our

3   goal is to come back in the first quarter, come back in

4   January and start doing ever-larger rounds, possibly

5   with a lower rate of return, but we'll see. I mean, who

6   knows. It may be the exact same deal.

7          If somebody were interested in equity, you

8   could contact me individually. We can have a

9   conversation. It would have to make sense for

10  everybody, but we'd be open to talking about it, I

11  guess.

12         So, yeah. Too good to be true? You know, I

13  hope I've -- I've shown you that, that it does. You

14  know, anytime you see something like that, it's not

15  impossible to make 18 percent. There's people that make

16  2 and 3 and 500 and 1,000 percent on their money

17  investing. But the problem was, is most of that was

18  very risky. So they bought Facebook or Google or Amazon

19  or something before it went public and they've made

20  many, many, many, many, many times, but they didn't know

21  that to begin with so they put a lot of little bets down

22  on a bunch of different companies and one of them paid

23  off. That's venture capital or angel investing.

24         This is not venture or high-risk or

25  speculative. Somebody used that word with me earlier

## Page 48

1   today. He knows who he is. It's not speculative. It

2   may be speculative for you because you don't understand

3   our model or haven't heard of our model, but we're not

4   speculative. We're not a startup. We have five years

5   of operating history. We've been building the business

6   a lot longer but we have five years of operating history

7   with this model and -- and happy investors' testimonial.

8   I mean, we -- the audited financials coming out.

9          So this is the real deal. So even though it

10  sounds too good to be true when you first see, oh, 18

11  percent, hopefully by the time you've read all the

12  materials and then now today you've been through the

13  business model and you understand it, and if you have

14  to, we can have a conversation on the phone to get your

15  -- get complete, you know, sanity with this. But yeah,

16  it's not too good to be true. It's very reasonable to

17  pay this kind of a return when you're making the kind of

18  money that -- returns that we make.

19         Who's this investor for -- who is this

20  investment for? We're finding that folks who are --

21  well, number one, you have to be an accredited investor.

22  But we're finding that folks who are looking for pockets

23  of yield, having a challenge finding that. Investors

24  who maybe have made good in the last couple of years in

25  the stock market. I did read -- in fact, I think it's

## Page 49

1   right here. An article in the Wall Street Journal last

2   week: all of 2018's gains were wiped out as of last

3   week. So that's going to be bad. This other article

4   says stocks and bonds face a year in the red. A lot of

5   -- a lot of traditional investments are going to end the

6   year down. Pretty crazy.

7          So people are looking for something. This at

8   least is predictable. If you were thinking about or if

9   you've been parking some cash, this would be a great

10  place to park some cash over the next two years because

11  where else do you know with absolute certainty that

12  you're going to earn 18 percent a year? This is one

13  place to do that.

14         So I -- what I hope is that somewhere between

15  10 and 20 people will do what happened to me back in

16  2013. They'll put a little bit of their money, you'll

17  put a little bit of your portfolio with me. Put 50,

18  100, 200, 300, whatever that number is that you feel

19  comfortable. It depends on your size of your portfolio,

20  right? But you'll put a little bit of money with me.

21  Let me prove it. You cash the checks every month, put

22  them in the bank, whatever you're going to do with them.

23  And then if you want to come in bigger later and we have

24  another opportunity, then you can do that. But let me

25  prove it to you, and that's all I can ask and that's --

## Page 50

1  I think that's all anyone can ask.
2      What are the next steps to invest? I'm going
3  to put a phone number up on the board. You can call the
4  office. Betsy will either direct you to me or book a
5  time, probably book of time to talk to me because right
6  now, I mean, other than blocking out this time for this
7  webinar, I'm literally back-to-back in investment calls
8  trying to get this thing put to bed. So she's been
9  booking me back-to-back on calls, and we're working 18
10 hours a day and working in the evenings doing campaigns
11 and stuff. Our team is just -- we're doing everything
12 we can to keep the machine scaling and running.
13      So for me it's time away to meet with you. So
14 I want you to have all your questions written down.
15 When we meet I'll answer every question you have. I
16 have nothing whatsoever to hide. We'll be very
17 transparent. I'll answer those questions. If it's
18 right for you, it's fine. You'll fill out a
19 subscription agreement. You'll wire us the money and
20 we'll be off to the races. On January -- in January of
21 2019, by the 15th of the month you'll get your first
22 payout.
23      So, and we had debated -- in the old days we
24 were paying out with ACHs but I believe with the bond
25 we're going to go ahead and we're actually going to be

## Page 51

1  cutting checks every month, so it's mailbox money. Who
2  doesn't -- who doesn't like getting money in their
3  mailbox? So $100,000, you'll get a check every month,
4  every month, for 1,500 a month.
5      I had a guy tell me today -- he said, "I'm
6  going to use this money to take vacations, let it stack
7  up a few months and then just take it and go on vacation
8  or do something for the grandkids or something."
9      So you can call the number on the screen, 321-
10 608-0605. You can email us, invest@harborcity.com. And
11 I'll be glad to answer any questions that you have.
12      Thanks again for you, Bill, for being here.
13 And wow, all but one person that started this webcast
14 with us is still here. So either you're bored and had
15 nothing to do or you're interested and excited as much
16 as I am. I look forward to doing business together.
17 Fist bump together. Let's get started. Let's go make
18 some money together and do some really cool stuff in
19 this world.
20      Take care, guys, and we'll talk to you very,
21 very soon.
22      (End of audio.)
23          * * * * *
24
25

## Page 52

1          TRANSCRIBER'S CERTIFICATE
2
3      I, Bryant Hillas, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings of the matter:
7  HARBOR CITY CAPITAL CORP.
8  Audio file:
9  Harbor City Capital Corp HCCF-1 Bond Webcast - YouTube
10
11
12
13  Bryant Hillas
14  Transcriber
15  4-12-2021
16
17
18
19
20
21
22
23
24
25

**A**

abandoned 35:1
ability 4:2,15
able 25:7
absolute 49:11
absolutely 28:21
accept 32:18,20
access 3:14
accounting
  35:19
accounts 8:23
accredited 15:20
  39:17,19 40:7
  46:16 48:21
accurate 52:4
ACHs 50:24
acquire 4:7 6:5
acquisition 3:8
  3:14 6:3 37:7
action 3:23
activity 11:16
ad 8:23 19:22
  26:4 34:5,14
ad-buying 26:4
adapt 20:16
addition 13:23
additional 31:10
  37:15
administration
  10:7
ads 8:6 15:18
  16:1 27:2,19
  36:21,22 44:23
adults 21:22
advertise 21:16
advertised 36:20
advertiser 29:5
advertising 3:18
  3:24 22:5,8,11
  23:24 26:2,7
  36:17 40:16
advisers 37:19
afford 29:20
  31:21,21,24,25
  40:8 45:1,13
afterward 13:3
aggregate 30:13
ago 2:8 3:16 6:5
  6:9 10:14,15

20:4 21:4 23:7
agreement 14:8
  50:19
ahead 50:25
algorithms
  18:24
allocate 22:18
  28:2,8
alternative 5:5
  5:11
amazing 17:25
  18:6
Amazon 47:18
America 44:2,14
amount 12:10
  13:17 15:12
  27:5 43:6,18
  45:18
amounts 14:25
  34:10
angel 47:23
annual 22:4
  36:5
annuity 37:19
answer 2:19 7:4
  15:15 30:18,20
  33:19 38:20
  39:9,10 41:4,5
  42:21 45:25
  50:15,17 51:11
answered 15:14
  39:16 41:7,15
  41:19 43:11
answers 23:15
anybody 17:24
anytime 47:14
appetite 47:2
applied 20:22,23
  20:23
appointments
  39:14
appreciate 15:6
approach 10:23
  18:17
April 8:8
area 2:10 17:4
art 5:18
article 49:1,3
artificial 18:23

aside 26:13
asked 2:22
  21:13
asking 5:4 37:16
asset 5:5,11,15
  6:14,18 19:18
assets 15:2
association 13:1
  13:2,2
attorneys 10:4
  33:24
attracting 46:14
audience 28:1,2
audiences 18:25
audio 51:22 52:8
audited 15:4,7
  31:15 48:8
auto 9:18 20:23
awake 14:11

