**EXHIBIT 20**

EXHIBIT

20

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )   File No. FL-04236-A

HARBOR CITY CAPITAL CORP         )


SUBJECT:  Harbor City Capital Corp - Safe Investments - YouTube

PAGES:    1 through 5




VIDEO TRANSCRIPTION








Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1    PROCEEDINGS
2    Harbor City Capital Corp - Safe Investments - YouTube
3        MR. MARONEY: So over the last six years of
4    building this business, one of the biggest questions
5    that we've had has been: how do I know my money's safe?
6    How do I know that you're going to return my money at
7    the end of the investment period?  And how do I know
8    that I'm not going to lose my money if anything were to
9    go wrong?  The business would tank.  Maybe a key member
10   of the company got hit by a truck.  The economy, you
11   know, goes south.  Whatever it might be.  How do I know
12   that I'm going to get back my nest egg?
13       Because look, a lot of people struggled after
14   the '08-'09 crisis.  We saw many people have their nest
15   egg slashed by -- from anywhere from 30 to 90 percent of
16   what its original value was.  And people are scared.  A
17   lot of people, especially if you're over 50, over 60,
18   you don't have time to rebuild.  And so whatever you
19   have, you need to make the most of it.
20       So as we've gotten that question over and over
21   and over again, we've looked in our business for every
22   single touchpoint where we can mitigate against risk.
23   And we've done many videos about how we did that.
24       But the big breakthrough came recently when we
25   figured out that we could put a financial instrument

Page 3

1    backing our bonds that would make sure that if anything
2    happened, there would be an asset sitting there, a cash
3    asset sitting there that would pay off the investor's
4    principal, meaning an investor could sleep at night in
5    peace knowing that their money was not put at risk in
6    such a way that they could never get it back.  If
7    anything went wrong, if anything went south, they could
8    get their principal back.
9        And so one of the things that we've done,
10   we've been extremely transparent.  I don't even know if
11   we should have done this because probably we're going to
12   create phone calls and emails and question marks and
13   stuff back to our providers that they're going to have
14   to deal with and, you know, we're going to have the
15   fallout of that.
16       But we've been extremely transparent with
17   people showing them the exact contracts, the exact
18   documentation.  We've explained the process.  We've said
19   anything that you need to know, we want to share it with
20   you.  Why?  Because this is a game-changer.  Who else in
21   the marketplace says, bring me your money and I'm going
22   to pay you a great rate of return, 1 percent a month,
23   every month, which is 12 percent a year, annual rate of
24   return, and I'm going to put security in place to make
25   sure that if anything goes wrong, you can get your

Page 4

1    principal back.
2        Nobody else does that.  And so we're just
3    making sure that we provide the documentation that
4    people need to feel completely at ease that this is
5    legitimate, this is real, and they know that they can
6    count on it.
7        (End of audio.)
8             * * * * *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1    TRANSCRIBER'S CERTIFICATE
2
3    I, Bryant Hillas, hereby certify that the foregoing
4    transcript is a complete, true and accurate
5    transcription of all matters contained on the recorded
6    proceedings of the matter:
7    HARBOR CITY CAPITAL CORP.
8    Audio file:
9    Harbor City Capital Corp - Safe Investments - YouTube
10
11
12   Bryant Hillas
13   Transcriber
14
15   4-12-2021
16
17
18
19
20
21
22
23
24
25

**A**

accurate 5:4
annual 3:23
asset 3:2,3
audio 4:7 5:8

**B**

back 2:12 3:6,8
  3:13 4:1
backing 3:1
big 2:24
biggest 2:4
bonds 3:1
breakthrough
  2:24
bring 3:21
Bryant 5:3,12
building 2:4
business 2:4,9
  2:21

**C**

C 2:1
calls 3:12
Capital 1:5,7 2:2
  5:7,9
cash 3:2
CERTIFICA...
  5:1
certify 5:3
City 1:5,7 2:2
  5:7,9
COMMISSION
  1:1
company 2:10
complete 5:4
completely 4:4
contained 5:5
contracts 3:17
Corp 1:5,7 2:2
  5:7,9
count 4:6
create 3:12
crisis 2:14

**D**

D 2:1
deal 3:14
Diversified 1:24
documentation

3:18 4:3

**E**

E 2:1,1
ease 4:4
economy 2:10
egg 2:12,15
emails 3:12
especially 2:17
exact 3:17,17
EXCHANGE
  1:1
explained 3:18
extremely 3:10
  3:16

**F**

fallout 3:15
feel 4:4
figured 2:25
file 1:4 5:8
financial 2:25
FL-04236-A 1:4
foregoing 5:3

**G**

G 2:1
game-changer
  3:20
go 2:9
goes 2:11 3:25
going 2:6,8,12
  3:11,13,14,21
  3:24
gotten 2:20
great 3:22

**H**

happened 3:2
Harbor 1:5,7
  2:2 5:7,9
Hillas 5:3,12
hit 2:10

**I**

instrument 2:25
investment 2:7
Investments 1:7
  2:2 5:9
investor 3:4

investor's 3:3

**J**

**K**

key 2:9
know 2:5,6,7,11
  2:11 3:10,14
  3:19 4:5
knowing 3:5

**L**

legitimate 4:5
look 2:13
looked 2:21
lose 2:8
lot 2:13,17

**M**

making 4:3
marketplace
  3:21
marks 3:12
MARONEY 2:3
matter 1:3 5:6
matters 5:5
meaning 3:4
member 2:9
mitigate 2:22
money 2:6,8 3:5
  3:21
money's 2:5
month 3:22,23

**N**

N 2:1
need 2:19 3:19
  4:4
nest 2:12,14
never 3:6
night 3:4

**O**

O 2:1
original 2:16

**P**

P 2:1
PAGES 1:9
pay 3:3,22

peace 3:5
people 2:13,14
  2:16,17 3:17
  4:4
percent 2:15
  3:22,23
period 2:7
phone 3:12
place 3:24
principal 3:4,8
  4:1
probably 3:11
proceedings 5:6
process 3:18
provide 4:3
providers 3:13
put 2:25 3:5,24

**Q**

question 2:20
  3:12
questions 2:4

**R**

R 2:1
rate 3:22,23
real 4:5
rebuild 2:18
recorded 5:5
Reporting 1:24
return 2:6 3:22
  3:24
risk 2:22 3:5

**S**

S 2:1
safe 1:7 2:2,5
  5:9
saw 2:14
says 3:21
scared 2:16
SECURITIES
  1:1
security 3:24
Services 1:24
share 3:19
showing 3:17
single 2:22
sitting 3:2,3
six 2:3

slashed 2:15
sleep 3:4
south 2:11 3:7
STATES 1:1
struggled 2:13
stuff 3:13
SUBJECT 1:7
sure 3:1,25 4:3

**T**

tank 2:9
things 3:9
time 2:18
touchpoint 2:22
Transcriber
  5:13
TRANSCRIB...
  5:1
transcript 5:4
transcription
  1:15 5:5
transparent
  3:10,16
truck 2:10
true 5:4

**U**

UNITED 1:1

**V**

value 2:16
VIDEO 1:15
videos 2:23

**W**

want 3:19
way 3:6
we're 3:11,14
  4:2
we've 2:5,20,21
  2:23 3:9,10,16
  3:18,18
went 3:7,7
wrong 2:9 3:7
  3:25

