**EXHIBIT 22**

EXHIBIT 22

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 ) File No. FL-04236-A
HARBOR CITY CAPITAL CORP.        )

SUBJECT: Harbor City Capital - SBLC Video - 1.28.20

PAGES:   1 through 6

VIDEO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

1        PROCEEDINGS
2    Harbor City Capital - SBLC Video - 1.28.20
3            MR. MARONEY: Hi. This is JP Maroney, CEO of
4    Harbor City Capital.
5            And as you can imagine, we've had a lot of
6    excitement, a lot of interest, and a ton of investors
7    making a commitment to invest in the latest round of the
8    Harbor City Capital HCCF high yield bonds now that we
9    have a bank guarantee ensuring the return of principle
10   to any investor in the bond.
11           But we've also had a lot of investors asking
12   questions about how this works. So I thought we would
13   put together a quick diagram. I just went over this
14   with our legal counsel just a few minutes ago, and we're
15   all in agreement with the way that we're describing
16   this. So I thought I would produce a quick video,
17   sharing with you, how this guarantee works to make sure
18   that you can sleep at night knowing that your principal
19   investment is safe and secure, and will be returned to
20   you in the event of any issue.
21           So what happens is, Harbor City Capital and
22   you will form an agreement -- a subscription agreement
23   -- for your bond purchase. Now we've been doing this
24   now for a year with the bonds, and for six years with
25   our other forms of investment.

Page 3

1            You're going to send in a subscription
2    agreement. You're going to get paid 1 percent a month,
3    every month, for 12 months, a total of 12 percent a year
4    on a one-year investment. Now that's already exciting
5    and wonderful, and everybody says to us, yes, I know and
6    believe in my heart that you're going to pay me the
7    monthly amount, but what about my principal investment?
8    How do I know that I won't lose my money, that I'm going
9    to get it back at the end of the investment period,
10   which in this case is a year.
11           So here's how it works. We have gone to a
12   provider of standby letter of credit, SBLCs -- I'll
13   refer to them as SBLCs in the future -- so we have gone
14   to First American Financial Incorporated. They are
15   going to provide the collateralized funds from their
16   base of assets. Those funds will be placed into a
17   certificate of deposit, a bank held CD, for the life of
18   the guarantee of our bonds.
19           And then an SBLC, a standby letter of credit,
20   will be issued through Citibank -- through the SWIFT
21   banking system -- to Harbor City Capital Corp. showing
22   that our bonds are backed by this cash asset.
23           Now, in the event that anything goes wrong --
24   Harbor City Capital goes out of business, goes bankrupt,
25   one of our key people dies, gets hit by a truck, there's

Page 4

1    a downturn in the economy, people don't pay their bills
2    -- if anything were to happen where Harbor City Capital
3    could not return the principal funds invested in our
4    bonds, Citibank would step in, and based on these
5    blocked funds in this CD, would issue the funds to HCCF
6    Bond Holders Trust. That bond holders trust would then
7    have instructions to disburse the funds based on any
8    claims that were submitted by the holders of our bonds.
9            And the way that would work is you would place
10   your claim. You would provide your subscription
11   agreement showing that you had bought 100,000 or a
12   500,000 or $2 million of our bonds, and you would get
13   your 500,000 or 100,000 or $2 million in principal out
14   of the trust as a result of that claim.
15           Now, we've never had to do that. We don't
16   expect to have to do that. This is simply an insurance
17   against any kind of failure in the process. If the
18   wheels came off, this is your parachute, your golden
19   parachute, to make sure that you don't lose your
20   principal.
21           That means that you can rest easy at night
22   knowing that you're going to get a check every month, or
23   a payment every months, electronically, for 1 percent.
24   If you invest $250,000, you'll get $2,500 every month,
25   every month, every month. You invest a million dollars,

Page 5

1    you'll get $10,000 every month, every month, every
2    month, and then if anything were to go wrong, you have a
3    way to recover your principal investment back so that
4    you never have to worry.
5            That means you can put a substantial amount of
6    your investment in this, knowing that it is backed by a
7    CD -- the safest form of investment out there -- a cash
8    asset-backed CD for the life of your investment, for the
9    full year.
10           So, I thought we'd make this quick video,
11   explain how it works, and now, if you have any
12   questions, be sure to get back in touch with our
13   investor relations department -- Betsy and her team of
14   folks -- and we'll be happy to answer any additional
15   questions that you might have.
16           (End of video.)
17                      * * * * *

