**EXHIBIT 23**

**EXHIBIT**

**23**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     ) File No. FL-04236-A
HARBOR CITY CAPITAL CORP.            )

WITNESS:   David M. Anthony

PAGES:     1 through 191

PLACE:     Securities and Exchange Commission

           801 Brickell Avenue, Suite 1950

           Miami, Florida 33131

DATE:      Thursday, March 25, 2021


      The above-entitled matter came on for hearing via

Webex, pursuant to notice, at 10:26 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
1    APPEARANCES:
2
3        On behalf of the Securities and Exchange Commission:
4        BRIAN JAMES, SR., ESQ.
5        ALISE JOHNSON, ESQ.
6        KATHLEEN STRANDELL, Senior Accountant
7        Securities and Exchange Commission
8        Miami Regional Office
9        801 Brickell Avenue, Suite 1950
10       Miami, Florida 33131
11       (305) 982-6335
12       (305) 982-6385
13       (305) 982-6397
14       JamesB@sec.gov
15       JohnsonAli@sec.gov
16       StrandellK@sec.gov
17
18       On behalf of the Witness:
19       DAVID M. ANTHONY, PRO SE
20
21       Also Present:
22       Celeste L. Byrd, SEC Paralegal
23
24
25
```

Page 4

CONTENTS (CONT.)

```
1
2
3    EXHIBITS:    DESCRIPTION              IDENTIFIED
4    10  November 25, 2019 Promissory Note      76
5        (Certificates of Deposit)
6    11  HCCF-3 LLC Confidential Private        181
7        Placement Memorandum
8    12  Harbor City HCCF-3 LLC Business Plan   181
9    14  Letter dated December 18th, 2019, S.   82
10       Jones to Nater Associates
11   15  December 18, 2019 email from Paul Nater  84
12       to JP Maroney
13   19  Confidential Private Placement         41
14       Memorandum, Anthony Capital Bond Fund 1,
15       LLC
16   20  Compilation of part of the due diligence  51
17       performed by David Anthony
18   21  March 25, 2021 email from Dave Anthony  92
19       to Brian James
20   22  March 25, 2021 email from Dave Anthony  98
21       to Brian James
22
23
24
25
```

Page 3

CONTENTS

```
1
2
3    WITNESS:                     EXAMINATION
4    David M. Anthony                  5
5
6    EXHIBITS:    DESCRIPTION          IDENTIFIED
7    1   Supplemental Information for Persons    5
8        Requested to Supply Information
9        Voluntarily or Directed to Supply
10       Information Pursuant to a Commission
11       Subpoena
12   2   March 17, 2021 letter to David M.      18
13       Anthony from SEC
14   3   Confidential Private Placement    129
15       Memorandum of HCCF-5, LLC
16   4   Confidential Business Overview of  135
17       HCCF-5, LLC
18   5   HCCF-4 LLC Confidential Private    178
19       Placement Memorandum
20   6   Harbor City HCC-4 LLC Business Plan  167
21   7   12% High Yield Secured Bonds    180
22       Subscription Agreement
23   8   November 25, 2019 letter to JP Maroney  69
24       from S. Jones
25   9   Letter to Mr. Nater from First American  73
```

Page 5

PROCEEDINGS

```
1
2        (SEC Exhibit No. 1 was marked
3        for identification.)
4        MR. JAMES:  We are on the record at
5    10:26 a.m. Eastern Standard Time on March 25th,
6    2021.  We're here today to take the testimony of
7    Dave Anthony by Webex at the SEC offices in
8    Miami, Florida.
9        Mr. Anthony, before I ask you to take
10   an oath to tell the truth, I want to ask you, do
11   you consent to taking an oath to swear to tell
12   the truth remotely via Webex rather than in
13   person?
14       MR. ANTHONY: I do.
15       MR. JAMES:  Please raise your right
16   hand.
17       MR. ANTHONY:  Oh, I was joking, but
18   yeah.
19   Whereupon,
20       DAVID M. ANTHONY
21   was called as a witness and, having been first
22   duly sworn, was examined and testified as
23   follows:
24       EXAMINATION
25   BY MR. JAMES:
```

Page 6

1    Q   Thank you.  You can put your hand down.
2    Please state and spell your full name for the
3    record.
4    A   Yeah, David Anthony.  D-a-v-i-d,
5    A-n-t-h-o-n-y.
6    Q   Mr. Anthony, have you been known by any
7    other name?
8    A   No.
9    Q   Mr. Anthony, is there anyone else in
10   the room with you currently?
11   A   Nope.  Just me.
12   Q   As you know, my name is Brian James.
13   I'm senior counsel with the Division of
14   Enforcement of the U.S. Securities and Exchange
15   Commission.  I am an officer of the Commission
16   for the purposes of today's proceedings.
17       As I mentioned previously, also on the
18   Webex today is the court reporter, my colleague,
19   Alise Johnson, my colleague, Kathleen Strandell,
20   who are also officers for the Commission for the
21   purposes of today's proceeding as well as our
22   paralegal, Celeste Byrd.
23       As I stated also, this is an
24   investigation by the Commission in the matter of
25   Harbor City Capital Corp., File Number FL-4236,

Page 7

1    to determine whether there been violations
2    of certain provisions of the federal securities
3    laws.  However, the facts developed in this
4    investigation might constitute violations of
5    other federal or state civil or criminal laws.
6        Let me briefly explain the procedure we
7    will follow today.  During your testimony, any
8    member of the staff may ask a question or a
9    series of questions.  If you do not understand a
10   question, please state that and we will try to
11   clarify it.  If at any time you would like to
12   take a break, please let us know, of course.
13   Please know that only the staff can authorize the
14   court reporter to go off the record and that we
15   will summarize on the record any substantive
16   conversations that are held off the record.
17       You may tell us at any time if you
18   would like to change or modify a previous answer.
19   Do you have any questions about what I just
20   explained?
21   A   Yeah.  So what does that mean if
22   something is off the record?  Does that mean that
23   whatever someone says, it can't be used against
24   Harbor City or it can't be used against the
25   person giving the testimony?

Page 8

1    Q   No, no, no.  That's how you see it on
2    television, but on the record is exactly that.
3    She's recording what you're saying and she's not
4    recording what you're saying.  So currently the
5    court reporter is recording everything that I'm
6    saying, you're saying or any other words that are
7    said.
8        If we take a break, I will say we are
9    going off the record at X time.  At that point,
10   nothing is being recorded.  So if you say
11   anything to me at that point, there's not a
12   record of it.
13   A   Oh, okay.
14   Q   When we go back on the record, at that
15   point, I will summarize that during our break off
16   the record, Mr. Anthony said to me XYZ, is that
17   correct, Mr. Anthony?  You would say, correct,
18   and then we will continue.  So that's what off
19   and on the record means.  It's just not being
20   recorded as the record.
21   A   So it's like I've got something against
22   Harbor City, but I want to give it to you off the
23   record.  Well, that doesn't mean anything,
24   because whatever you're telling me we're going to
25   say it's going to be on the record anyway is to

Page 9

1    say it's on the record because that's the whole
2    point of this is to get testimony, so —
3    Q   Correct.
4    A   Okay.  Got it.
5    Q   Correct.  And if you tell me something
6    that has nothing to do with Harbor City, then who
7    cares.  Like if you tell me your watch is blue,
8    you know, then that's good.
9    A   Right.
10   Q   So do you understand that?  We're good?
11   A   Yeah, yeah.  On the record, is just
12   everything transcribed and recorded and we're
13   gathering facts.
14   Q   Exactly.  And before we switch either
15   way, I'll announce that we're going off the on,
16   so you will always have notice before you make
17   your next statement.
18       So again, the court reporter
19   transcribes these proceedings and will create a
20   transcript of your testimony at the end.  Please
21   make sure to answer verbally because the court
22   reporter cannot pick up any nodding or any other
23   gestures.
24       Do you understand?
25   A   Yes.

3  (Pages 6 to 9)

Page 10

1    Q  Mr. Anthony, is there any mental,
2  physical or other reason that you cannot testify
3  accurately and truthfully in this matter?
4    A  No.
5    Q  Are you presently on any drugs or
6  medication that could cause you to be unable to
7  testify accurately in this matter?
8    A  No.
9    Q  Are you under any medication that would
10  affect your memory today?
11    A  No.
12    Q  Mr. Anthony, prior to the opening of
13  the record, you were provided with a copy of the
14  Formal Order of Investigation in this matter.  As
15  I mentioned, it will be available to you for your
16  examination during the course of this proceeding.
17    Mr. Anthony, you had an opportunity to
18  review the formal order, correct?
19    A  Yes.
20    Q  Do you have any questions?
21    A  No.
22    Q  During the course of your testimony
23  today, I'm going to ask you questions about
24  things that happened or may have happened in the
25  past. Obviously time has gone by since those

Page 11

1  events and you are likely to have a better and
2  more complete memory of some events than others.
3    In answering a question about these
4  events, however, you should tell me about all
5  your memories or recollections that are
6  responsive to the question, not just those that
7  are specific or perfectly clear or those of which
8  you are 100 percent sure.
9    Essentially I'm asking you also for
10  vague memories, general memories, cloudy memories
11  and/or memories of which you are less than 100
12  percent certain; in other words, I'm asking you
13  for any responsive recollection whatsoever you
14  may have, however incomplete or uncertain or
15  vague or nonspecific it may be.  We can then sort
16  out which memories are clear and uncertain and
17  which are less clear and less certain.  Do you
18  understand?
19    A  Yes, I'll tell you what I know.
20    Q  Therefore, if you answer I don't recall
21  or I don't remember or I forget, I'll assume that
22  you have no memory or recollection whatsoever
23  that is responsive to the questions asked.  Not
24  even fuzzy, not even less than crystal clear.
25    Do you understand?

Page 12

1    A  Yeah.
2    Q  Also, it may be that reviewing certain
3  documents refreshes your recollection as to the
4  events you are questioned about.  In such a case,
5  I'm asking you for your testimony on everything
6  that's responsive to the question, not just clear
7  or specific recollections.
8    Again, do you understand that?
9    A  Yeah.
10    Q  Mr. Anthony, any exhibits we show you
11  during today's proceedings are confidential, as I
12  mentioned, in this investigation and the property
13  of the Commission.  You may not take a
14  screenshot, photograph or otherwise copy or
15  preserve the image of any of the exhibits or
16  documents shared today, including the Formal
17  Order of Investigation and the 1662.
18    Do you understand that requirement?
19    A  So I can't make my own recording?
20    Q  You could take notes, but you can't
21  record any of the exhibits.  So, for example, you
22  could write down June 20th formal order request,
23  but you can't take a screenshot of it, you can't
24  record me talking about it.
25    A  Oh.

Page 13

1    Q  But obviously you could take notes.
2    A  So if I'm recording it right now, I
3  should stop the recording?
4    Q  Yes.
5    A  Got it.  So am I going to get a copy of
6  this recording?
7    Q  You're going to get a copy of — you
8  can request a copy of a transcription of this
9  recording from the court reporter.
10    A  But like I'm not going to get a copy of
11  this Webex recording?
12    Q  That I doubt, but I could double-check
13  and get back to you.  But obviously we're in this
14  new Webex space over the last, you know, 10
15  months and so I'm not sure where we are on that,
16  but I could find out.  But my guess is no.  But
17  at a minimum, you'll have all the words that were
18  said today.  If that's an option, obviously, we
19  could see if we could get that to you.
20    A  Yeah.  So why can't I record it?
21  Because like if somebody records it and it's
22  supposed to be private and then somebody goes out
23  and posts it the next day, then it's not private
24  anymore.  It's not something that you could —
25  stuff like that?

Page 14

1    Q   Yeah. Again, every document I show you
2  is confidential. So I think we had mentioned —
3    A   Oh, okay.
4    Q   — when we interviewed you voluntarily,
5  now it's that we haven't made any determination,
6  so it's imperative that the conversations and the
7  content —
8    A   That makes sense.
9    Q   And then if and when it becomes a
10 determination in public, at that point it's
11 different. All right?
12    A   Got it. Got it. So if I immediately
13 get a transcript, how long will it take for me to
14 get a transcript?
15    Q   And the court reporter is on. So I'm
16 pretty sure when we're finished, she could give
17 you the turnaround time and I'm pretty sure it's
18 basically like filling out a form and then
19 sending it in. So again, between myself, the
20 court reporter and Celeste, we will get you
21 everything you need to make that request.
22    A   That's Alise? Alise is the court
23 reporter?
24    Q   The court reporter is Mary Grace.
25    A   Oh.

Page 15

1    Q   Celeste is the paralegal. Alise is
2  another attorney on the case.
3    A   Gotcha.
4    Q   And Kathleen is the accountant. And
5  you are the witness.
6    A   All right. I got it. Thanks.
7    Q   No, no, no. Again, please, questions
8  are key. So as I mentioned, you may not take any
9  screenshots, photographs or other recording or
10 preservation of images or content today, which
11 you understand. You also may not review or rely
12 on any documents outside of the exhibits during
13 testimony unless first asking to do so and
14 receiving consent from myself or one of my
15 colleagues.
16    A   Okay.
17    Q   And so I mentioned prior to opening of
18 the record, you were provided with a copy of the
19 1662, which is the Commission's supplemental
20 information form. And again, a copy of that
21 notice was premarked as Exhibit Number 1 and was
22 shown to you prior to the proceedings. Let me
23 pull it up for you just to confirm that that is
24 the document you were shown.
25          So let me know if you're able to see

Page 16

1  page 1 of the 1662 supplemental information.
2    A   Yeah, it's big, but I've got that.
3    Q   Okay.
4    A   I've got the physical copy here. So
5  yep, looks good.
6    Q   So for the court reporter's purposes,
7  this document has been premarked as Exhibit 1 and
8  it's entitled supplemental information for
9  persons requested to supply information
10 voluntarily or directed to supply information
11 pursuant to a Commission subpoena.
12    A   And that's the five-page document,
13 right?
14    Q   Correct. And I'll just scroll through
15 it now so you can see it as page 2, page 3, page
16 4 and page 5.
17    A   Got it.
18    Q   Perfect. So again, this document is
19 available for you to refer to at any point. Just
20 let me know and I'll pull it back up on our
21 shared screen.
22    A   Okay.
23    Q   And as I mentioned, you had the
24 opportunity to review that before we went on the
25 record and it will be available to you as we

Page 17

1  continue.
2    A   All right.
3    Q   So the next area of preliminary
4  questions, Mr. Anthony, are you represented by
5  counsel today?
6    A   No.
7    Q   So Mr. Anthony, as we talked about
8  briefly prior to going on the record, you have
9  the right to be accompanied, represented and
10 advised by legal counsel. This means that you
11 may have an attorney present and that your
12 attorney can advise you before, during and after
13 your examination here today.
14          Do you understand that?
15    A   Yes.
16    Q   Since you are not represented by
17 counsel, there are certain matters discussed in
18 Exhibit 1, the Form 1662, that I wanted to
19 highlight for you.
20          First of all, do you understand that
21 upon your request, these proceedings will be
22 adjourned so that you may obtain counsel?
23    A   Yes.
24    Q   Do you understand that the statutes set
25 forth in Exhibit 1 provide criminal penalties for

Page 18

1   knowingly providing false testimony or knowingly
2   using false documents in connection with this
3   investigation?
4       A   Yes.
5       Q   Do you understand that you may assert
6   your rights under the Fifth Amendment to the
7   Constitution and refuse to answer any question
8   which may tend to incriminate you?
9       A   Yes.
10                  (SEC Exhibit No. 2 was marked
11                  for identification.)
12      BY MR. JAMES:
13      Q   That being understood, let me pull up
14  for you what has been premarked as Exhibit Number
15  2. I'm now sharing page 1 on my screen.  Let me
16  know when that document is visible to you.
17      A   Yeah, I can see it.  It's just big.
18      Q   Okay.  And let me see if I can do some
19  reducing.
20      A   Is that the one you'd sent to me in the
21  email?
22      Q   Correct.  Correct.
23      A   Yeah.
24      Q   Let me put it — I'm going to put it
25  "fit to viewer." Is that better?

Page 19

1       A   No, it's still big.
2       Q   Okay.
3       A   But, I mean, if that's the one, I can
4   see this one here.
5       Q   Okay.
6       A   It's the one entitled March 17th, 2021
7   via electronic mail and UPS?
8       Q   Exactly.  So again, that is, as you
9   just stated.  And let me just say it again for
10  the court reporter's purposes, it's a Commission
11  subpoena issued to David M. Anthony, president of
12  Anthony Capital Funding, LLC and it is dated
13  March 17th, 2021.
14          Is that the document you have in front
15  of you in hard copy, Mr. Anthony?
16      A   Yes. Yep, that's it.  Yep.
17      Q   All right.  If you scroll to what
18  appears to be page 7, subsection C, documents to
19  be produced, let me know when you reach that
20  location.
21      A   Is that where you are, number 12 on the
22  screen?
23      Q   Correct, yeah.  And if you go down to
24  the next section, section C, documents to be
25  produced.

Page 20

1       A   Oh, yeah.  Got it.
2       Q   Perfect.  So if you find that in your
3   hard copy, if that's better for you to read.
4       A   Yeah, I got it.
5       Q   All right.  So referring to what has
6   been premarked as Exhibit 2, which you've
7   confirmed you have a hard copy in front of you,
8   that subpoena also — sorry.
9           We've confirmed you have that document
10  in front of you, correct?
11      A   Yeah, yeah.
12      Q   And is this the subpoena that you are
13  appearing pursuant to today?
14      A   Yes.
15      Q   This subpoena also calls for production
16  of certain documents and those are identified in
17  subsection C, documents to be produced.  Have you
18  produced all documents called for in that
19  section?
20      A   Yeah.  Those are all the ones we
21  uploaded to the site.
22      Q   Okay.  So that's my next question.
23  Please describe the search that was conducted for
24  the requested documents and state who conducted
25  that search.

Page 21

1       A   Isn't that you?
2       Q   On your end.  On your end.
3       A   Oh.
4       Q   Once you received the subpoena, who was
5   involved in locating the documents that were
6   produced?
7       A   Yeah, yeah.  Just myself and my
8   assistant, Wendy Moyle.
9       Q   Have you withheld or Wendy withheld any
10  documents we requested based on any claim of
11  privilege?
12      A   No.
13      Q   Were any documents not produced for any
14  reason other than privileged?
15      A   No.
16      Q   Do you know of any documents not
17  provided that were in your possession at a prior
18  time or that were lost, destroyed or otherwise
19  disposed of?
20      A   Yeah.  I was in my office yesterday in
21  Broomfield and I found some handwritten notes
22  that I had there and so those weren't included in
23  what we uploaded.  So I took a picture of those
24  handwritten notes and I can send them to you if
25  you need to as well.

6  (Pages 18 to 21)

Page 22

1      Q   Okay.
2      A   But it was just kind of a — it wasn't
3   anything different than what I had in my Word
4   recap timeline.  It was just conversations that I
5   had had on the phone where I was writing stuff
6   down that Harbor City was talking to me about.
7      Q   So I'll go ahead and request a copy now
8   on the record.  Can I ask, in those notes, did
9   you include things like dates and who you were
10  talking to?
11     A   No.  It didn't have a date.  It was
12  just like scribbled notes on scratch paper or
13  stuff.  I was writing down conversations that we
14  had.
15     Q   Perfect.  So if you could send that to
16  us, obviously, if we have any questions about it
17  once received, we can get back to you —
18     A   Okay.
19     Q   — for any clarification.  Okay.  Hold
20  on one second.  Let me make this bigger for my
21  purposes.
22         So looking at section C of Exhibit
23  Number 2, and what I want to do now, I'm just
24  going to go through some of these requests and
25  just to kind of highlight whether you've produced

Page 23

1   something or not.
2          Obviously, item 1 asked for documents
3   sufficient to describe Anthony Capital's business
4   model.  Do you recall if you produced any
5   documents that speaks to that?
6      A   No, I don't think I did with Anthony
7   Capital.  I was just getting all the documents as
8   they relate to Harbor City.
9      Q   Okay.
10     A   So, you know, I didn't talk about, you
11  know, Anthony Capital as a registered investment
12  advisor in my form ADV and all that stuff.  I
13  didn't include any of that.
14     Q   Okay.  Perfect.  And I understand that.
15  That makes perfect sense.  Item 2, copies of all
16  agreements and/or contracts by and between
17  Anthony Capital and Harbor City.
18     A   Yeah.
19     Q   Did you produce any documents in
20  response to number 2?
21     A   Yeah, yeah.  I sent in all the private
22  placement offerings that we have both between us
23  and Harbor City, yes.
24     Q   And then next we have number 3.  And
25  I'll just ask you, instead of reading that,

Page 24

1   number 3, did you produce documents responsive to
2   be able to identify those individuals?
3      A   Yeah.
4      Q   And those are the individuals that
5   invested in Harbor City?
6      A   Yes.
7      Q   Number 4, any offering documents, did
8   you produce those?
9      A   Yes.
10     Q   Number 5 asks for all correspondence,
11  communications, emails and the like between
12  Anthony Capital and Harbor City, obviously
13  including the individuals.  I don't recall seeing
14  any production as to emails.
15     A   Oh, yeah.  I didn't send any emails
16  over or any text messages or anything like that.
17     Q   Do those exist?
18     A   Yeah.  Yeah.  I mean, I can just pull
19  my archive to my Gmail and my Google mail, yeah.
20     Q   Perfect.  So we'll make a request for
21  those now on the record.  So for item 5,
22  obviously between now and when you get a chance
23  to take a look, let us know when you think you
24  could get those to us, any emails and other
25  communications.

Page 25

1          Number 6, documents sufficient to
2   identify all funds invested by Anthony Capital
3   into Harbor City.  Any production to number 6?
4      A   Yeah, I sent you all the documents
5   recording all the funds that we've sent to Harbor
6   City.
7      Q   And do you recall what documents were
8   those?  Were they bank records, wire statements,
9   can you recall?
10     A   Yeah, yeah, yeah.  We made an Excel
11  spreadsheet that showed a list of all the
12  investors.  We sent over all of our private
13  placement documents and then we also sent over
14  all of our bank statements.  So that includes all
15  the history of the wires and everything.
16     Q   Okay.  So I took a quick look on Monday
17  and I did not — I saw all the PPMs for the
18  clients.  I did not see the Excel spreadsheet or
19  the bank statements.  So what I'll do, I'll have
20  Celeste make a note to double-check those and if
21  you could do the same with Wendy, too, to make
22  sure those came in.
23         We did receive like two files that were
24  empty, but those are marked HCCF-1, HCCF-2, but I
25  didn't see any other files that would have

Page 26

1  contained bank records. But again, we'll
2  double-check, but if you could double-check on
3  your end also as to number 6.
4        And then number 7 probably is the same
5  thing, documents sufficient to identify all funds
6  received back from Harbor City. Assuming the
7  same thing. Those would have been in the
8  spreadsheet and bank statements.
9        A  Yeah, yeah. It should be entitled ACBF
10  bank statements, was the file, and it just
11  included every bank statement with all the wires
12  and financial transactions back and forth between
13  us and them.
14        Q  All right. So by agreement, I'll look
15  on my end to make sure we have it, but if you can
16  double-check to make sure that came through.
17  Because I know we did have some difficulty
18  uploading them in the share.
19        A  Yeah, there was a limited thing. And I
20  think she might have emailed some of those out,
21  too.
22        Q  Oh, okay.
23        A  So I'll check on that.
24        Q  Perfect. So I think that's -- we're
25  good there. So as to number 5, 6 and 7, we'll

Page 27

1  try to figure out where we are in those and get
2  those to us if we haven't received those already.
3  And then you will send any handwritten notes,
4  including the ones that you saw recently in your
5  other location.
6        A  Yeah.
7        Q  So now turning to the last preliminary
8  areas, the background questionnaire, I had sent
9  to you along with the subpoena as well as
10  reminded yesterday that included with the
11  subpoena is a background questionnaire that asks
12  for basic biographical information about
13  yourself.
14        And the questionnaire allows us to kind
15  of not use that time now and jump right into the
16  substantive stuff. But because we didn't get it
17  back from you, I just need to go through like
18  some -- a couple of these and then obviously, if
19  you still want to send it in after the fact, that
20  would be greatly appreciated.
21        A  Oh, I didn't know I was supposed to
22  send it in. They just said have this handy as
23  you're running through. Sorry.
24        Q  Did you fill it out, by chance?
25        A  No. I just -- it just said -- no, I

Page 28

1  didn't know I was supposed to send it in. I
2  said, oh, these are simple questions.
3        Q  All right. Let's knock it out now.
4  We'll do it quickly. So obviously, we're
5  familiar with your name. Just quickly, home
6  address and date of birth quickly.
7        A  Yeah. 14517 Jason Drive, Westminster,
8  Colorado 80021 -- or 80023.
9        Q  And do you have any professional
10  licenses?
11        A  Yes. I'm a certified financial planner
12  and a registered investment advisor. I also have
13  my retirement management analyst designation.
14        Q  Are you an officer or director of any
15  publicly held company?
16        A  No.
17        Q  Have you ever served as the officer or
18  director of a privately held company?
19        A  Of a privately held company, yes.
20        Q  Which company?
21        A  Anthony Capital. I mean, it's -- I own
22  it. I'm 100 percent owner.
23        Q  All right. So we'll talk about that in
24  a second. Before we get there, let me ask you,
25  have you ever been the subject of any

Page 29

1  disciplinary action brought by the SEC?
2        A  No.
3        Q  Have you ever been named as a defendant
4  or respondent in any action or proceeding brought
5  by the SEC?
6        A  No.
7        Q  Have you ever been named as the
8  defendant or respondent in any action or
9  proceeding brought by any other federal agency?
10        A  No.
11        Q  Have you ever been named as the
12  defendant or respondent in any action or
13  proceeding brought by a state securities agency?
14        A  No.
15        Q  Have you ever been named as a defendant
16  or respondent in any criminal action or
17  proceeding, whether state or federal?
18        A  No.
19        Q  Have you ever been the subject of any
20  disciplinary action brought by FINRA, formerly
21  known as NASD?
22        A  No.
23        Q  Have you ever been named as a defendant
24  or respondent in any action or proceeding brought
25  by FINRA?

Page 30

1    A    No.
2    Q    Have you ever testified or been deposed
3    in any proceeding conducted by the staff of the
4    SEC?
5    A    No.
6    Q    Any other federal or state agency?
7    A    Nope.
8    Q    Have you ever testified in a proceeding
9    in federal or state court?
10   A    No.
11   Q    A couple more.  Have you ever
12   participated in any arbitration proceeding
13   related to securities?
14   A    No.
15   Q    And have you ever been deposed in
16   connection with any other legal proceeding?
17   A    No.
18   Q    Okay.  Let's talk about employment.
19   But just before that, what was your highest level
20   of education attained?
21   A    Bachelor's.
22   Q    So you mentioned Anthony Capital.  Who
23   are you presently employed by?
24   A    Anthony Capital.
25   Q    And what is Anthony Capital?

Page 31

1    A    So it's a registered investment
2    advisory firm licensed in the state of Colorado
3    and Texas.
4    Q    And what's your role?
5    A    I'm the president and 100 percent
6    owner.
7    Q    Are there any other officers or
8    directors?
9    A    No.
10   Q    What about employees?
11   A    One employee.  That's Wendy Moyle.
12   She's my full-time assistant.
13   Q    And just briefly, what exactly does
14   Anthony Capital do and is that different than
15   Anthony Capital Funding?
16   A    Yeah.  Anthony Capital is a fee-based
17   registered investment advisor.  So we charge fees
18   for managing monies in the investment space.
19   Q    And then Anthony Capital Funding, LLC,
20   is that a different entity?
21   A    Yeah, Anthony Capital Funding is a
22   separate entity.  That's entity that's set up
23   as an entity that provides funding for small to
24   medium-sized businesses.
25   Q    And this was set up by Anthony Capital?

Page 32

1    A    No.  This is set up by me, by David
2    Anthony.  I'm the 100 percent owner of that
3    company as well.  That's a single-person LLC.
4    There's no other officers or employees as well.
5    That was set up to handle all of the business
6    funding investments that that entity does.
7    Q    So other than common ownership and I'm
8    assuming shared address, what other overlap is
9    there between Anthony Capital and Anthony Capital
10   Funding?
11   A    Yeah.  Actually, none.  So two separate
12   entities.
13   Q    And we're going to be talking about
14   Harbor City Capital Corp.
15   A    Sure.
16   Q    Did Anthony Capital have any
17   relationship, business or otherwise, with Harbor
18   City Capital Corp. or any of its affiliates or
19   individuals?
20   A    No, no.
21   Q    And then same question as to Anthony
22   Capital Funding, LLC.  Any relationships with
23   Harbor City?
24   A    No, no.  I think to clarify why Anthony
25   Capital Funding came into the equation, that was

Page 33

1    the entity that we sent wires to Harbor City from
2    Anthony Capital Bond Fund.  Anthony Capital Bond
3    Fund was the entity that was set up to -- via
4    private placement offerings to invest in Harbor
5    City Capital bonds.
6          But we were not able to send wires
7    directly to Harbor City and so I sent them from
8    Anthony Capital Funding.  That's the one reason
9    that Anthony Capital Funding came into the
10   equation.
11   Q    And that was going to be my question.
12   So other than being the source of the wire
13   transfers to Harbor City, what other
14   relationship/interaction did Anthony Capital
15   Funding LLC have with Harbor City?
16   A    None.  Every contract that was signed,
17   every business relationship was with Anthony
18   Capital Bond Fund.  It's Anthony Capital Bond
19   Fund 1.  So monies that we received from Harbor
20   City were paid to Anthony Capital Bond Fund.  So
21   everything -- yeah, everything was -- all the
22   monies that we sent came from Anthony Capital
23   Funding --
24   Q    Okay.
25   A    -- via Anthony Capital Bond Fund.  Like

9  (Pages 30 to 33)

Page 34

1   Anthony Capital Bond Fund sent the money to
2   Anthony Capital Funding and then Anthony Capital
3   Funding sent it to Harbor City on behalf of
4   Anthony Capital Bond Fund.
5       Q   And so I'll get to my penultimate
6   question. So we have the part of the transaction
7   which is the investments, we'll call for now
8   until we clarify further, that Anthony Capital
9   Bond Funding is making in Harbor City. Those
10  were sent through Anthony Capital Funding?
11      A   Funding, yes, yes.
12      Q   To the extent money went back to
13  Anthony Capital Bond Fund, those were sent
14  directly to --
15      A   Directly.
16      Q   Just one quick housekeeping.
17  Obviously, like I said, we're on the record, so
18  what the court reporter needs is for me to finish
19  the question and then you then give the answer.
20  Obviously, you're anticipating the question --
21      A   Oh, sorry, sorry, sorry.
22      Q   But even this time -- and no need to
23  apologize. But just let the full question come
24  out and then I'll let the full answer come out
25  and then when we get the transcript, it's clear

Page 35

1   who said what. And that takes a while to get
2   used to because -- particularly with this whole
3   Webex and the like. But I'm following you pretty
4   well.
5           All right. So just to make sure we
6   have that clearly. So to the extent monies are
7   being invested in Harbor City, those monies were
8   coming from Anthony Capital Bond Fund through
9   Anthony Capital Funding because Anthony Capital
10  Bond Fund didn't have the ability to send those
11  wires directly to Harbor City.
12      A   No. Our bank, US Bank, and where we
13  have a banking relationship at, they wouldn't
14  send monies to Harbor City.
15      Q   Okay. Why not?
16      A   They said they couldn't tell me. Their
17  back office wouldn't allow them to tell me. But
18  now I think I know.
19      Q   And why -- and you mean now today or
20  now since --
21      A   I mean today. Because I went through
22  this whole rigmarole with US Bank to say why
23  can't you send this wire out, because we -- when
24  we did our first round of money raise in August,
25  we had close to a million dollars we were trying

Page 36

1   to get in before this cycle date. And so we set
2   up the bank account, we set up our private
3   placement offerings, we raised the million bucks,
4   but I wanted to get it in so we could meet this
5   funding deadline.
6           So we take it into US Bank and US Bank
7   says we can't send the wire. I said, why can't
8   you send the wire? They said, we can't send
9   monies to -- we just can't. Our back office
10  won't allow us to send it to you. We can't tell
11  you why. I'm like, okay, is this something that
12  I need to know more about? Is this -- they're
13  like, we can't tell you. I'm like, okay.
14          So they're really vague as to why they
15  couldn't do it. But I'm like, so you can send
16  the money somewhere else? They said yes. I
17  said, okay, send the money to Anthony Capital
18  Funding and that's what they did, and then I sent
19  the monies out there.
20      Q   And no indication from US Bank as to
21  why?
22      A   Yeah. US Bank was we can't tell you
23  why our back office compliance department, they
24  say we can't do it.
25      Q   So it wasn't like an ACH issue or some

Page 37

1   type of technical issue. It's something that
2   seemed to do more with the receiving of the
3   funds?
4       A   Yeah. From whatever the definition of
5   back office -- back office was willing to do.
6   Like US Bank's back office had done other things
7   in the past where, you know, they had closed down
8   an account that I had or had, you know, sent a
9   wire incorrectly that they were supposed to send.
10  So it wasn't uncommon that they said, oh, sorry,
11  we screwed something up. So that's what I
12  thought this was, you know, they were screwing
13  something up and I said, well, fine, we'll send
14  it over to Anthony Capital Funding.
15          Because at Anthony Capital Funding, we
16  have the wire card where we can send wires
17  ourselves with our key code. We don't have to go
18  through a banker to do it every time. So I guess
19  this will be easier in the long run just to do
20  that. But my guess is they probably knew that
21  this was going on then and they couldn't tell me
22  exactly what was going on, but that was why, is
23  my guess.
24      Q   And can you -- just as far as I'm
25  frame, I know your investment was in August of

Page 38

1   2020. Do you recall these discussions with US
2   Bank, around when that was?
3       A   Yeah, it was right when we were trying
4   to -- like probably the day before we were trying
5   to get the wire out.
6       Q   Okay.
7       A   Because the actions of the banker were
8   odd. I'm like, okay, send the wire out. She
9   says, okay, we'll send it. Then she calls me
10  back and she says, Dave, I'm sorry, I can't send
11  it. I said, what do you mean you can't send it?
12  You just sent the wire yesterday for this. And
13  she was like, I can't. My back office says I
14  can't send it. She said, quote, we cannot send
15  money to Harbor City Capital, unquote.
16      Q   Okay.
17      A   I said, okay. Can I send it from
18  another thing? She was like, US Bank won't be
19  sending money to Harbor City.
20      Q   And so where does Anthony Capital have
21  their accounts?
22      A   US Bank. I've been at US Bank for like
23  10 years.
24      Q   So I guess that's my question. So they
25  would not -- so did they send -- they sent it

Page 39

1   from Anthony Capital Funding to Harbor City?
2       A   Yeah, Anthony Capital Funding is a
3   Zions Bank. So I just said, okay, send me the
4   money from Anthony Capital Funding, just send
5   it over to my entity at Anthony Capital Funding
6   at Zions Bank. They said, oh, that's fine, we can
7   do that, no problem. I said, great, send that
8   out. And then from Zions Bank, we sent it in to
9   Harbor City, no problem.
10      Q   And was that the process for all of the
11  monies invested and received?
12      A   Yeah, yeah. So from September,
13  October, November, each month, we would send
14  wires from Anthony Capital Bond Fund --
15  essentially Anthony Capital Bond Fund was set up
16  per my private placement documents and that's
17  where all the investors would send monies into,
18  and then we'd send money to Anthony Capital
19  Funding to get them to Harbor City.
20      Q   Okay. Perfect. Perfect. Okay.
21      A   So obviously US Bank knew something was
22  going on with Harbor City then. I guess they
23  were under the same -- they couldn't disclose --
24  I don't know. Whatever. But Zions Bank wasn't.
25  So who knows.

Page 40

1       Q   Okay. Perfect. So let's talk a little
2   bit about Anthony Capital Bond Fund. What's the
3   full name of that entity just to make sure
4   we're --
5       A   Yeah, Anthony Capital Bond Fund 1, LLC.
6       Q   Perfect. And so that entity was
7   established when and for what purpose?
8       A   I'll tell you exactly. That was
9   established -- did you get my private placement
10  document on that?
11      Q   Yes. Yes.
12      A   So that was established specifically to
13  invest in Harbor City Capital bonds. And that
14  private placement was set up August 17th of 2020.
15      Q   Okay.
16      A   And so when I came across Harbor City
17  and I said, oh, this looks like a good investment
18  idea for my clients, I said, great, I want to
19  participate in this. And they said, how do you
20  want to participate in it? I said, why don't I
21  do my own private placement. That way I can
22  control all the monies coming in and I'll send
23  them funds due and I'll sign as an investor in
24  Harbor City Capital. And they said great.
25          So that's when I created the Anthony

Page 41

1   Capital private placement bond fund right here.
2   And the idea was, as Harbor City came out with
3   new tranches, I would come out with a new bond
4   fund. So they were on Harbor City Fund 5 and I
5   would do Anthony Capital Bond Fund 2 and 3 and 4
6   as Harbor City, you know, went through their
7   different offerings that they had done in the
8   past.
9          So that was explicitly for that
10  purpose, to invest in whatever the Harbor City
11  bonds were at that point. That's what Anthony
12  Capital Bond was going to invest in.
13              (SEC Exhibit No. 19 was
14          marked for identification.)
15          BY MR. JAMES:
16      Q   So I just put on the screen to be
17  shared what has been premarked as Exhibit Number
18  19 and the title has Confidential Private
19  Placement Memorandum, Anthony Capital Bond Fund
20  1, LLC (ACBF-1, LLC).
21          Is that the document you're referring
22  to?
23      A   Yes.
24      Q   So essentially what I think you just
25  testified to is that this document essentially is

Page 42

1    identical to, for all intents and purposes, to
2    Harbor City's, I think you said Bond Fund 5?
3        A   Yeah, yeah.  So when I told them to
4    send me over their investment documents so I
5    could do due diligence on it, I saw it looked
6    good.  I thought I could create my own document.
7    So I created my own. And it's not 100 percent
8    identical because I added a series D bond for
9    investors that wanted to do a lump sum payment at
10   the end.  So I added a D bond, but essentially
11   all the language is pretty much the same.
12       Q   And you said you got the documents that
13   you used for your PPM from Harbor City?
14       A   Yeah, yeah.  Pretty much just cut and
15   pasted everything they had there onto mine.
16       Q   And did they -- and we'll talk about
17   specifically who, but did Harbor City understand
18   that you were getting this PPM in order to reuse
19   it for you --
20       A   Yeah, yeah, yeah.
21       Q   Let me finish.  So did Harbor City
22   understand that they were sending you this PPM
23   for you to then reuse it for your own offering,
24   which essentially would then be like a feeder
25   fund for Harbor City?

Page 43

1        A   Not initially.  I said I could create
2    my own PPM and they said, great.  I already had
3    their PPM.  I said I'm going to use yours as a
4    template. They said fine.  And then before I sent
5    my money in, they said, send us a copy of your
6    private placement offering so our attorney can
7    take a look at it.
8        Q   Okay.  So that's important.  So when
9    you say "they," do you recall specifically who
10   you spoke to about --
11       A   Yeah.
12       Q   -- using the PPM?
13       A   Yeah. Yeah. JP Maroney.
14       Q   And when he said his attorney, did he
15   mention the name of the attorney?
16       A   I don't recall.  I think I have it
17   somewhere in my notes but Paul Nicolini and JP
18   Maroney were the two main people I spoke with at
19   Harbor City.
20       Q   And we'll talk about both of them in a
21   second.  So looking at what has been premarked --
22       A   He -- hold on. He did give me the name
23   of his attorney.  Sorry.  He did give me the name
24   of his attorney when we couldn't send the monies
25   in from US Bank and he said, why can't you send

Page 44

1    the monies in? I said, I don't know.  US Bank
2    won't allow me to send them in to Harbor City.
3    And he said, well, do you want me to send them to
4    the name of my attorney?  My attorney has a fund,
5    has a trust account where you can send the monies
6    there to.  I said, well, I guess that's an
7    option.  I think this is just a US Bank thing.
8        So I'd have to go back in my notes to
9    see what that was.  But it was the same attorney
10   when -- after we did our first call, I said that
11   I called JP and, hey, I had a meeting today
12   with the SEC. He said, great, you know, give it
13   to my attorney so I can reach out.  It was the
14   same firm.
15       Q   Does Paul, does that sound familiar as
16   the first name?
17       A   The name of the attorney?  I can't
18   remember offhand who it was.
19       Q   But ultimately you didn't send that
20   money through that attorney's trust account.  You
21   were able to use Anthony Funding?
22       A   Yeah.  I think he might have sent me an
23   email saying you can send the funds here, and it
24   had all the information of the attorney, like the
25   attorney's account number and everything.  But we

Page 45

1    just thought we'd send it through Anthony Capital
2    Funding.
3        Q   And regarding Exhibit Number 19, you
4    said you sent it to JP Maroney and he said he
5    would look at it and share it with his attorney?
6        A   I don't know if he said he would share
7    it with his attorney.  It was either JP or Paul
8    just wanted to get a copy of it I guess to
9    just -- I think he wanted to get a copy of it
10   just to see how my private placement was
11   structured, because I said I wanted to copy what
12   they were doing from the same payment component.
13   So if they were issuing a bond at a 10-year 12
14   percent -- you know, at a 10 percent, 12 percent,
15   14 percent rate of return, I wanted to issue the
16   same level of bonds. That way, you know, if an
17   investor called Harbor City directly, they would
18   know that, you know, it was the same -- it was
19   the same offering.
20       Q   Okay.  So I guess my question is did
21   Maroney approve Exhibit 19 before you sent it out
22   to your investors or he was just wanting a copy
23   for his file?
24       A   Yeah, yeah, because I had already sent
25   it out to my investors and got it signed.  He

12  (Pages 42 to 45)

Page 46

1    said, send me this so I can take a look at it. I
2    said, okay, fine. He didn't come back and say
3    you have the stamp of approval or we don't like
4    this, change this. He said, you know, it looks
5    good.
6         Q   So we're going to now shift to your
7    initial conversations with Harbor City, but
8    before we go, I want to just walk you through
9    Exhibit 19 and then see if Alise or Kathleen has
10   any questions on that exhibit. But essentially
11   Exhibit 19, as I mentioned, is what you described
12   as your PPM that was created based on the Harbor
13   City PPM.
14        A   Yeah.
15        Q   And on that first page obviously it
16   lists the different bonds that are being offered.
17   Are these the ones that essentially are mirrored
18   after the Harbor City offering?
19        A   Yeah, yeah. Everything except for the
20   D. Harbor City does not have a D offering.
21        Q   But the A, B and C?
22        A   Yeah, yeah.
23        Q   All right. And then when we talk about
24   the minimum and maximum, is that also from the
25   Harbor City offering?

Page 47

1         A   Well, I might have changed like the
2    offering amounts because in mine, I have a
3    $500,000 minimum and a $15 million maximum as a
4    raise, so I might have changed that. But I can't
5    remember if I changed -- the minimum purchase
6    price of the bond of a thousand dollars, was --
7    the value of each bond was the same, but I might
8    have changed the minimum purchase amount of
9    $50,000, but all the other information is pretty
10   much the same.
11        Q   And then the last paragraph on this
12   first page says the bonds will be secured by --
13        A   Oh, yeah, yeah. So it --
14        Q   Let me read it first and then I'm going
15   to ask you to talk about it.
16        It says, "The bonds will be secured by
17   the herein referenced standby line of credit
18   (SBLC) at Barclays Bank which is held as
19   collateral on on behalf of the bondholders
20   relative to the defined rights and privileged of
21   redemption in the exclusive event of breach of
22   full redemption of the underlying bonds?"
23        Tell me, is that paragraph from the
24   Harbor City offering?
25        A   Yeah.

Page 48

1         Q   And what does that paragraph mean?
2         A   Yeah, well, it's from their offering
3    except in their offering, instead of Barclays
4    Bank, they have top tier bank. And in our
5    conversations that we had all through the month
6    of August, it was pretty much signed, sealed and
7    delivered that it was going to be Barclays Bank
8    that they were getting this backstop from.
9         Q   Okay.
10        A   And so I inserted Barclays Bank there
11   and that was, you know, one of the main, you
12   know, enticing points of the offering was not
13   only is the business model and these digital
14   media marketing bonds is where the business model
15   is but we have this backstop that says if
16   something happens to the company and the company
17   goes out of business, then you've got this line
18   of credit that can make the investors made whole.
19   A cap line of credit.
20        Q   And you said that was intriguing. Tell
21   me more about that. That particular component of
22   the offering, that particular representation, is
23   that something that ultimately gave you the
24   comfort in investing with Harbor City?
25        A   It helps, meaning because we -- you

Page 49

1    know, I've purchased individual publicly traded
2    bonds normally just on the exchanges, and then
3    when you go through bankruptcy proceedings, it's
4    a pain in the butt. But if they have a cash line
5    of credit that is indemnifying the bondholders
6    and you don't have to go through a seizure of
7    assets and put liens on real estate and go
8    through a bankruptcy holding, they're saying,
9    look, this -- as it was explained to me, this
10   cash line of credit is there, it's liquid, it's
11   available, so that if something happens and we
12   can't make our bond payments or we go bankrupt or
13   the team at Harbor City dies in a plain wreck, we
14   have a claim on the monies that we've put on
15   deposit with Harbor City via this cash line of
16   credit. And the entity that is issuing this line
17   of credit, we're paying them a fee to allow us to
18   use their money.
19        So that was kind of how it was
20   explained to me. And as an investor
21   individually, I said, yeah, this is an added
22   component of security that would say if Harbor
23   City went bankrupt or, you know, the Internet
24   ceased to function and they couldn't do digital
25   media bonds anymore, then we could call in on

Page 50

1  this line of credit and say we have $5 million on
2  deposit with Harbor City, we want our $5 million
3  back, and that would be returned to us via this
4  cash line of credit.
5      Q  Okay. And this was explained to you by
6  who?
7      A  By JP, mainly, and by Betsy, who was
8  the person that I initially spoke with when I
9  called in to Harbor City, and by Paul.
10     Q  And that's Paul Nicolini?
11     A  Uh-huh.
12     Q  You have to say yes or no. Sorry.
13     A  Yes. Sorry.
14     Q  And that information was conveyed to
15  you prior to you investing in Harbor City?
16     A  Yes.
17     Q  And let me ask you, in addition to them
18  explaining to you how the investment was
19  essentially you guess secured, guaranteed, did they
20  show you any documents to support that component
21  of the offering?
22     A  Yeah. On one of the documents that I
23  had sent in, I sent in a work file that had a
24  list of kind of my due diligence that I had gone
25  and done stuff with. It was called Harbor City

Page 51

1  Corp. Recap Time Line.
2      Q  Uh-huh.
3      A  In there, I kind of outlined all of the
4  files that I had found in Harbor City 1, 2, 3 and
5  4 in previous offerings. Yes. And so, you know,
6  I had gone through the dates on when these were
7  set up. Let me scroll down a little bit —
8      Q  Okay. Let me just stop you right
9  there. So I just shared on the screen what has
10  been premarked as Exhibit Number 20.
11     A  Yeah.
12     Q  And it appears to be a one — sorry —
13  a one-page document that starts off Harbor City
14  Capital Corp., and it goes on to reference
15  HCCF-1, HCCF-2.
16         (SEC Exhibit No. 20 was
17         marked for identification.)
18     BY MR. JAMES:
19     Q  So is this the document you're
20  referring to?
21     A  Yeah, yeah. It should be two pages.
22     Q  Yeah, sorry. Two pages, correct. The
23  second page is up on the screen now.
24     A  So this compiles part of the due
25  diligence that I had done on these different

Page 52

1  offerings as far as, A, how Harbor City had
2  performed without this standby line of credit,
3  and that was the Harbor City 1 and Harbor City 2
4  and the dates on when those were established.
5  And then Harbor City 3 I think is the first time
6  they have their line of credit in place. No,
7  not — Harbor City 4. Harbor City 4 was the
8  first time they had their line of credit in
9  place. And JP had done a series of videos going
10  into detail about this standby line of credit
11  that at the time was issued by First American,
12  First American Bank and, you know, went through
13  all the documents, here's where they're at,
14  here's how it works, you know: Quote, you cannot
15  and will not lose money in Harbor City, unquote,
16  was stuff of the language because of this line of
17  credit, you know, that is solid and secure and so
18  on and so forth.
19     Q  So I just clicked to the second page of
20  Exhibit 20 where it has the HCCF-5 offering and
21  it has the second part by HCCF-4. And again,
22  these are your notations. Where it talks about
23  Betsy sent me, can you tell me what that bullet
24  point refers to?
25     A  Betsy was the first person that I spoke

Page 53

1  with at Harbor City. I think she's like a sales
2  representative there. So when she initially
3  explained the Harbor City bonds to me and the
4  line of credit guarantee, you know, and she
5  explained that and then in future conversations,
6  she said we have a video that talks about how it
7  works. I said, great. So that's what she sent
8  me was the video link and I have all those
9  referenced at the time where they were in the
10  Harbor City documents.
11     Q  And tell us about the videos that she
12  referenced. Who was in the video and what
13  documents were being shown in the video?
14     A  Yeah, they were probably a series of
15  four videos where JP Maroney was in all the
16  videos, and he was going through just explaining
17  the investment, right? This is how it — this is
18  the investment. I'm clicking on the link right
19  now to see if it's still active. But yeah, this
20  is the investment, this is how it works, this is
21  how the digital media bonds work, this is our
22  business model, and then another video would talk
23  about his history and, you know, where he came
24  from and how long he's been in business for.
25         And then another video would talk about

14 (Pages 50 to 53)

Page 54

1  this line of credit option, you know, this is why
2  you can't lose money in this deal because we have
3  this line of credit, here's how it's set up, this
4  is what we already have. It's not an idea if we
5  already have it in place for this offering. So
6  it went through all the verification pages that
7  showed the cash line of credit, the money that
8  was there, you know, the signed letter, if you
9  had to make a claim, this is what you would do
10  with the offering.
11      Q   So it essentially sounds like what
12  you're saying is that he's basically saying,
13  okay, in these videos, this is what we just did
14  in offering number 4. We used this standby line
15  of credit in order to make this offering
16  something you cannot lose money on, and then
17  these are the documents that shows that. Is that
18  essentially what you got from the videos?
19      A   Yeah, yeah, because 4 was made after 3
20  and so, you know, he's building upon what they
21  had done in 3 and saying here's -- this is our
22  business, this is what we do, this is how we make
23  money. We're offering these digital media bonds.
24  You get a 10 percent, 12 percent, 14 percent rate
25  of return. By the way, with this offering, we

Page 55

1  have this cash line of credit from a top tier
2  bank that is essentially, you know, backstopping
3  your investment that you can't lose money in this
4  offering because of this cash line of credit and
5  here's how this works. A lot of people aren't
6  familiar with this line of credit. He you would
7  say, I'm going to explain to you how it works.
8  He would go through in detail how the cash line
9  of credit worked.
10      Q   And I know you used -- one quote you
11  said he said you can't lose money. Were there
12  other quotes he talked about as far as the risk
13  level of the investment? Did he use things like
14  safe as a CD, guaranteed?
15      A   Yeah, well -- and I think -- I
16  mentioned that I -- and I said, hey, you can't --
17  some of this language that you're using, you
18  probably shouldn't be using in documents like
19  this because you can't say something is as safe
20  as a CD if it's not a CD. Like you can't say
21  that, even though you've got this back line of
22  credit. But yeah, I think those are all terms
23  that he had mentioned in the videos, that from a
24  regular investor standpoint, you would think, oh,
25  this is the greatest thing since sliced bread.

Page 56

1  This is 100 percent can't lose. Me being in the
2  business, I could kind of see, hey, you've got --
3  I understand what you're doing, but I think you
4  have some inflammatory language that, you know,
5  probably shouldn't be used in a -- because you're
6  not a bank. You're not a CD.
7      Q   And what was his explanation for why he
8  used and continued to use those types of
9  statements?
10      A   I can't remember on that front.
11      Q   But he seemed to understand how those
12  could be interpreted by investors as this is
13  essentially me going to the bank and getting a
14  CD?
15      A   Well, that was how he was positioning
16  it in the videos. Again, you cannot and you will
17  not lose money in this offering.
18      Q   Okay.
19      A   Which kind of looked -- because we have
20  this line of credit, it is -- it's secure. It's
21  100 percent.
22      Q   And so he's basically saying we've done
23  this in offering 4, it works, you can't lose
24  money. He's also -- in the videos, he's also
25  showing any documents from offering 4?

Page 57

1      A   Yeah, yeah. Well, in the videos, he's
2  going through these line of credit -- because, I
3  mean, the line of credit is a big deal. We're
4  saying, great, we're getting a 14 percent fixed
5  rate of return from this business model where
6  supposedly making, you know, 50 percent
7  profit margins, and now we also have this top
8  tier, you know, cash line of credit from sources,
9  Citibank, that is offering additional guarantees.
10      The question I had is why would -- you
11  know, why would you have this high cost of
12  capital on your money to go and do this? Why
13  don't you just go out and get a loan from
14  Citibank at, you know, 5 percent, and if you're
15  making 14 percent, just keep all the difference.
16      And he said, we've tried that. We
17  can't go out and get these loans from the banks
18  because they want a $10 million, you know,
19  collateral real estate to put on there. We don't
20  have that. But they've taken a look at our
21  business model. They like what we do so they're
22  more than happy to charge us fees for the use of
23  their money, and that's why we're doing it, and
24  that's why he reduced the rate from Harbor City
25  3, which was an 18 percent bond, to Harbor City

Page 58

1   4, which was a 14 percent bond, essentially
2   saying -- he's using this 4 percent differential
3   to pay for the cost of this standby line of
4   credit offering, you know, as a cost of capital.
5       Q   So in addition to him basically
6   explaining to you that this in theory worked, and
7   even showing you documents, he even explained to
8   you why this option was better or was necessary
9   over a traditional just getting a bank loan?
10      A   Yeah, yeah.  He said this is -- you
11  know, this is why we have it.  I mean, repeating
12  on the theme from 1 and 2, you know, because I
13  inquired, you know, where did you get the monies,
14  who are the investors in 1 and 2?  You know,
15  these were smaller offerings, only a $1 million bond
16  were smaller offerings, only a $1 million bond
17  offering in fund 1.  Fund 2 was a smaller
18  offering as well.  And so as they started to
19  increase, that's why he wanted to go and do that,
20  capitalizing on this component that, you know,
21  you don't want to lose friends' and family's
22  money.  I mean, you don't want to lose money from
23  anyone, but you really don't want to lose friend
24  and family money, and so they're adding this
25  additional standby line of credit as a -- you

Page 59

1   know, as a backstop, as a guarantee, if you will,
2   on the investment.
3       Q   And did you have at any point -- and at
4   this point, I'm assuming you haven't invested yet
5   but it sounds as though any questions you have,
6   particularly about this standby line of credit,
7   that he's been able to explain to your
8   satisfaction?
9       A   Yeah, I mean, my main interest was on
10  Harbor City itself.  I would rather just focus on
11  a good business model that's profitable and not
12  have to use the line of credit at all because
13  although it may seem nice on paper, the devil's
14  in the details but, you know, they explained to
15  me as it's something that's nice to have but you
16  would never want to use it, unquote.  Okay, yeah,
17  that makes sense, you know?  I'm glad I have fire
18  insurance on my house.  I hope I never have to
19  use it.  I'm glad we have this standby line of
20  credit on this bond offering.  I hope we never
21  have to use it.
22      Q   And other than the documents he showed
23  you evidencing the standby line of credit for
24  Harbor City Fund 4, did he share with you any
25  other documents, any other information about who

Page 60

1   was putting up the standby line of credit?
2       A   No.
3       Q   Who the banks were?
4       A   No.  Well, you know, we had detailed
5   conversations as I was thinking about investing
6   into fund 5 to say, okay, tell me how fund 4 --
7   just tell me the history, you know, what's
8   happened with fund 1, fund 2, fund 3, you know,
9   where is your business model at, where do you see
10  this going, what's going on?  And he said, Dave,
11  we're going out right now -- and this is why they
12  used the language of top tier bank in their
13  private placement offerings because they
14  hadn't -- he said we haven't identified who this
15  bank is that we're getting this new line of
16  credit from but, you know, we want to do -- I
17  think it was like a $15 million line of credit
18  for Fund 5, and we're trying to hash out those
19  details on who it is.  And in subsequent
20  conversations, it came about that Barclays Bank
21  was the bank that they had identified as the
22  entity that was going to do it, so we said, okay,
23  if this is in place, we need to have clauses that
24  if this doesn't occur, that you can return the
25  monies to my investors, you can give us our money

Page 61

1   back.  And they said, yes, we will do that.
2       I said, okay, because again, this is
3   key.  If this line of credit doesn't exist, this
4   is one of the selling points that we're using
5   with our investors, and if it's not there, we
6   want to have the right to rescind our investment
7   and return those funds back.  And they said that
8   we could do that.
9       Because the documents for Fund 5, as
10  far as having the line of credit, weren't in
11  place by the time we sent our first round of
12  monies in in August and so that was something
13  that was concerning to me, that they didn't have
14  that in place.  And I couldn't produce the same
15  videos that he was done for Fund 4.
16      Q   Okay.  But you at least had the Fund 4
17  documents and the Fund 4 video to know, okay,
18  well, he did this at 5 million.
19      A   Yeah, yeah, yeah.
20      Q   He surely should be able to do it at 50
21  million because apparently he's saying it's been
22  successful?
23      A   Yeah.  He's saying we already had it in
24  place for Fund 4, you know, we're going to go
25  bigger on Fund 5 and then, you know, there is a

## Page 62

1  whole series of conversations that went through
2  where's the document, you know, where is it at,
3  you need to show investors, when are you going to
4  get it to me as he went through August and
5  September and October of, you know, us continuing
6  to raise money, him saying the deadline is this
7  date, we're going to close the fund. Oh, we're
8  going to extend it, we're going to extend it,
9  until they actually got the arrangement in place
10  and decided to close the Fund 5.
11      Q   And did he ever provide you with the
12  line of credit documents for Fund 5?
13      A   Yeah. He sent me over the documents
14  that he had and I think I had that in the pieces
15  that show -- that show that they have this $50
16  million line of credit in place. It was from
17  Deutsche Bank.
18      Q   And you said you produced that to us in
19  response to the subpoena?
20      A   Yeah, yeah. It should have included
21  that in the documents.
22      Q   Like I said, that one I did not see
23  but, again, I took a quick look in preparation
24  for today. So we'll go back to check to see if we
25  have the line of credit document. And it would

## Page 63

1  be from Barclays Bank or do you recall whose --
2  what bank?
3      A   No, it was from Deutsche Bank.
4      Q   Okay.
5      A   Because that's why I thought, I'm like,
6  what happened to Barclays Bank? That's what I
7  put on my PPM. And he said, oh, we had to switch
8  it.
9      Q   Did he say why?
10      A   He said there's only a couple of banks
11  that did it and he would travel to Europe a
12  couple of times to get things lined up and hashed
13  out and, you know, that was who they came up
14  with.
15      Q   Let me ask you, while you -- it looked
16  like you're looking for the --
17      A   Yeah, I was trying to find the document
18  there to see which file it was in but I can get
19  it.
20      Q   But look and I'll ask you a question at
21  the same time. I was going to say, did he ever
22  say why the parties involved in the standby line
23  of credit for Harbor City Fund 4, why he didn't
24  just continue with those parties' previous line
25  of credit for Fund 5?

## Page 64

1      A   I think he said he mentioned there was
2  a capacity problem, there was only so much they
3  could do or so much they were approved for, and
4  since they were raising more monies in Fund 5,
5  they needed a larger line of credit.
6      Q   Okay.
7      A   And then as time went on, the
8  conversation evolved to we've got this larger
9  line of credit, this is going to replace this
10  line of credit that was in Fund 4, so this is
11  actually going to cover not only Fund 4 but also
12  Fund 5 and a future Fund 6. I was oh, okay,
13  whatever.
14      Q   And obviously let me know if you locate
15  exactly where the documents are.
16          Do you recall when you were provided
17  with the Deutsche Bank line of credit documents?
18  Was it in 2020? Was it the last couple of
19  months?
20      A   Let me see if I've got it in my email
21  real quick. I thought -- I apologize. I thought
22  I had sent that out there. It was in -- I
23  thought we got something at the tail end of 2020,
24  like December 2020. I'm trying to see when that
25  was. I got a new computer between now and then.

## Page 65

1      Q   Definitely we'll make a note to look
2  for that. I know we have to break in a half an
3  hour for you -- I think you said you have a 12:00
4  and a 1:00?
5      A   Yeah.
6      Q   Obviously during that break, if you
7  have time, definitely we'll look to see if we
8  have it but obviously I'll ask if you could --
9  maybe you or Wendy could check to see if it was
10  sent and just let us know and which file so we
11  could pull that up.
12          But let me try to be as productive in
13  the next half an hour so we could not have much
14  left over. I'm going to pull up for you -- as I
15  said, you're going to look for the Deutsche Bank
16  line of credit documents, but I'm about to show
17  you a series of exhibits that you produced to us
18  regarding First American, the standby line of
19  credit for Harbor City Offering 4.
20          But regarding the documents that you'll
21  be looking for for Offering 5, the Deutsche Bank
22  documents, was it essentially like what you got
23  from Offering 4 or which essentially -- you know,
24  signature showing an agreement between Harbor
25  City and --

17  (Pages 62 to 65)

Page 66

```
 1        A   Yeah.
 2        Q   -- an intermediary or tell me what the
 3   documents were.
 4        A   Yeah, there was two.  There was an
 5   agreement that kind of outlined everything, and
 6   then he sent me over a screen shot of the actual
 7   money that said this is the account where the
 8   money is at.
 9        Q   Okay.  And did he provide any
10   instructions or way for you to verify that
11   independently or he was --
12        A   Yeah, yeah.  He said it was something
13   called a DTC screen, which I'm not familiar with,
14   and I could take that to my bank and my bank
15   could get it verified.
16        Q   Okay.  And so he's saying if you take
17   this screen shot I sent you to US Bank --
18        A   Yeah.
19        Q   -- they should be able to verify --
20        A   Yeah.
21        Q   -- that Deutsche Bank has this line of
22   credit?
23        A   Well, yeah, that the funds are there,
24   right.
25        Q   That the 50 million are there earmarked
```

Page 67

```
 1   to Harbor City bondholders in the event of a
 2   default?
 3        A   Well, yeah, that the money is there,
 4   it's available, it's not made-up funds.
 5        Q   Okay.  And were you able to have your
 6   bank confirm that?
 7        A   No.  I took it to US Bank and I took it
 8   to Zions Bank, and both one of the bank managers
 9   didn't know what it was.
10        Q   Okay.
11        A   And they said they would -- I said,
12   well, you know, have you heard of anything like
13   this before?  Do you know what the DTC system is?
14   Like we've never heard of the DTC system.  I
15   mean, so you don't know what this screen means or
16   what these codes mean?  And they said, no, but
17   just because we don't know what it means doesn't
18   mean it's not valid.  We'll send it up the food
19   chain to people that do higher corporate banking,
20   you know, to get feedback on that.  But I never
21   heard anything back on what it was.
22        Q   And this was around the same time you
23   had received it, shortly thereafter you --
24        A   Yeah.
25        Q   -- followed these instructions?
```

Page 68

```
 1        A   Yeah.  Right.
 2        Q   Any other attempts to confirm the
 3   existence of the line of credit from Deutsche
 4   Bank?
 5        A   No.  Just us taking it to, you know, to
 6   our -- to those two banks directly.  And then
 7   Matt, who was down in Texas, he's one of my
 8   advisors.  I think he had called Deutsche Bank
 9   directly and said, hey, can you look this up with
10   the code?  And Deutsche Bank said that they
11   didn't know what he was talking about.  So we had
12   a conference call with JP Maroney about this and
13   JP Maroney said, yeah, that's not uncommon
14   because, you know, the banker that you're
15   speaking with might not have access to this
16   screen, you know, I'll send you over the DTC
17   screen shot and that's what you can use.  Because
18   the first document that they sent kind of
19   outlined everything and then we called to check
20   on it and then, you know, we couldn't verify it,
21   and so we had the second phone call with him and
22   he said, oh, I'll send you the DTC screen shot
23   and that's what you can use for your bank.
24        Q   Okay.  And did you?
25        A   Oh, yeah.  That's what we took into US
```

Page 69

```
 1   Bank and Zions Bank and they said we're just not
 2   familiar with this system.  We're not saying it's
 3   not valid.  We just don't know what it is.
 4        Q   So you weren't able to get any
 5   confirmation using either of the documents he
 6   provided?
 7        A   Right.
 8        Q   And did you go back to him after that
 9   second screen shot was given to you and you took
10   it to US and Zion, did you go back and say, well,
11   they're saying also that they can't --
12        A   No.  This is just recent.  This is just
13   like within the past month.
14        Q   Okay.  So let me pull up for you -- so
15   now we're going to talk about the standby line of
16   credit that was provided in Harbor City's fourth
17   bond offering.  And part of what I want to see,
18   to the extent any of these documents are similar
19   to documents, one or two of the documents you
20   received about Deutsche Bank, let me know, but
21   for the most part, let me just see -- 8.
22            (SEC Exhibit No. 8 was marked
23            for identification.)
24   BY MR. JAMES:
25        Q   So what I've put up on the screen right
```

18  (Pages 66 to 69)

Page 70

1  now has been premarked as Exhibit Number 8, and
2  it's a one-page document and it looks to be a
3  letterhead for First American, includes addresses
4  for their location and it's dated November 25th,
5  2019.  The addressee is Harbor City Capital Corp.
6  That address is 100 Rialto, Suite 700,
7  Melbourne, Florida 32901.  And it says,
8  attention, JP Maroney.
9          So are you familiar with First American
10  and this document?
11      A   Yeah.  Is that the one that I had
12  uploaded in the system?
13      Q   Correct.  This is one of the documents
14  you produced to us on Monday, yes.
15      A   Oh, yeah, yeah.  Then that's the one.
16      Q   So this document is familiar to you?
17      A   Right.
18      Q   This is a document you received from JP
19  Maroney?
20      A   Yeah.  Yeah, that was on there.  That
21  was on that portal so I just downloaded all the
22  documents that were there.
23      Q   So tell me what this document is.
24      A   Just what it says.  There is the thing
25  that said the standby line of credit from First

Page 71

1  American.  It said it validates that they have
2  this line of credit in place.
3      Q   So let me just kind of read a couple of
4  the passages just so we have it on the record.
5  So basically, again, it's November 25th, 2019.
6  It says regarding standby letter of credit.
7  Again, as I mentioned, it's directed to Harbor
8  City Capital Corp., attention Mr. Maroney.  And
9  basically says, "Pursuant to previous
10  conversations, and investigation of the financial
11  information undertaken at hand, we can confirm
12  with full corporate responsibility that we are
13  prepared" -- and this is -- I'm reading it
14  verbatim -- "fund and to issue 1 irrevocable
15  standby letter of credit in the amount as follows
16  and with the beneficiary as noted."
17          Harbor City Capital Corporation, holder
18  of the standby line of credit for $5 million, 366
19  days, beneficiary to be provided by holder,
20  Harbor City Capital Corp.
21          And then the next paragraph says,
22  Issuance of the instrument shall be effected upon
23  your execution of documentation, information,
24  certification and/or fees required for such
25  issuance.  The instrument will be issued as

Page 72

1  active and operable instrument, with a maturity
2  date ninety (365) days from the date of issue.
3          And it appears to be signed
4  Respectfully, S. Jones, SRVP, Financial Services.
5          Did I read that correctly?
6      A   Yeah, that's the document.
7      Q   So from what I can tell, and you tell
8  me if you agree, this document appears to be
9  confirmation from First American to JP Maroney
10  that they're prepared to issue this line of
11  credit provided he does the necessary things,
12  execution of the document, information,
13  certification and/or fees, correct?
14      A   Yeah, correct.  Correct.
15      Q   So this is one of the documents you
16  relied upon in order to make your decision to
17  invest with Harbor City, correct?
18      A   Yeah, yeah, meaning if they had done
19  this for Fund 4 and they said they're duplicating
20  this for Fund 5, we're not invested in Fund 4,
21  we're investing in Fund 5.  If they're getting
22  the same type of thing, that's what we're looking
23  for, that's an additional safety net for us.
24      Q   And as you mentioned, these documents
25  were a part of those videos on Harbor City's

Page 73

1  website so as much as you saw them, any other --
2      A   Yeah, yeah, all the investors saw them,
3  yeah.
4      Q   All right.  Let me show you a second
5  document that was provided by you and I'll ask
6  you if you recognize it.
7          (SEC Exhibit No. 9 was marked
8          for identification.)
9      BY MR. JAMES:
10      Q   Okay.  I'm showing you what has been
11  premarked as Exhibit Number 9.  Again, it appears
12  to be on First American letterhead of some sort,
13  identifying their office locations, and this
14  document is -- again, has two, apparently,
15  letters in the body.  One from what appears to be
16  the same S. Jones that we saw in Exhibit 8, and
17  that one is directed to a Mr. Nater.
18          And then the second part of this
19  document appears to be a second letter by JP
20  Maroney as CEO of Harbor City Capital Corp. to
21  First American.  And both of these are dated --
22  at least the second one is dated November 25th,
23  2019.
24          Just to make sure that's clean, let me
25  just read the first part of that exhibit and then

19  (Pages 70 to 73)

Page 74

1    I'll read the second part so we understand what
2    we're talking about.
3        So in the first half of the letter, it
4    basically says, "Mr. Nater, please have the below
5    advice signed and returned to our offices at your
6    earliest convenience.  As we discussed, we need
7    to have the specifics of paragraph number 4
8    clarified and confirmed by your client, as you
9    will be acting as the agent of Harbor City
10   Capital Corp. for this issuance."
11       Do you see that?
12       A   Yes.
13       Q   And you've seen this document?  This is
14   a document you produced to us, correct?
15       A   Yeah.  That was what was on the website
16   that anyone could download, and then he had a
17   whole video explaining what the document means
18   and, you know, how it works and how it functions.
19       Q   But basically it looks like this first
20   paragraph I just read is introducing the Nater
21   entity or individual into the transaction,
22   correct?
23       A   Yeah.
24       Q   So then the second half of this
25   one-page document is dated November 25th, 2019

Page 75

1    and, again, this portion is from JP Maroney
2    signed as CEO of Harbor City and it is to First
3    American and it says, "Gentlemen, I am requesting
4    and confirming that the standby letter of credit
5    as noted in the agreement for service, executed
6    on November 25th, 2019 by and between First
7    American and Harbor City Capital Corp. is to be
8    delivered upon issuance to Nater Associates, as
9    herein directed by Harbor City Capital Corp. for
10   SWIFT," S-W-I-F-T, "transmission by Citibank.
11   Such additional transmission is not a duty,
12   condition, or responsibility of First American.
13   This advice does not alter or change the terms
14   and conditions of the above noted agreement."
15   Signed "Respectfully, JP Maroney."
16       So again, this is a document you
17   produced to us that you received from the Harbor
18   City website?
19       A   Yeah.
20       Q   And what is it talking about in this
21   part of the document?
22       A   It looks like this is the follow-up
23   stating that the First American document that was
24   filed was valid.
25       Q   Perfect.

Page 76

1        (SEC Exhibit No. 10 was
2         marked for identification.)
3    BY MR. JAMES:
4        Q   So let me now pull up for you Exhibit
5    Number 10.  So again, I'll ask you to take a look
6    at this document, review it and let me know if
7    you've seen it before.
8        And while you do that, let me just note
9    it for the record this has been premarked as
10   Exhibit Number 10.  It's a multipage document on
11   First American letterhead and the title is
12   Agreement For Service, and just to read the first
13   couple of lines, "This agreement, dated November
14   25, 2019 by and between First American Financial,
15   Incorporated and Harbor City shall bind the
16   parties hereto," and it goes on to identify terms
17   of this agreement.
18       Have you seen this document before,
19   Exhibit Number 10?
20       A   Yeah, that was on the website.
21       Q   And produced to us?
22       A   Yes.
23       Q   And we saw in Exhibit Number 9 that Mr.
24   Maroney referenced a service agreement between
25   First American and Harbor City.  Is this the

Page 77

1    agreement he's referring to?
2        A   I believe so, yes.
3        Q   So — and again, it's a multipage
4    document but what I want to talk about
5    specifically is some of the terms of this
6    document.  So essentially we mentioned before
7    that we're talking about a $5 million line of
8    credit.  So if you go down to what appears to be
9    the paragraph beginning with the numbered
10   subparagraphs, it says, "Now therefore, the
11   parties do hereby agree to the following terms,
12   conditions, and understandings of this
13   agreement."
14       And that sounds like language we saw
15   from the Exhibit 9 that JP Maroney wrote to First
16   American.  So number 1 says, "Client requests
17   that First American assist in restructuring its
18   asset position, in the amount of $5 million."
19       Do you see that?
20       A   Yeah.
21       Q   And that coincides with your
22   understanding that this was a $5 million line of
23   credit, correct?
24       A   Right.
25       Q   And then number 2 says, "Client" —

Page 78

1  again, client is Harbor City — "agrees to
2  deliver to First American upon execution of this
3  agreement certified funds in the amount of
4  $240,000," and a little bit is a little off, but
5  do you see that?
6      A  Yes.
7      Q  Sorry.  Mine is a little bit — and
8  then you have subsection 2a and 2b there again
9  spells out 237 for the issuance of documents and
10  instruments, and then sub B says $3,000 for
11  document generation and registration.
12         So in addition to the monies/fees
13  required up front by Harbor City, there is also
14  3,000 in document fees apparently?
15      A  Yeah, meaning this was the smoking gun,
16  if you will, that says we've got this in place,
17  our cost for this was $240,000, this is what
18  we're spending to have this line of credit in
19  place to protect investors.
20      Q  Exactly.  And so let me just see, I
21  think paragraph 3 then goes on to say, "Upon
22  deposit of documentation, instruments, and fees
23  by Harbor City, the client, as required by First
24  American, per paragraphs 1 and 2 that we just
25  read, First American will deliver to client,

Page 79

1  Harbor City, its agent, escrow, broker or assigns
2  the documents and/or instruments requested by
3  client, i.e., the standby line of credit,"
4  correct?
5      A  Correct.
6      Q  And then let's just scroll down.  If
7  you scroll down Exhibit 10, I'll go down to the
8  signature page, obviously it has, you know, many
9  other covenants and requirements.  Each page has
10  a signature at the bottom that seems to reflect
11  JP Maroney's.
12         If we get to page 5, there appears to
13  be a promissory note with, in parentheses,
14  certificates of deposit.  Do you see that?
15      A  Yes.
16      Q  And again, was this part of the
17  document that you received from the website
18  that —
19      A  Yep.
20      Q  — Maroney showed on the website —
21      A  Yep.
22      Q  — and explained?
23      A  Yep.  Those are all public documents
24  you can download.
25      Q  So according to this page 5 of Exhibit

Page 80

1  10, it appears to be the certificate of deposit
2  promissory note dated November 25, 2019 in the
3  amount of $5 million.  And, again, it's signed by
4  JP Maroney, correct?  Do you see his signature?
5      A  Scroll down here a little bit.  Yes,
6  signed by JP Maroney.
7      Q  Perfect.  All right.  So so far in the
8  last Exhibits 8, 9 and 10, we've seen the initial
9  introduction, basically teeing up the agreement,
10  then we actually saw JP confirming those terms,
11  and now we see a service agreement executed
12  between Harbor City and JP Maroney.
13         So as far as what we've seen in these
14  last three exhibits here, it appears that Harbor
15  City has this standby line of credit/CD in the
16  amount of $5 million procured by First American,
17  correct?
18      A  Correct.  Right.
19      Q  And that was your understanding when
20  you first saw these documents and that continues
21  to be your understanding to this day, correct?
22      A  Yeah.  That was already signed, sealed
23  and delivered.  That's already in place.  And
24  then said, great, we're going to do this for Fund
25  5.  Perfect.  I found the document for Fund 5 so I

Page 81

1  just emailed that over to you.  And I also found
2  the DTC thing as well.
3         But yeah, that was my understanding for
4  Fund 5.  And then as we went through Fund 5 — as
5  time progressed on Fund 5, that's kind of where
6  the language — well, the thing came and said,
7  hey, we're going to get this new line of credit,
8  it's going to replace Fund 4.  It's going to
9  replace what we've done in Fund 4.
10      Q  Okay.  So what we'll probably do is —
11  I just saw your email so we'll look at those over
12  the break and then obviously when we come back,
13  we'll be prepared to ask you any questions that
14  we may have.  I'm sending it to everyone else now
15  so they'll have a copy of it too.
16      A  So there's two.  That was the first
17  one.  This is the DTC screen that I've got now.
18  So now you've got that one.
19      Q  Okay.  So let me — so we have that
20  promissory note of 5 million and then I think it
21  had — that was the last question there.
22         So let me show you — so again, as you
23  sit here today, other than I guess your
24  understanding that Fund 5 is using a different
25  institution for the line of credit, your

21  (Pages 78 to 81)

## Page 82

1 understanding is that Fund 4 used this First
2 American and that was in place --
3     A   Yeah, for a year.
4     Q   Okay.
5     A   Yeah, for a year, for a year, yeah.  It
6 was in place, they used it, it was there, said
7 great, we're going to do the same thing for Fund
8 5 but it's going to be bigger.  I said, great,
9 we'll -- if this doesn't come about, then we want
10 to pull our funds.  They said, okay, that's fine.
11 I said great.
12     Q   Okay.  I just got a DTC so I'll forward
13 that to the team now.
14     A   All right.
15     Q   Let me pull up my next exhibit.  Hold
16 on one second.
17         (SEC Exhibit No. 14 was
18         marked for identification.)
19     BY MR. JAMES:
20     Q   So I want to show you what has been
21 premarked as Exhibit Number 14.  And this
22 document, as you read along with me is again on
23 First American letterhead.  This is dated about a
24 month after the one we saw previously, December
25 18th, 2019.

## Page 83

1         And this one again is by the S. Jones
2 and is directed to Nater Associates who we saw
3 identified in the prior exhibits as the
4 intermediary that's basically facilitating this
5 standby line of credit.
6         And it basically says, "Mr. Nater,
7 please be advised that the above referenced
8 client transaction will be canceled at the close
9 of business this date, due to a failure to
10 perform by your client.  Please advise your
11 client accordingly." And again, this is dated
12 December 18, 2019.
13         Obviously your relationship with Harbor
14 City started in August of 2020, summer of 2020.
15 Do you recall seeing this --
16     A   No.
17     Q   -- document before today?
18     A   No.  It was not on the website, it was
19 not mentioned in our phone conversations, that
20 wasn't in any of the documents that I downloaded.
21     Q   And do you recall anyone referencing
22 the existence of any type of document like this
23 even though you haven't seen it?
24     A   No.  No cancellation document
25 referenced whatsoever.

## Page 84

1         (SEC Exhibit No. 15 was
2         marked for identification.)
3     BY MR. JAMES:
4     Q   Let me now show you what has been
5 premarked as Exhibit Number 15.  So Exhibit 15 is
6 a copy of an email from Nater Associates again,
7 who we just identified as the entity facilitating
8 the standby line of credit.  And this is to JP
9 Maroney, Harbor City Capital Corp.  The date is
10 Wednesday, December 18, 2019 and he identifies
11 attachment, Notice of Cancellation Pending.
12         And this email from Nater to JP says,
13 "JP -- sorry.  Let me scroll down.  So if you
14 scroll down, there is a December 18 email in this
15 string that says, "Mr. Nater, attached please
16 find our notice of cancellation" that we just saw
17 in Exhibit 14.  So this is basically First
18 Financial forwarding the notice of cancellation
19 of the Harbor City line of credit to Mr. Nater on
20 December 18th.
21     A   Yeah.
22     Q   Mr. Nater then forwards that on to JP
23 saying, "Your transaction has been canceled.  I
24 will notify any other parties involved of same.
25 Regards, Paul Nater."

## Page 85

1         So this was sent on December 18th, 2019
2 at 11:38 a.m. Eastern Standard Time.
3         Have you seen this email before today?
4     A   No.
5     Q   Have you heard of any emails or
6 communications --
7     A   No.
8     Q   -- to JP Maroney about cancellation of
9 the standby line of credit for --
10     A   No.
11     Q   -- Offering 4?
12     A   No.  The only thing I heard was that it
13 was going to be replaced by the line of credit
14 from Fund 5.
15     Q   And by replaced, you took that to mean
16 that it exists but for the next one --
17     A   Yeah, yeah, I had no idea that the line
18 of credit -- I had no reason to believe that the
19 line of credit was not in place when I had
20 conversations about investing in Harbor City in
21 August of last year.  That was not -- the
22 assertion was that it was already in place and it
23 was active and those videos were all active then.
24 I didn't watch the videos from Fund 4 back in
25 2019.  I watched them in August of 2020.  So

22  (Pages 82 to 85)

Page 86

1   those videos were still active and public,
2   insinuating that this was already done, it was
3   already in place, and if these documents state
4   that it was canceled in December of 2019, well,
5   that is a material omission of fact that is
6   important.
7        Q   And had you received these two exhibits
8   in addition with the prior exhibits, would you
9   still have invested with Harbor City?
10       A   Well, I would have questioned, you
11  know, what happened with the cancellation. Is
12  there not -- you know, is there not a line of
13  credit with Fund 4? Was it canceled because
14  you've got bigger plans to do Fund 5 and that's
15  what you've been working on? Like what's the
16  back story behind it? Because there was
17  communication that whatever was done in Fund 4
18  was going to be superseded by Fund 5, by the line
19  of credit in Fund 5, but, you know, that's why we
20  have this stipulation that if this line of credit
21  wasn't there, we wanted to be able to back out or
22  give our investors the opportunity to back out of
23  the investment.
24       Q   So what if you had learned -- this is
25  just to see what other information would be

Page 87

1   material to you, but what if you had learned --
2   excuse me. I just lost my thought.
3        What if you had learned prior to
4   investing that the reason for the cancellation
5   was Maroney's failure to meet any of the
6   conditions, failure to pay the 237,000, failure
7   to pay the 3,000, failure to provide any
8   documents, all the things that he was required to
9   do in the service agreement. If that was the
10  reason for the cancellation, would that impact
11  your decision to invest or not?
12       A   Yeah, well, probably because, again,
13  we're not doing the investment for the line of
14  credit. We're doing the investment in Harbor City
15  and the digital media and what they have, and the
16  fact that they've got the line of credit backing
17  it up is good. But I had structured my PPM
18  around that language, so if that wasn't there,
19  then -- I mean, that's stuff that, you know, I
20  would need to communicate to investors to say
21  it's a different thing to say, hey, we -- you
22  know, this was in place in Fund 4 but it was
23  canceled for some reason but we're hoping we're
24  getting it in place in Fund 5. Yeah, that is an
25  omission of material fact that would be important

Page 88

1   in a decision-making process. So it would make
2   me think twice on sending funds in, of course.
3        Q   And if he's telling you that something
4   exists and it turns out that it doesn't exist, I
5   think that would be something that --
6        A   Well, yeah. Well, especially if I've
7   just seen the videos that he's gone through
8   explaining this is valid. I'm saying, okay, you
9   know, we had long conversations about this line
10  of credit, how it worked, how it functioned. You
11  know, what if Deutsche Bank goes out of business?
12  What if you go out of business? You know, and
13  he's saying, yeah, this is going to be exempt
14  from the creditors of Deutsche Bank as well.
15       So, yeah, this is a key omission that
16  is important in deciding if you would move
17  forward or not. Not only for me but for my
18  investors, because they're relying on that stuff
19  as well.
20       Q   And I think one of the things you
21  testified about earlier is that, you know, his --
22  that the frequency in which he said you can't
23  lose your money, you can't lose money, to you,
24  that was accurate because of this standby line of
25  credit, I think is what you suggested earlier.

Page 89

1        A   Yeah, yeah, yeah. Okay, so how can you
2   not lose your line of credit? Well, because we
3   have this -- or how can you not lose your
4   investment? Because we have this guaranteed line
5   of credit. That's the language that he's using.
6   We have this cash line of credit that says that
7   you can get access to the money and it's outside
8   of the creditors and the liabilities of not only
9   Harbor City, but also the bank that's issued the
10  line of credit.
11       Q   Okay.
12       A   And we're paying $240,000 for the use
13  of this over the length of the investment term.
14  So American Bank or whatever, great, we'll take
15  your $240,000 because we don't think we're going
16  to have to pay out on this claim, and we'll do
17  this every offering. So it's a great business
18  model for the bank, it's a great business model
19  for JP, it's a great thing to show to investors
20  to say this is why we think this investment is
21  appropriate and suitable for you because of these
22  additional backstops that are there that we just
23  don't get with a traditional bond offering.
24  They've -- you know.
25       Q   Okay. So I see we've approached I

23  (Pages 86 to 89)

Page 90

1  guess noon Eastern Time. Let me just give Alise
2  and Kathleen a quick minute or two to see if they
3  have any questions and then what we'll do is —
4  and I'm assuming you still have your 12 o'clock
5  meeting.
6      A  Yeah. I've got a hard stop. I'm
7  getting things that — they're coming in here.
8  But I'm free in two hours.
9      Q  So the plan is to reconvene at 3:00
10 p.m. No, no.
11     A  Yeah.
12     Q  You said 3:00? 3:00 p.m. Eastern,
13 which is 1:00 p.m. your time.
14     A  Yeah, my time.
15     Q  Okay.
16     MR. JAMES: Alise, any questions for
17 Mr. Anthony before we break?
18     MS. JOHNSON: Just a few. I can wait
19 until 3:00 if you have a hard stop right now.
20     THE WITNESS: Yeah, in fact, because
21 I've got a Zoom meeting starting literally right
22 now.
23     MS. JOHNSON: Okay. We'll wait then.
24     MR. JAMES: So Celeste, I'm assuming we
25 just — do I leave it on or do I — you know

Page 91

1  what? Let me go off the record. So we're off the
2  record for a break at 12:00 noon Eastern Standard
3  Time.
4      (Whereupon, at 12:00 p.m., a luncheon
5  recess was taken.)
6      A F T E R N O O N   S E S S I O N
7      MR. JAMES: So we are back on the
8  record at 3:00 p.m. Eastern Standard Time. We
9  have with us, of course, our court reporter, Mr.
10 David Anthony as well as Alise Johnson, Celeste
11 Byrd and Kathleen Strandell from the Securities
12 and Exchange Commission. Again, I'm Brian James.
13     BY MR. JAMES:
14     Q  So when we left off, Mr. Anthony —
15 well, first, let me go back. Just to clarify, as
16 I discussed when we first started, we were off
17 the record for a break. We did not have any
18 conversation, at least not any substantive
19 conversation during that break, correct?
20     A  No. Just —
21     Q  Go ahead.
22     A  I thought it was an hour earlier.
23     Q  Yeah, we saw that. And it's tricky
24 with time zones, so we figured at some point we
25 got turned around. But be that as it may, we'll

Page 92

1  definitely try to still get through within the
2  next hour.
3      So just quickly, I just want to confirm
4  on the record that before we broke, you had
5  emailed to my attention two emails relating to
6  the standby line of credit associated with Harbor
7  City's bond offering number 5, correct?
8      A  Correct.
9      (SEC Exhibit No. 21 was
10     marked for identification.)
11     BY MR. JAMES:
12     Q  So I'm going to pull up for you on the
13 screen what you should see in front of you right
14 now marked as Exhibit Number 21. It's an email
15 string. The top is redacted, but it appears to
16 suggest it was sent today and, in fact, it
17 appears to be the email that you sent to me
18 before we broke. And actually, it says it right
19 there, Dave Anthony to James Brian, which is
20 myself.
21     But if you scroll down, what you were
22 forwarding to me is a communication from JP
23 Maroney to yourself copying Paul Nicolini and the
24 subject was Forward RWA - Collateral and the date
25 was Sunday, February 21st, 2021 at 2:30 p.m.

Page 93

1      Do you see that?
2      A  My screen doesn't move down with yours,
3  though. Can you move down?
4      Q  I'm sorry. That might be the end. So
5  that's page 1 and page 2.
6      A  Yeah, like I'm getting a freeze here on
7  the —
8      Q  Let me help you out here. All right.
9  What about now?
10     A  Maybe. It recycled?
11     Q  Yeah, that. So while you see if — let
12 me just read the body of the email while you do
13 that, let me just read through the body of the
14 email. As like I said before, this has been
15 marked as Exhibit Number 21. It's an email from
16 JP Maroney to yourself on the 21st of February,
17 2021.
18     And it basically says, "Dave, see
19 attached confirmation of our agreement being
20 lodged with the bank, and scheduling of the MT799
21 blocked funds SWIFT" — all caps — "which will
22 land at our account with Wells Fargo. Please
23 keep this letter for your eyes only. I wanted to
24 share since you have a lot riding on this and are
25 anticipating it as well. Keep me posted on how

Page 94

1  things progress this week with your continued
2  incoming funds. Cheers, JP." JP Maroney, Harbor
3  City founder and CEO.
4        Do you recall that?
5        A  Yeah, yeah. That is the email that I
6  sent to you.
7        Q  And attached to that, I'll show you
8  another document. So you should be now seeing
9  what appeared to be the attachment to that
10 Exhibit Number 21. Sorry. That's not it.
11       A  Yeah, that's 22.
12       Q  Yeah. This one. Is this the
13 attachment to that email I just read?
14       A  Yes.
15       Q  So this one is also Exhibit Number 21.
16 And again, I'll read it for the record.
17 Again, it appears to be letterhead of some sort
18 by an entity by the name of Dalocorp PTE Ltd.
19 That's D as in dog, A as in apple, L as in Larry,
20 O, C as in cat, O, R, P as in Paul, PTE and Ltd.,
21 L-T-D. And this appears to be a company located
22 in Singapore. And the attention is to HCCF
23 Administrators LLC, attention Mr. JP Maroney
24 regarding collateral enhancement and it's dated
25 February 21st, 2021, the same date as the email

Page 95

1  we just saw.
2        Can you see that at least?
3        A  Yeah. Yep. I can see it.
4        Q  And it's signed, "Kind regards, Mr.
5  Danial" — and I'll spell the last name,
6  S-i-d-d-i-q-u-i. And Danial is actually spelled
7  D-a-n-i-a-l. So Danial, director, CEO and it's
8  signed with a signature.
9        The actual body of the letter, and I'll
10 just read it for the record. It says, "Dear JP,
11 we filed agreement" — and I'm going to read the
12 following numbers — "DAL-HCCF/0001 DB-MT799
13 BFL/2021 with our bank and received the green
14 light from compliance to proceed. Our bank
15 officer is scheduled to block the assets in favor
16 of your company for the agreed period of time
17 outlined in our agreement. The SWIFT will follow
18 and is scheduled to go out on Friday, the 26th of
19 February. There is a high possibility of Wells
20 Fargo receiving the SWIFT the same day as Eastern
21 Standard Time is 6 hours behind."
22       Can you see that as I read it or —
23       A  Yeah. Yep.
24       Q  Perfect, perfect. And just the second
25 paragraph quickly, "We will provide you with a

Page 96

1  copy of the SWIFT as well as the answerback
2  confirmation/delivery report provided by the
3  SWIFT headquarters showing Wells Fargo's
4  acknowledgment of the incoming SWIFT."
5        And it says, "A bank-to-bank email with
6  a copy of the SWIFT will follow from our bank
7  officer to yours. I will ask our banker to
8  provide a copy of the server certificate of the
9  799 blocked funds message which will serve as an
10 enhanced method of verification for Wells Fargo.
11 Thank you and have a blessed day."
12       So you received this attachment to that
13 email, correct?
14       A  Yes.
15       Q  And I'm assuming you read both of these
16 paragraphs?
17       A  Yeah.
18       Q  Two questions. What did you understand
19 this to be and, two, what, if anything, did you
20 do in response?
21       A  Well, this was in conjunction with the
22 second thing that I sent you as well with the DTC
23 screen. But this was proof that they then had
24 the line of credit in place, the standby line of
25 credit, for the Fund 5. And it was my

Page 97

1  understanding that it was replacing the line of
2  credit for the Fund 4 as well and this was what
3  they had been promising all along.
4        Q  So your answering came from JP Maroney?
5        A  Yeah. He called me on the phone to
6  make sure that I got it. We had a verbal
7  conversation as well.
8        Q  So specifically what — as far as JP
9  Maroney is concerned, this is evidence of the
10 standby line of credit for Harbor City's bond
11 offering number 5?
12       A  Yeah. And as I understood it, as it
13 was issued, he said that this new larger line of
14 credit was going to cover all of Harbor City. So
15 it was going to cover not only our Fund 5, but
16 also future funds up to a certain capacity and
17 other things they had done before. So that's why
18 the language said it wasn't Harbor City Capital
19 Fund 5, that it was Harbor City — you know, the
20 Harbor City entities. It was all encompassing.
21       Q  Okay. Perfect. So that explains why
22 it's directed to HCCF Administrators LLC?
23       A  Yeah. Yep. Yep. Again, we had had
24 multiple conversations on where is the line of
25 credit, where is the line of credit, where is the

Page 98

1    line of credit?  You know, when are you going to
2    get it?  You said you were going to get it.
3    Where is it at?  And he said we're working on it.
4    I promise, we're working on it, you know.  Almost
5    every -- you know, every week I was conversing to
6    say we've raised X amount of monies and if this
7    thing isn't going to happen, you know, you need
8    to let us know so we can pull funds out and go a
9    different direction.
10        He said, no, it's coming.  We've got it
11   and here it is.
12       Q   Perfect.  So let me now show you a
13   second document.  So you sent me a second email
14   as well shortly after the one we just discussed
15   and that one I'll pull up shortly, but that
16   contained an attachment which we've marked as
17   Exhibit Number 22.
18       Do you see that?  It's the DTC server
19   screen/proof of funds?
20       A   Yeah.
21          (SEC Exhibit No. 22 was
22           marked for identification.)
23       BY MR. JAMES:
24       Q   Do you recall receiving this attachment
25   to the email?

Page 99

1        A   Yep.
2        Q   And again, those same two questions.
3    What is this and what, if anything, did you do in
4    response?
5        A   Well, I'm not sure what it is.  But my
6    understanding was this was proof that $10 billion
7    was then allocated in this proof of fund screen
8    with -- and this was this -- whatever these
9    account numbers were, I could take it to my bank
10   at US Bank or wherever.  US Bank is what I said.
11   And they could type this in the system to
12   validate that there is an account with $10
13   billion in it at Deutsche Bank for these
14   purposes.
15       Q   And you are reading from the exhibit
16   DTC server screen/proof of funds, correct?
17       A   Correct.
18       Q   And just to clarify, and this is mostly
19   for the court reporter, is that a dollar sign or
20   is that Euros where it says 10 billion, can you
21   tell?
22       A   Oh, it looks like it might be Euros.
23       Q   Okay.  So even more than 10 billion?
24       A   Yeah.
25       Q   And so your understanding is that this

Page 100

1    was proof that Harbor City and JP Maroney had
2    secured a $10 billion Euro conversion standby
3    line of credit in support of the Fund 5 and
4    possibly Fund 6 or Fund 7 or Fund 8?
5        A   Yeah, as it was communicated to me that
6    they -- you know, they weren't -- they didn't
7    have access to the whole 10 billion, but they had
8    enough that was there to do what they needed to
9    do.  Because they were very specific every time I
10   would send in monthly payments, monthly
11   investment payments, they wanted to match that up
12   with how much money I was sending in to the draw
13   that they had on their line of credit account.
14       So if I'm sending in, you know,
15   $800,000 in one month, they wanted to know what
16   that was so they could then say we're then being
17   charged as we draw down on this line of credit
18   amount.  This was the other verification piece
19   that we could use to say that what they've been
20   saying is true all along.
21       Q   And just a quick question.  When you
22   say draw down, this wasn't an active line of
23   credit.  I thought how you explained it or at
24   least how JP explained it to you, this was a
25   stopgap --

Page 101

1        A   Oh, yeah, like a stopgap, meaning if
2    they've got --
3        Q   Insurance?
4        A   Yeah, whatever.  If they've got --
5    because collectively, we've put in almost $4
6    million at this point into the fund offering and
7    they were then drawing down or using or setting
8    aside $4 million worth of whatever the standby
9    line of credit amount was to match up with their
10   exposure on what they had on the bond offering.
11   And they were then being charged fees on that
12   amount similar to the fees that they were charged
13   with the American bank before.
14       Q   And I'm happy you referenced that.  Do
15   you recall seeing any other exhibits,
16   attachments -- obviously we looked at two now --
17   that speaks to the standby line of credit for
18   Fund 5?  For example, we saw in Fund 4 an actual
19   service agreement between the two parties.
20       A   Yeah.
21       Q   We saw letters confirming the
22   intermediary.  We saw --
23       A   Yeah.
24       Q   So we haven't seen any of that.
25       Do you recall being given anything

Page 102

1  along those lines?
2      A   No. It was my understanding that those
3  were still forthcoming and this was still a work
4  in progress, but this was the first step to say
5  we got it, you know, we're good to go, we've
6  delivered on everything that we said we would do.
7      Q   Okay.
8      A   So that obviously made me more
9  comfortable to say, great, you know, we're okay
10  on the line of credit side.
11      And to restate something from our last
12  session when we talked about, you know, had I
13  known that they would have canceled -- that they
14  canceled their line of credit offering before
15  with the current firm, you know, would that have
16  changed our investment decision? Well, in my
17  mind, whatever coverage was in Fund 4 didn't
18  impact Fund 5. You know, it was outside of
19  things that we were doing on determining if we
20  would do an investment or not. As mentioned, my
21  first focus was on the business model itself, are
22  they -- you know, how are they making monies,
23  what's the revenues and the profits like there,
24  and then we're using the line of credit to
25  backstop that.

Page 103

1      So whether they did or didn't have a
2  line 4 in place, you know, it wasn't going to
3  impact my investors on Fund 4. But it added to
4  the story to say if they've already done this in
5  Fund 4 and it's already been completed and they
6  say they're going to do it for Fund 5, we're
7  going to go ahead and move forward and start with
8  investments until you can get us the proven
9  documents that show that you've also got it for
10  Fund 5, and that's what we have with these
11  pieces.
12      Q   Because, again, I think your testimony
13  was something along the lines that the success of
14  doing that in Fund 4 gave you the comfort that
15  they can do it in Fund 5.
16      A   Yeah.
17      Q   You're saying that wasn't the case?
18      A   No. Well, I'm saying it wasn't -- the
19  fact that they did or didn't have the stuff in
20  Fund 4 wasn't as much of a moving motivation as
21  to why we were investing in Fund 5 because I was
22  looking at the business model first to say, you
23  know, is he really a digital media marketing
24  company, where is the revenue coming from on the
25  front line, because Fund 4 didn't cover my

Page 104

1  investors, is what I'm saying.
2      Q   Okay. Let me ask you, then, so what --
3  we talked a lot about the conversations you've
4  had with JP Maroney about the standby line of
5  credit, not just in Fund 5 but actually more is
6  in Fund 4. We talked about all the document. We
7  talked about the multiple conversations. So --
8  and I think you even said that obviously that was
9  a big part of you moving forward to invest.
10      A   Yeah. But --
11      Q   So -- let me finish. So put that
12  aside. So the other piece you're saying is that
13  you were comfortable with the business model and
14  the whole digital leads system, tell me what due
15  diligence you did as to that aspect that led you
16  to be comfortable. Did he represent to you what
17  that whole model was? Did he show you clients
18  who were purchasing these leads? Did he show you
19  documentation to support these campaigns that he
20  previously was funding with -- show me -- tell me
21  what he showed you that led you to be comfortable
22  since that was the driving force as to why you
23  invested.
24      A   Yeah. Yeah. We've gone through Harbor
25  City 1, 2 and 3 and 4 and those presentation

Page 105

1  documents and then, again, the track record on
2  the phone he had mentioned. This is what we've
3  already done without the line of credit with
4  these first three offerings. Here's the monies
5  that we've made. Here's the campaigns that we've
6  done. We're adding this on Fund 4.
7      Q   Tell me, what are some of the campaigns
8  he mentioned?
9      A   Just his digital marketing media
10  campaigns, like he had slide graphs and
11  presentations along with these explanatory videos
12  that would explain the Harbor City business model
13  of how they would go out and, you know, if we
14  sent in, you know, $100,000, how they would use
15  that money to start doing a lead campaign, how
16  they would figure out what their cost per the
17  lead was and get signed contracts from whatever
18  entity wanted to purchase the leads. And so we
19  knew we had a profit margin there, and then they
20  were using our money as a stopgap to kind of fill
21  in the difference between the two.
22      Q   Okay. And that's how he explained it
23  to you, whether personally or through these
24  videos or --
25      A   Yeah, yeah. Videos, personally. His

Page 106

1   assistant kind of had the same dialogue and was
2   explaining. They had references to companies
3   that they had done that with and campaigns that
4   they had done previously in their slide decks.
5       Q   And I understand. But essentially
6   there's two sides to the model. There is the
7   campaign that generates the leads, so it's
8   essentially monies going into these campaigns and
9   identify the leads and then now it's going to be
10  resold to these different vertical industries
11  who, once they pivot, now you have money coming
12  back from the payment for the lead.
13      So you have two contracts that are on
14  either side ultimately, in the middle you have
15  investors funding the bridge.
16      So my question is, did he ever show you
17  any contracts associated with any lead campaigns,
18  use of the funds, purchasing, Facebook, YouTube,
19  anything along those lines beyond just what's
20  available to the general public?
21      A   No, no, we didn't -- no, I never saw
22  any of that.
23      Q   Okay. And then on the sale of the
24  leads side, did he ever show you any independent
25  documentation of any clients and any contracts

Page 107

1   with people agreeing to purchase these leads, any
2   information about, you know, value of each lead,
3   timing, invoices, POs, anything to document that
4   this actually exists?
5       A   Yeah. No, we had -- he referenced some
6   other interviews that he had given from
7   TheStreet.com. There was a Street.com article
8   that was written back in April of 2015 that he
9   was interviewed in, and so he talked about
10  getting a 60 percent return for investors in that
11  year or for that tranche, so I used that as
12  reference. We talked about that.
13      And then there was a big Chinese firm,
14  I think right around 2015, that was going to
15  invest as well, you know, several, you know, tens
16  of millions of dollars, and that was cited as an
17  investment in their firm. And so, hey, he has
18  his radio interviews, he has these media
19  appointments, you know, it matches up with the
20  years that he's standing on these campaigns go.
21  He has these sources that he's citing in his
22  materials, that this is what we're doing now, and
23  we took that as evidence that, you know, it's
24  valid and we're moving forward.
25      Q   And just to clarify, so the -- again,

Page 108

1   we're not talking about anything beyond what JP
2   Maroney said to you or said in advertisements or
3   videos?
4       A   Yeah. Yeah. This is just stuff that I
5   had either sourced on Google, you know, about
6   researching Harbor City Capital and I found these
7   different interviews and things like that and
8   then just personal conversations that he had
9   given to me; and then when I interviewed, you
10  know, how did you start in the business? Where
11  did this come from? How did Harbor City start?
12  How did Harbor -- how did Bond Fund 1 start? How
13  did Bond Fund 2 start? Give me the back record
14  there so that was always the story that he used
15  to describe how he got started.
16      Q   And when you said interview, I think
17  you mentioned that you have a show or a podcast
18  where he was a guest?
19      A   Yeah, he was a guest -- I was a guest
20  on his television show, and then I interviewed
21  him on my radio show and, you know, went into
22  detail about how we started and kind of how the
23  process works.
24      Q   Okay. And do you recall when that was,
25  give or take?

Page 109

1       A   I think he was on my radio show in
2   September. Yeah. It would have been in
3   September.
4       Q   And on there, did he basically attempt
5   to solicit any investors or --
6       A   No.
7       Q   -- audience while --
8       A   No.
9       Q   -- he was on the show?
10      A   No, no, no. He was just kind of
11  explaining, you know, here's Harbor City, here's
12  how we work, and by that time, I already had
13  investors in the fund and so, you know, we were
14  talking about, hey, here's one of the ideas on
15  how you can get, you know, a 10 percent rate of
16  return or a 12 percent rate of return or a 14
17  percent rate of return. It was more explanatory,
18  in other words.
19      But I also went into detail on the
20  standby line of credit and kind of how that came
21  about, so he kind of explained how he got that
22  for the fourth fund and so on and so forth.
23      Q   And that was on your radio show in
24  September 2020-ish?
25      A   Yeah.

28  (Pages 106 to 109)

Page 110

1    Q   What's the name of your radio show?
2    A   It's The Retirement Income Show.
3    Q   I guess we could just Google that and
4  we would be able to locate that episode, I guess?
5    A   No, I don't have them posted online
6  because they just run once when they go through,
7  you know.
8    Q   Do you have it archived anywhere you
9  could send to us?
10   A   Yeah, yeah, I could probably get it
11 from my producer who did it.
12   Q   Okay.  And then you said you went on
13 his television show?
14   A   Yeah, I went on his television show.
15 He sent me a copy of that as well.  But the
16 television was very -- it was very convincing to
17 me because, you know, I wasn't the first person
18 on the show.  There had been dozens and dozens of
19 people, high-profile folks who he was
20 interviewing and doing stuff with.  So this was
21 kind of at the same time when he talked about how
22 he was doing a fund raiser for President Trump
23 down in Florida, and so I'm like, wow, this guy,
24 you know, he's well-connected, he's got
25 high-caliber, high-profile business permits on

Page 111

1  his show.  I felt honored to be a part of that.  I
2  think he was intrigued by the fact that I had a
3  radio show and that I could -- you know, that I
4  could get the message out.  And he mentioned he
5  was working with other broker -- he was working
6  with other financial advisors kind of creating a
7  sales force to really ramp up the Fund 5, and
8  that's why he had the need of getting the larger
9  standby letter of credit and the larger guarantee
10 because he was growing what he was doing from
11 previous offerings.
12       So that all kind of came together to
13 say, okay, this is great but we still need the
14 line of credit, like we still need the guarantee
15 letter, and that's where these emails come into
16 play.
17   Q   So a couple of quick questions.  So
18 what's the name of his show?
19   A   I can't remember.
20   Q   But you say you have a copy of the
21 episode?
22   A   Yeah.  Yeah, he sent me a link to what
23 it was.
24   Q   Okay.  So we'll request that.
25       And was it in person or remote?

Page 112

1    A   It was like video, video Zoom.
2    Q   And you spoke about being impressed.
3  Since it was remote via Zoom, what exactly
4  impressed you about?
5    A   His producer called me.  They were in a
6  real television set.  You know, they had
7  expensive equipment that they were doing it.
8  It's not like they hadn't done it before.  His
9  marketing person called me to say here's how you
10 can use this to get leads and to, you know,
11 impress your clients, you know, let them know
12 that you're on the show.
13       He really wanted to highlight the fact
14 that this was a big deal.  They were sending it
15 out to their audience as well as far as a PR
16 release.  And I could see what they had done with
17 other folks who had been on the show.  So I was
18 like, great, not only do we have a guy who's got
19 a unique investment option, but also he's
20 connected with all these other high, you know,
21 high-profile personalities and their friends and,
22 you know, so I'm thinking there's possible, you
23 know, affiliate -- I mean, it's great to get my
24 name out as a money manager, you know.  I might
25 be able to get leads and contacts from some of

Page 113

1  these people as well.
2    Q   Do you recall any of the names of some
3  of the folks you just alluded to?
4    A   Yeah, yeah.  He had them -- he had them
5  all on his list of previous attendees that were
6  there.
7    Q   So is this something on the public
8  forum or is this something he sent to you in
9  house?
10   A   It should have been on the public
11 forum.  So like, here's -- like, here's a list
12 of -- I think I was like the third season maybe,
13 you know, the tenth episode, so there had been
14 dozens of people who had been on there before
15 myself.  And I -- you know, I didn't really know
16 why he was interviewing me because I didn't think
17 I was anything too special compared to the people
18 that he had on there before.
19   Q   But any names jump out at you from --
20   A   Yeah, I can't recall offhand.
21   Q   And then you also talked about he was
22 building a sales force to really ramp up the
23 pushing out of the --
24   A   Yeah.
25   Q   Tell me about that.  Any names or who

29 (Pages 110 to 113)

Page 114

1  exactly was he working with?
2    A  Yeah.  He did mention who the
3  broker-dealer was, but he mentioned that whomever
4  he was working with the broker-dealer had
5  recommended to him that he lower his prices that
6  he was paying because it was unrealistic with the
7  clients.
8    So instead of offering a 10 percent or
9  a 12 percent or a 14 percent rate of return, they
10  should lower those for future bond offerings.
11  And so that's -- you know, he mentioned that he
12  would be doing that at some point in the future.
13    Q  But how was he unrealistic when, like
14  you said, he explained to you that for the last
15  four offerings were completely successful?
16    A  Unrealistic from a stockbroker, for
17  example, sitting down with their client and say,
18  I have a deal for you, you can get a 14 percent
19  rate of return, they're just going to say that
20  just sounds too good to be true, I'm not going to
21  do that versus I've got a deal for you, it's an 8
22  percent rate of return and it's backstopped by
23  this line of credit.  Oh, okay.  I -- 8 percent
24  was a little bit more believable than 14 percent,
25  was the feedback that he was getting from his

Page 115

1  clients, you know, on the broker-dealer side.  So
2  they're saying, look, if you can raise the same
3  amount of money, then do it at 8 percent, not 14
4  percent, and you get to keep the difference.
5    Q  And he never said who these
6  broker-dealers were?
7    A  No.
8    Q  Let me ask you, did you encounter that
9  type of push back on your offering?  Because you
10  were able to raise almost 4 million.
11    A  Yeah, not really.  I did a little bit,
12  but these were my clients.  I mean, these were my
13  Anthony Capital money management clients that I
14  already had a relationship with.  So if I'm
15  saying, hey, we checked this out, we think it's
16  good to go and here's why, then these folks
17  believe me.
18    And I've been on the radio for the
19  past, you know, four or five years in Denver, you
20  know.  So they're saying, great, this is why we're
21  going with Dave and his firm because he's a
22  fiduciary.  So, you know, we talked about the
23  difference between stockbrokers that are just
24  trying to sell something versus a truly, you
25  know, comprehensive advisor who's looking at

Page 116

1  everything, taxes and interest and healthcare.
2  So my conversation was a little bit different.
3    If I had people that would come in off
4  the street, you know, we always bring that up and
5  say here's why, you know, this rate.  If it
6  sounds too good to be true, it, you know,
7  probably is and in this case, this rate won't
8  last.
9    We know that he's going to -- that Fund
10  5 is going to close and the new rates won't be at
11  what these rates are now, so there is kind of a,
12  you know, limited capacity on what they could do.
13  And I would talk about the performance of Fund 1,
14  you know, Fund 2 and Fund 3 being at 18 percent
15  and then they were lowered to 14 percent and then
16  the next offering was going to lower -- be the
17  lower.
18    So as we walked through that, it was
19  fine.  But all my clients that I had in there were
20  heavily, heavily influenced by we believe you,
21  Dave, on what you're telling us.  They haven't
22  met JP Maroney, you know, but they're saying,
23  yeah, we know you and trust you and have millions
24  of dollars with your firm anyways.  So if you say
25  this is good to go, then we're going to take your

Page 117

1  lead on it.
2    Q  All right.  Let me just for
3  completeness, so on the screen is the exhibit
4  that we've talked about, before we move on,
5  Number 22, which is the email that attached the
6  DTC record we talked about. So confirm that this
7  is that email that you forwarded to me this
8  morning?
9    A  Yeah.
10    Q  And as I go on to page 2, you'll see --
11  well, I thought it was at page 2.  Yeah.  Well,
12  you know, there should be a page 2 where it shows
13  it's coming from Maroney to yourself.  And I'll
14  try to pull that up separately.  But essentially
15  I just want to confirm that this is that email?
16    A  Yep.
17    Q  And let's wrap this section up by going
18  kind of quickly, just seeing if I have anything
19  else on the Deutsche Bank.  All right.  Actually,
20  I do.
21    So you had mentioned that once you
22  receive those two exhibits we just talked about,
23  21 and 22, that you discussed the DTC issue with
24  Matt in Texas. Do you recall Matt who and
25  associated with what entity?

Page 118

1    A    Well, yeah.  Matt is an investment
2  advisor representative with Anthony Capital.  And
3  so some of the folks that invested into this in
4  Texas were his clients.
5    Q    Okay.  So he's on your side of the
6  investment?
7    A    Yeah.
8    Q    This is not someone associated with
9  Harbor City or Deutsche Bank?
10   A    No, nope.  He's under Anthony Capital.
11 So in our conversations between Matt and I, we're
12 saying, you know, when are we going to get these
13 guarantee documents because we've made
14 commitments to clients, as I mentioned before,
15 that this offering was going to have the bank
16 credit guarantee on it.
17       And so, you know, we're saying, hey,
18 you know, he's calling me and saying do you have
19 it yet?  I'm telling my clients, yeah, I'm saying
20 the same thing.  I'm telling my clients that we
21 have it, we have this clause that we can get out
22 if it's not there.  So once it came in, he was
23 one of the first persons I called and said, yeah,
24 we got it, here it is.  He said, great, you're
25 good to go.

Page 119

1    Q    And did you ever send it to him so he
2  could take an actual look at it?
3    A    Yeah.
4    Q    What was his reaction?
5    A    Well, he didn't know what it was any
6  more than I did.  But we were comforted by the
7  fact that the language was there that seemed
8  similar to what we had in the fourth fund and we
9  felt comforted that what he said was true.
10   Q    And just quickly, any sense – for
11 example, I'm looking at it myself and – where is
12 it?  I'm not sure if you guys can see my screen.
13       But I'm looking to see if there is any
14 reference to Harbor City or JP Maroney or
15 anything along those lines.  Do you see that?
16   A    On the DTC portion of it?
17   Q    Yes.
18   A    Yeah.  Like I said, that was something
19 I didn't know, you know, exactly what it was.
20 But it's stuff that they had sent us and that's
21 what we could then take to our bank to get them
22 verified that there is, you know, an account
23 there with X amount of monies there.
24       I keyed in on the Deutsche Bank and I
25 think it was reference to this Dalbar, you know,

Page 120

1  Dalbar account that they had showed previously on
2  the other one.  Yeah, the client name, D-a-l-o
3  Corp. PTE that was on the letterhead of the first
4  one, that was on this DTC component to show that
5  the funds were there.  So it was kind of like a
6  level 2 verification, I guess.
7    Q    Well, except nothing was verified.  It
8  was presented as some type of verification?
9    A    Yeah, yeah, presented to us –
10   Q    You weren't able to verify it.
11   A    Yeah, they're saying this is us.  Here
12 it is.  We're good to go.  We said, great.  Game
13 on, yeah.
14   Q    And then just to confirm.  So I know
15 we've talked about Harbor City 4 and potentially
16 Harbor City 6, but all of the funds that Anthony
17 Capital Fund 1 invested was in Harbor City
18 Capital Fund 5, correct?
19   A    Yeah.
20   Q    Not in 4, not in 6, correct?  Not in
21 Fund 4 and not in Fund 6?
22   A    Correct, yeah.  Just 5.
23   Q    Let me ask you, I had mentioned earlier
24 if you recall an attorney.  Do you remember
25 speaking to anyone by the name of Paul Donion,

Page 121

1  D-o-n-i-o-n, whether in the form of an attorney,
2  general counsel, an affiliate of Harbor City?
3    A    Yeah, that may have been the attorney
4  that he wanted me to wire the funds to.
5    Q    Okay.
6    A    And that could have been the attorney
7  that he mentioned when you and I first spoke two
8  weeks ago.
9    Q    Okay.
10   A    I said, yeah, let me talk to my
11 counsel, this Paul person.  I've never spoken
12 with them on the phone.
13   Q    So you haven't received any letters,
14 nothing from Paul Donion, as far as you can
15 recall?
16   A    Yeah – no, I know I haven't.  I've not
17 gotten any communication from him.
18   Q    So let's – I want to go back to the
19 beginning a little bit and then kind of come
20 forward just so we don't miss anything in the
21 relationship.  So back when, you know, we first
22 started, you talked about, you know, in August of
23 2020, you reached out to Harbor City.
24       Just take us back.  How did you even
25 come to know Harbor City existed?

Page 122

1      A   I saw his ad on Facebook.
2      Q   And when you say his ad, JP Maroney's
3   ad?
4      A   Yeah, his ad about digital media bonds
5   paying 14 percent. I saw that on Facebook and I
6   clicked on it.
7      Q   Okay. So you were on Facebook for
8   purposes unrelated to JP —
9      A   Yes.
10     Q   — and you would get like these ads
11  that all of us get because they basically figured
12  you could be someone that would click this?
13     A   Yeah.
14     Q   So you click on it and where does that
15  take you?
16     A   Then it takes me to his landing page,
17  and that's where they then go through these
18  series of four videos that I mentioned that it
19  explains everything, and I watched them all. I
20  took notes on them all, I watched them all. I
21  called the next day and I spoke with Betsy, and I
22  said, Betsy, I'm a financial advisor in Denver,
23  Colorado, I own my own firm, you know, I'm
24  interested, do you all work with outside
25  advisors? And she said, you need to speak to JP

Page 123

1   Maroney. I'll have him call you. And then we
2   set up a call.
3          He called me the next day and then I
4   explained that I, you know, have him tell me more
5   about the business, what is out there, does he
6   work with outside advisors. He said he hadn't
7   yet but he would be interested in looking at a
8   relationship, and that's when I told him about my
9   firm and what we do, and we'd be interested in
10  raising monies for Harbor City Capital 5.
11     Q   And just to clarify, so the initial
12  videos that you watched before speaking to JP
13  Morgan, did that include the one that showed the
14  standby line of credit from Offering 4?
15     A   No, I don't think the 1 and 5 did. I
16  can't remember. But I know as I got more serious
17  about it, you know, I wanted to get — I wanted
18  to find out what had happened to 4, 3, 2 and 1.
19  So that's what I did. I did more research and
20  got everything because — because he was in Fund
21  5. Fund 4 was already closed. But I was able to
22  find that information about Fund 4 and how it
23  worked and then, you know, we referenced that as
24  going through our conversations.
25     Q   So the pop-up ad was specifically for

Page 124

1   Fund 5?
2      A   Yeah. Yeah, I believe so. It was for
3   Fund 5.
4      Q   Okay. Perfect.
5          All right. So you speak with Betsy.
6   She says you should talk with JP Maroney. You
7   speak with him and you guys initially have that
8   discussion. Like what are some of the highlights
9   you recall from those earlier conversations?
10     A   Well, just explaining, A, it's valid,
11  that it works; B, here's how we make money,
12  here's our business model, the digital media
13  bonds.
14         I was more intrigued on the digital
15  media Facebook space because we were spending a
16  lot of money in advertising as a firm. So I know
17  that, you know, all businesses, with COVID, were
18  now moving online to get clients, and so it was
19  just, you know, there was — digital media
20  advertising was just something I understood. We
21  had spent a lot of money on those campaigns.
22         So when I asked him, you know, how do
23  you do it, you know, how is this like, he's like,
24  we do it just how you went through. You saw the
25  ad, you clicked on it, you watched the videos.

Page 125

1   This is what we do for the orthodontist and the
2   mortgage brokers and the chiropractors and all
3   these different folks that we do these campaigns
4   for. And then in those — you know, in those
5   presentations, they have slide decks about real
6   life, you know, cases that they've worked on and
7   the revenues they're able to generate, so on and
8   so forth.
9          So yeah, this looks like a good — this
10  looks like it's worthwhile to at least spend some
11  more time on getting more comfortable with the
12  idea.
13     Q   And then if you had to reduce it down
14  to its simplest form of how he explained it to
15  you, what would your investment be used for and
16  then where would your returns come from?
17     A   Yeah, so we had a couple of different
18  companies that were under the Harbor City
19  umbrella, but JP was the digital marketing
20  genius. I mean, JP was — you know, he got
21  marketing. So he said, okay, so the funds are
22  going into the Harbor City Capital 5, and then
23  from Harbor City Capital 5, they're going to
24  another digital media group that Harbor City
25  owns, and these are the ones that are generating

Page 126

1    the leads.  And then he has clients that are
2    paying for the leads and we're using our money to
3    bridge the gap.
4        Our money is being -- is safe, if you
5    will, because before he spends our money on these
6    digital campaigns, they already have signed
7    contracts from the orthodontist or the dentist or
8    the chiropractor that's already engaged to
9    purchasing the leads, so he's not spending money
10   on just an idea.  He's spending money on
11   contracts that are already in place.
12       Q    Okay.  So your money basically goes as
13   a bridge but it's funding I guess these
14   lead-generating campaigns until I guess there's
15   returns on the actual leads that are generated,
16   correct?
17       A    Yeah, yeah, because we would -- you
18   know, we would do a Facebook campaign and spend,
19   you know, thousands of dollars in a day depending
20   on how many clicks we got.  So I'm like, yeah, I
21   could see how that could come into play.
22       Q    And then you mentioned the signed
23   contracts with these different, you know,
24   professionals/entities in these different
25   industries.

Page 127

1        Did he ever share any of those signed
2    contracts with you?
3        A    Nope, nope.
4        Q    What about a template, a sample of one
5    unsigned.  Did you ever see what that contract
6    entails?
7        A    Huh-uh.  Huh-uh.
8        Q    Did you ask and he declined or it just
9    never came up?
10       A    No, I didn't because I saw the examples
11   of the videos and I saw the examples on the slide
12   deck so I -- you know, I kind of understood how
13   that worked.
14       Q    And so let's talk about -- so you
15   basically -- your investment, as you understood
16   it from what JP told you, you go into Harbor
17   City.  Harbor City, it goes to Fund 5.  Fund 5
18   then transfers it into this digital media Harbor
19   City company who uses funds to generate the lead
20   campaigns, and then they use that because they
21   already have signed contracts to purchase these
22   leads.  Once they generate these leads, sell it
23   to these signed contracts.
24       They then get their payments back and
25   is that money that was used to pay you your

Page 128

1    monthly interest and your return of principal
2    after the 12-year term -- the 12-month term?
3        A    Yeah.  They had a slide deck that I
4    sent out to you.  It was called the Business Plan
5    Deck.  But there was kind of a flowchart where the
6    entities were -- the money goes from the
7    bondholders to Harbor City Fund 5, and then it
8    has the line of credit there that kind of backs
9    it up.
10       It then goes to Harbor City Digital
11   Ventures.  Harbor City Digital Ventures
12   Incorporated is the ones that generate these lead
13   campaigns.  So from there, the funds are used to
14   purchase Internet advertising for lead generation
15   campaigns.  And I'm reading this verbatim from
16   the slide deck.
17       From there, the leads are delivered to
18   clients, invoices are generated, client companies
19   pay for leads within 30 to 90 days, the money
20   goes back to Harbor City Digital Ventures, and
21   then it goes back to Harbor City Capital Fund 5
22   and then the monies flow back to us as the
23   bondholders.
24       Q    So the money, as the bondholder, you
25   get back is from the sale of the leads?

Page 129

1        A    Correct.  Correct.  Yeah, it is not
2    from, you know, layering or stacking, you know,
3    other investor monies coming in.  It's from the
4    revenues generated by Harbor City Digital
5    Ventures which is doing the leads campaign.  It's
6    the monies generated from those clients that are
7    paying for those.  That's where it's coming from.
8            (SEC Exhibit No. 3 was marked
9            for identification.)
10   BY MR. JAMES:
11       Q    Okay.  I want to now show you what has
12   been marked as Exhibit Number 3, and this is a
13   document produced by you so let me know if it
14   looks familiar.  It appears to be and is titled
15   Confidential Private Placement Memorandum of
16   HCCF-5, LLC, a Wyoming limited liability company,
17   same address as Harbor City, dated July 24th,
18   2020, and then it lists series A, B and C bonds
19   at 10 percent, 12 percent, 14 percent
20   respectively, one year, three year, five year
21   respectively.  Do you see that?
22       A    Yeah.  This was -- yeah.
23       Q    And did you produce this document to
24   us?
25       A    Yeah.  I uploaded that.  That was

Page 130

1   Harbor City's private placement document that we
2   invested in the Anthony Capital Bond Fund, and my
3   understanding is what the other investors would
4   invest in if they went directly to Harbor City,
5   that's what they were signing to invest in.
6       Q   Okay. So just to clarify, so your
7   money management clients could either invest
8   through you, through the Harbor City -- sorry,
9   the Anti-Capital Bond Fund 1, which you had
10  testified essentially is the same offering as the
11  Harbor City 5 --
12      A   Yeah.
13      Q   -- or they could go directly to JP and
14  Harbor City 5 and invest directly. Is that what
15  you're saying?
16      A   Yeah. Yeah. Like if someone talked to
17  me and we told them about the idea, they could
18  call Harbor City directly and invest directly
19  with Harbor City. They had no need to go with
20  us. They could sign this document and do the
21  same thing we're doing.
22      Q   And let me ask, is there a fee
23  associated with going with you versus JP?
24      A   No, no. It's the same -- it was the
25  same price for the investor.

Page 131

1       Q   And do you know if any of your clients
2   went directly or they all went through you?
3       A   I doubt it. I would have gotten
4   feedback from folks who did but I doubt it, but,
5   I mean, I doubt it.
6       Q   Okay.
7       A   They could have. Maybe they just
8   didn't tell me because they thought -- that's why
9   I set up my private placement memorandum the
10  same, to say if Dave is saying a 10 percent rate
11  of return with his fund and they're buying the
12  Harbor City Capital Fund 5 bonds, then why don't
13  I just buy the Harbor City Capital 5 fund bonds?
14  You know, if they're paying 12 percent, then
15  I'm -- you know, I'm not going to do that. So it
16  was the same -- it was the same match-up.
17      Q   So let me take you down. So I want to
18  show you what I have actually highlighted myself
19  on Exhibit 3. On page 1, the last paragraph
20  basically said, "The bonds will be secured by the
21  herein referenced SBLC or equivalent cash or
22  escrow account held as collateral on behalf of
23  the bondholder."
24      A   Yeah.
25      Q   Is this what we're talking about, that

Page 132

1   Deutsche Bank standby line of credit?
2       A   Yeah, yeah,this was the -- this was the
3   language I had changed in mine. I changed it to
4   Barclays Bank because that's what they told me it
5   would be back in August. But, yeah, this was the
6   line that they had in theirs.
7       Q   Okay. So this is identical to theirs
8   except theirs says top tier, yours says --
9       A   Barclays.
10      Q   Referring to Barclays, okay. Perfect.
11      A   So again, with this document, this was
12  not only what was sent to us, but my
13  understanding is this was sent to all their
14  regular investors that bought in it any ways.
15      Q   So if you follow on my shared screen,
16  page 30 has a section called summary of offering.
17  Do you see that?
18      A   Yep.
19      Q   And is this essentially, again,
20  identical to what you have in your PPM?
21      A   Yeah, yeah. I just changed, you know,
22  I changed HCCF-5 to put Anthony Capital Bond Fund
23  1 and our address and, you know, the dates we
24  were formed, so on and so forth.
25      Q   Same thing. Offering period is the

Page 133

1   same, closing period is the same?
2       A   Yep, yep, 5 years, 10, 12 and 14
3   percent.
4       Q   And so now looking at this section on
5   page 31 where it talks about the manager and here
6   it talks about a company called HCC Media
7   Funding, LLC. Were you familiar with that entity?
8       A   No. I asked him about it. But it was
9   part of the Harbor City umbrella as I understood
10  it.
11      Q   And although he talks about
12  facilitating all payments, subscription
13  agreements, claims, that's not who you sent your
14  funds to, correct?
15      A   No, we sent our funds to Harbor City.
16  Yeah, we sent them to Harbor City Fund 5.
17      Q   All right. And then another paragraph
18  down, we have use of proceeds. In here it says,
19  "HCCF-5 plans to use the proceeds of this
20  offering for the specific purpose as is detailed
21  in annex A, business overview."
22          Again, this is identical to what you
23  put in yours, correct?
24      A   Yeah, pretty much. Like I'm not seeing
25  yours moving down, like it's not updating.

34  (Pages 130 to 133)

Page 134

1    Q   How about now?
2    A   No. I'm listening to what you're
3  saying.
4    Q   Okay. And then again, we have the
5  secured position. "Upon the closing of this
6  offering, HCCF-5 will secure within 30 days of
7  the closing of this offering, the contract for
8  the acquisition of and/or participation in a
9  standby letter of credit with a top tier
10 international bank."
11      Again, that's what we were talking
12 about, right, before?
13   A   Correct.
14   Q   And let me ask you, did you guys have
15 any discussion, you and JP Maroney, about
16 accredited investors as far as who this offering
17 could be marketed to?
18   A   Yeah, yeah. I mean, I was clear on
19 that, that this was a reg D 506(c) offering and
20 so was he, that it was accredited investors and
21 we had the limit of 15 nonaccredited that could
22 go in and making sure that they were suitable.
23 So he was big on that and as was I.
24   Q   And when you said he was big on that,
25 what do you mean by that?

Page 135

1    A   Just to say that, you know, you're not
2  advertising to nonaccredited investors. You
3  know, you're not -- this is for accredited
4  investors only.
5         (SEC Exhibit No. 4 was marked
6          for identification.)
7  BY MR. JAMES:
8    Q   And let me show you what has been
9  marked as Exhibit Number 4. And again, let me
10 know if you've seen this document before. It's
11 titled Confidential Business Overview, Annex A,
12 Confidential Business Overview of HCCF-5, LLC
13 dated July 24, 2020.
14      Have you seen this document before?
15   A   Yep. Yeah.
16   Q   This is a document you produced in
17 response to our subpoena?
18   A   Yeah, I sent that to you guys.
19   Q   And it also appears to be, based on the
20 title and the date, the document that's
21 referenced in the use of funds, use of proceeds
22 section in the PPM, Exhibit Number 3?
23   A   Correct.
24   Q   Let me take you down -- again, so under
25 the company overview section, it talks about,

Page 136

1  "The bridge funding to cover the 30-90 day gap
2  between when the advertising campaigns generate
3  the leads and when invoices for the leads are
4  ultimately paid."
5         Is that what you were talking about
6  earlier as far as how the model worked?
7    A   Yeah. This documentation followed what
8  he said in the videos and followed what he said
9  to me on the phone about the use of the funds.
10   Q   Okay. So in addition to the
11 conversation with Maroney and other people at
12 Harbor City and the videos and other information
13 you came across in your due diligence, you also
14 relied on the offering documents, specifically
15 Exhibit Number 3 and Exhibit Number 4?
16   A   Yep.
17   Q   And the same page, the our history
18 section, if you go down, there's a paragraph that
19 says, "Building on the successful completion of
20 four HCCF bond issues."
21      Do you recall seeing that section and
22 what is that related to?
23   A   Your screen is not updating. But I
24 have mine pulled up. Yeah. Building on the
25 successful completion of four bond issues, we are

Page 137

1  accelerating the raise of capital -- so this is
2  relating to the success of Harbor City 1, 2, 3
3  and 4.
4    Q   And based on that, he's now doing
5  number 5?
6    A   Number 5, yeah. Based on that, he's
7  doing number 5. Again, number 1, as I understood
8  it, was a $1 million bond and it raised -- it was
9  a two-year bond at 18 percent. Number 2 was a
10 two-year bond at 12 percent. Number 3 was a $2
11 million raise at 18 percent. Number 4 was a $5
12 million raise.
13      So, you know, each one of these are
14 building and getting bigger based on this
15 paragraph, based on, you know, future successes,
16 we haven't done this before. This gives us
17 this before. This isn't the first. This gives us
18 just an idea we have a proven track record of
19 success.
20   Q   And again, speaking of that proven
21 track record, the paragraph above, it basically
22 states, "To date, the organization has penetrated
23 more than 20 verticals, executed hundreds of
24 successful campaigns, and generated millions of
25 new customer leads for a wide variety of business

Page 138

1    clients."
2        A   Yeah.
3        Q   Do you recall reading that?
4        A   Yeah, yeah. No, yeah. I read
5    everything. I read everything on this.
6        Q   And do you recall any supporting
7    information or evidence for these 20-plus
8    vertical industries, hundreds of successful
9    campaigns or millions of new customer leads?
10       A   Just what I saw on the video and what
11   he had on the slide decks as examples of these
12   are the types of marketing campaigns that we do.
13   But I did not see like a detailed here's
14   whatever, here's all of our — here's our list of
15   our past 10 clients just last month.
16       Q   Exactly. Kind of like you had the list
17   of guests on your show. Kind of like that. The
18   list of one or two clients to add that additional
19   confidence in the investment. Nothing like that?
20       A   Yeah. Well, nothing outside of the
21   clients that he had mentioned in his videos and
22   on the PDFs.
23       Q   Let me ask. So —
24       A   Meaning that I didn't go through line by
25   line with JP Maroney on the PPM, but these high

Page 139

1    points as far as what's your business model,
2    where are the funds coming from, who have you
3    done this with before in the past and how has it
4    worked out, that's what it was focused on.
5            And, you know, when I saw this
6    paragraph, this further validates everything that
7    I've been seeing and viewing and hearing from JP.
8        Q   And let me ask you, as far as the
9    management team, do you recall having any
10   interaction with the chief financial officer, Dr.
11   DeVaughn Dames, or the chief technology officer,
12   Jayson Benoit?
13       A   No. No. My only contact was with Paul
14   Nicolini and with JP.
15       Q   Thank you. And then you mentioned
16   Betsy?
17       A   And Betsy, yeah. I think I can find
18   out who his chief financial officer was. I'm
19   going to have that in my notes from the Fund 2,
20   right? I saw that the chief financial officer
21   had changed. It was Michael Hadzip-somebody and
22   John McLean in Fund 2 and they weren't there
23   anymore. But no, I didn't speak with any of
24   these people.
25       Q   Did you ask him about the reasons for

Page 140

1    their departures?
2        A   No.
3        Q   Sticking with Exhibit Number 4, page 5,
4    there's a section titled Track Record. It's
5    funny because you just used that term a couple of
6    questions ago. And it basically says — and let
7    me know if you can't read it. I know you have
8    like your own copy.
9        A   Yeah.
10       Q   It says, "HCCMF," which is that entity,
11   "leadership is building on nearly two decades of
12   proven performance in the digital media sector.
13   Following four successful bond issues, HCCF-5 is
14   the fifth issue of bonds created to fund the
15   Internet advertising campaigns. All previous
16   bond issues have generated above average return
17   for the investors, and all investor payments have
18   been completed successfully and on time."
19           Did you see that paragraph?
20       A   Oh, yeah. Oh, yeah. I highlighted
21   that paragraph as well.
22       Q   Okay. There you go. Tell me why you
23   found that paragraph important.
24       A   Well, because, I mean, that's what you
25   want. What have you done in the past? You know,

Page 141

1    how successful was it? What's our position for
2    the future? And this was further validated by
3    conversations with him, but also on his interview
4    with the street.com. And he had some other
5    interviews that he had done back in 2015 and back
6    in 2016 when this was first getting started that
7    validated this line.
8            We've not only issued bonds in the
9    past, but we've paid folks off, you know, quicker
10   than what we thought, we made more money than
11   what we thought and so we are building upon our
12   success. I said, great, this is what we want.
13       Q   And these are not forward-looking
14   statements, right? This — I don't think you
15   could be any more unequivocal.
16       A   No.
17       Q   All investor payments have been
18   completed successfully and on time.
19       A   Yeah, yeah. And on time. And I asked
20   him that verbatim. I said, have there been any
21   investors that you have not paid — that have not
22   been paid back with any of the previous
23   offerings? And he said, no, everyone has been
24   paid back.
25       Q   And not to jump around, but when we

36  (Pages 138 to 141)

## Page 142

1  initially spoke, I think it was on the 7th maybe
2  of March, we had adjourned for a break in the
3  middle and I think when we came back, you had
4  told us that you had spoken with JP Maroney.
5      A   Yeah.
6      Q   Do you recall that conversation?
7      A   Yeah, yeah, yeah. I called him on the
8  phone.
9      Q   Exactly. And the reason I bring that
10  up is because I think at that time you told us
11  that he also at that point in time had said to
12  you along some of the same things, that all
13  investors had been paid back, all the offerings
14  were completely successful. Talk to us about
15  that conversation.
16      A   Yeah. I called Paul and said, hey, I
17  just got off the phone with the SEC. Is there
18  something you want to tell me? Like what's going
19  on? He said, I have no idea. I'm like, well,
20  you know, I got $800,000 of monies here that I'm
21  supposed to wire out today, but I'm not going to
22  send it out and I just sent you $150,000 last
23  week. I need that money back today until we get
24  this resolved. I mean, you know, I can't -- you
25  know, I can't tell folks to keep on moving

## Page 143

1  forward with the investment if something's going
2  on. Do you know anything?
3          He was like, no, I don't know anything.
4  I have no idea why this would come about. I have
5  no idea. I was like, where's JP? He said JP was
6  out of the country. I said have him call me.
7          Then he called me from Guatemala and
8  said he didn't know, but he wanted to have him
9  talk to his attorney. I said, is there any
10  reason why you would think that the SEC -- why
11  would the SEC want to be looking into Harbor
12  City? I mean, have there been investors that
13  you've lost money before in the past or someone
14  who is mad?
15          He said, the only person I can think of
16  is someone out of Washington, D.C. who didn't
17  even give him money, but was convinced that what
18  they were doing was not -- I don't know -- that
19  it wasn't valid. And so he said he was posting a
20  lot of negative reviews on online forums. He
21  said that's the only disgruntled person I can
22  think of. And he said, quote, it's ironic
23  because they're not even an investor.
24      Q   Did he give a name of who he thought
25  that was?

## Page 144

1      A   No.
2      Q   And you said Guatemala. Did he say
3  where or why he was in Guatemala?
4      A   No. Maybe it was Nicaragua. Maybe it
5  was Nicaragua. Yeah, because he said he was
6  getting money. He was getting money, he was
7  raising money.
8      Q   For Fund 5 or did he say? For Fund 5
9  or Fund 6?
10      A   By this time, we were like the last --
11  as I understood it, we were the last people going
12  into Fund 5 and he had already moved on to Fund
13  6.
14      Q   Okay. So you're thinking it would be
15  for Fund 6 if he's raising monies at that point
16  in time?
17      A   Yeah. Because he was in Europe like
18  the month before hashing out this standby letter
19  of credit thing. But yeah, Paul said he was down
20  there overseas and then when I called him, he
21  said he was in Nicaragua.
22      Q   And he called you from his usual number
23  or from some unknown number?
24      A   Yeah, he called me from his cell phone.
25      Q   And what else did he say in the

## Page 145

1  conversation?
2      A   Well, to me, this was going to be very
3  telling on, A, are you going to give me the
4  $150,000 back that I just wired out two days ago,
5  and what's his excuse going to be if he can't do
6  it. And he said, yeah, of course, you know, I
7  understand, no big deal. Got me the funds back.
8          I said -- all of the tranches we've
9  sent in to Harbor City, we've been paid every
10  month. He's sent everything that he said he would
11  do. We've been paid every month, monies have come
12  in, we sent the money out, he said he was going
13  to get the standby letter of credit, he got it.
14          So from a pure, you know, investment
15  standpoint, we're happy that we started the
16  relationship and our clients are happy because
17  they're making good money on these accounts.
18          But when I brought this up with the
19  SEC, I said, okay, maybe I've been fooled. Maybe
20  he's not who he says he is. And if he's not,
21  then he's going to come up with an excuse on why
22  he can't send me the $150,000 because he just
23  Bernie Madoffed this somewhere else, you know?
24  And he said, no, of course, here you go, and that
25  was sent back and we got it.

37 (Pages 142 to 145)

Page 146

1    And the fact that he's saying you need
2   to tell me who you're speaking with at the SEC if
3   you can so my attorney can reach out to them and
4   get it cleared away. You know, if they have a
5   question, I want them to talk to me directly on
6   what needs to be done. Oh, okay. Versus I'm
7   stuck in Nicaragua for another two months. I've
8   already expatriated everything. I'm not coming
9   back, you know?
10      **Q   Okay. So anything else was discussed?**
11   **I know you're obviously recounting the**
12   **conversation. But do you recall anything else he**
13   **talked about? Obviously he mentioned, you know,**
14   **success in all the prior projects, prior**
15   **offerings, you talked about — did he talk about**
16   **the line of credit at all and saying that's**
17   **legitimate? Did he make that type of reference**
18   **also in that call?**
19      A   No, no, because in — I wasn't as
20   concerned about the line of credit at that point.
21   I was concerned about, okay, why is the SEC
22   investigating Harbor City? Either, A, he got
23   overly aggressive with his advertising when, you
24   know, he's talking around 18 percent guaranteed
25   returns, and so it rubbed someone's feathers the

Page 147

1   wrong way and they said, hey, we've got to check
2   into this just to be safe, and that was what
3   triggered it. Or there are new people who had
4   lost money and he wasn't telling the truth and he
5   was hiding that.
6      And that's where they claimed to come
7   from. So I thought it was one of the two.
8      **Q   And have you spoken with him since that**
9   **call?**
10      A   Yeah, yeah, yeah, yeah.
11      **Q   Tell me about those occurrences.**
12      A   He just said, hey, I mean, what — like
13   hey, he followed up to make sure I got my
14   $150,000, but I sent it back. And he said, have
15   you heard anything back up from the SEC? I said,
16   no, they requested that I send them some
17   documents and what I think happened is they
18   pulled your bank report and they saw that Anthony
19   Capital had sent monies in to you, and so they
20   don't know who Anthony Capital is. Are we in
21   cahoots with you, you know, are we on board with
22   this or — they're — it was explained to me that
23   this was a fact-finding operation on the business
24   dealings of Harbor City, and that was the tone
25   that I got from our first phone call of that was

Page 148

1   what you were trying to do, just to find out more
2   information on the validity of Harbor City.
3      So my underlying interest was, you
4   know, is there — have I been fooled into
5   believing that there is not really a digital
6   media marketing campaign empire, you know, on
7   this paragraph here. He says, no, we got real
8   people, real campaigns. Everyone's been paid
9   back. I want my — my attorney wants to talk to
10   them. I said, great.
11      So that made me feel better on speaking
12   with him. But not to the extent that I'm going
13   to send him any more money until it gets
14   resolved.
15      **Q   When did you speak to him last? Do you**
16   **recall how recent?**
17      A   Yeah, probably just last week, you
18   know.
19      **Q   And is he still in Nicaragua or he's**
20   **somewhere else now?**
21      A   I don't know. I don't know. I think
22   he's back in the States. I don't know. I don't
23   know. Yeah, I don't know where he's at.
24      **Q   And this was all by telephone? Any**
25   **emails from him or to him?**

Page 149

1      A   Primarily just telephone.
2      **Q   Okay. And I know over the course of**
3   **your relationship but in these last few**
4   **weeks/month, any emails between you and him?**
5      A   Nothing significant. I mean, mainly it
6   was between me and Paul after they had sent out
7   the standby line of credit stuff, then it was
8   just saying, hey, we're going to close down Fund
9   5, we're going to start Fund 6, you know, how
10   much money do you have left to bring in to Fund 5
11   before we change all the rates and do everything
12   to Fund 6.
13      **Q   Okay.**
14      A   So that was mainly between me and Paul
15   saying, hey, when are they going to come in? We
16   have to match this up with the line of credit, as
17   they had done every month. And then you guys
18   called.
19      **Q   So just a couple of other things. So**
20   **I'm assuming Paul, again, you may have spoken to**
21   **him since that March 7 call but again, it was**
22   **probably just about — you know, you guys are**
23   **waiting, you're not going to —**
24      A   Yeah, Paul was apologetic. Paul was
25   apologetic. He's like, I'm sorry this is

Page 150

1  happening to you.  He's like, I have zero idea of
2  why this could be coming about.  He's like, you
3  know, I swear, it's like I promise everything
4  that we're doing is what we've said, you know,
5  we're legitimate and I don't know where this is
6  coming from.
7          And JP was more nonchalant about it
8  just on saying, yeah.  He's like, I don't know
9  why this is coming about but if you have
10  questions, I want to get them answered.  I said,
11  yeah, well, me too.  Obviously, again, I can't
12  send monies down until we get an answer
13  appropriately.
14          He said, okay.  My attorney is ready to
15  call.  Can I have Brian's number and I want to
16  call him directly.  I said, great.
17      Q   And let me ask you about any complaints
18  or gripes on some of these public message boards.
19  At any point did you, in doing your research,
20  come across anything along those lines and if so,
21  did you raise it with JP and what was his
22  response?
23      A   I didn't.  I didn't.  I saw complaints
24  on some of the boards but, you know, I didn't
25  spend a lot of time on them because they -- I

Page 151

1  don't know.  The boards were full of people
2  complaining against Merrill Lynch or they
3  complain against Vanguard fees or whatever.
4  There was all sorts that didn't really carry much
5  weight.
6          I think most of the complaints that I
7  saw were of folks who didn't really understand
8  the business model, and so their knee-jerk
9  reaction was 14 percent return, it's too good to
10  be true, it must be a scam.
11      Q   So let's talk a little bit about the
12  actual investment.  And obviously we're
13  estimating.  I think we've said 3 million, 3.4, I
14  think recently you said almost 4 million.
15          Any sense of how much Anthony Capital
16  Bond Funding invested in Harbor City Fund 5, just
17  so we have a number we could use?
18      A   Yeah.
19      Q   And it doesn't have to be exact.
20      A   Yeah, I sent out that Excel spreadsheet
21  that has everything, and I think it was right
22  over 5 million.  But of that, I've got 850,000 in
23  cash in the bank right now.
24      Q   Held back of the 5?
25      A   Yeah.

Page 152

1      Q   And we checked.  We did not receive the
2  Excel.  Do you have it handy and you could give
3  us maybe some of the top numbers?
4      A   Yeah.  Let me pull it up.
5      Q   While you do that, just because I think
6  what you testified before is I think your first
7  investment was in August/September of 2020 and I
8  think the last one was supposed to be this month,
9  the 400,000 which you held back and then you
10  requested back the 150.
11          So I guess we won't see the 450 but we
12  should see that return of the 150?
13      A   Yeah.  Yeah.
14          I don't know why it's not listing it
15  up.  It says I already have it open somewhere.  It
16  says I have two workbooks open with the same name
17  so I've got to shut down a bunch of workbooks.
18          There we go.  Yeah.  So $5,506,000.
19      Q   And is that including the 800,000
20  you're holding --
21      A   Yes.
22      Q   So minus that, what's that number, if
23  you have that broken out?
24      A   5,500,000 minus 350 -- so 4,650,000.
25      Q   Okay.  Have been invested by Anthony

Page 153

1  Bond --
2      A   Yeah, Anthony Bond Fund 1, yeah.
3          BY MS. STRANDELL:
4      Q   Sorry to jump in, Brian, but Mr.
5  Anthony, when was the last time on your
6  spreadsheet that you actually made an investment?
7      A   It was in the tranche -- I sent him
8  funds like the first part of March for $150,000,
9  and then I spoke with you guys and that's what
10  they sent back.
11      Q   Okay.  Thanks.
12      A   Yeah.
13          BY MR. JAMES:
14      Q   And is that 150 in the number, is that
15  150 in that 4 point --
16      A   Yeah, so 5.5 total.  5.5 total is
17  monies raised, like this is monies that have been
18  sent to us, and we've sent 4,650,000 down to
19  Harbor City.
20      Q   And you mentioned the word tranche.
21  Could you just give us a quick sense of how the
22  investment was structured?  Obviously you have
23  three different bond series you're offering, and
24  then it seems like it's not at one point in time,
25  they're monthly.

Page 154

1          Can you give us a sense of how that was
2   structured?
3       A   Yeah.  Did you get the thing that I
4   sent out there that says ACBF tranche
5   subscription documents?
6       Q   Yes.  And I didn't get -- I got the one
7   we started with today that was Exhibit 20, which
8   was your document, your subscription documents.
9       A   Yeah, meaning each month that I would
10  send monies in, because things were being cycled
11  on a monthly payment platform, I had to get
12  monies in by the 10th and that would complete one
13  tranche.  So our first tranche that we sent
14  monies in for was September 10th so that was
15  tranche number 1.  Our second tranche was October
16  10th.  Our third tranche was November 10th,
17  December 10th, so on and so forth.
18          So we had completed, you know, five
19  tranches, six tranches of investments.
20      Q   And the tranche is dictated by how much
21  money you raise during that time period?
22      A   Yeah.
23      Q   So it's not it has to be X amount or
24  minimum.  That's just how much you raised from
25  your clients during that time period?

Page 155

1       A   Yeah, from my clients during that -- on
2   my time period.  Because then we had to know,
3   because we're getting paid monthly on the bonds
4   so, you know, we had to know how much money we're
5   sending in each month and which investors were
6   getting paid back each month as well.
7       Q   So you have your first tranche in
8   September 10th.  When do you get your interest
9   payment on those first monies?
10      A   In October.
11      Q   Okay.  By a particular date?
12      A   Yeah.  Usually somewhere between the
13  15th and the 25th of every month.
14      Q   Okay.  And how is that amount
15  determined?
16      A   By how much money we sent in in the
17  first tranche and what level those were.  So if
18  that was a one-year bond or a three-year bond or
19  a five-year bond, they were then paying the 10
20  percent, 12 percent or 14 percent option, so
21  that's how I knew how much money we were getting
22  in, and then how much money we had to send out to
23  investors.
24      Q   So if, for example, the first month
25  tranche had 30 one-year bonds and 20 three-year

Page 156

1   bonds, who is responsible for basically handling
2   that whole administration?
3       A   Paul.  Paul Nicolini.  Like we have our
4   subscription documents that I sent you that
5   outlines the quantity of bonds that we bought and
6   where it was.  Like tranche number 1, there was
7   567 series C bonds.  So that was $567,000 of
8   monies that were sent in.  And then we knew in
9   that tranche we were going to be getting that
10  amount of monies paid to us every month.
11      Q   And then so you do your September
12  investment, you get your October interest
13  payment.  Now you do your October investment.  Is
14  the interest payment you get in November, is that
15  September plus October?
16      A   Yeah, yeah, yeah.  So the wire that we
17  get coming in includes the previous month's
18  payment plus what we just sent in.  That's why I
19  was trying to separate it into different tranches
20  so we knew, you know, it's X amount this month
21  and then the next month and the next month.
22      Q   So in theory, it just grows.  The more
23  you invest, your interest payments
24  correspondingly would grow also based on the
25  bonds involved?

Page 157

1       A   Yeah.  Because if we've got $20,000 a
2   month in interest payments in month 1 and we send
3   another 20,000, then the second month we're
4   getting the 20,000 for month number 1 and we're
5   getting 20,000 for month number 2, then the next
6   month we're getting 30,000, so on and so forth.
7       Q   And then as you explained, the interest
8   payment is coming from those contracts for these
9   leads.  And is there any -- in the administration
10  by Paul or whoever, is there any connection to
11  those actual clients.  For example, you know,
12  when you get your payments on month 1, is there
13  some tie, okay, well, this came from the lead
14  filled to Jenny Hairdresser?
15      A   No, no none of that.  It just says that
16  it's coming from Harbor City.
17      Q   So no idea where the source, who, why,
18  how?
19      A   Yeah.  I mean --
20      Q   But it was always paid on time or in
21  around the time it was supposed to be paid?
22      A   Yeah, we got it every time.
23      Q   Did you receive March already?  I'm not
24  sure if we included that in --
25      A   Yeah, we got March as well.

Page 158

```
1      Q   So on the payment side, what are your
2   numbers there? I know we talked about the 5.5
3   raise, 4.6 invested. What's your return to date
4   and time on that 4.65 million?
5      A   Well, we've been paid back everything
6   that we'd put in and then we're just paying that
7   all out to the investors on the funds that we
8   get. And then on the subscription documents,
9   again, how we get paid is we get an override on
10  those funds. So it's called the special
11  provision addendum.
12         So on the one-year series A bond, they
13  would pay out a 13 percent fixed rate of return,
14  so the investors were getting 10. We would get
15  13 gross, so there's a 3 percent differential.
16         On the three-year bond, they would pay
17  15.5 percent gross, so we'd get 12 percent for
18  the investors. So there was a 3.5 percent
19  differential. And on the five-year bond, it was
20  an 18 percent fixed return and it was 14 for the
21  investor, so there was a 4 percent difference.
22         So that's where our money was made just
23  on the fee of the override, just as we would a
24  regular asset-based money management account.
25     Q   And that's a separate agreement between
```

Page 159

```
1   Anthony Capital and Harbor City?
2      A   No, no, that's included in the private
3   placement offering.
4      Q   Okay. All right. Sorry.
5      A   So in each one of those documents at
6   the end, it's saying it's a special provision
7   addendum and this was how we -- you know, this is
8   how we were getting paid.
9      Q   Okay. And that was my question earlier
10  about what was the difference between one of your
11  clients going directly to Harbor City and going
12  through you.
13     A   None. The difference is we wouldn't
14  get paid if they went to Harbor City.
15     Q   Well, that's my point. I was saying
16  what would be the incentive for them to go to
17  Harbor City and not you --
18         THE REPORTER: I'm sorry. You're
19  talking at the same time.
20         THE WITNESS: Sorry.
21         BY MR. JAMES:
22     Q   All right. Finish your thought.
23     A   Hopefully there's zero incentive to go
24  directly to Harbor City because they're getting
25  the same amount.
```

Page 160

```
1      Q   And let me ask you, what, if anything,
2   was Harbor City getting on top of the invested
3   amount? Do you know if there were any management
4   fees or salaries or what?
5      A   No. Well, hopefully they're making a
6   lot of money in the sense of if they're making --
7   you know, if they're using the digital lead
8   campaigns and they're making, you know, 30
9   percent of their cost of capital to the
10  investor's 14 percent and they're paying me 4,
11  that's 18 percent, great, they've got a 12
12  percent profit margin or whatever the case is to
13  go and do that. So I hope they're making the
14  money that they need to to keep on doing it.
15     Q   Exactly.
16     A   But, you know --
17     Q   But as far as the investment itself,
18  none of that is to be used to pay fees to Harbor
19  City or pay salaries or like -- essentially the
20  investment, as you explained, was to basically
21  fund these lead generation campaigns?
22     A   Yeah, yeah. Meaning all of our
23  payments to us were net of any of the fees that
24  Harbor City would take out.
25     Q   That was your understanding?
```

Page 161

```
1      A   It was net of all that, yeah.
2      Q   Okay. Let me just see if I have
3   anything else here.
4         BY MS. STRANDELL:
5      Q   Before we get off the payments, were
6   the payments you received in March, the 150 that
7   you referenced that you received back, do you
8   happen to remember what bank you received that
9   back from?
10     A   Yeah. I'll pull it up. I think it was
11  Wells Fargo. I think we got them all from Wells
12  Fargo.
13     Q   Okay, yeah. Once we get the statements
14  from you, that will be helpful.
15     A   Which was, again, interesting because
16  US Bank wouldn't -- said we're not going to send
17  money to Harbor City, but we're going to accept
18  money from Harbor City. Okay.
19         BY MR. JAMES:
20     Q   Did you stay with them?
21     A   No. They were just -- you know, I like
22  US Bank because they have everything digitized on
23  their online statements, they're easy to read,
24  but their customer service really wasn't very
25  good, and Zions Bank was really good. So I was
```

41 (Pages 158 to 161)

Page 162

going to switch to Zions anyways.
150,000. Okay. Yeah. I sent – yeah, Wells Fargo. Wells Fargo, March 15th.
BY MS. STRANDELL:
**Q Okay. Thank you. Just want to confirm that.**
BY MR. JAMES:
**Q And that's when it was returned to you?**
A Yeah.
**Q So that would be the last transaction between Harbor City and Anthony –**
A No, no. I got – and then he sent me a check for the payment in March. I got that on the 22nd, March 22nd.
**Q Okay. How much was that?**
A 7,508.
**Q 7,000 –**
BY MS. STRANDELL:
**Q Does that include the Wells Fargo check as well? I'm sorry, I didn't mean to speak over you.**
A Yeah, 57,508.
BY MR. JAMES:
**Q You said on the 22nd?**
A Yeah, 22nd.

Page 163

**Q And that would be the interest payments?**
A Yeah, that's all the different tranches up to that point, right? Saying this is what is owed there.
**Q Okay. And so in theory, if you do not invest another dollar, at least up until the end of the series A bond, that's one year, you would be receiving 57,508 each month?**
A Well, as a firm. And then from that, we have to pay out all the investors.
**Q Yes, yes, yes, correct. But as far as what comes from Harbor City would be the 57?**
A Yeah. If we don't send any other money in, we're getting the 57,000 for the next six months and then it starts to peter down as the bonds come due.
**Q And then what about the principal return. Say we approach September 2021 when the first one-year bond matures. What type of financial obligation does Harbor City have at that point to Anthony Capital Bond Funding?**
A The whole thing. So if they send a one-year bond and that came due then, then they would owe the $100,000 face value of the bond.

Page 164

So they'd be making interest payments only for the year. And if it was a one-year bond, then we would get the $100,000 back lump sum.
**Q Any sense of what that number – even if it's an estimate – any sense of what that number would be?**
A I think we only had – we didn't have that many people with a one-year period. I think we only had like three or four people do the one-year bond in the first couple of tranches. Most of them were the five-year.
**Q Okay. So it would be whatever, how many people times how much they purchased?**
A Yeah.
**Q And basically that would be the return, 100 percent return?**
A Correct. Of principal, yeah.
**Q Again, that 450, you said you did not send after our conversation?**
A Yeah. So we've got 850,000 in our bank account now from folks that are expecting – 803,000 is what it is of folks who are expecting to get payments next month. And I called them up and said we're not doing that. You've got to – we put that on hold for the next month.

Page 165

**Q And did Maroney ever say how – obviously, you mentioned when you initially spoke he said that they don't use outside individuals, but then later on you said he was building a sales force.**
**Did he ever talk about how he obtained investors for Fund 5 or Fund 4, Fund 3?**
A He said Funds 1 and 2 were friends and family and then that was the need to get the line of credit for Fund 4 was because he was going outside friends and family. So that's why they got that.
But he didn't mention his – I think he mentioned they were all doing it all in house. Like Betsy was the main person on signing people up to do the investment. And then that's when the conversation came in that there were other larger broker-dealers in the FINRA space that were looking at it to invest.
**Q Okay. I think I'm almost at the end of what I had prepared for you. Let me just do a quick stroll. While I do that, let me open it up to Alise or Kathleen to see if they have anything teed up that they want to talk to you on.**
BY MS. JOHNSON:

Page 166

1    Q   I was just going to ask, the most
2  recent payments that you received from Harbor
3  Capital, was it through a wire, cashier check?
4    A   It was a check. The one that we got
5  recently on the 20 -- whatever it was -- the
6  deposit on the 22nd, that was a check.
7    Q   And do you recall, do you have a copy
8  of it that you could send us?
9    A   Yeah.
10    Q   Okay.
11       MS. JOHNSON:  That's all I had.
12       MR. JAMES:  Kathleen?
13       BY MS. STRANDELL:
14    Q   Yeah, sitting here. Just a follow-up
15  on getting the bank statements and the copy of
16  the check release just mentioned. Not bank
17  statements, but your proof of your investments
18  and paybacks.
19    A   Yeah. So you should have that in the
20  file, but if we need to upload it again, I
21  included all of the bank statements. Just all
22  the bank statements.
23    Q   Yeah, I think those didn't come
24  through. There must have been an issue with the
25  transfer, so --

Page 167

1    A   Okay. Okay.
2       MR. JAMES:  Celeste, anything from you?
3       MS. BYRD:  No, not at all.
4       MR. JAMES:  And before I open it up to
5  the court reporter to see if she has any
6  questions about spellings. And also, Mr.
7  Anthony, I'm also going to give you an
8  opportunity to, in case you have anything you
9  want to clarify.
10       BY MR. JAMES:
11    Q   But before that, I just want to confirm
12  some of the exhibits we did receive. So let
13  me -- I'm just going to go through them that I
14  didn't touch on and let me know if this is
15  something you recognize and/or produced to us.
16       So Exhibit Number 5 -- sorry. We
17  already did that one.
18           (SEC Exhibit No. 6 was marked
19           for identification.)
20       BY MR. JAMES:
21    Q   Exhibit Number 6 appears to be the
22  Harbor City 4 business plan. Do you recall --
23    A   Yeah.
24    Q   -- receiving this document?
25    A   That's where I went with the language,

Page 168

1  if you flow down, they have a flowchart that
2  talks about where the money was coming from, who
3  the entities were involved, how it worked.
4    Q   All right. Let me get to that.
5    A   Right there. Right there.
6    Q   Swing it around for you. Rotate to the
7  right, okay. So we are looking at what has been
8  marked as Exhibit Number 6, which is the Harbor
9  City Capital Fund-4, LLC. And this document was
10  produced by you, Mr. Anthony, correct?
11    A   Yeah. This was what was sent to me by
12  JP. That's what I downloaded from that, from that
13  same site. This was obviously in their Harbor
14  City 4 offering.
15    Q   Okay.
16    A   I sent that to you.
17    Q   And then obviously this diagram kind of
18  depicts how you explained, as far as the
19  actual --
20    A   Yeah.
21    Q   Anything you want to add to this now
22  that we're looking at it?
23    A   Yeah. My question is, does Harbor City
24  Digital Ventures, Incorporated, actually exist?
25  Where are their tax returns? Where are their

Page 169

1  records? I would love to see that to get more at
2  ease on --
3    Q   Is that a question for us or for JP
4  Maroney?
5    A   Well, for you guys. I would say I
6  would go right there, like today, okay, Harbor
7  City Digital Ventures, is there a real digital
8  media marketing company doing this stuff or have
9  I just been fooled?
10    Q   That's a good question. That's a good
11  question.
12       So let me say, but you have seen this
13  before and this is what you were describing to us
14  previously?
15    A   Yeah.
16    Q   Okay. I think it may have a -- why
17  does it keep turning back the other way?
18    A   Meaning you guys could find that out
19  quicker than I could and I would love -- yeah,
20  it's real on, nope, he's still in Guatemala and
21  you're never going to see him again. Great.
22    Q   Nicaragua.
23    A   Nicaragua. That makes my day.
24    Q   Okay. So on page 4 of this Exhibit
25  Number 6, which is HCC-4 Offering Business Plan.

Page 170

1   So again, just a snapshot about the company. And
2   the last diamond says, "Provides a secured and
3   insured investment that guarantees return of
4   principal to investors." Do you see that?
5       A   Yep, yep. That looks pretty -- pretty
6   solid.
7       Q   And obviously they're referring to the
8   standby line of credit that we discussed earlier?
9       A   Yeah.
10          And I asked him on this stuff again,
11  has your legal counsel, right, gone through this
12  stuff because when you're using words like this,
13  you know, as far as I understand it, you can't
14  use words like this, you know, unless you're
15  talking about a U.S. Treasury certificate.
16      Q   And what would be his response, the
17  same as you discussed before?
18      A   Yeah, yeah. Again, my overlying theme
19  was this is a guy that's a media marketing guy.
20  He's not a Wall Street financier guy and he's
21  being successful more than he knows what, you
22  know, what to do with it. He's trying to build
23  on that and that's great and my -- my, like, deep
24  down kind of desire was hopefully if this thing
25  doesn't get blown up by the broker-dealer firm

Page 171

1   coming in and changing everything around and we
2   don't have the same, you know, flexibility and
3   relationship that we do now with Mr. Maroney.
4       Q   Let me show you now the same Exhibit
5   Number 6, the Bond 4 offering for Harbor City
6   Capital. This is page 11. And again, we're
7   going back to that representation of this being
8   guaranteed.
9           In here, this page -- and let me know
10  if you can't see but there's a number of logos
11  copied on to this page from Citibank, HSBC,
12  Barclays Bank. There's a number of bullet
13  points, one basically saying, "Simplistically, it
14  is a guarantee of payment which will be issued by
15  a bank on the behalf of a client. The SBLC
16  prevents contracts going unfulfilled if a
17  business declares bankruptcy or cannot otherwise
18  meet financial obligations."
19          Do you see that?
20      A   Yep. So if I'm an investor, why would
21  you not do this? You're getting a 14 percent
22  guaranteed rate of return by a Barclays Bank,
23  Citibank, HSBC. I mean, simplistically.
24      Q   Yeah, yeah. And if you continue down,
25  the next bullet, again, has part of the sentence

Page 172

1   underlined in bold and it says, "It provides
2   proof of the buyer's credit quality."
3           And then you go on to the next one,
4   again, bold, underlined, "Essentially it is an
5   insurance mechanism to the company that, is being
6   contracted."
7           So this page in and of itself between
8   the representation, the statements and then the
9   logos of these big, top-tier banks, essentially
10  unequivocally says that this is a guaranteed
11  investment?
12      A   Yeah, so when folks would ask me about
13  this, they would say, well, what's the risk here?
14  I say, well, again, we've got all these nice
15  bullet points with everything, but we hope we
16  never have to use the line of credit, you know,
17  and have that come into play.
18          But it comes across exactly as it
19  reads. We've got a sure fire, you know, not to
20  miss thing here.
21          I haven't seen this.
22      Q   All right. So this is the same
23  document, Exhibit Number 6, the business plan for
24  Harbor City 4. And this is the Use of Proceeds
25  page. It's on page 26.

Page 173

1           And essentially, as we talked about, at
2   least as you testified to, your investment along
3   with other investors would go to fund these
4   digital media ad campaigns. So according to this
5   representation, that money was going to be
6   allocated across these six different vertical
7   industries, financial services, real estate,
8   healthcare, legal, so forth and so on?
9       A   Yeah.
10      Q   So any thoughts about, when you saw
11  this, any statements by JP Maroney as to how this
12  allocation was --
13      A   No.
14      Q   -- done, was it done, any information
15  along those lines?
16      A   Yeah, I don't remember seeing this or
17  talking to JP about this slide. I don't remember
18  seeing this.
19      Q   And obviously this is from the business
20  plan, not the PPM.
21          And in preparing your PPM, did you
22  consider doing a business plan and if so, did you
23  use one for Harbor City to create it like you did
24  with the PPM?
25      A   Yeah, because they referenced the

44  (Pages 170 to 173)

Page 174

1   addendum in there and I didn't have one, so I
2   said send me the addendum and they sent me one
3   and that's what I sent out. So I wonder if this
4   is the one that they sent me.
5        Q   Well, this is one Offering 4, so they
6   may have sent you — it would make sense that
7   they sent you the one from Offering 5.
8            But you tell me. Obviously you are the
9   one testifying.
10       A   Yeah. Yeah. What I'm saying I didn't
11  saying — they didn't have one from Fund 5 so
12  what they sent me was the one from Fund 4.
13           Is this the one that I sent you?
14       Q   Yes.
15       A   Yeah, okay. Yeah, yeah, so I didn't
16  recognize that slide that's in there but I'm
17  looking at it. No, that's great. Yeah, I would
18  say, great, show me who is the reverse mortgage
19  company that you've got leads for? Who is the
20  real estate broker? Who is the senior
21  healthcare —
22       Q   You're breaking up a little bit. Lean
23  back a bit. Say that again.
24       A   I would go through and want to know who
25  these people were. Show me, you know —

Page 175

1        Q   Yeah.
2        A   Basically does that digital media
3   ventures company exist, and if so, then you've
4   got revenue statements from these people that you
5   just got money from. Perfect. That should be
6   easy to come up with.
7        Q   And that's what you would have done,
8   you're saying, if you had seen —
9        A   Yeah.
10       Q   Okay. But that was not done so we
11  don't know what —
12       A   No.
13       Q   — his expectation would be?
14       A   No, no, I didn't — I guess I didn't —
15  I don't know. I missed this slide but it's
16  clearly in the slide deck.
17       Q   Okay. And just to close out at least
18  this slide, it's in that same page, the use of
19  proceeds section, there is again a bold,
20  underlined sentence which I highlighted. I only
21  added the highlight, not the bold or underlining.
22  And it says, "Proceeds from this capital raise
23  will be used to fund the ramp-up in client
24  production needed to service the current client
25  pipeline, and could begin creating predictable

Page 176

1   ROI as soon as three months from deployment."
2            So essentially what he's saying is that
3   there is already a need to service his ready
4   clients with contracts in the pipeline and this
5   offering is being ramped up in order to meet that
6   need. Is that what you get from —
7        A   Yeah. Yeah. That was where I got of
8   ultimately him trying to do 100 vertical
9   channels, that there is business that is waiting
10  that is out there. We just need the bridge gap
11  funding.
12       Q   Okay. So this is consistent to what he
13  represented to you —
14       A   Yeah.
15       Q   — as far as the future of business
16  that was already in place?
17       A   Yeah, yeah. And that's where we got
18  the payout per lead, $50, target CPA $27, daily
19  productivities, so on and so forth.
20       Q   And tell me again, I know you're
21  reading and you're speaking at the same time but
22  what exactly are you referencing?
23       A   I'm looking at this example that they
24  have of financial services that says business
25  funding SMB, or the reverse mortgage lead. Looks

Page 177

1   like the — I think the CPA says cost per
2   acquisition. That's $48 a lead is what those cost
3   to them. They can sell that lead for $80 a lead.
4   So that's where the profit margin comes in.
5        Q   Okay.
6        A   Their rate is 48. They get 80 bulk,
7   then from those proceeds, that's how they're
8   paying us and our investors back.
9        Q   Okay. Quick question. Any other due
10  diligence — I know we spoke about a lot but any
11  other due diligence you did on Harbor City that
12  we haven't talked about?
13       A   I mean, just the hours and hours of —
14  every — every video that you put out, I watched,
15  every fund offering I read. Every private
16  placement thing I could get my hands on I read.
17  You know, everything that I could find, I — you
18  know, the rating — I was more intrigued by the
19  third-party stuff that wasn't Harbor
20  City-produced, but yeah, I did — checked out all
21  those. Saw his private placement offering, went
22  to the Florida state website, saw that it was
23  there, you know, conversations with him.
24       Q   Go ahead.
25       A   I was going to say, as far as we were

Page 178

1 concerned, as far as I was concerned, he has done
2 everything that he said he would do.  He -- you
3 know, we've been paid every month.  He produced
4 the standby letter of credit guarantee and we
5 were obviously ready to send 800,000 more monies
6 down until you guys called us.
7 Yeah, yeah, see.  Yeah, yeah.  These
8 are the campaigns there, the level screen shots.
9 Q   Yeah.
10 A   Yeah, they said this was theirs.  And
11 the new freedom program pays off the mortgage.
12 Yeah, they said that this was their campaign.
13 Q   But nothing beyond what's in the
14 documents?  No other supporting connection to
15 these campaigns or --
16 A   No.  Yeah, I didn't -- yeah.  I didn't
17 say, okay, let me talk to your last reverse
18 mortgage person that you did work for.
19 Q   All right.  Let me just enter a couple
20 more before we break.  I'm going to back up to
21 number 5 which is the business plan for this same
22 offering, which for some reason seems to be
23 stuck.  There we go.  Up to page 1.
24 (SEC Exhibit No. 5 was marked
25 for identification.)

Page 179

1 BY MR. JAMES:
2 Q   Exhibit 5 has been marked as Harbor
3 City Capital Fund 4, LLC.  Again, it's a private
4 placement memorandum.  I just want to get a date.
5 Dated November 24th, 2019.
6 Again, this is the document received
7 from JP Maroney at Harbor City that you
8 ultimately produced to us this week?
9 A   Do you know, when was the date that you
10 got the cancellation thing on from Florida, do
11 you remember?  Was that before or after December
12 24th?
13 Q   Say that again?  Sorry.
14 A   The date of the cancellation of the
15 Harbor Fund 4 line of credit, when was that
16 dated?
17 Q   December 2020.
18 A   Oh, it was --
19 Q   Sorry, December 2019.  Sorry.  December
20 2019.
21 A   After that.  Okay.  Yeah.  So this was
22 all stuff that I downloaded from those portals
23 and included in my due diligence.
24 Q   I'm going to show you -- I know you
25 talked a lot about due diligence.  Did due

Page 180

1 diligence include looking at offering 3, 2 and 1?
2 I think you testified that you were able to
3 locate stuff for offering 3, but nothing much for
4 1 and 2, is that correct?
5 A   Yeah.  I couldn't find any private
6 placement documents for 1 and 2.
7 (SEC Exhibit No. 7 was marked
8 for identification.)
9 BY MR. JAMES:
10 Q   All right.  So let me introduce what's
11 been marked as Exhibit 7 which is titled 12
12 Percent High Yield Secured Bonds Subscription
13 Agreement, Harbor City Capital Fund 4, LLC.  And
14 again, this is marked as Exhibit 7.
15 Do you recall seeing this document
16 before?
17 A   Yeah.
18 Q   And again, is this one of the documents
19 you received from Harbor City and JP Morgan?
20 A   Yeah.  From their website that I
21 downloaded, yeah.
22 Q   So this is the subscription agreement.
23 Now let me show you what has been marked as
24 Exhibit Number 8, which I already did.
25 A   Yeah.

Page 181

1 (SEC Exhibit Nos. 11 and 12
2 were marked for
3 identification.)
4 BY MR. JAMES:
5 Q   Sorry.  Let me just find out what
6 number is free.  Eleven and 12, sorry.  All
7 right.  So let me show you Exhibits 11 and 12.
8 A   And then just FYI, I've got a hard stop
9 at 3 o'clock in like 15 minutes.
10 Q   Yeah, yeah.  I think we're about to be
11 done, yeah.
12 A   Okay.  We're good.
13 Q   All right.  So Exhibit 11 has been
14 marked and this is HCCF-3 LLC PPM for Harbor
15 City.
16 A   Yep.
17 Q   Do you recall receiving this document
18 dated July 1st, 2019?
19 A   Yeah.  That's what I downloaded from
20 their site.
21 Q   Okay.  And let me show you what has
22 been marked as Exhibit Number 12.  And that,
23 again, relates to Harbor City Capital Fund 3, LLC
24 and this is the business plan.  And I think this
25 is also dated -- sorry, I don't see a date.

Page 182

1      But do you recall receiving this
2  document also from the Harbor City website or JP
3  Maroney?
4      A   Yeah.  I downloaded that and I sent it
5  to you.
6      Q   And again, we see some of the same
7  screens from the 4 and 5?
8      A   Yeah.
9      Q   For example, the same -- that shows the
10 flow of funds that comes in from the investors
11 and then comes back in interest payments.  So I
12 think that is my last exhibit.  It's also my last
13 question.
14     MR. JAMES:  So before we break, let me
15 turn to the court reporter to see if she has any
16 clarifying spellings or questions for you or I?
17     (A discussion was held off the record.)
18     BY MR. JAMES:
19     Q   And then now, Mr. Anthony, typically if
20 you had counsel, I would turn to your counsel and
21 give them an opportunity to ask you any
22 questions.
23     And then second to that, obviously, you
24 don't, so you right now could clarify anything
25 you said earlier or anything you want to add to

Page 183

1  your testimony.  Obviously, you don't have to add
2  anything, but this is the opportunity for you to
3  put that on the record before we break.
4      A   Well, yeah, that's my biggest question
5  on how -- like what happens from here?  On one
6  end, if this started back in June of last year,
7  of 2020 -- of 2019 -- no, of 2020.  So if this
8  started in June of 2020, so something -- thought
9  something was going on.  I started raising monies
10 for him in August and September of last year.  If
11 someone knew stuff was going on then, I just sent
12 him basically $4 million, but if it was bad then,
13 then, A, like why not say, hey, it's bad, let's
14 stop this before three more people get shot and
15 killed?
16     Like what do we do from here?  How do
17 we know like -- how do we know if there's a
18 really Harbor City Digital Ventures incorporated
19 and have you spoken with his attorney?  Like what
20 do I do with the $850,000 of monies that I have
21 right now?  Because I've got real clients with
22 real-life problems that are counting on these
23 funds.  And if this isn't going to happen, you
24 know, if this is more than just a factfinding
25 thing, then, you know, I owe it to them to let

Page 184

1  them know that we've got to go to a plan B.
2      And if there's something going on with
3  the original amount, then I've got to let those
4  clients know that, you know, there's something
5  going on.
6      Q   I know.  And obviously, we touched on
7  this before.  Unfortunately, because of the
8  nature and the posture of the investigation, we
9  can't answer any of those questions or our
10 concerns or our inquiries.  It's just not how the
11 process is structured.
12     Obviously, like I said before, what's
13 paramount is for there not to be any, you know,
14 conclusion until there's actually a conclusion.
15 So as much as it may sound to you one way, like
16 we can't react or confirm that what sounds like
17 is and we clearly can't tell you what to do next.
18     So obviously, I know that's
19 frustrating, but that's unfortunately how it
20 works.  You know, obviously you could always
21 reach out to us if you have any questions or
22 concerns.  To the extent there is anything we
23 could answer, we will, but unfortunately --
24     A   Well, could you tell me that?  Like if
25 you said, okay, if I'm you, I'm saying, great,

Page 185

1  I'm going to go to Harbor City Digital Ventures
2  ASAP and just find out what's going on here.  Or
3  have you done this same inquiry with Harbor City
4  themselves and said we're going to go straight to
5  Harbor City and -- you know, and just get it from
6  the horse's mouth?
7      Q   Yeah.  No, like I said, as I would
8  in -- I can't tell anyone that I spoke to you.  I
9  can't confirm or deny that I spoke to anyone
10 else.  What I would say is that we're all pretty
11 good at what we do, on this call here, you know,
12 present company included.  But I do think, you
13 know -- yeah, I can't say much.
14     A   I know.  But my point is if someone
15 knew there was something tricky going on in June
16 and now here we are in March, why has it taken
17 nine months to move on Harbor City?  And if they
18 move on them, that's at the expense of $5 million
19 worth of real-life client monies that never
20 should have gotten in there if they were shut
21 down in June.
22     That's all.  But again, I know what I'm
23 going to do and so I just don't know what to
24 expect from -- here's where we're going to tell
25 you the rest of the story.  Here's going to be --

47  (Pages 182 to 185)

Page 186

```
 1   you know, we're doing factfinding, okay? So if
 2   you don't find anything wrong and you get your
 3   questions answered, will I know that? Or if you
 4   say, hey, you need to come down and do another
 5   testimony because we're putting this guy in jail,
 6   you know, what -- is this going to be another
 7   nine months? Like what's our timeline?
 8        Q   Again. No, no, no, believe me, I
 9   commend the effort, but unfortunately for the
10   integrity of the process, we just can't answer
11   any questions. It's just not allowed. All good
12   questions, but unfortunately, none that we can
13   give answers to.
14        What I would say is that as we continue
15   our investigation, if and when we get to a point
16   where we have a determination, as much as we're
17   not required to give you any acknowledgment, I do
18   think you will hear from us at some point in
19   time, whether it's, oh, we need you for a witness
20   or let me just thank you for your time or what
21   have you. But at this stage, there's nothing we
22   could say either way to give you any insight or
23   guidance or anything. But again --
24        A   So what if things change on my end?
25   What if JP, you know, doesn't pay me next month?
```

Page 187

```
 1   Then should I call you guys back and say, hey,
 2   man, we've got a problem? JP's still down in
 3   Nicaragua and they turned off all their phones.
 4        Q   Any information you want to share with
 5   us, please call us. Anything you learn. We're
 6   open to information. And that's exactly what
 7   we're doing now. So the more information you
 8   have, the better for our purposes. So any calls
 9   from him, from anyone, you know. I'm assuming
10   he's married and he calls from family and
11   friends, whatever, feel free to share that with
12   us.
13        Again, we can't ask you to give that,
14   but again, any information you think would be
15   helpful, you know, feel free to reach out to me.
16        A   Okay. I'll share what I get as I get
17   it. Like I said, I have a -- these are real
18   clients, man, real clients with real money and
19   the sooner the better we can know one way or
20   another, if it's okay to move forward or say,
21   hey, we've got to start -- you know, we've got to
22   start winding things down, that would be great.
23        Q   Perfect. And can I ask you, you
24   mentioned he called you from a number. Can I ask
25   you what that number is just so I could make sure
```

Page 188

```
 1   it's the same one we have?
 2        A   Yeah. It is (903) 521-6808.
 3        Q   6808? Perfect. And just to confirm,
 4   so as far as you know, Fund 5 is closed and now
 5   he's on to Fund 6?
 6        A   Yeah. He told me that he would keep
 7   the 14 percent offer open until we get this thing
 8   resolved. Because as I said, obviously, I can't
 9   send any more monies down. And he said, we'll
10   keep it resolved and I said okay. As far as I
11   know, that's closing and we're done raising
12   monies for Fund 5 and we're on to Fund 6.
13        Q   Is he saying that it's closed to
14   everyone else except for Anthony Capital or --
15        A   He's saying, yeah, it's closed
16   completely. There's nobody else going into Fund
17   5.
18        Q   Okay.
19        A   As far as I know.
20        Q   Okay.
21        MR. JAMES: So unless anyone else has
22   any questions, I think we can break now. And
23   again, I won't release you completely from the
24   subpoena just in case we have some additional
25   questions, but essentially we'll adjourn for
```

Page 189

```
 1   today.
 2        Again, you know, we will not disclose
 3   that we spoke with you. So, obviously, feel free
 4   to not disclose that you spoke with us. And
 5   unless anyone has anything else, we are off the
 6   record at 4:56 p.m. Eastern Standard Time.
 7        (Whereupon, at 4:56 p.m., the
 8   examination was concluded.)
 9        * * * * *
```

Page 190

1        PROOFREADER'S CERTIFICATE
2
3    In The Matter of:   HARBOR CITY CAPITAL CORP.
4    Witness:        David M. Anthony
5    File Number:    FL-04236-A
6    Date:           Thursday, March 25, 2021
7    Location:       Miami, FL
8
9           This is to certify that I, Maria E. Paulsen,
10   (the undersigned), do hereby certify that the
11   foregoing transcript is a complete, true and accurate
12   transcription of all matters contained on the recorded
13   proceedings of the investigative testimony.
14
15   _____    _____
16   (Proofreader's Name)      (Date)
17
18
19
20
21
22
23
24
25

Page 191

1        CERTIFICATE OF REPORTER
2
3    UNITED STATES OF AMERICA )
4                     ss:
5    STATE OF MARYLAND        )
6
7           I, MARY GRACE CASTLEBERRY, RPR, the officer
8    before whom the foregoing proceedings were taken, do
9    hereby certify that the foregoing transcript is a true
10   and correct record of the proceedings; that said
11   proceedings were taken by me stenographically to the
12   best of my ability and thereafter reduced to
13   typewriting under my supervision; and that I am
14   neither counsel for, related to, nor employed by any
15   parties to this case and have no interest, financial
16   or otherwise, in its outcome.
17
18   _____
19   Notary Public in and for
20   The State of Maryland
21   My commission expires:  7/18/2023
22
23
24
25

49  (Pages 190 to 191)

**A**

A-n-t-h-o-n-y
6:5
**a.m** 1:15 5:5
85:2
**ability** 35:10
191:12
**able** 15:25 24:2
33:6 44:21
59:7 61:20
66:19 67:5
69:4 86:21
110:4 112:25
115:10 120:10
123:21 125:7
180:2
**above-entitled**
1:14
**ACBF** 26:9
154:4
**ACBF-1** 41:20
**accelerating**
137:1
**accept** 161:17
**access** 68:15
89:7 100:7
**accompanied**
17:9
**account** 36:2
37:8 44:5,20
44:25 66:7
93:22 99:9,12
100:13 119:22
120:1 131:22
158:24 164:21
**accountant** 2:6
15:4
**accounts** 38:21
145:17
**accredited**
134:16,20
135:3
**accurate** 88:24
190:11
**accurately** 10:3
10:7
**ACH** 36:25
**acknowledgm...**
96:4 186:17

**acquisition**
134:8 177:2
**acting** 74:9
**action** 29:1,4,8
29:12,16,20,24
**actions** 38:7
**active** 53:19
72:1 85:23,23
86:1 100:22
**actual** 66:6 95:9
101:18 119:2
126:15 151:12
157:11 168:19
**ad** 122:1,2,3,4
123:25 124:25
173:4
**add** 138:18
168:21 182:25
183:1
**added** 42:8,10
49:21 103:3
175:21
**addendum**
158:11 159:7
174:1,2
**adding** 58:24
105:6
**addition** 50:17
58:5 78:12
86:8 136:10
**additional** 57:9
58:25 72:23
75:11 89:22
138:18 188:24
**address** 28:6
32:8 70:6
129:17 132:23
**addressee** 70:5
**addresses** 70:3
**adjourn** 188:25
**adjourned** 17:22
142:2
**administration**
156:2 157:9
**Administrators**
94:23 97:22
**ads** 122:10
**ADV** 23:12
**advertisements**

108:2
**advertising**
124:16,20
128:14 135:2
136:2 140:15
146:23
**advice** 74:5
75:13
**advise** 17:12
83:10
**advised** 17:10
83:7
**advisor** 23:12
28:12 31:17
115:25 118:2
122:22
**advisors** 68:8
111:6 122:25
123:6
**advisory** 31:2
**affect** 10:10
**affiliate** 112:23
121:2
**affiliates** 32:18
**agency** 29:9,13
30:6
**agent** 74:9 79:1
**aggressive**
146:23
**ago** 121:8 140:6
145:4
**agree** 72:8 77:11
**agreed** 95:16
**agreeing** 107:1
**agreement** 3:22
26:14 65:24
66:5 75:5,14
76:12,13,17,24
77:1,13 78:3
80:9,11 87:9
93:19 95:11,17
101:19 158:25
180:13,22
**agreements**
23:16 133:13
**agrees** 78:1
**ahead** 22:7
91:21 103:7
177:24

**Alise** 2:5 6:19
14:22,22 15:1
46:9 90:1,16
91:10 165:23
**allocated** 99:7
173:6
**allocation**
173:12
**allow** 35:17
36:10 44:2
49:17
**allowed** 186:11
**allows** 27:14
**alluded** 113:3
**alter** 75:13
**Amendment**
18:6
**AMERICA**
191:3
**American** 3:25
52:11,12 65:18
70:3,9 71:1
72:9 73:12,21
75:3,7,12,23
76:11,14,25
77:16,17 78:2
78:24,25 80:16
82:2,23 89:14
101:13
**amount** 47:8
71:15 77:18
78:3 80:3,16
98:6 100:18
101:9,12 115:3
119:23 154:23
155:14 156:10
156:20 159:25
160:3 184:3
**amounts** 47:2
**analyst** 28:13
**and/or** 11:11
23:16 71:24
72:13 79:2
134:8 167:15
**annex** 133:21
135:11
**announce** 9:15
**answer** 7:18
9:21 11:20

18:7 34:19,24
150:12 184:9
184:23 186:10
**answerback**
96:1
**answered**
150:10 186:3
**answering** 11:3
97:4
**answers** 186:13
**Anthony** 1:7
2:19 3:4,13
4:14,17,18,20
5:7,9,14,17,20
6:4,6,9 8:16,17
10:1,12,17
12:10 17:4,7
19:11,12,15
23:3,6,11,17
24:12 25:2
28:21 30:22,24
30:25 31:14,15
31:16,19,21,25
32:2,9,9,16,21
32:24 33:2,2,8
33:9,14,17,18
33:20,22,25
34:1,2,2,4,8,10
34:13 35:8,9,9
36:17 37:14,15
38:20 39:1,2,4
39:5,14,15,18
40:2,5,25 41:5
41:11,19 44:21
45:1 90:17
91:10,14 92:19
115:13 118:2
118:10 120:16
130:2 132:22
147:18,20
151:15 152:25
153:2,5 159:1
162:11 163:22
167:7 168:10
182:19 188:14
190:4
**Anti-Capital**
130:9
**anticipating**

34:20 93:25
**anymore** 13:24
  49:25 139:23
**anyway** 8:25
**anyways** 116:24
  162:1
**apologetic**
  149:24,25
**apologize** 34:23
  64:21
**apparently**
  61:21 73:14
  78:14
**APPEARAN...**
  2:1
**appeared** 94:9
**appearing** 20:13
**appears** 19:18
  51:12 72:3,8
  73:11,15,19
  77:8 79:12
  80:1,14 92:15
  92:17 94:17,21
  129:14 135:19
  167:21
**apple** 94:19
**appointments**
  107:19
**appreciated**
  27:20
**approach**
  163:19
**approached**
  89:25
**appropriate**
  89:21
**appropriately**
  150:13
**approval** 46:3
**approve** 45:21
**approved** 64:3
**April** 107:8
**arbitration**
  30:12
**archive** 24:19
**archived** 110:8
**area** 17:3
**areas** 27:8
**arrangement**

62:9
**article** 107:7
**ASAP** 185:2
**aside** 101:8
  104:12
**asked** 11:23 23:2
  124:22 133:8
  141:19 170:10
**asking** 11:9,12
  12:5 15:13
**asks** 24:10 27:11
**aspect** 104:15
**assert** 18:5
**assertion** 85:22
**asset** 77:18
**asset-based**
  158:24
**assets** 49:7 95:15
**assigns** 79:1
**assist** 77:17
**assistant** 21:8
  31:12 106:1
**associated** 92:6
  106:17 117:25
  118:8 130:23
**Associates** 4:10
  75:8 83:2 84:6
**assume** 11:21
**assuming** 26:6
  32:8 59:4 90:4
  90:24 96:15
  149:20 187:9
**attached** 84:15
  93:19 94:7
  117:5
**attachment**
  84:11 94:9,13
  96:12 98:16,24
**attachments**
  101:16
**attained** 30:20
**attempt** 109:4
**attempts** 68:2
**attendees** 113:5
**attention** 70:8
  71:8 92:5
  94:22,23
**attorney** 15:2
  17:11,12 43:6

43:14,15,23,24
  44:4,4,9,13,17
  44:24 45:5,7
  120:24 121:1,3
  121:6 143:9
  146:3 148:9
  150:14 183:19
**attorney's** 44:20
  44:25
**audience** 109:7
  112:15
**August** 35:24
  37:25 40:14
  48:6 61:12
  62:4 83:14
  85:21,25
  121:22 132:5
  183:10
**August/Septe...**
  152:7
**authorize** 7:13
**available** 10:15
  16:19,25 49:11
  67:4 106:20
**Avenue** 1:10 2:9
**average** 140:16

**B**

**B** 46:21 78:10
  124:11 129:18
  184:1
**Bachelor's** 30:21
**back** 8:14 13:13
  16:20 22:17
  26:6,12 27:17
  34:12 35:17
  36:9,23 37:5,5
  37:6 38:10,13
  44:8 46:2 50:3
  55:21 61:1,7
  62:24 67:21
  69:8,10 81:12
  85:24 86:16,21
  86:22 91:7,15
  106:12 107:8
  108:13 115:9
  121:18,21,24
  127:24 128:20
  128:21,22,25

132:5 141:5,5
  141:22,24
  142:3,13,23
  145:4,7,25
  146:9 147:14
  147:15 148:9
  148:22 151:24
  152:9,10
  153:10 155:6
  158:5 161:7,9
  164:3 169:17
  171:7 174:23
  177:8 178:20
  182:11 183:6
  187:1
**background**
  27:8,11
**backing** 87:16
**backs** 128:8
**backstop** 48:8
  48:15 59:1
  102:25
**backstopped**
  114:22
**backstopping**
  55:2
**backstops** 89:22
**bad** 183:12,13
**bank** 25:8,14,19
  26:1,8,10,11
  35:12,12,22
  36:2,6,6,20,22
  38:2,18,22,22
  39:3,6,8,21,24
  43:25 44:1,7
  47:18 48:4,4,7
  48:10 52:12
  55:2 56:6,13
  58:9 60:12,15
  60:20,21 62:17
  63:1,2,3,6
  64:17 65:15,21
  66:14,14,17,21
  67:6,7,8,8 68:4
  68:8,10,23
  69:1,1,20
  88:11,14 89:9
  89:14,18 93:20
  95:13,14 96:6

99:9,10,10,13
  101:13 117:19
  118:9,15
  119:21,24
  132:1,4 134:10
  147:18 151:23
  161:8,16,22,25
  164:20 166:15
  166:16,21,22
  171:12,15,22
**Bank's** 37:6
**bank-to-bank**
  96:5
**banker** 37:18
  38:7 68:14
  96:7
**banking** 35:13
  67:19
**bankrupt** 49:12
  49:23
**bankruptcy**
  49:3,8 171:17
**banks** 57:17
  60:3 63:10
  68:6 172:9
**Barclays** 47:18
  48:3,7,10
  60:20 63:1,6
  132:4,9,10
  171:12,22
**based** 21:10
  46:12 135:19
  137:4,6,14,15
  156:24
**basic** 27:12
**basically** 14:18
  54:12 56:22
  58:5 71:5,9
  74:4,19 80:9
  83:4,6 84:17
  93:18 109:4
  122:11 126:12
  127:15 131:20
  137:21 140:6
  156:1 160:20
  164:15 171:13
  175:2 183:12
**beginning** 77:9
  121:19

**behalf** 2:3,18
    34:3 47:19
    131:22 171:15
**believable**
    114:24
**believe** 77:2
    85:18 115:17
    116:20 124:2
    186:8
**believing** 148:5
**beneficiary**
    71:16,19
**Benoit** 139:12
**Bernie** 145:23
**best** 191:12
**Betsy** 50:7 52:23
    52:25 122:21
    122:22 124:5
    139:16,17
    165:15
**better** 11:1
    18:25 20:3
    58:8 148:11
    187:8,19
**beyond** 106:19
    108:1 178:13
**BFL/2021** 95:13
**big** 16:2 18:17
    19:1 57:3
    104:9 107:13
    112:14 134:23
    134:24 145:7
    172:9
**bigger** 22:20
    61:25 82:8
    86:14 137:14
**biggest** 183:4
**billion** 99:6,13
    99:20,23 100:2
    100:7
**bind** 76:15
**biographical**
    27:12
**birth** 28:6
**bit** 40:2 51:7
    78:4,7 80:5
    114:24 115:11
    116:2 121:19
    151:11 174:22

174:23
**blessed** 96:11
**block** 95:15
**blocked** 93:21
    96:9
**blown** 170:25
**blue** 9:7
**board** 147:21
**boards** 150:18
    150:24 151:1
**body** 73:15
    93:12,13 95:9
**bold** 172:1,4
    175:19,21
**bond** 4:14 33:2
    33:2,18,18,20
    33:25 34:1,4,9
    34:13 35:8,10
    39:4,14,15
    40:2,5 41:1,3,5
    41:12,19 42:2
    42:8,10 45:13
    47:6,7 49:12
    57:25 58:1,16
    59:20 69:17
    89:23 92:7
    97:10 101:10
    108:12,13
    114:10 130:2,9
    132:22 136:20
    136:25 137:8,9
    137:10 140:13
    140:16 151:16
    153:1,2,23
    155:18,18,19
    158:12,16,19
    163:8,20,22,24
    163:25 164:2
    164:10 171:5
**bondholder**
    128:24 131:23
**bondholders**
    47:19 49:5
    67:1 128:7,23
**bonds** 3:21 33:5
    40:13 41:11
    45:16 46:16
    47:12,16,22
    48:14 49:2,25

53:3,21 54:23
    122:4 124:13
    129:18 131:12
    131:13,20
    140:14 141:8
    155:3,25 156:1
    156:5,7,25
    163:17 180:12
**bottom** 79:10
**bought** 132:14
    156:5
**breach** 47:21
**bread** 55:25
**break** 7:12 8:8
    8:15 65:2,6
    81:12 90:17
    91:2,17,19
    142:2 178:20
    182:14 183:3
    188:22
**breaking** 174:22
**Brian** 2:4 4:19
    4:21 6:12
    91:12 92:19
    153:4
**Brian's** 150:15
**Brickell** 1:10 2:9
**bridge** 106:15
    126:3,13 136:1
    176:10
**briefly** 7:6 17:8
    31:13
**bring** 116:4
    142:9 149:10
**broke** 92:4,18
**broken** 152:23
**broker** 79:1
    111:5 174:20
**broker-dealer**
    114:3,4 115:1
    170:25
**broker-dealers**
    115:6 165:18
**brokers** 125:2
**Broomfield**
    21:21
**brought** 29:1,4,9
    29:13,20,24
    145:18

**bucks** 36:3
**build** 170:22
**building** 54:20
    113:22 136:19
    136:24 137:14
    140:11 141:11
    165:4
**bulk** 177:6
**bullet** 52:23
    171:12,25
    172:15
**bunch** 152:17
**business** 3:16,20
    4:8 23:3 32:5
    32:17 33:17
    48:13,14,17
    53:22,24 54:22
    56:2 57:5,21
    59:11 60:9
    83:9 88:11,12
    89:17,18
    102:21 103:22
    104:13 105:12
    108:10 110:25
    123:5 124:12
    128:4 133:21
    135:11,12
    137:25 139:1
    147:23 151:8
    167:22 169:25
    171:17 172:23
    173:19,22
    176:9,15,24
    178:21 181:24
**businesses** 31:24
    124:17
**butt** 49:4
**buy** 131:13
**buyer's** 172:2
**buying** 131:11
**Byrd** 2:22 6:22
    91:11 167:3

───────────
        **C**
───────────
**C** 3:1 4:1 5:1
    19:18,24 20:17
    22:22 46:21
    94:20 129:18
    156:7

**cahoots** 147:21
**call** 34:7 44:10
    49:25 68:12,21
    123:1,2 130:18
    143:6 146:18
    147:9,25
    149:21 150:15
    150:16 185:11
    187:1,5
**called** 5:21
    20:18 44:11
    45:17 50:9,25
    66:13 68:8,19
    97:5 112:5,9
    118:23 122:21
    123:3 128:4
    132:16 133:6
    142:7,16 143:7
    144:20,22,24
    149:18 158:10
    164:23 178:6
    187:24
**calling** 118:18
**calls** 20:15 38:9
    187:8,10
**campaign**
    105:15 106:7
    126:18 129:5
    148:6 178:12
**campaigns**
    104:19 105:5,7
    105:10 106:3,8
    106:17 107:20
    124:21 125:3
    126:6,14
    127:20 128:13
    128:15 136:2
    137:24 138:9
    138:12 140:15
    148:8 160:8,21
    173:4 178:8,15
**canceled** 83:8
    84:23 86:4,13
    87:23 102:13
    102:14
**cancellation**
    83:24 84:11,16
    84:18 85:8
    86:11 87:4,10

179:10,14
**cap** 48:19
**capacity** 64:2
　97:16 116:12
**capital** 1:5 4:14
　6:25 19:12
　23:7,11,17
　24:12 25:2
　28:21 30:22,24
　30:25 31:14,15
　31:16,19,21,25
　32:9,9,14,16
　32:18,22,25
　33:2,2,5,8,9,14
　33:18,18,20,22
　33:25 34:1,2,2
　34:4,8,10,13
　35:8,9,9 36:17
　37:14,15 38:15
　38:20 39:1,2,4
　39:5,14,15,18
　40:2,5,13,24
　41:1,5,12,19
　45:1 51:14
　57:12 58:4
　70:5 71:8,17
　71:20 73:20
　74:10 75:7,9
　84:9 97:18
　108:6 115:13
　118:2,10
　120:17,18
　123:10 125:22
　125:23 128:21
　130:2 131:12
　131:13 132:22
　137:1 147:19
　147:20 151:15
　159:1 160:9
　163:22 166:3
　168:9 171:6
　175:22 179:3
　180:13 181:23
　188:14 190:3
**Capital's** 23:3
**capitalizing**
　58:20
**caps** 93:21
**card** 37:16

**cares** 9:7
**carry** 151:4
**case** 12:4 15:2
　103:17 116:7
　160:12 167:8
　188:24 191:15
**cases** 125:6
**cash** 49:4,10,15
　50:4 54:7 55:1
　55:4,8 57:8
　89:6 131:21
　151:23
**cashier** 166:3
**CASTLEBER...**
　191:7
**cat** 94:20
**cause** 10:6
**CD** 55:14,20,20
　56:6,14
**ceased** 49:24
**Celeste** 2:22
　6:22 14:20
　15:1 25:20
　90:24 91:10
　167:2
**cell** 144:24
**CEO** 73:20 75:2
　94:3 95:7
**certain** 7:2
　11:12,17 12:2
　17:17 20:16
　97:16
**certificate** 80:1
　96:8 170:15
　190:1 191:1
**certificates** 4:5
　79:14
**certification**
　71:24 72:13
**certified** 28:11
　78:3
**certify** 190:9,10
　191:9
**chain** 67:19
**chance** 24:22
　27:24
**change** 7:18
　46:4 75:13
　149:11 186:24

**changed** 47:1,4
　47:5,8 102:16
　132:3,3,21,22
　139:21
**changing** 171:1
**channels** 176:9
**charge** 31:17
　57:22
**charged** 100:17
　101:11,12
**check** 26:23
　62:24 65:9
　68:19 147:1
　162:13,19
　166:3,4,6,16
**checked** 115:15
　152:1 177:20
**Cheers** 94:2
**chief** 139:10,11
　139:18,20
**Chinese** 107:13
**chiropractor**
　126:8
**chiropractors**
　125:2
**cited** 107:16
**Citibank** 57:9
　57:14 75:10
　171:11,23
**citing** 107:21
**City** 1:5 3:20 4:8
　6:25 7:24 8:22
　9:6 22:6 23:8
　23:17,23 24:5
　24:12 25:3,6
　26:6 32:14,18
　32:23 33:1,5,7
　33:13,15,20
　34:3,9 35:7,11
　35:14 38:15,19
　39:1,9,19,22
　40:13,16,24
　41:2,4,6,10
　42:13,17,21,25
　43:19 44:2
　45:17 46:7,13
　46:18,20,25
　47:24 48:24
　49:13,15,23

　50:2,9,15,25
　51:4,13 52:1,3
　52:3,5,7,7,15
　53:1,3,10
　57:24,25 59:10
　59:24 63:23
　65:19,25 67:1
　70:5 71:8,17
　71:20 72:17
　73:20 74:9
　75:2,7,9,18
　76:15,25 78:1
　78:13,23 79:1
　80:12,15 83:14
　84:9,19 85:20
　86:9 87:14
　89:9 94:3
　97:14,18,19,20
　100:1 104:25
　105:12 108:6
　108:11 109:11
　118:9 119:14
　120:15,16,17
　121:2,23,25
　123:10 125:18
　125:22,23,24
　127:17,17,19
　128:7,10,11,20
　128:21 129:4
　129:17 130:4,8
　130:11,14,18
　130:19 131:12
　131:13 133:9
　133:15,16
　136:12 137:2
　143:12 145:9
　146:22 147:24
　148:2 151:16
　153:19 157:16
　159:1,11,14,17
　159:24 160:2
　160:19,24
　161:17,18
　162:11 163:13
　163:21 167:22
　168:9,14,23
　169:7 171:5
　172:24 173:23
　177:11 179:3,7

**180:13,19
　181:15,23
　182:2 183:18
　185:1,3,5,17
　190:3
**City's** 42:2
　69:16 72:25
　92:7 97:10
　130:1
**City-produced**
　177:20
**civil** 7:5
**claim** 21:10
　49:14 54:9
　89:16
**claimed** 147:6
**claims** 133:13
**clarification**
　22:19
**clarified** 74:8
**clarify** 7:11
　32:24 34:8
　91:15 99:18
　107:25 123:11
　130:6 167:9
　182:24
**clarifying**
　182:16
**clause** 118:21
**clauses** 60:23
**clean** 73:24
**clear** 11:7,16,17
　11:24 12:6
　34:25 134:18
**cleared** 146:4
**clearly** 35:6
　175:16 184:17
**click** 122:12,14
**clicked** 52:19
　122:6 124:25
**clicking** 53:18
**clicks** 126:20
**client** 74:8 77:16
　77:25 78:1,23
　78:25 79:3
　83:8,10,11
　114:17 120:2
　128:18 171:15
　175:24 185:19

clients 25:18
40:18 104:17
106:25 112:11
114:7 115:1,12
115:13 116:19
118:4,14,19,20
124:18 126:1
128:18 129:6
130:7 131:1
138:1,15,18,21
145:16 154:25
155:1 157:11
159:11 176:4
183:21 184:4
187:18,18
close 35:25 62:7
62:10 83:8
116:10 149:8
175:17
closed 37:7
123:21 188:4
188:13,15
closing 133:1
134:5,7 188:11
cloudy 11:10
code 37:17
68:10
codes 67:16
coincides 77:21
collateral 47:19
57:19 92:24
94:24 131:22
colleague 6:18
6:19
colleagues 15:15
collectively
101:5
Colorado 28:8
31:2 122:23
come 34:23,24
41:3 46:2
81:12 82:9
108:11 111:15
116:3 121:19
121:25 125:16
126:21 143:4
145:11,21
147:6 149:15
150:20 163:17

166:23 172:17
175:6 186:4
comes 163:13
172:18 177:4
182:10,11
comfort 48:24
103:14
comfortable
102:9 104:13
104:16,21
125:11
comforted 119:6
119:9
coming 35:8
40:22 90:7
98:10 103:24
106:11 117:13
129:3,7 139:2
146:8 150:2,6
150:9 156:17
157:8,16 168:2
171:1
commend 186:9
commission 1:1
1:9 2:3,7 3:10
6:15,15,20,24
12:13 16:11
19:10 91:12
191:21
Commission's
15:19
commitments
118:14
common 32:7
communicate
87:20
communicated
100:5
communication
86:17 92:22
121:17
communicatio...
24:11,25 85:6
companies
106:2 125:18
128:18
company 28:15
28:18,19,20
32:3 48:16,16

94:21 95:16
103:24 127:19
129:16 133:6
135:25 169:8
170:1 172:5
174:19 175:3
185:12
compared
113:17
Compilation
4:16
compiles 51:24
complain 151:3
complaining
151:2
complaints
150:17,23
151:6
complete 11:2
154:12 190:11
completed 103:5
140:18 141:18
154:18
completely
114:15 142:14
188:16,23
completeness
117:3
completion
136:19,25
compliance
36:23 95:14
component
45:12 48:21
49:22 50:20
58:20 120:4
comprehensive
115:25
computer 64:25
concerned 97:9
146:20,21
178:1,1
concerning
61:13
concerns 184:10
184:22
concluded 189:8
conclusion
184:14,14

condition 75:12
conditions 75:14
77:12 87:6
conducted 20:23
20:24 30:3
conference
68:12
confidence
138:19
confidential
3:14,16,18 4:6
4:13 12:11
14:2 41:18
129:15 135:11
135:12
confirm 15:23
67:6 68:2
71:11 92:3
117:6,15
120:14 162:5
167:11 184:16
185:9 188:3
confirmation
69:5 72:9
93:19
confirmation/...
96:2
confirmed 20:7
20:9 74:8
confirming 75:4
80:10 101:21
conjunction
96:21
connected
112:20
connection 18:2
30:16 157:10
178:14
consent 5:11
15:14
consider 173:22
consistent
176:12
constitute 7:4
Constitution
18:7
CONT 4:1
contact 139:13
contacts 112:25

contained 26:1
98:16 190:12
content 14:7
15:10
continue 8:18
17:1 63:24
171:24 186:14
continued 56:8
94:1
continues 80:20
continuing 62:5
contract 33:16
127:5 134:7
contracted
172:6
contracts 23:16
105:17 106:13
106:17,25
126:7,11,23
127:2,21,23
157:8 171:16
176:4
control 40:22
convenience
74:6
conversation
64:8 91:18,19
97:7 116:2
136:11 142:6
142:15 145:1
146:12 164:19
165:17
conversations
7:16 14:6 22:4
22:13 46:7
48:5 53:5 60:5
60:20 62:1
71:10 83:19
85:20 88:9
97:24 104:3,7
108:8 118:11
123:24 124:9
141:3 177:23
conversing 98:5
conversion
100:2
conveyed 50:14
convinced
143:17

**convincing**
110:16
**copied** 171:11
**copies** 23:15
**copy** 10:13
12:14 13:5,7,8
13:10 15:18,20
16:4 19:15
20:3,7 22:7
43:5 45:8,9,11
45:22 81:15
84:6 96:1,6,8
110:15 111:20
140:8 166:7,15
**copying** 92:23
**Corp** 1:5 6:25
32:14,18 51:1
51:14 70:5
71:8,20 73:20
74:10 75:7,9
84:9 120:3
190:3
**corporate** 67:19
71:12
**Corporation**
71:17
**correct** 8:17,17
9:3,5 10:18
16:14 18:22,22
19:23 20:10
51:22 70:13
72:13,14,14,17
74:14,22 77:23
79:4,5 80:4,17
80:18,21 91:19
92:7,8 96:13
99:16,17
120:18,20,22
126:16 129:1,1
133:14,23
134:13 135:23
163:12 164:17
168:10 180:4
191:10
**correctly** 72:5
**correspondence**
24:10
**correspondingly**
156:24

**cost** 57:11 58:3,4
78:17 105:16
160:9 177:1,2
177:6
**counsel** 6:13
17:5,10,17,22
121:2,11
170:11 182:20
182:20 191:14
**counting** 183:22
**country** 143:6
**couple** 27:18
30:11 63:10,12
64:18 71:3
76:13 111:17
125:17 140:5
149:19 164:10
178:19
**course** 7:12
10:16,22 88:2
91:9 145:6,24
149:2
**court** 6:18 7:14
8:5 9:18,21
13:9 14:15,20
14:22,24 16:6
19:10 30:9
34:18 91:9
99:19 167:5
**covenants** 79:9
**cover** 64:11
97:14,15
103:25 136:1
**coverage** 102:17
**COVID** 124:17
**CPA** 176:18
177:1
**create** 9:19 42:6
43:1 173:23
**created** 40:25
42:7 46:12
140:14
**creating** 111:6
175:25
**credit** 47:17
48:18,19 49:5
49:10,16,17
50:1,4 52:2,6,8

52:10,17 53:4
54:1,3,7,15
55:1,4,6,9,22
56:20 57:2,3,8
58:4,25 59:6
59:12,20,23
60:1,16,17
61:3,10 62:12
62:16,25 63:23
63:25 64:5,9
64:10,17 65:16
65:19 66:22
68:3 69:16
70:25 71:2,6
71:15,18 72:11
75:4 77:8,23
78:18 79:3
81:7,25 83:5
84:8,19 85:9
85:13,18,19
86:13,19,20
87:14,16 88:10
88:25 89:2,5,6
89:10 92:6
96:24,25 97:2
97:10,14,25,25
98:1 100:3,13
100:17,23
101:9,17
102:10,14,24
104:5 105:3
109:20 111:9
111:14 114:23
118:16 123:14
128:8 132:1
134:9 144:19
145:13 146:16
146:20 149:7
149:16 165:10
170:8 172:2,16
178:4 179:15
**credit/CD** 80:15
**creditors** 88:14
89:8
**criminal** 7:5
17:25 29:16
**crystal** 11:24
**current** 102:15
175:24

**currently** 6:10
8:4
**customer** 137:25
138:9 161:24
**cut** 42:14
**cycle** 36:1
**cycled** 154:10

_____
**D**

**D** 5:1 42:8,10
46:20,20 94:19
134:19
**D-a-l-o** 120:2
**D-a-n-i-a-l** 95:7
**D-a-v-i-d** 6:4
**D-o-n-i-o-n**
121:1
**D.C** 143:16
**daily** 176:18
**DAL-HCCF/0...**
95:12
**Dalbar** 119:25
120:1
**Dalocorp** 94:18
**Dames** 139:11
**Danial** 95:5,6,7
**date** 1:12 22:11
28:6 36:1 62:7
72:2,2 83:9
84:9 92:24
94:25 135:20
137:22 155:11
158:3 179:4,9
179:14 181:25
190:6,16
**dated** 4:9 19:12
70:4 73:21,22
74:25 76:13
80:2 82:23
83:11 94:24
129:17 135:13
179:5,16
181:18,25
**dates** 22:9 51:6
52:4 132:23
**Dave** 4:18,20 5:7
38:10 60:10
92:19 93:18
115:21 116:21

131:10
**David** 1:7 2:19
3:4,12 4:17
5:20 6:4 19:11
32:1 91:10
190:4
**day** 13:23 38:4
80:21 95:20
96:11 122:21
123:3 126:19
136:1 169:23
**days** 71:19 72:2
128:19 134:6
145:4
**DB-MT799**
95:12
**deadline** 36:5
62:6
**deal** 54:2 57:3
112:14 114:18
114:21 145:7
**dealings** 147:24
**Dear** 95:10
**decades** 140:11
**December** 4:9
4:11 64:24
82:24 83:12
84:10,14,20
85:1 86:4
154:17 179:11
179:17,19,19
**decided** 62:10
**deciding** 88:16
**decision** 72:16
87:11 102:16
**decision-maki...**
88:1
**deck** 127:12
128:3,5,16
175:16
**decks** 106:4
125:5 138:11
**declares** 171:17
**declined** 127:8
**deep** 170:23
**default** 67:2
**defendant** 29:3
29:8,12,15,23
**defined** 47:20

definitely 65:1,7
92:1
definition 37:4
deliver 78:2,25
delivered 48:7
75:8 80:23
102:6 128:17
dentist 126:7
Denver 115:19
122:22
deny 185:9
department
36:23
departures
140:1
depending
126:19
depicts 168:18
deployment
176:1
deposed 30:2,15
deposit 4:5
49:15 50:2
78:22 79:14
80:1 166:6
describe 20:23
23:3 108:15
described 46:11
describing
169:13
DESCRIPTION
3:6 4:3
designation
28:13
desire 170:24
destroyed 21:18
detail 52:10 55:8
108:22 109:19
detailed 60:4
133:20 138:13
details 59:14
60:19
determination
14:5,10 186:16
determine 7:1
determined
155:15
determining
102:19

Deutsche 62:17
63:3 64:17
65:15,21 66:21
68:3,8,10
69:20 88:11,14
99:13 117:19
118:9 119:24
132:1
DeVaughn
139:11
developed 7:3
devil's 59:13
diagram 168:17
dialogue 106:1
diamond 170:2
dictated 154:20
dies 49:13
difference 57:15
105:21 115:4
115:23 158:21
159:10,13
different 14:11
22:3 31:14,20
41:7 46:16
51:25 81:24
87:21 98:9
106:10 108:7
116:2 125:3,17
126:23,24
153:23 156:19
163:3 173:6
differential 58:2
158:15,19
difficulty 26:17
digital 48:13
49:24 53:21
54:23 87:15
103:23 104:14
105:9 122:4
124:12,14,19
125:19,24
126:6 127:18
128:10,11,20
129:4 140:12
148:5 160:7
168:24 169:7,7
173:4 175:2
183:18 185:1
digitized 161:22

diligence 4:16
42:5 50:24
51:25 104:15
136:13 177:10
177:11 179:23
179:25 180:1
directed 3:9
16:10 71:7
73:17 75:9
83:2 97:22
direction 98:9
directly 33:7
34:14,15 35:11
45:17 68:6,9
130:4,13,14,18
130:18 131:2
146:5 150:16
159:11,24
director 28:14
28:18 95:7
directors 31:8
disciplinary
29:1,20
disclose 39:23
189:2,4
discussed 17:17
74:6 91:16
98:14 117:23
146:10 170:8
170:17
discussion 124:8
134:15 182:17
discussions 38:1
disgruntled
143:21
disposed 21:19
Diversified 1:24
Division 6:13
document 14:1
15:24 16:7,12
16:18 18:16
19:14 20:9
40:10 41:21,25
42:6 51:13,19
62:2,25 63:17
68:18 70:2,10
70:16,18,23
72:6,8,12 73:5
73:14,19 74:13

74:14,17,25
75:16,21,23
76:6,10,18
77:4,6 78:11
78:14 79:17
80:25 82:22
83:17,22,24
94:8 98:13
104:6 107:3
129:13,23
130:1,20
132:11 135:10
135:14,16,20
154:8 167:24
168:9 172:23
179:6 180:15
181:17 182:2
documentation
71:23 78:22
104:19 106:25
136:7
documents 12:3
12:16 15:12
18:2 19:18,24
20:16,17,18,24
21:5,10,13,16
23:2,5,7,19
24:1,7 25:1,4,7
25:13 26:5
39:16 42:4,12
50:20,22 52:13
53:10,13 54:17
55:18 56:25
58:7 59:22,25
61:9,17 62:12
62:13,21 64:15
64:17 65:16,20
65:22 66:3
69:5,18,19,19
70:13,22 72:15
72:24 78:9
79:2,23 80:20
83:20 86:3
87:8 103:9
105:1 118:13
136:14 147:17
154:5,8 156:4
158:8 159:5
178:14 180:6

180:18
dog 94:19
doing 45:12 56:3
57:23 87:13,14
102:19 103:14
105:15 107:22
110:20,22
111:10 112:7
114:12 129:5
130:21 137:4,7
143:18 150:4
150:19 160:14
164:24 165:14
169:8 173:22
186:1 187:7
dollar 99:19
163:7
dollars 35:25
47:6 107:16
116:24 126:19
Donion 120:25
121:14
double-check
13:12 25:20
26:2,2,16
doubt 13:12
131:3,4,5
download 74:16
79:24
downloaded
70:21 83:20
168:12 179:22
180:21 181:19
182:4
dozens 110:18
110:18 113:14
Dr 139:10
draw 100:12,17
100:22
drawing 101:7
Drive 78:9
driving 104:22
drugs 10:5
DTC 66:13
67:13,14 68:16
68:22 81:2,17
82:12 96:22
98:18 99:16
117:6,23

119:16 120:4
**due** 4:16 40:23
42:5 50:24
51:24 83:9
104:14 136:13
163:17,24
177:9,11
179:23,25,25
**duly** 5:22
**duplicating**
72:19
**duty** 75:11

**E**
**E** 3:1 4:1 5:1,1
91:6,6 190:9
**earlier** 88:21,25
91:22 120:23
124:9 136:6
159:9 170:8
182:25
**earliest** 74:6
**earmarked**
66:25
**ease** 169:2
**easier** 37:19
**Eastern** 5:5 85:2
90:1,12 91:2,8
95:20 189:6
**easy** 161:23
175:6
**education** 30:20
**effected** 71:22
**effort** 186:9
**either** 9:14 45:7
69:5 106:14
108:5 130:7
146:22 186:22
**electronic** 19:7
**Eleven** 181:6
**email** 4:11,18,20
18:21 44:23
64:20 81:11
84:6,12,14
85:3 92:14,17
93:12,14,15
94:5,13,25
96:5,13 98:13
98:25 117:5,7

117:15
**emailed** 26:20
81:1 92:5
**emails** 24:11,14
24:15,24 85:5
92:5 111:15
148:25 149:4
**empire** 148:6
**employed** 30:23
191:14
**employee** 31:11
**employees** 31:10
32:4
**employment**
30:18
**empty** 25:24
**encompassing**
97:20
**encounter** 115:8
**Enforcement**
6:14
**engaged** 126:8
**enhanced** 96:10
**enhancement**
94:24
**entails** 127:6
**enter** 178:19
**enticing** 48:12
**entities** 32:12
97:20 128:6
168:3
**entitled** 16:8
19:6 26:9
**entity** 31:20,22
31:22,23 32:6
33:1,3 39:5
40:3,6 49:16
60:22 74:21
84:7 94:18
105:18 117:25
133:7 140:10
**episode** 110:4
111:21 113:13
**equation** 32:25
33:10
**equipment**
112:7
**equivalent**
131:21

**escrow** 79:1
131:22
**especially** 88:6
**ESQ** 2:4,5
**essentially** 11:9
39:15 41:24,25
42:10,24 46:10
46:17 50:19
54:11,18 55:2
56:13 58:1
65:22,23 77:6
106:5,8 117:14
130:10 132:19
160:19 172:4,9
173:1 176:2
188:25
**established** 40:7
40:9,12 52:4
**estate** 49:7
57:19 173:7
174:20
**estimate** 164:5
**estimating**
151:13
**Euro** 100:2
**Europe** 63:11
144:17
**Euros** 99:20,22
**event** 47:21 67:1
**events** 11:1,2,4
12:4
**Everyone's**
148:8
**evidence** 97:9
107:23 138:7
**evidencing**
59:23
**evolved** 64:8
**exact** 151:19
**exactly** 8:2 9:14
19:8 31:13
37:22 40:8
64:15 78:20
112:3 114:1
119:19 138:16
142:9 160:15
172:18 176:22
187:6
**examination** 3:3

5:24 10:16
17:13 189:8
**examined** 5:22
**example** 12:21
101:18 114:17
119:11 155:24
157:11 176:23
182:9
**examples** 127:10
127:11 138:11
**Excel** 25:10,18
151:20 152:2
**Exchange** 1:1,9
2:3,7 6:14
91:12
**exchanges** 49:2
**exclusive** 47:21
**excuse** 87:2
145:5,21
**executed** 75:5
80:11 137:23
**execution** 71:23
72:12 78:2
**exempt** 88:13
**exhibit** 5:2
15:21 16:7
17:18,25 18:10
18:14 20:6
22:22 41:13,17
45:3,21 46:9
46:10,11 51:10
51:16 52:20
69:22 70:1
73:7,11,16,25
76:1,4,10,19
76:23 77:15
79:7,25 82:15
82:17,21 84:1
84:5,5,17 92:9
92:14 93:15
94:10,15 98:17
98:21 99:15
117:3 129:8,12
131:19 135:5,9
135:22 136:15
136:15 140:3
154:7 167:16
167:18,21
168:8 169:24

171:4 172:23
178:24 179:2
180:7,11,14,24
181:1,13,22
182:12
**exhibits** 3:6 4:3
12:10,15,21
15:12 65:17
80:8,14 83:3
86:7,8 101:15
117:22 167:12
181:7
**exist** 24:17 61:3
88:4 168:24
175:3
**existed** 121:25
**existence** 68:3
83:22
**exists** 85:16 88:4
107:4
**expatriated**
146:8
**expect** 185:24
**expectation**
175:13
**expecting**
164:21,22
**expense** 185:18
**expensive** 112:7
**expires** 191:21
**explain** 7:6 55:7
59:7 105:12
**explained** 7:20
49:9,20 50:5
53:3,5 58:7
59:14 79:22
100:23,24
105:22 109:21
114:14 123:4
125:14 147:22
157:7 160:20
168:18
**explaining** 50:18
53:16 58:6
74:17 88:8
106:2 109:11
124:10
**explains** 97:21
122:19

explanation
56:7
explanatory
105:11 109:17
explicitly 41:9
exposure 101:10
extend 62:8,8
extent 34:12
35:6 69:18
148:12 184:22
eyes 93:23

**F**

**F** 91:6
**face** 163:25
**Facebook**
106:18 122:1,5
122:7 124:15
126:18
**facilitating** 83:4
84:7 133:12
**fact** 27:19 86:5
87:16,25 90:20
92:16 103:19
111:2 112:13
119:7 146:1
**fact-finding**
147:23
**factfinding**
183:24 186:1
**facts** 7:3 9:13
**failure** 83:9 87:5
87:6,6,7
**false** 18:1,2
**familiar** 28:5
44:15 55:6
66:13 69:2
70:9,16 129:14
133:7
**family** 58:15,24
165:9,11
187:10
**family's** 58:21
**far** 37:24 52:1
55:12 61:10
80:7,13 97:8
112:15 121:14
134:16 136:6
139:1,8 160:17

163:12 168:18
170:13 176:15
177:25 178:1
188:4,10,19
**Fargo** 93:22
95:20 96:10
161:11,12
162:3,3,19
**Fargo's** 96:3
**favor** 95:15
**feathers** 146:25
**February** 92:25
93:16 94:25
95:19
**federal** 7:2,5
29:9,17 30:6,9
**fee** 49:17 130:22
158:23
**fee-based** 31:16
**feedback** 67:20
114:25 131:4
**feeder** 42:24
**feel** 148:11
187:11,15
189:3
**fees** 31:17 57:22
71:24 72:13
78:14,22
101:11,12
151:3 160:4,18
160:23
**felt** 111:1 119:9
**fiduciary** 115:22
**fifth** 18:6 140:14
**figure** 27:1
105:16
**figured** 91:24
122:11
**file** 1:4 6:25
26:10 45:23
50:23 63:18
65:10 166:20
190:5
**filed** 75:24 95:11
**files** 25:23,25
51:4
**fill** 27:24 105:20
**filled** 157:14
**filling** 14:18

**financial** 26:12
28:11 71:10
72:4 76:14
84:18 111:6
122:22 139:10
139:18,20
163:21 171:18
173:7 176:24
191:15
**financier** 170:20
**find** 13:16 20:2
63:17 84:16
123:18,22
139:17 148:1
169:18 177:17
180:5 181:5
185:2 186:2
**fine** 37:13 39:6
43:4 46:2
82:10 116:19
**finish** 34:18
42:21 104:11
159:22
**finished** 14:16
**FINRA** 29:20,25
165:18
**fire** 59:17
172:19
**firm** 31:2 44:14
102:15 107:13
107:17 115:21
116:24 122:23
123:9 124:16
163:10 170:25
**first** 3:25 5:21
15:13 17:20
35:24 44:10,16
46:15 47:12,14
52:5,8,11,12
52:25 61:11
65:18 68:18
70:3,9,25 72:9
73:12,21,25
74:3,19 75:2,6
75:12,23 76:11
76:12,14,25
77:15,17 78:2
78:23,25 80:16
80:20 81:16

82:1,23 84:17
91:15,16 102:4
102:21 103:22
105:4 110:17
118:23 120:3
121:7,21
137:17 141:6
147:25 152:6
153:8 154:13
155:7,9,17,24
163:20 164:10
**fit** 18:25
**five** 115:19
129:20 154:18
**five-page** 16:12
**five-year** 155:19
158:19 164:11
**fixed** 57:4
158:13,20
**FL** 190:7
**FL-04236-A** 1:4
190:5
**FL-4236** 6:25
**flexibility** 171:2
**Florida** 1:11
2:10 5:8 70:7
110:23 177:22
179:10
**flow** 128:22
168:1 182:10
**flowchart** 128:5
168:1
**focus** 59:10
102:21
**focused** 139:4
**folks** 110:19
112:17 113:3
115:16 118:3
125:3 131:4
141:9 142:25
151:7 164:21
164:22 172:12
**follow** 7:7 95:17
96:6 132:15
**follow-up** 75:22
166:14
**followed** 67:25
136:7,8 147:13
**following** 35:3

77:11 95:12
140:13
**follows** 5:23
71:15
**food** 67:18
**fooled** 145:19
148:4 169:9
**force** 104:22
111:7 113:22
165:5
**foregoing**
190:11 191:8,9
**forget** 11:21
**form** 14:18
15:20 17:18
23:12 121:1
125:14
**formal** 10:14,18
12:16,22
**formed** 132:24
**formerly** 29:20
**forth** 17:25
26:12 52:18
109:22 125:8
132:24 154:17
157:6 173:8
176:19
**forthcoming**
102:3
**forum** 113:8,11
**forums** 143:20
**forward** 82:12
88:17 92:24
103:7 104:9
107:24 121:20
143:1 187:20
**forward-looking**
141:13
**forwarded** 117:7
**forwarding**
84:18 92:22
**forwards** 84:22
**found** 21:21
51:4 80:25
81:1 108:6
140:23
**founder** 94:3
**four** 53:15
114:15 115:19

122:18 136:20
136:25 140:13
164:9
**fourth** 69:16
109:22 119:8
**frame** 37:25
**free** 90:8 181:6
187:11,15
189:3
**freedom** 178:11
**freeze** 93:6
**frequency** 88:22
**Friday** 95:18
**friend** 58:23
**friends** 58:15
112:21 165:8
165:11 187:11
**friends'** 58:21
**front** 19:14 20:7
20:10 56:10
78:13 92:13
103:25
**frustrating**
184:19
**full** 6:2 34:23,24
40:3 47:22
71:12 151:1
**full-time** 31:12
**function** 49:24
**functioned**
88:10
**functions** 74:18
**fund** 4:14 33:2,3
33:18,19,20,25
34:1,4,13 35:8
35:10 39:4,14
39:15 40:2,5
41:1,4,4,5,19
42:2,25 44:4
58:17,17 59:24
60:6,6,8,8,8,18
61:9,15,16,17
61:24,25 62:7
62:10,12 63:23
63:25 64:4,10
64:11,12,12
71:14 72:19,20
72:20,21 80:24
80:25 81:4,4,5

81:8,9,24 82:1
82:7 85:14,24
86:13,14,17,18
86:19 87:22,24
96:25 97:2,15
97:19 99:7
100:3,4,4,4
101:6,18,18
102:17,18
103:3,5,6,10
103:14,15,20
103:21,25
104:5,6 105:6
108:12,13
109:13,22
110:22 111:7
116:9,13,14,14
119:8 120:17
120:18,21,21
123:20,21,22
124:1,3 127:17
127:17 128:7
128:21 130:2,9
131:11,12,13
132:22 133:16
139:19,22
140:14 144:8,8
144:9,12,12,15
149:8,9,10,12
151:16 152:9
160:21 165:7,7
165:7,10 173:3
174:11,12
175:23 177:15
179:3,15
180:13 181:23
188:4,5,12,12
188:16
**Fund-4** 168:9
**funding** 19:12
31:15,19,21,23
32:6,10,22,25
33:8,9,15,23
34:2,3,9,10,11
35:9 36:5,18
37:14,15 39:1
39:2,5,19
44:21 45:2
104:20 106:15

126:13 133:7
136:1 151:16
163:22 176:11
176:25
**funds** 25:2,5
26:5 37:3
40:23 44:23
61:7 66:23
67:4 78:3
82:10 88:2
93:21 94:2
96:9 97:16
98:8,19 99:16
106:18 120:5
120:16 121:4
125:21 127:19
128:13 133:14
133:15 135:21
136:9 139:2
145:7 153:8
158:7,10 165:8
182:10 183:23
**funny** 140:5
**further** 34:8
139:6 141:2
**future** 53:5
64:12 97:16
114:10,12
137:15 141:2
176:15
**fuzzy** 11:24
**FYI** 181:8

—— **G** ——
**G** 5:1
**Game** 120:12
**gap** 126:3 136:1
176:10
**gathering** 9:13
**general** 11:10
106:20 121:2
**generate** 125:7
127:19,22
128:12 136:2
**generated**
126:15 128:18
129:4,6 137:24
140:16
**generates** 106:7

**generating**
125:25
**generation**
78:11 128:14
160:21
**genius** 125:20
**Gentlemen** 75:3
**gestures** 9:23
**getting** 23:7
42:18 48:8
56:13 57:4
58:9 60:15
72:21 87:24
90:7 93:6
107:10 111:8
114:25 125:11
137:14 141:6
144:6,6 155:3
155:6,21 156:9
157:4,5,6
158:14 159:8
159:24 160:2
163:15 166:15
171:21
**give** 8:22 14:16
34:19 43:22,23
44:12 60:25
86:22 90:1
108:13,25
143:17,24
145:3 152:2
153:21 154:1
167:7 182:21
186:13,17,22
187:13
**given** 69:9
101:25 107:6
108:9
**gives** 137:17
**giving** 7:25
**glad** 59:17,19
**Gmail** 24:19
**go** 7:14 8:14
19:23 22:7,24
27:17 37:17
44:8 46:8 49:3
49:6,7,12 55:8
57:12,13,17
58:19 61:24

62:24 69:8,10
77:8 79:7
88:12 91:1,15
91:21 95:18
98:8 102:5
103:7 105:13
107:20 110:6
115:16 116:25
117:10 118:25
120:12 121:18
122:17 127:16
130:13,19
134:22 136:18
138:24 140:22
145:24 152:18
159:16,23
160:13 167:13
169:6 172:3
173:3 174:24
177:24 178:23
184:1 185:1,4
**goes** 13:22 48:17
51:14 76:16
78:21 88:11
126:12 127:17
128:6,10,20,21
**going** 8:9,24,25
9:15 10:23
13:5,7,10 17:8
18:24 22:24
32:13 33:11
37:21,22 39:22
41:12 43:3
46:6 47:14
48:7 52:9
53:16 55:7
56:13 57:2
60:10,10,11,22
61:24 62:3,7,8
62:8 63:21
64:9,11 65:14
65:15 69:15
80:24 81:7,8,8
82:7,8 85:13
86:18 88:13
89:15 92:12
95:11 97:14,15
98:1,2,7 103:2
103:6,7 106:8

106:9 107:14
114:19,20
115:21 116:9
116:10,16,25
117:17 118:12
118:15 123:24
125:22,23
130:23 131:15
139:19 142:18
142:21 143:1
144:11 145:2,3
145:5,12,21
148:12 149:8,9
149:15,23
156:9 159:11
159:11 161:16
161:17 162:1
165:10 166:1
167:7,13
169:21 171:7
171:16 173:5
177:25 178:20
179:24 183:9
183:11,23
184:2,5 185:1
185:2,4,15,23
185:24,25
186:6 188:16
**good** 9:8,10 16:5
26:25 40:17
42:6 46:5
59:11 87:17
102:5 114:20
115:16 116:6
116:25 118:25
120:12 125:9
145:17 151:9
161:25,25
169:10,10
181:12 185:11
186:11
**Google** 24:19
108:5 110:3
**Gotcha** 15:3
**gotten** 121:17
131:3 185:20
**Grace** 14:24
191:7
**graphs** 105:10

**great** 39:7 40:18
40:24 43:2
44:12 53:7
57:4 80:24
82:7,8,11
89:14,17,18,19
102:9 111:13
112:18,23
115:20 118:24
120:12 141:12
148:10 150:16
160:11 169:21
170:23 174:17
174:18 184:25
187:22
**greatest** 55:25
**greatly** 27:20
**green** 95:13
**gripes** 150:18
**gross** 158:15,17
**group** 125:24
**grow** 156:24
**growing** 111:10
**grows** 156:22
**guarantee** 53:4
59:1 111:9,14
118:13,16
171:14 178:4
**guaranteed**
50:19 55:14
89:4 146:24
171:8,22
172:10
**guarantees** 57:9
170:3
**Guatemala**
143:7 144:2,3
169:20
**guess** 13:16
37:18,20,23
38:24 39:22
44:6 45:8,20
50:19 81:23
90:1 110:3,4
120:6 126:13
126:14 152:11
175:14
**guest** 108:18,19
108:19

**guests** 138:17
**guidance** 186:23
**gun** 78:15
**guy** 110:23
112:18 170:19
170:19,20
186:5
**guys** 119:12
124:7 134:14
135:18 149:17
149:22 153:9
169:5,18 178:6
187:1

---
**H**
**Hadzip-someb...**
139:21
**Hairdresser**
157:14
**half** 65:2,13 74:3
74:24
**hand** 5:16 6:1
71:11
**handle** 32:5
**handling** 156:1
**hands** 177:16
**handwritten**
21:21,24 27:3
**handy** 27:22
152:2
**happen** 98:7
161:8 183:23
**happened** 10:24
10:24 60:8
63:6 86:11
123:18 147:17
**happening**
150:1
**happens** 48:16
49:11 183:5
**happy** 57:22
101:14 145:15
145:16
**Harbor** 1:5 3:20
4:8 6:25 7:24
8:22 9:6 22:6
23:8,17,23
24:5,12 25:3,5
26:6 32:14,17

32:23 33:1,4,7
33:13,15,19
34:3,9 35:7,11
35:14 38:15,19
39:1,9,19,22
40:13,16,24
41:2,4,6,10
42:2,13,17,21
42:25 43:19
44:2 45:17
46:7,12,18,20
46:25 47:24
48:24 49:13,15
49:22 50:2,9
50:15,25 51:4
51:13 52:1,3,3
52:5,7,7,15
53:1,3,10
57:24,25 59:10
59:24 63:23
65:19,24 67:1
69:16 70:5
71:7,17,20
72:17,25 73:20
74:9 75:2,7,9
75:17 76:15,25
78:1,13,23
79:1 80:12,14
83:13 84:9,19
85:20 86:9
87:14 89:9
92:6 94:2
97:10,14,18,19
97:20 100:1
104:24 105:12
108:6,11,12
109:11 118:9
119:14 120:15
120:16,17
121:2,23,25
123:10 125:18
125:22,23,24
127:16,17,18
128:7,10,11,20
128:21 129:4
129:17 130:1,4
130:8,11,14,18
130:19 131:12
131:13 133:9

133:15,16
136:12 137:2
143:11 145:9
146:22 147:24
148:2 151:16
153:19 157:16
159:1,11,14,17
159:24 160:2
160:18,24
161:17,18
162:11 163:13
163:21 166:2
167:22 168:8
168:13,23
169:6 171:5
172:24 173:23
177:11,19
179:2,7,15
180:13,19
181:14,23
182:2 183:18
185:1,3,5,17
190:3
**hard** 19:15 20:3
20:7 90:6,19
181:8
**hash** 60:18
**hashed** 63:12
**hashing** 144:18
**HCC** 133:6
**HCC-4** 3:20
169:25
**HCCF** 94:22
97:22 136:20
**HCCF-1** 25:24
51:15
**HCCF-2** 25:24
51:15
**HCCF-3** 4:6,8
181:14
**HCCF-4** 3:18
52:21
**HCCF-5** 3:15,17
52:20 129:16
132:22 133:19
134:6 135:12
140:13
**HCCMF** 140:10
**headquarters**

96:3
healthcare 116:1
173:8 174:21
hear 186:18
heard 67:12,14
67:21 85:5,12
147:15
hearing 1:14
139:7
heavily 116:20
116:20
held 7:16 28:15
28:18,19 47:18
131:22 151:24
152:9 182:17
help 93:8
helpful 161:14
187:15
helps 48:25
hereto 76:16
hey 44:11 55:16
56:2 68:9 81:7
87:21 107:17
109:14 115:15
118:17 142:16
147:1,12,13
149:8,15
183:13 186:4
187:1,21
hiding 147:5
high 3:21 57:11
95:19 112:20
138:25 180:12
high-caliber
110:25
high-profile
110:19,25
112:21
higher 67:19
highest 30:19
highlight 17:19
22:25 112:13
175:21
highlighted
131:18 140:20
175:20
highlights 124:8
history 25:15
53:23 60:7

136:17
hold 22:19 43:22
82:15 164:25
holder 71:17,19
holding 49:8
152:20
home 28:5
honored 111:1
hope 59:18,20
160:13 172:15
hopefully 159:23
160:5 170:24
hoping 87:23
horse's 185:6
hour 65:3,13
91:22 92:2
hours 90:8 95:21
177:13,13
house 59:18
113:9 165:14
housekeeping
34:16
HSBC 171:11
171:23
Huh-uh 127:7,7
hundreds
137:23 138:8

        I
i.e 79:3
idea 40:18 41:2
54:4 85:17
125:12 126:10
130:17 137:18
142:19 143:4,5
150:1 157:17
ideas 109:14
identical 42:1,8
132:7,20
133:22
identification
5:3 18:11
41:14 51:17
69:23 73:8
76:2 82:18
84:2 92:10
98:22 129:9
135:6 167:19
178:25 180:8

181:3
identified 3:6
4:3 20:16
60:14,21 83:3
84:7
identifies 84:10
identify 24:2
25:2 26:5
76:16 106:9
identifying
73:13
image 12:15
images 15:10
immediately
14:12
impact 87:10
102:18 103:3
imperative 14:6
important 43:8
86:6 87:25
88:16 140:23
impress 112:11
impressed 112:2
112:4
incentive 159:16
159:23
include 22:9
23:13 123:13
162:19 180:1
included 21:22
26:11 27:10
62:20 157:24
159:2 166:21
179:23 185:12
includes 25:14
70:3 156:17
including 12:16
24:13 27:4
152:19
Income 110:2
incoming 94:2
96:4
incomplete
11:14
incorporated
76:15 128:12
168:24 183:18
incorrectly 37:9
increase 58:19

incriminate 18:8
indemnifying
49:5
independent
106:24
independently
66:11
indication 36:20
individual 49:1
74:21
individually
49:21
individuals 24:2
24:4,13 32:19
165:3
industries
106:10 126:25
138:8 173:7
inflammatory
56:4
influenced
116:20
information 3:7
3:8,10 15:20
16:1,8,9,10
27:12 44:24
47:9 50:14
59:25 71:11,23
72:12 86:25
107:2 123:22
136:12 138:7
148:2 173:14
187:4,6,7,14
initial 46:7 80:8
123:11
initially 43:1
50:8 53:2
124:7 142:1
165:2
inquired 58:13
inquiries 184:10
inquiry 185:3
inserted 48:10
insight 186:22
insinuating 86:2
institution 81:25
instructions
66:10 67:25
instrument

71:22,25 72:1
instruments
78:10,22 79:2
insurance 59:18
101:3 172:5
insured 170:3
integrity 186:10
intents 42:1
interaction
139:10
interest 59:9
116:1 128:1
148:3 155:8
156:12,14,23
157:2,7 163:1
164:1 182:11
191:15
interested
122:24 123:7,9
interesting
161:15
intermediary
66:2 83:4
101:22
international
134:10
Internet 49:23
128:14 140:15
interpreted
56:12
interview
108:16 141:3
interviewed
14:4 107:9
108:9,20
interviewing
110:20 113:16
interviews 107:6
107:18 108:7
141:5
intrigued 111:2
124:14 177:18
intriguing 48:20
introduce
180:10
introducing
74:20
introduction
80:9

invest 33:4
   40:13 41:10,12
   72:17 87:11
   104:9 107:15
   130:4,5,7,14
   130:18 156:23
   163:7 165:19
invested 24:5
   25:2 35:7
   39:14 59:4
   72:20 86:9
   104:23 118:3
   120:17 130:2
   151:16 152:25
   158:3 160:2
investigating
   146:22
investigation
   6:24 7:4 10:14
   12:12,17 18:3
   71:10 184:8
   186:15
investigative
   190:13
investing 48:24
   50:15 60:5
   72:21 85:20
   87:4 103:21
investment
   23:11 28:12
   31:1,17,18
   37:25 40:17
   42:4 50:18
   53:17,18,20
   55:3,13 59:2
   61:6 86:23
   87:13,14 89:4
   89:13,20
   100:11 102:16
   102:20 107:17
   112:19 118:1,6
   125:15 127:15
   138:19 143:1
   145:14 151:12
   152:7 153:6,22
   156:12,13
   160:17,20
   165:16 170:3
   172:11 173:2

investments
   32:6 34:7
   103:8 154:19
   166:17
investor 40:23
   45:17 49:20
   55:24 129:3
   130:25 140:17
   141:17 143:23
   158:21 171:20
investor's
   160:10
investors 25:12
   39:17 42:9
   45:22,25 48:18
   56:12 58:14
   60:25 61:5
   62:3 73:2
   78:19 86:22
   87:20 88:18
   89:19 103:3
   104:1 106:15
   107:10 109:5
   109:13 130:3
   132:14 134:16
   134:20 135:2,4
   140:17 141:21
   142:13 143:12
   155:5,23 158:7
   158:14,18
   163:11 165:7
   170:4 173:3
   177:8 182:10
invoices 107:3
   128:18 136:3
involved 21:5
   63:22 84:24
   156:25 168:3
ironic 143:22
irrevocable
   71:14
issuance 71:22
   71:25 74:10
   75:8 78:9
issue 36:25 37:1
   45:15 71:14
   72:2,10 117:23
   140:14 166:24
issued 19:11

   52:11 71:25
   89:9 97:13
   141:8 171:14
issues 136:20,25
   140:13,16
issuing 45:13
   49:16
item 23:2,15
   24:21

─────────────
            J
─────────────
jail 186:5
James 2:4 4:19
   4:21 5:4,15,25
   6:12 18:12
   41:15 51:18
   69:24 73:9
   76:3 82:19
   84:3 90:16,24
   91:7,12,13
   92:11,19 98:23
   129:10 135:7
   153:13 159:21
   161:19 162:7
   162:23 166:12
   167:2,4,10,20
   179:1 180:9
   181:4 182:14
   182:18 188:21
JamesB@sec....
   2:14
Jason 28:7
Jayson 139:12
Jenny 157:14
John 139:22
Johnson 2:5
   6:19 90:18,23
   91:10 165:25
   166:11
JohnsonAli@s...
   2:15
joking 5:17
Jones 3:24 4:10
   72:4 73:16
   83:1
JP 3:23 4:12
   43:13,17 44:11
   45:4,7 50:7
   52:9 53:15

   68:12,13 70:8
   70:18 72:9
   73:19 75:1,15
   77:15 79:11
   80:4,6,10,12
   84:8,12,13,22
   85:8 89:19
   92:22 93:16
   94:2,2,23
   95:10 97:4,8
   100:1,24 104:4
   108:1 116:22
   119:14 122:2,8
   122:25 123:12
   124:6 125:19
   125:20 127:16
   130:13,23
   134:15 138:25
   139:7,14 142:4
   143:5,5 150:7
   150:21 168:12
   169:3 173:11
   173:17 179:7
   180:19 182:2
   186:25
JP's 187:2
July 129:17
   135:13 181:18
jump 27:15
   113:19 141:25
   153:4
June 12:22
   183:6,8 185:15
   185:21

─────────────
            K
─────────────
Kathleen 2:6
   6:19 15:4 46:9
   90:2 91:11
   165:23 166:12
keep 57:15
   93:23,25 115:4
   142:25 160:14
   169:17 188:6
   188:10
key 15:8 37:17
   61:3 88:15
keyed 119:24
killed 183:15

kind 22:2,25
   27:14 49:19
   50:24 51:3
   56:2,19 66:5
   68:18 71:3
   81:5 95:4
   105:20 106:1
   108:22 109:10
   109:20,21
   110:21 111:6
   111:12 116:11
   117:18 120:5
   121:19 127:12
   128:5,8 138:16
   138:17 168:17
   170:24
knee-jerk 151:8
knew 37:20
   39:21 105:19
   155:21 156:8
   156:20 183:11
   185:15
knock 28:3
know 6:12 7:12
   7:13 9:8 11:19
   13:14 15:25
   16:20 18:16
   19:19 21:16
   23:10,11 24:23
   26:17 27:21
   28:1 35:18
   36:12 37:7,8
   37:12,25 39:24
   41:6 44:1,12
   45:6,14,16,18
   45:18 46:4
   48:11,12 49:1
   49:23 51:5
   52:12,14,17
   53:4,23 54:1,8
   54:20 55:2,10
   56:4 57:6,8,11
   57:14,18 58:4
   58:11,12,13,14
   58:15,20 59:1
   59:14,17 60:4
   60:7,8,16
   61:17,24,25
   62:2,5 63:13

64:14 65:2,10
65:23 67:9,12
67:13,15,17,20
68:5,11,14,16
68:20 69:3,20
74:18 76:6
79:8 86:11,12
86:19 87:19,22
88:9,11,12,21
89:24 90:25
97:19 98:1,4,5
98:7,8 100:6
100:14,15
102:5,9,12,15
102:18,22
103:2,23
105:13,14
107:2,15,15,19
107:23 108:5
108:10,21
109:11,13,15
110:7,17,24
111:3 112:6,10
112:11,11,20
112:22,23,24
113:13,15,15
114:11 115:1
115:19,20,22
115:25 116:4,5
116:6,9,12,14
116:22,23
117:12 118:12
118:17,18
119:5,19,19,22
119:25 120:14
121:16,21,22
121:25 122:23
123:4,16,17,23
124:16,17,19
124:22,23
125:4,6,20
126:18,19,23
127:12 129:2,2
129:13 131:1
131:14,15
132:21,23
135:1,3,10
137:13,15
139:5 140:7,7

140:25 141:9
142:20,24,25
143:2,3,8,18
145:6,14,23
146:4,9,11,13
146:24 147:20
147:21 148:4,6
148:18,21,21
148:22,23,23
149:2,9,22
150:3,4,5,8,24
151:1 152:14
154:18 155:2,4
155:4 156:20
157:11 158:2
159:7 160:3,7
160:8,16
161:21 167:14
170:13,14,22
171:2,9 172:16
172:19 174:24
174:25 175:11
175:15 176:20
177:10,17,18
177:23 178:3
179:9,24
183:17,17,24
183:25 184:1,4
184:4,6,13,18
184:20 185:5
185:11,13,14
185:22,23
186:1,3,6,25
187:9,15,19,21
188:4,11,19
189:2
knowingly 18:1
18:1
known 6:6 29:21
102:13
knows 39:25
170:21

_____ L _____

L 2:22 94:19
L-T-D 94:21
land 93:22
landing 122:16
language 42:11

52:16 55:17
56:4 60:12
77:14 81:6
87:18 89:5
97:18 119:7
132:3 167:25
larger 64:5,8
97:13 111:8,9
165:18
Larry 94:19
laws 7:3,5
layering 129:2
lead 105:15,17
106:12,17
107:2 117:6
127:19 128:12
128:14 157:13
160:7,21
175:23 176:18
176:25 177:2,3
177:3
lead-generating
126:14
leadership
140:11
leads 104:14,18
105:18 106:7,9
106:24 107:1
112:10,25
126:1,2,9,15
127:22,22
128:17,19,25
129:5 136:3,3
137:25 138:9
157:9 174:19
Lean 174:22
learn 187:5
learned 86:24
87:1,3
leave 90:25
led 104:15,21
left 65:14 91:14
149:10
legal 17:10
30:16 170:11
173:8
legitimate
146:17 150:5
length 89:13

let's 28:3 30:18
40:1 79:6
117:17 121:18
127:14 151:11
183:13
letter 3:12,23,25
4:9 54:8 71:6
71:15 73:19
74:3 75:4
93:23 95:9
111:9,15 134:9
144:18 145:13
178:4
letterhead 70:3
73:12 76:11
82:23 94:17
120:3
letters 73:15
101:21 121:13
level 30:19 45:16
55:13 120:6
155:17 178:8
liabilities 89:8
liability 129:16
licensed 31:2
licenses 28:10
liens 49:7
life 125:6
light 95:14
limit 134:21
limited 26:19
116:12 129:16
line 47:17 48:17
48:19 49:4,10
49:15,16 50:1
50:4 51:1 52:2
52:6,8,10,16
53:4 54:1,3,7
54:14 55:1,4,6
55:8,21 56:20
57:2,3,8 58:3
58:25 59:6,12
59:19,23 60:1
60:15,17 61:3
61:10 62:12,16
62:25 63:22,24
64:5,9,10,17
65:16,18 66:21
68:3 69:15

70:25 71:2,18
72:10 77:7,22
78:18 79:3
80:15 81:7,25
83:5 84:8,19
85:9,13,17,19
86:12,18,20
87:13,16 88:9
88:24 89:2,4,6
89:10 92:6
96:24,24 97:1
97:10,13,24,25
98:1 100:3,13
100:17,22
101:9,17
102:10,14,24
103:2,25 104:4
105:3 109:20
111:14 114:23
123:14 128:8
132:1,6 138:24
138:25 141:7
146:16,20
149:7,16 165:9
170:8 172:16
179:15
lined 63:12
lines 76:13 102:1
103:13 106:19
119:15 150:20
173:15
link 53:8,18
111:22
liquid 49:10
list 25:11 50:24
113:5,11
138:14,16,18
listening 134:2
listing 152:14
lists 46:16
129:18
literally 90:21
little 40:1 51:7
78:4,4,7 80:5
114:24 115:11
116:2 121:19
151:11 174:22
LLC 3:15,17,18
3:20 4:6,8,15

19:12 31:19
32:3,22 33:15
40:5 41:20,20
94:23 97:22
129:16 133:7
135:12 168:9
179:3 180:13
181:14,23
**loan** 57:13 58:9
**loans** 57:17
**locate** 64:14
110:4 180:3
**located** 94:21
**locating** 21:5
**location** 19:20
27:5 70:4
190:7
**locations** 73:13
**lodged** 93:20
**logos** 171:10
172:9
**long** 14:13 37:19
53:24 88:9
**look** 24:23 25:16
26:14 43:7
45:5 46:1 49:9
57:20 62:23
63:20 65:1,7
65:15 68:9
76:5 81:11
115:2 119:2
**looked** 42:5
56:19 63:15
101:16
**looking** 22:22
43:21 63:16
65:21 72:22
103:22 115:25
119:11,13
123:7 133:4
143:11 165:19
168:7,22
174:17 176:23
180:1
**looks** 16:5 40:17
46:4 70:2
74:19 75:22
99:22 125:9,10
129:14 170:5

176:25
**lose** 52:15 54:2
54:16 55:3,11
56:1,17,23
58:21,22,23
88:23,23 89:2
89:3
**lost** 21:18 87:2
143:13 147:4
**lot** 55:5 93:24
104:3 124:16
124:21 143:20
150:25 160:6
177:10 179:25
**love** 169:1,19
**lower** 114:5,10
116:16,17
**lowered** 116:15
**lump** 42:9 164:3
**luncheon** 91:4
**Lynch** 151:2

**M**

**M** 1:7 2:19 3:4
3:12 5:20
19:11 190:4
**mad** 143:14
**made-up** 67:4
**Madoffed**
145:23
**mail** 19:7 24:19
**main** 43:18
48:11 59:9
165:15
**making** 34:9
57:6,15 102:22
134:22 145:17
160:5,6,8,13
164:1
**man** 187:2,18
**management**
28:13 115:13
130:7 139:9
158:24 160:3
**manager** 112:24
133:5
**managers** 67:8
**managing** 31:18
**March** 1:12 3:12

4:18,20 5:5
19:6,13 142:2
149:21 153:8
157:23,25
161:6 162:3,13
162:14 185:16
190:6
**margin** 105:19
160:12 177:4
**margins** 57:7
**Maria** 190:9
**marked** 5:2
18:10 25:24
41:14 51:17
69:22 73:7
76:2 82:18
84:2 92:10,14
93:15 98:16,22
129:8,12 135:5
135:9 167:18
168:8 178:24
179:2 180:7,11
180:14,23
181:2,14,22
**marketed**
134:17
**marketing** 48:14
103:23 105:9
112:9 125:19
125:21 138:12
148:6 169:8
170:19
**Maroney** 3:23
4:12 43:13,18
45:4,21 53:15
68:12,13 70:8
70:19 71:8
72:9 73:20
75:1,15 76:24
77:15 79:20
80:4,6,12 84:9
85:8 92:23
93:16 94:2,23
97:4,9 100:1
104:4 108:2
116:22 117:13
119:14 123:1
124:6 134:15
136:11 138:25

142:4 165:1
169:4 171:3
173:11 179:7
182:3
**Maroney's**
79:11 87:5
122:2
**married** 187:10
**Mary** 14:24
191:7
**Maryland** 191:5
191:20
**match** 100:11
101:9 149:16
**match-up**
131:16
**matches** 107:19
**material** 86:5
87:1,25
**materials** 107:22
**Matt** 68:7
117:24,24
118:1,11
**matter** 1:3,14
6:24 10:3,7,14
190:3
**matters** 17:17
190:12
**matures** 163:20
**maturity** 72:1
**maximum** 46:24
47:3
**McLean** 139:22
**mean** 7:21,22
8:23 19:3
24:18 28:21
35:19,21 38:11
48:1 57:3
58:11,22 59:9
67:15,16,18
85:15 87:19
112:23 115:12
125:20 131:5
134:18,25
140:24 142:24
143:12 147:12
149:5 157:19
162:20 171:23
177:13

**meaning** 48:25
72:18 78:15
101:1 137:16
138:24 154:9
160:22 169:18
**means** 8:19
17:10 67:15,17
74:17
**mechanism**
172:5
**media** 48:14
49:25 53:21
54:23 87:15
103:23 105:9
107:18 122:4
124:12,15,19
125:24 127:18
133:6 140:12
148:6 169:8
170:19 173:4
175:2
**medication** 10:6
10:9
**medium-sized**
31:24
**meet** 36:4 87:5
171:18 176:5
**meeting** 44:11
90:5,21
**Melbourne** 70:7
**member** 7:8
**memorandum**
3:15,19 4:7,14
41:19 129:15
131:9 179:4
**memories** 11:5
11:10,10,10,11
11:16
**memory** 10:10
11:2,22
**mental** 10:1
**mention** 43:15
114:2 165:13
**mentioned** 6:17
10:15 12:12
14:2 15:8,17
16:23 30:22
46:11 55:16,23
64:1 71:7

72:24 77:6
83:19 102:20
105:2,8 108:17
111:4 114:3,11
117:21 118:14
120:23 121:7
122:18 126:22
138:21 139:15
146:13 153:20
165:2,14
166:16 187:24
**Merrill** 151:2
**message** 96:9
111:4 150:18
**messages** 24:16
**met** 116:22
**method** 96:10
**Miami** 1:11 2:8
2:10 5:8 190:7
**Michael** 139:21
**middle** 106:14
142:3
**million** 35:25
36:3 47:3 50:1
50:2 57:18
58:16 60:17
61:18,21 62:16
66:25 71:18
77:7,18,22
80:3,16 81:20
101:6,8 115:10
137:8,11,12
151:13,14,22
158:4 183:12
185:18
**millions** 107:16
116:23 137:24
138:9
**mind** 102:17
**mine** 42:15 47:2
78:7 132:3
136:24
**minimum** 13:17
46:24 47:3,5,8
154:24
**minus** 152:22,24
**minute** 90:2
**minutes** 181:9
**mirrored** 46:17

**missed** 175:15
**model** 23:4
48:13,14 53:22
57:5,21 59:11
60:9 89:18,18
102:21 103:22
104:13,17
105:12 106:6
124:12 136:6
139:1 151:8
**modify** 7:18
**Monday** 25:16
70:14
**money** 34:1,12
35:24 36:16,17
38:15,19 39:4
39:18 43:5
44:20 49:18
52:15 54:2,7
54:16,23 55:3
55:11 56:17,24
57:12,23 58:22
58:22,24 60:25
62:6 66:7,8
67:3 88:23,23
89:7 100:12
105:15,20
106:11 112:24
115:3,13
124:11,16,21
126:2,4,5,9,10
126:12 127:25
128:6,19,24
130:7 141:10
142:23 143:13
143:17 144:6,6
144:7 145:12
145:17 147:4
148:13 149:10
154:21 155:4
155:16,21,22
158:22,24
160:6,14
161:17,18
163:14 168:2
173:5 175:5
187:18
**monies** 31:18
33:19,22 35:6

35:7,14 36:9
36:19 39:11,17
40:22 43:24
44:1,5 49:14
58:13 60:25
61:12 64:4
98:6 102:22
105:4 106:8
119:23 123:10
128:22 129:3,6
142:20 144:15
145:11 147:19
150:12 153:17
153:17 154:10
154:12,14
155:9 156:8,10
178:5 183:9,20
185:19 188:9
188:12
**monies/fees**
78:12
**month** 39:13
48:5 69:13
82:24 100:15
138:15 144:18
145:10,11
149:17 152:8
154:9 155:5,6
155:13,24
156:10,20,21
156:21 157:2,2
157:3,4,5,6,12
163:9 164:23
164:25 178:3
186:25
**month's** 156:17
**monthly** 100:10
100:10 128:1
153:25 154:11
155:3
**months** 13:15
64:19 146:7
163:16 176:1
185:17 186:7
**Morgan** 123:13
180:19
**morning** 117:8
**mortgage** 125:2
174:18 176:25

178:11,18
**motivation**
103:20
**mouth** 185:6
**move** 88:16 93:2
93:3 103:7
117:4 185:17
185:18 187:20
**moved** 144:12
**moving** 103:20
104:9 107:24
124:18 133:25
142:25
**Moyle** 21:8
31:11
**MT799** 93:20
**multipage** 76:10
77:3
**multiple** 97:24
104:7

**N**

**N** 3:1,1 4:1,1 5:1
91:6,6,6
**name** 6:2,7,12
28:5 40:3
43:15,22,23
44:4,16,17
94:18 95:5
110:1 111:18
112:24 120:2
120:25 143:24
152:16 190:16
**named** 29:3,7,11
29:15,23
**names** 113:2,19
113:25
**NASD** 29:21
**Nater** 3:25 4:10
4:11 73:17
74:4,20 75:8
83:2,6 84:6,12
84:15,19,22,25
**nature** 184:8
**nearly** 140:11
**necessary** 58:8
72:11
**need** 14:21
21:25 27:17

34:22 36:12
60:23 62:3
74:6 87:20
98:7 111:8,13
111:14 122:25
130:19 142:23
146:1 160:14
165:9 166:20
176:3,6,10
186:4,19
**needed** 64:5
100:8 175:24
**needs** 34:18
146:6
**negative** 143:20
**neither** 191:14
**net** 72:23 160:23
161:1
**never** 59:16,18
59:20 67:14,20
106:21 115:5
121:11 127:9
169:21 172:16
185:19
**new** 13:14 41:3
41:3 60:15
64:25 81:7
97:13 116:10
137:25 138:9
147:3 178:11
**Nicaragua** 144:4
144:5,21 146:7
148:19 169:22
169:23 187:3
**nice** 59:13,15
172:14
**Nicolini** 43:17
50:10 92:23
139:14 156:3
**nine** 185:17
186:7
**ninety** 72:2
**nodding** 9:22
**nonaccredited**
134:21 135:2
**nonchalant**
150:7
**nonspecific**
11:15

noon 90:1 91:2
nope 6:11 30:7
  118:10 127:3,3
  169:20
normally 49:2
Nos 181:1
Notary 191:19
notations 52:22
note 4:4 25:20
  65:1 76:8
  79:13 80:2
  81:20
noted 71:16 75:5
  75:14
notes 12:20 13:1
  21:21,24 22:8
  22:12 27:3
  43:17 44:8
  122:20 139:19
notice 1:15 9:16
  15:21 84:11,16
  84:18
notify 84:24
November 3:23
  4:4 39:13 70:4
  71:5 73:22
  74:25 75:6
  76:13 80:2
  154:16 156:14
  179:5
number 6:25
  15:21 18:14
  19:21 22:23
  23:20,24 24:1
  24:7,10 25:1,3
  26:3,4,25
  41:17 44:25
  45:3 51:10
  54:14 70:1
  73:11 74:7
  76:5,10,19,23
  77:16,25 82:21
  84:5 92:7,14
  93:15 94:10,15
  97:11 98:17
  117:5 129:12
  135:9,22
  136:15,15
  137:5,6,7,7,9

137:10,11
140:3 144:22
144:23 150:15
151:17 152:22
153:14 154:15
156:6 157:4,5
164:4,6 167:16
167:21 168:8
169:25 171:5
171:10,12
172:23 178:21
180:24 181:6
181:22 187:24
187:25 190:5
numbered 77:9
numbers 95:12
  99:9 152:3
  158:2

───── O ─────

O 3:1 4:1 5:1
  91:6,6,6 94:20
  94:20
o'clock 90:4
  181:9
oath 5:10,11
obligation
  163:21
obligations
  171:18
obtain 17:22
obtained 165:6
obviously 10:25
  13:1,13,18
  22:16 23:2
  24:12,22 27:18
  28:4 34:17,20
  39:21 46:15
  64:14 65:6,8
  79:8 81:12
  83:13 101:16
  102:8 104:8
  146:11,13
  150:11 151:12
  153:22 165:2
  168:13,17
  170:7 173:19
  174:8 178:5
  182:23 183:1

184:6,12,18,20
  188:8 189:3
occur 60:24
occurrences
  147:11
October 39:13
  62:5 154:15
  155:10 156:12
  156:13,15
odd 38:8
offer 188:7
offered 46:16
offering 24:7
  42:23 43:6
  45:19 46:18,20
  46:25 47:2,24
  48:2,3,12,22
  50:21 52:20
  54:5,10,14,15
  54:23,25 55:4
  56:17,23,25
  57:9 58:4,17
  58:18 59:20
  65:19,21,23
  69:17 85:11
  89:17,23 92:7
  97:11 101:6,10
  102:14 114:8
  115:9 116:16
  118:15 123:14
  130:10 132:16
  132:25 133:20
  134:6,7,16,19
  136:14 153:23
  159:3 168:14
  169:25 171:5
  174:5,7 176:5
  177:15,21
  178:22 180:1,3
offerings 23:22
  33:4 36:3 41:7
  51:5 52:1
  58:16 60:13
  105:4 111:11
  114:10,15
  141:23 142:13
  146:15
offhand 44:18
  113:20

office 2:8 21:20
  35:17 36:9,23
  37:5,5,6 38:13
  73:13
officer 6:15
  28:14,17 95:15
  96:7 139:10,11
  139:18,20
  191:7
officers 6:20
  31:7 32:4
offices 5:7 74:5
oh 5:17 8:13
  12:25 14:3,25
  20:1 21:3
  24:15 26:22
  27:21 28:2
  34:21 37:10
  39:6 40:17
  47:13 55:24
  62:7 63:7
  64:12 68:22,25
  70:15 99:22
  101:1 114:23
  140:20,20
  146:6 179:18
  186:19
okay 8:13 9:4
  14:3 15:16
  16:3,22 18:18
  19:2,5 20:22
  22:1,18,19
  23:9,14 25:16
  26:22 30:18
  33:24 35:15
  36:11,13,17
  38:6,8,9,16,17
  39:3,20,20
  40:1,15 43:8
  45:20 46:2
  48:9 50:5 51:8
  54:13 56:18
  59:16 60:6,22
  61:2,16,17
  63:4 64:6,12
  66:9,16 67:5
  67:10 68:24
  69:14 73:10
  81:10,19 82:4

82:10,12 88:8
89:1,11,25
90:15,23 97:21
99:23 102:7,9
104:2 105:22
106:23 108:24
110:12 111:13
111:24 114:23
118:5 121:5,9
122:7 124:4
125:21 126:12
129:11 130:6
131:6 132:7,10
134:4 136:10
140:22 144:14
145:19 146:6
146:10,21
149:2,13
150:14 152:25
153:11 155:11
155:14 157:13
159:4,9 161:2
161:13,18
162:2,5,15
163:6 164:12
165:20 166:10
167:1,1 168:7
168:15 169:6
169:16,24
174:15 175:10
175:17 176:12
177:5,9 178:17
179:21 181:12
181:21 184:25
186:1 187:16
187:20 188:10
188:18,20
omission 86:5
  87:25 88:15
once 21:4 22:17
  106:11 110:6
  117:21 118:22
  127:22 161:13
one-page 51:13
  70:2 74:25
one-year 155:18
  155:25 158:12
  163:20,24
  164:2,8,10

**ones** 20:20 27:4
46:17 125:25
128:12
**online** 110:5
124:18 143:20
161:23
**open** 152:15,16
165:22 167:4
187:6 188:7
**opening** 10:12
15:17
**operable** 72:1
**operation**
147:23
**opportunity**
10:17 16:24
86:22 167:8
182:21 183:2
**option** 13:18
44:7 54:1 58:8
112:19 155:20
**order** 10:14,18
12:17,22 42:18
54:15 72:16
176:5
**organization**
137:22
**original** 184:3
**orthodontist**
125:1 126:7
**outcome** 191:16
**outlined** 51:3
66:5 68:19
95:17
**outlines** 156:5
**outside** 15:12
89:7 102:18
122:24 123:6
138:20 165:3
165:11
**overlap** 32:8
**overly** 146:23
**overlying** 170:18
**override** 158:9
158:23
**overseas** 144:20
**overview** 3:16
133:21 135:11
135:12,25

**owe** 163:25
183:25
**owed** 163:5
**owner** 28:22
31:6 32:2
**ownership** 32:7
**owns** 125:25

**P**

**P** 5:1 94:20
**p.m** 90:10,12,13
91:4,8 92:25
189:6,7
**page** 16:1,15,15
16:15,16 18:15
19:18 46:15
47:12 51:23
52:19 79:8,9
79:12,25 93:5
93:5 117:10,11
117:12 122:16
131:19 132:16
133:5 136:17
140:3 169:24
171:6,9,11
172:7,25,25
175:18 178:23
**pages** 1:8 51:21
51:22 54:6
**paid** 33:20 136:4
141:9,21,22,24
142:13 145:9
145:11 148:8
155:3,6 156:10
157:20,21
158:5,9 159:8
159:14 178:3
**pain** 49:4
**paper** 22:12
59:13
**paragraph**
47:11,23 48:1
71:21 74:7,20
77:9 78:21
95:25 131:19
133:17 136:18
137:15,21
139:6 140:19
140:21,23

148:7
**paragraphs**
78:24 96:16
**paralegal** 2:22
6:22 15:1
**paramount**
184:13
**parentheses**
79:13
**part** 4:16 34:6
51:24 52:21
69:17,21 72:25
73:18,25 74:1
75:21 79:16
104:9 111:1
133:9 153:8
171:25
**participate**
40:19,20
**participated**
30:12
**participation**
134:8
**particular** 48:21
48:22 155:11
**particularly**
35:2 59:6
**parties** 63:22
76:16 77:11
84:24 101:19
191:15
**parties'** 63:24
**passages** 71:4
**pasted** 42:15
**Paul** 4:11 43:17
44:15 45:7
50:9,10 84:25
92:23 94:20
120:25 121:11
121:14 139:13
142:16 144:19
149:6,14,20,24
149:24 156:3,3
157:10
**Paulsen** 190:9
**pay** 58:3 87:6,7
89:16 127:25
128:19 158:13
158:16 160:18

160:19 163:11
186:25
**paybacks**
166:18
**paying** 49:17
89:12 114:6
122:5 126:2
129:7 131:14
155:19 158:6
160:10 177:8
**payment** 42:9
45:12 106:12
154:11 155:9
156:13,14,18
157:8 158:1
162:13 171:14
**payments** 49:12
100:10,11
127:24 133:12
140:17 141:17
156:23 157:2
157:12 160:23
161:5,6 163:2
164:1,23 166:2
182:11
**payout** 176:18
**pays** 178:11
**PDFs** 138:22
**penalties** 17:25
**Pending** 84:11
**penetrated**
137:22
**penultimate**
34:5
**people** 43:18
55:5 67:19
107:1 110:19
113:1,14,17
116:3 136:11
139:24 144:11
147:3 148:8
151:1 164:8,9
164:13 165:15
174:25 175:4
183:14
**percent** 11:8,12
28:22 31:5
32:2 42:7
45:14,14,14,15

54:24,24,24
56:1,21 57:4,6
57:14,15,25
58:1,2 107:10
109:15,16,17
114:8,9,9,18
114:22,23,24
115:3,4 116:14
116:15 122:5
129:19,19,19
131:10,14
133:3 137:9,10
137:11 146:24
151:9 155:20
155:20,20
158:13,15,17
158:17,18,20
158:21 160:9
160:10,11,12
164:16 171:21
180:12 188:7
**perfect** 16:18
20:2 22:15
23:14,15 24:20
26:24 39:20,20
40:1,6 75:25
80:7,25 95:24
95:24 97:21
98:12 124:4
132:10 175:5
187:23 188:3
**perfectly** 11:7
**perform** 83:10
**performance**
116:13 140:12
**performed** 4:17
52:2
**period** 95:16
132:25 133:1
154:21,25
155:2 164:8
**permits** 110:25
**person** 5:13 7:25
50:8 52:25
110:17 111:25
112:9 121:11
143:15,21
165:15 178:18
**personal** 108:8

personalities 112:21
personally 105:23,25
persons 3:7 16:9 118:23
peter 163:16
phone 22:5 68:21 83:19 97:5 105:2 121:12 136:9 142:8,17 144:24 147:25
phones 187:3
photograph 12:14
photographs 15:9
physical 10:2 16:4
pick 9:22
picture 21:23
piece 100:18 104:12
pieces 62:14 103:11
pipeline 175:25 176:4
pivot 106:11
place 1:9 52:6,9 54:5 60:23 61:11,14,24 62:9,16 70:6 71:2 78:16,19 80:23 82:2,6 85:19,22 86:3 87:22,24 96:24 103:2 126:11 176:16
placement 3:14 3:19 4:7,13 23:22 25:13 33:4 36:3 39:16 40:9,14 40:21 41:1,19 43:6 45:10 60:13 129:15 130:1 131:9 159:3 177:16

177:21 179:4 180:6
plain 49:13
plan 3:20 4:8 90:9 128:4 167:22 169:25 172:23 173:20 173:22 178:21 181:24 184:1
planner 28:11
plans 86:14 133:19
platform 154:11
play 111:16 126:21 172:17
please 5:15 6:2 7:10,12,13 9:20 15:7 20:23 74:4 83:7,10 84:15 93:22 187:5
plus 156:15,18
podcast 108:17
point 8:9,11,15 9:2 14:10 16:19 41:11 52:24 59:3,4 91:24 101:6 114:12 142:11 144:15 146:20 150:19 153:15 153:24 159:15 163:4,22 185:14 186:15 186:18
points 48:12 61:4 139:1 171:13 172:15
pop-up 123:25
portal 70:21
portals 179:22
portion 75:1 119:16
POs 107:3
position 77:18 134:5 141:1
positioning 56:15
possession 21:17

possibility 95:19
possible 112:22
possibly 100:4
posted 93:25 110:5
posting 143:19
posts 13:23
posture 184:8
potentially 120:15
PPM 42:13,18 42:22 43:2,3 43:12 46:12,13 63:7 87:17 132:20 135:22 138:25 173:20 173:21,24 181:14
PPMs 25:17
PR 112:15
predictable 175:25
preliminary 17:3 27:7
premarked 15:21 16:7 18:14 20:6 41:17 43:21 51:10 70:1 73:11 76:9 82:21 84:5
preparation 62:23
prepared 71:13 72:10 81:13 165:21
preparing 173:21
present 2:21 17:11 185:12
presentation 104:25
presentations 105:11 125:5
presented 120:8 120:9
presently 10:5 30:23
preservation

15:10
preserve 12:15
president 19:11 31:5 110:22
pretty 14:16,17 35:3 42:11,14 47:9 48:6 133:24 170:5,5 185:10
prevents 171:16
previous 7:18 51:5 63:24 71:9 111:11 113:5 140:15 141:22 156:17
previously 6:17 82:24 104:20 106:4 120:1 169:14
price 47:6 130:25
prices 114:5
Primarily 149:1
principal 128:1 163:18 164:17 170:4
prior 10:12 15:17,22 17:8 21:17 50:15 83:3 86:8 87:3 146:14,14
private 3:14,18 4:6,13 13:22 13:23 23:21 25:12 33:4 36:2 39:16 40:9,14,21 41:1,18 43:6 45:10 60:13 129:15 130:1 131:9 159:2 177:15,21 179:3 180:5
privately 28:18 28:19
privilege 21:11
privileged 21:14 47:20
PRO 2:19

probably 26:4 37:20 38:4 53:14 55:18 56:5 81:10 87:12 110:10 116:7 148:17 149:22
problem 39:7,9 64:2 187:2
problems 183:22
procedure 7:6
proceed 95:14
proceeding 6:21 10:16 29:4,9 29:13,17,24 30:3,8,12,16
proceedings 6:16 9:19 12:11 15:22 17:21 49:3 190:13 191:8 191:10,11
proceeds 133:18 133:19 135:21 172:24 175:19 175:22 177:7
process 39:10 88:1 108:23 184:11 186:10
procured 80:16
produce 23:19 24:1,8 61:14 129:23
produced 19:19 19:25 20:17,18 21:6,13 22:25 23:4 62:18 65:17 70:14 74:14 75:17 76:21 129:13 135:16 167:15 168:10 178:3 179:8
producer 110:11 112:5
production 20:15 24:14 25:3 175:24
productive

65:12
productivities
176:19
professional
28:9
professionals/...
126:24
profit 57:7
105:19 160:12
177:4
profitable 59:11
profits 102:23
program 178:11
progress 94:1
102:4
progressed 81:5
projects 146:14
promise 98:4
150:3
promising 97:3
promissory 4:4
79:13 80:2
81:20
proof 96:23 99:6
99:7 100:1
166:17 172:2
Proofreader's
190:1,16
property 12:12
protect 78:19
proven 103:8
137:18,20
140:12
provide 17:25
62:11 66:9
87:7 95:25
96:8
provided 10:13
15:18 21:17
64:16 69:6,16
71:19 72:11
73:5 96:2
provides 31:23
170:2 172:1
providing 18:1
provision
158:11 159:6
provisions 7:2
PTE 94:18,20

120:3
public 14:10
79:23 86:1
106:20 113:7
113:10 150:18
191:19
publicly 28:15
49:1
pull 15:23 16:20
18:13 24:18
65:11,14 69:14
76:4 82:10,15
92:12 98:8,15
117:14 152:4
161:10
pulled 136:24
147:18
purchase 47:5,8
105:18 107:1
127:21 128:14
purchased 49:1
164:13
purchasing
104:18 106:18
126:9
pure 145:14
purpose 40:7
41:10 133:20
purposes 6:16
6:21 16:6
19:10 22:21
42:1 99:14
122:8 187:8
pursuant 1:15
3:10 16:11
20:13 71:9
push 115:9
pushing 113:23
put 6:1 18:24,24
41:16 49:7,14
57:19 63:7
69:25 101:5
104:11 132:22
133:23 158:6
164:25 177:14
183:3
putting 60:1
186:5

Q
quality 172:2
quantity 156:5
question 7:8,10
11:3,6 12:6
18:7 20:22
32:21 33:11
34:6,19,20,23
38:24 45:20
57:10 63:20
81:21 100:21
106:16 146:5
159:9 168:23
169:3,10,11
177:9 182:13
183:4
questioned 12:4
86:10
questionnaire
27:8,11,14
questions 7:9,19
10:20,23 11:23
15:7 17:4
22:16 28:2
46:10 59:5
81:13 90:3,16
96:18 99:2
111:17 140:6
150:10 167:6
182:16,22
184:9,21 186:3
186:11,12
188:22,25
quick 25:16
34:16 62:23
64:21 90:2
100:21 111:17
153:21 165:22
177:9
quicker 141:9
169:19
quickly 28:4,5,6
92:3 95:25
117:18 119:10
quote 38:14
52:14 55:10
143:22
quotes 55:12

R
R 5:1 91:6 94:20
radio 107:18
108:21 109:1
109:23 110:1
111:3 115:18
raise 5:15 35:24
47:4 62:6
115:2,10 137:1
137:11,12
150:21 154:21
158:3 175:22
raised 36:3 98:6
137:8 153:17
154:24
raiser 110:22
raising 64:4
123:10 144:7
144:15 183:9
188:11
ramp 111:7
113:22
ramp-up 175:23
ramped 176:5
rate 45:15 54:24
57:5,24 109:15
109:16,17
114:9,19,22
116:5,7 131:10
158:13 171:22
rates 116:10,11
149:11
rating 177:18
reach 19:19
44:13 146:3
184:21 187:15
reached 121:23
react 184:16
reaction 119:4
151:9
read 20:3 47:14
71:3 72:5
73:25 74:1,20
76:12 78:25
82:22 93:12,13
94:13,16 95:10
95:11,22 96:15
138:4,5 140:7
161:23 177:15

177:16
reading 23:25
71:13 99:15
128:15 138:3
176:21
reads 172:19
ready 150:14
176:3 178:5
real 49:7 57:19
64:21 112:6
125:5 148:7,8
169:7,20 173:7
174:20 183:21
187:17,18,18
real-life 183:22
185:19
really 36:14
58:23 103:23
111:7 112:13
113:15,22
115:11 148:5
151:4,7 161:24
161:25 183:18
reason 10:2
21:14 33:8
85:18 87:4,10
87:23 142:9
143:10 178:22
reasons 139:25
recall 11:20 23:4
24:13 25:7,9
38:1 43:9,16
63:1 64:16
83:15,21 94:4
98:24 101:15
101:25 108:24
113:2,20
117:24 120:24
121:15 124:9
136:21 138:3,6
139:9 142:6
146:12 148:16
166:7 167:22
180:15 181:17
182:1
recap 22:4 51:1
receive 25:23
117:22 152:1
157:23 167:12

22:17 26:6
27:2 33:19
39:11 67:23
69:20 70:18
75:17 79:17
86:7 95:13
96:12 121:13
161:6,7,8
166:2 179:6
180:19
receiving 15:14
37:2 95:20
98:24 163:9
167:24 181:17
182:1
recess 91:5
recognize 73:6
167:15 174:16
recollection
11:13,22 12:3
recollections
11:5 12:7
recommended
114:5
reconvene 90:9
record 5:4 6:3
7:14,15,16,22
8:2,9,12,14,16
8:19,20,23,25
9:1,11 10:13
12:21,24 13:20
15:18 16:25
17:8 22:8
24:21 34:17
71:4 76:9 91:1
91:2,8,17 92:4
94:16 95:10
105:1 108:13
117:6 137:18
137:21 140:4
182:17 183:3
189:6 191:10
recorded 8:10
8:20 9:12
190:12
recording 8:3,4
8:5 12:19 13:2
13:3,6,9,11
15:9 25:5

records 13:21
25:8 26:1
169:1
recounting
146:11
recycled 93:10
redacted 92:15
redemption
47:21,22
reduce 125:13
reduced 57:24
191:12
reducing 18:19
refer 16:19
reference 51:14
107:12 119:14
119:25 146:17
referenced
47:17 53:9,12
76:24 83:7,25
101:14 107:5
123:23 131:21
135:21 161:7
173:25
references 106:2
referencing
83:21 176:22
referring 20:5
41:21 51:20
77:1 132:10
170:7
refers 52:24
reflect 79:10
refreshes 12:3
refuse 18:7
reg 134:19
regarding 45:3
65:18,20 71:6
94:24
regards 84:25
95:4
Regional 2:8
registered 23:11
28:12 31:1,17
registration
78:11
regular 55:24
132:14 158:24
relate 23:8

related 30:13
136:22 191:14
relates 181:23
relating 92:5
137:2
relationship
32:17 33:17
35:13 83:13
115:14 121:21
123:8 145:16
149:3 171:3
relationship/i...
33:14
relationships
32:22
relative 47:20
release 112:16
166:16 188:23
relied 72:16
136:14
rely 15:11
relying 88:18
remember 11:21
44:18 47:5
56:10 111:19
120:24 123:16
161:8 173:16
173:17 179:11
reminded 27:10
remote 111:25
112:3
remotely 5:12
repeating 58:11
replace 64:9
81:8,9
replaced 85:13
85:15
replacing 97:1
report 96:2
147:18
reporter 6:18
7:14 8:5 9:18
9:22 13:9
14:15,20,23,24
34:18 91:9
99:19 159:18
167:5 182:15
191:1
reporter's 16:6

19:10
Reporting 1:24
represent
104:16
representation
48:22 171:7
172:8 173:5
representative
53:2 118:2
represented
17:4,9,16
176:13
request 12:22
13:8 14:21
17:21 22:7
24:20 111:24
requested 3:8
16:9 20:24
21:10 79:2
147:16 152:10
requesting 75:3
requests 22:24
77:16
required 71:24
78:13,23 87:8
186:17
requirement
12:18
requirements
79:9
rescind 61:6
research 123:19
150:19
researching
108:6
resold 106:10
resolved 142:24
148:14 188:8
188:10
Respectfully
72:4 75:15
respectively
129:20,21
respondent 29:4
29:8,12,16,24
response 23:20
62:19 96:20
99:4 135:17
150:22 170:16

responsibility
71:12 75:12
responsible
156:1
responsive 11:6
11:13,23 12:6
24:1
rest 185:25
restate 102:11
restructuring
77:17
retirement
28:13 110:2
return 45:15
54:25 57:5
60:24 61:7
107:10 109:16
109:16,17
114:9,19,22
128:1 131:11
140:16 151:9
152:12 158:3
158:13,20
163:19 164:15
164:16 170:3
171:22
returned 50:3
74:5 162:8
returns 125:16
126:15 146:25
168:25
reuse 42:18,23
revenue 103:24
175:4
revenues 102:23
125:7 129:4
reverse 174:18
176:25 178:17
review 10:18
15:11 16:24
76:6
reviewing 12:2
reviews 143:20
Rialto 70:6
riding 93:24
right 5:15 9:9
13:2 14:11
15:6 16:13
17:2,9 19:17

20:5 26:14
27:15 28:3,23
35:5 38:3 41:1
46:23 51:8
53:17,18 60:11
61:6 66:24
68:1 69:7,25
70:17 73:4
77:24 80:7,18
82:14 90:19,21
92:13,18 93:8
107:14 117:2
117:19 124:5
133:17 134:12
139:20 141:14
151:21,23
159:4,22 163:4
168:4,5,5,7
169:6 170:11
172:22 178:19
180:10 181:7
181:13 182:24
183:21
**rights** 18:6
47:20
**rigmarole** 35:22
**risk** 55:12
172:13
**ROI** 176:1
**role** 31:4
**room** 6:10
**Rotate** 168:6
**round** 35:24
61:11
**RPR** 191:7
**rubbed** 146:25
**run** 37:19 110:6
**running** 27:23
**RWA** 92:24
_____
**S**
**S** 3:1,24 4:1,9
5:1 72:4 73:16
83:1 91:6,6,6
**S-i-d-d-i-q-u-i**
95:6
**S-W-I-F-T**
75:10
**safe** 55:14,19

126:4 147:2
**safety** 72:23
**salaries** 160:4,19
**sale** 106:23
128:25
**sales** 53:1 111:7
113:22 165:5
**sample** 127:4
**satisfaction** 59:8
**saw** 25:17 27:4
42:5 73:1,2,16
76:23 77:14
80:10,20 81:11
82:24 83:2
84:16 91:23
95:1 101:18,21
101:22 106:21
122:1,5 124:24
127:10,11
138:10 139:5
139:20 147:18
150:23 151:7
173:10 177:21
177:22
**saying** 8:3,4,6,6
44:23 49:8
54:12,12,21
56:22 57:4
58:2 61:21,23
62:6 66:16
69:2,11 84:23
88:8,13 100:20
103:17,18
104:1,12 115:2
115:15,20
116:22 118:12
118:17,18,19
120:11 130:15
131:10 134:3
146:1,16 149:8
149:15 150:8
159:6,15 163:4
171:13 174:10
174:11 175:8
176:2 184:25
188:13,15
**says** 7:23 36:7
38:9,10,13
47:12,16 48:15

70:7,24 71:6,9
71:21 74:4
75:3 77:10,16
77:25 78:10,16
83:6 84:12,15
89:6 92:18
93:18 95:10
96:5 99:20
124:6 132:8,8
133:18 136:19
140:6,10
145:20 148:7
152:15,16
154:4 157:15
170:2 172:1,10
175:22 176:24
177:1
**SBLC** 47:18
131:21 171:15
**scam** 151:10
**scheduled** 95:15
95:18
**scheduling**
93:20
**scratch** 22:12
**screen** 16:21
18:15 19:22
41:16 51:9,23
66:6,13,17
67:15 68:16,17
68:22 69:9,25
81:17 92:13
93:2 96:23
99:7 117:3
119:12 132:15
136:23 178:8
**screen/proof**
98:19 99:16
**screens** 182:7
**screenshot** 12:14
12:23
**screenshots** 15:9
**screwed** 37:11
**screwing** 37:12
**scribbled** 22:12
**scroll** 16:14
19:17 51:7
79:6,7 80:5
84:13,14 92:21

**SE** 2:19
**sealed** 48:6
80:22
**search** 20:23,25
**season** 113:12
**SEC** 2:22 3:13
5:2,7 18:10
29:1,5 30:4
41:13 44:12
51:16 69:22
73:7 76:1
82:17 84:1
92:9 98:21
129:8 135:5
142:17 143:10
143:11 145:19
146:2,21
147:15 167:18
178:24 180:7
181:1
**second** 22:20
28:24 43:21
51:23 52:19,21
68:21 69:9
73:4,18,19,22
74:1,24 82:16
95:24 96:22
98:13,13
154:15 157:3
182:23
**section** 19:24,24
20:19 22:22
117:17 132:16
133:4 135:22
135:25 136:18
136:21 140:4
175:19
**sector** 140:12
**secure** 52:17
56:20 134:6
**secured** 3:21
47:12,16 50:19
100:2 131:20
134:5 170:2
180:12
**securities** 1:1,9
2:3,7 6:14 7:2
29:13 30:13
91:11

**security** 49:22
**see** 8:1 13:19
15:25 16:15
18:17,18 19:4
25:18,25 44:9
45:10 46:9
53:19 56:2
60:9 62:22,24
63:18 64:20,24
65:7,9 69:17
69:21 74:11
77:19 78:5,20
79:14 80:4,11
86:25 89:25
90:2 92:13
93:1,11,18
95:2,3,22
98:18 112:16
117:10 119:12
119:13,15
126:21 127:5
129:21 132:17
138:13 140:19
152:11,12
161:2 165:23
167:5 169:1,21
170:4 171:10
171:19 178:7
181:25 182:6
182:15
**seeing** 24:13
83:15 94:8
101:15 117:18
133:24 136:21
139:7 173:16
173:18 180:15
**seen** 74:13 76:7
76:18 80:8,13
83:23 85:3
88:7 101:24
135:10,14
169:12 172:21
175:8
**seizure** 49:6
**sell** 115:24
127:22 177:3
**selling** 61:4
**send** 21:24
22:15 24:15

27:3,19,22
28:1 33:6
35:10,14,23
36:7,8,8,10,15
36:17 37:9,13
37:16 38:8,9
38:10,11,14,14
38:17,25 39:3
39:4,7,13,17
39:18 40:22
42:4 43:5,24
43:25 44:2,3,5
44:19,23 45:1
46:1 67:18
68:16,22
100:10 110:9
119:1 142:22
145:22 147:16
148:13 150:12
154:10 155:22
157:2 161:16
163:14,23
164:19 166:8
174:2 178:5
188:9
sending 14:19
38:19 42:22
81:14 88:2
100:12,14
112:14 155:5
senior 2:6 6:13
174:20
sense 14:8 23:15
59:17 119:10
151:15 153:21
154:1 160:6
164:4,5 174:6
sent 18:20 23:21
25:4,5,12,13
27:8 33:1,7,22
34:1,3,10,13
36:18 37:8
38:12,25 39:8
43:4 44:22
45:4,21,24
50:23,23 52:23
53:7 61:11
62:13 64:22
65:10 66:6,17

68:18 85:1
92:16,17 94:6
96:22 98:13
105:14 110:15
111:22 113:8
119:20 128:4
132:12,13
133:13,15,16
135:18 142:22
145:9,10,12,25
147:14,19
149:6 151:20
153:7,10,18,18
154:4,13
155:16 156:4,8
156:18 162:2
162:12 168:11
168:16 174:2,3
174:4,6,7,12
174:13 182:4
183:11
sentence 171:25
175:20
separate 31:22
32:11 156:19
158:25
separately
117:14
September
39:12 62:5
109:2,3,24
154:14 155:8
156:11,15
163:19 183:10
series 7:9 42:8
52:9 53:14
62:1 65:17
122:18 129:18
153:23 156:7
158:12 163:8
serious 123:16
serve 96:9
served 28:17
server 96:8
98:18 99:16
service 75:5
76:12,24 80:11
87:9 101:19
161:24 175:24

176:3
services 1:24
72:4 173:7
176:24
session 102:12
set 17:24 31:22
31:25 32:1,5
33:3 36:1,2
39:15 40:14
51:7 54:3
112:6 123:2
131:9
setting 101:7
share 26:18 45:5
45:6 59:24
93:24 127:1
187:4,11,16
shared 12:16
16:21 32:8
41:17 51:9
132:15
sharing 18:15
shift 46:6
shortly 67:23
98:14,15
shot 66:6,17
68:17,22 69:9
183:14
shots 178:8
show 12:10 14:1
50:20 62:3,15
62:15 65:16
73:4 81:22
82:20 84:4
89:19 94:7
98:12 103:9
104:17,18,20
106:16,24
108:17,20,21
109:1,9,23
110:1,2,3,14
110:18 111:1,3
111:18 112:12
112:17 120:4
129:11 131:18
135:8 138:17
171:4 174:18
174:25 179:24
180:23 181:7

181:21
showed 25:11
54:7 59:22
79:20 104:21
120:1 123:13
showing 56:25
58:7 65:24
73:10 96:3
shown 15:22,24
53:13
shows 54:17
117:12 182:9
shut 152:17
185:20
side 102:10
106:14,24
115:1 118:5
158:1
sides 106:6
sign 40:23 99:19
130:20
signature 65:24
79:8,10 80:4
95:8
signed 33:16
45:25 48:6
54:8 72:3 74:5
75:2,15 80:3,6
80:22 95:4,8
105:17 126:6
126:22 127:1
127:21,23
significant 149:5
signing 130:5
165:15
similar 69:18
101:12 119:8
simple 28:2
simplest 125:14
simplistically
171:13,23
Singapore 94:22
single-person
32:3
sit 81:23
site 20:21
168:13 181:20
sitting 114:17
166:14

six 154:19
163:15 173:6
sliced 55:25
slide 105:10
106:4 125:5
127:11 128:3
128:16 138:11
173:17 174:16
175:15,16,18
small 31:23
smaller 58:16,17
SMB 176:25
smoking 78:15
snapshot 170:1
solicit 109:5
solid 52:17
170:6
somebody 13:21
13:22
someone's
146:25
something's
143:1
soon 176:1
sooner 187:19
sorry 20:8 27:23
34:21,21,21
37:10 38:10
43:23 50:12,13
51:12,22 78:7
84:13 93:4
94:10 130:8
149:25 153:4
159:4,18,20
162:20 167:16
179:13,19,19
181:5,6,25
sort 11:15 73:12
94:17
sorts 151:4
sound 44:15
184:15
sounds 54:11
59:5 77:14
114:20 116:6
184:16
source 33:12
157:17
sourced 108:5

sources 57:8
  107:21
space 13:14
  31:18 124:15
  165:18
speak 122:25
  124:5,7 139:23
  148:15 162:20
speaking 68:15
  120:25 123:12
  137:20 146:2
  148:11 176:21
speaks 23:5
  101:17
special 113:17
  158:10 159:6
specific 11:7
  12:7 100:9
  133:20
specifically
  40:12 42:17
  43:9 77:5 97:8
  123:25 136:14
specifics 74:7
spell 6:2 95:5
spelled 95:6
spellings 167:6
  182:16
spells 78:9
spend 125:10
  126:18 150:25
spending 78:18
  124:15 126:9
  126:10
spends 126:5
spent 124:21
spoke 43:10,18
  50:8 52:25
  112:2 121:7
  122:21 142:1
  153:9 165:2
  177:10 185:8,9
  189:3,4
spoken 121:11
  142:4 147:8
  149:20 183:19
spreadsheet
  25:11,18 26:8
  151:20 153:6

SR 2:4
SRVP 72:4
ss 191:4
stacking 129:2
staff 7:8,13 30:3
stage 186:21
stamp 46:3
Standard 5:5
  85:2 91:2,8
  95:21 189:6
standby 47:17
  52:2,10 54:14
  58:3,25 59:6
  59:19,23 60:1
  63:22 65:18
  69:15 70:25
  71:6,15,18
  75:4 79:3
  80:15 83:5
  84:8 85:9
  88:24 92:6
  96:24 97:10
  100:2 101:8,17
  104:4 109:20
  111:9 123:14
  132:1 134:9
  144:18 145:13
  149:7 170:8
  178:4
standing 107:20
standpoint
  55:24 145:15
start 103:7
  105:15 108:10
  108:11,12,13
  149:9 187:21
  187:22
started 58:18
  83:14 91:16
  108:15,22
  121:22 141:6
  145:15 154:7
  183:6,8,9
starting 90:21
starts 51:13
  163:16
state 6:2 7:5,10
  20:24 29:13,17
  30:6,9 31:2

86:3 177:22
  191:5,20
stated 6:23 19:9
statement 9:17
  26:11
statements 25:8
  25:14,19 26:8
  26:10 56:9
  141:14 161:13
  161:23 166:15
  166:17,21,22
  172:8 173:11
  175:4
states 1:1 137:22
  148:22 191:3
stating 75:23
statutes 17:24
stay 161:20
stenographica...
  191:11
step 102:4
Sticking 140:3
stipulation
  86:20
stockbroker
  114:16
stockbrokers
  115:23
stop 13:3 51:8
  90:6,19 181:8
  183:14
stopgap 100:25
  101:1 105:20
story 86:16
  103:4 108:14
  185:25
straight 185:4
Strandell 2:6
  6:19 91:11
  153:3 161:4
  162:4,18
  166:13
StrandellK@s...
  2:16
street 116:4
  170:20
street.com 107:7
  141:4
string 84:15

92:15
stroll 165:22
structured 45:11
  87:17 153:22
  154:2 184:11
stuck 146:7
  178:23
stuff 13:25 22:5
  22:13 23:12
  27:16 50:25
  52:16 87:19
  88:18 103:19
  108:4 110:20
  119:20 149:7
  169:8 170:10
  170:12 177:19
  179:22 180:3
  183:11
sub 78:10
subject 28:25
  29:19 92:24
subparagraphs
  77:10
subpoena 3:11
  16:11 19:11
  20:8,12,15
  21:4 27:9,11
  62:19 135:17
  188:24
subscription
  3:22 133:12
  154:5,8 156:4
  158:8 180:12
  180:22
subsection 19:18
  20:17 78:8
subsequent
  60:19
substantive 7:15
  27:16 91:18
success 103:13
  137:2,19
  141:12 146:14
successes 137:15
successful 61:22
  114:15 136:19
  136:25 137:24
  138:8 140:13
  141:1 142:14

170:21
successfully
  140:18 141:18
sufficient 23:3
  25:1 26:5
suggest 92:16
suggested 88:25
suitable 89:21
  134:22
Suite 1:10 2:9
  70:6
sum 42:9 164:3
summarize 7:15
  8:15
summary
  132:16
summer 83:14
Sunday 92:25
superseded
  86:18
supervision
  191:13
supplemental
  3:7 15:19 16:1
  16:8
supply 3:8,9
  16:9,10
support 50:20
  100:3 104:19
supporting
  138:6 178:14
supposed 13:22
  27:21 28:1
  37:9 142:21
  152:8 157:21
supposedly 57:6
sure 9:21 11:8
  13:15 14:16,17
  25:22 26:15,16
  32:15 35:5
  40:3 73:24
  97:6 99:5
  119:12 134:22
  147:13 157:24
  172:19 187:25
surely 61:20
swear 5:11
  150:3
SWIFT 75:10

93:21 95:17,20
96:1,3,4,6
**Swing** 168:6
**switch** 9:14 63:7
162:1
**sworn** 5:22
**system** 67:13,14
69:2 70:12
99:11 104:14

**T**

**T** 3:1,1 4:1,1
91:6
**tail** 64:23
**take** 5:6,9 7:12
8:8 12:13,20
12:23 13:1
14:13 15:8
24:23 36:6
43:7 46:1
66:14,16 76:5
89:14 99:9
108:25 116:25
119:2,21
121:24 122:15
131:17 135:24
160:24
**taken** 57:20 91:5
185:16 191:8
191:11
**takes** 35:1
122:16
**talk** 23:10 28:23
30:18 40:1
42:16 43:20
46:23 47:15
53:22,25 69:15
77:4 116:13
121:10 124:6
127:14 142:14
143:9 146:5,15
148:9 151:11
165:6,24
178:17
**talked** 17:7
55:12 102:12
104:3,6,7
107:9,12
110:21 113:21

115:22 117:4,6
117:22 120:15
121:22 130:16
146:13,15
158:2 173:1
177:12 179:25
**talking** 12:24
22:6,10 32:13
68:11 74:2
75:20 77:7
108:1 109:14
131:25 134:11
136:5 146:24
159:19 170:15
173:17
**talks** 52:22 53:6
133:5,6,11
135:25 168:2
**target** 176:18
**tax** 168:25
**taxes** 116:1
**team** 49:13
82:13 139:9
**technical** 37:1
**technology**
139:11
**teed** 165:24
**teeing** 80:9
**telephone**
148:24 149:1
**television** 8:2
108:20 110:13
110:14,16
112:6
**tell** 5:10,11 7:17
9:5,7 11:4,19
35:16,17 36:10
36:13,22 37:21
40:8 47:23
48:20 52:23
53:11 60:6,7
66:2 70:23
72:7,7 99:21
104:14,20
105:7 113:25
123:4 131:8
140:22 142:18
142:25 146:2
147:11 174:8

176:20 184:17
184:24 185:8
185:24
**telling** 8:24 88:3
116:21 118:19
118:20 145:3
147:4
**template** 43:4
127:4
**tend** 18:8
**tens** 107:15
**tenth** 113:13
**term** 89:13
128:2,2 140:5
**terms** 55:22
75:13 76:16
77:5,11 80:10
**testified** 5:22
30:2,8 41:25
88:21 130:10
152:6 173:2
180:2
**testify** 10:2,7
**testifying** 174:9
**testimony** 5:6
7:7,25 9:2,20
10:22 12:5
15:13 18:1
103:12 183:1
186:5 190:13
**Texas** 31:3 68:7
117:24 118:4
**text** 24:16
**thank** 6:1 96:11
139:15 162:5
186:20
**Thanks** 15:6
153:11
**theirs** 132:6,7,8
178:10
**theme** 58:12
170:18
**theory** 58:6
156:22 163:6
**TheStreet.com**
107:7
**they'd** 164:1
**thing** 26:5,7,19
38:18 44:7

55:25 70:24
72:22 81:2,6
82:7 85:12
87:21 89:19
96:22 98:7
118:20 130:21
132:25 144:19
154:3 163:23
170:24 172:20
177:16 179:10
183:25 188:7
**things** 10:24
22:9 37:6
55:13 63:12
72:11 87:8
88:20 90:7
94:1 97:17
102:19 108:7
142:12 149:19
154:10 186:24
187:22
**think** 14:2 23:6
24:23 26:20,24
32:24 35:18
41:24 42:2
43:16 44:7,22
45:9 52:5 53:1
55:15,22,24
56:3 60:17
62:14 64:1
65:3 68:8
78:21 81:20
88:2,5,20,25
89:15,20
103:12 104:8
107:14 108:16
109:1 111:2
113:12,16
115:15 119:25
123:15 139:17
141:14 142:1,3
142:10 143:10
143:15,22
147:17 148:21
151:6,13,14,21
152:5,6,8
161:10,11
164:7,8 165:13
165:20 166:23

169:16 177:1
180:2 181:10
181:24 182:12
185:12 186:18
187:14 188:22
**thinking** 60:5
112:22 144:14
**third** 113:12
154:16
**third-party**
177:19
**thought** 37:12
42:6 45:1 63:5
64:21,21,23
87:2 91:22
100:23 117:11
131:8 141:10
141:11 143:24
147:7 159:22
183:8
**thoughts** 173:10
**thousand** 47:6
**thousands**
126:19
**three** 80:14
105:4 129:20
153:23 164:9
176:1 183:14
**three-year**
155:18,25
158:16
**Thursday** 1:12
190:6
**tie** 157:13
**tier** 48:4 55:1
57:8 60:12
132:8 134:9
**time** 5:5 7:11,17
8:9 10:25
14:17 21:18
27:15 34:22
37:18 51:1
52:5,8,11 53:9
61:11 63:21
64:7 65:7
67:22 81:5
85:2 90:1,13
90:14 91:3,8
91:24 95:16,21

100:9 109:12
110:21 125:11
140:18 141:18
141:19 142:10
142:11 144:10
144:16 150:25
153:5,24
154:21,25
155:2 157:20
157:21,22
158:4 159:19
176:21 186:19
186:20 189:6
**timeline** 22:4
186:7
**times** 63:12
164:13
**timing** 107:3
**title** 41:18 76:11
135:20
**titled** 129:14
135:11 140:4
180:11
**today** 5:6 6:18
7:7 10:10,23
12:16 13:18
15:10 17:5,13
20:13 35:19,21
44:11 62:24
81:23 83:17
85:3 92:16
142:21,23
154:7 169:6
189:1
**today's** 6:16,21
12:11
**told** 42:3 123:8
127:16 130:17
132:4 142:4,10
188:6
**tone** 147:24
**top** 48:4 55:1
57:7 60:12
92:15 132:8
134:9 152:3
160:2
**top-tier** 172:9
**total** 153:16,16
**touch** 167:14

**touched** 184:6
**track** 105:1
137:18,21
140:4
**traded** 49:1
**traditional** 58:9
89:23
**tranche** 107:11
153:7,20 154:4
154:13,13,15
154:15,16,20
155:7,17,25
156:6,9
**tranches** 41:3
145:8 154:19
154:19 156:19
163:3 164:10
**transaction** 34:6
74:21 83:8
84:23 162:10
**transactions**
26:12
**transcribed** 9:12
**transcribes** 9:19
**transcript** 9:20
14:13,14 34:25
190:11 191:9
**transcription**
13:8 190:12
**transfer** 166:25
**transfers** 33:13
127:18
**transmission**
75:10,11
**travel** 63:11
**Treasury** 170:15
**tricky** 91:23
185:15
**tried** 57:16
**triggered** 147:3
**true** 100:20
114:20 116:6
119:9 151:10
190:11 191:9
**truly** 115:24
**Trump** 110:22
**trust** 44:5,20
116:23
**truth** 5:10,12

147:4
**truthfully** 10:3
**try** 7:10 27:1
65:12 92:1
117:14
**trying** 35:25
38:3,4 60:18
63:17 64:24
115:24 148:1
156:19 170:22
176:8
**turn** 182:15,20
**turnaround**
14:17
**turned** 91:25
187:3
**turning** 27:7
169:17
**turns** 88:4
**twice** 88:2
**two** 25:23 32:11
43:18 51:21,22
66:4 68:6
69:19 73:14
81:16 86:7
90:2,8 92:5
96:18,19 99:2
101:16,19
105:21 106:6
106:13 117:22
121:7 138:18
140:11 145:4
146:7 147:7
152:16
**two-year** 137:9
137:10
**type** 37:1 72:22
83:22 99:11
115:9 120:8
146:17 163:20
**types** 56:8
138:12
**typewriting**
191:13
**typically** 182:19

---

**U**

**U.S** 6:14 170:15
**Uh-huh** 50:11

51:2
**ultimately** 44:19
48:23 106:14
136:4 176:8
179:8
**umbrella** 125:19
133:9
**unable** 10:6
**uncertain** 11:14
11:16
**uncommon**
37:10 68:13
**underlined**
172:1,4 175:20
**underlining**
175:21
**underlying**
47:22 148:3
**undersigned**
190:10
**understand** 7:9
9:10,24 11:18
11:25 12:8,18
15:11 17:14,20
17:24 18:5
23:14 42:17,22
56:3,11 74:1
96:18 106:5
145:7 151:7
170:13
**understanding**
77:22 80:19,21
81:3,24 82:1
97:1 99:6,25
102:2 130:3
132:13 160:25
**understandings**
77:12
**understood**
18:13 97:12
124:20 127:12
127:15 133:9
137:7 144:11
**undertaken**
71:11
**unequivocal**
141:15
**unequivocally**
172:10

**unfortunately**
184:7,19,23
186:9,12
**unfulfilled**
171:16
**unique** 112:19
**UNITED** 1:1
191:3
**unknown**
144:23
**unquote** 38:15
52:15 59:16
**unrealistic** 114:6
114:13,16
**unrelated** 122:8
**unsigned** 127:5
**updating** 133:25
136:23
**upload** 166:20
**uploaded** 20:21
21:23 70:12
129:25
**uploading** 26:18
**UPS** 19:7
**use** 27:15 43:3
44:21 49:18
55:13 56:8
57:22 59:12,16
59:19,21 68:17
68:23 89:12
100:19 105:14
106:18 112:10
127:20 133:18
133:19 135:21
135:21 136:9
151:17 165:3
170:14 172:16
172:24 173:23
175:18
**uses** 127:19
**usual** 144:22
**Usually** 155:12

---

**V**

**vague** 11:10,15
36:14
**valid** 67:18 69:3
75:24 88:8
107:24 124:10

143:19
validate 99:12
validated 141:2
  141:7
validates 71:1
  139:6
validity 148:2
value 47:7 107:2
  163:25
Vanguard 151:3
variety 137:25
ventures 128:11
  128:11,20
  129:5 168:24
  169:7 175:3
  183:18 185:1
verbal 97:6
verbally 9:21
verbatim 71:14
  128:15 141:20
verification 54:6
  96:10 100:18
  120:6,8
verified 66:15
  119:22 120:7
verify 66:10,19
  68:20 120:10
versus 114:21
  115:24 130:23
  146:6
vertical 106:10
  138:8 173:6
  176:8
verticals 137:23
video 53:6,8,12
  53:13,22,25
  61:17 74:17
  112:1,1 138:10
  177:14
videos 52:9
  53:11,15,16
  54:13,18 55:23
  56:16,24 57:1
  61:15 72:25
  85:23,24 86:1
  88:7 105:11,24
  105:25 108:3
  122:18 123:12
  124:25 127:11

136:8,12
  138:21
viewer 18:25
viewing 139:7
violations 7:1,4
visible 18:16
voluntarily 3:9
  14:4 16:10

———————
W
wait 90:18,23
waiting 149:23
  176:9
walk 46:8
walked 116:18
Wall 170:20
want 5:10 8:22
  22:23 27:19
  40:18,20 44:3
  46:8 50:2
  57:18 58:21,22
  58:23 59:16
  60:16 61:6
  69:17 77:4
  82:9,20 92:3
  117:15 121:18
  129:11 131:17
  140:25 141:12
  142:18 143:11
  146:5 148:9
  150:10,15
  162:5 165:24
  167:9,11
  168:21 174:24
  179:4 182:25
  187:4
wanted 17:18
  36:4 42:9 45:8
  45:9,11,15
  58:19 86:21
  93:23 100:11
  100:15 105:18
  112:13 121:4
  123:17,17
  143:8
wanting 45:22
wants 148:9
Washington
  143:16

wasn't 22:2
  36:25 37:10
  39:24 83:20
  86:21 87:18
  97:18 100:22
  103:2,17,18,20
  110:17 143:19
  146:19 147:4
  161:24 177:19
watch 9:7 85:24
watched 85:25
  122:19,20
  123:12 124:25
  177:14
way 9:15 40:21
  45:16 54:25
  66:10 147:1
  169:17 184:15
  186:22 187:19
ways 132:14
we'll 24:20 26:1
  26:25 28:4,23
  34:7 37:13
  38:9 42:16
  43:20 62:24
  65:1,7 67:18
  81:10,11,13
  82:9 89:14,16
  90:3,23 91:25
  111:24 188:9
  188:25
we're 5:6 8:24
  9:10,12,15
  13:13 14:16
  26:24 28:4
  32:13 34:17
  40:4 46:6
  49:17 54:23
  57:3,4,23
  60:11,15,18
  61:4,24 62:7,7
  62:8 69:1,2,15
  72:20,21,22
  74:2 77:7
  78:18 80:24
  81:7 82:7
  87:13,14,23,23
  89:12,15 91:1
  98:3,4 100:16

102:5,9,24
  103:6 105:6
  107:22,24
  108:1 115:20
  116:25 118:11
  118:17 120:12
  126:2 130:21
  131:25 145:15
  149:8,9 150:4
  150:5 151:12
  155:3,4 157:3
  157:4,6 158:6
  161:16,17
  163:15 164:24
  168:22 171:6
  181:10,12
  185:4,10,24
  186:1,5,16
  187:5,7 188:11
  188:12
we've 20:9 25:5
  49:14 56:22
  57:16 64:8
  67:14 78:16
  80:8,13 81:9
  89:25 98:6,10
  98:16 101:5
  102:5 104:24
  105:2,5,5
  117:4 118:13
  120:15 141:8,9
  145:8,9,11
  147:1 150:4
  151:13 153:18
  157:1 158:5
  164:20 172:14
  172:19 178:3
  184:1 187:2,21
  187:21
Webex 1:15 5:7
  5:12 6:18
  13:11,14 35:3
website 73:1
  74:15 75:18
  76:20 79:17,20
  83:18 177:22
  180:20 182:2
Wednesday
  84:10

week 94:1 98:5
  142:23 148:17
  179:8
weeks 121:8
weeks/month
  149:4
weight 151:5
well-connected
  110:24
Wells 93:22
  95:19 96:3,10
  161:11,11
  162:3,3,19
Wendy 21:8,9
  25:21 31:11
  65:9
went 16:24
  34:12 35:21
  41:6 49:23
  52:12 54:6
  62:1,4 64:7
  81:4 108:21
  109:19 110:12
  110:14 124:24
  130:4 131:2,2
  159:14 167:25
  177:21
weren't 21:22
  61:10 69:4
  100:6 120:10
  139:22
Westminster
  28:7
whatsoever
  11:13,22 83:25
wide 137:25
willing 37:5
winding 187:22
wire 25:8 33:12
  35:23 36:7,8
  37:9,16 38:5,8
  38:12 121:4
  142:21 156:11
  166:3
wired 145:4
wires 25:15
  26:11 33:1,6
  35:11 37:16
  39:14

**withheld** 21:9,9
**witness** 1:7 2:18
  3:3 5:21 15:5
  90:20 159:20
  186:19 190:4
**wonder** 174:3
**word** 22:3
  153:20
**words** 8:6 11:12
  13:17 109:18
  170:12,14
**work** 50:23
  53:21 102:3
  109:12 122:24
  123:6 178:18
**workbooks**
  152:16,17
**worked** 55:9
  58:6 88:10
  123:23 125:6
  127:13 136:6
  139:4 168:3
**working** 86:15
  98:3,4 111:5,5
  114:1,4
**works** 52:14
  53:7,20 55:5,7
  56:23 74:18
  108:23 124:11
  184:20
**worth** 101:8
  185:19
**worthwhile**
  125:10
**wouldn't** 35:13
  35:17 159:13
  161:16
**wow** 110:23
**wrap** 117:17
**wreck** 49:13
**write** 12:22
**writing** 22:5,13
**written** 107:8
**wrong** 147:1
  186:2
**wrote** 77:15
**Wyoming**
  129:16

**X**
**X** 8:9 98:6
  119:23 154:23
  156:20
**XYZ** 8:16

**Y**
**yeah** 5:18 6:4
  7:21 9:11,11
  12:1,9 13:20
  14:1 16:2
  18:17,23 19:23
  20:1,4,11,11
  20:20 21:7,7
  21:20 23:18,21
  23:21 24:3,15
  24:18,18,19
  25:4,10,10,10
  26:9,9,19 27:6
  28:7 31:16,21
  32:11 33:21
  36:22 37:4
  38:3 39:2,12
  39:12 40:5
  42:3,3,14,14
  42:20,20,20
  43:11,13,13
  44:22 45:24,24
  46:14,19,19,22
  46:22 47:13,13
  47:25 48:2
  49:21 50:22
  51:11,21,21,22
  53:14,19 54:19
  54:19 55:15,22
  57:1,1 58:10
  58:10 59:9,16
  61:19,19,19,23
  62:13,20,20
  63:17 65:5
  66:1,4,12,12
  66:18,20,23
  67:3,24 68:1
  68:13,25 70:11
  70:15,15,20,20
  72:6,14,18,18
  73:2,2,3 74:15
  74:23 75:19
  76:20 77:20

78:15 80:22
81:3 82:3,5,5
84:21 85:17,17
87:12,24 88:6
88:13,15 89:1
89:1,1 90:6,11
90:14,20 91:23
93:6,11 94:5,5
94:11,12 95:3
95:23 96:17
97:5,12,23
98:20 99:24
100:5 101:1,4
101:20,23
103:16 104:10
104:24,24
105:25,25
107:5 108:4,4
108:19 109:2
109:25 110:10
110:10,14
111:22,22
113:4,4,20,24
114:2 115:11
116:23 117:9
117:11 118:1,7
118:19,23
119:3,18 120:2
120:9,9,11,13
120:19,22
121:3,10,16
122:4,13 124:2
124:2 125:9,17
126:17,17,20
128:3 129:1,22
129:22,25
130:12,16,16
131:24 132:2,5
132:21,21
133:16,24
134:18,18
135:15,18
136:7,24 137:6
138:2,4,4,4,20
139:17 140:9
140:20,20
141:19,19
142:5,7,7,7,16
144:5,17,19,24

145:6 147:10
147:10,10,10
148:17,23
149:24 150:8
150:11 151:18
151:20,25
152:4,13,13,18
153:2,2,12,16
154:3,9,22
155:1,12
156:16,16,16
157:1,19,22,25
160:22,22
161:1,10,13
162:2,2,9,22
162:25 163:3
163:14 164:14
164:17,20
166:9,14,19,23
167:23 168:11
168:20,23
169:15,19
170:9,18,18
171:24,24
172:12 173:9
173:16,25
174:10,10,15
174:15,15,17
175:1,9 176:7
176:7,14,17,17
177:20 178:7,7
178:7,7,9,10
178:12,16,16
179:21 180:5
180:17,20,21
180:25 181:10
181:10,11,19
182:4,8 183:4
185:7,13 188:2
188:6,15
**yeah,this** 132:2
**year** 82:3,5,5
  85:21 107:11
  129:20,20,20
  163:8 164:2
  183:6,10
**years** 38:23
  107:20 115:19
  133:2

**yep** 16:5 19:16
  19:16 79:19,21
  79:23 95:3,23
  97:23,23 99:1
  117:16 132:18
  133:2,2 135:15
  136:16 170:5,5
  171:20 181:16
**yesterday** 21:20
  27:10 38:12
**Yield** 3:21
  180:12
**YouTube**
  106:18

**Z**
**zero** 150:1
  159:23
**Zion** 69:10
**Zions** 39:3,6,8
  39:24 67:8
  69:1 161:25
  162:1
**zones** 91:24
**Zoom** 90:21
  112:1,3

**0**

**1**
**1** 1:8 3:7 4:14
  5:2 15:21 16:1
  16:7 17:18,25
  18:15 23:2
  33:19 40:5
  41:20 51:4
  52:3 58:12,14
  58:16,17 60:8
  71:14 77:16
  78:24 93:5
  104:25 108:12
  116:13 120:17
  123:15,18
  130:9 131:19
  132:23 137:2,7
  137:8 153:2
  154:15 156:6
  157:2,4,12
  165:8 178:23
  180:1,4,6

| | | | | |
|---|---|---|---|---|
| **1:00** 65:4 90:13 | 115:3 116:15 | 41:5 51:4 52:3 | 117:23 | 30 128:19 |
| **10** 4:4 13:14 | 122:5 129:19 | 58:12,14,17 | **21st** 92:25 93:16 | 132:16 134:6 |
| 38:23 45:14 | 133:2 151:9 | 60:8 77:25 | 94:25 | 155:25 160:8 |
| 54:24 57:18 | 155:20 158:20 | 78:24 93:5 | **22** 4:20 94:11 | **30-90** 136:1 |
| 76:1,5,10,19 | 160:10 171:21 | 104:25 108:13 | 98:17,21 117:5 | **30,000** 157:6 |
| 79:7 80:1,8 | 188:7 | 116:14 117:10 | 117:23 | **305** 2:11,12,13 |
| 99:6,12,20,23 | **1451**7 28:7 | 117:11,12 | **22nd** 162:14,14 | **31** 133:5 |
| 100:2,7 109:15 | **15** 4:11 47:3 | 120:6 123:18 | 162:24,25 | **32901** 70:7 |
| 114:8 129:19 | 60:17 84:1,5,5 | 137:2,9,10 | 166:6 | **33131** 1:11 2:10 |
| 131:10 133:2 | 134:21 181:9 | 139:19,22 | **237** 78:9 | **350** 152:24 |
| 138:15 155:19 | **15.5** 158:17 | 157:5 165:8 | **237,000** 87:6 | **365** 72:2 |
| 158:14 | **150** 152:10,12 | 180:1,4,6 | **24** 135:13 | **366** 71:18 |
| **10-year** 45:13 | 153:14,15 | **2:30** 92:25 | **240,000** 78:4,17 | |
| **10:26** 1:15 5:5 | 161:6 | **20** 4:16 51:10,16 | 89:12,15 | **4** |
| **100** 11:8,11 | **150,000** 142:22 | 52:20 137:23 | **24th** 129:17 | **4** 3:16 16:16 |
| 28:22 31:5 | 145:4,22 | 154:7 155:25 | 179:5,12 | 24:7 41:5 51:5 |
| 32:2 42:7 56:1 | 147:14 153:8 | 166:5 | **25** 1:12 3:23 4:4 | 52:7,7 54:14 |
| 56:21 70:6 | 162:2 | **20-plus** 138:7 | 4:18,20 76:14 | 54:19 56:23,25 |
| 164:16 176:8 | **15th** 155:13 | **20,000** 157:1,3,4 | 80:2 190:6 | 58:1,2 59:24 |
| **100,000** 105:14 | 162:3 | 157:5 | **25th** 5:5 70:4 | 60:6 61:15,16 |
| 163:25 164:3 | **1662** 12:17 | **2015** 107:8,14 | 71:5 73:22 | 61:17,24 63:23 |
| **10th** 154:12,14 | 15:19 16:1 | 141:5 | 74:25 75:6 | 64:10,11 65:19 |
| 154:16,16,17 | 17:18 | **2016** 141:6 | 155:13 | 65:23 72:19,20 |
| 155:8 | **167** 3:20 | **2019** 3:23 4:4,9 | **26** 172:25 | 74:7 81:8,9 |
| **11** 4:6 171:6 | **17** 3:12 | 4:11 70:5 71:5 | **26th** 95:18 | 82:1 85:11,24 |
| 181:1,7,13 | **178** 3:18 | 73:23 74:25 | **27** 176:18 | 86:13,17 87:22 |
| **11:38** 85:2 | **17th** 19:6,13 | 75:6 76:14 | **2a** 78:8 | 97:2 101:5,8 |
| **12** 4:8 19:21 | 40:14 | 80:2 82:25 | **2b** 78:8 | 101:18 102:17 |
| 45:13,14 54:24 | **18** 3:12 4:11 | 83:12 84:10 | | 103:2,3,5,14 |
| 90:4 109:16 | 57:25 83:12 | 85:1,25 86:4 | **3** | 103:20,25 |
| 114:9 129:19 | 84:10,14 | 179:5,19,20 | **3** 3:14 16:15 | 104:6,25 105:6 |
| 131:14 133:2 | 116:14 137:9 | 181:18 183:7 | 23:24 24:1 | 115:10 120:15 |
| 137:10 155:20 | 137:11 146:24 | **202** 1:25 | 41:5 51:4 52:5 | 120:20,21 |
| 158:17 160:11 | 158:20 160:11 | **2020** 38:1 40:14 | 54:19,21 57:25 | 123:14,18,21 |
| 180:11 181:1,6 | **180** 3:21 | 64:18,23,24 | 60:8 78:21 | 123:22 135:5,9 |
| 181:7,22 | **181** 4:6,8 | 83:14,14 85:25 | 104:25 116:14 | 136:15 137:3 |
| **12-month** 128:2 | **18th** 4:9 82:25 | 121:23 129:18 | 123:18 129:8 | 137:11 140:3 |
| **12-year** 128:2 | 84:20 85:1 | 135:13 152:7 | 129:12 131:19 | 151:14 153:15 |
| **12%** 3:21 | **19** 4:13 41:13,18 | 179:17 183:7,7 | 135:22 136:15 | 158:21 160:10 |
| **12:00** 65:3 91:2 | 45:3,21 46:9 | 183:8 | 137:2,10 | 165:7,10 |
| 91:4 | 46:11 | **2020-ish** 109:24 | 151:13 158:15 | 167:22 168:14 |
| **129** 3:14 | **191** 1:8 | **2021** 1:12 3:12 | 165:7 180:1,3 | 169:24 171:5 |
| **13** 158:13,15 | **1950** 1:10 2:9 | 4:18,20 5:6 | 181:9,23 | 172:24 174:5 |
| **135** 3:16 | **1st** 181:18 | 19:6,13 92:25 | **3,000** 78:10,14 | 174:12 179:3 |
| **14** 4:9 45:15 | | 93:17 94:25 | 87:7 | 179:15 180:13 |
| 54:24 57:4,15 | **2** | 163:19 190:6 | **3.4** 151:13 | 182:7 183:12 |
| 58:1 82:17,21 | **2** 3:12 16:15 | **20th** 12:22 | **3.5** 158:18 | **4,650,000** |
| 84:17 109:16 | 18:10,15 20:6 | **21** 4:18 92:9,14 | **3:00** 90:9,12,12 | 152:24 153:18 |
| 114:9,18,24 | 22:23 23:15,20 | 93:15 94:10,15 | 90:19 91:8 | **4.6** 158:3 |

**4.65** 158:4
**4:56** 189:6,7
**400,000** 152:9
**41** 4:13
**450** 152:11
   164:18
**467-9200** 1:25
**48** 177:2,6

**5**
**5** 3:4,7,18 16:16
   24:10,21 26:25
   41:4 42:2 50:1
   50:2 57:14
   60:6,18 61:9
   61:18,25 62:10
   62:12 63:25
   64:4,12 65:21
   71:18 72:20,21
   77:7,18,22
   79:12,25 80:3
   80:16,25,25
   81:4,4,5,20,24
   82:8 85:14
   86:14,18,19
   87:24 92:7
   96:25 97:11,15
   97:19 100:3
   101:18 102:18
   103:6,10,15,21
   104:5 111:7
   116:10 120:18
   120:22 123:10
   123:15,21
   124:1,3 125:22
   125:23 127:17
   127:17 128:7
   128:21 130:11
   130:14 131:12
   131:13 133:2
   133:16 137:5,6
   137:7,11 140:3
   144:8,8,12
   149:9,10
   151:16,22,24
   165:7 167:16
   174:7,11
   178:21,24
   179:2 182:7

   185:18 188:4
   188:12,17
**5,500,000**
   152:24
**5,506,000**
   152:18
**5.5** 153:16,16
   158:2
**50** 57:6 61:20
   62:15 66:25
   176:18
**50,000** 47:9
**500,000** 47:3
**506(c)** 134:19
**51** 4:16
**521-6808** 188:2
**567** 156:7
**567,000** 156:7
**57** 163:13
**57,000** 163:15
**57,508** 162:22
   163:9

**6**
**6** 3:20 25:1,3
   26:3,25 64:12
   95:21 100:4
   120:16,20,21
   144:9,13,15
   149:9,12
   167:18,21
   168:8 169:25
   171:5 172:23
   188:5,12
**60** 107:10
**6808** 188:3
**69** 3:23

**7**
**7** 3:21 19:18
   26:4,25 100:4
   149:21 180:7
   180:11,14
**7,000** 162:17
**7,508** 162:16
**7/18/2023**
   191:21
**700** 70:6
**73** 3:25
**76** 4:4

**799** 96:9
**7th** 142:1

**8**
**8** 3:23 69:21,22
   70:1 73:16
   80:8 100:4
   114:21,23
   115:3 180:24
**80** 177:3,6
**800,000** 100:15
   142:20 152:19
   178:5
**80021** 28:8
**80023** 28:8
**801** 1:10 2:9
**803,000** 164:22
**82** 4:9
**84** 4:11
**850,000** 151:22
   164:20 183:20

**9**
**9** 3:25 73:7,11
   76:23 77:15
   80:8
**90** 128:19
**903** 188:2
**92** 4:18
**98** 4:20
**982-6335** 2:11
**982-6385** 2:12
**982-6397** 2:13

CERTIFICATE OF REPORTER

UNITED STATES OF AMERICA ) ss.:

STATE OF MARYLAND      )

     I, **MARY GRACE CASTLEBERRY**, **RPR**, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties for the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

*Notary Public in and for*

*the State of Maryland*