**EXHIBIT 24**





# HARBOR CITY

## HCCF-3 LLC Business Plan

## Confidential – Do Not Distribute

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# DISCLAIMER

This presentation is for informational purposes only and does not constitute an offer to sell or a solicitation of any offer to buy securities. Any such offer or solicitation will be made only by means of a confidential Private Placement Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision.

This presentation contains forward-looking statements, and nothing contained in it is, or should be relied upon as, a promise, guaranty, or representation as to the portfolio allocations or future performance. Any statements, estimates, or projections with respect to such future performance are based on assumptions which may or may not prove to be correct.

■ **Harbor City Group**
100 Rialto Place, Suite 700
Melbourne, FL 32901
(321) 608-0605 US/Intl.
(888) 528-4540 US Toll Free
www.HarborCity.com

■ **JP Maroney**
Founder/CEO
jp@harborcity.com
(321) 608-0605 x 704

■ **Devaughn Dames**
Chief Financial Officer
cfo@harborcity.com
(321) 608-0605 x 707

HARBORCITY ②

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# EXECUTIVE SUMMARY

Harbor City discovered a high-yield, niche investment opportunity hidden in the $200 Billion internet advertising sector — providing bridge funding for high-ROI online lead generation campaigns.

These campaigns consistently generate 20%-45% ROI in 90-days or less. We provide the funding to cover the 30-90 day gap between when the campaigns generate the leads and when they get paid for the leads.

The funding is provided as a line of credit that is guaranteed by a UCC-1 filed lien against accounts receivables and purchase orders as collateral. This mitigates our risk of capital loss by providing us a secure position with guaranteed repayment, and allows us to safely earn 2-3% every 30 days for providing the campaign funding.

Harbor City Capital is scaling it's campaign funding capacity via HCCF-3 LLC by issuing $1 Million in secured 2-year bonds that pay 1.5% each month in current interest income to bond holders with full return of principal at maturity. Our collateralized guarantee when funding the campaigns provides investors a safe way to earn 18% annual yield with monthly cashflow.

The par value of each bond is $1,000 with a minimum investment of $50,000, and is available only to accredited investors. The bonds are issued via HCCF-3 LLC, a special funding vehicle managed by Harbor City Capital Corp, and the campaigns are executed by Harbor City Digital Ventures, Inc.



**HARBORCITY** 3

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# WHAT IS HCCF-3 LLC?

◆ A Nevada limited liability company

◆ Wholly owned by Harbor City Capital Corp

◆ Created as a special purpose vehicle to issue 18% High Yield Bonds

◆ 100% devoted to funding digital media campaigns in the lead generation sector for Harbor City Digital Ventures, Inc.

**HARBORCITY** 4

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000068

# WHAT PROBLEM DO WE SOLVE?

◆ Harbor City Digital Ventures, Inc. ('DV') solves the #1 problem faced by most companies; how to acquire new customers.

◆ DV gives companies access to a predictable flow of new customer leads, at a fixed-rate per lead.

◆ Often, a 30-90 day gap exists between when DV generates the leads, and when the company is paid for the leads, and in order to service large (10,000-100,000+) lead orders, DV needs capital funding to buy advertising to scale the campaigns and deliver leads in its demand-driven customer pipeline.

◆ HCCF-3 LLC provides the funding to cover that gap, and is paid 2%-3% every 30-days for providing the funding, and DV provides the accounts receivables and purchase order assets as collateral to secure the loans from HCCF-3 LLC.

HARB⊛RCITY  ⬤5

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FHPAA000590

# Business Model

CONFIDENTIAL TREATMENT REQUESTED BY FHPAA



FINRA000291

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# HOW HCCF-3 LLC AND ITS INVESTORS MAKE MONEY

◆ HCCF-3 LLC funds digital media campaigns by providing a line of credit secured by real assets including accounts receivables and purchase orders.

◆ HCCF-3 LLC receives interest income of 2%-3% every 30-days for money loaned to fund the campaigns.

◆ Investors in HCCF-3 LLC's 18% High Yield Bonds receive 1.5% per month in yield for their investment, an 18% annual return on investment.

**HARBORCITY** 8

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000092

# HOW SAFE IS THIS AND WHAT ARE THE RISKS?

◆ HCCF-3 LLC provides the funding for campaigns via a transparent, written contract between HCCF-3 LLC and Harbor City Digital Ventures, Inc. ('DV')

◆ The contract gives HCCF-3 LLC a secured interest via a lien against DV's accounts receivables and purchase orders.

◆ HCCF-3 LLC files a UCC-1 financing statement giving notice of HCCF-3 LLC's interest in the assets pledged as collateral.

◆ Due to HCCF-3 LLC's collateralized position, the principal and interest of the 18% High Yield Bonds are safe and secure.

**HARBORCITY**  9

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000093

# Opportunity

FRBA000204

CONFIDENTIAL TREATMENT REQUESTED BY FRBA

# HOW BIG IS THIS INVESTMENT OPPORTUNITY?

◆ The internet advertising sector now tops $200B per year worldwide – more than $80B in the US, and is now bigger than TV advertising.

◆ Companies have flocked to online client acquisition strategies in order to stay relevant and continue attracting new customers.

◆ Harbor City Digital Ventures, Inc. ('DV') has capitalized on this confused and highly fragmented market opportunity by providing a superior solution for lead generation online with campaigns that generate 20%-45% ROI in 90-days or less.

◆ DV has more than $164 Million in demand-driven customer pipeline orders for its lead generation services.

◆ Harbor City Capital Corp has identified funding of lead generation campaigns within the internet advertising sector as a rapid growth, high-yield investment opportunity, and plans to raise additional tranches of capital via series vehicles similar to HCCF-3 LLC, with a total capital raising goal of $100M+

HARBORCITY

11

FINRA000095

# LARGE & GROWING MARKET OPPORTUNITY

*"HC is uniquely executing in the Internet advertising market which is growing at a compound annual growth rate of 40%"*

## Internet Advertising

■ Worldwide: +$200B

■ US Market: +$80B

■ US Lead Generation: +$2B



**"A NICHE GOLDMINE"**
HC currently executes its arbitrage strategy in the highly inefficient +$2B U.S. lead generation market

HARBORCITY  12

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000096

# THE DIGITAL REVOLUTION: <u>INTERNET USERS</u>

***One of the greatest rising tides of our time is the Digital Revolution!***



**HARBORCITY**  13

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000097

# THE DIGITAL REVOLUTION: <u>ONLINE BUYING</u>

*One of the greatest rising tides of our time is the Digital Revolution!*



| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| (US$ billions) | $231 | $262 | $291 | $319 | $345 | $370 |
| Year-on-year growth | 14% | 13% | 11% | 10% | 8% | 7% |
| Share of total retail sales | 8% | 8% | 9% | 10% | 10% | 10% |

CAGR from 2012 to 2017: 9%

Source: Forrester Research Online Retail Forecast, 2012 To 2017 (US)

