**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

vs.   CASE NO.: 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC, AND TONYA L. MARONEY,**

    Defendants.
_____/

<u>**APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT, JONATHAN P. MARONEY**</u>

TO:   The Clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, JONATHAN P. MARONEY.

Dated:   April 30, 2021   Respectfully submitted,

/s/ *Mark M. O'Mara*
MARK M. O'MARA, ESQUIRE
Florida Bar No.;   359701
E-Mail:   Mark@omaralawgroup.com

        O'MARA LAW GROUP
        221 NE Ivanhoe Boulevard, Suite #200
        Orlando, Florida 32804
        Telephone:  407-898-5151
        Facsimile:   407-898-2468
        Counsel for Defendant, Jonathan Maroney

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed using the CM/ECF system on this 30th day of April, 2021, which will send a notice of electronic filing to ALISE M. JOHNSON, SENIOR TRIAL COUNSEL, johnsonali@sec.gov, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

        /s/ *Mark M. O'Mara*
        MARK M. O'MARA, ESQUIRE