UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff,

vs.                                    CASE NO.: 6:21-cv-694-CEM-DCI

HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1 LLC, HCCF-2 LLC,
HCCF-3 LLC, HCCF-4 LLC, HCCF-5
LLC, HARBOR CITY DIGITAL
VENTURES, INC., HCC MEDIA
FUNDING, LLC, JONATHAN P.
MARONEY, CELTIC ENTERPRISES,
LLC, AND TONYA L. MARONEY,
    Defendants.
_____/

**UNOPPOSED MOTION TO EXTEND TEMPORARY RESTRAINING ORDER DATED APRIL 21, 2021 AND EXTENDED BY THIS COURT ON APRIL 27, 2021 AND REQUEST FOR TELEPHONE HEARING**

COMES NOW, Defendant Jonathan P. Maroney, by and through his undersigned counsel, and files this Unopposed Motion to Extend Temporary Restraining Order Dated April 21, 2021 and Extended by this Court on April 27, 2021, and in support states as follows:

The undersigned counsel filed his notice of appearance on behalf of Defendant Jonathan P. Maroney on April 30, 2021. While Defendant Jonathan P. Maroney

does not assent to the allegations made in Plaintiff's Emergency *Ex-Parte* Motion and Memorandum of Law for Temporary Restraining Order, Asset Freeze, and Other Injunctive Relief [Doc. 4], which the Court granted in its Temporary Restraining Order ("TRO") on April 21, 2021, he does acknowledge the basis for the TRO. [Doc. 6].

On April 27, 2021, the Court extended the TRO to May 6, 2021. [Doc. 20]. Defendant Jonathan P. Maroney respectfully requests this Honorable Court to extend the TRO in place for a period of 30 days, as the parties have been and are working towards a collaborative resolution to the matters raised in the *Ex-Parte* Motion.

Defendant Jonathan P. Maroney advises this Court that while undersigned counsel represents him individually, and not the other remaining defendants in this matter, that all defendants have the same or similar positions in the litigation, and all will be continuing in the process of resolving this matter. The remaining defendants are currently seeking retention of separate counsel.

The Undersigned has conferred with Plaintiff's counsel, Alise Johnson, Esquire, and she has no objection to this requested extension.

The Undersigned requests that, if necessary, this Court set a short telephone conference with counsel to further discuss the particulars and the status.

WHEREFORE, Defendant Jonathan P. Maroney respectfully asks this Honorable Court to grant his Unopposed Motion to Extend Temporary Restraining

Order, and extend the TRO for a period of 30 days, and to set a telephone conference with counsel.

Dated: May 4, 2021

Respectfully submitted,

/s/ *Mark M. O'Mara*
MARK M. O'MARA, ESQUIRE
Florida Bar No.;   359701
E-Mail:  Mark@omaralawgroup.com
O'MARA LAW GROUP
221 NE Ivanhoe Boulevard, Suite #200
Orlando, Florida 32804
Telephone:  407-898-5151
Facsimile:   407-898-2468
Counsel for Defendant, Jonathan Maroney

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed using the CM/ECF system on this 4th day of May, 2021, which will send a notice of electronic filing to ALISE M. JOHNSON, SENIOR TRIAL COUNSEL, johnsonali@sec.gov, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

/s/ *Mark M. O'Mara*
MARK M. O'MARA, ESQUIRE