UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CIVIL ACTION NO. 6:21-cv-694-CEM-DCI

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1 LLC,
HCCF-2 LLC,
HCCF-3 LLC,
HCCF-4 LLC,
HCCF-5 LLC,
HARBOR CITY DIGITAL VENTURES, INC.,
HCC MEDIA FUNDING, LLC,
JONATHAN P. MARONEY,

    Defendants,
and

CELTIC ENTERPRISES, LLC and
TONYA L. MARONEY,

    Relief Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- **Securities and Exchange Commission, Plaintiff**
- **Eric Bustillo, Regional Director, Securities and Exchange Commission**
- **Glenn Gordon, Associate Regional Director, Securities and Exchange Commission**
- **Andrew Schiff, Regional Trial Counsel, Securities and Exchange Commission**
- **Alise Johnson, Senior Trial Counsel, Securities and Exchange Commission**
- **Chedly C. Dumornay, Assistant Regional Director, Securities and Exchange Commission**
- **Brian T. James, Senior Counsel, Securities and Exchange Commission**
- **Kathleen Strandell, Senior Accountant, Securities and Exchange Commission**
- **Harbor City Capital Corp.**
- **Harbor City Ventures, LLC**
- **HCCF-1 LLC**
- **HCCF-2 LLC**
- **HCCF-3 LLC**
- **HCCF-4 LLC**
- **HCCF-5 LLC**
- **HARBOR CITY DIGITAL VENTURES, INC.**
- **HCC MEDIA FUNDING, LLC**
- **Mark M. O'Mara, counsel for Defendant Jonathan P. Maroney**
- **Tonya L. Maroney**
- **Celtic Enterprises**
- **Paul Donion**
- **Dave Anthony, Anthony Capital, LLC**
- **Nick Karvon**
- **Nations Best Services, Inc.**
- **Stashly, Inc.**

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Plaintiff knows of no such entity at this time.**

3.  the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the twenty largest unsecured creditors):

**This is not a bankruptcy case and we are currently unaware of any additional individuals or entities**.

4.  the name of each victim (individual or corporate), including every person who may be entitled to restitution:

**The Commission does not seek restitution as a remedy. The Commission is seeking a permanent injunction restraining and enjoining the Defendants from violating the federal securities laws; an order imposing disgorgement of all ill-gotten gains; and an order imposing civil money penalties against the Defendants. Between 100-150 defrauded investors may be entitled to return of their investments from the funds collected by the Commission**.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: May 11, 2021    Respectfully submitted,

By:  s/ Alise Johnson____
Alise Johnson
Senior Trial Counsel
Florida Bar No. 0003270
Tel: (305) 982-6385
Email: Johnsonali@sec.gov
Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1950
Miami, Florida
Tel.: (305) 982-6300

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

**SERVICE LIST**

Mark M. O'Mara, Esq.
O'MARA LAW GROUP
221 NE Ivanhoe Boulevard, Suite 200
Orlando, Florida 32804
Email: Mark@omaralawgroup.com

                                                  s/Alise Johnson__
                                                  Alise Johnson, Esq.