**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CIVIL ACTION NO. 6:21-cv-694-CEM-DCI**

**SECURITIES AND EXCHANGE COMMISSION,**
          **Plaintiff,**

**v.**

**HARBOR CITY CAPITAL CORP.,**
**HARBOR CITY VENTURES, LLC,**
**HCCF-1 LLC,**
**HCCF-2 LLC,**
**HCCF-3 LLC,**
**HCCF-4 LLC,**
**HCCF-5 LLC,**
**HARBOR CITY DIGITAL VENTURES, INC.,**
**HCC MEDIA FUNDING, LLC,**
**JONATHAN P. MARONEY,**
          **Defendants,**
**and**

**CELTIC ENTERPRISES, LLC and**
**TONYA L. MARONEY,**

          **Relief Defendants.**
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, JONATHAN P. MARONEY, by and through his undersigned

attorney, hereby discloses the following pursuant to this Court's Order on Interested

Persons and Corporate Disclosure Statement:

1.      *The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:*

- **Securities and Exchange Commission, Plaintiff**
- **Eric Bustillo, Regional Director, Securities and Exchange Commission**
- **Glenn Gordon, Associate Regional Director, Securities and Exchange Commission**
- **Andrew Schiff, Regional Trial Counsel, Securities and Exchange Commission**
- **Alise Johnson, Senior Trial Counsel, Securities and Exchange Commission**
- **Chedly C. Dumornay, Assistant Regional Director, Securities and Exchange Commission**
- **Brian T. James, Senior Counsel, Securities and Exchange Commission**
- **Kathleen Strandell, Senior Accountant, Securities and Exchange Commission**
- **Mark M. O'Mara, Attorney for Jonathan P. Maroney**
- **Harbor City Capital Corp.**
- **Harbor City Ventures, LLC**
- **HCCF-1 LLC**
- **HCCF-2 LLC**
- **HCCF-3 LLC**
- **HCCF-4 LLC**
- **HCCF-5 LLC**
- **HARBOR CITY DIGITAL VENTURES, INC.**
- **HCC MEDIA FUNDING, LLC**
- **Tonya L. Maroney**
- **Celtic Enterprises**
- **Paul Donion**
- **Dave Anthony, Anthony Capital, LLC**
- **Nick Karvon**
- **Nations Best Services, Inc.**

- **Stashly, Inc.**

2.      *The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:*

   **None known by Defendant Jonathan P. Maroney.**

3.      *The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:*

   **None known by Defendant Jonathan P. Maroney.  This is not a bankruptcy case.**

4.      *The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:*

   **Plaintiff is not seeking restitution as a remedy.  Should the Plaintiff recover any funds from the Defendants, there are investors that may be entitled to a return of their investments.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: June 7, 2021                              Respectfully submitted,


                                   By: /s/ *Mark M. O'Mara*
                                        MARK M. O'MARA, ESQUIRE
                                        Florida Bar No.:    359701
                                        E-Mail:  Mark@omaralawgroup.com
                                        O'MARA LAW GROUP
                                        221 NE Ivanhoe Boulevard, Suite #200
                                        Orlando, Florida 32804

Telephone:   (407) 898-5151
Facsimile:    (407) 898-2468
Attorney for Jonathan P. Maroney

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed

using the CM/ECF system on this 7th day of June, 2021, which will send a notice of

electronic filing to ALISE M. JOHNSON, SENIOR TRIAL COUNSEL,

johnsonali@sec.gov, Securities and Exchange Commission, 801 Brickell Avenue,

Suite 1800, Miami, Florida 33131.

/s/ *Mark M. O'Mara*
MARK M. O'MARA, ESQUIRE