# EXHIBIT 1



JOHNSON, CASSIDY, NEWLON & DECORT

ATTORNEYS AT LAW

Katherine C. Donlon, Esquire

E-mail: kdonlon@jclaw.com
Direct Dial: 813-291-3300

**Via E-Mail**
Alise M. Johnson
Senior Trial Counsel
Securities and Exchange Commission
801 Brickell Avenue, Ste 1950
Miami, FL 33131

Re: *Securities and Exchange Commission v. Harbor City Capital Corp., et al.*, Case No. 6:21-cv-00694-CEM-DCI

Dear Alise:

Thank you for considering me for appointment as Receiver in the above-referenced case. This letter is submitted to provide you with further information regarding my background and proposed staffing for the case.

Although I have not served as a Receiver in the past, for the past fifteen months, I have served as lead counsel to Receiver Burt Wiand in the case of *SEC v. Brian Davison, et al,* Case No. 8:20-cv-325-T-35AEP. This case involves a Ponzi scheme at EquiAlt, a real estate development and property management company, that was selling debentures to investors to allegedly fund the purchase of real estate but in fact supported the lavish lifestyles of the Company's principals. The case involves over 1700 investors who invested almost $200 million into the EquiAlt scheme. As lead counsel, I have worked closely with the Receiver and directed all investigative and legal efforts on his behalf to marshal assets including real property, cars, jewelry and watches, and bank/investment accounts. I have also been the main liaison in the case with our forensic accountants at Yip Associates.

In addition to the marshalling of assets in the *Davison* case, we have also pursued clawback claims against investors who received false profits and sales agents who received fraudulent transfers in the guise of commissions and marketing fees. To date, we have been successful in obtaining $1.2 million in settlements with these investors. Further, I have been involved with extensive negotiations between the SEC and Mr. Davison to come to terms on a settlement valued at over $24 million to benefit defrauded investors. I am currently working toward starting the claims process in that matter.

In addition to serving as lead counsel in the EquiAlt case, I have been practicing in the area of complex commercial litigation for 26 years. My practice focuses largely on the defense of financial institutions and their associated persons but also includes general commercial litigation,

business torts, employment litigation and contract disputes. I previously served as President of the Federal Bar Association, Tampa Bay Chapter, and in 2010 received the Chapter's highest award "for excellence in federal practice and distinguished service to the federal bar." I am active in the Florida Bar Business Law Section and the Florida Securities Dealers Association. A brief resumé of my background and activities is attached as Exhibit A.

My normal hourly rate for business litigation matters is $425/hour. For this receivership, I would discount that rate to $350. For legal services, I would anticipate retaining Johnson, Cassidy, Newlon & DeCort P.A. ("JCND") and other lawyers to perform administrative and litigation services. You can visit the Firm's website at www.jclaw.com for more information. We have run a conflicts check within the firm against the parties and entities in this case and JCND has no conflicts.

Lawyers at JCND are experienced in handling complex commercial litigation and have worked on some receivership matters, including *Securities and Exchange Commission v. HKW Trading, LLC, Howard Waxenberg Trading, L.L.C, et al.*, Case No. 8:05-cv-1076-T-24MSS (M.D. Fla.). It is likely that Nicole Newlon, Esq. will serve as primary counsel and will be assisted as needed by other attorneys at the firm. Her brief resumé is attached hereto as Exhibit B. Standard billing rates for partners at JCND range from $250 to $475, however, I would propose a blended partner rate of $350 for work on this case. Associate billing rates range from $195 to $250. I would propose a blended rate of $240. A schedule of our proposed fees for this matter is attached as Exhibit C. If necessary, I may employ other outside counsel, but would seek the assent of the SEC and the Court before doing so.

Based on the size of this case and the accounting work already done by the SEC, a separate forensic accounting firm may not be necessary. However, should matters develop where accounting assistance is required, JCND has access to a broad array of accounting service providers that have substantial experience in forensic accounting, fraud examinations, and auditing.

We work regularly with forensic information technology specialists that may be necessary in a matter of this nature. If such services are needed, I will use them at a reasonable cost. Our cases often involve cooperation with criminal law enforcement agencies. We are well versed in assisting law enforcement and the use of appropriate procedures to preserve evidence.

