UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

v.                                               Case No. 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC, and TONYA L. MARONEY,**

        **Defendants.**

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Appointment for Receiver (Doc. 60). The United States Magistrate Judge issued a Report and Recommendation (Doc. 66), recommending that the Motion be granted in part and denied in part.

The Report and Recommendation also noted that Plaintiff "provided neither a proposed order as an attachment to the Motion, nor set forth in the Motion what

powers the Court should vest in the receiver" and recommended that the Court require Plaintiff to file such prior to permitting the proposed receiver to act. After issuance of the Report and Recommendation and prior to the entry of this Order, Plaintiff filed a Motion for Entry of Proposed Order Appointing Receiver (Doc. 67) and a Proposed Order (Doc. 67-1) outlining the receiver's proposed powers. (*Id.* at 3–24). The newly filed motion will be referred to the Magistrate Judge for consideration.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 66) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Appointment for Receiver (Doc. 60) is **GRANTED in part** and **DENIED in part**.

    a. The Motion is **GRANTED** insofar as Katherine Donlon, Esq. is appointed to serve as receiver over Defendants Harbor City Capital Corp.; Harbor City Ventures, LLC; HCCF-1 LLC; HCCF-2 LLC; HCCF-3 LLC; HCCF-4 LLC; HCCF-5 LLC;

       Harbor City Digital Ventures, Inc.; HCC Media Funding, LLC; and Relief Defendant Celtic Enterprises, LLC.

  b. The Motion is otherwise **DENIED**.

3. Plaintiff's Motion for Entry of Proposed Order Appointing Receiver (Doc. 67) is **REFERRED** to the Magistrate Judge for consideration. Ms. Donlon is not authorized to act as receiver until the Court enters an order concerning the scope of her powers.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record