**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**SECURITIES AND EXCHANGE
COMMISSION,**
      Plaintiff,

vs.                                  CASE NO.: 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1 LLC, HCCF-2 LLC,
HCCF-3 LLC, HCCF-4 LLC, HCCF-5
LLC, HARBOR CITY DIGITAL
VENTURES, INC., HCC MEDIA
FUNDING, LLC, JONATHAN P.
MARONEY, CELTIC ENTERPRISES,
LLC, AND TONYA L. MARONEY,**
      Defendants.
_____/

## DEFENDANT JONATHAN P. MARONEY'S ANSWER TO THE COMPLAINT

COMES NOW the Defendant, JONATHAN P. MARONEY, by and through his undersigned counsel and for his Answer to the Complaint would state as follows:

1. Denied as to all allegations.

2. Denied as to all allegations.

3. Denied as to all allegations.

4. Denied as to all allegations.

5. Denied as to all allegations.

6. Denied as to all allegations.

7. Denied as to all allegations.

8. Denied as to all allegations.

9. Admitted as to all allegations.

10. Admitted as to all allegations.

11. Admitted as to all allegations.

12. Admitted as to all allegations.

13. Admitted as to all allegations.

14. Admitted as to all allegations.

15. Admitted as to all allegations.

16. Admitted as to all allegations.

17. Admitted as to all allegations.

18. Admitted as to all allegations.

19. Admitted that Celtic is a Wyoming limited liability company with its principal place of business in Melbourne, Florida and that Maroney is its manager. Otherwise denied.

20. Admitted that Tonya L. Maroney is 51, resides in Melbourne, Florida, and is married to Jonathan P. Maroney. Otherwise denied.

21. Admitted as to all allegations.

22. Denied that Defendants' acts and transactions constituted violations of the Securities Act and the Exchange Act. Otherwise admitted.

23. Denied as to all allegations.

24. Denied as to all allegations.

25. Denied as to all allegations.

26. Denied as to all allegations.

27. Denied as to all allegations.

28. Denied as to all allegations.

29. Denied as to all allegations.

30. Denied as to all allegations.

31. Denied as to all allegations.

32. Denied as to all allegations.

33. Denied as to all allegations.

34. Denied as to all allegations.

35. Denied as to all allegations.

36. Denied as to all allegations.

37. Denied as to all allegations.

38. Denied as to all allegations.

39. Denied as to all allegations.

40. Denied as to all allegations.

41. Denied as to all allegations.

42. Denied as to all allegations.

43. Denied as to all allegations.

44. Denied as to all allegations.

45. Denied as to all allegations.

46. Denied as to all allegations.

47. Denied as to all allegations.

48. Denied as to all allegations.

49. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

50. Denied as to all allegations.

51. Denied as to all allegations.

52. Denied as to all allegations.

53. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

54. Denied as to all allegations.

55. Denied as to all allegations.

56. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

57. Denied as to all allegations.

58. Denied as to all allegations.

59. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

60. Denied as to all allegations.

61. Denied as to all allegations.

62. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

63. Denied as to all allegations.

64. Denied as to all allegations.

65. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

66. Denied as to all allegations.

67. Denied as to all allegations.

68. Maroney repeats and realleges his responses to paragraphs 1 through 48 of the Complaint.

69. Denied as to all allegations.

70. Denied as to all allegations.

Respectfully submitted this 7th day of September, 2021.

Respectfully submitted,

/s/ *Mark M. O'Mara*

MARK M. O'MARA, ESQUIRE
Florida Bar No.;   359701
E-Mail:  Mark@omaralawgroup.com
O'MARA LAW GROUP
221 NE Ivanhoe Boulevard, Suite #200
Orlando, Florida 32804
Telephone:  407-898-5151
Facsimile:   407-898-2468
Counsel for Defendant, Jonathan Maroney

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was electronically filed using the CM/ECF system on this 7th day of September, 2021, which will send a notice of electronic filing to ALISE M. JOHNSON, SENIOR TRIAL COUNSEL, johnsonali@sec.gov, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

/s/ *Mark M. O'Mara*
MARK M. O'MARA, ESQUIRE
