# EXHIBIT 1



Oldsmar / Tampa / St. Petersburg

727-785-4447
813-498-1294
727-784-5491 **Fax**

**www.pdr-cpa.com**

# *REPORT OF STANDARDIZED FUND ACCOUNTING REPORT*

Katherine C Donlon As Receiver for
Harbor City Capital Corp, et. al.
Tampa, FL

We have compiled the standardized fund accounting report for the period of July 1, 2022 to September 30, 2022 and from inception to September 30, 2022, included in the accompanying prescribed form (Civil Court Docket No   6:21-cv-694-CEM-DCI). We have not audited or reviewed the accompanying standardized fund accounting report and accordingly, do not express an opinion or any assurance about whether the standardized fund accounting report is in accordance with the form prescribed by the Civil Court Docket No. (6:21-cv-694-CEM-DCI)

Consolidated Harbor City Capital Corp, et al Receivership is responsible for the preparation and fair presentation of the standardized fund account report in accordance with requirements prescribed by the Civil Court Docket No 6:21-cv-694-CEM-DCI and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the standardized fund accounting report.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants.  The objective of a compilation is to assist consolidated Harbor City Capital Corp, et al Receivership in presenting financial information in the form of a standardized fund accounting report without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the standardized fund accounting report.

This standardized fund accounting report is presented in accordance with the requirements of the Civil Court Docket No. 6:21-cv-694-CEM-DCI, which differ from accounting principles generally accepted in the United States of America.  This report is intended solely for the information and use of the Civil Court Docket No 6:21-cv-694-CEM-DCI and is not intended and should not be used by anyone other than this specified party.

Oldsmar, Florida
October 31, 2022

**Standardized Fund Accounting Report for**
**Katherine C Donlon as Receiver for Harbor City Capital Corp et al. - Cash Basis**
**Receivership; Civil Court Case No: 6:21-cv-694-CEM-DCI**
**Reporting Period 07/01/2022 to 09/30/2022**

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| Line 1 — Beginning Balance (As of 07/01/2022): | | | $ 112,391.97 |
| *Increases in Fund Balance:* | | | |
| Line 2 — Business Income | | | |
| Line 3 — Cash and Securities* | | | |
| Line 4 — Interest/Dividend Income | | | |
| Line 5 — Business Asset Liquidation | | | |
| Line 6 — Personal Asset Liquidation | | | |
| Line 7 — Third-Party Litigation Income | | | |
| Line 8 — Miscellaneous - Other | | | |
| **Total Funds Available (Line 1 - 8):** | | - | 112,391.97 |
| *Decreases in Fund Balance:* | | | |
| Line 9 — Disbursements to Investors | | | |
| Line 10 — Disbursements for Receivership Operations | | | |
| Line 10a — Disbursements to Receiver or Other Professionals | 25,108.21 | | |
| Line 10b — Business Asset Expenses | | | |
| Line 10c — Personal Asset Expenses | | | |
| Line 10d — Investment Expenses | | | |
| Line 10e — Third-Party Litigation Expenses | | | |
|    1. Attorney Fees | | | |
|    2. Litigation Expenses | | | |
| Total Third-Party Litigation Expenses | - | | |
| Line 10f — Tax Administrator Fees and Bonds | | | |
| Line 10g — Federal and State Tax Payments | | | |
| **Total Disbursements for Receivership Operations** | | 25,108.21 | 25,108.21 |
| Line 11 — Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a — Distribution Plan Development Expenses: | | | |
|   1. Fees: | | | |
|     Fund Administrator | | | |
|     Independent Distribution Consultant (IDC) | | | |
|     Distribution Agent | | | |
|     Consultants | | | |
|     Legal Advisors | | | |
|     Tax Advisors | | | |
|   2. Administrative Expenses | | | |
|   3. Miscellaneous | | | |
| Total Plan Development Expenses | | | |
| Line 11b — Distribution Plan Implementation Expenses: | | | |
|   1. Fees: | | | |
|     Fund Administrator | | | |
|     IDC | | | |
|     Distribution Agent | | | |
|     Consultants | | | |
|     Legal Advisors | | | |
|     Tax Advisors | | | |
|   2. Administrative Expenses | | | |
|   3. Investor Identification: | | | |
|     Notice/Publishing Approved Plan | | | |
|     Claimant Identification | | | |
|     Claims Processing | | | |
|     Web Site Maintenance/Call Center | | | |
|   4. Fund Administrator Bond | | | |
|   5. Miscellaneous | | | |
|   6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| Total Plan Implementation Expenses | | | |
| **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 — Disbursements to Court/Other: | | | |
| Line 12a — Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b — Federal Tax Payments | | | |
| Total Disbursements to Court/Other: | | | |
| **Total Funds Disbursed (Lines 9 - 11)** | | | 25,108.21 |
| Line 13 — Ending Balance (As of 9/30/2022) | | | 87,283.76 |

**Standardized Fund Accounting Report for**
**Katherine C Donlon as Receiver for Harbor City Capital Corp et al. - Cash Basis**
**Receivership; Civil Court Case No: 6:21-cv-694-CEM-DCI**
**Reporting Period 07/01/2022 to 09/30/2022**

