UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:21-cv-694-CEM/DCI

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1, LLC,
HCCF-2, LLC,
HCCF-3, LLC,
HCCF-4, LLC,
HCCF-5, LLC,
HARBOR CITY DIGITAL VENTURES, INC.,
HCC MEDIA FUNDING, LLC,
JONATHAN P. MARONEY,

    Defendants,

and

CELTIC ENTERPRISES, LLC and
TONYA L. MARONEY,

    Relief Defendants.
_____/

***EMERGENCY*** **MOTION FOR EXTENSION OF TIME TO RESPOND TO RECEIVER'S MOTION TO DETERMINE INTEREST AND FEES AS TO NON-PARTY MORTGAGE HOLDER FOR <u>RECEIVERSHIP PROPERTY [ECF No. 125]</u>**

> Non-Party, Benworth seeks expedited relief as undersigned has been dealing with medical issues, compounded by the holidays and contracting Covid-19, and respectfully seeks a brief extension through January 13, 2023 within which to respond to the Motion.

Non-Party, BENWORTH CAPITAL PARTNERS LLC, as servicer for Mira Capital LLC, ZF Capital LLC, LN Investments LLC, Capital Partners 2 LLC, and Maria L. Santayana Living Trust (collectively, "Benworth"), by and through undersigned counsel, pursuant to Local Rule 3.01, hereby moves for extension of time to file its response to Receiver's Motion to Determine Interest and Fees as to Non-Party Mortgage Holder for Receivership Property ("Motion") [ECF No. 125], and states:

1. On December 21, 2022, this Court entered an Order Granting, in part, Benworth's Objection and Motion to Quash, or in the alternative, for Protective Order to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action [ECF No. 79]. Benworth does not consent to personal jurisdiction in this matter.

2. On December 13, 2022, the Receiver filed her Motion to Determine Interest and Fees as to Non-Party Mortgage Holder for Receivership Property ("Motion") [ECF No. 125], which was never served on Benworth. *See* Mot., Certifiate of Service, p.16.

3. On or about December 22, 2022, undersigned was formally retained by Benworth.

4. In good faith, undersigned contacted the Receiver's counsel to seek an extension of time to respond to the Motion through December 28, 2022 due to the holidays.

5. Subsequently, after returning from being out of town for the holidays, undersigned began experiencing symptoms of illness and on December 26, 2022,

requested an additional extension of time through January 4, 2023. Thereafter, undersigned was diagnosed with a gastrointestinal infection compounded by testing positive for Covid-19 on January 3, 2023.

6. Due to the intervening holidays, new year, and undersigned's unexpected health issues, undersigned contacted the Receiver to request a final extension through January 13, 2023 to respond to the Motion.[1]  Receiver's counsel objected.

7. Accordingly, for the reasons herein, Benworth respectfully requests an extension of time through and including <ins>January 13, 2023</ins> within which to file its response to the Motion.

8. This request is made in good faith and not intended for purposes of delay.

9. No party is prejudiced by the relief sought herein.

**WHEREFORE,** for the reasons set for above, Benworth respectfully requests an extension of time through and including January 13, 2023 within which to file its response to the Motion, and for such other relief as the Court deems just and proper.

    Respectfully Submitted,

    **READ LAW PLLC**
    *Co-Counsel for Benworth Capital Partners LLC*
    25 SE Second Ave, Eighth Floor
    Miami, Florida 33131
    Phone: (305) 209-2131
    asr@alexisreadlaw.com

---

[1] Undersigned is a solo practitioner with no staff.

By:   /s/ *Alexis S. Read*
Alexis S. Read, Esq.
Fla. Bar No. 98084

## CERTIFICATE OF GOOD FAITH CONFERRAL

Undersigned certifies she contacted the Receiver's counsel in a good faith effort to resolve this motion and the Receiver's counsel <u>objects</u> to the relief sought herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 4, 2023, a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) to all parties on the Court's Service List:

Albert D. Rey, Esquire,
adrey@bellsouth.net
Albert D. Rey, P.A.,
12955 SW 42nd Street, Suite 6
Miami, Florida 33175
idelsyevora@bellsouth.com
adreyteam@gmail.com

Hugo V. Alvarez, Esquire,
halvarez@beckerlawyers.com
Becker & Poliakoff, P.A.,
121 Alhambra Plaza, 10th Floor
Coral Gables, Florida 33134
Christopher V. Carlyle, B.C.S.
ccarlyle@appellatelawfirm.com

The Carlyle Appellate Law Firm
121 S. Orange Avenue, Ste. 1500
Orlando, Florida 32801
served@appellatelawfirm.com
psullivan@appellatelawfirm.com

Nicole Deese Newlon
nnewlon@jclaw.com
3242 Henderson Blvd., Ste 210
Tampa, Florida 33609
nnewlon@jclaw.com, kdonlon@jclaw.com;

By:   /s/ *Alexis S. Read*
Alexis S. Read, Esq.
Fla. Bar No. 98084