# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                       Case No: 6:21-cv-694-CEM-DCI

HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1, LLC,
HCCF-2, LLC,
HCCF-3, LLC,
HCCF-4, LLC,
HCCF-5, LLC,
HARBOR CITY DIGITAL VENTURES, INC.,
HCC MEDIA FUNDING, LLC,
JONATHAN P. MARONEY,

    Defendants,

and

CELTIC ENTERPRISE, LLC and
TONYA L. MARONEY

    Relief Defendants.
_____/

## NOTICE OF FIRM NAME CHANGE

    Please take notice that Nicole Deese Newlon, Esquire, counsel of record for Receiver, Katherine C. Donlon, hereby gives notice that her firm name has changed from Johnson, Cassidy, Newlon & DeCort, P.A. to Johnson, Newlon & DeCort, P.A.

**[signature appears on following page]**

Dated: April 4, 2023.

    Respectfully submitted,

    */s/ Nicole Deese Newlon*
    NICOLE DEESE NEWLON
    Florida Bar No. 832391
    nnewlon@jclaw.com
    JOHNSON, CASSIDY,
    NEWLON & DECORT, P.A.
    3242 Henderson Blvd., Ste 210
    Tampa, Florida 33609
    Telephone: (813) 699-4859
    Facsimile: (813) 235-0462
    Secondary: kdonlon@jclaw.com;
    bwalker@jclaw.com
    *Counsel for Receiver*
    *Katherine C. Donlon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 4, 2023, a true and correct copy of the foregoing was electronically filed with the United States District Court, Middle District of Florida, by using the CM/ECF System, which will serve a copy on all counsel of record.

    */s/ Nicole Deese Newlon*
    Attorney