UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                         Case No. 6:21-cv-694-CEM-DCI

HARBOR CITY CAPITAL
CORP., HARBOR CITY
VENTURES, LLC, HCCF-1 LLC,
HCCF-2 LLC, HCCF-3 LLC,
HCCF-4 LLC, HCCF-5 LLC,
HARBOR CITY DIGITAL
VENTURES, INC., HCC MEDIA
FUNDING, LLC, JONATHAN P.
MARONEY, CELTIC
ENTERPRISES, LLC, and
TONYA L. MARONEY,

      Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on the Receiver's Unopposed Fifth Quarterly Fee Application for Order Awarding Fees and Reimbursement of Costs ("Motion," Doc. 143). The United States Magistrate Judge issued a Report and Recommendation (Doc. 154), recommending that the Motion be granted in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 154) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 143) is **GRANTED in part**.

   a. The Receiver shall be paid $6,475.00 for professional services rendered.

   b. The Receiver is permitted to pay JCND $10,442.00 for professional services rendered.

   c. The Receiver is permitted to pay JCND $36,552.49 for costs incurred.

   d. The Motion is otherwise **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party