UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.              Case No. 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC, and TONYA L. MARONEY,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Receiver's Motion for Order to Show Cause as to Defendant Jonathan P. Maroney (Doc. 156).

This is an enforcement action filed by Plaintiff, the Securities and Exchange Commission, against Defendants, alleging that Defendants engaged in an over seventeen-million-dollar fraudulent Ponzi scheme. (Compl., Doc. 1, at 1–2). The Court issued a Temporary Restraining Order ("TRO," Doc. 6), which it later converted to a preliminary injunction. (May 19, 2021 Order, Doc. 56, at 6). The

injunction, *inter alia*, included an asset freeze on all of Defendant Jonathan P. Maroney's assets. (TRO Exhibit, Doc. 6-1, at 6–9). A Receiver was then appointed by the Court, (Aug. 11, 2021 Order, Doc. 68, at 2–3), to manage those assets for the benefit of the Receivership Estate, (*see generally* Order Granting Appointment of Receiver, Doc. 72-1, *adopted by* Nov. 8, 2021 Order, Doc. 75, at 2).

The Court previously lifted the asset freeze in part and approved the sale of a 2020 Mercedes-Benz S class convertible and four jet skis owned by Maroney. (May 2, 2023 Order, Doc. 153, at 1–2). Receiver has now advised the Court that Maroney is refusing to turn over "the necessary documents, information, and the keys" so that these assets can be sold, in accordance with the Court's previous Order. (Doc. 156 at 3).

Accordingly, it is **ORDERED** and **ADJUDGED** that Receiver's Motion for Order to Show Cause as to Defendant Jonathan P. Maroney (Doc. 156) is **GRANTED**. Defendant Jonathan P. Maroney shall provide all necessary information, documents, and keys to allow for the sale of the Mercedes and jet skis. **Failure to do so will result in sanctions up to and including contempt.**

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties