# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                   Case No: 6:21-cv-694-CEM-DCI

HARBOR CITY CAPITAL CORP.,
HARBOR CITY VENTURES, LLC,
HCCF-1, LLC,
HCCF-2, LLC,
HCCF-3, LLC,
HCCF-4, LLC,
HCCF-5, LLC,
HARBOR CITY DIGITAL VENTURES, INC.,
HCC MEDIA FUNDING, LLC,
JONATHAN P. MARONEY,

    Defendants,

and

CELTIC ENTERPRISES, LLC and
TONYA L. MARONEY

    Relief Defendants.
_____/

## THE RECEIVER'S TENTH QUARTERLY STATUS REPORT

Receivership Information and Activity from January 1, 2024

through March 31, 2024

## **TABLE OF CONTENTS**
**INTRODUCTION** ................................................................................................. 3

**ACTIONS TAKEN BY THE RECEIVER** ..................................................... 4

    1.    **Securing the Receivership Estate** ....................................... 4

        A.    **Fund Accounting** ............................................................ 4

        B.    **Identification of Additional Assets** ........................... 4

    2.    **Litigation** .................................................................................. 4

    3.    **Communications with Investors.** ........................................ 5

    4.    **The Next Ninety Days.** ............................................................ 5

**CONCLUSION** ........................................................................................................ 5

## **INTRODUCTION**

Katherine C. Donlon, the Court-appointed Receiver over the assets of the above-captioned corporate defendants and relief defendants (the "**Receiver**" and the "**Receivership**" or "**Receivership Estate**"), files this Tenth Quarterly Status Report to inform the Court, investors, creditors, and others interested in this Receivership of activities to date as well as the Receiver's proposed course of action. For a complete report of the Receiver's activities to date, the Receiver refers the reader to her previous reports. [Docs. 81, 85, 101, 120, 138, 152, 167, 173, 177]. These reports can also be found on the Receiver's informational website, [www.harborcityreceivership.com](www.harborcityreceivership.com). The Receiver will continue to update the website regarding the Receiver's most significant actions, important Court filings, and other items that might be of interest to the public. This Tenth Quarterly Status Report, as well as all subsequent reports, will be posted on the Receiver's website.

**Overview of Significant Activities During this Reporting Period**

During the time covered by this Tenth Quarterly Status Report, the Receiver and her professionals engaged in the following significant activities:

- Evaluated potential actions against third parties.

- Continued to field telephone calls and emails from investors and maintained the Receiver's website www.harborcityreceivership.com.

The above activities are discussed in more detail in the pertinent sections of this Tenth Quarterly Status Report.

## ACTIONS TAKEN BY THE RECEIVER

**1. Securing the Receivership Estate**

    **A.    Fund Accounting**

Attached as Exhibit 1 is the Fund Accounting for the quarter ending March 31, 2024. The ending Fund Balance as of March 31, 2024 is $220,865.55.

    **B.    Identification of Additional Assets**

The Receiver continues to be in contact with Nations Best, a container company in which Maroney invested $1 million of Harbor City monies. The Receiver is continuing to review the financial and business records in order to ascertain whether assets exist to recover any proceeds for the benefit of the receivership estate.

**2. Litigation**

There is no active litigation involving the Receivership.

### 3. Communications with Investors.

The Receiver continues to field telephone calls and emails with investors regarding the current status of the Receivership. Also, investors continue to register through the Receiver's website, www.harborcityreceivership.com/registration.

### 4. The Next Ninety Days.

The Order Appointing Receiver requires this Tenth Quarterly Status Report (and all subsequent reports) to contain "[t]he Receiver's recommendations for a continuation or discontinuation of the receivership and the reasons for the recommendations." Doc. 72-111 ¶ 51.H. At this stage, the Receiver recommends continuation of the Receivership because she is (1) still investigating potential claims/actions as it relates to Nations Best; and (2) determine whether there will be enough in the way of proceeds to establish a claims process for the distribution of funds.

### CONCLUSION

Investors and other creditors of the Receivership Entities are encouraged to periodically check the Receiver's website (www.harborcityreceivership.com) for current information concerning this Receivership. If any investor has information that may be helpful in securing further assets for the Receivership Estate or identifying other

potential parties who may have liability to either the Receivership Estate or investors, please email hcinfo@jclaw.com.

Dated this 30th day of April, 2024.

Respectfully submitted,

s/ *Katherine C. Donlon*
Katherine C. Donlon, Receiver

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Nicole Deese Newlon*
NICOLE DEESE NEWLON
Florida Bar No. 832391
nnewlon@jnd-law.com
JOHNSON, NEWLON & DECORT, P.A.
3242 Henderson Blvd., Ste 210
Tampa, Florida 33609
Telephone: (813) 699-4859
Facsimile: (813) 235-0462
Secondary: kdonlon@jnd-law.com;
bwalker@jnd-law.com
*Counsel for Receiver Katherine C. Donlon*