UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

v.                                              Case No. 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC and TONYA L. MARONEY,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Receiver's Unopposed Tenth Quarterly Fee Application for Order Awarding Fees and Reimbursement of Costs to Receiver and Her Professionals (Doc. 185). The United States Magistrate Judge issued a Report and Recommendation (Doc. 188), recommending that the Motion be granted, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 188) is **ADOPTED** and made a part of this Order.

2. The Receiver's Unopposed Tenth Quarterly Fee Application for Order Awarding Fees and Reimbursement of Costs to Receiver and Her Professionals (Doc. 185) is **GRANTED**.

    a. Receiver shall be paid $1,155.00 for services rendered.

    b. Receiver is permitted to pay JND $2,590.00 for professional services rendered.

    c. Receiver is permitted to pay JND $2,870.00 for costs incurred.

**DONE** and **ORDERED** in Orlando, Florida on January 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties