UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

v.                                                              Case No. 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC and TONYA L. MARONEY,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Receiver's Motion for Approval of Proposed Settlement between Receiver and Nations Best (Doc. 183). The United States Magistrate Judge issued a Report and Recommendation (Doc. 189), recommending that the Motion be granted, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 189) is **ADOPTED** and made a part of this Order.

2. The Receiver's Motion for Approval of Proposed Settlement between Receiver and Nations Best (Doc. 183) is **GRANTED**.

    a. The Settlement Agreement and Release (Doc. 187-1) is **APPROVED**.

**DONE** and **ORDERED** in Orlando, Florida on February 7, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party