UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

v.                                              Case No. 6:21-cv-694-CEM-DCI

**HARBOR CITY CAPITAL CORP., HARBOR CITY VENTURES, LLC, HCCF-1 LLC, HCCF-2 LLC, HCCF-3 LLC, HCCF-4 LLC, HCCF-5 LLC, HARBOR CITY DIGITAL VENTURES, INC., HCC MEDIA FUNDING, LLC, JONATHAN P. MARONEY, CELTIC ENTERPRISES, LLC, and TONYA L. MARONEY,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Receiver's Unopposed Motion to (1) Approve Procedure to Administer Claims and Proof of Claim Form, (2) Establish Deadline for Filing Proof of Claim Forms, (3) Permit Notice by Mail and Publication, and (4) Approve the Retention of Simpluris ("Motion," Doc. 206). The

United States Magistrate Judge issued a Report and Recommendation (Doc. 209), recommending that the Motion be granted, (*id.* at 1).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 209) is **ADOPTED** and made a part of this Order.

2. The Receiver's Unopposed Motion to (1) Approve Procedure to Administer Claims and Proof of Claim Form, (2) Establish Deadline for Filing Proof of Claim Forms, (3) Permit Notice by Mail and Publication, and (4) Approve the Retention of Simpluris (Doc. 206) is **GRANTED**.

    a. The Receiver's proposed procedure to administer claims as set forth in the Motion and described in the Exhibits to the Motion is **APPROVED**.

    b. The deadline for receipt of claims is **75 days** from the mailing of the Proof of Claim Form to known possible Claimants.

    c. The Receiver may provide Notice of the Claims Process and Claims Bar Date to known investors through the form attached as Exhibit 2 to the Motion.

    d. The Receiver may provide Notice of the Claims Process and Claims Bar Date to unknown persons through publication on the Receiver's website of the Notice attached as Exhibit 3 to the Motion.

    e. The retention of Simpluris Agent Services to assist in the claims administration process as set forth in the Motion and Exhibit 4 to the Motion is **APPROVED**.

**DONE** and **ORDERED** in Orlando, Florida on October 2, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties