UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES SECURITIES
AND EXCHANGE
COMMISSION,**

        **Plaintiff,**

**v.**                                                      **Case No. 6:21-cv-694-CEM-DCI**

**HARBOR CITY CAPITAL
CORP., HARBOR CITY
VENTURES, LLC, HCCF-1 LLC,
HCCF-2 LLC, HCCF-3 LLC,
HCCF-4 LLC, HCCF-5 LLC,
HARBOR CITY DIGITAL
VENTURES, INC., HCC MEDIA
FUNDING, LLC, JONATHAN P.
MARONEY, CELTIC
ENTERPRISES, LLC and TONYA
L. MARONEY,**

        **Defendants.**

                         /

**ORDER**

THIS CAUSE is before the Court on the Receiver's Unopposed Fourteenth

Quarterly Fee Application for Order Awarding Fees and Reimbursement of Costs to

Receiver and Her Professionals (Doc. 217). The United States Magistrate Judge

issued a Report and Recommendation (Doc. 222), recommending that the Motion

be granted, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 222) is **ADOPTED** and made a part of this Order.

2. The Receiver's Unopposed Thirteenth Quarterly Fee Application for Order Awarding Fees and Reimbursement of Costs to Receiver and Her Professionals (Doc. 217) is **GRANTED**.

   a. Receiver shall be paid $1,365.00 for services rendered.

   b. Receiver is permitted to pay JND $105.00 for professional services rendered.

   c. Receiver is permitted to pay JND $2,085.50 for costs incurred.

**DONE** and **ORDERED** in Orlando, Florida on March 9, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party