**B**

B 40:5
back 5:13 7:19
  8:3 11:17,24
  12:2,24 13:7
  13:20 14:17
  16:8,12 17:9
  17:15 20:2,2
  27:12 29:16
  30:12,16,19
  33:18 36:2,16
  37:5 41:3
  42:25 43:6,7
  45:2,24 46:8
  47:3,3 49:15
back-office 10:7
back-to-back
  39:15 46:18
  50:7,9
background 3:1
backstory 2:16
backup 42:7
backwards
  32:23,24
bad 24:2 49:3
bank 4:21 21:12
  21:12 49:22
bankers 13:2
banking 13:1

banks 21:14
Bannister 16:16
bargain 12:17
based 4:2
basically 9:4
beach 17:7
bean 43:15
beans 43:16,17
  43:18 44:1,7
bear 41:9
beauty 29:11,11
  29:12
bed 39:7 46:24
  50:8
began 6:10
  11:13 25:14,19
beginning 46:4
behaviors 4:3
beings 42:4
believe 16:24
  21:24 22:22,23
  22:24 39:4
  50:24
believed 16:17
bells 13:10
Belt 38:8
Bernie 16:2
bet 22:22
bets 32:14 47:21
Betsy 50:4
better 16:21,22
  16:23 32:22
big 7:2,3,5,7,8
  8:7 9:2 14:5
  18:22 20:6,21
  21:4 23:5 35:6
  36:6 37:24
  38:15
bigger 7:23 9:11
  9:14 22:9
  38:23 40:25
  49:23
biggest 14:12
  15:17,23,23
bill 31:1 42:21
  51:12
Bill's 45:25
billion 18:22
  21:9,10 22:11

36:11,11,12,13
bills 6:7 14:12
  31:3,3,6
birthday 20:25
bit 2:15 10:20
  11:7 41:24
  49:16,17,20
black 10:24 38:8
Blackstone
  38:15
blocking 50:6
board 14:17
  50:3
boats 20:5
bond 1:7 2:2
  4:18 14:1
  30:12 45:8
  47:2 50:24
  52:9
bonds 5:9 31:9
  35:18 39:22
  49:4
book 50:4,5
booking 50:9
boosters 17:9
bored 51:14
bought 20:24
  21:22 47:18
box 41:8,13,13
Boy 27:7
brain 8:13,15
break 16:16
  27:5
breathe 4:12
breathes 10:12
Brevard 17:4
bridge 44:22
bridging 19:22
brilliant 28:21
bring 2:16 4:15
  26:22 31:11
  41:8
bringing 23:24
broke 16:20
  17:1 33:3
broker-dealer
  4:21
brokers 13:2
brought 37:15

Page 54

37:18 38:4,22
**Bryant** 52:3,13
**Buck** 17:21
**bucket** 12:1,2
**budget** 26:13
28:1,7,7
**Buffets'** 25:17
**Buffett's** 25:16
**buggy** 21:25
**build** 18:2
**building** 2:17
3:2,6 4:23
10:19 12:21
18:16 48:5
**built** 3:2 10:4
13:11 18:4,4
19:16
**bump** 51:17
**bunch** 8:10
47:22
**Bunky** 17:21
32:10
**business** 2:12,18
5:11,22 9:5
11:16 12:17
16:6 17:22
20:11,11 22:23
24:7,19,21
25:20 27:8
30:17 37:18
38:6 40:12
43:15 44:16
48:5,13 51:16
**businesses** 3:10
4:13,14 7:12
37:12
**businessowner**
36:19
**businessperson**
5:23
**buy** 19:21 20:22
21:3 36:21
43:22 44:1
45:3
**buyers** 19:14
20:9 21:18,22
**buying** 4:23 6:7
22:3 27:10
29:5,14 33:2

40:16

**C**

**C** 2:1
**calendar** 39:13
**call** 6:22 23:8
25:25 27:10
34:1 38:11
39:11,12,13
50:3 51:9
**called** 11:3
35:15
**calls** 18:5 33:24
50:7,9
**campaign** 8:25
18:12 26:8
27:15,17 33:23
40:17
**campaigns** 8:24
11:20,21 14:10
14:10 26:15,17
26:18,22 33:13
33:25 34:18
35:5 45:16
50:10
**Canaveral** 17:6
**capacity** 26:19
**Cape** 17:5
**capital** 1:5,7 2:2
2:5 4:20,25
6:23 7:24 8:19
12:12 14:25
18:15,18 19:25
24:22 26:20
29:1 32:7,14
33:10 35:11
36:2 47:23
52:7,9
**capital-raising**
10:6
**car** 5:17 7:13
**card** 20:23
**cards** 12:8
**care** 24:9,10
51:20
**carrying** 21:24
**carts** 21:24
**case** 35:9 45:7
**cash** 49:9,10,21

**CDs** 32:22
**cents** 6:8,8,8
45:9,11,12,13
**CEO** 2:4
**certain** 4:6
13:17 14:8,9
37:10 44:18
**certainty** 23:17
23:17,20,22
24:17,20 29:16
37:12 40:18
49:11
**CERTIFICA...**
52:1
**certify** 52:3
**cetera** 5:10
**CFO** 38:17
**challenge** 48:23
**change** 18:1,2
**changed** 6:21
16:24
**chart** 27:13
**chat** 41:10,13
**check** 7:20,23
30:6,8 36:3
51:3
**checks** 15:3
31:16 49:21
51:1
**China** 24:9
**choose** 35:4
**Christmas** 20:25
25:3 30:8
**circle** 5:19
**City** 1:5,7 2:2,4
6:22 35:15,24
36:1 52:7,9
**class** 5:15 6:19
19:18
**classes** 5:12
**classic** 5:17
**clean** 17:16
**clear** 40:3
**click** 3:21
**client** 3:7,14 6:3
37:7
**clients** 4:8,16
6:5 12:6 25:5
37:15,16

**cliff** 25:21
**close** 23:19,20
23:20 27:21
**club** 7:11
**Coast** 17:2,3
**coffee** 43:15,16
43:17,17,23
44:1,6,6,11
45:3
**cohort** 13:4
**collections** 5:18
5:18,18
**combined** 22:3
**come** 4:19,22,25
16:22 17:15
25:15 27:12
30:19 31:10
33:5,18 37:17
37:18 46:8
47:3,3 49:23
**comes** 17:20
35:22
**comfortable**
49:19
**coming** 10:14
14:21 15:19
24:14 28:14,24
30:7 37:16
48:8
**comment** 15:24
**commenting**
15:25
**commerce** 21:2
**Commission** 1:1
40:6
**companies** 3:2,6
3:10 4:16,24
10:5,19 19:5,9
20:8,11,18
23:25 24:1,12
36:13 47:22
**company** 3:3,4
22:24 35:15
44:8
**competency**
37:2
**complete** 48:15
52:4
**concept** 11:11

12:13
**concerned** 25:1
**conference** 4:22
9:2
**conferences**
25:8
**confused** 19:12
**confusing** 13:8
13:12
**connected** 18:14
18:21
**connecting** 18:5
18:7,19
**consider** 5:14
**consistent** 19:14
**constantly** 26:21
**contact** 47:8
**contained** 52:5
**continues** 22:2
**continuing** 40:2
**contractor** 36:1
**contracts** 14:8
24:13
**contractual** 42:6
**control** 34:10
**conversation**
47:9 48:13
**conversations**
46:18,18
**conversion** 46:7
**convertible** 13:9
46:6
**cool** 51:18
**core** 37:2
**Cornell** 38:14
**Corp** 1:5,7 2:2
52:7,9
**correlated** 24:8
32:18 33:15
**cost** 34:1 35:18
36:2 44:21
**costing** 11:22
28:17
**country** 34:10
44:11
**County** 17:4
**couple** 8:11 12:9
23:6 39:21,25
41:17 48:24

**CPAs** 10:6
**crank** 26:3
**crap** 6:18
**crazy** 5:17 12:15
  32:15 49:6
**create** 14:24
  18:25 19:17
  24:20 31:9
  32:10 40:19
  42:16
**created** 18:10,18
  24:19 25:24
  33:8 37:8
  40:12
**creates** 37:11
  42:3,5
**creating** 18:6,6
  18:8 40:18
**creative** 28:9
**credit** 20:22
**crisis** 34:12
**currently** 31:1
**customer** 3:9
  6:14,19 37:11
**customers** 4:8
  4:10,16 6:6
  19:6,14 23:24
  24:2,4,15,16
  24:17 25:5
  31:5 37:1
**cut** 28:1
**cutting** 51:1
**cynical** 34:24