**X**

**Y**

year 3:23

Page  7

| | | | | |
|---|---|---|---|---|
| **years** 2:3<br>**YouTube** 1:8<br> 2:2 5:9 | | | | |
| **Z** | | | | |
| **0** | | | | |
| **08-'09** 2:14 | | | | |
| **1** | | | | |
| **1** 1:9 3:22<br>**12** 3:23 | | | | |
| **2** | | | | |
| **202** 1:25 | | | | |
| **3** | | | | |
| **30** 2:15 | | | | |
| **4** | | | | |
| **4-12-2021** 5:15<br>**467-9200** 1:25 | | | | |
| **5** | | | | |
| **5** 1:9<br>**50** 2:17 | | | | |
| **6** | | | | |
| **60** 2:17 | | | | |
| **7** | | | | |
| **8** | | | | |
| **9** | | | | |
| **90** 2:15 | | | | |

```
 1                    TRANSCRIBER'S CERTIFICATE

 2

 3   I, Bryant Hillas, hereby certify that the foregoing

 4   transcript is a complete, true and accurate

 5   transcription of all matters contained on the recorded

 6   proceedings of the matter:

 7   HARBOR CITY CAPITAL CORP.

 8   Audio file:

 9   Harbor City Capital Corp - Safe Investments - YouTube

10

11

12   Bryant Hillas

13   Transcriber

14

15   4-12-2021

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 21**

**EXHIBIT**

**21**

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:            )

                             )  File No. FL-04236-A

HARBOR CITY CAPITAL CORP.    )


SUBJECT:  Harbor City Capital - Video 1 and 2 - 9.26.19

PAGES:    1 through 26




VIDEO TRANSCRIPTION








Diversified Reporting Services, Inc.

(202) 467-9200

**Page 2**

1  PROCEEDINGS
2  Harbor City Capital - Video 1 and 2 - 9.26.19
3  MR. MARONEY:  The Harbor City, I'm JP Maroney,
4  founder and CEO.  And I'm glad that you're here.
5  Now this is going to be an exciting series of
6  videos that we're putting together for you.  We're going
7  to be answering some of the biggest questions that we
8  get about Harbor City, about the business model, about
9  the investments.  But I want to take you back just a
10  little bit and give you a bit of the backstory of where
11  we started, how we put this all together, and why this
12  has turned into one of the most exciting investment
13  opportunities of this decade.
14  If you're going to buy just a little bit, I've
15  been building companies now for 27 years.  In 2004, I
16  went full-time on the Internet building companies
17  online, primarily in the area of building lists and
18  generating new customers for our companies and for other
19  businesses on the Internet.  And what I found was, that
20  the Internet is the superior access vehicle.  It is the
21  ultimate took in the hands of a marketer.  Why?  Because
22  every click is measurable.  Every action is trackable.
23  I remember back there's a quote by Wally
24  Wattles that says, half the money I spend on advertising
25  is wasted; I just can't figure out which half.  Well, in

**Page 3**

1  the Internet age, that's not true because every dollar,
2  every dime, every penny that you spend in marketing
3  online is trackable and measurable.
4  But how did this turn into an investment
5  opportunity?  So in 2011, I was watching an interview on
6  a television show with some alternative asset managers.
7  And one of them said something that really resonated
8  with me.  He said, you know, we'll look at all sorts of
9  investment classes.  If we look at an investment and we
10  know we can put a dollar in and get something more than
11  a dollar back out in a reasonable period of time, well,
12  we'll consider that investment opportunity.
13  And that night I was out walking the dog, and
14  I had a moment of truth.  That moment of truth for me
15  was an epiphany.  I thought, that's exactly what we do
16  on the Internet.  We buy advertising and turn that into
17  new customers or new customer leads, and the difference
18  is profit.
19  But if you begin to think about it through the
20  eyes of an investment manager, it's also return on
21  investment.  And that began a quest for me over the next
22  two years to figure out how to put together an
23  investment product, how to raise money, how to structure
24  things, how to put together the back office, how to get
25  everything in place to be able to not only put my own

**Page 4**

1  money to work, and perhaps friends and family, but to
2  build something of enormous scale.
3  Now back then, I -- my biggest vision I could
4  think for this whole thing was that we could raise a
5  hundred million dollars and put a million dollars to
6  work in one of each of a hundred different vertical
7  markets, legal leads being one of those, insurance leads
8  being another, real estate being another, business and
9  financial services.  And if you look at it all the way
10  across, almost taking a portfolio approach to it,
11  building an investment product or a machine that would
12  turn clicks into cash on a consistent basis.
13  Well, in 2013, December, which we just passed
14  our five-year anniversary, we finally brought it all
15  together.  And I brought a small group of people, 31
16  people, together on a small Webinar, not much unlike
17  this except it was live, and I presented this idea.
18  And I remember back that quote from President
19  Kennedy where he said, a rising tide lifts all boats.
20  And I like to add my version of that and say that a
21  rising tide lifts all boats in the harbor, because this
22  opportunity of the Internet -- this gigantic movement of
23  buyers and users online, and therefore the money that
24  follows it -- has created this enormous opportunity.
25  And I laid out the idea and the story for some

**Page 5**

1  of my friends and family and closest colleagues and
2  clients and said, look, I know I won't lose your money
3  because -- and as you'll discover as we go through the
4  business model, the Internet has, by its very nature,
5  derisked investing.  And I'll explain that to you in a
6  little bit.  But I also said, I don't know how much
7  money we'll make.  I don't know how big this will be.
8  But we brought together a little bit of
9  friends and family money, and seven weeks later we were
10  up 60 percent.  Now let me quantify that for you.  That
11  means for every dollar we were putting in, we were
12  getting back a dollar sixty -- in just seven weeks.  And
13  I knew we had something.  I knew we had something very
14  exciting.
15  Now, has it been five years of easy riding and
16  easy road?  Absolutely not.  We're a business just like
17  every other business out there, like Amazon and Facebook
18  and Google.  We've leveraged the Internet to build an
19  incredible business model.
20  But like every growing business, we've
21  experienced growing pains.  We've experienced loaning
22  opportunities.  It was like Edison who said, I didn't
23  fail 1,001 times; I learned 1,001 ways not to make a
24  lightbulb.  Well, it's been a learning and growing
25  experience for us.

Page 6

1      But, for the last five years, we have
2 consistently generated double digit annual returns for
3 investors. Too good to be true? Well, I think when you
4 take a look at our business model that's driving the
5 numbers in this, you're going to get as excited as we
6 are.
7      Now you're here watching this video right now,
8 and you're going to go through this video series because
9 something captured your imagination. Maybe you saw an
10 ad somewhere that said, 18 percent annual returns, and
11 you thought, man, that sounds too good to be true, but
12 what if it is true? Or maybe you saw 1.5 percent a
13 month. Man, if I put $100,000 in, I'd get $1,500 a
14 month, or $18,000 a year in current income off that
15 investment.
16      So what we want to do in this video series is
17 address all of your concerns, answer all of your
18 questions, let you walk through the process of making
19 the wise decision of, to invest and how much to invest
20 with Harbor City.
21      So everyone who comes into Harbor City and
22 learns about our opportunity starts really with three
23 big question marks in their mind. Number one, 18
24 percent returns, 1.5 percent a month, that sounds too
25 good to be true. How could it possibly be true? We're

Page 7

1 going to address that in this video series. The second
2 question that we get is, how risky is this? I mean, if
3 you think about it, in most investing, traditionally the
4 higher the returns, the higher the risk. The lower the
5 risk, the lower the returns that you have to be willing
6 to accept. That's the normal risk/reward model. You're
7 going to find that we completely flipped the model on
8 its head and actually created an investment model that
9 gets high returns but extraordinarily low risk. And
10 we'll talk about that in a video.
11      And number three is, can I trust these
12 people? Can I trust that the people that he has
13 surrounded himself with, the team, is a world-class team
14 of people who are absolute experts at what they do. Can
15 I true the system? Can I trust this business model to
16 be reliable and predictable, not just to produce
17 returns, but to not lose money, right?
18      And so we're going to answer those question
19 marks. What about, have other people invested in this
20 before, and what was their experience? What would they
21 say if given an opportunity to sound off about their
22 experience with Harbor City? And maybe what have the
23 media and some of the financial experts out there said
24 about Harbor City?
25      So what we've done for you is made it super

Page 8

1 simple. Professional investors. We're talking about
2 hedge fund managers; private equity managers; investment
3 bankers; broker-dealers; professional, ultra-high net
4 worth individuals all go through a process called due
5 diligence when they're looking at an investment
6 opportunity. It's basically a checklist.
7      And they want to make sure that all of their
8 questions are answered, and that they can check off each
9 of those items in that due diligence checklist before
10 they make the investment.
11      So, you may have a due diligence checklist
12 that you already use. But in case you don't, we're
13 providing one for you. We have assembled a
14 comprehensive due diligence checklist that as you go
15 through these videos — and we're going to provide even
16 other videos that answer many of the frequently asked
17 questions that we get about the business model, about
18 how and when you get paid, about when your money comes
19 back to you, every question you could possible think of,
20 we're going to answer those throughout this video
21 series, and the additional videos that we provide to
22 you.
23      But what I want you to do is download that due
24 diligence checklist. Now you should find a link below
25 this video to download that checklist in a PDF format,

Page 9

1 or just to print it out, and be able to follow along.
2 And as you go through another video, you go, oh, I've
3 got that question answered. I've got that question
4 answered.
5      And by the time you get through, you'll be