Page 6

1  TRANSCRIBER'S CERTIFICATE
2
3  I, Anna Harle, hereby certify that the foregoing
4  transcript is a complete, true and accurate
5  transcription of all matters contained on the recorded
6  proceedings of the matter:
7  HARBOR CITY CAPITAL CORP.
8  Harbor City Capital - SBLC Video-1.28.20.mp4
9
10
11
12  4-14-2021
13
14
15
16
17
18
19
20
21
22
23
24
25

| A | check 4:22 | F | invested 4:3 | O 2:1 |
|---|---|---|---|---|
| accurate 6:4 | Citibank 3:20 | failure 4:17 | investment 2:19 | one-year 3:4 |
| additional 5:14 | 4:4 | File 1:4 | 2:25 3:4,7,9 | |
| ago 2:14 | City 1:5,7 2:2,4 | Financial 3:14 | 5:3,6,7,8 | **P** |
| agreement 2:15 | 2:8,21 3:21,24 | First 3:14 | investor 2:10 | P 2:1 |
| 2:22,22 3:2 | 4:2 6:7,8 | FL-04236-A 1:4 | 5:13 | PAGES 1:8 |
| 4:11 | claim 4:10,14 | folks 5:14 | investors 2:6,11 | paid 3:2 |
| American 3:14 | claims 4:8 | foregoing 6:3 | issue 2:20 4:5 | parachute 4:18 |
| amount 3:7 5:5 | collateralized | form 2:22 5:7 | issued 3:20 | 4:19 |
| Anna 6:3 | 3:15 | forms 2:25 | | pay 3:6 4:1 |
| answer 5:14 | COMMISSION | full 5:9 | **J** | payment 4:23 |
| asking 2:11 | 1:1 | funds 3:15,16 | JP 2:3 | people 3:25 4:1 |
| asset 3:22 | commitment 2:7 | 4:3,5,5,7 | | percent 3:2,3 |
| asset-backed 5:8 | complete 6:4 | future 3:13 | **K** | 4:23 |
| assets 3:16 | contained 6:5 | | key 3:25 | period 3:9 |
| | Corp 1:5 3:21 | **G** | kind 4:17 | place 4:9 |
| **B** | 6:7 | G 2:1 | know 3:5,8 | placed 3:16 |
| back 3:9 5:3,12 | counsel 2:14 | go 5:2 | knowing 2:18 | principal 2:18 |
| backed 3:22 5:6 | credit 3:12,19 | goes 3:23,24,24 | 4:22 5:6 | 3:7 4:3,13,20 |
| bank 2:9 3:17 | | going 3:1,2,6,8 | | 5:3 |
| banking 3:21 | **D** | 3:15 4:22 | **L** | principle 2:9 |
| bankrupt 3:24 | D 2:1 | golden 4:18 | latest 2:7 | proceedings 6:6 |
| base 3:16 | department | guarantee 2:9 | legal 2:14 | process 4:17 |
| based 4:4,7 | 5:13 | 2:17 3:18 | letter 3:12,19 | produce 2:16 |
| believe 3:6 | deposit 3:17 | | life 3:17 5:8 | provide 3:15 |
| Betsy 5:13 | describing 2:15 | **H** | lose 3:8 4:19 | 4:10 |
| bills 4:1 | diagram 2:13 | happen 4:2 | lot 2:5,6,11 | provider 3:12 |
| blocked 4:5 | dies 3:25 | happens 2:21 | | purchase 2:23 |
| bond 2:10,23 | disburse 4:7 | happy 5:14 | **M** | put 2:13 5:5 |
| 4:6,6 | Diversified 1:24 | Harbor 1:5,7 | making 2:7 | |
| bonds 2:8,24 | doing 2:23 | 2:2,4,8,21 3:21 | Maroney 2:3,3 | **Q** |
| 3:18,22 4:4,8 | dollars 4:25 | 3:24 4:2 6:7,8 | matter 1:3 6:6 | questions 2:12 |
| 4:12 | downturn 4:1 | Harle 6:3 | matters 6:5 | 5:12,15 |
| bought 4:11 | | HCCF 2:8 4:5 | means 4:21 5:5 | quick 2:13,16 |
| business 3:24 | **E** | heart 3:6 | million 4:12,13 | 5:10 |
| | E 2:1,1 | held 3:17 | 4:25 | |
| **C** | easy 4:21 | Hi 2:3 | minutes 2:14 | **R** |
| C 2:1 | economy 4:1 | high 2:8 | money 3:8 | R 2:1 |
| Capital 1:5,7 2:2 | electronically | hit 3:25 | month 3:2,3 | recorded 6:5 |
| 2:4,8,21 3:21 | 4:23 | holders 4:6,6,8 | 4:22,24,25,25 | recover 5:3 |
| 3:24 4:2 6:7,8 | ensuring 2:9 | | 5:1,1,2 | refer 3:13 |
| case 3:10 | event 2:20 3:23 | **I** | monthly 3:7 | relations 5:13 |
| cash 3:22 5:7 | everybody 3:5 | imagine 2:5 | months 3:3 4:23 | Reporting 1:24 |
| CD 3:17 4:5 5:7 | EXCHANGE | Incorporated | | rest 4:21 |
| 5:8 | 1:1 | 3:14 | **N** | result 4:14 |
| CEO 2:3 | excitement 2:6 | instructions 4:7 | N 2:1 | return 2:9 4:3 |
| certificate 3:17 | exciting 3:4 | insurance 4:16 | never 4:15 5:4 | returned 2:19 |
| 6:1 | expect 4:16 | interest 2:6 | night 2:18 4:21 | round 2:7 |
| certify 6:3 | explain 5:11 | invest 2:7 4:24 | | |
| | | 4:25 | **O** | **S** |