93281                                           Source: Forrester Research, Inc.

**HARBORCITY**  14

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000098

# THE DIGITAL REVOLUTION: <u>DIGITAL ADVERTISING</u>

*One of the greatest rising tides of our time is the Digital Revolution!*



**Quarterly Revenue Growth Trends 1996 – 2016 ($billions)**

Source: IAB/PwC Internet Ad Revenue Estimate, Q3 2016



**Digital Ad Spend Growth in the US**
*Revenue, in Billions*



| 2011 | 2012 | 2013 | 2014 | 2015 | 2016E | 2017E | 2018E | 2019E |
|------|------|------|------|------|-------|-------|-------|-------|
| 31.7 | 36.6 | 42.8 | 49.5 | 59.6 | 68.1 | 75.6 | 88.1 | 93.5 |

Source: PwC Global Entertainment and Media Outlook, 2016

BI INTELLIGENCE

HARBORCITY  15

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000099

# Market Analysis

FHPA000160

CONFIDENTIAL TREATMENT REQUESTED BY FHPA

# KEY DRIVERS OF DEMAND FOR NEW CUSTOMER LEADS

**HC provides businesses with exactly what they want… a source of new customers that is:**

- ◆ **Measurable:** Accurate insight into what's working, what's not, and what's profitable.
- ◆ **Predictable:** Avoid the peaks and valleys of traditional "spray and pray" marketing efforts.
- ◆ **Scalable:** Plan and execute business objectives.

**When deciding what a new customer lead is worth, companies must consider:**

- ◆ **Customer Lifetime Value (LTV):** How much money an average customer is worth over their lifetime.
- ◆ **Customer Acquisition Cost (CAC):** Calculated by dividing all costs spent acquiring customers (marketing expenses) by the number of customers acquired in the period the money was spent.
- ◆ **Lead Conversion Rate (LCR):** How many prospective customers (aka leads) need to be acquired to convert a new customer.
- ◆ **Cost Per Lead (CPL):** How much it costs for the company to acquire a lead through advertising or buying leads.



*"Buying quality new customer leads is like trading dimes for dollars!"*

Companies invest in new customer leads because the numbers make business and financial sense.

**Example:** Let's say a company knows that each customer is worth $3,000 (LTV), and that it needs 10 prospective leads to get one customer (10% lead conversion rate). If the company could buy leads for $50 they would only be investing $500 (CAC) to acquire a customer worth $3,000… An easy decision!

**HARBORCITY** ⬤ 17

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# WHY NEW CUSTOMER LEADS SELL FOR LARGE PREMIUMS

◆ More than 78% of organizations have engaged in online lead generation programs throughout the last year, but only about 17% of these companies are actually meeting their lead generation goals.

◆ 63% of marketers say generating traffic and leads is their top challenge.

◆ 80% of marketers report their lead generation efforts are only slightly or somewhat effective.

◆ Lack of resources, such as staff, funding, and time, remains the biggest obstacle to successful lead generation for 61% of B2B marketers.

◆ Despite rapidly growing investment in social advertising, 46 percent of B2B marketers say they're unsure whether their channels have generated any revenue for their business.

◆ 70% of marketers say converting leads is their top priority.

*"76% of Chief Marketing Officers consider lead generation their biggest challenge."*

—Marketing Sherpa

**HARB⊕RCITY**

18

CONFIDENTIAL TREATMENT REQUESTED BY PNRA

# NEW CUSTOMER LEADS = $2B NICHE GOLDMINE

Within the behemoth +$80B U.S. digital advertising market, HC has uncovered and is actively exploiting a highly profitable niche market in the U.S. lead generation space that exceeds $2B.



**5 Reasons Why Harbor City Is Winning In This Profitable Niche:**

1. Competing On A Road Less Traveled
2. Fragmented & Highly Inefficient
3. A Disciplined Approach
4. High Demand, High Margins
5. Leads Sell For A Large Premium

**Performance-Based Internet Lead Generation:** Unlike other forms of traditional advertising where fees are paid up front and do not depend upon the success of the ads, with performance-based lead generation the advertiser pays only when a specific action is completed; such as an inquiry form completion, a webinar registration, an app download, a quote request, a white paper is downloaded, etc. This shift in marketing has successfully reversed the traditional value proposition of advertising and also allows for real-time measurement of ROI.

HARBORCITY  19

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# PROVEN LEADERSHIP TEAM



### JP Maroney
**Founder/CEO**

JP Maroney is an American entrepreneur and investor with more than 25-years experience starting, building, buying, and selling companies in publishing, media, advertising, software, ecommerce, training, real estate, and consulting. After more than a decade building digital-based businesses, JP Maroney founded Harbor City Capital Management, an alternative investment firm specializing in lead data arbitrage within the $200B Internet advertising sector. Since inception in 2013, the firm has generated double-digit annual returns for investors. A recognized business growth and marketing industry leader, JP Maroney also serves as advisor or board member with several other companies. Current and past clients include: Wells Fargo, Century21, Precision AutoTune, The Maids, Metric Property Management / BlackRock, National Apartment Association, Independent Bankers Association of Texas, Texas Association of Business, Texas Credit Union League, and numerous other franchises, corporations, and trade associations.



### John McLean
**SVP Operations**

For over 35 years John McLean has served as a consultant or corporate officer leading domestic and international operations. He has managed corporate intellectual property for firms and has been issued patents for his inventions. John has worked as a consultant to major oil companies, aerospace and other Fortune 500 companies along with extensive work with NASA, Navy and Army including municipal, state and Federal agencies. Many of these projects involved process improvement or innovative solutions to problems. He earned a BBA in Finance from Baylor University and BS in Civil Engineering from Texas A&M University including post graduate work in environmental engineering. John is a registered Professional Engineer and has a Lean/Six Sigma Black Belt. Additionally he holds certification in American Petroleum Institute's Q1 Specification for quality improvement.



### Michael Hadzipanajotis
**Chief Financial Officer**

Michael Hadzipanajotis is an accomplished Senior Executive/ CFO and CPA with more than 15 years of success in the banking, financial services, and accounting industries. Leveraging extensive experience with auditing and accounting, His broad areas of expertise include accounting, expansion, marketing, process improvement, IT, finance, financial analysis, banking, risk management, investments, and internal controls. Throughout his executive career, Michael has held leadership positions with Santander Bank, N.A.; MIT Federal Credit Union; Radius Bank; The Bank of New York Mellon Corporation, and Rockland Trust. He has overseen management of $6B private banking, $150M investment, $250M residential mortgage, and $1.5B commercial lending portfolios. Michael holds an MBA from Auburn University, College of Business and a BS, Accountancy from Bentley University. He is a Certified Public Accountant by the Commonwealth of Massachusetts.