Through a combination of these professionals, I believe that we will be able to provide prompt, efficient and economical services to receiverships. We work hard to gather and conserve receivership assets with a view to maximizing proceeds for victims and enhancing the effectiveness of a regulatory action.

Thank you for contacting me and allowing me the opportunity to submit this proposal. I would be delighted to serve as Receiver in this matter. Please do not hesitate to contact me if I can provide you with any additional information.

Sincerely,

JOHNSON, CASSIDY, NEWLON & DECORT, P.A.

Katherine C. Donlon

Katherine C. Donlon

KCD/mm

# EXHIBIT A

JOHNSON CASSIDY NEWLON & DECORT ATTORNEYS AT LAW (http://www.jclaw.com)



**Katherine C. "Kacy" Donlon**
PARTNER

---

Kacy Donlon is a partner at Johnson, Cassidy, Newlon & DeCort, P.A. She has practiced in the area of commercial and securities litigation for over 25 years. Her practice is based on the principles instilled in her during her clerkship with a federal judge in Alabama – work hard for your client, be honest, and look for creative ways to win or resolve cases. Kacy's main concentration is the defense of businesses and individuals involved in the securities and financial services industries, and she also has experience in a broad spectrum of commercial litigation matters, including receiverships, employment disputes, business torts, and contract disputes. Kacy has handled complex matters in federal and state court as well as in arbitration, including the successful defense of numerous matters involving allegations relating to the sale of variable and equity-indexed annuities and other insurance product sales practices.

Kacy's experience includes the representation of national and regional brokerage and insurance firms in arbitration and court proceedings brought by customers involving variable products, mutual funds, REITs, BDCs, TICs, equity securities, oil and gas partnerships, and other investment products. In addition to litigation, Kacy has represented many clients in investigations and enforcement actions by regulatory bodies such as the SEC, FINRA, CFP, and state securities and insurance regulators. She also counsels clients on compliance issues.

Kacy is originally from Alabama where she clerked for District Court Judge Seybourn Lynne in Birmingham before starting her legal practice in Tampa. She is the immediate past President of the Florida Securities Dealers Association and the incoming Chair for the Business Law Section of the Florida Bar. She is a past president of the Tampa Bay Chapter of the Federal Bar Association who in 2010 awarded her its highest award, the George C. Carr award, for excellence in federal practice and service to the Federal Bar.

Admitted in both Florida and Alabama, Kacy is AV Peer Review Rated by Martindale-Hubbell and has been recognized as one of the Best Lawyers in America and a Super Lawyer.

## EDUCATION

- **Washington and Lee University School of Law**, J.D., cum laude, 1994 (Securities Editor, Law Review)
- **University of St. Andrews, Scotland** (Attended on Rotary International Scholarship), 1989-1990

- **Birmingham-Southern College**, B.A., summa cum laude, 1989 (Phi Beta Kappa, Mortar Board, Omicron Delta Kappa)

## ADMISSIONS

- The Florida Bar
- Alabama State Bar
- U.S. Supreme Court
- U.S. Court of Appeals, Eleventh Circuit
- U.S. District Court, Middle, Northern, and Southern Districts of Florida

## INVOLVEMENT

- **Florida Securities Dealers Association** President (2020); Vice-President (2019); Treasurer (2018); Secretary (2017); Board Member (2013-present)
- **The Business Law Section of The Florida Bar** Chair-Elect (2020-2021); Treasurer (2019-2020); Secretary (2018-2019); Chair, Legislation Committee (2017-2018); Chair, Communications Committee (2014-2015); Chair, State/Federal Judicial Liaison Committee (2006-2007); Chair, Business Litigation Committee (2005-2006); Executive Council (2004-present)
- **Federal Bar Association** President, Tampa Bay Chapter (2006-2007); Executive Board (2000-2008)
- **Florida Bar Special Committee on Chapter 517** (2005-2007)
- **Florida Supreme Court: Committee on Standard Jury Instruction-Contract and Business Cases** Member (2006-2008)
- **Hillsborough County Bar Association**
- **Securities Industry and Financial Markets Association** Member, Compliance and Legal Division
- **American Bar Association** Securities Litigation Committee; Section of Litigation
  Southeastern Women in Financial Services
- **Birmingham-Southern College** National Alumni Association Vice-President, Service and Outreach (2007-2009)
- **Leadership Tampa** Class of 2004
- **Bayshore Christian School** Athletic Boosters