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 14** **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a  Cash & Cash Equivalents | | | 87,283.76 |
| Line 14b  Investments | | | |
| Line 14c  Other Assets or Uncleared Funds | | | |
| **Total Ending Balance of Fund - Net Assets** | | | 87,283.76 |
| **OTHER SUPPLEMENTAL INFORMATION:** | **Detail** | **Subtotal** | **Grand Total** |
| **Report of Items Not To Be Paid by the Fund** | | | |
| **Line 15** **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a   Plan Development Expenses Not Paid by the Fund | | | |
|     1. Fees: | | | |
|         Fund Administrator | | | |
|         IDC | | | |
|         Distribution Agent | | | |
|         Consultants | | | |
|         Legal Advisors | | | |
|         Tax Advisors | | | |
|     2. Administrative Expenses | | | |
|     3. Miscellaneous | | | |
| Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b  Plan Implementation Expenses Not Paid by the Fund | | | |
|     1. Fees: | | | |
|         Fund Administrator | | | |
|         IDC | | | |
|         Distribution Agent | | | |
|         Consultants | | | |
|         Legal Advisors | | | |
|         Tax Advisors | | | |
|     2. Administrative Expenses | | | |
|     3. Investor Identification: | | | |
|         Notice/Publishing Approved Plan | | | |
|         Claimant Identification | | | |
|         Claims Processing | | | |
|         Web Site Maintenance/Call Center | | | |
|     4. Fund Administrator Bond | | | |
|     5. Miscellaneous | | | |
|     6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c  Tax Admistrator Fees & Bonds Not Paid by the Fund: | | | |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| **Line 16** **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a  Investment Expenses/CRIS Fees | | | |
| Line 16b  Federal Tax Payments | | | |
| **Total Disbursements to Court/Other Not Paid by the Fund** | | - | |
| **Line 17** **DC & State Tax Payments** | | | |
| **Line 18** **No of Claims** | | | |
|     # of Claims Received This Reporting Period  _____ | | | |
|     # of Claims Received Since Inception of Fund  _____ | | | |
| **Line 19** **No of Claimants/Investors:** | | | |
| Line 19a   # of Claimants/Investors Paid This Reporting Period  _____ | | | |
|     # of Claimants/Investors Paid Since Inception of Fund  _____ | | | |

Receiver:
By:  _____
Title
Date  _____

**Standardized Fund Accounting Report for**
**Katherine C Donlon as Receiver for Harbor City Capital Corp et al. - Cash Basis**
**Receivership; Civil Court Case No: 6:21-cv-694-CEM-DCI**
**Reporting Period Since Inception to 09/30/2022**

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of 1/1/2022) | | | $          - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities* | 159,082.91 | | |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | | | |
| Line 8 | Miscellaneous - Other | | | |
| | **Total Funds Available (Line 1 - 8):** | | 159,082.91 | 159,082.91 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 25,108.21 | | |
| Line 10b | Business Asset Expenses | 46,690.94 | | |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | - | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | **Total Disbursements for Receivership Operations** | | 71,799.15 | 71,799.15 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 - 11)** | | | 71,799.15 |
| Line 13 | **Ending Balance (As of 9/30/2022)** | | | 87,283.76 |

## Standardized Fund Accounting Report for
### Katherine C Donlon as Receiver for Harbor City Capital Corp et al. - Cash Basis
### Receivership; Civil Court Case No: 6:21-cv-694-CEM-DCI
### Reporting Period Since Inception to 09/30/2022

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 14** **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a   Cash & Cash Equivalents | | | 87,283.76 |
| Line 14b   Investments | | | |
| Line 14c   Other Assets or Uncleared Funds | | | |
| **Total Ending Balance of Fund - Net Assets** | | | 87,283.76 |

| OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Report of Items Not To Be Paid by the Fund** | | | |
| **Line 15** **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a   Plan Development Expenses Not Paid by the Fund | | | |
| 1. Fees: | | | |
|    Fund Administrator | | | |
|    IDC | | | |
|    Distribution Agent | | | |
|    Consultants | | | |
|    Legal Advisors | | | |
|    Tax Advisors | | | |
| 2. Administrative Expenses | | | |
| 3. Miscellaneous | | | |
| Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b   Plan Implementation Expenses Not Paid by the Fund | | | |
| 1. Fees: | | | |
|    Fund Administrator | | | |
|    IDC | | | |
|    Distribution Agent | | | |
|    Consultants | | | |
|    Legal Advisors | | | |
|    Tax Advisors | | | |
| 2. Administrative Expenses | | | |
| 3. Investor Identification: | | | |
|    Notice/Publishing Approved Plan | | | |
|    Claimant Identification | | | |
|    Claims Processing | | | |
|    Web Site Maintenance/Call Center | | | |
| 4. Fund Administrator Bond | | | |
| 5. Miscellaneous | | | |
| 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c   Tax Admistrator Fees & Bonds Not Paid by the Fund: | | | |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| **Line 16** **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a   Investment Expenses/CRIS Fees | | | |
| Line 16b   Federal Tax Payments | | | |
| **Total Disbursements to Court/Other Not Paid by the Fund** | | - | |
| **Line 17** **DC & State Tax Payments** | | | |
| **Line 18** **No of Claims** | | | |
|    # of Claims Received This Reporting Period _____ | | | |
|    # of Claims Received Since Inception of Fund _____ | | | |
| **Line 19** **No of Claimants/Investors:** | | | |
| Line 19a   # of Claimants/Investors Paid This Reporting Period _____ | | | |
|    # of Claimants/Investors Paid Since Inception of Fund _____ | | | |

Receiver:  
By: _____  
Title  
Date _____