___
**D**

**D** 2:1
**data** 6:13 18:22
  18:22 19:2
  27:10 42:9
**daughters** 25:10
**day** 8:24,25 11:3
  15:20 26:9,10
  26:24,25 27:1
  27:19 28:3,3
  28:12,13,14
  29:2,3,4,4,4,7
  29:8 31:23
  32:21 37:17
  38:2 44:14,15

46:19 50:10
**days** 4:13 14:18
  19:24,25 26:10
  27:18 30:25
  33:10 35:10
  38:22 39:13
  44:15,24 46:16
  50:23
**deal** 35:6 47:6
  48:9
**dealership** 7:13
**deals** 44:4
**debated** 50:23
**debt** 34:17 45:12
  45:16
**December** 10:15
  24:24,25 30:7
**decent** 7:15
**decent-sized**
  7:20
**decision** 2:24
  34:11,13 41:23
**default** 31:2
**demand** 19:16
**demographics**
  4:3
**dentist** 7:14
**depending** 38:2
**depends** 49:19
**deploy** 8:19 9:22
**deploying** 11:9
**describe** 10:23
  15:11
**desire** 14:14
**details** 2:13
**dial** 6:4
**difference** 22:5
**different** 5:15
  9:7,8 28:10
  47:22
**digital** 19:1 22:3
  22:4,7 26:2,7
  35:15,25 36:1
  37:13 42:2,9
  46:5
**dime** 3:23
**dimension** 16:10
**dinner** 7:11
**direct** 50:4

**disappoint** 25:2
**discount** 6:7
**discovered**
  16:11
**disjointed** 18:8
**distributors**
  44:3
**diversified** 1:24
  9:23
**doctor** 7:15
**document** 46:17
**documents**
  14:19 15:13,22
  38:25 39:1
**dog** 5:20 6:1
**doing** 2:17 9:13
  10:16 11:10
  12:14 14:14
  25:15 26:23
  28:9 30:22
  35:5,24 36:23
  46:15 47:4
  50:10,11 51:16
**dollar** 3:23 5:12
  5:13 6:7 8:2,3
  11:17,18 14:12
  18:11 29:13
**dollars** 9:22
  22:6 37:22
  40:15
**domains** 42:10
  42:10
**door** 24:13
**doorstep** 44:7
**double** 12:7 28:2
  28:8
**doubled** 4:12
**downloading**
  15:22 46:16
**downside** 40:10
**dozens** 42:10
**dragging** 43:8
**dramatic** 4:13
**drill** 32:16
**driving** 16:6
**drop** 31:11
**dropping** 12:1

___
**E**

**E** 2:1,1
**earlier** 4:22 14:2
  47:25
**early** 11:8,20,21
  12:25
**earn** 43:3 49:12
**earned** 43:2
**easily** 9:8,14
**eat** 4:11
**eats** 10:11
**effectively** 4:9
**efficiently** 4:9
**egg** 31:4
**eggs** 31:5
**either** 39:12
  50:4 51:14
**eliminate** 28:7
**email** 51:10
**employees** 35:19
**enjoy** 25:11
**entities** 42:3,5
**entrepreneur**
  17:23
**entrepreneurial**
  4:23
**epiphany** 6:21
**equity** 7:13 10:8
  13:6 38:16
  39:22 46:2,7
  47:7
**Eric** 13:4
**esoteric** 5:6,15
**essence** 26:1
**estate** 2:9 5:10
  9:16 29:23
  39:23 44:19
**et** 5:10
**evaluation** 2:24
**evenings** 50:10
**ever-larger**
  14:25 47:4
**everybody** 16:17
  22:13 39:2
  46:21,22 47:10
**everybody'd**
  42:13
**everyone's** 2:19
**exact** 47:6
**exactly** 6:2

44:16
**example** 11:20
  33:23 44:20
  45:2
**exceed** 39:24
**exceptionally**
  4:16
**Exchange** 1:1
  40:5
**excited** 51:15
**excluding** 39:20
  39:21
**existing** 18:1
**expanded** 16:9
**expect** 31:17
  45:13
**expectation** 40:1
**expenditures**
  22:8,12
**expensive** 24:6
  27:23
**experienced**
  36:20
**explain** 12:19
**exposure** 26:11
  26:24
**extremely** 23:21
  26:8

___
**F**

**F** 20:3
**face** 19:5 25:4,8
  49:4
**Facebook** 4:6
  36:21 47:18
**fact** 4:20 6:15
  12:7 16:15,23
  31:22 48:25
**faith** 11:8
**Falcon** 17:8
**family** 10:17
  25:4 38:15
**far** 7:24
**fast** 4:16
**feature** 46:8
**February** 12:25
  15:7
**fee** 35:20,21
  43:8

Page 56

feeder 10:9
feel 49:18
fees 43:8
fell 25:21
female 28:2
fewer 24:5
fighting 18:1
figure 3:18 10:1
  20:16 41:9
figures 8:24,25
file 1:4 52:8
filing 42:1,1
fill 34:15 50:18
filled 34:7
filling 15:21
  34:15 38:17
finally 13:13
financial 37:19
  38:5
financials 15:5,7
  31:15 48:8
find 8:18,20
  23:3
finding 48:20,22
  48:23
fine 50:18
finish 22:25 41:6
fire 42:12
firms 38:15,16
first 3:3 6:17
  12:9 16:16
  17:8 22:7,8
  25:1 27:1,18
  27:19 28:12
  30:8 47:3
  48:10 50:21
Fist 51:17
five 10:14,15
  12:5,22 26:14
  31:1 48:4,6
fix 17:16
fixed 13:18,19
FL-04236-A 1:4
flat-out 13:12
flew 44:14
flipped 6:9
float 14:12
flocking 36:14
Florida 8:9

flow 19:14 35:6
flowers 21:1
flows 42:7
fly 44:2
folks 2:22 17:3
  48:20,22
foregoing 52:3
forget 42:14
forgiveness 34:9
form 15:22 34:6
  34:7,15,15
fortune 24:1,4
forward 29:2
  51:16
found 9:13
  11:12 25:16
founder 2:4
four 15:5,8 20:1
  22:11 36:13
four-minute
  16:15,16,20
  17:1
fraction 4:8
frankly 25:8
friend 17:11
friends 10:17
front 17:6 19:3
frustrated 19:12
full- 3:4
full-time 3:6
Fuller 17:21
fully 39:4
fund 5:3 6:15,16
  10:3 18:15
  35:17
fund-to- 10:9
funding 31:7
  35:16
fundraising
  10:6
funds 5:9 10:7,8
  10:8,9,10
  31:13 39:22
future 23:2,4,4
  31:10,19

-----G-----
G 2:1
gains 49:2

gap 19:22
gas 32:15
generate 11:23
  27:2,4,4,6,6
  28:24 30:24
  34:7 35:8
  36:25 37:17,21
  40:16 44:22
generated 11:14
generating 3:9
  4:10 11:16
  12:7 13:18
  40:17 41:22
generation 3:8
  6:2 18:11
getting 8:2
  11:17,22 15:3
  19:19,20 22:9
  24:2,4 27:3
  28:19 31:5
  32:21 33:9,22
  33:24 34:16
  51:2
gifts 20:25,25,25
give 2:15 10:20
  10:21 11:20
  13:19 23:15
  43:11
gives 46:11
glad 38:20 41:16
  41:16 51:11
globe 38:3
go 2:21 6:22
  9:22 13:21,21
  16:12 17:5,7
  20:8,9,9,10,11
  20:20 21:11,16
  22:2 23:3,4
  25:3,9 27:7,8
  27:11,19 28:4
  28:20 32:15
  33:17 36:16,21
  36:21 40:21
  42:13 43:22,24
  44:10,12 45:2
  45:24 50:25
  51:7,17
goal 46:25 47:1
  47:3