6 ready to make your decision to invest with Harbor City,
7 and how much you're going to invest with this first
8 time, initial investment.
9      And why do I say, first time, initial
10 investment? Well, because we expect that once you get a
11 taste of this, once you start getting 1.5 percent a
12 month, you're going to be hooked for life. You're going
13 to want to bring additional funds. You're going to want
14 to bring your family into it. If you're in charge of a
15 foundation or a trust, you're going to want to bring
16 that money in and invest it. If you are responsible for
17 an investment club, you're going to want to share this
18 opportunity with the members of your investment club.
19 If you're in a family office, the next time you're at a
20 conference, you're going to share it with the other
21 members of those family offices at that conference.
22      This is a game changer. This is the beginning
23 of something truly extraordinary and big, not only for
24 us, but for you in terms of your investment portfolio.
25      So, take the due diligence checklist, walk

3 (Pages 6 to 9)

## Page 10

1  through the process, go through all of the videos.
2  Now, right below this video, you're going to
3  see two buttons. The first button you'll see will give
4  you instant access to the investor documents you need to
5  make a valuable decision about investing with Harbor
6  City. That includes the private placement memorandum, a
7  sample subscription agreement, a business plan deck, and
8  also the accredited investor verification form that you
9  need to get filled out. All of those documents will be
10  available, and perhaps some additional documents as we
11  add them to the stack.
12  The other button you're going to see is going
13  to take you to the next video in this series. Now,
14  remember, in the next three videos, I'm going to address
15  those three big questions. Number one, how is this
16  possible -- not only possible, how is this realistic to
17  pay these kind of returns? Number two is, how risky is
18  this? In other words, how could I possibly lose my
19  money, or a even better question is, how do I not lose
20  money? And number three is, can I trust these people?
21  Can I trust this team? Can I trust this leadership, and
22  can I trust this business model and company?
23  So don't forget, download the due diligence
24  checklist, and have that with you as you walk through
25  the process of going through these next videos, and as

## Page 11

1  you go through the documents that you download. Also,
2  watch your email inbox. And as soon as you get an email
3  from us, shoot back a return email to us just to let us
4  know that you're getting our emails. We'd love to hear
5  from you, and we certainly would love to hear any
6  questions that you might have in your mind as you go
7  through the process.
8  I'm JP Maroney, founder and CEO of Harbor
9  City, and I'll see you in the next video.
10  Hello, and welcome back. I'm JP Maroney,
11  founder and CEO of Harbor City.
12  Now, in this video, we're going to address the
13  absolute number one question, concern, objection,
14  craziness that we hear, which is, this sounds too good
15  to be true. How can it possibly be true? At the same
16  time, we get people saying, I really hope it is true.
17  And so I want to talk a little bit about the
18  18 percent return, and the business model that's driving
19  these numbers because once you see what we do, how we do
20  it, how we make the money, then the 18 percent a year,
21  or 1.5 percent a month, will not only be realistic, but
22  you'll realize that it's a very fair deal for you, and
23  us as well.
24  So let's talk about that.
25  But first, I want to share one of my favorite

## Page 12

1  quotes. Oliver Wendell Holmes said, the mind once
2  expanded to the dimensions of larger ideas never returns
3  to its original size. What does that mean? It means
4  that once you are introduced to something -- a new
5  reality -- you can never go back to the way things were.
6  And I'm convinced and absolutely persuaded
7  that once you're introduced to our business model, and
8  how we turned it into an alternative asset class and
9  investment strategy, that you'll never ever look at
10  investing or return on investment the same way again.
11  You know, many years ago, everyone thought
12  that it was impossible -- absolutely impossible -- to
13  break the four-minute mile. And yet when Roger
14  Bannister broke the four-minute mile, what happened?
15  Months later, other people -- multiple people -- broke
16  the four-minute mile.
17  Now, was it suddenly easier? Was the
18  temperature outside better? Were they making better
19  tennis shoes? Was the track of a better quality? No.
20  It was all in the mind. They figured out how to do
21  something by looking at it through a new lens, or a new
22  filter.
23  And things that sound too good to be true, or
24  sound impossible, suddenly become possible, just like
25  the four-minute mile.

## Page 13

1  I live here on the Space Coast in Brevard
2  County, in the Melbourne, Florida area, and right here
3  on our coast is where SpaceX fires off their rockets.
4  And I stood, on the beach, here in Brevard County, and
5  watched the first of the rockets that went up and
6  actually came back down, and landed, vertically, on the
7  launch pad. Too good to be true? Impossible? We would
8  have thought so until somebody said, but what if it was
9  possible? What if I could do it? What would it be
10  like?
11  You know, one of my favorite business
12  philosophers is Buckminster Fuller. And he has a great
13  quote. And I quote it all the time when I speak. In
14  fact, I had it on the back of my business cards for a
15  long time. He says, you never change things by fighting
16  the existing reality. To change something, build a new
17  model that makes the existing model obsolete. A new
18  model that makes the existing model obsolete.
19  Now if you remember in the first video, I
20  said, we absolutely turned the old risk/reward model of
21  investing on its head because in most investing, if you
22  want high returns -- so if you're the kind of person
23  that says, look, I got to make up for lost time, or I
24  need to build some momentum fast, and you're going after
25  big returns, in most investments, you have to be willing

Page 14

1  to accept correlated high risk with those returns. But
2  if you're the kind of person that says, I need to play
3  it safe. I cannot afford to lose my principal, and so
4  therefore I want low risk, well, with most investments,
5  you have to be willing to accept correlated low returns.
6        But what if it were possible, by creating a
7  new model, that makes that old model obsolete, that you
8  could have high returns, but a low correlated risk?
9        And that's exactly what we did by combining
10  two ideas. I have a great quote. It's one of my
11  favorite quotes, by Steve Jobs where he says, creativity
12  is just connecting things. Well, that's exactly what we
13  did back in 2011. I connected two ideas, this big,
14  massive rising tide of the Internet, where more and more
15  dollars are being spent online, more people are buying
16  online, more advertisers are spending money online to
17  get customers, and I combined it with the idea of
18  investing.
19        And that combination of those two ideas
20  created a new business model that makes the old
21  investment model obsolete. How does that work? What
22  does that mean? On the Internet, when you advertise,
23  unlike in the old days where you had to put a lot of
24  money at risk, on the Internet, you can start an
25  advertising campaign for a new customer with just 5 or

Page 15

1  $10 a day. Impossible? No. That's how the model was
2  built, Facebook, Google, Yahoo!, Bing, all these
3  platforms, Twitter, Instagram. You can start it with
4  very, very small, controlled risk.
5        And so we built an entire investment strategy
6  around that that we call Test, Scale, Manage. Let me
7  explain how that works. When we start a new campaign,
8  we have an R&D budget set aside out of our money, out of
9  our profits that we've generated, that we test new ideas
10  and new campaigns. And we test it -- even though it's
11  our money, we still test it inside very tight guardrails
12  and in very controlled risk.
13        We take $500 a day and invest it in
14  advertising to generate a new customer lead. And we do
15  that for up to 10 days. During that time, we're not so
16  concerned with how much profit can we make; we're trying
17  to find out what works, and what doesn't. And we're
18  trying to find out, how can we generate a new customer
19  lead for less money than we're getting paid on the
20  demand side from the companies that have contracted with
21  us to provide them with new customers from the Internet.
22        Now what that means is, is the first day we
23  put $500 to work. Now, we may only generate 100 or $200
24  worth of leads that day. And you go, well, JP, you lost
25  money; you lost 300 or $400. That's not a good thing.

Page 16

1  You can't do that for very long, right?
2        Well, we're testing, remember. So, at the end
3  of the first day, the interesting thing about the
4  Internet is it gives you amazing feedback on what's
5  working and what's not in your advertising.
6        So at the end of the first day, we look at our
7  control panel, and we may see, well, men are responding
8  to this ad, but women are not responding. So what do we
9  do? We cut the budget to the female audience and double
10  down on the male audience. Well, the second day when we
11  invest our $500, because we're now targeting the people
12  who were responding and no longer spending money or
13  investing money on the people are not responding, our
14  profitability goes up a little bit.
15        And so that day we might generate 3 or $400
16  worth of leads. But remember, we spent $500. At the
17  end of the second day, we can look at that, we can say,
18  oh, I see that men 45 and above are responding to this
19  campaign. Men 44 and below are not responding to this.
20  What do we do? We reduce or completely eliminate the
21  budget for the lower end, double down on the upper end.
22        It's just like pruning. We're cutting away
23  what doesn't work, and we're feeding what works.
24        And through that process, over a three or a
25  four or a five or six day period of time, up to 10 days,

Page 17

1  we will watch our cost come down below what we're
2  getting paid. And when we do that, we're in ROI.
3        Here's where it gets interesting. Unlike any
4  other investment strategy where you don't have the
5  opportunity to test first and then scale up with 100
6  percent certainty that you're going to make a profit, we
7  do.
8        So once we're in profitability and we've run
9  that for two or three days and we know that it's not