**S** 2:1
safe 2:19
safest 5:7
says 3:5
SBLC 1:7 2:2
    3:19 6:8
SBLCs 3:12,13
secure 2:19
SECURITIES
    1:1
send 3:1
Services 1:24
sharing 2:17
showing 3:21
    4:11
simply 4:16
six 2:24
sleep 2:18
standby 3:12,19
STATES 1:1
step 4:4
SUBJECT 1:7
submitted 4:8
subscription
    2:22 3:1 4:10
substantial 5:5
sure 2:17 4:19
    5:12
SWIFT 3:20
system 3:21

**T**
team 5:13
thought 2:12,16
    5:10
ton 2:6
total 3:3
touch 5:12
TRANSCRIB...
    6:1
transcript 6:4
transcription
    1:15 6:5
truck 3:25
true 6:4
trust 4:6,6,14

**U**
UNITED 1:1

**V**
video 1:7,15 2:2
    2:16 5:10,16
Video-1.28.20....
    6:8

**W**
way 2:15 4:9 5:3
we'll 5:14
we're 2:14,15
we've 2:5,11,23
    4:15
went 2:13
wheels 4:18
wonderful 3:5
work 4:9
works 2:12,17
    3:11 5:11
worry 5:4
wrong 3:23 5:2

**X**

**Y**
year 2:24 3:3,10
    5:9
years 2:24
yield 2:8

**Z**

**0**

**1**
1 1:8 3:2 4:23
1.28.20 1:7 2:2
10,000 5:1
100,000 4:11,13
12 3:3,3

**2**
2 4:12,13
2,500 4:24
202 1:25
250,000 4:24

**3**

**4**
4-14-2021 6:12
467-9200 1:25

**5**
500,000 4:12,13

**6**
6 1:8

```
 1                TRANSCRIBER'S CERTIFICATE
 2
 3   I, Anna Harle, hereby certify that the foregoing
 4   transcript is a complete, true and accurate
 5   transcription of all matters contained on the recorded
 6   proceedings of the matter:
 7   HARBOR CITY CAPITAL CORP.
 8   Harbor City Capital - SBLC Video-1.28.20.mp4
 9
10   [signature: Anne M. Harle]
11
12   4-14-2021
13
14
15
16
17
18
19
20
21
22
23
24
25
```