**HARBORCITY**  **20**

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# PRO FORMA FINANCIALS

|  | Year 1 | Year 2 |
|---|---|---|
| Capital From Bond Sales | $ 2,000,000 | $ 1,965,000 |
| Bond Sales Expenses | $ 120,000 | $ - |
| Net Investible Capital | $ 1,880,000 | $ 1,965,000 |
| Interest Income | $ 470,000 | $ 491,250 |
| Legal & Accounting | $ 25,000 | $ 25,000 |
| Bond Interest Payments | $ 360,000 | $ 360,000 |
| Net Cash EOY | $ 1,965,000 | $ 2,071,250 |

*HCCF-3 LLC is a special purpose funding vehicle wholly owned and managed by Harbor City Capital Corp. The entity has no employees, and will be charged no management fee. The only potential expenses include sales costs from the bond sale, plus legal and accounting expenses.

HARBORCITY   21

CONFIDENTIAL TREATMENT REQUESTED BY FINRA



**22**

FINRA00106

# HARB#RCITY

# APPENDIX

## Harbor City Digital Ventures, Inc.

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

A Repeatable, Highly Scalable Business Model

# MORE CAPITAL + MORE CAMPAIGNS = MORE ROI



■ HC's 2018 strategic plan includes diversified campaigns across a variety of profitable online lead generation verticals (e.g., Real Estate, Financial Services, Home Services, etc).

■ Each portfolio vertical contains multiple offers (e.g., Company 1, Company 2, Company 3).

■ Each offer is split between a variety of campaigns, typically over different platforms (Facebook, Google, or Email broadcast.

**HARBORCITY**   **23**

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000167

# USE OF PROCEEDS: FUNDING A DEMAND-DRIVEN PIPELINE

Harbor City's current pipeline is extensive and rich with opportunity. The following represents the current pent-up, in-bound demand from various operating companies seeking HC's services and expertise. **Proceeds from this capital raise will be used to fund the ramp-up in lead production needed to service the current client pipeline**, and could begin creating predictable ROI as soon as 3-months from deployment.

| Vertical | Niche | Audience | Payout Per Lead | Target CPA | Projected Initial Ramp Period | | | Projected Steady State | | | Projected Annual Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Daily Productivity | Monthly Volume | Monthly Sales | Daily Productivity | Monthly Volume | Monthly Sales | |
| Financial Services | MCA/Business Funding | SMB | $50 | $27 | 25 | 500 | $25,000 | 300 | 6,000 | $300,000 | $3,600,000 |
| | High Score Personal Loans | SMB, RE Invstrs, Drs | $100 | $55 | 25 | 500 | $50,000 | 200 | 4,000 | $400,000 | $4,800,000 |
| | Investor Leads | Accredited Investors | $75 | $41 | 20 | 600 | $45,000 | 200 | 6,000 | $450,000 | $5,400,000 |
| | Reverse Mortgage | Senior Homeowners | $80 | $48 | 20 | 400 | $32,000 | 200 | 4,000 | $320,000 | $3,840,000 |
| | Mortgage Refinance (Broker) | Homeowners | $25 | $15 | 200 | 4,800 | $120,000 | 2,000 | 48,000 | $1,200,000 | $14,400,000 |
| | Mortgage Refinance (Direct) | Homeowners | $60 | $20 | 50 | 1,200 | $72,000 | 1,000 | 24,000 | $1,440,000 | $17,280,000 |
| | Life Insurance | General | $35 | $21 | 25 | 500 | $17,500 | 500 | 10,000 | $350,000 | $4,200,000 |
| | Credit Repair | General | $25 | $15 | 25 | 500 | $12,500 | 250 | 5,000 | $125,000 | $1,500,000 |
| Real Estate | Residential Real Estate | Buyers | $10 | $7 | 100 | 3,000 | $300,000 | 1,000 | 30,000 | $300,000 | $3,600,000 |
| | Residential Real Estate | Listings | $100 | $55 | 50 | 1,500 | $150,000 | 500 | 15,000 | $1,500,000 | $18,000,000 |
| Senior Healthcare | Cancer Screening | Seniors | $100 | $58 | 10 | 240 | $24,000 | 50 | 1,200 | $120,000 | $1,440,000 |
| | DME Back Brace | Seniors (Medicare) | $300 | $162 | 20 | 400 | $120,000 | 200 | 4,000 | $1,200,000 | $14,400,000 |
| Legal Services | Personal Injury Leads | Accident Victims | $250 | $200 | 20 | 400 | $100,000 | 1,000 | 20,000 | $5,000,000 | $60,000,000 |
| Business Services | Franchise | Opportunity Seeker | $300 | $165 | 10 | 200 | $60,000 | 25 | 500 | $150,000 | $1,800,000 |
| | Forex/Trading Edu | Individual Investors | $3 | $2 | 200 | 6,000 | $18,000 | 1,000 | 30,000 | $90,000 | $1,080,000 |
| | Structures | SMB, RE Investors | $50 | $31 | 20 | 400 | $20,000 | 200 | 4,000 | $200,000 | $2,400,000 |
| Home Services | Remodel (Appointment) | Homeowners | $100 | $50 | 25 | 500 | $50,000 | 200 | 4,000 | $400,000 | $4,800,000 |
| | Remodel (Form Lead) | Homeowners | $12 | $7 | 25 | 600 | $7,200 | 500 | 12,000 | $144,000 | $1,728,000 |
| **Average** | | | $93 | $54 | 48 | 1236 | $52,956 | 518 | 12650 | $760,500 | $9,126,000 |
| **Total** | | | | | 870 | 22240 | $953,200 | 9325 | 227700 | $13,689,000 | $164,268,000 |

## Use Of Proceeds

| | |
|---|---|
| Financial Services | 15% |
| Real Estate | 15% |
| Senior Healthcare | 20% |
| Legal Services | 15% |
| Business Services | 10% |
| Home Services | 25% |
| | 100% |

### Strong & Predictable Profit Margins

| | |
|---|---|
| Average Payout Per Lead | $93 |
| Average Cost Per Lead Acquisition | $54 |
| Profit Margin | 41.7% |

### Margins By Industry

| | |
|---|---|
| Financial Services | 45.6% |
| Real Estate | 40.0% |
| Senior Healthcare | 44.0% |
| Legal Services | 20.0% |
| Business Services | 43.0% |
| Home Services | 46.0% |

**HARBORCITY**

24

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000108

# Harbor City's Proven Arbitrage Strategy
# Generates HIGH RETURNS
# At Relatively LOW RISK!

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# STANDARD INVESTMENT RISK/REWARD GRAPH



**RETURNS**

**LOW RISK — LOW RETURNS**

**HIGH RISK — HIGH POTENTIAL RETURNS**

In traditional investment models, the higher the return, the higher the risk — the lower the risk, the lower the return. **However, Harbor City has redefined the risk-reward model by consistently generating HIGH RETURNS with relatively LOW RISK by executing within tight guardrails.**

**RISK**

**HARBORCITY**  **26**

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

## How We Execute
# CAPITAL PRESERVATION = TEST, SCALE, MANAGE!

### 📈 Stage One: Test

HC takes a value-based approach to testing new campaigns. By implementing a 'test-first' strategy HC protects the downside by setting loss limits on new campaigns. These limits approximate $500 per day and extend over a maximum 10-day period per campaign. Through proprietary technology and a systematic executional approach, HC implements, observes and analyzes each new campaign to tightly controlled precision limits over this 10-day period. The dynamic measured to determine the quality of a new campaign is the cost it takes to acquire a lead ("CPA") relative to the earnings generated from that lead on the supply side ("EPL").