## EXPERIENCE

- **Fowler White Boggs Banker** (1995-2009)
- **Wiand Guerra King** (2009-2021)

≡

# EXHIBIT B

JC JOHNSON CASSIDY NEWLON & DECORT ATTORNEYS AT LAW (http://www.jclaw.com)



**Nicole Deese Newlon**
PARTNER

---

Nicole is a partner at Johnson, Cassidy, Newlon, & DeCort, P.A. Nicole practices in the areas of commercial, real estate, business, civil, and complex litigation. She advises private and corporate clients on a broad range of commercial litigation matters. Nicole provides litigation support to both private and public companies, and individuals, corporations and their associated persons, investment dealers and advisers in civil, regulatory and compliance matters.

Nicole has represented clients in arbitration and litigation matters, administrative investigations, proceedings before state and federal regulatory agencies and self-regulatory organizations, and in state, federal, and appellate courts. Nicole has defended matters involving heath care fraud, environmental crimes, and qui tam actions.

Nicole has been named as a Rising Star by Super Lawyers in Business litigation, an honor given to less than 2% of all of Florida's practicing attorneys. Nicole appeared frequently on CNBC, and local television and radio to comment on a variety of legal issues.

Nicole is very active in the community, and served as a City Commissioner for the City of Dade City. Nicole serves on the Board of the Federal Bar Association Federal Litigation Section and on The Florida Bar Federal Court Practice Committee. Nicole is a Past President of The Tampa Bay Chapter of the Federal Bar Association. Though born in Tuscaloosa, Alabama, Nicole was raised here in the Tampa/Dade City area, where she currently lives with her twin boys.

## EDUCATION

- **Stetson University College of Law**
  J.D. *magna cum laude,* (Class Rank, 2nd)
  Certificate of Concentration: *Advocacy*
  Honors Program Graduate; Stanley Milledge Award Recipient;
  Victor O. Wehle Trial Advocacy Award

National Order of Barristers
Member: Trial Team, Moot Court Board, and *Stetson Law Review*

- **University of South Florida**
  M.B.A.
- **University of South Florida**
  B.A., Finance

# ADMISSIONS

- The Florida Bar
- U.S. District Court, Southern, Middle, and Northern Districts of Florida
- U.S. Court of Appeals, Eleventh Circuit

# INVOLVEMENT

## Current

- **Dade City Rotary (Noon Club)** Social Chair (2015-2017); President Nominee (2016-2017); President (2017-2018); Past President (2018-2019); Assistant Governor Area 5 (2018-2021); Board Member (2016-present)
- **The Florida Bar** Federal Court Practice Committee (Appointed 2015-present); Section Membership: Appellate, Business Law, City, County & Local Government Law, Trial Lawyers, and Solo & Small Firm
- **Federal Bar Association (National)** Federal Litigation Section, Secretary/Treasurer (2016-2018); Board Member (2015-present); Vice Chair (2018-2020); Chair (2020-2022).
- **Federal Bar Association (Local)** Tampa Bay Chapter, Member (2004-present); Board of Directors (2006-2008); Communications (2008-2010); Treasurer (2011-2012); Vice President (2012-2013); President (2014-2015); Immediate Past President (2015)
- **American Bar Association** Litigation and Criminal Justice Section
- **Hillsborough County Bar Association** Member (2004-present); Co-Chair of Young Lawyer's Division Pro Bono Committee (2006-2008)
- **Empowering Pasco's Veterans** (2019-present); Secretary (2019-present)
- **Academy At The Farm PTO Board** ( 2018-present); Treasurer (2019-present)

## Former

- **City of Dade City** Commissioner (2016-2020)
- **Pasco Education Volunteer** (2010-2011)
- **Pasco High School** School Advisory Committee (2012-2014)
- **The Tampa Connection** Class of 2008
- **Tampa Bay Inn of Court** (2005-2007)
- **Herbert G. Goldburg Criminal Law Inn of Court** (2008-2010)
- **East Pasco YMCA** Board of Directors (2009-2013)
- **Florida Autism Center of Excellence** Board of Directors (2010-2011)
- **Hillsborough and Pasco Counties** Guardian Ad Litem
- **Delta Gamma**
- **Commission on the Status of Women** (Pasco) (2016-2019)
- **Merit Selection Panel, Middle District of Florida** (2016-2017)
- **Women Lawyers of Pasco** (2016-2019)