goes 28:3
going 2:20,21
  9:7 13:16,20
  13:21,22,22
  15:10 17:13,14
  17:15 19:7
  20:10,13,15
  22:16,17,18,19
  23:1 27:11
  29:18 30:6,8
  30:14 32:23,24
  33:3,5,17
  34:11 35:13,14
  35:22 36:7,9
  36:12,21 37:9
  38:18 39:5
  41:2,5,7,8
  43:23 44:21
  45:23,24,25,25
  46:20 49:3,5
  49:12,22 50:2
  50:25,25 51:6
gold 5:10
golden 31:4
good 12:16 16:1
  16:4,7,18 24:1
  29:21 32:17
  37:2,3,4,4 38:3
  38:12 42:21
  44:20 45:15,17
  45:17 47:12
  48:10,16,24
goods 20:22
  21:3
Google 36:22
  47:18
goose 31:4
gosh 34:9
gotten 41:15
graduate 38:14
grandkids 51:8
great 12:11 27:7
  49:9
Gretzky 22:15
gross 11:18
  33:13
ground 32:16
group 23:12
groups 4:6

grow 21:9 29:3
growers 44:3
growing 12:6,6
  18:17 22:22
  23:5,24 34:17
  36:12 37:24
growth 22:4
  23:13,23
guarantee 14:19
  33:1
guardrails 18:16
  28:11 32:6
guess 2:9 6:3
  24:3,4 38:23
  47:11
guessing 38:23
guideline 27:21
  27:22
guidelines 40:3
  40:6
guy 7:12,13 11:2
  13:13 16:16
  17:22 29:23
  31:12,23 37:17
  37:18 51:5
guys 6:18 7:12
  7:15 8:1,11 9:3
  10:4,24 13:11
  15:12 25:6,7
  26:3 31:15
  38:10,18 51:20

-----H-----
half 3:17,19,20
  36:17 39:6
handle 33:25
Hanukkah
  20:25
happen 14:23
happened 4:18
  17:17 49:15
happening 39:3
happy 33:18,18
  41:5 48:7
Harbor 1:5,7
  2:2,4 6:22
  35:15,24 36:1
  52:7,9
hard-money

30:1
HCCF-1 1:7 2:2
   31:8 35:13
   42:1 52:9
he'll 12:24
head 5:24
health 9:18
heard 16:2,4
   48:3
heavily 32:4
hedge 10:7
held 8:8,9 10:15
help 44:1
helping 37:5
Hey 7:18
HFCCF-1 36:3
hide 50:16
hiding 33:4
high 8:25 19:16
   19:16 32:12,12
   32:18 33:12
high-risk 47:24
highly 9:23
Hillas 52:3,13
hire 44:8
history 48:5,6
hit 27:22
holes 32:16
Holmes 16:9
Holy 6:18
home 20:23
honest 14:3
hope 22:20
   32:16 47:13
   49:14
hopefully 2:22
   48:11
hoping 2:6 33:4
hot 24:11
hour 8:9
hours 50:10
houses 37:3
human 42:4
hundreds 42:10

_____ I _____
idea 4:17 8:19
   12:12 18:10,15
ideas 18:8 26:22

imagine 43:14
impacts 4:14
important 11:19
   25:14
impossible
   16:12,13,25
   23:18 47:15
income 40:20,20
increase 29:3
incredible 17:11
incredulous
   15:24
independent
   13:1 42:5
indicated 14:20
   29:6
individual 28:17
   39:19,21,25
   42:5
individually
   47:8
industry 8:12,19
   20:2
inflation 32:23
   33:5
information
   15:21
injury 33:25
   37:5
insane 12:10
   34:13
insertion 14:7
   24:14
inside 18:16
   28:11 32:5
insights 2:13
institutional
   38:5
insurance 9:17
   9:18,18 20:24
   37:4
intellectual
   42:11
intelligence
   18:23
interested 7:7
   8:1,1 46:17
   47:7 51:15
interests 4:3

internet 3:5,13
   3:19,24 6:3
   8:10 20:21
   21:2,2,17,20
   22:1,7,11
   23:23 36:14,25
interview 5:3
interviewed
   10:3,3
interviewing 5:4
invented 6:18
invest 10:22
   23:3 26:14
   27:1 30:15
   34:22 43:6
   44:17,23 50:2
invest@harbo...
   51:10
invested 5:5,16
   7:16 29:13
   32:1
investing 2:25
   4:17 5:9,14 7:7
   23:9,10,16
   24:18 32:9,11
   33:3,9,16
   40:14 41:21
   47:17,23
investment 4:21
   6:12,13,20
   11:15 13:1,2
   23:13 28:17
   38:24 39:1
   40:24 42:24
   45:5,6 48:20
   50:7
investments
   22:18 49:5
investor 2:9
   5:22 17:23
   26:12 29:1,13
   32:7 33:10
   35:2,11 39:18
   39:19 40:7
   43:24 46:11,16
   48:19,21
investors 7:6
   14:18 15:20
   29:24 31:20

38:24 39:1,4
   46:13 48:23
investors' 48:7
invoices 44:12
   44:13
island 42:14
issue 31:8 35:17
   44:12
it'd 46:21,22
It'll 37:22

_____ J _____
jail 25:9
January 11:8
   14:5 30:9 47:4
   50:20,20
Jobs 18:5
John 20:3 38:7
joined 4:6
Journal 49:1
journey 4:11
   6:16,24 10:1
JP 2:4 6:18 9:6
   27:7 28:22
   29:20,24 31:14
   31:24

_____ K _____
keep 28:9 29:9
   29:18 50:12
keeps 28:14
Kennedy 20:3
   21:5
kids 20:12 25:11
   25:12
kind 7:20 8:22
   10:16 20:20
   21:1 29:21
   30:2 32:2
   43:11,12 45:1
   48:17,17
kinds 10:9 23:3
   23:14,15 32:2
   39:23 43:10
knew 8:6,14,15
   10:18,18,18
   23:17,18 29:17
knock 7:5
knocked 7:10
   29:25

know 2:3,11 5:1
   5:8,12,23,23
   6:13 7:3,23,25
   8:6,7,19 10:9
   10:12,22,25
   13:4,7,16,20
   13:23 14:3,4
   19:10,20,21
   20:8 22:19
   23:13,14 24:12
   28:4,18,23
   30:22 31:19,25
   32:12,14,23
   33:19,20 36:7
   36:23 37:10
   38:9,10 39:2
   40:9,14,19
   41:20 43:22
   44:9,17,18,21
   46:12 47:12,14
   47:20 48:15
   49:11
knowing 33:5
   42:18
knowledge 7:24
known 40:13
knows 47:6 48:1

_____ L _____
label 44:9
lady 37:18
laid 9:4
land 17:17
landed 17:10
laser-target 4:2
late 12:24
laughed 8:22
launched 17:9
lay 22:21
laying 31:5
lays 31:4
lead 3:8 6:2
   11:22,23 13:17
   18:10 27:3
   28:17,24 30:23
   33:11,21 37:10
   44:19,20,21
leads 3:9 6:13,19
   9:16,18,18

Page 58

11:16 14:7,9
15:19,19,20
19:18,18,23
24:6 27:2,4,4,6
27:20 29:6,7,8
29:8,14 34:4,6
35:8 36:25
37:10,17,22,22
40:16,17 44:18
44:22 46:15,16
**learn** 3:11 8:14
**learned** 3:11
10:8
**learning** 10:13
**leave** 45:25
**left-hand** 27:15
**legal** 9:15 35:19
**lending** 30:1
**let's** 27:3 39:18
43:17 44:14,19
51:17,17
**letters** 14:8
**letting** 45:20
**life** 9:17
**lifelong** 4:11
**lifetime** 6:7
**lifts** 20:5
**likes** 17:24 32:3
**limited** 26:23
**lined** 24:12
**liquidate** 42:12
**Listen** 36:10
**literally** 39:14
50:7
**little** 2:15 10:20
11:7 33:6
41:24 42:14
47:21 49:16,17
49:20
**LLC** 31:8 35:13
**loan** 20:23,23
34:8,16
**loans** 34:9,13
**local** 2:8
**Logic** 28:6
**logical** 27:24
**long** 5:12 6:9 7:9
13:14 25:6
35:6

**long-term** 9:24
**longer** 48:6
**longtime** 25:6
**look** 5:11 6:14
10:20 11:14
12:16 13:7,15
16:8,14,14
20:2,2 21:16
22:1,5,21
26:17 27:13,19
29:24 34:5
38:7,18,23
43:21 51:16
**looked** 11:16,19
14:17 24:18
**looking** 6:12,19
6:24 11:18
14:5 28:4
31:20 38:18
40:10 48:22
49:7
**looks** 46:15
**lose** 10:22 13:24
23:18,18 24:22
25:13,18,22,22
25:23 26:24
29:17 31:25
36:22 40:9
**lot** 2:3 3:11 9:17
9:19 10:21
12:12 14:4
23:11 29:23
30:3 32:12
36:24 37:25
45:23 47:21
48:6 49:4,5
**lots** 42:11
**love** 16:8,14
17:22 25:10
36:15 39:8
**low** 32:19,20
33:14 40:10
41:22
**lower** 47:5