10  just an anomaly, it's an actual trend of profitability,
11  then we reach over into our investor pool of capital and
12  begin to scale. Remember, I said, test, scale, manage.
13        So we reach over into our investor capital,
14  and we begin to scale up, increasing our daily
15  investment by 20 to up to 50 percent. And what are we
16  doing during that time? We're watching to make sure
17  that we stay inside those guardrails, that our cost per
18  lead never exceeds what we're getting paid. So every
19  single lead coming through that pipeline, every new
20  customer prospect, if you might want to think of it that
21  day, coming through that pipeline is at a positive ROI.
22        And I want to ask you a question. You --
23  you're an investor. If you could look at any of your
24  current investments, and know with absolute certainty
25  that every dollar you had invested was going to bring

## Page 18

1  back a positive ROI, what would you do?  You'd put more
2  money into it, right?
3         So that's what we do.  We continue to scale,
4  scale, scale, scale until we get to the level that our
5  clients have contracted with us for leads.  So if they
6  want 500 leads a day or 1,000 leads a day or 10,000
7  leads a week, whatever that number is, we keep
8  increasing our investment because we know, at this
9  point, every single lead is at a positive ROI.  That
10  means we're making a profit, with absolute certainty and
11  complete predictability, every lead going through the
12  pipeline.
13         When we get it up to the level that our
14  clients have already contracted with us for how much
15  they're going to take on a daily basis, then we hold it
16  at a constant, and we call that manage.  That's our
17  third step in that process -- test, scale, manage.
18         During that management process, we have
19  software in place that watches.  We've written rules
20  that say, hey, if the cost per lead ever gets above a
21  certain amount, then you can reduce the budget, cut it
22  off altogether, or set off an alarm and take it out of
23  autopilot and have a human take the controls and watch
24  this thing.
25         And so, if let's say, for example, that our

## Page 19

1  cost per lead is 10 or $11, and let's say that we're
2  getting paid $15 for every new customer lead or prospect
3  that we're generating on the Internet.  If -- we can set
4  a rule that says, if it exceeds $12 or $13, set off that
5  alarm or reduce that spin or shut this thing down.  And
6  what that means is that we never fall off a cliff with
7  these investments.
8         And people ask us, they'll say, where are all
9  of your losing campaigns?  Where are all the campaigns
10  where you lost money?  And what we tell people is, they
11  don't exist.  There are tests that didn't work, but
12  there are no campaigns that didn't work.  In other
13  words, there aren't losing campaigns because we never
14  put investor capital at risk, we're never investing in
15  campaigns that are at a negative ROI and not at a
16  positive ROI.
17         But what does that mean to you?  Test, scale,
18  manage.  What's the real business model, and what are
19  the numbers that really matter?
20         So let's talk a little bit about this.  Harbor
21  City is fully liquid every 90 days.  We're fully liquid
22  four times a year.  What that means is, we're investing
23  in campaigns, and then we're getting paid for those new
24  prospects, or those new customer leads, that we generate
25  for those companies somewhere between 45 and 70 days

## Page 20

1  after we generate those leads.  So we use the investor
2  capital to be able to scale the campaigns until we get
3  paid back for those leads that we've already generated.
4         Now, I want to make something very clear.
5  People often ask, okay, so you're generating leads, how
6  do you know that you're going to be able to sell the
7  leads?  That's not how it works.  We've already sold the
8  leads.  We already have a contract for them.  We're
9  simply filling the order.
10         So if you think about this investment model
11  and how it fits into a portfolio of investment, it's
12  very much like purchase order funding or accounts
13  receivable funding or bridge funding because we're
14  simply internally bridging between the time that we
15  invest the money in the advertising to generate the new
16  customer lead, and then that 45 to 75 days later when we
17  get paid.
18         So our business model has completely been
19  built on the idea of turning that capital in 90 days or
20  less.  And that's really important that you understand
21  this because this goes back to that idea of -- or the
22  question of, how could you possibly afford to pay 1.5
23  percent a month or 18 percent a year?
24         So I'm going to walk you through the numbers.
25  I want you to take this down to one lead, but I'm going

## Page 21

1  to use an example, instead, of a lead, something we all
2  could understand, a pound of coffee.  If you've ever
3  gone into your local grocery store and bought a pound of
4  coffee, well, guess what?  At some point, someone went
5  down to South America somewhere, probably, and ordered
6  that coffee from the growers.
7         Now, if I was the guy here in the United
8  States distributing coffee, and let's say I had orders
9  for a bunch of coffee, and let's say that it was costing
10  me -- I knew I was going to have to pay $10 for a pound
11  of coffee, but I already had it sold for $15, for
12  example, well, I would know that I'm going to make a $5
13  profit, but what if I didn't have that money, and I came
14  to you and I said, look, I don't have the money.  I need
15  to borrow $10 to buy the pound of coffee.
16         Now I'm going to fly to South America, cut a
17  deal with the growers.  They're going to harvest their
18  beans.  They're going to package them, send them to the
19  United States, ship them over.  We're going to bring it
20  into our warehouse, package it up the way that we do,
21  put our labels o nit, put an invoice with it, send it
22  out to our customers.  And somewhere between 45 and 75,
23  up to 90 days later from when you loaned me that $10,
24  I'm going to get paid my $15.
25         Well, out of that $15, what is my profit?

**Page 22**

1   It's $5. And this is where the business model gets
2   exciting. If you look at that as regular business,
3   well, that's a $5 gross margin or gross profit, or a
4   33.3 percent gross margin. But if you look at it
5   through the eyes of an investor, that's a 50 percent
6   return on investment. I put $10 to work -- your $10 to
7   work -- and I generated $5 in profit, a 50 percent
8   return on investment. And I did it in three months or
9   less.
10          Now here's where I want to ask you a
11  question. If I'm paying you 1.5 percent a month, month
12  one, that's 15 cents, right, on your $10. Month two,
13  we're at 30 cents. Let's say we take it all the way out
14  to the extreme, month three, 45 cents. I want to ask
15  you a question.
16          If I put your $10 to work and I make a $5
17  profit, and I pay you 45 cents for the use of that money
18  over that three month period of time, is that a fair
19  deal? That's a good opportunity for you, and it's a
20  good deal for me.
21          Let me ask you this. Is it realistic that out
22  of $5, I could find 45 cents to pay you for the cost of
23  capital or for the use of your money, which is your
24  return on your investment? And that's exactly how
25  Harbor City's investment model works. We spend the

**Page 23**

1   money on advertising. We generate the new prospects or
2   new customers for our clients. And somewhere between 45
3   and 75 days later, they pay us -- never more than 90
4   days, they pay us. And throughout that process, we're
5   paying you 1.5 percent every month, every month.
6           Now, under the current bond offering, you're
7   getting that for two years. So when you invest this
8   month, next month by the 15th of the month, guess what?
9   You'll get 1.5 percent.
10          If it's $100,000, you'll get $1,500. That's
11  one thousand five hundred dollars for that one month.
12  The next month, another 1,500, and another, and another.
13  For 24 months you're going to get that money every
14  single month.
15          And then at the end of that two years, get
16  your return of principal. I had one guy tell me, good
17  grief, 1.5 percent a month, I'm not getting that a year
18  where I've got my money in a money maker or money market
19  account.
20          So compare that to any other investment that
21  you have out there. It has a high return, but as you've
22  seen with our test scale manage, and as you're going to
23  see in our next video, extraordinary low risk.
24          In the next video, we're going to talk about
25  how we took every possible, conceivable risk and

**Page 24**

1   mitigated those risk [sic] to make sure that we never
2   fall off a cliff, that we never lose our money, that we
3   never lose our investors' money.
4           You know, return on investment or return on
5   principal is important in investing, but the most
6   important is return of principal.
7           And that's what you're concerned about. I
8   know. You want to make sure, yes, I'll get a good
9   return, but most important, am I going to get my money
10  back? I don't want to end this thing in the hole,
11  deeper than I was when I started.
12          So, in the next video we'll talk about some of
13  those risk factors, but right now, here's what I want
14  you to do.
15          Make sure -- I hope you have your due
16  diligence checklist handy, and you're checking off,
17  okay, I understand the business model. Okay, I see how
18  the returns are possible -- not only possible, but it's
19  a fair deal that they're paying me 1.5 percent for the
20  use of my money.
21          So as you're going down that due diligence
22  checklist, be sure that you're checking off all of those
23  items that we're addressing in the videos.
24          Now, a reminder. Below this video there's two
25  buttons. One button gives you instant access to the

**Page 25**

1   investor documents.
2           So if you're ready to download those and start
3   looking at those documents, by all means, do that. The
4   memorandum's there, the sample subscription agreement,
5   and the other documents.
6           The other button will take you to the next
7   video.
8           So in the next video, we're going to address
9   all of those potential risk factors and how we've
10  mitigated against those risk factors to completely de-
11  risk this investment strategy.
12          Once again, I'm JP Maroney, founder and CEO,
13  and I'll see you in the next video.
14          (End of video.)
15               * * * * *
16
17
18
19
20
21
22
23
24
25

Page 26