### 📊 Stage Two: Scale

Once the dynamic is working in HC's favor (EPL > CPA) relative to certain pre-established hurdle rates, HC begins scaling up the dollars invested by 10-20%/day until reaching the target daily output of leads. Upon reaching this target daily output, HC monitors closely, utilizing tight guardrails to measure a campaign's performance against established benchmarks and KPI's.

### 📊 Stage Three: Manage

Each campaign follows a natural life-cycle where an element of fatigue eventually sets-in whereby the EPL relative to CPA dynamic begins to reduce. HC utilizes automation tools and basic levels of pattern recognition to observe these realities. Before a campaign ever approaches a negative ROI, the campaign is ended and dollars are reallocated into newer, higher-ROI generating campaigns that are in scale-mode.



This example graphic shows how during the test period we're at a net loss PER LEAD while we optimize to campaign during our tightly controlled testing period. It then shows how we cross the threshold into profitability, scale the campaign then the ongoing management.

**HARBORCITY** 27

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

How We Execute

# OUR TECHNOLOGY-DRIVEN & FORMULAIC APPROACH



**Situational Analysis**

Determine campaign KPI's. Define target CPA ($/lead/day-week-month). Map end-to-end click to conversion process

**Audience Research**

Research target market for campaign offer. Conduct in depth analysis of target avatar using latest analytics tools. Leverage existing data for audience modeling

**Creative Development**

Find and analyze relevant campaigns already performing in the market. Model, develop, and improve advertising collateral

**Campaign Planning**

Conduct channel analysis for suitability in regards to marketing channels, site traffic, geographic, age, gender, language, interests, behaviors, connections, and dozens of additional filtering options

**Controlled Testing**

Leverage analytics and optimization to achieve positive ROI, then incrementally increase media spending until target KPI's are achieved.

**Measure & Manage**

Monitor metrics for campaign creative fatigue. Utilize automation functions and proprietary algorithms to maintain performance

*"We execute against tight guard rails, limiting our loss exposure by protecting our downside and scaling up aggressively into what is working."*

**HARBORCITY**  28

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

How We Execute

# CONVERTING RAW INTERNET USERS INTO VALUABLE LEADS

**HC filters and refines raw Internet traffic and data to generate highly valuable new customer leads that are supplied to companies in profitable verticals.**





180 million US users on Facebook

Refined audience selection of 30 million

3 million impressions (people saw the ad)

150,000 clicks (visitors to the landing page)

15% Conversion Rate
=
22,500 leads generated

**HARBORCITY**  29

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# 3 WAYS HARBOR CITY MAINTAINS A ROBUST, DEMAND-DRIVEN DEAL FLOW PIPELINE

1. HC maintains a portfolio of standing purchase orders from ready lead buyers across a wide variety of industry verticals, creating insatiable demand and insuring virtually unlimited scalability.

2. HC maintains a high profile within the performance marketing industry by speaking at key events, delivering regular educational webinars, participating in media and podcast interviews, networking heavily within the industry, and exhibiting at specialized events.

3. HC recruits team members with deep networks within the performance marketing, digital advertising, and lead generation industries -- and within our portfolio verticals.

**Endless Demand From:**

1. Direct Advertisers

2. CPA Networks

3. Agencies

4. Lead Aggregators

5. Publishers

**HARB⊕RCITY**

30

FHMA00014

CONFIDENTIAL TREATMENT REQUESTED BY FHMA

# OUR COMPETITIVE ADVANTAGES

## How We're Creating High Barriers To Entry

◆ Most traditional lead generation companies or agencies focus on a specific industry or vertical. HC is industry agnostic, so we can strategically exploit the most profitable verticals, offers and campaigns, then pivot as the landscape changes.

◆ Unlike platforms such as Facebook, Google, Bing, etc., HC is advertising channel agnostic so we can go wherever the audiences are at any given point. As advertising platforms come and go, we can redeploy our capital and efforts rather than being "locked" into a dying channel.

◆ While most lead generation companies see leads as a transactional commodity, HC views lead records as "DATA ASSETS" that are durable and appreciable. HC repurposes and remonetizes lead data with additional offers to increase the gross profits derived from any lead. And, while the lead acquisition costs remains fixed, HC drives profits higher, delivering more margin to invest in advertising and allowing the team to outbid competitors.

◆ HC is far more than "a lead generation company" – it's a big data acquisition, mining, and monetization PLATFORM that leverages a massive marketing data cache, proprietary artificial intelligence and machine learning processes, and highly skilled human capital in order to create valued new customer leads more effectively and profitably than any solution. The HC team continuously seeks out and develops unique ways to increase performance, improve results, and deliver the ultimate product for buyers.



CONFIDENTIAL TREATMENT REQUESTED BY FINRA

# BIG MARGINS IN THE $135 BILLION DIGITAL MARKETING NICHE



# CASE STUDY: PERSONAL INJURY PAY-PER-CALL LEADS

| | |
|---|---|
| Total Capital Investment | $279,530 |
| Calls Generated | 5,844 |
| Average Cost Per Call | $47.83 |
| Conversion Rate | 22% |
| Conversions | 1,286 |
| Cost Per Conversion | $217.42 |
| Revenue Per Conversion | $300 |
| Campaign Revenue | $385,704 |
| Campaign Expenses | $41,930 |
| Campaign Profit | $64,245 |
| Campaign Qtrly ROI | 23% |
| Annualized Return On Investment (uncompounded) | 92% |



Advertisement On Google

"Attorneys gladly pay $300/call knowing 30%–40% turn into cases worth +$15,000 legal fees."

$300 revenue generated for each qualified call to participating law firms

HARB⊕RCITY

CONFIDENTIAL TREATMENT REQUESTED BY FHRA

# CASE STUDY: MORTGAGE REFINANCE LEADS

| | |
|---|---:|
| Total Capital Investment | $18,521 |
| Clicks Generated | 40,633 |
| Average Cost Per Click | $.46 |
| | |
| Conversion Rate | 1.6% |
| Conversions | 650 |
| Cost Per Conversion | $28.49 |
| Revenue Per Conversion | $37 |
| | |
| Campaign Revenue | $24,055 |
| Campaign Expenses | $2,778 |
| Campaign Profit | $2,755 |
| | |
| Campaign Qtrly ROI | 15% |
| | |
| Annualized Return On Investment | 60% |
| (uncompounded) | |



> *"Lead aggregator pays $37 per lead, then resells to mortgage brokers who earn +$3,000 per origination."*

$37 revenue per lead generated by sending qualified traffic to landing page.