# EXPERIENCE

- **Carlton Fields** (Summer Associate/Law Clerk, 2003-2004)
- **Fowler White** (2004-2007)
- **Shutts & Bowen** (2007-2014)

# EXHIBIT C

**JOHNSON, CASSIDY, NEWLON & DeCORT, P.A.**

**PROPOSED RATES**

| Professional | Range of Standard Rates | Proposed Rate |
|---|---|---|
| Receiver | $425 | $350 |
| Partner | $250-$470 | $350 |
| Associate | $195-$250 | $240 |
| Paralegal | $165-$190 | $150 |




(http://www.jclaw.com)



**Bradley F. Kinni**
ASSOCIATE

---

Brad is an associate at Johnson, Cassidy, Newlon & DeCort, P.A., having joined the Firm in August 2020. He has focused his practice in the areas of business and commercial litigation, concentrating primarily on contract disputes and litigation involving complex business and employment issues.

Brad attended the Florida State University College of Law, where he earned three book awards and graduated magna cum laude in May 2020. While at FSU, Brad was a member of the Trial Team, competing in numerous mock trial competitions in both Florida and Georgia, and he served as the President of the Phi Delta Phi legal honor society during the 2019-2020 term. Throughout his summers in Tallahassee, Brad worked as a summer associate at Hopping, Green & Sams, P.A. and a law clerk at Ausley McMullen, P.A.

In his free time, Brad enjoys visiting the lake and beach, attending concerts and sporting events, and spending time with his friends and family. Raised in South Georgia, Brad moved to Tampa in the summer of 2020.

## EDUCATION

- **Florida State University College of Law** J.D., *magna cum laude*
- **University of Georgia** B.B.A., Finance

## ADMISSIONS

- The Florida Bar
- U.S. District Court, Middle District of Florida

## INVOLVEMENT

- **The Florida Bar** Young Lawyers Division
- **Hillsborough County Bar Association** Young Lawyers Division

## EXPERIENCE

- **Hopping, Green & Sams, P.A.**, Summer Associate (2019)
- **Ausley McMullen, P.A.**, Summer Law Clerk (2018)



(http://www.jclaw.com)



**James Jeffrey Burns**
PARTNER

---

Jeff Burns is a partner at Johnson, Cassidy, Newlon, & DeCort, P.A. His business and commercial litigation practice includes matters involving trade secrets, noncompete and other restrictive covenants, employment agreements, contract disputes, consumer claims, commercial leases, general business disputes, and other civil matters. He has represented clients in federal, bankruptcy, and state court. In addition to his private practice experience, Jeff served as a judicial law clerk for the Honorable James D. Whittemore of the United States District Court for the Middle District of Florida.

Jeff graduated magna cum laude from the Florida State University College of Law in May 2014, where he served as Executive Article Editor of the Law Review and received the Outstanding Editor of the Year award. However, he received his undergraduate degree from the University of Florida, and still bleeds orange and blue! While in Tallahassee, Jeff worked at the Florida Department of Business and Professional Regulation for two years. Jeff was also a Certified Legal Intern at the Tallahassee State Attorney's Office, where he gained valuable trial and litigation experience.

Born and raised in Florida, Jeff lives in South Tampa with his wife, dog, and two cats.

## EDUCATION

- **Florida State University**
  J.D., *magna cum laude,* 2014
- **University of Florida**
  B.A. Criminology, 2011

## ADMISSIONS

- The Florida Bar
- U.S. District Court, Middle District of Florida

- U.S. Bankruptcy Court, Middle District of Florida

## INVOLVEMENT

- **Tampa Connection**, Alumni Committee Executive Board
- **Hillsborough County Bar Association**, Young Lawyers Division
- **Federal Bar Association**, Member

## EXPERIENCE

- **U.S. District Court, Middle District of Florida**, Judicial Law Clerk (2017-18)
- **Florida Department of Business and Professional Regulation**, Law Clerk (2012-14)