---
**M**
---
**machine** 15:10
50:12
**Madoff** 16:2

**magic** 4:15
**magical** 18:9
**mail** 15:3
**mailbox** 51:1,3
**making** 11:23
12:11 27:9
28:16 30:23
33:11,12 45:4
45:6 48:17
**male** 28:1
**man** 6:1
**manage** 25:25
26:9 29:14
**management**
15:2 35:20,21
38:4 43:8
**manager** 5:6
6:15,17 11:15
11:15
**managers** 5:3
10:3
**March** 12:25
**margins** 11:18
**market** 4:20,25
5:1 8:7 13:14
23:23 24:8
36:11 37:25
48:25
**marketers** 8:10
**marketing** 19:2
**markets** 9:19
26:15
**Maroney** 2:3,4
**married** 25:10
**massive** 9:19,19
22:4,4 36:10
36:11
**mastermind** 8:8
8:10,14
**materials** 48:12
**math** 40:24
43:18
**matter** 1:3 24:12
43:19 52:6
**matters** 52:5
**mattress** 33:4
**maximum** 26:11
**McLean** 38:7
**mean** 3:5 9:16

12:17 13:7
15:19 22:10
23:15 26:24
47:5 48:8 50:6
**measurable** 3:21
3:22,24
**mechanism** 13:9
**meet** 44:2 50:13
50:15
**meeting** 2:9
**meetings** 25:8
**Melbourne** 2:10
**members** 25:4
**memorandum**
46:5
**memorandums**
10:5
**men** 27:16,20,22
**message** 15:2
**met** 2:5,6,8,11
4:22 12:24
13:3
**Michael** 38:14
**middle** 38:8
**mile** 16:15,17,20
17:1
**miles** 17:5
**Millard** 10:10
12:23 15:6
**Millard's** 4:20
**million** 8:17,17
8:18 9:8,10,15
9:16,20,22
13:8 14:4,6,14
15:2 21:21
31:8,9,16
35:18 37:14
39:19,24 42:8
**million-dollar**
47:1
**millions** 37:22
**mind** 5:25 7:21
16:9 42:17
45:16
**minimum** 14:15
39:2,3 42:19
42:20 46:22
**minute** 15:11
17:13 43:19

**minutes** 10:25
12:20 19:8
**mitigate** 30:22
40:11
**mitigated** 41:20
**mitigates** 40:13
**mobile** 21:23
**model** 2:12,18
7:21 9:5 11:1
12:18 14:24
15:9 16:6 18:2
18:3,3,4,5,19
22:23 24:7,19
24:21 25:20,24
29:19 30:18
31:9 32:9,10
32:11,11 33:8
40:12 44:16
45:15 48:3,3,7
48:13
**moment** 43:14
**moments** 38:19
**money** 2:18 3:17
3:21 5:2 6:25
7:1,15 10:21
10:21,25 11:9
11:10,15,25
12:2,6,6,11,18
13:16,20 14:4
14:9 15:12
18:17 19:11,11
20:8,10 21:11
21:14,17,18
22:17,20 24:23
24:24 25:1,5
25:13,18,22,22
25:23 26:12,12
27:5,8,31:21
31:25 32:1,4,5
32:13,15 33:1
33:4,9 34:2,11
34:22 35:2,14
35:20,21 36:10
36:17,18,22
37:5 39:17
40:8,9,9 41:21
42:7,13,18,25
43:3,8,22,24
43:25 44:17,22

44:23,25 45:7
45:18,19,22
46:11 47:16
48:18 49:16,20
50:19 51:1,2,6
51:18
money?' 13:24
monstrous 21:6
  21:6
month 11:6
  12:15 15:4,4,4
  15:8 30:4,5,5
  30:10,10,10,11
  30:13 35:23
  36:4 37:23
  40:22,22,22
  41:1,1 42:23
  43:5,5 45:9,11
  49:21 50:21
  51:1,3,4,4
monthly 12:10
  36:2 43:4
months 4:14
  7:20 16:19
  30:11 41:1
  45:10 51:7
mood 24:10
mortgage 34:4
  34:12
move 38:19
moving 19:11
  38:21
mutual 5:9
  39:22

N

N 2:1
national 12:25
  13:1
nature 40:13
nearly 40:13
need 13:15
  14:21 19:10
  26:20 30:20
  39:4,9,16
  44:22
needed 27:4
needs 39:24
negotiate 44:4

neighbors 7:11
net 32:24 39:20
  39:24
never 6:11 16:10
  17:11 18:1
  19:24 25:21
new 3:9 4:10,15
  4:21 6:18,19
  12:12,12 13:3
  16:10,21 18:2
  18:4,4,7,18,20
  19:5,14 22:19
  23:24 26:8,15
  26:22,22 28:9
  31:5,7 32:10
  36:25 37:15
niche 8:18
niches 9:17
  34:19
nickel 3:23
niggling 5:24
night 5:21 14:11
  33:6,7 42:17
normal 40:14
north 29:25
number 7:6,7,8
  13:25 14:8,17
  19:4,15 25:2,3
  25:17,17,18,19
  28:14 29:9,10
  31:22 35:4
  37:10 38:15
  39:17 44:18
  45:17,18 48:21
  49:18 50:3
  51:9
numbers 9:14
  16:7 21:7

O

O 2:1
obsolete 18:3,3
  32:11
obviously 13:24
  25:16
offer 8:25 28:5
offering 4:18
  14:1 15:21
  30:7 40:4 46:3

46:3
offers 35:4
office 13:5 50:4
offices 38:16
offline 20:7
oh 34:9 36:21
  48:10
oil 32:15
okay 15:25 16:5
  20:20 27:15
  30:21 36:7
  41:10
old 18:3,3 22:13
  31:25 32:9,9
  32:11,11 50:23
Oliver 16:8
once 16:6,9,11
  21:21 28:20,22
  29:12
one-legged 9:24
ones 34:24,25
  35:1
online 20:7,24
  21:8,19,20,22
  21:23 22:3
open 2:20 38:20
  47:10
opened 8:23
operate 40:6
operated 3:6
  26:16
operating 35:15
  35:18 38:10
  48:5,6
opinion 3:13
opportunities
  30:1
opportunity
  2:25 7:3 22:23
  23:5 31:19
  37:24 38:21
  49:24
options 32:13
order 14:7 28:18
  38:13 40:4
  43:16,21 44:17
  45:19
ordered 21:1
orders 14:7

24:14 42:2
original 16:10
Orlando 8:8
outside 5:19
  25:1
owed 34:11
owned 3:3 7:13
owner 5:22

P

P 2:1
package 44:8
pad 17:10
page 34:6,6,14
PAGES 1:9
paid 11:22 13:22
  19:19,20,23
  27:3 28:19
  30:3,25 33:22
  33:24,25 34:16
  35:14 42:20,20
  42:22 44:13,15
  44:24 47:22
pallets 44:9
park 49:10
parking 49:9
part 23:23 39:8
partner 37:18
patch 17:16
pay 12:12 13:18
  19:22 29:21
  30:5,25 31:3,3
  31:6 36:2 37:9
  43:10 44:6
  45:1,11,13
  48:17
paying 12:9,10
  44:19,20 45:8
  45:16 50:24
payments 43:2,4
payout 50:22
peace 42:17
peers 8:14
penny 3:24
pension 31:13
people 4:2 5:8
  8:1 10:17 11:7
  12:9,14 13:18
  13:23 14:16

15:3 16:2,3,3
16:20,24 17:19
19:12 20:9
22:17 23:12,15
25:2 28:20
29:20 30:21
31:3,22 33:20
33:20 34:23
36:6,18,24
37:5,21,23,25
38:3 46:21,23
47:15 49:7,15
people's 3:10
  11:10 25:13,22
  25:23 30:19
percent 12:15
  12:15 21:19,20
  21:22 26:19,19
  29:3,21,22,25
  30:4,5,13,14
  31:2,11,17,18
  32:22,25 33:13
  34:20,20,20,21
  34:21 35:23
  36:3,4,4 37:20
  40:22 41:23
  42:24 43:2,3
  45:6,7,8,8,9,17
  47:15,16 48:11
  49:12
percentage
  35:21
performance-...
  37:8
period 5:14 8:3
  13:19 35:12
person 2:5 23:19
  23:22 29:5
  32:3 51:13
personal 33:25
  37:5
personal-injury
  9:15
phase 28:23
phone 2:6 11:3
  12:23 21:23
  38:24 48:14
  50:3
pick 35:4,8,9