```
 1              TRANSCRIBER'S CERTIFICATE
 2
 3      I, Anna Harle, hereby certify that the foregoing
 4      transcript is a complete, true and accurate
 5      transcription of all matters contained on the recorded
 6      proceedings of the matter:
 7      HARBOR CITY CAPITAL CORP.
 8      Video file:
 9      Harbor City Capital Corp Video 1 and 2 9.26.19.mp4
10
11
12      Transcriber
13
14      4-14-2021
15
16
17
18
19
20
21
22
23
24
25
```

**A**

**able** 3:25 9:1
   20:2,6
**absolute** 7:14
   11:13 17:24
   18:10
**absolutely** 5:16
   12:6,12 13:20
**accept** 7:6 14:1
   14:5
**access** 2:20 10:4
   24:25
**account** 23:19
**accounts** 20:12
**accredited** 10:8
**accurate** 26:4
**action** 2:22
**actual** 17:10
**ad** 6:10 16:8
**add** 4:20 10:11
**additional** 8:21
   9:13 10:10
**address** 6:17 7:1
   10:14 11:12
   25:8
**addressing**
   24:23
**advertise** 14:22
**advertisers**
   14:16
**advertising** 2:24
   3:16 14:25
   15:14 16:5
   20:15 23:1
**afford** 14:3
   20:22
**age** 3:1
**ago** 12:11
**agreement** 10:7
   25:4
**alarm** 18:22
   19:5
**alternative** 3:6
   12:8
**altogether** 18:22
**amazing** 16:4
**Amazon** 5:17
**America** 21:5,16
**amount** 18:21

**Anna** 26:3
**anniversary**
   4:14
**annual** 6:2,10
**anomaly** 17:10
**answer** 6:17
   7:18 8:16,20
**answered** 8:8
   9:3,4
**answering** 2:7
**approach** 4:10
**area** 2:17 13:2
**aside** 15:8
**asked** 8:16
**assembled** 8:13
**asset** 3:6 12:8
**audience** 16:9
   16:10
**autopilot** 18:23
**available** 10:10

**B**

**back** 2:9,23 3:11
   3:24 4:3,18
   5:12 8:19 11:3
   11:10 12:5
   13:6,14 14:13
   18:1 20:3,21
   24:10
**backstory** 2:10
**bankers** 8:3
**Bannister** 12:14
**basically** 8:6
**basis** 4:12 18:15
**beach** 13:4
**beans** 21:18
**began** 3:21
**beginning** 9:22
**better** 10:19
   12:18,18,19
**big** 5:7 6:23 9:23
   10:15 13:25
   14:13
**biggest** 2:7 4:3
**Bing** 15:2
**bit** 2:10,10,14
   5:6,8 11:17
   16:14 19:20
**boats** 4:19,21

**bond** 23:6
**borrow** 21:15
**bought** 21:3
**break** 12:13
**Brevard** 13:1,4
**bridge** 20:13
**bridging** 20:14
**bring** 9:13,14,15
   17:25 21:19
**broke** 12:14,15
**broker-dealers**
   8:3
**brought** 4:14,15
   5:8
**Buckminster**
   13:12
**budget** 15:8
   16:9,21 18:21
**build** 4:2 5:18
   13:16,24
**building** 2:15,16
   2:17 4:11
**built** 15:2,5
   20:19
**bunch** 21:9
**business** 2:8 4:8
   5:4,16,17,19
   5:20 6:4 7:15
   8:17 10:7,22
   11:18 12:7
   13:11,14 14:20
   19:18 20:18
   22:1,2 24:17
**businesses** 2:19
**button** 10:3,12
   24:25 25:6
**buttons** 10:3
   24:25
**buy** 2:14 3:16
   21:15
**buyers** 4:23
**buying** 14:15

**C**

**C** 2:1
**call** 15:6 18:16
**called** 8:4
**campaign** 14:25
   15:7 16:19

**campaigns**
   15:10 19:9,9
   19:12,13,15,23
   20:2
**capital** 1:5,7 2:2
   17:11,13 19:14
   20:2,19 22:23
   26:7,9
**captured** 6:9
**cards** 13:14
**case** 8:12
**cash** 4:12
**cents** 22:12,13
   22:14,17,22
**CEO** 2:4 11:8,11
   25:12
**certain** 18:21
**certainly** 11:5
**certainty** 17:6
   17:24 18:10
**CERTIFICATE**
   26:1
**certify** 26:3
**change** 13:15,16
**changer** 9:22
**charge** 9:14
**check** 8:8
**checking** 24:16
   24:22
**checklist** 8:6,9
   8:11,14,24,25
   9:25 10:24
   24:16,22
**City** 1:5,7 2:2,3
   2:8 6:20,21
   7:22,24 9:6
   10:6 11:9,11
   19:21 26:7,9
**City's** 22:25
**class** 12:8
**classes** 3:9
**clear** 20:4
**click** 2:22
**clicks** 4:12
**clients** 5:2 18:5
   18:14 23:2
**cliff** 19:6 24:2
**closest** 5:1
**club** 9:17,18

**coast** 13:1,3
**coffee** 21:2,4,6,8
   21:9,11,15
**colleagues** 5:1
**combination**
   14:19
**combined** 14:17
**combining** 14:9
**come** 17:1
**comes** 6:21 8:18
**coming** 17:19,21
**COMMISSION**
   1:1
**companies** 2:15
   2:16,18 15:20
   19:25
**company** 10:22
**compare** 23:20
**complete** 18:11
   26:4
**completely** 7:7
   16:20 20:18
   25:10
**comprehensive**
   8:14
**conceivable**
   23:25
**concern** 11:13
**concerned** 15:16
   24:7
**concerns** 6:17
**conference** 9:20
   9:21
**connected** 14:13
**connecting**
   14:12
**consider** 3:12
**consistent** 4:12
**consistently** 6:2
**constant** 18:16
**contained** 26:5
**continue** 18:3
**contract** 20:8
**contracted**
   15:20 18:5,14
**control** 16:7
**controlled** 15:4
   15:12
**controls** 18:23

convinced 12:6
Corp 1:5 26:7,9
correlated 14:1
   14:5,8
cost 17:1,17
   18:20 19:1
   22:22
costing 21:9
County 13:2,4
craziness 11:14
created 4:24 7:8
   14:20
creating 14:6
creativity 14:11
current 6:14
   17:24 23:6
customer 3:17
   14:25 15:14,18
   17:20 19:2,24
   20:16
customers 2:18
   3:17 14:17
   15:21 21:22
   23:2
cut 16:9 18:21
   21:16
cutting 16:22

—————————
         D
—————————
D 2:1
daily 17:14
   18:15
day 15:1,13,22
   15:24 16:3,6
   16:10,15,17,25
   17:21 18:6,6
days 14:23
   15:15 16:25
   17:9 19:21,25
   20:16,19 21:23
   23:3,4
de- 25:10
deal 11:22 21:17
   22:19,20 24:19
decade 2:13
December 4:13
decision 6:19
   9:6 10:5
deck 10:7

deeper 24:11
demand 15:20
derisked 5:5
difference 3:17
different 4:6
digit 6:2
diligence 8:5,9
   8:11,14,24
   9:25 10:23
   24:16,21
dime 3:2
dimensions 12:2
discover 5:3
distributing
   21:8
Diversified 1:24
documents 10:4
   10:9,10 11:1