**HARBORCITY** 34

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000118

# CASE STUDY: STUDENT LOAN FORGIVENESS

| | |
|---|---|
| Total Capital Investment | $49,910 |
| Clicks Generated | 145,743 |
| Average Cost Per Click | $.34 |
| | |
| Conversion Rate | 6% |
| Conversions | 8,890 |
| Cost Per Conversion | $5.61 |
| Revenue Per Conversion | $11 |
| | |
| Campaign Revenue | $97,794 |
| Campaign Expenses | $8,984 |
| Campaign Profit | $38,900 |
| | |
| Campaign Qtrly ROI | 78% |
| | |
| Annualized Return On Investment (uncompounded) | 312% |



*"44 million borrowers owe over $1.45 trillion in student loan debt – a huge, rabid market opportunity."*

**HARBORCITY**

CONFIDENTIAL TREATMENT REQUESTED BY FINRA

FINRA000119

35

**EXHIBIT 25**



EXHIBIT 25



# HARBOR CITY

HCCF-2 LLC Business Plan

Confidential – Do Not Distribute

# DISCLAIMER

This presentation is for informational purposes only and does not constitute an offer to sell or a solicitation of any offer to buy securities. Any such offer or solicitation will be made only by means of a confidential Private Placement Memorandum and in accordance with the terms of all applicable securities and other laws. None of the information or analyses presented are intended to form the basis for any investment decision.

This presentation contains forward-looking statements, and nothing contained in it is, or should be relied upon as, a promise, guaranty, or representation as to the portfolio allocations or future performance. Any statements, estimates, or projections with respect to such future performance are based on assumptions which may or may not prove to be correct.

**Harbor City Group**
100 Rialto Place, Suite 700
Melbourne, FL 32901
(321) 608-0605 US/Intl.
(888) 528-4540 US Toll Free
www.HarborCity.com

**JP Maroney**
Founder/CEO
jp@harborcity.com
(321) 608-0605 x 704

**Michael Hadzipanajotis**
Chief Financial Officer
cfo@harborcity.com
(321) 608-0605 x 707

HARBORCITY  2

# EXECUTIVE SUMMARY

Harbor City discovered a high-yield, niche investment opportunity hidden in the $200 Billion internet advertising sector — providing bridge funding for high-ROI online lead generation campaigns.

These campaigns consistently generate 20%-45% ROI in 90-days or less. We provide the funding to cover the 30-90 day gap between when the campaigns generate the leads and when they get paid for the leads.

The funding is provided as a line of credit that is guaranteed by a UCC-1 filed lien against accounts receivables and purchase orders as collateral. This mitigates our risk of capital loss by providing us a secure position with guaranteed repayment, and allows us to safely earn 2-3% every 30 days for providing the campaign funding.

Harbor City Capital is scaling it's campaign funding capacity via HCCF-2 LLC by issuing $1 Million in secured 2-year bonds that pay 1.5% each month in current interest income to bond holders with full return of principal at maturity. Our collateralized guarantee when funding the campaigns provides investors a safe way to earn 18% annual yield with monthly cashflow.

The par value of each bond is $1,000 with a minimum investment of $50,000, and is available only to accredited investors. The bonds are issued via HCCF-2 LLC, a special funding vehicle managed by Harbor City Capital Corp, and the campaigns are executed by Harbor City Digital Ventures, Inc.



HARBORCITY  3

# WHAT IS HCCF-2 LLC?

◈ A Nevada limited liability company

◈ Wholly owned by Harbor City Capital Corp

◈ Created as a special purpose vehicle to issue 18% High Yield Bonds

◈ 100% devoted to funding digital media campaigns in the lead generation sector for Harbor City Digital Ventures, Inc.

HARBORCITY  4

# WHAT PROBLEM DO WE SOLVE?

◆ Harbor City Digital Ventures, Inc. ('DV') solves the #1 problem faced by most companies; how to acquire new customers.

◆ DV gives companies access to a predictable flow of new customer leads, at a fixed-rate per lead.

◆ Often, a 30-90 day gap exists between when DV generates the leads, and when the company is paid for the leads, and in order to service large (10,000-100,000+) lead orders, DV needs capital funding to buy advertising to scale the campaigns and deliver leads in its demand-driven customer pipeline.

◆ HCCF-2 LLC provides the funding to cover that gap, and is paid 2%-3% every 30-days for providing the funding, and DV provides the accounts receivables and purchase order assets as collateral to secure the loans from HCCF-2 LLC.

**HARBORCITY**  ●5

# Business Model



# HOW HCCF-2 LLC AND ITS INVESTORS MAKE MONEY

◆ HCCF-2 LLC funds digital media campaigns by providing a line of credit secured by real assets including accounts receivables and purchase orders.

◆ HCCF-2 LLC receives interest income of 2%-3% every 30-days for money loaned to fund the campaigns.

◆ Investors in HCCF-2 LLC's 18% High Yield Bonds receive 1.5% per month in yield for their investment, an 18% annual return on investment.

**HARBORCITY** 8

# HOW SAFE IS THIS AND WHAT ARE THE RISKS?

◆ HCCF-2 LLC provides the funding for campaigns via a transparent, written contract between HCCF-2 LLC and Harbor City Digital Ventures, Inc. ('DV')

◆ The contract gives HCCF-2 LLC a secured interest via a lien against DV's accounts receivables and purchase orders.

◆ HCCF-2 LLC files a UCC-1 financing statement giving notice of HCCF-2 LLC's interest in the assets pledged as collateral.

◆ Due to HCCF-2 LLC's collateralized position, the principal and interest of the 18% High Yield Bonds are safe and secure.

HARBORCITY  **9**

Opportunity

# HOW BIG IS THIS INVESTMENT OPPORTUNITY?

◆ The internet advertising sector now tops $200B per year worldwide – more than $80B in the US, and is now bigger than TV advertising.

◆ Companies have flocked to online client acquisition strategies in order to stay relevant and continue attracting new customers.

◆ Harbor City Digital Ventures, Inc. ('DV') has capitalized on this confused and highly fragmented market opportunity by providing a superior solution for lead generation online with campaigns that generate 20%-45% ROI in 90-days or less.

◆ DV has more than $164 Million in demand-driven customer pipeline orders for its lead generation services.

◆ Harbor City Capital Corp has identified funding of lead generation campaigns within the internet advertising sector as a rapid growth, high-yield investment opportunity, and plans to raise additional tranches of capital via series vehicles similar to HCCF-2 LLC, with a total capital raising goal of $100M+

**HARBORCITY**  11

# LARGE & GROWING MARKET OPPORTUNITY

*"HC is uniquely executing in the Internet advertising market which is growing at a compound annual growth rate of 40%"*

## Internet Advertising

- Worldwide: +$200B
- US Market: +$80B
- US Lead Generation: +$2B



**"A NICHE GOLDMINE"**
HC currently executes its arbitrage strategy in the highly inefficient +$2B U.S. lead generation market

+$200B

+$80B

+$2B

HARBORCITY

12

# THE DIGITAL REVOLUTION: <u>INTERNET USERS</u>

*One of the greatest rising tides of our time is the Digital Revolution!*



Internet Users in the World

# THE DIGITAL REVOLUTION: <u>ONLINE BUYING</u>

*One of the greatest rising tides of our time is the Digital Revolution!*



(US$ billions)

| | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|
| | $231 | $262 | $291 | $319 | $345 | $370 |
| Year-on-year growth | 14% | 13% | 11% | 10% | 8% | 7% |
| Share of total retail sales | 8% | 8% | 9% | 10% | 10% | 10% |

CAGR from 2012 to 2017: 9%

Source: Forrester Research Online Retail Forecast, 2012 To 2017 (US)

93281

Source: Forrester Research, Inc.