Page 60

picking 8:13,15
picky 35:7
piece 33:6
pipeline 28:24
    35:7
place 38:4 49:10
    49:13
placement 10:4
    46:5
places 8:18,20
plan 38:13
platform 9:1
    26:4
plenty 20:17
pockets 21:25
    48:22
point 14:23,24
    24:23,25 42:15
    46:9
Ponzi 16:3
pool 18:15 29:1
pop 41:5,17
population
    21:19
porch 17:6
portfolio 18:17
    49:17,19
positive 28:25
    29:15 40:18
possible 16:12
    16:18,25 17:20
    17:21 26:5
possibly 2:19
    15:16 47:4
post 16:2,3,3
pound 43:18,20
    45:3
pounds 43:16,21
    43:23 44:11
power 33:2
    40:11
powerful 23:8
    23:10,16,19,22
predictability
    37:11 40:18
predictable
    19:13 33:24
    38:13 46:11
    49:8

predictably
    40:25
predicted 21:9
preferred 13:9
    46:6,6,7
prepared 41:18
preserve 24:22
press 24:10
pretty 46:20
    49:6
price 14:9
prices 24:3
primarily 3:7
primary 39:20
    39:21
principal 30:12
    30:16 41:3
    43:1,6
private 7:13
    10:4,8 38:16
    39:11 46:5
probably 5:22
    9:10 16:4 50:5
problem 19:4,13
    19:15 47:17
problems 4:4
procedures
    38:11
proceedings
    52:6
process 2:24
    10:13 26:10
processes 38:10
product 14:6,7
    19:16,17 37:2
    37:8,20
profit 13:17
    30:23 45:4,4,5
    45:11,14
profitability
    35:11
profitable 33:11
profitably 8:20
profits 23:13
    26:13
proof 15:3
prop 24:3
property 42:11
prospect 19:3

prospects 24:5
prove 22:25
    47:1 49:21,25
proven 15:9
proves 17:20
providing 19:13
prune 27:25
public 10:5
    23:11 47:19
publishing 3:3
puck 22:16,16
purchase 42:2
purchased 21:19
    21:21
push 19:1 29:1
put 5:12 6:24
    7:1 9:8,14,19
    10:2 11:17,24
    12:2 13:11
    14:1 17:15
    18:11,12 19:2
    19:18 22:17
    26:20 30:9
    31:21 32:25
    35:11 36:8,10
    39:6 40:8,15
    44:1,9 46:24
    47:21 49:16,17
    49:17,20,21
    50:3,8
putting 8:2
    11:10,25 18:8
    25:4 32:3,15
    36:18 38:12
    42:18 45:19

─────── Q ───────
Q&A 2:20 38:20
quality 16:22
    38:5
quantify 33:21
quarter 47:3
question 15:17
    15:23 20:19
    23:11 41:12
    42:21 46:1
    50:15
questions 2:19
    2:21,23 5:4 7:4

7:6,10 15:14
    15:15 30:19,20
    33:19 38:21
    39:16 41:4,8
    41:12,14,18
    50:14,17 51:11
quick 3:1 38:19
    43:12
quickly 30:18
    33:17,20
quit 31:5,5
quite 25:8
quote 16:8 20:3
    22:13
quoted 22:15
quotes 22:13

─────── R ───────
R 2:1 20:13,15
R&D 26:13
racehorses 5:17
races 50:20
raise 6:25 7:2
    9:22 13:6,8
    14:14,23,25
    31:8
raising 2:18 5:2
    7:24 15:12
ran 7:12
rare 35:9
rate 13:18 22:4
    31:2 41:23
    47:5
rates 34:11,13
reach 28:25
read 17:22
    48:11,25
reading 25:15
ready 44:10
real 2:9 5:10
    9:16 27:23
    29:23 38:19
    39:23 44:19
    48:9
reality 18:1
realize 21:4
really 3:12 5:6
    5:19 6:4,14
    8:12 11:13

17:24 18:19
    26:1,5 27:24
    38:12 51:18
reason 39:10
reasonable 5:14
    8:3 45:12,18
    48:16
receivables 31:2
    41:23 42:2
receive 45:19
received 43:4
recession-resis...
    24:7
record 6:14
    10:19 22:24
    31:1,14
recorded 52:5
records 18:23
red 49:4
redemption 13:9
reeling 12:1
refinance 34:4
Reg 40:4
relationship
    36:1 42:6
release 24:11
relevant 22:14
reliable 19:13
remember 29:16
    32:10 36:16
    46:25
repeat 14:25
Reporting 1:24
requested 14:19
    15:13 38:24
    39:1
research 7:17
residence 39:20
    39:21
resonated 5:7
responded 27:20
    27:21
responding
    27:13,14,16
    28:5,6
result 19:15
    33:14
results 37:9
retail 21:8 31:20

retirement
40:20,21
retracts 16:10
return 13:19
23:12 43:1,3
45:5,7 46:11
47:5 48:17
returns 29:21
32:12,17,20
33:12 34:22,23
43:10 45:2,15
48:18
revenue 27:6
34:7
revolution 22:3
22:5
rewritten 32:8
rewrote 33:15
Rich 2:7,7,7
12:8 14:2 17:2
Ridiculous
34:10
right 2:3,7 14:16
15:19,20 16:18
19:2,3,3 20:6
27:5,14,15
28:6,21 31:11
34:5,10 42:4
43:24 45:6,9
46:10 49:1,20
50:5,18
right-hand
27:16
rising 20:5,5,6
21:5,6 22:1
risk 26:11 30:22
31:21 32:4,18
32:19 33:14,15
35:12 40:11,13
41:21 42:18
risk-reward
32:9 33:16
risks 40:12,14
risky 32:13
47:18
rob 21:13
robber 21:12,12
robust 37:25
rocket 17:13

rockets 17:7
Roger 16:15
ROI 11:19 28:25
29:15 33:11,13
33:13 34:2,19
40:18 41:22
role 38:17
round 47:1
rounds 47:4
rude 15:25
rule 25:17,17,18
25:18 40:4,5
rules 32:8 33:15
run 14:10 27:19
34:5,14,19
35:5
running 11:21
15:18 26:18,18
38:1 50:12
— — — — — —
S
S 2:1
safe 41:19
safely 33:3
safety 23:13
sale 42:12
sales 21:8
sampling 34:23
sanity 48:15
saw 5:2 6:10
saying 22:15
24:15 46:17
says 46:2 49:4
scalable 11:13
scale 7:3,8 8:15
11:11 14:5,10
25:25 26:9,21
29:14
scaling 29:2,9
32:6 50:12
scenario 8:17
42:8,12
scheduled 39:12
screen 25:25
27:11 51:9
second 8:5 21:8
23:10 28:3,13
45:24
secure 42:16

secured 41:23
41:25
securing 41:25
Securities 1:1
40:5
security 42:7
see 2:6,7 11:11
12:17 15:18
16:6 25:5,18
27:14 28:20
34:1,2,2 41:6
47:5,14 48:10
seeing 25:24
seemingly 18:7
seen 16:2,3,3
17:12 20:11
sell 37:19 45:4
selling 4:24 37:3
37:4 43:15,17
43:20
seminar 23:12
send 17:16
24:15,16,16
34:5,14
sending 33:24
sense 20:21 35:4
46:10 47:9
sent 11:6 34:1
service 37:3
45:11,16
services 1:24
20:22 21:3
set 3:12 26:12
31:7 35:14,16
settled 30:4
seven 39:14
46:18
shape 16:11
share 23:8 33:18
shift 20:7
ship 44:10
shipped 44:5
shoes 16:21
shoot 17:13
shopping 21:8
21:24
shortly 16:19
show 5:21 10:24
15:10 25:7