   25:1,3,5
dog 3:13
doing 17:16
dollar 3:1,10,11
   5:11,12 17:25
dollars 4:5,5
   14:15 23:11
double 6:2 16:9
   16:21
download 8:23
   8:25 10:23
   11:1 25:2
driving 6:4
   11:18
due 8:4,9,11,14
   8:23 9:25
   10:23 24:15,21

—————————
         E
—————————
E 2:1,1
easier 12:17
easy 5:15,16
Edison 5:22
eliminate 16:20
email 11:2,2,3
emails 11:4
enormous 4:2,24
entire 15:5
epiphany 3:15
equity 8:2
estate 4:8

exactly 3:15
   14:9,12 22:24
example 18:25
   21:1,12
exceeds 17:18
   19:4
EXCHANGE
   1:1
excited 6:5
exciting 2:5,12
   5:14 22:2
exist 19:11
existing 13:16
   13:17,18
expanded 12:2
expect 9:10
experience 5:25
   7:20,22
experienced
   5:21,21
experts 7:14,23
explain 5:5 15:7
extraordinarily
   7:9
extraordinary
   9:23 23:23
extreme 22:14
eyes 3:20 22:5

—————————
         F
—————————
Facebook 5:17
   15:2
fact 13:14
factors 24:13
   25:9,10
fail 5:23
fair 11:22 22:18
   24:19
fall 19:6 24:2
family 4:1 5:1,9
   9:14,19,21
fast 13:24
favorite 11:25
   13:11 14:11
feedback 16:4
feeding 16:23
female 16:9
fighting 13:15
figure 2:25 3:22

figured 12:20
file 1:4 26:8
filled 10:9
filling 20:9
filter 12:22
finally 4:14
financial 4:9
   7:23
find 7:7 8:24
   15:17,18 22:22
fires 13:3
first 9:7,9 10:3
   11:25 13:5,19
   15:22 16:3,6
   17:5
fits 20:11
five 5:15 6:1
   16:25 23:11
five-year 4:14
FL-04236-A 1:4
flipped 7:7
Florida 13:2
fly 21:16
follow 9:1
follows 4:24
foregoing 26:3
forget 10:23
form 10:8
format 8:25
found 2:19
foundation 9:15
founder 2:4 11:8
   11:11 25:12
four 16:25 19:22
four-minute
   12:13,14,16,25
frequently 8:16
friends 4:1 5:1,9
full-time 2:16
Fuller 13:12
fully 19:21,21
fund 8:2
funding 20:12
   20:13,13
funds 9:13

—————————
         G
—————————
G 2:1
game 9:22

generate 15:14
   15:18,23 16:15
   19:24 20:1,15
   23:1
generated 6:2
   15:9 20:3 22:7
generating 2:18
   19:3 20:5
getting 5:12
   9:11 11:4
   15:19 17:2,18
   19:2,23 23:7
   23:17
gigantic 4:22
give 2:10 10:3
given 7:21
gives 16:4 24:25
glad 2:4
go 5:3 6:8 8:4,14
   9:2,2 10:1 11:1
   11:6 12:5
   15:24
goes 16:14 20:21
going 2:5,6,14
   6:5,8 7:1,7,18
   8:15,20 9:7,12
   9:12,13,15,17
   9:20 10:2,12
   10:12,14,25
   11:12 13:24
   17:6,25 18:11
   18:15 20:6,24
   20:25 21:10,12
   21:16,17,18,19
   21:24 23:13,22
   23:24 24:9,21
   25:8
good 6:3,11,25
   11:14 12:23
   13:7 15:25
   22:19,20 23:16
   24:8
Google 5:18
   15:2
great 13:12
   14:10
grief 23:17
grocery 21:3
gross 22:3,3,4

group 4:15
growers 21:6,17
growing 5:20,21
    5:24
guardrails 15:11
    17:17
guess 21:4 23:8
guy 21:7 23:16

_____
        H
half 2:24,25
hands 2:21
handy 24:16
happened 12:14
harbor 1:5,7 2:2
    2:3,8 4:21 6:20
    6:21 7:22,24
    9:6 10:5 11:8
    11:11 19:20
    22:25 26:7,9
Harle 26:3
harvest 21:17
head 7:8 13:21
hear 11:4,5,14
hedge 8:2
Hello 11:10
hey 18:20
high 7:9 13:22
    14:1,8 23:21
higher 7:4,4
hold 18:15
hole 24:10
Holmes 12:1
hooked 9:12
hope 11:16
    24:15
human 18:23
hundred 4:5,6
    23:11

_____
        I
idea 4:17,25
    14:17 20:19,21
ideas 12:2 14:10
    14:13,19 15:9
imagination 6:9
important 20:20
    24:5,6,9
impossible 12:12
    12:12,24 13:7

15:1
inbox 11:2
includes 10:6
income 6:14
increasing 17:14
    18:8
incredible 5:19
individuals 8:4
initial 9:8,9
inside 15:11
    17:17
Instagram 15:3
instant 10:4
    24:25
insurance 4:7
interesting 16:3
    17:3
internally 20:14
Internet 2:16,19
    2:20 3:1,16
    4:22 5:4,18
    14:14,22,24
    15:21 16:4
    19:3
interview 3:5
introduced 12:4
    12:7
invest 6:19,19
    9:6,7,16 15:13
    16:11 20:15
    23:7
invested 7:19
    17:25
investing 5:5 7:3
    10:5 12:10
    13:21,21 14:18
    16:13 19:14,22
    24:5
investment 2:12
    3:4,9,9,12,20
    3:21,23 4:11
    6:15 7:8 8:2,5
    8:10 9:8,10,17
    9:18,24 12:9
    12:10 14:21
    15:5 17:4,15
    18:8 20:10,11
    22:6,8,24,25
    23:20 24:4

25:11
investments 2:9
    13:25 14:4
    17:24 19:7
investor 10:4,8
    17:11,13,23
    19:14 20:1
    22:5 25:1
investors 6:3 8:1
investors' 24:3
invoice 21:21
items 8:9 24:23

_____
        J
Jobs 14:11
JP 2:3 11:8,10
    15:24 25:12

_____
        K
keep 18:7
Kennedy 4:19
kind 10:17
    13:22 14:2
knew 5:13,13
    21:10
know 3:8,10 5:2
    5:6,7 11:4
    12:11 13:11
    17:9,24 18:8
    20:6 21:12
    24:4,8

_____
        L
labels 21:21
laid 4:25
landed 13:6
larger 12:2
launch 13:7
lead 15:14,19
    17:18,19 18:9
    18:11,20 19:1
    19:2 20:16,25
    21:1
leadership 10:21
leads 3:17 4:7,7
    15:24 16:16
    18:5,6,6,7
    19:24 20:1,3,5
    20:7,8
learned 5:23

learning 5:24
learns 6:22
legal 4:7
lens 12:21
let's 11:24 18:25
    19:1,20 21:8,9
    22:13
level 18:4,13
leveraged 5:18
life 9:12
lifts 4:19,21
lightbulb 5:24
link 8:24
liquid 19:21,21
lists 2:17
little 2:10,14 5:6
    5:8 11:17
    16:14 19:20
live 4:17 13:1
loaned 21:23
loaning 5:21
local 21:3
long 13:15 16:1
longer 16:12
look 3:8,9 4:9
    5:2 6:4 12:9
    13:23 16:6,17
    17:23 21:14
    22:2,4
looking 8:5
    12:21 25:3
lose 5:2 7:17
    10:18,19 14:3
    24:2,3
losing 19:9,13
lost 13:23 15:24
    15:25 19:10
lot 14:23
love 11:4,5
low 7:9 14:4,5,8
    23:23
lower 7:4,5
    16:21

_____
        M
machine 4:11
maker 23:18
making 6:18
    12:18 18:10

male 16:10
man 6:11,13
manage 15:6