HARBORCITY  17

# THE DIGITAL REVOLUTION: <u>DIGITAL ADVERTISING</u>

*One of the greatest rising tides of our time is the Digital Revolution!*

**Digital Ad Spend Growth in the US**
*Revenue, In Billions*



Source: PwC Global Entertainment and Media Outlook, 2016

BI INTELLIGENCE

**Quarterly Revenue Growth Trends 1996 – 2016 ($billions)**



Source: IAB/PwC Internet Ad Revenue Estimate, Q3 2016

HARBORCITY  18

# Market Analysis

# KEY DRIVERS OF DEMAND FOR NEW CUSTOMER LEADS

**HC provides businesses with exactly what they want… a source of new customers that is:**

◆ **Measurable:** Accurate insight into what's working, what's not, and what's profitable.

◆ **Predictable:** Avoid the peaks and valleys of traditional "spray and pray" marketing efforts.

◆ **Scalable:** Plan and execute business objectives.

**When deciding what a new customer lead is worth, companies must consider:**

◆ **Customer Lifetime Value (LTV):** How much money an average customer is worth over their lifetime.

◆ **Customer Acquisition Cost (CAC):** Calculated by dividing all costs spent acquiring customers (marketing expenses) by the number of customers acquired in the period the money was spent.

◆ **Lead Conversion Rate (LCR):** How many prospective customers (aka leads) need to be acquired to convert a new customer.

◆ **Cost Per Lead (CPL):** How much it costs for the company to acquire a lead through advertising or buying leads.



*"Buying quality new customer leads is like trading dimes for dollars!"*

Companies invest in new customer leads because the numbers make business and financial sense.

**Example:** Let's say a company knows that each customer is worth $3,000 (LTV), and that it needs 10 prospective leads to get one customer (10% lead conversion rate). If the company could buy leads for $50 they would only be investing $500 (CAC) to acquire a customer worth $3,000… An easy decision!

HARBORCITY  20

# WHY NEW CUSTOMER LEADS SELL FOR LARGE PREMIUMS

- ◆ More than 78% of organizations have engaged in online lead generation programs throughout the last year, but only about 17% of these companies are actually meeting their lead generation goals.

- ◆ 63% of marketers say generating traffic and leads is their top challenge.

- ◆ 80% of marketers report their lead generation efforts are only slightly or somewhat effective.

- ◆ Lack of resources, such as staff, funding, and time, remains the biggest obstacle to successful lead generation for 61% of B2B marketers.

- ◆ Despite rapidly growing investment in social advertising, 46 percent of B2B marketers say they're unsure whether their channels have generated any revenue for their business.

- ◆ 70% of marketers say converting leads is their top priority.

*"76% of Chief Marketing Officers consider lead generation their biggest challenge."*

*—Marketing Sherpa*



HARBORCITY

21

# NEW CUSTOMER LEADS = $2B NICHE GOLDMINE

Within the behemoth +$80B U.S. digital advertising market, HC has uncovered and is actively exploiting a highly profitable niche market in the U.S. lead generation space that exceeds $2B.



**5 Reasons Why Harbor City Is Winning In This Profitable Niche:**

1. Competing On A Road Less Traveled
2. Fragmented & Highly Inefficient
3. A Disciplined Approach
4. High Demand, High Margins
5. Leads Sell For A Large Premium

**Performance-Based Internet Lead Generation:** Unlike other forms of traditional advertising where fees are paid up front and do not depend upon the success of the ads, with performance-based lead generation the advertiser pays only when a specific action is completed; such as an inquiry form completion, a webinar registration, an app download, a quote request, a white paper is downloaded, etc. This shift in marketing has successfully reversed the traditional value proposition of advertising and also allows for real-time measurement of ROI.

HARBORCITY  22

# PROVEN LEADERSHIP TEAM



### JP Maroney
**Founder/CEO**

JP Maroney is an American entrepreneur and investor with more than 25-years experience starting, building, buying, and selling companies in publishing, media, advertising, software, ecommerce, training, real estate, and consulting. After more than a decade building digital-based businesses, JP Maroney founded Harbor City Capital Management, an alternative investment firm specializing in lead data arbitrage within the $200B Internet advertising sector. Since inception in 2013, the firm has generated double-digit annual returns for investors. A recognized business growth and marketing industry leader, JP Maroney also serves as advisor or board member with several other companies. Current and past clients include: Wells Fargo, Century21, Precision AutoTune, The Maids, Metric Property Management / BlackRock, National Apartment Association, Independent Bankers Association of Texas, Texas Association of Business, Texas Credit Union League, and numerous other franchises, corporations, and trade associations.



### John McLean
**SVP Operations**

For over 35 years John McLean has served as a consultant or corporate officer leading domestic and international operations. He has managed corporate intellectual property for firms and has been issued patents for his inventions. John has worked as a consultant to major oil companies, aerospace and other Fortune 500 companies along with extensive work with NASA, Navy and Army including municipal, state and Federal agencies. Many of these projects involved process improvement or innovative solutions to problems. He earned a BBA in Finance from Baylor University and BS in Civil Engineering from Texas A&M University including post graduate work in environmental engineering. John is a registered Professional Engineer and has a Lean/Six Sigma Black Belt. Additionally he holds certification in American Petroleum Institute's Q1 Specification for quality improvement.



### Michael Hadzipanajotis
**Chief Financial Officer**

Michael Hadzipanajotis is an accomplished Senior Executive/ CFO and CPA with more than 15 years of success in the banking, financial services, and accounting industries. Leveraging extensive experience with auditing and accounting, His broad areas of expertise include accounting, expansion, marketing, process improvement, IT, finance, financial analysis, banking, risk management, investments, and internal controls. Throughout his executive career, Michael has held leadership positions with Santander Bank, N.A.; MIT Federal Credit Union; Radius Bank; The Bank of New York Mellon Corporation, and Rockland Trust. He has overseen management of $6B private banking, $150M investment, $250M residential mortgage, and $1.5B commercial lending portfolios. Michael holds an MBA from Auburn University, College of Business and a BS, Accountancy from Bentley University. He is a Certified Public Accountant by the Commonwealth of Massachusetts.