26:4 31:14
33:20 38:2
44:7
showed 8:23
shown 47:13
side 19:20 27:15
27:16 28:19
38:5
sift 18:24
Sigma 38:8
simple 30:13
single 3:22
24:14 28:24
37:16
six 4:14 8:24,25
38:8 46:18
size 4:12 16:11
49:19
skate 22:15
sleep 4:12 42:17
sleeps 10:11
slide 16:14
slides 30:20 41:6
41:18
small 10:16
15:12 26:8
smart 18:25
sneak 33:6
SOB 38:11
sold 3:4
solve 4:4 19:12
solving 19:4,15
somebody 17:20
30:25 32:20
33:4 43:24
47:7,25
somebody's
44:19
something's
16:11
soon 51:21
SOP 38:11
sort 5:15
sounds 12:15
16:1,4 48:10
South 44:2,14
space 3:19 4:25
17:2,3 23:24
26:2,2,7

SpaceX 17:9
speculative
47:25 48:1,2,4
speeches 20:4
speed 2:16
spend 3:17
19:10 21:17
24:1,4 25:10
28:12,13
spending 8:24
20:10 27:8
28:15
spent 3:24 8:6
27:7 36:17
spin 29:2
spoke 12:25
stack 51:6
stand 17:6
start 6:23 26:8
29:2 31:21
35:9 47:4
started 9:3 11:9
11:14 12:21
14:5 24:24
33:2 35:2
37:13,14 46:3
51:13,17
starting 20:20
startup 48:4
statement 3:17
20:3
STATES 1:1
Statistica 21:10
staying 14:11
steadily 21:9
steal 33:5
steps 50:2
Steve 18:5
stick 26:3 33:19
39:10 43:19
stock 5:1 24:3
24:11 46:7
48:25
stocks 5:9 23:14
39:22 49:4
stool 9:24
stop 35:11 45:23
straight 17:10
strategy 10:23

Page 62

23:14
**Street** 49:1
**stretch** 17:24
**strong** 34:20,22
    34:22
**structure** 35:25
**struggling** 19:10
**student** 34:8,9
    34:13,16
**stuff** 5:6 10:6,10
    13:10 17:14,22
    32:2,14 39:23
    50:11 51:18
**SUBJECT** 1:7
**subscription**
    50:19
**substantial** 12:7
**suck** 37:1
**sudden** 28:15
**suddenly** 16:21
    16:21,22,23
**summer** 13:13
**super** 9:17 25:14
    25:14 30:13
    34:19,20
**superior** 3:14,14
**superpower**
    4:15
**supplemental**
    40:20,20
**supposed** 22:10
    44:12
**sure** 9:10 22:21
    24:22 25:21
    28:21 46:20
**surfing** 4:5
**surpassed** 22:8
**sustainable** 7:9
    9:25
**Sutton** 21:12
**Swackhamer**
    38:14
**switch** 6:9
**systematizing**
    38:12
**systems** 18:24
    27:11,12

---

**T**

**tail** 17:18
**take** 18:22 27:25
    33:6 37:20
    51:6,7,20
**talk** 9:12 19:7
    22:17 25:7
    41:24 50:5
    51:20
**talked** 7:20 10:6
    15:6 32:20
    42:19
**talking** 4:5 14:2
    14:15 18:12
    24:20 31:23
    41:20 47:10
**target** 4:7
**teachings** 17:25
**team** 38:3,4 44:8
    50:11
**teeny-teeny-tiny**
    20:14
**tell** 12:23,24
    27:13 29:22
    44:4 51:5
**tennis** 16:21
**terms** 6:12 25:19
**test** 11:1 25:25
    26:8,9,10,20
    28:23 36:7
**testimonial** 48:7
**testing** 26:14,23
    27:18 28:9,9
    29:12 32:5
    33:9 35:10
**tests** 28:10
**Texas** 31:23
**Thank** 28:22
**Thanks** 51:12
**Thanksgiving**
    25:3
**that'd** 9:9
**thing** 3:12 8:5
    28:21 30:2
    34:5,14 35:10
    36:15 37:25
    43:12 50:8
**things** 4:3 5:16
    5:19 6:4 7:16
    16:13 17:19

18:1,5,19,21
    23:3,12 24:5
    26:15 32:15
    38:12
**think** 3:12 5:8
    5:17 6:11 9:6
    12:14 14:2
    17:19 18:11,24
    20:19 21:5,7
    23:9 25:14,19
    27:25 31:17
    35:17 41:6,12
    41:14,19 43:11
    43:13 46:23
    48:25 50:1
**thinking** 5:21
    16:24 17:24
    23:6,7 46:2
    49:8
**third** 28:3
**thought** 6:11
    7:25 16:10
    17:11
**thousand** 39:25
**three** 7:5,8
    25:10 36:13
    39:5 45:10
**threshold** 29:5
**throttle** 29:1
**throw** 8:16
**tide** 20:5,6,6
    21:5,6 22:1
**tight** 18:16
    28:11 32:6
**time** 3:4,5,15
    5:14 6:9,17 7:9
    8:4,6 11:24,25
    11:25 13:14,19
    15:1,1 19:3
    22:7,9 25:6,11
    28:10 35:6
    48:11 50:5,5,6
    50:13
**times** 20:1 23:11
    24:1,2 47:20
**tipped** 12:7
**today** 3:13 9:13
    10:16 12:8
    14:2 24:10,21

25:25 26:6,9
    26:17 39:10
    48:1,12 51:5
**told** 11:4 12:8
**tomorrow** 24:12
    39:14
**top** 11:24 37:20
**total** 36:4 45:12
**Toys** 20:13,15
**track** 10:18
    22:24 31:1,14
**trackable** 3:22
    3:25
**tracks** 16:22
**traditional** 5:9
    49:5
**traffic** 27:2
**tranche** 31:7
    35:16
**tranches** 31:10
**Transcriber**
    52:14
**TRANSCRIB...**
    52:1
**transcript** 52:4
**transcription**
    1:15 52:5
**transparent**
    35:25 42:6
    50:17
**trillion** 34:16
**trim** 28:7
**tripled** 4:12
**true** 12:16 16:2
    16:4,7,18
    29:22 47:12
    48:10,16 52:4
**trust** 11:7
**trusted** 10:18
**truth** 22:14
**try** 2:18 15:14
    35:8 36:9,25
    36:25 41:13
**trying** 2:13 4:4
    7:5 10:1 12:22
    13:6,7 15:13
    24:2 26:14,21
    27:22 50:8
**turn** 44:24

**turned** 6:4
**turning** 19:25
    24:25
**TV** 5:2 22:8
**two** 6:16,23 7:7
    7:10 25:3,17
    25:18 30:11,16
    38:25 40:1,2
    41:2,3 43:1,3
    45:21 46:12
    49:10
**two-** 9:25
**type** 46:13

---

**U**

**U.S** 21:21,22
    36:12
**UCC-1** 42:1
**umm** 2:6
**understand** 2:12
    8:5 12:18,19
    36:11 48:2,13
**UNITED** 1:1
**upset** 20:12
**usage** 22:2
**use** 18:24 20:21
    27:11,12 41:12
    45:20 51:6
**usually** 29:3
    35:3

---

**V**

**vacation** 51:7
**vacations** 51:6
**Valentine's** 21:1
**variety** 7:16
    34:19
**vehicle** 3:14,15
    6:20 35:17
**venture** 32:14
    47:23,24
**Ventures** 35:16
    35:25 36:2
    37:14 42:2,9
    46:5
**verticals** 9:7,8,9
**VIDEO** 1:15
**vision** 9:21
**visited** 4:6
**visitor** 3:22

**W**

Waddles 3:16
  36:16
wait 17:13 44:13
waiting 30:24
walk 15:11,14
  30:17 31:18
walked 9:3
walking 5:20 6:1
Wall 49:1
Wally 3:16
  36:16
want 10:20,21
  11:1 13:23
  15:14 19:21
  21:7 23:2,4,7,9
  23:22 25:2,7,9
  25:13 26:3
  29:6,7,8,8
  30:18 31:16
  32:12,19 36:7
  36:8 40:8
  43:11,14 44:5
  45:2 49:23
  50:14
wanted 26:6
  29:22 46:14
wanting 7:22
  15:21 37:20
warehouse 44:7
Warren 25:16
  25:17
wasn't 16:17
  46:25
waste 17:14
wasted 3:18
  36:17
watch 17:6,8
  41:13
watching 4:19
  5:2,21 14:12
water 31:18
way 2:22,23
  10:22 15:5
  16:12,24 17:5
  18:4,21 19:8,9
  27:8 33:10
  35:24 39:18
  41:15,25