    17:12 18:16,17
    19:18 23:22
management
    18:18
manager 3:20
managers 3:6
    8:2,2
margin 22:3,4
market 23:18
marketer 2:21
marketing 3:2
markets 4:7
marks 6:23 7:19
Maroney 2:3,3
    11:8,10 25:12
massive 14:14
matter 1:3 19:19
    26:6
matters 26:5
mean 7:2 12:3
    14:22 19:17
means 5:11 12:3
    15:22 18:10
    19:6,22 25:3
measurable 2:22
    3:3
media 7:23
Melbourne 13:2
members 9:18
    9:21
memorandum
    10:6
memorandum's
    25:4
men 16:7,18,19
mile 12:13,14,16
    12:25
million 4:5,5
mind 6:23 11:6
    12:1,20
mitigated 24:1
    25:10
model 2:8 5:4,19
    6:4 7:6,7,8,15
    8:17 10:22
    11:18 12:7

13:17,17,18,18
13:20 14:7,7
14:20,21 15:1
19:18 20:10,18
22:1,25 24:17
**moment** 3:14,14
**momentum**
13:24
**money** 2:24 3:23
4:1,23 5:2,7,9
7:17 8:18 9:16
10:19,20 11:20
14:16,24 15:8
15:11,19,25
16:12,13 18:2
19:10 20:15
21:13,14 22:17
22:23 23:1,13
23:18,18,18
24:2,3,9,20
**month** 6:13,14
6:24 9:12
11:21 20:23
22:11,11,12,14
22:18 23:5,5,8
23:8,8,11,12
23:14,17
**months** 12:15
22:8 23:13
**movement** 4:22
**multiple** 12:15

**N**

**N** 2:1
**nature** 5:4
**need** 10:4,9
13:24 14:2
21:14
**negative** 19:15
**net** 8:3
**never** 12:2,5,9
13:15 17:18
19:6,13,14
23:3 24:1,2,3
**new** 2:18 3:17
3:17 12:4,21
12:21 13:16,17
14:7,20,24,25
15:7,9,10,14

15:18,21 17:19
19:2,23,24
20:15 23:1,2
**night** 3:13
**nit** 21:21
**normal** 7:6
**number** 6:23
7:11 10:15,17
10:20 11:13
18:7
**numbers** 6:5
11:19 19:19
20:24

**O**

**o** 2:1 21:21
**objection** 11:13
**obsolete** 13:17
13:18 14:7,21
**offering** 23:6
**office** 3:24 9:19
**offices** 9:21
**oh** 9:2 16:18
**okay** 20:5 24:17
24:17
**old** 13:20 14:7
14:20,23
**Oliver** 12:1
**once** 9:10,11
11:19 12:1,4,7
17:8 25:12
**online** 2:17 3:3
4:23 14:15,16
14:16
**opportunities**
2:13 5:22
**opportunity** 3:5
3:12 4:22,24
6:22 7:21 8:6
9:18 17:5
22:19
**order** 20:9,12
**ordered** 21:5
**orders** 21:8
**original** 12:3
**outside** 12:18

**P**

**P** 2:1
**package** 21:18

21:20
**pad** 13:7
**PAGES** 1:8
**paid** 8:18 15:19
17:2,18 19:2
19:23 20:3,17
21:24
**pains** 5:21
**panel** 16:7
**passed** 4:13
**pay** 10:17 20:22
21:10 22:17,22
23:3,4
**paying** 22:11
23:5 24:19
**PDF** 8:25
**penny** 3:2
**people** 4:15,16
7:12,12,14,19
10:20 11:16
12:15,15 14:15
16:11,13 19:8
19:10 20:5
**percent** 5:10
6:10,12,24,24
9:11 11:18,20
11:21 17:6,15
20:23,23 22:4
22:5,7,11 23:5
23:9,17 24:19
**period** 3:11
16:25 22:18
**person** 13:22
14:2
**persuaded** 12:6
**philosophers**
13:12
**pipeline** 17:19
17:21 18:12
**place** 3:25 18:19
**placement** 10:6
**plan** 10:7
**platforms** 15:3
**play** 14:2
**point** 18:9 21:4
**pool** 17:11
**portfolio** 4:10
9:24 20:11
**positive** 17:21

18:1,9 19:16
**possible** 8:19
10:16,16 12:24
13:9 14:6
23:25 24:18,18
**possibly** 6:25
10:18 11:15
20:22
**potential** 25:9
**pound** 21:2,3,10
21:15
**predictability**
18:11
**predictable** 7:16
**presented** 4:17
**President** 4:18
**primarily** 2:17
**principal** 14:3
23:16 24:5,6
**print** 9:1
**private** 8:2 10:6
**probably** 21:5
**proceedings**
26:6
**process** 6:18 8:4
10:1,25 11:7
16:24 18:17,18
23:4
**produce** 7:16
**product** 3:23
4:11
**professional** 8:1
8:3
**profit** 3:18 15:16
17:6 18:10
21:13,25 22:3
22:7,17
**profitability**
16:14 17:8,10
**profits** 15:9
**prospect** 17:20
19:2
**prospects** 19:24
23:1
**provide** 8:15,21
15:21
**providing** 8:13
**pruning** 16:22
**purchase** 20:12

**put** 2:11 3:10,22
3:24,25 4:5
6:13 14:23
15:23 18:1
19:14 21:21,21
22:6,16
**putting** 2:6 5:11

**Q**

**quality** 12:19
**quantify** 5:10
**quest** 3:21
**question** 6:23
7:2,18 8:19 9:3
9:3 10:19
11:13 17:22
20:22 22:11,15
**questions** 2:7
6:18 8:8,17
10:15 11:6
**quote** 2:23 4:18
13:13,13 14:10
**quotes** 12:1
14:11

**R**

**R** 2:1
**R&D** 15:8
**raise** 3:23 4:4
**reach** 17:11,13
**ready** 9:6 25:2
**real** 4:8 19:18
**realistic** 10:16
11:21 22:21
**reality** 12:5
13:16
**realize** 11:22
**really** 3:7 6:22
11:16 19:19
20:20
**reasonable** 3:11
**receivable** 20:13
**recorded** 26:5
**reduce** 16:20
18:21 19:5
**regular** 22:2
**reliable** 7:16
**remember** 2:23
4:18 10:14
13:19 16:2,16

17:12
reminder 24:24
Reporting 1:24
resonated 3:7
responding 16:7
    16:8,12,13,18
    16:19
responsible 9:16
return 3:20 11:3
    11:18 12:10
    22:6,8,24
    23:16,21 24:4
    24:4,6,9
returns 6:2,10
    6:24 7:4,5,9,17
    10:17 12:2
    13:22,25 14:1
    14:5,8 24:18
riding 5:15
right 6:7 7:17
    10:2 13:2 16:1
    18:2 22:12
    24:13
rising 4:19,21
    14:14
risk 7:4,5,9 14:1
    14:4,8,24 15:4
    15:12 19:14
    23:23,25 24:1
    24:13 25:9,10
    25:11
risk/reward 7:6
    13:20
risky 7:2 10:17
road 5:16
rockets 13:3,5
Roger 12:13
ROI 17:2,21
    18:1,9 19:15
    19:16
rule 19:4
rules 18:19
run 17:8

──────────
S
──────────
S 2:1
safe 14:3
sample 10:7
    25:4

saw 6:9,12
saying 11:16
says 2:24 13:15
    13:23 14:2,11
    19:4
scale 4:2 15:6
    17:5,12,12,14
    18:3,4,4,4,17
    19:17 20:2
    23:22
second 7:1 16:10
    16:17
SECURITIES
    1:1
see 10:3,3,12
    11:9,19 16:7
    16:18 23:23
    24:17 25:13
seen 23:22
sell 20:6
send 21:18,21
series 2:5 6:8,16
    7:1 8:21 10:13
services 1:24 4:9
set 15:8 18:22
    19:3,4
seven 5:9,12
share 9:17,20
    11:25