**HARBORCITY** 23

# PRO FORMA FINANCIALS

|                         | Year 1       | Year 2       |
|-------------------------|--------------|--------------|
| Capital From Bond Sales | $ 1,000,000  | $ 1,017,000  |
| Bond Sales Expenses     | $ 60,000     | $ -          |
| Net Investible Capital  | $ 940,000    | $ 1,017,000  |
| Interest Income         | $ 282,000    | $ 305,100    |
| Legal & Accounting      | $ 25,000     | $ 25,000     |
| Bond Interest Payments  | $ 180,000    | $ 180,000    |
| Net Cash EOY            | $ 1,017,000  | $ 1,117,100  |

*HCCF-2 LLC is a special purpose funding vehicle wholly owned and managed by Harbor City Capital Corp. The entity has no employees, and will be charged no management fee. The only potential expenses include sales costs from the bond sale, plus legal and accounting expenses.

HARBORCITY

24

HARBORCITY

25

# APPENDIX

Harbor City Digital Ventures, Inc.

A Repeatable, Highly Scalable Business Model

# MORE CAPITAL + MORE CAMPAIGNS = MORE ROI



■ HC's 2018 strategic plan includes diversified campaigns across a variety of profitable online lead generation verticals (e.g., Real Estate, Financial Services, Home Services, etc).

■ Each portfolio vertical contains multiple offers (e.g., Company 1, Company 2, Company 3).

■ Each offer is split between a variety of campaigns, typically over different platforms (Facebook, Google, or Email broadcast.

**HARBORCITY**  26

# USE OF PROCEEDS: FUNDING A DEMAND-DRIVEN PIPELINE

Harbor City's current pipeline is extensive and rich with opportunity. The following represents the current pent-up, in-bound demand from various operating companies seeking HC's services and expertise. **Proceeds from this capital raise will be used to fund the ramp-up in lead production needed to service the current client pipeline**, and could begin creating predictable ROI as soon as 3-months from deployment.

| Vertical | Niche | Audience | Payout Per Lead | Target CPA | Projected Initial Ramp Period | | | Projected Steady State | | | Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Daily Productivity | Monthly Volume | Monthly Sales | Daily Productivity | Monthly Volume | Monthly Sales | Annual Sales |
| Financial Services | MCA/Business Funding | SMB | $50 | $27 | 25 | 500 | $25,000 | 300 | 6,000 | $300,000 | $3,600,000 |
| | High Score Personal Loans | SMB, RE Invstrs, Drs | $100 | $55 | 25 | 500 | $50,000 | 200 | 4,000 | $400,000 | $4,800,000 |
| | Investor Leads | Accredited Investors | $75 | $41 | 20 | 600 | $45,000 | 200 | 6,000 | $450,000 | $5,400,000 |
| | Reverse Mortgage | Senior Homeowners | $80 | $48 | 20 | 400 | $32,000 | 200 | 4,000 | $320,000 | $3,840,000 |
| | Mortgage Refinance (Broker) | Homeowners | $25 | $15 | 200 | 4,800 | $120,000 | 2,000 | 48,000 | $1,200,000 | $14,400,000 |
| | Mortgage Refinance (Direct) | Homeowners | $60 | $20 | 50 | 1,200 | $72,000 | 1,000 | 24,000 | $1,440,000 | $17,280,000 |
| | Life Insurance | General | $35 | $21 | 25 | 500 | $17,500 | 500 | 10,000 | $350,000 | $4,200,000 |
| | Credit Repair | General | $25 | $15 | 25 | 500 | $12,500 | 250 | 5,000 | $125,000 | $1,500,000 |
| Real Estate | Residential Real Estate | Buyers | $10 | $7 | 100 | 3,000 | $30,000 | 1,000 | 30,000 | $300,000 | $3,600,000 |
| | Residential Real Estate | Listings | $100 | $55 | 50 | 1,500 | $150,000 | 500 | 15,000 | $1,500,000 | $18,000,000 |
| Senior Healthcare | Cancer Screening | Seniors | $100 | $58 | 10 | 240 | $24,000 | 50 | 1,200 | $120,000 | $1,440,000 |
| | DME Back Brace | Seniors (Medicare) | $300 | $162 | 20 | 400 | $120,000 | 200 | 4,000 | $1,200,000 | $14,400,000 |
| Legal Services | Personal Injury Leads | Accident Victims | $250 | $200 | 20 | 400 | $100,000 | 1,000 | 20,000 | $5,000,000 | $60,000,000 |
| Business Services | Franchise | Opportunity Seeker | $300 | $165 | 10 | 200 | $60,000 | 25 | 500 | $150,000 | $1,800,000 |
| | Forex/Trading Edu | Individual Investors | $3 | $2 | 200 | 6,000 | $18,000 | 1,000 | 30,000 | $90,000 | $1,080,000 |
| | Structures | SMB, RE Investors | $50 | $31 | 20 | 400 | $20,000 | 200 | 4,000 | $200,000 | $2,400,000 |
| Home Services | Remodel (Appointment) | Homeowners | $100 | $50 | 25 | 500 | $50,000 | 200 | 4,000 | $400,000 | $4,800,000 |
| | Remodel (Form Lead) | Homeowners | $12 | $7 | 25 | 600 | $7,200 | 500 | 12,000 | $144,000 | $1,728,000 |
| Average | | | $93 | $54 | 48 | 1236 | $52,956 | 518 | 12650 | $760,500 | $9,126,000 |
| Total | | | | | 870 | 22240 | $953,200 | 9325 | 227700 | $13,689,000 | $164,268,000 |

## Use Of Proceeds

| | |
|---|---|
| Financial Services | 15% |
| Real Estate | 15% |
| Senior Healthcare | 20% |
| Legal Services | 15% |
| Business Services | 10% |
| Home Services | 25% |
| | 100% |

**Strong & Predictable Profit Margins**

| | |
|---|---|
| Average Payout Per Lead | $93 |
| Average Cost Per Lead Acquisition | $54 |
| Profit Margin | 41.7% |

**Margins By Industry**

| | |
|---|---|
| Financial Services | 45.6% |
| Real Estate | 40.0% |
| Senior Healthcare | 44.0% |
| Legal Services | 20.0% |
| Business Services | 43.0% |
| Home Services | 46.0% |

HARBORCITY

27

Harbor City's Proven Arbitrage Strategy

# Generates HIGH RETURNS At Relatively LOW RISK!



# STANDARD INVESTMENT RISK/REWARD GRAPH

**RETURNS**

**HIGH RISK — HIGH POTENTIAL RETURNS**

**LOW RISK — LOW RETURNS**

In traditional investment models, the higher the return, the higher the risk — the lower the risk, the lower the return. **However, Harbor City has redefined the risk-reward model by consistently generating HIGH RETURNS with relatively LOW RISK by executing within tight guardrails.**

**RISK**

HARBORCITY  29

How We Execute

# CAPITAL PRESERVATION = TEST, SCALE, MANAGE!

 ## Stage One: Test

HC takes a value-based approach to testing new campaigns. By implementing a 'test-first' strategy HC protects the downside by setting loss limits on new campaigns. These limits approximate $500 per day and extend over a maximum 10-day period per campaign. Through proprietary technology and a systematic executional approach, HC implements, observes and analyzes each new campaign to tightly controlled precision limits over this 10-day period. The dynamic measured to determine the quality of a new campaign is the cost it takes to acquire a lead ("CPA") relative to the earnings generated from that lead on the supply side ("EPL").