Wayne 22:15
we'll 10:25 15:1
  15:2,4,7 27:1
  30:5 31:9
  46:24 47:5
  50:16,20 51:20
we're 2:17,17,17
  10:16 12:14
  14:5,15 15:11
  15:18 19:4,7
  19:19,20,21,25
  20:12,15 21:24
  24:8 26:21,22
  26:23 27:3,22
  28:4,9,9,15,15
  29:4 30:6 31:4
  31:20 32:3,5
  33:8,11,23
  34:16 35:19,24
  38:18,18 39:5
  41:21,25 42:18
  45:8 46:14,20
  48:3,4,20,22
  50:9,11,25,25
we've 2:5,5,4 4:12
  4:13 12:5,21
  14:13,19 15:9
  15:19 19:15
  20:11,13 26:13
  26:15 28:22
  33:12 34:18
  35:5,6 38:4,7
  38:22 40:11
  41:19,20,23,25
  42:15 44:17
  48:5
wear 9:2
weather 16:23
web 3:7,7 4:5,10
  8:9 19:7,8,11
  19:11 36:20
webcast 1:7 2:2
  9:12 10:16
  12:8 17:4
  22:25 51:13
  52:9
webinar 14:16
  50:7
website 3:3

websites 4:7
  42:9,10
Wednesday 2:8
week 2:8 11:4
  24:15 29:9
  37:16 39:6
  49:2,3
weeks 39:5 44:5
  44:6
well-known
  25:16
Wendell 16:8
went 3:4,6 6:16
  6:24 7:24 11:8
  13:5 17:7 35:2
  47:19
weren't 27:23
west 8:9 19:8
whatsoever
  50:16
whistles 13:10
white 10:24
whiteboard 9:1
  9:2,3,4
wide 34:19
wife 25:9
wild 19:8 32:14
Willie 21:12,13
willing 12:11
  22:21 32:18,19
  44:1
windmills 32:1
wine 5:18
winners 35:8
wiped 49:2
wire 50:19
wired 11:3,4
wise 2:24
woman 17:23
  25:11
women 27:14,19
  27:20 28:4,5
wonder 3:20,20
word 23:7,8,9
  23:10,16 47:25
words 7:2
work 9:9,15,20
  11:11,13 20:17
  25:5 28:1

32:25 34:24,25
  35:1,7 36:10
  40:8
working 3:21
  36:15 38:16
  50:9,10
works 4:20 11:5
  13:15 15:10
  29:23 31:13
  32:6,17 46:15
world 4:23 5:1
  19:1,1,2 20:7
  29:20 51:19
worry 14:12
worse 24:5
Worst-case 42:8
  42:11
worth 6:6 14:6
  27:2 39:20,24
  42:9
wouldn't 9:24
wow 20:20
  51:13
write 7:23 30:6
  31:15
writing 9:3
writings 17:25
written 50:14
wrote 14:17

**X**

**Y**

yeah 2:7 47:12
  48:15
year 4:22 10:1
  10:15 12:15
  14:6 15:1 20:1
  20:12,24 21:3
  21:9,10 22:9
  30:14 31:12
  37:13,14 39:25
  40:2 46:4 49:4
  49:6,12
years 3:2,16 6:5
  6:16,23 7:10
  10:14,15,19
  11:10 12:5,9
  12:22 15:5,8
  19:9 20:4 21:4

23:7 26:14
  30:11,16 31:25
  33:1 36:13
  40:1 41:2,3
  43:1,4 45:21
  46:13 48:4,6
  48:24 49:10
years' 31:1
yep 38:25
yield 36:5 43:3
  48:23
yielding 30:14
York 4:21 13:3
YouTube 1:8
  2:2 52:9

**Z**

**0**

**1**

1 1:9 9:8,20 11:8
  14:4,5,14
  19:18,19 31:2
  31:8,8 35:18
  41:22
1,000 29:8 47:16
1,500 30:10
  40:23 42:23
  51:4
1.11 11:23,24
  18:13
1.45 34:16
1.5 12:14 30:3,5
  30:9,13 35:23
  36:3,4 40:22
  42:24 43:2
  45:8,8,8,17
1.89 11:23,24
  18:13
10 8:17 13:8
  21:3 26:9,10
  26:19 27:4,6
  27:18 31:12,18
  33:1,10 35:10
  44:21 45:3,5,9
  46:21,22,23
  49:15
10,000 11:4 29:8
  43:16,21,23

Page 64

44:11
**100** 8:17 9:7,7
  9:10,22 14:21
  15:1 29:7 36:8
  46:21 49:18
**100,000** 7:19
  30:9,15 32:25
  37:19 40:24
  42:23 51:3
**11** 14:18 38:22
  46:16
**12** 4:14 7:19
  29:22,25 31:12
  31:17
**12-year-old**
  20:14
**120** 4:13
**15** 17:5 29:25
  31:11 43:18,20
  44:20 45:4,9
  45:11
**150,000** 11:6
**15th** 30:9 41:1
  42:22 50:21
**164** 14:6 37:14
**18** 12:15 29:21
  30:14 34:20
  36:4 47:15
  48:10 49:12
  50:9
**18,000** 30:15
**191** 21:21
**1996** 3:2
**1999** 3:4

___

**2**

**2** 47:16
**2.5** 32:21,24,25
**2.7** 18:22
**20** 9:15 14:15,19
  14:22 15:20
  17:5 22:10
  26:19 27:4
  29:3 39:4
  46:20,21,23,23
  49:15
**20-year-old**
  20:14
**200** 14:16 36:11

36:11 49:18
**200,000** 36:8
  39:24
**2004** 3:5,11
**2011** 4:19 5:2
**2013** 8:8 24:23
  24:25 49:16
**2015** 22:2
**2017** 22:7,9
  36:11
**2018** 10:15
**2018's** 49:2
**2019** 50:21
**202** 1:25
**2020** 22:10
**2021** 22:10
**22** 9:16 22:10
**23** 34:20,21
**24** 30:11 41:1
  43:2,4
**249** 14:18 38:22
  38:24
**25** 6:8 9:15,16
  15:20 27:3
**250** 27:2,6 28:13
**251** 38:25 46:15
**26th** 10:14 24:25
**27** 3:2

___

**3**

**3** 11:22 18:13
  47:16
**30-something**
  31:13
**300** 28:14 49:18
**300,000** 39:25
**31** 38:2,2
**32** 38:2
**321-** 51:9
**35** 33:12
**36** 34:20 43:3
**370** 21:9

___

**4**

**4-12-2021** 52:15
**40** 31:15
**400** 28:14
**45** 19:24 28:4,6
  28:8,8 30:24
  44:15,24 45:12

45:13
**450** 22:11 36:12
**467-9200** 1:25
**491.5** 21:10

___

**5**

**5** 26:9,19 37:20
  45:4,5,10,14
**5,000** 26:11
  37:21,23
**50** 6:8 8:17
  21:20 36:8
  42:8 45:6,7
  46:22 49:17
**50,000** 7:19
  14:15 39:3
  40:23 42:19
  43:6,7
**500** 26:10,24,24
  27:1,7 28:12
  28:13,15,16
  47:16
**505** 28:16
**506(c)** 40:5
**51** 21:22
**52** 1:9
**550** 28:16

___

**6**

**6,500** 11:4
**600** 28:16
**608-0605** 51:10
**65** 19:24 30:24
  33:13

___

**7**

**7-year-old** 20:15
**70** 19:24 30:25
  44:24
**700** 28:16 29:2
**75** 6:8 44:15
**750** 40:23
**78** 31:24 34:20

___

**8**

**80** 21:18 36:12

___

**9**

**90** 4:13 19:24
**93** 22:2

```
 1                    TRANSCRIBER'S CERTIFICATE

 2

 3      I, Bryant Hillas, hereby certify that the foregoing

 4      transcript is a complete, true and accurate

 5      transcription of all matters contained on the recorded

 6      proceedings of the matter:

 7      HARBOR CITY CAPITAL CORP.

 8      Audio file:

 9      Harbor City Capital Corp HCCF-1 Bond Webcast - YouTube

10

11

12

13      Bryant Hillas

14      Transcriber

15      4-12-2021

16

17

18

19

20

21

22

23

24

25
```