ship 21:19
shoes 12:19
shoot 11:3
show 3:6
shut 19:5
sic 24:1
side 15:20
simple 8:1
simply 20:9,14
single 17:19 18:9
    23:14
six 16:25
sixty 5:12
size 12:3
small 4:15,16
    15:4
software 18:19
sold 20:7 21:11
somebody 13:8
soon 11:2

sorts 3:8
sound 7:21
    12:23,24
sounds 6:11,24
    11:14
South 21:5,16
Space 13:1
SpaceX 13:3
speak 13:13
spend 2:24 3:2
    22:25
spending 14:16
    16:12
spent 14:15
    16:16
spin 19:5
stack 10:11
start 9:11 14:24
    15:3,7 25:2
started 2:11
    24:11
starts 6:22
States 1:1 21:8
    21:19
stay 17:17
step 18:17
Steve 14:11
stood 13:4
store 21:3
story 4:25
strategy 12:9
    15:5 17:4
    25:11
structure 3:23
SUBJECT 1:7
subscription
    10:7 25:4
suddenly 12:17
    12:24
super 7:25
superior 2:20
sure 8:7 17:16
    24:1,8,15,22
surrounded 7:13
system 7:15

──────────
T
──────────
take 2:9 6:4 9:25
    10:13 15:13

18:15,22,23
    20:25 22:13
    25:6
talk 7:10 11:17
    11:24 19:20
    23:24 24:12
talking 8:1
targeting 16:11
taste 9:11
team 7:13,13
    10:21
television 3:6
tell 19:10 23:16
temperature
    12:18
tennis 12:19
terms 9:24
test 15:6,9,10,11
    17:5,12 18:17
    19:17 23:22
testing 16:2
tests 19:11
thing 4:4 15:25
    16:3 18:24
    19:5 24:10
things 3:24 12:5
    12:23 13:15
    14:12
think 3:19 4:4
    6:3 7:3 8:19
    17:20 20:10
third 18:17
thought 3:15
    6:11 12:11
    13:8
thousand 23:11
three 6:22 7:11
    10:14,15,20
    16:24 17:9
    22:8,14,18
tide 4:19,21
    14:14
tight 15:11
time 3:11 9:5,8,9
    9:19 11:16
    13:13,15,23
    15:15 16:25
    17:16 20:14
    22:18

times 5:23 19:22
track 12:19
trackable 2:22
    3:3
traditionally 7:3
Transcriber
    26:12
TRANSCRIB...
    26:1
transcript 26:4
transcription
    1:15 26:5
trend 17:10
true 3:1 6:3,11
    6:12,25,25
    7:15 11:15,15
    11:16 12:23
    13:7 26:4
truly 9:23
trust 7:11,12,15
    9:15 10:20,21
    10:21,22
truth 3:14,14
trying 15:16,18
turn 3:4,16 4:12
turned 2:12 12:8
    13:20
turning 20:19
Twitter 15:3
two 12:10 3:17
    14:10,13,19
    17:9 22:12
    23:7,15 24:24

──────────
U
──────────
ultimate 2:21
ultra-high 8:3
understand
    20:20 21:2
    24:17
United 1:1 21:7
    21:19
upper 16:21
use 8:12 20:1
    21:1 22:17,23
    24:20
users 4:23

──────────
V
──────────
valuable 10:5

**vehicle** 2:20
**verification** 10:8
**version** 4:20
**vertical** 4:6
**vertically** 13:6
**video** 1:7,15 2:2
  6:7,8,16 7:1,10
  8:20,25 9:2
  10:2,13 11:9
  11:12 13:19
  23:23,24 24:12
  24:24 25:7,8
  25:13,14 26:8
  26:9
**videos** 2:6 8:15
  8:16,21 10:1
  10:14,25 24:23
**vision** 4:3

**W**

**walk** 6:18 9:25
  10:24 20:24
**walking** 3:13
**Wally** 2:23
**want** 2:9 6:16
  8:7,23 9:13,13
  9:15,17 11:17
  11:25 13:22
  14:4 17:20,22
  18:6 20:4,25
  22:10,14 24:8
  24:10,13
**warehouse**
  21:20
**wasted** 2:25
**watch** 11:2 17:1
  18:23
**watched** 13:5
**watches** 18:19
**watching** 3:5 6:7
  17:16
**Wattles** 2:24
**way** 4:9 12:5,10
  21:20 22:13
**ways** 5:23
**we'll** 3:8,12 5:7
  7:10 24:12
**we're** 2:6,6 5:16
  6:25 7:18 8:1

8:12,15,20
  11:12 15:15,16
  15:17,19 16:2
  16:11,22,23
  17:1,2,8,16,18
  18:10 19:1,3
  19:14,21,22,23
  20:8,13 21:19
  22:13 23:4,24
  24:23 25:8
**we've** 5:18,20,21
  7:25 15:9 17:8
  18:19 20:3,7
  25:9
**Webinar** 4:16
**week** 18:7
**weeks** 5:9,12
**welcome** 11:10
**Wendell** 12:1
**went** 2:16 13:5
  21:4
**willing** 7:5 13:25
  14:5
**wise** 6:19
**women** 16:8
**words** 10:18
  19:13
**work** 4:1,6
  14:21 15:23
  16:23 19:11,12
  22:6,7,16
**working** 16:5
**works** 15:7,17
  16:23 20:7
  22:25
**world-class** 7:13
**worth** 8:4 15:24
  16:16
**written** 18:19

**X**

**Y**

**Yahoo** 15:2
**year** 6:14 11:20
  19:22 20:23
  23:17
**years** 2:15 3:22
  5:15 6:1 12:11
  23:7,15

**Z**

**0**

**1**

**1** 1:7,8 2:2 26:9
**1,000** 18:6
**1,001** 5:23,23
**1,500** 6:13 23:10
  23:12
**1.5** 6:12,24 9:11
  11:21 20:22
  22:11 23:5,9
  23:17 24:19
**10** 15:1,15 16:25
  19:1 21:10,15
  21:23 22:6,6
  22:12,16
**10,000** 18:6
**100** 15:23 17:5
**100,000** 6:13
  23:10
**11** 19:1
**12** 19:4
**13** 19:4
**15** 19:2 21:11,24
  21:25 22:12
**15th** 23:8
**18** 6:10,23 11:18
  11:20 20:23
**18,000** 6:14

**2**

**2** 1:7 2:2 26:9
**20** 17:15
**200** 15:23
**2004** 2:15
**2011** 3:5 14:13
**2013** 4:13
**202** 1:25
**24** 23:13
**26** 1:8
**27** 2:15

**3**

**3** 16:15
**30** 22:13
**300** 15:25
**31** 4:15
**33.3** 22:4

**4**

**4-14-2021** 26:14
**400** 15:25 16:15
**44** 16:19
**45** 16:18 19:25
  20:16 21:22
  22:14,17,22
  23:2
**467-9200** 1:25

**5**

**5** 14:25 21:12
  22:1,3,7,16,22
**50** 17:15 22:5,7
**500** 15:13,23
  16:11,16 18:6

**6**

**60** 5:10

**7**

**70** 19:25
**75** 20:16 21:22
  23:3

**8**

**9**

**9.26.19** 1:7 2:2
**9.26.19.mp4**
  26:9
**90** 19:21 20:19
  21:23 23:3

26

1                    TRANSCRIBER'S CERTIFICATE

2

3    I, Anna Harle, hereby certify that the foregoing

4    transcript is a complete, true and accurate

5    transcription of all matters contained on the recorded

6    proceedings of the matter:

7    HARBOR CITY CAPITAL CORP.

8    Video file:

9    Harbor City Capital Corp Video 1 and 2 9.26.19.mp4

10

11        *Anne M. Harle*

12

13

14    4-14-2021

15

16

17

18

19

20

21

22

23

24

25