## Stage Two: Scale

Once the dynamic is working in HC's favor (EPL > CPA) relative to certain pre-established hurdle rates, HC begins scaling up the dollars invested by 10-20%/day until reaching the target daily output of leads. Upon reaching this target daily output, HC monitors closely, utilizing tight guardrails to measure a campaign's performance against established benchmarks and KPI's.

## Stage Three: Manage

Each campaign follows a natural life-cycle where an element of fatigue eventually sets-in whereby the EPL relative to CPA dynamic begins to reduce. HC utilizes automation tools and basic levels of pattern recognition to observe these realities. Before a campaign ever approaches a negative ROI, the campaign is ended and dollars are reallocated into newer, higher-ROI generating campaigns that are in scale-mode.



HARBORCITY

30

How We Execute
# OUR TECHNOLOGY-DRIVEN & FORMULAIC APPROACH



### Situational Analysis

Determine campaign KPI's. Define target CPA ($/lead/day-week-month). Map end-to-end click to conversion process



### Audience Research

Research target market for campaign offer. Conduct in depth analysis of target avatar using latest analytics tools. Leverage existing data for audience modeling



### Creative Development

Find and analyze relevant campaigns already performing in the market. Model, develop, and improve advertising collateral





### Campaign Planning

Conduct channel analysis for suitability in regards to marketing channels, site traffic, geographic, age, gender, language, interests, behaviors, connections, and dozens of additional filtering options

### Controlled Testing

Leverage analytics and optimization to achieve positive ROI, then incrementally increase media spending until target KPI's are achieved.



### Measure & Manage

Monitor metrics for campaign creative fatigue. Utilize automation functions and proprietary algorithms to maintain performance

*"We execute against tight guard rails, limiting our loss exposure by protecting our downside and scaling up aggressively into what is working."*

**HARBORCITY** **31**

How We Execute
# CONVERTING RAW INTERNET USERS INTO VALUABLE LEADS

**HC filters and refines raw Internet traffic and data to generate highly valuable new customer leads that are supplied to companies in profitable verticals.**





HARBORCITY  (32)

# 3 WAYS HARBOR CITY MAINTAINS A ROBUST, DEMAND-DRIVEN DEAL FLOW PIPELINE

1. HC maintains a portfolio of standing purchase orders from ready lead buyers across a wide variety of industry verticals, creating insatiable demand and insuring virtually unlimited scalability.

2. HC maintains a high profile within the performance marketing industry by speaking at key events, delivering regular educational webinars, participating in media and podcast interviews, networking heavily within the industry, and exhibiting at specialized events.

3. HC recruits team members with deep networks within the performance marketing, digital advertising, and lead generation industries -- and within our portfolio verticals.

**Endless Demand From:**

1. Direct Advertisers

2. CPA Networks

3. Agencies

4. Lead Aggregators

5. Publishers

HARBORCITY

33

# OUR COMPETITIVE ADVANTAGES

## How We're Creating High Barriers To Entry

❖ Most traditional lead generation companies or agencies focus on a specific industry or vertical. HC is industry agnostic, so we can strategically exploit the most profitable verticals, offers and campaigns, then pivot as the landscape changes.

❖ Unlike platforms such as Facebook, Google, Bing, etc., HC is advertising channel agnostic so we can go wherever the audiences are at any given point. As advertising platforms come and go, we can redeploy our capital and efforts rather than being "locked" into a dying channel.

❖ While most lead generation companies see leads as a transactional commodity, HC views lead records as "DATA ASSETS" that are durable and appreciable. HC repurposes and remonetizes lead data with additional offers to increase the gross profits derived from any lead. And, while the lead acquisition costs remains fixed, HC drives profits higher, delivering more margin to invest in advertising and allowing the team to outbid competitors.

❖ HC is far more than "a lead generation company" — it's a big data acquisition, mining, and monetization PLATFORM that leverages a massive marketing data cache, proprietary artificial intelligence and machine learning processes, and highly skilled human capital in order to create valued new customer leads more effectively and profitably than any other solution. The HC team continuously seeks out and develops unique ways to increase performance, improve results, and deliver the ultimate product for buyers.



# BIG MARGINS IN THE $135 BILLION DIGITAL MARKETING NICHE



We provide growing companies with a predictable, profitable "digital pipeline" of new customer leads.

# CASE STUDY: PERSONAL INJURY PAY-PER-CALL LEADS

| | |
|---|---|
| Total Capital Investment | $279,530 |
| Calls Generated | 5,844 |
| Average Cost Per Call | $47.83 |
| | |
| Conversion Rate | 22% |
| Conversions | 1,286 |
| Cost Per Conversion | $217.42 |
| Revenue Per Conversion | $300 |
| | |
| Campaign Revenue | $385,704 |
| Campaign Expenses | $41,930 |
| Campaign Profit | $64,245 |
| | |
| Campaign Qtrly ROI | 23% |
| | |
| Annualized Return On Investment (uncompounded) | 92% |



*"Attorneys gladly pay $300/call knowing 30%-40% turn into cases worth +$15,000 legal fees."*

$300 revenue generated for each qualified call to participating law firms.

**HARBORCITY**  36

# CASE STUDY: MORTGAGE REFINANCE LEADS

| | |
|---|---|
| Total Capital Investment | $18,521 |
| Clicks Generated | 40,633 |
| Average Cost Per Click | $.46 |
| | |
| Conversion Rate | 1.6% |
| Conversions | 650 |
| Cost Per Conversion | $28.49 |
| Revenue Per Conversion | $37 |
| | |
| Campaign Revenue | $24,055 |
| Campaign Expenses | $2,778 |
| Campaign Profit | $2,755 |
| | |
| Campaign Qtrly ROI | 15% |
| | |
| Annualized Return On Investment (uncompounded) | 60% |



*"Lead aggregator pays $37 per lead, then resells to mortgage brokers who earn +$3,000 per origination."*

$37 revenue per lead generated by sending qualified traffic to landing page.

HARBORCITY  37

# CASE STUDY: STUDENT LOAN FORGIVENESS

| | |
|---|---|
| Total Capital Investment | $49,910 |
| Clicks Generated | 145,743 |
| Average Cost Per Click | $.34 |
| | |
| Conversion Rate | 6% |
| Conversions | 8,890 |
| Cost Per Conversion | $5.61 |
| Revenue Per Conversion | $11 |
| | |
| Campaign Revenue | $97,794 |
| Campaign Expenses | $8,984 |
| Campaign Profit | $38,900 |
| | |
| Campaign Qtrly ROI | 78% |
| | |
| Annualized Return On Investment | 312% |
| (uncompounded) | |



*"44 million borrowers owe over $1.45 trillion in student loan debt — a huge, rabid market opportunity."*

HARBORCITY   38